FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

University of Utah Research   v.   Ambry Genetics Corp.

No. 14-1361, -1366

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☑ As counsel for:   Ambry Genetics Corporation
                                   Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☐ Appellant    ☑ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

My address and telephone are:

Name:                William G. Gaede, III
Law firm:            McDermott Will & Emery LLP
Address:             275 Middlefield Road, Suite 100
City, State and ZIP: Menlo Park, CA 94025-4004
Telephone:           (650) 815-7435
Fax #:               (650) 469-1470
E-mail address:      wgaede@mwe.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 01/11/2001

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes     ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

28 March 2014                              /s/ William G. Gaede
Date                                       Signature of pro se or counsel

cc: _____

123

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  **31 March 2014** by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
  (by email or CM/ECF)

| William G. Gaede, III | /s/ William G. Gaede, III |
|---|---|
| Name of Counsel | Signature of Counsel |

**Law Firm:** McDermott Will & Emery

**Address:** 275 Middlefield Road, Suite 200

**City, State, ZIP:** Menlo Park, CA 94025-4004

**Telephone Number:** (650) 815-7435

**FAX Number:** (650) 469-1470

**E-mail Address:** wgaede@mwe.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.