## Nos. 14-1361, -1366

# United States Court of Appeals
# For The Federal Circuit

### IN RE BRCA1- AND BRCA2-BASED HEREDITARY CANCER TEST PATENT LITIGATION

UNIVERSITY OF UTAH RESEARCH FOUNDATION,
THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,
HSC RESEARCH AND DEVELOPMENT LIMITED PARTNERSHIP,
ENDORECHERCHE, INC., AND MYRIAD GENETICS, INC.,

*Plaintiffs-Appellants,*

v.

AMBRY GENETICS CORPORATION,

*Defendant-Appellee.*

———————————

Appeals from the United States District Court for the Central District of Utah
in consolidated case Nos. 2:13-cv-00640-RJS and 2:14-md-02510-RJS,
Judge Robert J. Shelby.

———————————

### APPELLANTS' OPENING BRIEF

———————————

David G. Mangum
Michael R. McCarthy
Kristine E. Johnson
C. Kevin Speirs
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
P.O. Box 45898
Salt Lake City, UT 84111
(801) 532-1234

*Attorney for Appellants*
*University of Utah Research Foundation, the*
*Trustees of the University of Pennsylvania,*
*HSC Research and Development Limited*
*Partnership, Endorecherche, Inc., and*
*Myriad Genetics, Inc.*

Jonathan E. Singer
Deanna J. Reichel
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
(612) 335-5070

Geoff D. Biegler
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
(858) 678-5070

*Attorneys for Appellant*
*Myriad Genetics, Inc.*

UNIVERSITY OF UTAH, et al. v. AMBRY GENETICS

14-1361, -1366

**CERTIFICATE OF INTEREST**

Counsel for the Plaintiff-Appellant, Myriad Genetics, Inc. certifies the following:

1.      The full name of every part or amicus represented by me is:

Myriad Genetics, Inc.

2.      The name of the real party in interest represented by me is:

Myriad Genetics, Inc.

3.      All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None.

4.      The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Fish & Richardson P.C.: Jonathan E. Singer, Deanna J. Reichel, Geoff D. Biegler, Limin Zheng, Elizabeth M. Flanagan

Parsons Behle & Latimer: David G. Mangum, C. Kevin Speirs, Kristine Edde Johnson, Michael R. McCarthy

Myriad Genetics, Inc.: Benjamin G. Jackson, Matthew Gordon

Date:  April 18, 2014

/s/ *Jonathan E. Singer*
Jonathan E. Singer

UNIVERSITY OF UTAH, et al. v. AMBRY GENETICS

14-1361, -1366

**CERTIFICATE OF INTEREST**

Counsel for the Plaintiffs-Appellants, University of Utah Research Foundation, The Trustees of the University of Pennsylvania, HSC Research and Development Limited Partnership, and Endorecherche, Inc. certifies the following:

1.  The full name of every part or amicus represented by me is:

    University of Utah Research Foundation, The Trustees of the University of Pennsylvania, HSC Research and Development Limited Partnership, and Endorecherche, Inc.

2.  The name of the real party in interest represented by me is:

    University of Utah Research Foundation, The Trustees of the University of Pennsylvania, HSC Research and Development Limited Partnership, and Endorecherche, Inc.

3.  All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    None.

4.  The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

    Parsons Behle & Latimer: David G. Mangum, C. Kevin Speirs, Kristine Edde Johnson, Michael R. McCarthy

Date:  April 18, 2014

/s/*David G. Mangum*
David G. Mangum

## TABLE OF CONTENTS

**Page**

CERTIFICATE OF INTEREST

TABLE OF CONTENTS ....................................................................... i

TABLE OF AUTHORITIES ............................................................. iii

STATEMENT OF RELATED CASES ............................................... 1

JURISDICTIONAL STATEMENT .................................................. 1

STATEMENT OF THE ISSUES ....................................................... 1

STATEMENT OF THE CASE .......................................................... 3

STATEMENT OF FACTS ................................................................. 6

I.   TECHNOLOGY BACKGROUND ....................................... 6

   A.   Genes Are Functional Units of DNA That Store and Transmit
      Biological Information .................................................... 6
   B.   Scientists Use Man-Made Tools that Take Advantage of
      Watson-Crick Base Pairing to Study Genes, Including PCR and
      Single-Stranded DNA Primers, DNA Probes and cDNAs. ................ 8

II.  THE DISCOVERY OF THE BRCA GENES AND
    MYRIAD'S BRACANALYSIS® TEST ............................. 12

III. THE PATENTS ON APPEAL AND PRECEDING AMP
    LITIGATION ...................................................................... 16

IV.  THE LITIGATION AGAINST AMBRY .......................... 19

SUMMARY OF THE ARGUMENT ............................................. 25

ARGUMENT ................................................................................... 27

I.   LEGAL STANDARDS ...................................................... 27

**TABLE OF CONTENTS (cont'd)**

<div align="right">Page</div>

II. THE DISTRICT COURT ERRED IN FINDING A
SUBSTANTIAL QUESTION OF PATENT
ELIGIBILITY OF THE METHOD CLAIMS ...................................28

  A. Representative Claims 7 and 8 Are Patent-Eligible Methods of
Applying the BRCA1 DNA Sequence .................................................28

  B. Representative Claims 7 and 8, Properly Viewed as a Whole,
Contain an "Inventive Concept" Under Mayo ....................................32

  C. Representative Claims 7 and 8 Do Not Unlawfully Preempt the
BRCA1 DNA Sequence ......................................................................37

III. THE DISTRICT COURT ERRED IN FINDING A
SUBSTANTIAL QUESTION OF PATENT
ELIGIBILITY OF THE PRIMER PAIR CLAIMS ...........................45

  A. A Composition of Matter Is Patent Eligible under Section 101
and Supreme Court Precedent Unless it is a "Product of
Nature"—i.e., Both its Structure and Utility Are as in Nature,
Unaltered by Man ...............................................................................45

  B. The Primer Pair Claims Are Not a Product of Nature ......................48

    1. The Primer Pair Claims Are Designed and Made by
Scientists, Not Snipped from Nature ...........................................48

    2. The Claimed Primer Pairs Have Utility Distinct from
Natural DNA or Fragments Thereof............................................50

  C. The District Court Vastly Overread AMP to Include Primers
and Probes as Patent Ineligible...........................................................55

IV. THE DISTRICT COURT ABUSED ITS DISCRETION
IN ANALYZING THE BALANCE OF HARDSHIPS
AND PUBLIC INTEREST FACTORS .............................................59

CONCLUSION...................................................................................61

CERTIFICATE OF COMPLIANCE .................................................64

# TABLE OF AUTHORITIES

**Page(s)**

CASES

*Abbott Labs. v. Sandoz, Inc.*,
  544 F.3d 1341 (Fed. Cir. 2008) ..................................................... 27

*Ariosa Diagnostic, Inc. v. Sequenom, Inc.*,
  No. C-11-06391, 2013 WL 5863022 (N.D. Cal. Oct.
  30, 2013) .......................................................................... 23, 43, 44

*Ass'n for Molecular Pathology v. Myriad Genetics, Inc.*,
  133 S. Ct. 2107 (2013) .......................................................... *passim*

*Ass'n for Molecular Pathology v. Myriad Genetics, Inc.*,
  689 F.3d 1303 (Fed. Cir. 2012) .............................................. *passim*

*Bilski v. Kappos*,
  130 S. Ct. 3218 (2010) ............................................................ 28, 29

*In re BRCA1- and BRCA2- Based Hereditary Cancer
  Test Patent Litigation*,
  MDL Case No. 2:14-MD-2510 ...................................................... 1

*Celsis In Vitro, Inc. v. Cellzdirect Inc.*,
  664 F.3d 922 (Fed. Cir. 2012) ..................................................... 61

*CLS Bank Int'l v. Alice Corp.*,
  717 F.3d 1269 (Fed. Cir. 2013) .............................................. 28, 42

*Diamond v. Chakrabarty*,
  447 U.S. 303 (1980) ....................................................... 46, 48, 54

*Diamond v. Diehr*,
  450 U.S. 175 (1981) ............................................................... *passim*

*Funk Bros. Seed Co. v. Kalo Inoculant Co.*,
  333 U.S. 127 (1948) ....................................................... 24, 45, 54

iii

# TABLE OF AUTHORITIES (cont'd)

**Page(s)**

*Gottschalk v. Benson,*
    409 U.S. 63 (1972) ........................................................ 29, 40, 41

*Harris Corp. v. Ericsson Inc.,*
    417 F.3d 1241 (Fed. Cir. 2005) ..................................... 27

*Koon v. United States,*
    518 U.S. 81 (1996) ....................................................... 27, 59

*Mayo Collaborative Services v. Prometheus*
    *Laboratories, Inc.,*
    132 S. Ct. 1289 (2012) ..............................................*passim*

*O'Reilly v. Morse,*
    56 U.S. 62 (1854) ......................................................... 40, 41

*Parker v. Flook,*
    437 U.S. 584 (1978) ..................................................... 22, 33, 42

*Pfizer, Inc. v. Teva Pharms., USA, Inc.,*
    429 F.3d 1364 (Fed. Cir. 2005) ..................................... 61

*Robert Bosch LLC v. Pylon Mfg. Corp.,*
    659 F.3d 1142 (Fed. Cir. 2011) ..................................... 27

*Sanofi-Synthelabo v. Apotex, Inc.,*
    470 F.3d 1368 (Fed. Cir. 2006) ..................................... 60

*The Telephone Cases,*
    8 S. Ct. 778 (1888) ....................................................... 41

*Titanium Metals Corp. v. Banner,*
    778 F.2d 775 (Fed. Cir. 1985) ....................................... 57

*Trebo Mfg., Inc. v. Firefly Equip., L.L.C.,*
    -- F.3d -- ....................................................................... 27

## TABLE OF AUTHORITIES (cont'd)

**Page(s)**

*Ultramercial, Inc. v. Hulu, LLC*,
   722 F.3d 1335 (Fed. Cir. 2013) ......................................... 28, 37, 38

STATUTES

28 U.S.C. § 1292(a)(1) and (c)(1) ....................................................... 1

28 U.S.C. §§ 1331, 1338 and 2201 ...................................................... 1

35 U.S.C. § 101 .......................................................................... *passim*

OTHER AUTHORITIES

GUIDANCE FOR DETERMINING SUBJECT
   MATTER ELIGIBILITY OF CLAIMS RECITING
   OR INVOLVING LAWS OF NATURE, NATURAL
   PHENOMENA & NATURAL PRODUCTS 11, *available at*
   http://www.uspto.gov/patents/law/exam/myriad-
   mayo_guidance.pdf ..................................................................... 44

Ronald Bailey, *Warning: Bioethics May Be Hazardous to
   Your Health*, Aug. 1, 1999,
   http://reason.com/archives/1999/08/01/warning-
   bioethics-may-be-hazar/print ...................................................... 15

## STATEMENT OF RELATED CASES

In addition to this case, Appellants (collectively, "Myriad") have filed lawsuits concerning the same patents and claims against a number of other defendants that will likely be affected by the result in this appeal. All those lawsuits have been consolidated along with this case into an MDL proceeding before the same district court, captioned *In re BRCA1- and BRCA2- Based Hereditary Cancer Test Patent Litigation*, MDL Case No. 2:14-MD-2510.

## JURISDICTIONAL STATEMENT

The district court has jurisdiction over this case under 28 U.S.C. §§ 1331, 1338 and 2201. On March 10, 2014, the district court issued its Memorandum Decision and Order Denying Myriad's Motion for Preliminary Injunction. Myriad filed its notice of appeal on March 13, 2014. This Court has jurisdiction over this appeal under 28 U.S.C. § 1292(a)(1) and (c)(1).

## STATEMENT OF THE ISSUES

1. Whether the district court erred in finding that Ambry raised a substantial question that Myriad's method claims are not directed to patent eligible subject matter under 35 U.S.C. § 101, where those claims employ previously unperformed steps involving a newly-discovered gene sequence and tools designed specifically to utilize that sequence; and

2.     Whether the district court erred in finding that Ambry raised a substantial question that Myriad's pair of primer claims are not directed to patent eligible subject matter under 35 U.S.C. § 101, where those claims are directed to a pair of single-stranded DNA primers for use in PCR that do not occur in nature and have utility engineered by man that is different from naturally-occurring DNA.

3.     Whether the district court erred in finding that the balance of hardships favored the denial of an injunction, where its analysis relied on its erroneous finding of a substantial question of invalidity.

4.     Whether the district court erred in finding that the public interest did not favor the entry or denial of an injunction, despite this Court's longstanding acknowledgment of the public's strong interest in upholding patent rights to promote research and development aimed at treating disease.

5.     Whether the district court's denial of a preliminary injunction, in light of its clearly erroneous findings on patent eligible subject matter, constituted an abuse of discretion where it found that Myriad was likely to be irreparably harmed in the absence of an injunction.

## STATEMENT OF THE CASE

In the early 1990s, scientists from Myriad and its academic research partners discovered the precise location and sequence of BRCA1, the first gene linked to hereditary breast and ovarian cancer. This landmark discovery was hailed worldwide, even leading the NBC Nightly News on the day it was announced. "An extraordinary advance for cancer research," the *Wall Street Journal* called it, "opening the way for new and powerful ways to diagnose and treat breast cancer early." True to the *Journal*'s prediction, the discovery led to a first of its kind diagnostic test, Myriad's BRACAnalysis®, which for the first time gave to patients the ability to assess accurately their risk for these too-often deadly diseases. Since its launch in 1996, more than one million patients have benefited from BRACAnalysis®, one of the most extensively utilized genetic tests in the United States.

But the widespread availability of this test did not come without an extraordinary price—Myriad had to invest in excess of 500 million dollars not only to discover the BRCA genes, but to develop reliable diagnostic methods and tools to apply that discovery, and to educate physicians, patients, health care providers, and insurers on the utility of a diagnostic test for a "common" disease. Over great skepticism, Myriad pioneered the market for genetic breast/ovarian cancer testing, so much so that BRACAnalysis® has now become the standard of care.

None of this would have been possible without the asserted claims that are the subject of this appeal, and the exclusivity they once afforded. These claims cover the diagnostic methods and tools—BRCA-related probes and primers—that Myriad employs in conducting BRACAnalysis®, and are plainly infringed by Ambry and other new entrants to the diagnostic breast cancer market. But despite finding that Myriad would be irreparably harmed by Ambry's actions, the district court refused to enjoin Ambry during the pendency of Myriad's infringement suit because, according to the district court, not a single one of Myriad's asserted patent claims was likely valid under 35 U.S.C. § 101.

This appeal thus presents this Court with one of the most basic issues under patent law: should Myriad be able to enforce its patents to enjoy its remaining exclusivity or does section 101 of the Patent Act effectively say that Myriad can patent almost nothing related to its ground-breaking discovery?

This Court should resolve these questions resoundingly in Myriad's favor. While the Supreme Court may have ruled that the isolated BRCA genes themselves were not patentable, it declined to go any further, and stated that Myriad could lawfully claim applications of that gene, including, for example, BRCA cDNAs. It is thus manifestly not the case—as the district court found—that Myriad's methods of diagnosis employing BRCA-related probes and primers are "conventional" or unlawfully preempt use of the gene, and it is manifestly not the

4

case that pairs of short, single-stranded BRCA-related DNA primers created in the lab to initiate the polymerase chain reaction ("PCR") in order to replicate portions of the BRCA genes are unpatentable "products of nature" under the Supreme Court's precedent.

The district court's opinion gives breathtaking scope to the judicially-created "exceptions" to section 101, expanding them to the point where they threaten to swallow not only section 101, but large portions of sections 102 and 103 as well. According to the district court, because Myriad did not invent, separate from BRCA-related tools or methods employing such tools, a new method of analyzing genes or new tools to analyze genes, Myriad cannot patent any claim having an "inventive concept" that is tied in some fashion to the BRCA genes.

This is not what this Court's and the Supreme Court's authorities provide. Rather, the Supreme Court's decision in *Association for Molecular Pathology v. Myriad Genetics, Inc.*, 133 S. Ct. 2107, 2120 (2013) ("*AMP*"), provides that, as the discoverer of the BRCA genes, Myriad "was in an excellent position to claim applications of [its] knowledge" of the BRCA sequences, citing with approval a Judge Bryson opinion from this Court identifying a claim in the asserted '441 patent that is very similar to the method claims at issue here as an example of a patentable application of that knowledge. That is what Myriad's asserted claims do, and what they cover—applications of the knowledge of the BRCA genes

5

sequence.    They  plainly  meet  the  requirements  of  both  *AMP*  and  *Mayo Collaborative Services v. Prometheus Laboratories, Inc.*, 132 S. Ct. 1289 (2012), and are patentable under section 101.  The district court's contrary determination should be reversed.

## STATEMENT OF FACTS

## I.    TECHNOLOGY BACKGROUND

Because this Court is generally familiar with genes and DNA from previous cases, *e.g.*, *Association for Molecular Pathology v. Myriad Genetics, Inc.*, 689 F.3d 1303 (Fed. Cir. 2012), Myriad provides an abbreviated overview of the relevant technology, with additional detail provided on the biological processes and molecular biology tools implicated by the asserted claims.

### A.    Genes Are Functional Units of DNA That Store and Transmit Biological Information

The terms "native DNA," "genomic DNA" or "gDNA" refer to DNA as it exists in nature in the human body.  [A6797; A6801-02.]  *AMP*, 689 F.3d at 1313. In brief, native DNA is composed of hundreds of millions of units of nucleotides, commonly referred to by the nucleotide bases adenine (A), thymine (T), guanine (G) and cytosine (C).  *AMP*, 689 F.3d at 1310.  DNA generally takes the form of a double-stranded helix, which consists of two intertwined strands of DNA in which the bases of the nucleotides from one strand are bonded to the bases of the nucleotides from the other strand in a specific, complementary fashion known as

Watson-Crick base pairing. *Id.* at 1310-11. [*See also* A6800-01; A6298; A6304-05.]

Every gene has a unique DNA sequence—represented by the linear order of its nucleotide bases—that includes protein coding regions (exons) and non-coding regions (introns). *AMP*, 689 F.3d at 1311. [A6801-02; A6304; A6311-15; A1952; A1958-59; A5490; A5506.] To generate a protein from a gene, DNA is first transcribed and processed into messenger RNA (mRNA), which contains only sequences complementary to the exons of the DNA, and then the mRNA is translated into a protein. *AMP*, 689 F.3d at 1311-12. [A6803-05; A6313-15.]

The human body synthesizes, or "replicates," DNA every time a new cell is generated. [A6310.] In that process, the DNA double helix unwinds, and each strand then serves as a template to synthesize a new, complementary strand that is a replica of the opposite strand. [A6309-11.] Thus, from one DNA double helix is generated two DNA double helices. This DNA replication process is initiated or "primed" by short strands of RNA, known as RNA "primers," that are complementary to portions of the template strands of DNA and serve as the starting material for DNA synthesis. [A7611; A7616-17.] DNA replication is catalyzed by DNA polymerase, an enzyme that adds nucleotides, one at a time, to the free 3' end of the primer and the growing strand, elongating it in an order

complementary to the template DNA to generate a new strand of DNA.[1] [A6309-11; A7616-17; A7623.] DNA polymerase can only add nucleotides in a 5' to 3' direction because it can only add the 5' phosphate of a new nucleotide to a free 3'-hydroxyl ("-OH") group of an existing nucleotide sequence. [A6309-11; A7616-17.] There are no short, single strands of DNA with a free 3'-OH group in nature that can serve as primers. In natural DNA replication, RNA primers are used as the starting material. [A7616-17.]

For each gene there typically exists a sequence and certain variations that most commonly occur, typically called the "wild-type" sequence. [A1964.] Some variants from the wild-type sequence are harmless, but others—mutations—can cause disease. [A6802.] A "germline" sequence is the sequence that a person has at birth, which may or may not vary from the "wild-type." [A1964; A5506.]

## B. Scientists Use Man-Made Tools that Take Advantage of Watson-Crick Base Pairing to Study Genes, Including PCR and Single-Stranded DNA Primers, DNA Probes and cDNAs.

Over the years, scientists have developed techniques to synthesize and utilize DNA in the lab to study genetic diseases and the mutations that can cause them. [A6806.] Most relevant to this appeal is PCR, the general process of which was invented in the mid-1980s. PCR typically uses an input DNA sequence (such

---

[1] The two ends of a single-stranded DNA are considered to be chemically different. [A6802.] The "beginning" of a DNA molecule is the 5' end, and the "end" of a DNA molecule is the 3' end. [*Id.*]

as native DNA isolated from the human body), a thermostable DNA polymerase enzyme, a pool of all four DNA nucleotides, and a large excess of two distinct single-stranded DNA primers.  [A6807.]  These primers are designed to be complementary to discrete regions of the input DNA flanking the portion of the DNA in interest, in order to make copies of that portion of the input DNA.  [*Id.*]

PCR involves several steps that are cyclically repeated to generate synthetic copies of the input DNA in interest.  [A6807.]  First, the reaction mixture is heated, which causes the DNA double-helix to separate into single strands that serve as templates.  [*Id.*]  Then the reaction mixture is cooled, which permits each primer to bind to the complementary portion of its single-stranded DNA template.  [*Id.*]  Next, the DNA polymerase enzyme adds nucleotides to the free 3' end of the elongating strand, starting with the primer, in an order complementary to the template DNA, generating a complementary copy of the template DNA.  [*Id.*]  These steps are then repeated to generate numerous synthetic copies of the target input DNA sequence between the two primers.  In this fashion, PCR results in an amplified PCR product that is double-stranded and incorporates the sequence of the first primer followed by the target sequence, and further followed by the sequence of the second primer, as shown below.  [A6808; *see also* A1955-56.]



Exponential growth of short product

[A1955-56 (blue represents isolated DNA fragments, green represents synthetic DNA molecule, and red represents synthetic DNA primers).]

In a regular PCR, the primers are typically pairs of artificial single-stranded DNA molecules, 15 to 30 nucleotides in length. [A1954-62; A6806; A6332.] Primer pairs are specific to the target DNA region they are designed to amplify. Each primer must uniquely hybridize to a segment of DNA bordering the target DNA region; collectively, the primer pair defines the borders of the target DNA. A primer pair designed to be specific for one region of a gene will not be effective in priming PCR for a different gene or a different target region within the same gene. [A1954-55; A1960-62; A6318-26; A6806-07.]

Probes are another man-made tool that can be used in the lab to investigate an input DNA sequence. Like primers, they are designed and synthesized to be complementary to, and thus hybridize to, a discrete portion of a target DNA. Probes are generally longer than primers and include a label, and are typically used to identify a DNA segment of interest and not to create copies of it. [A6331.]

Scientists can also make a type of DNA called complementary DNA or cDNA. *AMP*, 689 F.3d at 1313. cDNA is complementary to the mRNA from which it is synthesized, and thus includes the exons but lacks the introns in native DNA. *Id.* at 1313-14. [A6805-06; A6329.]

## II. THE DISCOVERY OF THE BRCA GENES AND MYRIAD'S BRACANALYSIS® TEST

The story of the discovery of the BRCA genes dates back to the 1960s when Dr. Mark Skolnick, a co-founder of Myriad, first took an interest in genetics. [A6911-12.] At that time, Dr. Skolnick had the unique insight to apply the study of human populations—a field typically considered in the context of sociology and economics—to genetics. [A6912.] Joining with a prominent geneticist in the field, Dr. Skolnick learned how to construct genealogies, subsequently creating the first computerized genealogical record. [A6912-13.] Shortly thereafter, Dr. Skolnick learned of the Utah Genealogical Society and, with his team, radically reconstructed the entire Utah Mormon Genealogy in order to link it to the Utah Cancer Registry to study familial patterns of cancer—an achievement recognized by the NIH. [A6913.] In tandem with these efforts, Dr. Skolnick and his team also set up a familial cancer screening clinic, studying tens of thousands of family members with a history of cancer, including breast and ovarian cancers. [A6914.]

Dr. Skolnick was also a pioneer in molecular biology. Among other things, his group developed an important technique for genetic mapping—Restriction Fragment Length Polymphorphisms. [A6914.] Using that technique and others, his team successfully mapped the gene for neurofibromatosis and mapped and cloned the gene for Alport Syndrome. [A6914.]

12

Thus, when it was announced in late 1990 that a gene, coined as BRCA1, linked to chromosome 17q21 was potentially responsible for a large number of familial breast and ovarian cancers [A6809; A6915], Dr. Skolnick set out to find it. He organized a large team of academic, government, and industry scientists from across the United States and Canada, and, because of the insufficient grants available for the project, funded it by creating Myriad in 1991 in conjunction with a venture capitalist. [A6915.]

Dr. Skolnick's familial database was instrumental in this search. Because the BRCA1 protein had not yet been identified, a positional cloning approach—which relies on linkage analyses of familial data to search for the location of the disease-causing gene—was one of the techniques used to find it.[2] [A6809; A6879-81.] Along with other molecular biology techniques, Dr. Skolnick's team used his database to home in on the BRCA1 gene—which is now known to extend over only about 100,000 base pairs—starting from a region of millions of base pairs. [A6809-11; A6911-16; A6882.] This was no easy task—other groups of researchers undertook similar efforts to find BRCA1, pointing to various, and oftentimes divergent, areas on chromosome 17q21 within which they hypothesized the BRCA1 gene might be located. [A6881-90.]

---

[2] If the BRCA1 protein sequence were known, researchers might have used other techniques to work backwards from the protein to the mRNA, and ultimately the gene. [A6809.]

13

Ultimately, Dr. Skolnick's team discovered the location and sequence of the BRCA1 gene, and later BRCA2. *AMP*, 133 S. Ct. at 2112. This discovery was deservedly hailed world-wide, described on the day it was announced by the NBC Nightly News as "one of the most important breakthroughs in breast cancer research in years." [A7234-35; A27.] It was truly a "landmark" discovery and "scientific triumph," and was published in the most respected journals in the scientific community. [*See* A7238-44; A7376-86.]

But the discovery of the genes, in and of themselves, yielded nothing—without a reliable diagnostic test applying that knowledge, and people willing to invest in it, there is no telling what might have resulted. [A7398 ("[T]he public should know applying [the gene] will involve as much imagination and hard work as it took to find it.").] While such a test may be thought of as routine today, in the 1990s it was not—Myriad's development of the test for the BRCA genes was the first such test for a so-called "common" disease. [A1936-37.] Fortunately, Myriad was willing to undertake this risky endeavor, supported by the knowledge that the tools used to run the test—DNA primers and probes and methods of using the same—were protected from immediate copying by the patents on appeal here. Myriad spent tens upon tens of millions of dollars to develop the techniques and run clinical trials to apply its discovery, and then hundreds of millions more to educate the medical community about it. [A1938; A7259-60.] Skeptics abounded,

14

including those who asserted that women should not be provided with the information revealed by the test, as the secondary sources describe. *See* Ronald Bailey, *Warning: Bioethics May Be Hazardous to Your Health*, Aug. 1, 1999, http://reason.com/archives/1999/08/01/warning-bioethics-may-be-hazar/print.

The result of all of this effort is Myriad's BRACAnalysis® test, the first version of which was launched in 1996. [A1938.] As currently configured, this test detects the presence of and characterizes mutations in the BRCA genes that are responsible for the majority of hereditary breast and ovarian cancers. [A1937.] Since its launch, over one million patients have benefited from BRACAnalysis®, which is one of the most widely employed genetic tests for disease in the United States. [A1937.]

Myriad's integrated test has a current list price of about $4,000, which today is typically covered by insurance because of Myriad's efforts to make that happen. [A1938-39.] For patients who cannot afford the test, Myriad has set up numerous patient assistance programs to help pay for it. [A10354-55.] And while Myriad's opponents constantly tout the total amount of revenue that Myriad has generated from the test—roughly $2 billion in total at the time of the preliminary injunction proceedings—the company itself lost money every year from its founding in 1991 until 2007.

## III. THE PATENTS ON APPEAL AND PRECEDING *AMP* LITIGATION

As the Court is well aware, Myriad's patents related to its discovery of BRCA genes have been the subject of extensive litigation. In brief, in 2009, the Association for Molecular Pathology ("AMP"), supported by the ACLU, sought a declaratory judgment that certain of these patents' claims were invalid under section 101. The claims challenged in that litigation were directed to (1) "isolated" DNA, which included DNA isolated from the natural BRCA genes, (2) isolated BRCA cDNAs only, and (3) general methods for "analyzing" or "comparing" a patient's BRCA sequence with the natural sequence for the genes. *AMP*, 689 F.3d at 1309-10. Neither the composition claims directed to primers or probes, nor the method claims that include any physical steps—*i.e.*, all those at issue now—were challenged.

After Judge Sweet invalidated all the claims raised by AMP, on appeal and after an initial remand from the Supreme Court in light of the *Mayo* case, this Court found that both the isolated DNA and cDNA composition claims were patent eligible under section 101, but that the "analyzing" and "comparing" method claims at issue there were not eligible because they recited no physical steps and claimed only "abstract mental processes." *Id.* at 1333-35.

In an opinion concurring-in-part and dissenting-in-part in that judgment, Judge Bryson noted that, "[o]f course, Myriad is free to patent applications of its

16

discovery. As the first party with knowledge of the sequences, Myriad was in an excellent position to claim applications of that knowledge. Many of its unchallenged claims are limited to such applications." *Id.* at 1349. He further cited several of the "unchallenged claims" as examples of patent-eligible applications of knowledge, including one claim—claim 21 of the '441 patent—that is strikingly similar to the exemplary method claims at issue in this appeal, as shown in the table below. *Id.*

| '441 patent claims 7 and 8 | '441 patent claim 21 |
|---|---|
| 7. The method of claim 1 wherein a germline nucleic acid sequence is compared by ***hybridizing*** a BRCA1 gene probe which specifically hybridizes to a BRCA1 allele to genomic DNA isolated from said sample and ***detecting*** the presence of a hybridization product where a presence of said product indicates the presence of said allele in the subject. | 21. The method of claim 20 wherein a germline alteration is detected by ***hybridizing*** a BRCA1 gene probe which specifically hybridizes to an allele of one of said alterations to RNA isolated from said human sample and ***detecting*** the presence of a hybridization product, wherein the presence of said product indicates the presence of said allele in the sample. |
| 8. The method of claim 1 wherein a germline nucleic acid sequence is compared by ***amplifying*** all or part of a BRCA1 gene from said sample using a set of primers to produce amplified nucleic acids and ***sequencing*** the amplified nucleic acids. | |

On appeal to the Supreme Court, only the isolated DNA and cDNA composition claims were at issue; Myriad did not appeal the general method claims that had been invalidated as abstract ideas. But even as to the composition claims,

petitioners emphasized at oral argument that the case should not impact claims to primers and probes. *AMP* Oral Argument Tr. (Apr. 15, 2013) at 9-10, *available at* http://www.supremecourt.gov/oral_arguments/argument_transcripts/12-398_h3dj.pdf. When Justice Sotomayor asked whether "[t]he primers and probes stand," counsel for the petitioners agreed that the primer and probe claims "would still remain. Even if you were to rule for Petitioners, you would not have to rule concerning the use of DNA as a probe or a primer." *Id.* at 9-11.

On June 13, 2013, the Supreme Court issued its decision, finding that the composition claims directed to isolated DNA (or fragments thereof) would cover "products of nature" and were not patentable just "because they have been isolated from the surrounding genetic material." *AMP*, 133 S. Ct. at 2120. Because those claims read in part on unaltered, genomic DNA removed from the body, they were were unpatentable products of nature. *Id.* at 2117-18.

The Court explained, though, that "cDNA does not present the same obstacles to patentability" because it is not "naturally occurring," even though nature might create a cDNA in a "pseudogene." *Id.* at 2119 n.8. This was so, even though the sequence of cDNA is, in fact, "dictated by nature." *Id.* at 2119.

After making these twin holdings, the Court took the time to note what was not at issue in the case, writing that the "case d[id] not involve patents on new applications of knowledge about the BRCA1 and BRCA2 genes." *Id.* at 2120. Of

Myriad's ability to claim such applications, the Court stated as follows: "Judge Bryson aptly noted that: '[a]s the first party with knowledge of the sequences, Myriad was in an excellent position to claim applications of that knowledge. Many of its unchallenged claims are limited to such applications.'" *Id.* (quoting *AMP*, 689 F.3d at 1389).

## IV.   THE LITIGATION AGAINST AMBRY

The same day the Supreme Court ruled in *AMP*, Ambry announced that it would begin offering its own BRCA testing to compete with Myriad's. Taking advantage of the market that Myriad had built, Ambry offered its tests at a price severely undercutting Myriad's. After analyzing Ambry's proposed product offerings and concluding there was infringement, Myriad sued Ambry in the United States District Court for the District of Utah on July 9, 2013.

That same day, Myriad moved for a preliminary injunction to prevent the irreparable harm it would surely suffer if Ambry remained on the market, including price erosion, loss of market share and its investments in developing the market, and loss of its patent exclusivity. Myriad's motion raised ten claims from six patents. For purposes of this appeal, four of these claims are representative: claims 7 and 8 of the '441 patent and claims 16 and 17 of the '282 patent.[3]

---

[3] Asserted primer claims 29 and 30 of the '492 patent are similar to claims 16 and 17 of the '282 patent, the primary difference being that they concern BRCA2

Representative claims 7 and 8 of the '441 patent claim methods for screening germline for mutations ("alterations") in the BRCA1 gene. They depend from claim 1, one of the claims invalidated by this Court as claiming merely an abstract idea. But unlike claim 1, they require specific steps to make the comparison. In claim 7, these steps are hybridizing a BRCA1 gene probe to a person's native BRCA1 allele and detecting the presence of the hybridization product to indicate the presence of the allele. In claim 8, the steps are amplifying the BRCA1 gene through the use of a set of primers and sequencing the amplified DNA. [A250-351 at A348.]

Claims 16 and 17 of the '282 patent cover pairs of single-stranded DNA primers for use in PCR. Claim 16 is directed to primer pairs used to amplify a portion of the sequence of the entire BRCA1 gene, while claim 17 is limited to primer pairs used to amplify a portion of the sequence of the BRCA1 cDNA (*i.e.*, exons only). [A146-249 at A242.]

Ambry opposed the motion for preliminary injunction in an avalanche of paper, arguing that its products do not infringe and that all the asserted claims are invalid under 35 U.S.C. §§ 101, 102, 103 and 112. Ambry also denied that Myriad

---

primers instead of BRCA1. [A242; A446.] Asserted method claims 2 and 4 of the '155 patent are similar to claims 7 and 8 of the '441 patent in that they employ primers to achieve their methods. [A348; A140-41.] Appellants are no longer relying on asserted claim 5 of the '721 patent and asserted claim 4 of the '857 patent for purposes of seeking preliminary injunctive relief.

would be irreparably harmed in the absence of an injunction, and argued that the balance of hardships and the public interest favored denial of an injunction.

The district court heard oral argument and received limited testimony on the motion over portions of three days in the fall of 2013. On March 10, 2014, the district court denied Myriad's motion. As to irreparable harm, the district court found that Myriad had presented "logical and persuasive testimony" that it "will suffer irreparable financial harm if an injunction does not issue," and that damages would not be adequate to compensate for this harm. [A61-68.]

However, the district court also found that Ambry had raised a substantial question that the asserted claims were invalid under 35 U.S.C § 101. On the method claims, the district court did not address them separately but, as a group, found that they bore a "striking" similarity to the abstract method claims invalidated in *AMP*, without any discussion of claims' 7 and 8 near identity to the claims identified by Judge Bryson as patentable applications of the BRCA knowledge. [A90.]

After making these comments, the district court then summarized the analysis it believed was required by *Mayo* as follows: "whether the Method Claims at issue set forth an 'inventive step' aside from the patent ineligible subject matter, and beyond 'well-understood, routine, conventional activity previously engaged in' by those in the field; and 2) whether allowing the Method Claims risks

preempting the use of a natural law, natural phenomenon, or abstract idea." [A93.] In describing the question in this fashion, the district court heavily emphasized *Parker v. Flook*, 437 U.S. 584 (1978), which treats unpatentable subject matter separately as part of the prior art, without acknowledging that that portion of *Flook* was overruled by *Diamond v. Diehr*, 450 U.S. 175 (1981). [A92.]

The district court then went on to conduct the analysis it asserted was required. In so doing, however, it divided the method claims up into separate pieces, contrary to the *Diehr* case it had just discussed. Ignoring the BRCA gene sequences entirely, the district court found that "the other steps set forth in the Method Claims are conventional activities that were well-understood and uniformly employed by those working with DNA at the time Myriad applied for its patents." [A94.] In other words, according to the district court, because Myriad had not invented some new way of assessing mutations or genes on top of its discovery of the BRCA sequences, it could not patent particular applications of the BRCA sequences, such as new methods of testing a patient's sample, using new primers and probes, to determine the patient's BRCA sequence. Because "[t]he laboratory materials, reagents, and protocols" to accomplish "amplification, sequencing, comparisons, detecting alterations in sequences, and hybridizing probes to alleles" were "well known and widely available in the art," in general, the district court held that Myriad's specific application of those techniques to the

unknown BRCA1 sequences did not satisfy section 101. [A94.]

On preemption, the district court found that, "if allowed, Plaintiffs' Method Claims would essentially foreclose the most widely used means to study and test for BRCA1 and BRCA2 genes" because "PCR using primers and probe hybridization are the means needed to determine and compare BRCA1 and BRCA2 sequences, and to conduct BRCA1 and BRCA2 tests." [A95-96.] The district court cited no decision of this Court or the Supreme Court for its "most widely used means" test, but instead relied almost exclusively on the analysis from another district court—*Ariosa Diagnostic, Inc. v. Sequenom, Inc*., No. C-11-06391, 2013 WL 5863022 (N.D. Cal. Oct. 30, 2013). [A96-100.] In reaching its preemption conclusion, the district court did not connect its analysis with whether or not the use of the unpatentable subject matter—the native BRCA gene sequences—inherently requires the claimed steps of the asserted method claims, as the Supreme Court did in *Mayo*.

On the primer claims, the court spent most of its time addressing the issue of whether or not the Supreme Court's *AMP* ruling affirmed patentability of any DNA that was synthetic, an argument Myriad had raised, and gave only limited consideration to the specific claims at issue that are limited to primer pairs for use in PCR. In answering the first question in the negative—that synthetic DNA may be unpatentable under the Supreme Court's ruling—the district court read the

Supreme Court's *AMP* holding very broadly, interpreting it to reach any claim that "reflects" naturally-occurring sequences despite the Supreme Court's statement that cDNA was patentable even though its sequence was "dictated" by nature. [A75-81.] Remarkably, at the behest of Ambry, the district court concluded that primers and probes were, in fact, at issue in the prior litigation despite the opposite clearly being the case. [*Id.*]

In its limited analysis of the actual substance of the primer pair claims, the district court focused most of its attention on whether those claims are "directed to compositions structurally similar to the DNA found in nature." [A83.] The court spent only one paragraph discussing Myriad's argument that the claimed primers are patent-eligible because they are functionally different than natural DNA, concluding that the primers' utility—their use in PCR—"exploits [a] natural DNA function to a useful end" and is not "markedly different" from natural DNA. [A87.] The court similarly dismissed Myriad's argument that primer pairs inarguably do not exist in nature as an argument "reminiscent" of that rejected in *Funk Bros. Seed Co. v. Kalo Inoculant Co.*, 333 U.S. 127 (1948), because "each primer [is] identical to the BRCA1 or BRCA2 nucleotide sequence from which it is derived, and carr[ies] identical genetic information." [A85.] That PCR does not occur in the human body did not matter to the district court because, "during PCR, the primers function similarly to genomic DNA undergoing replication in the

24

human body." [*Id.*]

Based on all of the above, the district court found that Myriad was unlikely to succeed on the merits of its claim because each of its asserted claims was likely invalid under section 101. Accordingly, the court denied Myriad's motion for preliminary injunction.[4] This appeal followed.

## SUMMARY OF THE ARGUMENT

The district court abused its discretion in denying Myriad's motion for a preliminary injunction. On the method claims, the district court grouped them together and failed to analyze them in a meaningful fashion. In so doing, the court erroneously found that they are "strikingly" similar to the method claims invalidated as too abstract in *AMP*, ignoring their specific physical limitations that readily distinguish them from those claims, as Judge Bryson explained. The district court then did exactly what the Supreme Court said **not** to do in *Diehr* and failed to analyze the claims as a whole. Instead, the court improperly split them into pieces and looked at the physical steps separate from the BRCA gene sequences. Viewed as a whole, these claims are patentable applications of Myriad's discovery of the BRCA sequences. The court also improperly analyzed

---

[4] The district court additionally found that the balance of hardships factor "tips slightly" in favor of Ambry in view of its section 101 finding, and concluded that the public interest did not mandate either the imposition or denial of an injunction. [A100-06.]

whether the method claims unlawfully preempt use of the BRCA sequences, adopting a test—supported nowhere in the law—that the claims are impermissibly preemptive if they recite the "most widely used" method of analyzing the sequence.

On the primer pair claims, the district court erred in finding them to be ineligible products of nature, again misapplying Supreme Court precedent. The claimed primer pairs are not products of nature—they are designed and made by scientists in a laboratory and have a distinct utility from isolated DNA fragments. The district court essentially treated the claims as if they were directed to isolated DNA fragments, ignoring that they specifically recite *primers*, making them far narrower than any of the claims at issue in *AMP*. The claimed primer pairs, unlike natural DNA or isolated fragments, are useful for "priming," or initiating the PCR process in a laboratory. The district court's holding that *AMP* somehow implicitly suggested that DNA primers were ineligible is a vast overread of the decision and contrary to the express record before this Court and the Supreme Court.

Although the district court properly found that Myriad would be irreparably harmed in the absence of an injunction, it erred in analyzing the other factors, allowing its improper section 101 analysis to infect its finding on the balance of harms and failing to give sufficient weight to the public's interest in protecting substantial investment in the development of life-saving technology like Myriad's.

Because of the district court's significant errors, its judgment should be reversed, vacated, and remanded for further consideration.

## ARGUMENT

## I.   LEGAL STANDARDS

This Court reviews a district court's denial of a preliminary injunction for abuse of discretion. *Robert Bosch LLC v. Pylon Mfg. Corp.*, 659 F.3d 1142, 1147 (Fed. Cir. 2011).   When denying an injunction, "[a] district court abuses its discretion when it acts 'based upon an error of law or clearly erroneous factual findings' or commits 'a clear error of judgment.'"   *Id.*   A "court by definition abuses its discretion when it makes an error of law."   *Koon v. United States*, 518 U.S. 81, 100 (1996); *Harris Corp. v. Ericsson Inc.*, 417 F.3d 1241, 1248 (Fed. Cir. 2005).

Courts balance four factors when considering a preliminary injunction:   (1) likelihood of success on the merits of the underlying litigation, (2) whether irreparable harm is likely if the injunction is not granted, (3) the balance of hardships as between the litigants, and (4) the public interest.   *See Abbott Labs. v. Sandoz, Inc.*, 544 F.3d 1341, 1362-63 (Fed. Cir. 2008).   A defendant challenging validity under the first factor of the inquiry must demonstrate a "substantial question" of invalidity.   *Trebo Mfg., Inc. v. Firefly Equip., L.L.C.*, -- F.3d --, 2104 WL 1377790 (Fed. Cir. 2014).

Patent eligibility under 35 U.S.C. § 101 is an issue of law that is subject to de novo review, though there may be underlying fact issues in the analysis. *Ultramercial, Inc. v. Hulu, LLC*, 722 F.3d 1335, 1342 (Fed. Cir. 2013).

## II. THE DISTRICT COURT ERRED IN FINDING A SUBSTANTIAL QUESTION OF PATENT ELIGIBILITY OF THE METHOD CLAIMS

### A. Representative Claims 7 and 8 Are Patent-Eligible Methods of Applying the BRCA1 DNA Sequence

The categories of patent-eligible subject matter set forth in 35 U.S.C. § 101 are broad and have always been interpreted broadly to reflect congressional intent that "the patent laws would be given a wide scope." *Bilski v. Kappos*, 130 S. Ct. 3218, 3225 (2010). Conversely, the judicially-created exceptions to section 101— which bar patents that claim natural phenomena, laws of nature, and abstract ideas—are interpreted and applied narrowly. *Id.* at 3229; *CLS Bank Int'l v. Alice Corp.*, 717 F.3d 1269, 1277 (Fed. Cir. 2013) ("[D]anger also lies in applying the judicial exceptions too aggressively because 'all inventions at some level embody, use, reflect, rest upon, or apply laws of nature, natural phenomena, or abstract ideas.").

Representative claims 7 and 8 of the '441 patent do not fall within the narrow judicial exceptions to section 101. These claims do not purport to claim ownership of the BRCA1 gene sequence itself, nor do they repeat claim 1's error of reciting simply an abstract comparison. Rather, they recite particular methods

of using the BRCA1 gene sequence and are patent-eligible under a proper reading
of section 101.

There can be no doubt, based on decades of Supreme Court precedent, that
while a natural product itself or abstract idea may not be patentable, the application
of either can be. *See Bilski*, 130 S. Ct. at 3230 ("[W]hile an abstract idea, law of
nature, or mathematical formula could not be patented, an ***application*** of a law of
nature or mathematical formula to a known structure or process may well be
deserving of patent protection." (internal quotation marks omitted)); *Diehr*, 450
U.S. at 187 ("It is now commonplace that an ***application*** of a law of nature or
mathematical formula to a known structure or process may well be deserving of
patent protection."); *Gottschalk v. Benson*, 409 U.S. 63, 67 (1972).

In *AMP*, the Supreme Court, favorably referring to Judge Bryson's opinion
concurring-in-part and dissenting-in-part in this Court's earlier opinion in that case,
again explained that applications of a natural product—specifically, genetic
sequences—are patent-eligible:  "Judge Bryson aptly noted that, '[a]s the first
party with knowledge of the [BRCA1 and BRCA2] sequences, Myriad was in an
excellent position to claim applications of that knowledge.  Many of its
unchallenged claims are limited to such applications.'"  *AMP*, 133 S. Ct. at 2120
(quoting *AMP*, 689 F.3d at 1349).  Notably, Judge Bryson's analysis occurred ***after***

the Supreme Court remanded *AMP* in the first instance specifically to consider the *Mayo* decision and how it applied to Myriad's patents.

In particular, Judge Bryson identified several of the then unchallenged claims as examples of patentable applications of knowledge about the BRCA sequences, including claim 21 of the '441 patent-in-suit. Representative claims 7 and 8 of the '441 patent are remarkably similar to claim 21. Each covers specific applications of the BRCA1 gene that involve comparing a human BRCA1 sample with a wild-type BRCA1 sequence using identified laboratory techniques and synthetic probes and primers. Indeed, claims 7 and 21, using nearly identical language, both require the very same steps of hybridizing a BRCA1 gene probe and detecting the presence of a hybridization product, which indicates the presence of a BRCA1 allele in a patient. Claim 8 contains different limitations of amplifying and sequencing the BRCA1 gene, but these steps are similarly concrete and physical. These types of specific, limited applications of BRCA1 knowledge are patentable under section 101.

The district court never addressed these similarities, despite the fact that Myriad raised them both in briefing and at the hearings. [A9213; A8865-66; A9789; A9796-97.] Instead, the district court, without actually discussing or analyzing any of the individual asserted method claims, grouped them all together and stated that they have "striking initial similarities" to the claims that this Court

30

*invalidated* in *AMP*.  [A90.]  It was legal error to group claims 7 and 8 with the invalidated claims and ignore that these claims contain precisely the kind of limitations that Judge Bryson, and other precedent, indicated makes them patent-eligible.

The method claims invalidated in *AMP* were found patent ineligible because they covered only "abstract mental processes"—specifically, they recited abstract methods for comparing or analyzing gene sequences without any physical steps. [*E.g.*, A348 (claim 1); A542 (claims 1 and 2).]  For example, this Court held that claim 1 of the '441 patent did not recite eligible subject matter because the only step in the claimed method was "comparing" one BRCA1 sequence with another BRCA1 sequence, which "recites nothing more than the abstract mental steps necessary to compare two nucleotide sequences."  *AMP*, 689 F.3d at 1334-45. This Court went on to explain that "the application of a formula or abstract idea in a process may describe patent eligible subject matter, [but] Myriad's claims [at issue in that case] *do not apply the step* of comparing two nucleotide sequences in a process" because the claims include no physical steps, like "sequencing the BRCA DNA molecule."  *Id.* (emphasis added).

Here, in contrast, claims 7 and 8 of the '441 patent unquestionably *apply* the abstract step of comparing the nucleotide sequences by requiring physical limitations.  Claims 7 and 8 expressly recite specific physical steps, namely

31

"hybridizing" and "detecting" (claim 7) and "amplifying" and "sequencing" (claim 8) using probes or primers. The district court's comparison to the *AMP* method claims invalidated as directed to abstract ideas betrays a fundamental misunderstanding of the judicially-created exception to section 101. Claims 7 and 8 recite patentable applications of knowledge about the BRCA1 sequence, and the district court's erroneous comparison was legal error.

### B. Representative Claims 7 and 8, Properly Viewed as a Whole, Contain an "Inventive Concept" Under *Mayo*

Compounding its improper comparison error, the district court then attempted to apply *Mayo* to Myriad's method claims, finding that "the only 'inventive concepts' in [Myriad's] Method Claims are the patent-ineligible naturally-occurring BRCA1 and BRCA2 sequences. The claims contain no other new process for designing or using probes, primers, or arrays beyond the use of BRCA1 or BRCA2 in those processes." [A93.] This is a serious misapplication of the "inventive concept" that the Supreme Court discussed in *Mayo* and is contrary to other Supreme Court precedent.

In *Mayo*, the Supreme Court explained that its section 101 precedent "insist[s] that a process that focuses upon the use of a natural law also contain other elements or a combination of elements, sometimes referred to as an 'inventive concept,' sufficient to ensure that the patent in practice amounts to significantly more than a patent upon the natural law itself." 132 S. Ct. at 1294.

The Court then explained that the steps in Prometheus's claims did not satisfy those conditions because they "involve well-understood, routine, conventional activity previously engaged in by researchers in the field." *Id.*

But the "inventive concept" discussion in *Mayo* is not an invitation, as the district court appeared to believe, to carve the claims into pieces—the natural law on one side and the remaining steps on the other—and evaluate the remaining steps wholly apart from the natural law to determine if they are "conventional" or "routine." In breaking up the claims the way it did, the district court violated the long-standing rule from *Diehr* that "[i]n determining the eligibility of respondents' claimed process for patent protection under § 101, their claims must be considered ***as a whole***. It is inappropriate to dissect the claims into old and new elements and then to ignore the presence of the old elements in the analysis." 450 U.S. at 189. Indeed, this portion of *Diehr* explicitly overruled contrary authority in *Flook*, which considered the unpatentable subject matter as part of the prior art, and which the district court mistakenly cited as support for its analysis. *Id.* at 189 n.12. [A91-93.]

The district court here did exactly what the Supreme Court in *Diehr* said was wrong—ignored the BRCA DNA sequences and simply looked to the other steps in the claims in the abstract to determine if they are "routine" or "conventional." *Mayo* does not instruct the court to do this type of analysis. Rather, *Mayo* explains

that the claims at issue there were invalid because they merely "inform a relevant audience about certain laws of nature; any additional steps consist of well-understood, routine, conventional activity already engaged in by the scientific community; and those steps, *when viewed as a whole*, add nothing significant beyond the sum of their parts taken separately."   132 S. Ct at 1298 (emphasis added).

When representative claims 7 and 8 of the '441 patent are viewed *as a whole*, without putting aside the BRCA1 DNA sequence, it is clear that they recite more than "routine," "conventional" steps previously used in the art at the time of Myriad's patent applications.   Indeed, the BRCA1 sequence was unknown at the time of the inventions, and the hybridization/detection and amplification/sequencing steps recited in claims 7 and 8, respectively, use probes and primers that Myriad specially designed for the BRCA1 gene *after* it was discovered.   [A9144-46.]   These steps were not previously performed in the art and, rather than being routine or conventional, were unknown.   While Myriad certainly did not invent probes and primers, that does not mean Myriad may not apply them with the BRCA1 gene and satisfy section 101.   *See Diehr*, 450 U.S. at 187 ("It is now commonplace that an application of a law of nature or mathematical formula to a *known* structure or process may well be deserving of patent protection.") (emphasis added).

The invalidated *Mayo* claims, by contrast, covered a method whose steps had all been identically done in the past for the identical purpose, combined in the identical way—the method required administration of a previously-used drug for a disease it had long been used to treat, and then measured the same biomarker for that drug in the same way it had been measured for decades. *Mayo*, 132 S. Ct. at 1297-98. The *Mayo* claims then merely appended the natural correlation to these identical steps that had been around for decades, and, by doing so, attempted to monopolize activity that doctors had already been performing through the correlation. Thus, the claim was effectively to the natural correlation itself, as it barred doctors from considering it in the context of the method they had already been performing.

By contrast, claims 7 and 8 set forth a new method of processing a patient sample to diagnose cancer risk through the use of new probes and primers and a new gene sequence. Before Myriad's discovery of the BRCA1 gene, it would have been impossible to employ the claimed hybridizing, sequencing, and detecting steps because each of those steps depends on the knowledge of the BRCA1 sequence.

In denying Myriad's motion, the district court erroneously believed that Myriad's discovery of the BRCA1 sequence was irrelevant to the inventive step analysis. [A95 ("[Myriad] ask[s] the court to find that obtaining knowledge of the

35

naturally occurring BRCA1 and BRCA2 sequences is somehow an inventive step sufficient to render the Method Claims patent eligible.").] While the district court remarkably faulted Myriad for allegedly citing no authority to support its arguments in this regard [A99], the reality is that there is no support for the district court's analysis, and it again reflects the district court's failure to look at the claims as a whole.

The suggestion that a supposedly natural sequence can play no role in patent eligibility is inconsistent with the Supreme Court's holding in *AMP* itself. In the case, the Court found claims to cDNA eligible despite the fact that it was well-known how to synthesize cDNA once a natural sequence was discovered. *AMP*, 133 S. Ct. at 2119. Although those claims were product claims and not method claims, it is plain from the Supreme Court's opinion that an appropriate method claim relating to the use of cDNA would have been similarly valid, despite the fact that the creation of cDNA involves laboratory processes that, considered in the abstract, were surely "conventional" at the time of Myriad's patent. Similarly, claims 7 and 8 are also patent-eligible because they use the BRCA1 sequence as part of a method that applies that sequence in a useful way that employs new probes and primers that are both concrete and non-conventional. when considering the claims as a whole. The district court's "inventive step" analysis was legal error, and an abuse of discretion.

36

## C. Representative Claims 7 and 8 Do Not Unlawfully Preempt the BRCA1 DNA Sequence

The district court also erroneously found that the method claims were likely invalid because they allegedly preempt further use and study of the BRCA genes. Once again, the district court's application of the law was incorrect.

As an initial matter, preemption has never been adopted as the test for section 101. Despite extensive briefing in *Mayo* primarily addressing this argument, the Supreme Court's opinion does not adopt preemption as the test. *Mayo*, 132 S. Ct. at 1302 ("The presence here of the basic underlying concern that these patents tie up too much future use of laws of nature **simply reinforces** our conclusion that the processes described in the patents are not patent eligible, while eliminating any temptation to depart from case law precedent.") (emphasis added). While certainly the Supreme Court has stated that preemption is a consideration in the section 101 analysis, its failure to adopt it as the test, despite many opportunities to do so, is telling.

But even putting that aside, the preemption relevant for section 101 only potentially occurs where the claim covers every practical application of the unpatentable subject matter. Speaking in terms of abstract ideas, this Court in *Ultramercial* explained that "[i]t is not the breadth or narrowness of the abstract idea that is relevant, but whether the claim covers every practical application of that abstract idea." 722 F.3d at 1346. Restating that same standard for natural

products or natural laws, the question is whether the claim preempts every practical application of that natural product or natural law.

The ineligible claims in *Mayo* are a good example of impermissible preemption. Those claims foreclosed any party, not only from using the correlation in the claimed method, but even from trying to develop a new way of utilizing the correlation. The claimed "administering" and "determining" steps were necessary prerequisites to make any use of the correlation at all—one could not consider the correlation without administering the drug and measuring the metabolites. *Mayo*, 132 S. Ct. at 1298 ("Anyone who wants to make use of these laws must first administer a thiopurine drug and measure the resulting metabolite concentrations, and so the combination amounts to nothing significantly more than an instruction to doctors to apply the applicable laws when treating their patients."). The claim thus prevented others from using the correlation for any purpose at all, even from further developing it in other ways.

In this fashion, the precatory steps in *Mayo* were "inherent" in the correlation, as this Court has described in *Ultramercial*, where it noted that "the Supreme Court's reference to 'inventiveness' in *Prometheus* can be read as shorthand for its inquiry into whether implementing the abstract idea in the context of the claimed invention inherently requires the recited steps." 722 F.3d at 1348. Stated in the context of a natural phenomenon, the inquiry is whether the claimed

application of the natural phenomenon necessarily requires the recited steps. The claims in *Mayo* unlawfully preempted the natural law because the claimed application of the law ***necessarily*** required the recited steps of administering a drug and determining metabolite levels. *Mayo*, 132 S. Ct. at 1299-1300 ("And since they are steps that must be taken in order to apply the law in question, the effect is simply to tell doctors to apply the law somehow when treating their patients.").

Here, that is simply not the case. The recited probe hybridizing and detection steps in claim 7, and primer amplification and sequencing steps in claim 8, are not inherent in any use of the BRCA1 gene—they are not required to isolate the gene for study, and they do not prohibit studying it in other ways. The claims thus do ***not*** preempt all practical uses of the naturally occurring BRCA1 DNA. Even now, there are technologies available that utilize unenriched, natural DNA extracted from a patient's cells and do not require production of synthetic DNA for subsequent analysis that are not implicated by Myriad's patents.[5] Claims 7 and 8 do not prevent others from currently using the BRCA1 gene in these other ways.

_____

[5] Those technologies include gene expression profiles, untargeted single-molecule sequencing, and protein truncation testing. *See, e.g.,* https://www.nanoporetech.com/technology/analytes-and-applications-dna-rna-proteins/dna-sequencing-applications; https://www.nanoporetech.com/technology/analytes-and-applications-dna-rna-proteins/dna-an-introduction-to-nanopore-sequencing (last visited Apr. 17, 2014). [A9152-54; A6652-53.]

But more critical to the preemption analysis, the claims certainly do not prevent others from developing new ways to use and evaluate the BRCA1 gene in the future—for example, methods that do not involve primer-based amplification or probe-based hybridization, which is the key concern in the section 101 preemption analysis. *See Mayo*, 132 S. Ct. at 1302 (explaining that claims were invalid because they "cover[ed] all processes that make use of the correlations after measuring metabolites, including ***later developed*** processes that measure metabolite levels in new ways") (emphasis added); *O'Reilly v. Morse*, 56 U.S. 62, 113 (1854) (expressing concern that a "future inventor, in the onward march of science, may discover" new means of applying the natural law that would still be covered by the claim); *Benson*, 409 U.S. at 68 (explaining that the "claim is so abstract and sweeping as to cover both known and unknown uses" of the abstract idea).

In this context, claims 7 and 8 compare favorably to claims in past cases that have been found patent-eligible. The claims in *Morse* provide an illustration of the contrast between ineligible claims that are preemptive and eligible claims that are properly limited to an application of a natural phenomenon or abstract idea. *Morse*'s broad claims to the use of electricity in any way to communicate "intelligible characters" were found invalid. But the narrower claims that recited particular methods of using "the motive power of magnetism" "as a means for

operating or giving motion to machinery, which may be used to imprint signals upon paper or other suitable material, or to produce sounds in any desired manner, for the purpose of telegraphic communication at any distance" were patent-eligible and not overly-preemptive. *Morse*, 56 U.S. at 120. Claims 7 and 8 are far more similar to the eligible *Morse* claims because they do not simply recite the BRCA1 sequence itself or any way of determining that sequence, but rather recite specific steps to study the sequence and make comparisons between the normal sequence and a patient's DNA.

Following *Morse*, Alexander Graham Bell's claims for using electrical current in a closed circuit, under certain conditions, for the transmission of vocal or other sounds were found to be patentable. The Court explained that the claim "[wa]s not for the use of a current of electricity in its natural state as it comes from the battery," but rather to a specific method. *The Telephone Cases*, 8 S. Ct. 778, 782 (1888). The Court later explained that "Bell's claim, in other words, was not one for all telephone use of electricity." *Benson*, 409 U.S. at 69. Similarly, claims 7 and 8 are not for all uses of the BRCA1 sequence—they do not simply recite "apply the BRCA1 sequence" or "diagnose a patient using the BRCA1 sequence," but recite specific and limited steps like the eligible claims in *Morse* and *The Telephone Cases*.

41

Claims 7 and 8 also do not fall into the category of ineligible claims in which the "purported limitations provide no real direction, cover all possible ways to achieve the provided result, or are overly generalized." *CLS Bank*, 717 F.3d at 1301; *see also Mayo*, 132 S. Ct. at 1300 ("[S]imply appending conventional steps, specified at a high level of generality, to laws of nature, natural phenomena, and abstract ideas cannot make those laws, phenomena, and ideas patentable."). These ineligible claims share the common feature of putting no limit on the process of using the natural phenomenon or abstract idea. In *Mayo*, "the 'determining' step tells the doctor to determine the level of the relevant metabolites in the blood, through whatever process the doctor or the laboratory wishes to use." 132 S. Ct. at 1297. Similarly, the patent in *Flook* did not "contain any disclosure relating to the chemical processes at work, the monitoring of process variables, or the means of setting off an alarm or adjusting an alarm system. All that it provides is a formula for computing an updated alarm limit." *Parker v. Flook*, 437 U.S. 584, 586 (1978). Effectively, the claims recited the formula itself.

The claims here do not suffer from that problem. They do not simply recite a general limitation such as "determining" a DNA sequence. Rather, they recite specific steps of primer-based amplification, probe-hybridization, and detection through sequencing. Because of these specific physical steps, the claims do not unlawfully preempt anything under section 101. *See Diehr*, 450 U.S. at 192-93.

42

Rather than carefully apply preemption consistent with the above precedent, the district court instead crafted its own "most widely means" standard, *i.e.*, if the claims preempt the "most widely used means" of using the gene, then they are impermissible. [A95.] There is no support for this in the law, and, indeed, would be a standard constantly in flux. What might be most widely used at the beginning of a patent term—and, under the district court's reasoning, impermissibly preemptive—might be ancient technology at the end of the term—and thus, no longer impermissibly preemptive. This is not the preemption concept as applied by this Court and the Supreme Court.

As if to prove this point, the district court relied for its preemption analysis primarily on the *Sequenom* case currently on appeal to this Court and its introduction of a "commercially viable alternative" test for impermissible preemption. While Myriad does not agree that *Sequenom* was correctly decided, the claims that were invalidated in that case are readily distinguishable from the claims at issue here. *Sequenom* involves the permissible scope of patenting methods for detecting a known product of nature—fetal DNA—that was found to exist in a new location—a pregnant mother's serum and plasma. In exploiting their discovery, the *Sequenom* inventors were thus able to use a known natural product, off-the-shelf reagents, and previously-designed primers and probes, albeit in important new ways that ought to be patentable. [A9971-73 (1:12-15, 31-32;

43

5:7-14).] Essentially, the *Sequenom* inventors changed the source from which they obtained the fetal DNA, but everything else was the same as in the past.

By contrast, claims 7 and 8 at issue here deal with the application of previously-unknown DNA sequences for which Myriad had to design a new PCR reaction using its own new primers and probes, which had never been previously studied and assessed before Myriad's work. The district court's comparison to *Sequenom* was flawed, and using the case as support for the district court's "most widely used means" standard—which otherwise is not found in the law—was additional error.

Claims 7 and 8 of the '441 patent permissibly apply the inventors' discovery of the BRCA1 gene and do not unlawfully preempt use and study of that gene. The district court's contrary determination was a clear abuse of discretion.[6]

---

[6] Even the PTO's newly-issued guidelines for determining subject matter eligibility under section 101 suggest strongly that claims 7 and 8 are not impermissibly preemptive. While, like many, Myriad believes the guidelines reflect an overly-restrictive interpretation of section 101, they provide as an example of a patent eligible method claim a method for amplifying a natural DNA sequence using Taq polymerase and thermal cycling, *i.e.*, PCR. GUIDANCE FOR DETERMINING SUBJECT MATTER ELIGIBILITY OF CLAIMS RECITING OR INVOLVING LAWS OF NATURE, NATURAL PHENOMENA & NATURAL PRODUCTS 11, *available at* http://www.uspto.gov/patents/law/exam/myriad-mayo_guidance.pdf. The guidelines reason that these limitations "are meaningful, because others are not substantially foreclosed from using the natural products in other ways, e.g., others may use the target DNA in other methods or compositions." *Id.* at 13.

44

III. **THE DISTRICT COURT ERRED IN FINDING A SUBSTANTIAL QUESTION OF PATENT ELIGIBILITY OF THE PRIMER PAIR CLAIMS**

A. **A Composition of Matter Is Patent Eligible under Section 101 and Supreme Court Precedent Unless it is a "Product of Nature"—*i.e.*, Both its Structure and Utility Are as in Nature, Unaltered by Man**

For claims directed to compositions of matter, the patent eligibility inquiry focuses on whether or not the composition is considered a "product of nature." While the Supreme Court's case law on this topic is limited, a careful review of it demonstrates the importance of identifying not just whether the composition sought to be patented is found unaltered in nature, but also whether man has given to it a different utility from nature—*i.e.*, has man applied it to a new end. Thus, in *Funk Brothers*, a mixed culture of naturally occurring strains of bacteria was found to be an unpatentable product of nature, even though the combination itself was not found in nature. Because the bacteria were unchanged in the combination, either in identity—*i.e.*, they were the same bacteria found in nature—or in utility—*i.e.*, when combined, their behavior as bacteria was unaltered by man, section 101 barred the combination. 333 U.S. at 131-32 (explaining that the combination had "no new bacteria, no change in the six species of bacteria, and no enlargement of the range of their utility. Each species has the same effect it always had. The bacteria perform in their natural way."). Conversely, a bacterium created by combining an existing species of bacteria with naturally occurring plasmids to

45

create a new bacteria that ate oil "plainly qualifie[d] as patentable subject matter."
*Diamond v. Chakrabarty*, 447 U.S. 303, 309 (1980). The combination did not
exist in nature, and also had a different utility—consuming oil—that had been
engineered by man. According to the Supreme Court, it had a "distinctive name,
character and use." *Id.* at 309-10.

This line between products of nature that are not patentable, on the one hand,
and creations of man, on the other, is well illustrated in *AMP*, in the Supreme
Court's twin findings that "isolated DNA" claims that encompassed natural DNA
were not patentable under section 101, but those limited to cDNA were. *AMP*, 133
S. Ct. at 2111. The "isolated DNA" claims at issue there encompassed all forms
of "isolated DNA" that had a BRCA1 sequence, regardless of source, including
DNA "isolated" only "by breaking the covalent bonds that connect the DNA to the
rest of the individual's genome." *Id.* at 2113.

As to this broadly claimed form of "isolated DNA," even though it does not
exist in nature, isolating it did not either change the DNA structure of the genetic
unit itself or give the DNA any distinctive utility sufficient enough to render it
patentable. On structure, the Supreme Court stated: "It is undisputed that Myriad
did not create or alter any of the genetic information encoded in the BRCA1 and
BRCA2 genes. The location and order of nucleotides are as Myriad found them."
*AMP*, 133 S. Ct. at 2116. Similarly, on utility: "Nor are Myriad's claims saved by

46

the fact that isolating DNA from the human genome severs chemical bonds and thereby creates a non-naturally occurring molecule. Myriad's claims are simply not expressed in terms of chemical composition, nor do they rely in any way on the chemical changes that result from the isolation of a particular section of DNA." *Id.* at 2118.

As to the cDNA, it unquestionably did not exist in nature, even though its sequence was dictated by nature—the mRNA from which it is synthesized. While the sequence of cDNA may be dictated by nature, "the lab technician unquestionably creates something new when cDNA is made." *Id.* at 2119. Because it was "unquestionably" new, the Supreme Court did not comment on its utility, but cDNAs plainly have a new utility. [*See* A6806.]

From this backdrop, the error in the district court's conclusion that Myriad's primer pair claims were unpatentable products of nature is apparent. Representative claims 16 and 17 of the '282 patent are directed to "a pair of single-stranded DNA primers for determination of a nucleotide sequence of a BRCA1 gene by a polymerase chain reaction," where the use of the primers in PCR results in the synthesis of DNA having at least part of the sequence of the BRCA1 gene (claim 16) or the sequence of the BRCA1 cDNA (claim 17). [A242; A6816.] As demonstrated below, while they rely on the wondrous natural properties of DNA, these "primer pair" claims are limited to compositions of matter made by men,

47

with a utility engineered by man that is distinct from any product of nature—*i.e.*, use in PCR to initiate DNA synthesis.

### B.    The Primer Pair Claims Are Not a Product of Nature

#### 1.    The Primer Pair Claims Are Designed and Made by Scientists, Not Snipped from Nature

Unlike a new mineral discovered in the earth, a leaf snapped from a tree, or a natural DNA segment isolated from a human cell, the claimed primer pairs—which are short, single-stranded DNA segments used in PCR for amplifying and subsequently sequencing all or part of the BRCA1 gene—do not exist in nature. There is no dispute between the parties that there are no single-stranded DNAs that can act as primers present in a human cell, let alone a pair of such DNAs.

Instead, like the genetically engineered bacterium in *Chakrabarty* and the cDNA in *AMP*, the claimed primer pairs are designed and made by scientists in a laboratory.    As the patent specification teaches, the claimed primer pairs are designed to prime (or initiate) the amplification of a specific segment of the BRCA1 gene (or a portion of the sequence of BRCA1 cDNA, as in the case of dependent claim 17) in PCR, and the sequences of the primer pairs are chosen by the scientist to uniquely and separately hybridize to two regions of DNA flanking the target segment.   [A172-73 (16:23-35; 17:23-27); *see also* A6806; A1954-57; A1960-62.]  As the district court acknowledged, "[s]cientists create primers.  In so doing, they consider primer size and other aspects, such as the exact portion of the

DNA segment targeted." [A14; *see also* A13 ("A primer is a short, **synthetic**, single-stranded DNA molecule that binds specifically to an intended target nucleotide sequence.") (emphasis added).]

The fact that the claims are directed to primer **pairs** moves them even further from the realm of products of nature. A scientist does not just design one primer and stop there. Rather, the scientist designs a coordinated pair that, working in conjunction, primes a non-natural chemical reaction that does not occur in the body, *i.e.*, PCR. The use of a **pair** of primers, as recited in the claims, is critical. Unless the two coordinated primers are used together, they cannot perform their function. This is the work of scientists in the laboratory, not the work of nature. [A1954-57; A1960-62; A6806.]

That the nucleotide sequences of a pair of primers may, at some level, be said to be "dictated by the sequence of the gene that the scientist is trying to amplify"[7] does not negate the fact that the primer pairs are the creation of the scientist, not nature. [*See* A6338-39; *see also* A14.] "The rule against patents on naturally occurring things is not without limits," for "all inventions at some level embody, use, reflect, rest upon, or apply laws of nature, natural phenomena, or

---

[7] Even here, it is the scientist who designs the primers based on the segment of the gene that he or she wishes to amplify. Thus, unlike cDNA, where the sequence is directly dictated by the RNA, the sequence of a primer depends on exactly what the scientist is trying to amplify. [A1954-57; A1960-62; A6805; A7614.]

abstract ideas," and "too broad an interpretation of this exclusionary principle could eviscerate patent law." *AMP*, 133 S. Ct. at 2116 (quoting *Mayo*, 132 S. Ct. at 1293). The same "dictated by nature" argument was expressly rejected by the Supreme Court in *AMP* in finding cDNA patent eligible. As the Court noted, although the nucleotide sequence of cDNA may be dictated by nature, "the lab technician unquestionably creates something new when cDNA is made." *Id.* at 2119. Likewise, here, the scientist unquestionably creates something new when the primer pairs are made.

In this regard, the primer pair claims do not cover isolated natural DNA fragments that share the same sequence. Natural DNA fragments are just that— fragments of DNA. They can be used for whatever use one can make of them. Conversely, primers are just that—primers. Claims to them only cover use of the claimed material in PCR, an entirely separate, man-made utility, as demonstrated below. In short, while a DNA fragment might be capable of being utilized by a scientist as a single primer, a claim to a pair of primers *functioning together* for use in PCR does not claim the unpatentable DNA fragment alone, divorced from the pair's application in PCR.

### 2. The Claimed Primer Pairs Have Utility Distinct from Natural DNA or Fragments Thereof

As the name suggests, the function of a primer is to "prime," *i.e.* to serve as a starting material for a DNA polymerization process. [*See* A1954-55; A7617-18.]

During PCR, each single-stranded DNA primer of a primer pair hybridizes (or binds) to a specific portion of the template DNA; together, they define the boundaries of the DNA segment in interest. [*See* A1954-57; A6806-07.] DNA synthesis is initiated with the DNA polymerase adding a nucleotide complementary to the template DNA to the free 3'-end of each of the primers. DNA polymerase then continues to add nucleotides to the free 3'-end of the elongating strand in an order complementary to the template DNA, resulting in a new strand of DNA. [*See* A6807.]

Naturally occurring genomic DNA, on the other hand, is a molecule that stores the biological information used in the development and functioning of all known living organisms including humans, and contains the code and instructions necessary for making virtually all proteins in a cell. [*See* A7-8.] Natural DNA does not and cannot serve the "priming" function during DNA replication in a human body. During DNA replication inside a cell, as the double-stranded DNA unwinds, each of the two single strands becomes available as a ***template***, not as a ***primer***, for replication. [A6309-10; A7617.] Specifically, an enzyme called a "primase" synthesizes a single short segment of RNA using one of the DNA strands to be replicated as a template. During its synthesis, the "RNA primer" is created one nucleotide at a time, and each nucleotide is annealed or attached directly to the DNA strand being replicated one nucleotide at a time. In other

words, the primer is never created as a separate, single-stranded molecule, but instead is created directly on the DNA strand.  Once this "RNA primer" is formed directly on the DNA template, the cell's DNA polymerase uses that primer as the starting point for DNA elongation.  [A7616-17; A7635-36; *see also* A9-10.]

Accordingly, the DNA replication process in cells is distinct from the laboratory PCR process because: (1) DNA replication uses "RNA" primers that never exist as a separate single-strand because they are synthesized one nucleotide at a time directly onto (attached to) the DNA strand to be replicated, in contrast to using DNA primers that are single-stranded; (2) only one RNA primer is used for each part of the DNA strand replicated rather than a matched "pair" or primers that allows for synthesis of DNA only between the matched pair of primers; (3) PCR involves the use of fragmented pieces of input DNA as templates in contrast to using the unbroken continuous DNA as it exists in the genome during DNA replication; and (4) PCR uses many cycles (20-30 cycles) of heating and cooling to completely separate or "denature" the double-stranded DNA into single strands in each cycle, and this cyclical heating and cooling process is not used in the natural DNA replication process.  [A7616-17; A7635-36; A6309-10; A6318-20; A6336-37; A6281-82; A6806-07.]

The district court's failure to give weight to this distinct utility for primers from natural DNA or its fragments appears to be based largely on the fact that a

DNA primer has a sequence identical to a fragment of natural DNA. [A83-85.] While the claimed DNA primer pairs may share the same sequence with two fragments of natural DNA, they have an entirely different function. As such, the claimed DNA primer pairs are not the same as a fragment of natural DNA, even though they share the same sequence, but rather are a patent eligible *application* of fragments of natural DNA. The claims do not cover the natural DNA fragments with which they share a sequence, but instead utilize knowledge of the sequence in a patent-eligible way, to aid in the conduct of PCR. The district court erred by ignoring the differences in utility and focusing solely on the identity of the nucleotide sequences.[8]

The district court also placed undue emphasis on the fact that the claimed DNA primers carry out their distinct priming function by hybridizing to the target DNA sequence "according to Watson-Crick pairing." [A85.] But "all inventions at some level embody, use, reflect, rest upon, or apply laws of nature, natural phenomena, or abstract ideas." *Mayo*, 132 S. Ct. at 1293. A composition of matter

---

[8] In this regard, the primer pair claims at issue here are much narrower than the hypothetical primer pair claim in the PTO Guidance Memorandum. *See supra* at n.6. There, setting aside the fact that the PTO applied an unduly broad interpretation of the Supreme Court's decisions, the claimed "pair of primers" are not limited to any specific application; the only limitation is that the primers have the sequences of SEQ ID No:1 and SEQ ID No:2, respectively, which, in PTO's hypothetical, are "naturally occurring DNA sequences found on a human chromosome." *Id.* at 11-12.

is not unpatentable simply because its utility relies on a law of nature. *Id.*; *AMP*, 133 S. Ct. at 2116. Indeed, the Supreme Court already ruled that BRCA1 cDNA— which uses the same Watson-Crick pairing principal—is patentable. *AMP*, 133 S. Ct. at 2119. Rather, it is only if the composition's utility is the same as in nature, unaltered by man, does the reliance on natural properties for utility become impermissible.

Thus, unlike the combination of bacteria in *Funk Brothers*, the claimed pair of primers is not a mere mixture of two independent natural products with "no enlargement of the range of their utility." 333 U.S. at 131. Instead, the claims are to two interdependent molecules carefully designed by a scientist to work in a coordinated fashion to catalyze a non-natural PCR reaction. The pair of primers does not "perform in their natural way" to "serve the ends nature originally provided." *Id.* Rather, like the genetically engineered bacterium in *Chakrabarty*, the claimed primer pairs have a utility "possessed by no naturally occurring" DNA; the primer pair claims here are therefore "not to a hitherto unknown natural phenomenon, but to a non-naturally occurring manufacture or composition of matter—a product of human ingenuity having a distinctive name, character and use." *Chakrabarty*, 447 U.S. at 309-10. The district court was wrong to find otherwise.

## C.     The District Court Vastly Overread *AMP* to Include Primers and Probes as Patent Ineligible

In finding the primer pair claims likely invalid, the district court misinterpreted the Supreme Court's decision in *AMP* in a variety of ways.  As an initial matter, the district court read the decision as standing for the rule that "isolated DNA segments were patent ineligible as long as they ***reflected*** naturally occurring BRCA1 and BRCA2 sequences."  [A75 (emphasis added).]  This is unduly broad.   Rather, as the district court stated at the outset of its opinion, the Supreme Court's holding in *AMP* was narrow: "We merely hold that genes and the information they encode are not patent eligible under § 101 simply because they have been isolated from the surrounding genetic material."  *AMP*, 133 S. Ct. at 2120.  The Court expressly rejected the petitioners' "dictated by nature" argument and found BRCA cDNA patent eligible, even though they too "reflect" naturally occurring BRCA sequences. *Id.* at 2119.

The Supreme Court's comment that "cDNA is not a 'product of nature' and is patent eligible under section 101, except insofar as very short series of DNA may have no intervening introns to remove when creating cDNA," *see AMP*, 133 S. Ct. at 2119, does not change matters.  The district court failed to appreciate the context of the Court's statement in *AMP*, which was made, and must be interpreted, in the context of the "isolated DNA" claims before the Court.  The Court's reference to "cDNA" was shorthand for its inquiry into whether an

55

"isolated" DNA having the sequence of a particular cDNA is patent eligible. Claim 2 of the '282 patent, for example, is directed to an "isolated DNA . . . [having] the nucleotide sequence set forth in SEQ ID NO:1." *Id.* at 2113. While claim 2 does not expressly recite a "cDNA," the Court found that for all intent and purposes, claim 2 was limited to BRCA1 cDNA in view of the recitation of "SEQ ID NO:1," which is the sequence of the cDNA. *See id.*; *see also AMP*, Oral Argument Tr. (Apr. 15, 2013) at 22:13-23.

On the other hand, had the cDNA sequence been "very short" with "no intervening introns to remove," an "isolated DNA" having that short cDNA sequence would not only have covered the cDNA but also genomic DNA with the same sequence, and therefore may have been patent ineligible under section 101. In other words, in the context of the claims before the Court, an "isolated DNA having the nucleotide sequence" of a very short cDNA may be patent ineligible not because the cDNA may be patent ineligible even though it is man-made and not a product of nature, but because the "isolated DNA" in that case may encompass genomic DNA—*i.e.*, that which exists in nature.

But more than all of this, the district court was simply wrong to find, at Ambry's repeated urging, that this Court (and by extension the Supreme Court) was actually concerned with the patentability of primers and probes, ***claimed as primers and probes***, in its prior decisions. [A77-81; A2441-43.]  Although the

district court recognized that the Supreme Court never explicitly addressed the patent eligibility of DNA primers, the district court nonetheless concluded that such a holding was implicit because both Myriad and this Court had stated that short strands of isolated DNAs could be used as primers and probes, and thus, when claims to isolated fragments were invalidated, implicitly primers and probers were invalidated as well.  [A77; A81-82.]

This betrays a fundamental misunderstanding of the basics of how a patent claim is rendered invalid.  A claim is invalid under any section of the Patent Act, including section 101, so long as it encompasses anything that is invalid, in this case, any patent ineligible subject matter.  *See, e.g.*, *Titanium Metals Corp. v. Banner*, 778 F.2d 775, 780-82 (Fed. Cir. 1985) (where "a claim covers several compositions, the claim is 'anticipated' if one of them is in the prior art").  The Supreme Court's holding that claim 1 of the '282 patent was invalid under section 101 because it encompassed natural, genomic BRCA1 DNA and fragments thereof does not mean that all subject matters covered by claim 1 are patent ineligible. Indeed, claim 1 also encompassed BRCA1 cDNA, the subject matter of dependent claim 2, which the Court found patent eligible.  *AMP*, 133 S. Ct. at 2113, 2119.

For the district court to assert the opposite, and to criticize Myriad in the process as "revers[ing] course" for asserting that primers (and probes) are patentable [A78], is an error so fundamental as to call into question the district

court's entire analysis. The Supreme Court explicitly cautioned against the overly broad interpretation adopted by the district court and stated that the *AMP* decision "***merely*** h[e]ld that genes and the information they encode are not patent eligible." *AMP*, 133 S. Ct. at 2120 (emphasis added). As discussed above, DNA primers used in PCR neither are "genes" nor "encode" any information, and claims to "primers" do not cover fragments of isolated DNA in and of themselves. They cover "primers." Period.

Indeed, the Supreme Court's decision was silent on primers and probes because the primer and probe claims were not at issue in *AMP* and were intentionally excluded from the proceedings by AMP. As noted above, during oral argument, Justice Sotomayor questioned petitioners' counsel about this very subject: "The primers and probes stand"? *AMP*, Oral Argument Tr. (Apr. 15, 2013) at 11. The petitioners agreed: "Even if you were to rule for Petitioners, you would not have to rule concerning the use of DNA as a probe or a primer."[9] *Id.*

The district court was also mistaken when it observed that "Judge Bryson did not explicitly use the term 'primer' in relation to the non-cDNA isolated

---

[9] ACLU, who brought the *AMP* suit and argued before the Supreme Court, also filed an amicus brief in this case in support of Ambry's opposition to the preliminary injunction motion. Tellingly, ACLU only challenged the patentability of the method claims and was conspicuously silent on the claims directed to pairs of primers. [*See* A6437-39; A6448-49; A6451-56.]

DNA," but nonetheless asserted that Judge Bryson's rationale would apply to primers.  [A77.]  In fact, Judge Bryson did use the term "primer" but came to a completely different conclusion.  In finding the claims directed to short segments of DNA sequences unpatentable under section 101, Judge Bryson noted that these claims were not *limited* to primers or probes, and that Myriad could easily have claimed more narrowly to achieve the utility it attached to short segments of DNA. *AMP*, 689 F.3d at 1356.  Claims narrowly drawn to DNA primers are not unpatentable simply because the broad "isolated DNA" claims are.

These errors of law surrounding the district court's interpretation of *AMP* simply compound the court's failure to appreciate that primer pairs are different in structure and utility than unpatentable isolated DNA.  Under the correct interpretation of this Court's and Supreme Court precedent, the primer pair claims are valid under section 101.  The district court's erroneous interpretation of this precedent was legal error, and an abuse of discretion.  *Koon*, 518 U.S. at 100.

## IV.    The District Court Abused Its Discretion In Analyzing the Balance of Hardships and Public Interest Factors

The district court's analysis of the balance of hardships is plagued by its erroneous finding that the asserted claims were likely invalid under section 101. Indeed, the only reason the district court found that the balance tipped in Ambry's favor was that it believed Ambry had shown that the asserted patents were likely invalid.  [A101-02.]  Because the district court's only basis for finding that the

balance of hardships favored Ambry, despite the irreparable harm the district court found Myriad would suffer absent an injunction, was wrong, Ambry is similarly situated to defendants in cases where the balance of hardships was found to favor the patentee. *See, e.g.*, *Sanofi-Synthelabo v. Apotex, Inc.*, 470 F.3d 1368, 1383 (Fed. Cir. 2006).

On the public interest factor, the district court correctly found that Myriad "persuasively" argued that the public interest lies in upholding its patent rights, "particularly where [Myriad] . . . invested over $500 million to improve Myriad's testing produce; develop an extensive database of variant classifications; create a market wherein third-party payors will reimburse testing cost; and provide testing to over one million patients." [A103-05.] Nonetheless, the district court concluded that the public interest did not favor a preliminary injunction because, in its opinion, Myriad's patent protection of its investments allegedly hindered others' research endeavors in this field. [A105.] Myriad should not be penalized for obtaining and using the protections of the patent laws. This Court has "long acknowledged the importance of the patent system in encouraging innovation. Indeed, the encouragement of investment-based risk is the fundamental purpose of the patent grant, and is based directly on the right to exclude." *Sanofi-Sythelabo*, 470 F.3d at 1383-84 (internal quotation marks omitted). Just as the public interest favors granting preliminary injunctions when generic drug manufacturers seek to

enter the market in violation of pharmaceutical patents, it also favors granting preliminary injunctions in the field of personal medicine where competitors like Ambry seek to free ride off a patentee's substantial investments.  *See Celsis In Vitro, Inc. v. Cellzdirect Inc.*, 664 F.3d 922, 931-32 (Fed. Cir. 2012); *Pfizer, Inc. v. Teva Pharms., USA, Inc.*, 429 F.3d 1364, 1382 (Fed. Cir. 2005).

## CONCLUSION

For all the reasons set forth above, the district court's denial of a preliminary injunction was an abuse of discretion.  Myriad respectfully requests that the judgment be reversed and vacated and the case remanded for further proceedings.

Dated:  April 18, 2014                    Respectfully submitted,


                                          /s/ *Jonathan E. Singer*
                                          Jonathan E. Singer
                                          Deanna J. Reichel
                                          FISH & RICHARDSON P.C.
                                          60 South Sixth Street, Suite 3200
                                          Minneapolis, MN 55402
                                          Tel:  (612) 335-5070
                                          Fax:  (612) 288-9696

                                          COUNSEL FOR APPELLANT
                                          MYRIAD GENETICS, INC.

/s/ *David G. Mangum*
David G. Mangum
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
P.O. Box 45898
Salt Lake City, UT 84111
(801) 532-1234

COUNSEL FOR APPELANTS
UNIVERSITY OF UTAH RESEARCH
FOUNDATION, THE TRUSTEES OF THE
UNIVERSITY OF PENNSYLVANIA, HSC
RESEARCH AND DEVELOPMENT
LIMITED PARTNERSHIP,
ENDORECHERCHE, INC., AND
MYRIAD GENETICS, INC

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE: BRCA1- AND BRCA2- BASED HEREDITARY CANCER TEST PATENT LITIGATION | MDL CASE NO. 2:14-MD-2510 |
| THIS DOCUMENT RELATES TO: | CASE NO. 2:13-CV-00640-RJS |
| UNIVERSITY OF UTAH RESEARCH FOUNDATION, *et al*. Plaintiffs, vs. AMBRY GENETICS CORPORATION, Defendant. | **MEMORANDUM DECISION AND ORDER DENYING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** Judge Robert J. Shelby |

On June 13, 2013, the Supreme Court issued a unanimous decision holding that "genes and the information they encode are not patent eligible simply because they have been isolated from the surrounding genetic material." *Association for Molecular Pathology v. Myriad Genetics Corp.* (*AMP*)*, 133 S. Ct. 2107, 2120 (2013). This case arises in the aftermath of that decision.

Plaintiff Myriad Genetics, Inc. (Myriad) is recognized as the winner in the "race" to locate and sequence the BRCA1 and BRCA2 genes.[1] Myriad invested millions of dollars, including money obtained via public grants, in an effort to locate and sequence those genes in the early-to-mid-1990s. Once it did, Myriad sought and obtained related patents, some of which will begin to expire in August 2014. Myriad also developed and commercialized tests to screen people for the presence of harmful variations in these genes. Myriad launched its flagship 'BRACAnalysis' test in 1996 and debuted its 'myRisk' test in 2013. Ford Decl. at ¶¶ 1-3, 8

---

[1] *See Fierce Competition Marked Fervid Race For Cancer Gene*, Natalie Angier, New York Times, Sept. 20, 1994, <http://www.nytimes.com/1994/09/20/science/fierce-competition-marked-fervid-race-for-cancer-gene.html?pagewanted=all&src=pm>.

A000001

(Dkt. 6).[2]  Between 1997 and 2013, Myriad's revenue from its BRACAnalysis test steadily

increased, and now totals more than $2 billion.  Kearl Decl. at 6 (Dkt. 107).  Myriad earned that

revenue by carefully guarding its patent rights and preventing others from providing screening

tests for the BRCA1 and BRCA2 genes.  From the mid-1990s, until the Supreme Court's *AMP*

decision, Myriad was the lone provider of full-sequence BRCA1 and BRCA2 tests in the United

States.  Ford Decl. at ¶ 8.

Within days of the Supreme Court's *AMP* decision, Defendant Ambry Genetics

Corporation (Defendant) announced plans to sell tests less expensive than Myriad's to screen

BRCA1 and BRCA2 genes.  Since then, other companies have followed suit—publicly offering

such tests or announcing plans to do so.[3]

Soon after Defendant announced it would begin to offer BRCA1 and BRCA2 testing,

Plaintiffs filed this action, complaining that Defendant's genetic testing infringes several of

---

[2] Unless otherwise noted, citations to the parties' case filings will refer to materials filed in Case No. 2:13-CV-00640, the first filed of Plaintiffs' cases in this court.

[3] These companies include Gene by Gene, Ltd.; Counsyl, Inc. (Counsyl); Quest Diagnostics (Quest); GeneDx; Invitae Corporation (Invitae); and Laboratory Corporation of America Holdings (LCAH).  Since the filing of the Motion for Preliminary Injunction against Defendant, Plaintiffs, including Myriad, have sued Gene by Gene, Quest, GeneDx, Invitae, and LCAH in this court.  *See* Case Nos. 2:13-CV-00643 (dismissed without prejudice on Feb. 7, 2014); 2:13-CV-00967; 2:13-CV-00954; 2:13-CV-01049; and 2:13-CV-01069, respectively.  Myriad was also sued in the Northern District of California by Counsyl (Case No. CV-13-04391-NC) and Invitae (Case No. 13-05495) and in the Central District of California by Quest (Case No. 8:13-CV-01587-AG-DFMx).  Myriad subsequently moved the Judicial Panel on Multidistrict Litigation to transfer these California cases to the District of Utah.  (MDL No. 2510.)  That Panel granted Myriad's request, and the California actions have been transferred to this court as part of Case No. 2:14-MD-2510, joining this case and the cases that Plaintiffs have filed against GeneDx and Quest.  Plaintiffs have not moved for injunctions against Quest, GeneDx, Invitae, or LCAH.  Plaintiffs and Gene by Gene recently stipulated to dismissal without prejudice of Plaintiffs' claims and Gene by Gene's counterclaims.  (Dkt. Nos. 90 and 91 in Case No. 2:13-CV-00643.)

2

Plaintiffs' patents.[4] Plaintiffs now move the court for a preliminary injunction enjoining

Defendant's sales or offers to sell "genetic tests including a BRCA1 or BRCA2 panel" pending

trial on the merits.[5] Plaintiffs' Motion focuses on ten claims in the patents-in-suit: 1) four claims

to pairs of synthetic DNA strands, called "primers"; and 2) six methods claims for analyzing

BRCA1 and BRCA2 sequences. Plaintiffs argue these claims remain patent eligible after the

*AMP* litigation, and that Defendant's testing infringes the patents containing these claims.

Plaintiffs contend an injunction is necessary to prevent irreparable harm to their pricing structure,

share of the BRCA1 and BRCA2 testing market, corporate reputation, and other exclusive

benefits they might enjoy during the remainder of their patents' terms.

Defendant opposes Plaintiffs' Motion, arguing that Plaintiffs cannot show that they are

likely to succeed on the merits of their infringement claims because Defendant has raised a

"substantial question" concerning the subject matter eligibility of Myriad's BRCA1 and BRCA2-

related patents, particularly in light of the recent *AMP* litigation. Defendant further contends

there are substantial questions concerning whether: 1) its testing infringes Plaintiffs' patent

claims; 2) the patents at issue are invalid because the inventions they claim were anticipated and

---

[4] Plaintiffs allege Defendant is infringing: claim 6 of U.S. Patent No. 5,709,999 (the '999 Patent); claims 6, 16, and 17 of U.S. Patent No. 5,747,282 (the '282 Patent); claims 7, 8, 12, 23 and 26 of U.S. Patent No. 5,753,441 (the '441 Patent); claims 29 and 30 of U.S. Patent No. 5,837,492 (the '492 Patent); claim 4 of U.S. Patent No. 6,033,857 (the '857 Patent); claims 2, 3, and 4 of U.S. Patent No. 5,654,155 (the '155 Patent); claims 2, 3, 4, 5, 6, and 7 of U.S. Patent No. 5,750,400 (the '400 Patent); claims 32 and 33 of U.S. Patent No. 6,051,379 (the '379 Patent); claim 5 of U.S. Patent No. 6,951,721 (the '721 Patent); claims 3, 4, 5, 6, 7, 8, 11, 14, 17, 18, and 19 of U.S. Patent No. 7,250,497 (the '497 Patent); claims 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, and 18 of U.S. Patent No. 7,470,510 (the '510 Patent); claims 10, 11, 15, 16, 17, and 19 of U.S. Patent No. 7,622,258 (the '258 Patent); claims 2, 8, and 16 of U.S. Patent No. 7,838,237 (the '237 Patent); claims 2, 3, 5, 9, 10, and 12 of U.S. Patent No. 7,670,776 (the '776 Patent); and claims 2 and 7 of U.S. Patent No. 7,563,571 (the '571 Patent). Am. Compl. (Dkt. 21).

[5] Plaintiffs' Proposed Order (Dkt. Nos. 5 and 5-1.)

A000003

obvious; and 3) the patents are invalid due to indefiniteness or lack of written description. Defendant also argues that Plaintiffs will suffer no immediate, irreparable harm to their pricing, market share, or reputation.  Finally, Defendant asserts that its business will be devastated and the public interest harmed if an injunction issues because the public would lose access to less expensive, more complete, and more innovative cancer testing.

On September 11 and 12, and October 7, 2013, the court received testimony and argument on Plaintiffs' Motion.  Additionally, the parties have submitted numerous declarations from experts.  Having carefully considered the relevant authorities, briefing from the parties and amici, oral argument, testimony, and the evidence, the court concludes Plaintiffs are not entitled to a preliminary injunction.  The court finds that although Plaintiffs have shown they are likely to be irreparably harmed if an injunction does not issue, Defendant has raised substantial questions concerning whether any of the patent claims at issue in Plaintiffs' Motion are directed toward patent eligible subject matter under 35 U.S.C. § 101.  In light of Defendant's showing, Plaintiffs are unable to establish that they are likely to succeed on the merits of their claims.  Neither have Plaintiffs established that the equitable factors support issuance of the requested injunction. Having failed to satisfy their burden, Plaintiffs' Motion for Preliminary Injunction must be denied.

I.      **FACTUAL BACKGROUND**

A. **The Parties**

1. **Plaintiffs**

Myriad is a Delaware molecular diagnostic corporation with its principal office in Salt Lake City, Utah.  The University of Utah is a Utah nonprofit educational and research institution in Salt Lake City.  The University of Pennsylvania is a Pennsylvania nonprofit educational and

4

research institution in Philadelphia. The Hospital for Sick Children is a pediatric heath care and research facility located in Toronto, Ontario. Endorecherche is a Canadian medical research corporation in Ste-Foy, Quebec. Myriad owns the following patents-in-suit: the '155, '400, '379, '721, '497, '510, '258, '237, '776, and '571 Patents. *See supra* note 4 (listing complete numbers for patents-in-suit). Myriad is the exclusive licensee of the '999, '282, '441, '492, and '857 Patents. The University of Utah is the owner or co-owner of three patents at issue in this case, the '999, '282, and '441 Patents. The University of Utah, University of Pennsylvania, the Hospital for Sick Children, and Endorecherche are the co-owners of the '857 and '492 Patents. The University of Utah Research Foundation, also a Plaintiff, has received from Myriad over $40 million in royalties under some of the patents at issue in this case over the past two decades. Pershing Decl. at ¶ 4 (Dkt. 112).

### 2. Defendant

Defendant is a clinical diagnostic and genomic services company in Aliso Viejo, California. In the hours after the Supreme Court issued its *AMP* decision, Defendant announced that it would begin offering a number of its own tests that include BRCA1 and BRCA2 screening. Defendant now offers a menu of at least six tests that include screening for BRCA1 and BRCA2: a combined BRCA1/BRCA2 test, BRCAPlus, BreastNext, PancNext, Ova Next, and CancerNext. Chao Decl. at ¶ 16, Exhs. B-G (Dkt. 56). Defendant's BRCA1/BRCA2 test is available for $2,200—substantially less than the price for comparable testing offered by Myriad. *Id.*

### 3. Amici

The court permitted the filing of a joint Amicus Curiae brief in support of Defendant's Opposition to Plaintiffs' Motion for Preliminary Injunction. (Dkt. 79.) Amici are the American

Civil Liberties Union (ACLU) and ACLU of Utah Foundation, Inc. (ACLU Utah), Public Patent

Foundation (PUBPAT), Association for Molecular Pathology (AMP), Breast Cancer Action

(BCAction), and the AARP.  The ACLU and PUBPAT represented the individual and

organizational plaintiffs in the *AMP* litigation, including two of the amici here, *AMP* and

BCAction.  AARP also filed amicus briefs in the *AMP* litigation.

     The ACLU describes itself as a "nationwide, nonprofit, nonpartisan organization with

over 500,000 members" with the stated goal of protecting rights protected under the

Constitution.  *Id.* at 4.  ACLU Utah is a regional affiliate of the ACLU.  *Id.*  PUBPAT is a not-

for-profit legal services organization affiliated with the Benjamin N. Cardozo School of Law and

is concerned with patent policy issues.  *Id.* at 4-5.  *AMP* is "an international not-for-profit

professional association representing over 2,000 physicians, doctoral scientists and medical

technologists who perform laboratory testing based on knowledge derived from molecular

biology, genetics and genomics."  *Id.* at 5.  *AMP* claims an interest in this matter because, in its

view, the issues in this case will impact "the provision of and innovation in genetic testing."  *Id.*

BCAction is "a national, grassroots advocacy and education organization" working to end breast

cancer.  It holds itself out as "the watchdog of the breast cancer movement."  *Id.*  AARP is a

"nonpartisan, nonprofit organization with a membership dedicated to addressing the needs and

interests of people age fifty and older," seeking to "enhance the quality of life for all by

promoting independence, dignity, and purpose."  *Id.* at 6.  AARP's mission is focused, in part, on

healthcare-related issues.  *Id.*

A000006

## B. Background on Genetics

Plaintiffs and Defendant generally do not dispute the core scientific principles underlying the genetics issues in this case. Here, the court relies upon expert declarations and testimony submitted by Plaintiffs and Defendant.

### 1. DNA

Genes are the units responsible for inheritance of discrete traits, such as the color of peas in a peapod. Kay Decl. at ¶ 15 (Dkt. 103); Tait Decl. at ¶ 32 (Dkt. 54). Genes are made from segments of deoxyribonucleic acid, or DNA. DNA is an integral component of chromosomes, the complex structures that carry genes and which are located within most cells of the human body. Pribnow Decl. at ¶ 18 (Dkt. 65); Kay Decl. from *AMP* Litigation at ¶ 131 (Dkt. 34-4). The human genome, the "whole of the genetic information of an organism," is comprised of about 22,000 genes residing in 23 pairs of chromosomes. Tait Decl. at ¶ 32. Every cell in the human body contains a complete copy of the human's genome.

DNA is a chemical compound containing within its molecular structure the genetic information necessary to code for most, if not all, aspects of embryogenesis, development, growth, metabolism, and reproduction. Pribnow Decl. at ¶ 22. At its most basic level, a DNA molecule is composed of five chemical elements: carbon, hydrogen, oxygen, nitrogen, and phosphorus. Kay Decl. at ¶ 12.

But DNA is unique from other molecules in that it encodes—provides the blueprint for—our highly organized, intricate, complex internal structures, and serves as the template for the complex molecules that allow us to extract, transform, and utilize the energy that is present in our environment. It can be said that DNA contains information necessary for all life functions. Aug. 23, 2013 Tutorial (Jackson) at 8:3-10, 8:22–9:18 (Dkt. 117); Nussbaum Decl. at ¶¶ 41-65

(Dkt. 61); Pribnow Decl. at ¶ 33; Pribnow 2nd Decl. at ¶¶ 21-24 (Dkt. 132). It is DNA's unique, informational aspect that sets it apart from other biological molecules. Tait Decl. at ¶ 32.[6]

The information in DNA is stored in the sequence of adjacent bases within the DNA strand through what is termed a "nucleotide sequence." Scientists often refer to DNA as a "polynucleotide," reflecting that DNA consists of a contiguous chain of chemical units called "deoxyribonucleotides." Pribnow Decl. at ¶¶ 22-23. The standard nucleotides in vertebrate DNA contain four different bases: adenine, thymine, cytosine, and guanine. As shorthand, scientists often denote nucleotides by the first letter of the names of their bases: "A" for adenine; "G" for guanine; "T" for thymine; and "C" for cytosine. These bases are linked together by chemical bonds via a sugar-phosphate backbone. Kay Decl. at ¶ 12. A DNA molecule is typically represented by the linear order of the nucleotide sequence.

Scientists can extract DNA from cells in the body. Such DNA is known as extracted "genomic" DNA or gDNA. Scientists can also chemically synthesize DNA. Whether genomic or synthetic, all DNA uses the same four nucleotides, and the information encoded in a specific nucleotide sequence is the same. Pribnow Decl. at ¶¶ 19-21, 27, 52-54; Pribnow 2nd Decl. at ¶¶ 5-11.

DNA often exists as a double helix, with two intertwined strands. This structure is made possible because each base in one strand is paired via hydrogen bonds with another base in the

---

[6] In their Reply Brief, Plaintiffs dispute that DNA contains information, stating that "DNA and any segment of DNA do not contain 'information' (like computer or computer storage device or any analogous device)." Pls.' Reply Br. at 4 (Dkt. 98 at 16). But at the court's September 11, 2013 hearing, Myriad's corporate representative, Vice President for Technology Development and Laboratory Director, Dr. Ben Roa, testified that he agreed with the statements that "DNA can contain information," and that specifically "BRCA1 and BRCA2 genes do provide information relating to a patient's susceptibility to developing breast or ovarian cancer . . . ." Sept. 11, 2013 Hearing Tr. (Roa) at 105:9-17 (Dkt. 150).

other, complementary strand.  Kay Decl. at ¶ 14.  To better understand DNA's role as an

informational molecule, one must understand the rules of base pair complementarity, or

"Watson-Crick" base pairing, named after two of the scientists credited with deducing the

structure of DNA upon recognizing the critical importance of base pair complementarity.

Pribnow Decl. at ¶ 28.  In Watson-Crick pairing, A pairs exclusively with T, while C pairs only

with G.  *Id.* at ¶¶ 28-29.  The informational aspects of DNA are based on associations between

the nucleotides that are governed by the natural law of Watson-Crick base pairing.  Nussbaum

Decl. at ¶¶ 41-65; Pls.' Reply Br. at 5 (Dkt. 98); Pribnow Decl. at ¶¶ 28-50.

A single-stranded DNA molecule has "directionality," meaning that the two ends of the

molecule are chemically different.  The "beginning" of a DNA molecule is called the 5' (5

prime)-end and the "end" of the molecule is called the 3' (3 prime)-end.  Kay Decl. at ¶ 17.

DNA also contains regions that can code for protein molecules.  Protein-coding segments of

native DNA are contained in "exons."  *Id.* at ¶ 18.  In humans, protein-coding exonic DNA

sequences are typically interrupted by intervening DNA sequences known as "introns" that do

not code for proteins, but may contain regulatory elements—which control when a cell activates

a gene.  *Id.*

DNA replicates through a complex process.  Pribnow Decl. at ¶ 36.  During replication,

the DNA double helix is "unwound" and separated into single strands.  *Id.*  Single-stranded DNA

binding proteins maintain DNA in its single-stranded conformation, preventing the strands from

reassociating through Watson-Crick base pairing.  Pribnow 2nd Decl. at ¶¶ 30-32.  The two single

strands of DNA then become templates for the synthesis of the strand that will form the opposite

strand in a new double helix.  Pribnow Decl. at ¶¶ 36-38; Pribnow 2nd Decl. at ¶¶ 13-17.  DNA

replication is "primed" by the presence of a short RNA primer that the enzyme responsible for

A000009

synthesizing new DNA – "DNA polymerase" – uses as a starting point to synthesize the new

DNA strand.  Pribnow 2nd Decl. at ¶¶ 13-17.  The opposite strands are synthesized according to

Watson-Crick base pairing rules, resulting in two identical copies of the original DNA sequence.

*Id.*  The entire genomic DNA of all human cells—all forty-six chromosomes' worth (in twenty-

three chromosome pairs)—is completely copied from end to end during each replication cycle.

Pribnow Decl. at ¶ 37.  Thus, all base pairs comprising the genome are exposed in an extended

single-stranded form during each replication event.  *Id.*  In humans, this occurs trillions of times

during the life of every person.  *Id.*  Both the integrity of the structure and the nucleotide

sequence of each single strand of the entire double helix are critical for maintaining the fidelity

of replication during the vast number of cell division events that occur.  *Id.*

        A change in the gene sequence is called a genetic "variant" or "polymorphism."  Any

change, even to a single nucleotide, can constitute a variant.  Some variants are harmless.

Others, termed "mutations," can cause disease or increase the risk of disease.  Disease conditions

in humans frequently are due to mutations in an individual's copy of a single gene that gives rise

to a protein different from the normal, or "wild-type," protein expressed in persons without the

disease.  The genetic mutation that is responsible for such protein alteration may be determined

and may be observed relatively easily through analysis of a person's DNA sequence from a

human sample.  Tait Decl. at ¶ 34.  These mutations can be found in exons or introns, although it

is often easier for geneticists to identify disease-causing mutations in exons.  Hence, mutation

screens often concentrate on examining DNA sequences containing exons.  Kay Decl. at ¶ 19.

        In some instances, there is not enough information about a variant to classify it—the

variant's effect on the body is currently unknown.  Such a variant is termed a "variant of

unknown significance," or "VUS."  The significance of the variant may be determined over time

A000010

though the collection and analysis of more data for that variant. Swisher Decl. at ¶ 40 (Dkt. 59); Nussbaum Decl. at ¶¶ 66-68. Through further investigation, most VUS results are ultimately reclassified as either deleterious or benign. The vast majority are reclassified as benign. Of course, the number of VUS reported is inversely proportional to the completeness of a genetic database. The more mutations discovered and characterized, the fewer VUS results will be returned. Nussbaum Decl. at ¶¶ 66-67.

### 2. RNA

RNA, or ribonucleic acid, is a chemical compound with four bases: guanine, cytosine, uracil, and adenine. Kay Decl. at ¶ 20. Thus, instead of DNA's thymine base, RNA contains uracil. *Id.* Common abbreviations of the RNA bases are: "G" for guanine, "C" for cytosine, "U" for uracil, and "A" for adenine. *Id.* Each base, together with one sugar and one phosphate molecule, makes up one repeating unit known as an RNA nucleotide. *Id.* Also like DNA, RNA is formed by a strand of bases that are linked together via a sugar-phosphate backbone. *Id.* The structures of the sugar-phosphate backbone of RNA and DNA, however, are different; while RNA contains a ribose sugar, the sugar component of DNA is a deoxyribose. *Id.* Because of these differences in structure, RNA usually exists as a single strand instead of the double helix associated with DNA. *Id.* DNA is generally more stable than RNA. *Id.*

RNA is generated in the body from DNA in a process called "transcription." *Id.* at ¶ 21. During transcription of RNA from DNA, a discrete segment of the DNA unwinds, and the bases of the DNA molecule act as "clamps" that hold the bases of the newly forming RNA in place while the chemical bonds of the sugar-phosphate backbone are formed. *Id.* This process is mediated by a structure in the cell known as RNA polymerase. *Id.*

A newly transcribed RNA molecule (transcript), or precursor messenger RNA (pre-mRNA), is processed to result in a mature messenger RNA (mRNA). *Id*. at ¶ 22. Pre-mRNA contains nucleotides that are eliminated during a process called "splicing." *Id*. This involves splicing the introns out of the pre-mRNA, while the exons are ligated, or joined together, to form the intact mRNA molecule. *Id*.

### 3. Proteins

Proteins are generally large, complex molecules that play many critical roles in the body. *Id*. at ¶ 23. They are required for the structure, function, and regulation of the body's tissues and organs. *Id*. Proteins are made up of hundreds or thousands of smaller units called amino acids, which are attached to one another in long chains. *Id*. There are 20 different amino acids that can be combined to make a protein. *Id*. The sequence of amino acids determines each protein's unique 3-dimensional structure and its specific function. *Id*. Proteins are translated from mRNA through a process called "translation." *Id*. at ¶ 24. During translation, mRNA serves as a template to assemble a protein. *Id*. Three consecutive bases in an mRNA molecule constitute a "codon," which codes for one of the twenty amino acids. *Id*. Pairing interactions take place between an mRNA molecule and another RNA molecule known as tRNA, which serves as an adaptor during protein translation. *Id*. Specifically, sets of three nucleotides in the coding region of an mRNA react with three nucleotides in a tRNA in such a way as to cause the amino acid linked to the tRNA molecule to be chemically transferred to the growing polypeptide (a chain of amino acids linked together by peptide bonds) destined to become a protein. *Id*. The bases of the mRNA serve as "clamps" to hold the amino acids in place while the chemical bonds between the individual amino acids are formed. During translation, the mRNA template, the tRNA, the newly-forming polypeptide chain, and the next amino acid reside in a multi-protein complex

A000012

called a ribosome.  *Id.*  Once a protein is translated it typically undergoes post-translational or chemical modifications that are important for the protein's function.  *Id.*

The genetic code describes which codons code for which amino acids.  *Id.* at ¶ 25.  For example, the codon adenine-thymine-guanine encodes the amino acid methionine.  *Id.*  Thus, the chemical composition of an mRNA molecule determines the amino acid composition of a protein.  *Id.*

### 4.  cDNA

Complementary DNA, or "cDNA," is commonly synthesized from a mature mRNA in a reaction catalyzed by a protein known as reverse transcriptase.  *Id.* at ¶ 26.  cDNA is so named because each base in the cDNA can bind to a base in the mRNA from which the cDNA is synthesized.  *Id.*  In other words, it is "complementary" to the mRNA from which it is synthesized.  *Id.*  cDNA can be structurally different from native DNA.  Most notably, cDNA made from an mRNA does not contain introns.  *Id.* at ¶ 27.  DNA generally contains intronic sequences—although DNA fragments may contain only exons.  cDNA is also functionally different from DNA.  *Id.* at ¶ 28.  Most critically, DNA contains regulatory sequences.  *Id.* These regulatory sequences are not present in cDNA because they are not present in the mRNA from which the cDNA is synthesized.  *Id.*

### 5.  Primers and Probes

A primer is a short, synthetic, single-stranded DNA molecule that binds specifically to an intended target nucleotide sequence.  *Id.* at ¶ 29.  The sequence of the primer is necessarily complementary to the target sequence, so that the bases of the primer and the bases of the target sequence bind to each other.  *Id.*  In human genetic testing, primers bind to human gene sequences that are an exact match according to the law of Watson-Crick base pairing.  Pribnow

13

**A000013**

Decl. at ¶ 91.  Binding a primer to its target sequence is the first step in amplifying a segment of DNA—the production of multiple copies of a specific DNA segment for DNA sequencing reactions or other molecular characterization.  *Id.*; Kay Decl. at ¶¶ 29-30.

Scientists create primers.  In so doing, they consider primer size and other aspects, such as the exact portion of the DNA segment targeted.   Pribnow 2nd Decl. at ¶ 8.  These considerations are dictated by the nucleotide sequence of the DNA segment to which the primer is intended to bind.  *Id.*  For example, if the targeted sequence is a naturally occurring BRCA1 or BRCA2 sequence, the starting points for primer creation necessarily must be the complement of the naturally occurring BRCA1 or BRCA2 sequences flanking the specific DNA region the scientist wishes to amplify.  *Id.*  Because the primers in a pair are designed to "hybridize" to their BRCA primer binding sites per Watson-Crick base pairing rules, the BRCA primers must contain sequences identical to the BRCA sequence directly opposite its binding sites.  *Id.*

Typical primer pairs used in the most common method of DNA amplification, polymerase chain reaction (*see* discussion of polymerase chain reaction *infra* Part I.B.6.), are between 15 to 18 nucleotides or 25 to 30 nucleotides in length.  Roa Decl. at ¶ 16 (Dkt. 63); Pribnow Decl. at ¶ 91.  To hybridize well to a person's DNA, the length of the nucleotide sequence of the primer that binds to the sample DNA should be at least 15 nucleotides long. Roa Decl. at ¶¶ 16, 21-22.

In addition to sequences that are identical to naturally occurring DNA sequences, primers may have additional appended sequences on their ends, such as "Next Generation Sequencing (NGS) adaptor sequences."  These adaptor sequences do not hybridize to the targeted genetic sequence.  Elliott Decl. ¶¶ 15-17 (Dkt. 47); Elliott 2nd Decl. at ¶¶ 4-5 (Dkt.

14

136).  Neither do they affect a primer pair's function in hybridizing to portions of a targeted DNA sequence.  The primer pairs bind to and prime the same portion of the DNA sequence regardless of the presence or makeup of any such appended molecule.  Elliott Decl. at ¶¶ 15-17; Elliott 2nd Decl. at ¶¶ 4-5.

Genetic testing methods can also utilize "probes."  Pribnow Decl. at ¶ 85.  Probes are similar to primers in that they are short segments of DNA that are capable of hybridizing to a DNA segment according to the rules of Watson-Crick base pairing.  *Id.*  A probe is used to detect the presence or absence of a particular DNA sequence in a DNA sample.  Tait Decl. at ¶ 26.  Thus, as with primers, the composition of a probe is dictated by the DNA sequence a scientist wants to identify.  *Id.* at ¶ 24.  The probe's DNA sequence is a complement to the sequence of DNA the probe will be used to detect, so that the probe will hybridize to the DNA target through Watson-Crick base pairing.  Pribnow Decl. at ¶¶ 85-87; Tait Decl. at ¶¶ 22-26.

Primers and probes may utilize sequences that can hybridize to the sequence that would be present in a cDNA of the gene.  In other words, primers and probes can hybridize to exonic-only sequences.  But, primers and probes are not cDNA.  Pribnow Decl. at ¶ 86.  cDNA is typically not used as a primer or probe.  *Id.* at ¶ 84.  In the genetic testing that Plaintiffs contend their patent claims cover, cDNA may not be used much at all.  *Id.*  Rather, one simply amplifies a segment of DNA and uses it to interrogate a gene for medically important mutations.  *Id.*  cDNA is not typically used as a probe or primer in genetic testing in part because it is too large.  *Id.*  In addition, primers often are designed to hybridize to noncoding regions of the gene (introns) in order to copy the sequence of the intron immediately adjacent to the exon, in addition to the exon itself, thus mirroring the native nucleotide sequence.  *Id.*  Since cDNA does not contain introns, it cannot be used as a primer in this application.  *Id.*  Genomic DNA extracted

15

from the body is not typically used as primers or probes, although it would be possible to do so. *Id.* at ¶ 88.

Using probes and primers in genetic testing, including BRCA testing, does not fundamentally change the DNA that is analyzed. Pribnow Decl. at ¶ 87. More specifically, primers and probes do not alter the underlying, naturally occurring DNA sequence that is being read. *Id.* Therefore, they do not alter the underlying DNA's functional properties or identity for the purposes of genetic testing. *Id.*

At the time of Myriad's patents, the techniques for creating primers were well known in the art. Primers were generally created using commercially available "oligonucleotide synthesizing machines." *See* '282 Patent col.16 ll.43-48 (BRCA1); '492 Patent col.15 ll.30-37 (BRCA2).

As with primers, the creation and use of DNA probes in genetic testing experiments was well known and widely used prior to August 1994, when Myriad submitted its application for the first of the patents at issue in Plaintiffs' Motion. Tait Decl. at ¶ 26; '282 Patent col.15 ll.9-20, col.17 ll.15-32, col.21 ll.34—col.22 l.25. Probe hybridization results from Watson-Crick base pairing between two complementary strands of nucleic acids. Hybridization, a form of binding between molecules, occurs as a result of the inherent chemical properties of nucleic acid molecules and gives double-stranded DNA its characteristic helical structure. Tait Decl. at ¶ 22.

### 6. Polymerase Chain Reaction

Many copies of an input DNA are required to sequence genes. Those who want to sequence and test human genes utilize methods for amplifying—creating copies—of a segment of genomic DNA products. Kay Decl. at ¶ 31; Pribnow Decl. at ¶ 17. Whether produced in a laboratory or by nature, amplified DNA is indistinguishable from the original DNA that was

16

copied, both in its chemical structure and, importantly, the sequence information contained in the DNA. Pribnow Decl. at ¶ 19.

The most widely used DNA amplification method is the polymerase chain reaction (PCR). Kay Decl. at ¶ 32. PCR mimics the processes of DNA replication in the cell. Pribnow Decl. at ¶¶ 55-59; Pribnow 2nd Decl. at ¶¶ 13-17. When PCR is used in conjunction with a targeted segment of genomic DNA, numerous exact duplicates are synthesized, and these are indistinguishable in sequence and chemical composition from the targeted genomic DNA. *Id.*

PCR was developed in the 1980s by Dr. Kary Mullis at Cetus Corporation to develop exact duplicates—"amplicons"—of DNA segments. Pribnow Decl. at ¶ 16; Tait Decl. at ¶¶ 29-31. In 1989, the publication *Science* identified PCR and its use of a DNA polymerase from a thermophilic bacterium, *Thermus aquaticus* (*Taq* DNA polymerase), as the "Molecule of the Year," and Dr. Mullis won the Nobel Prize in Chemistry for his invention in 1993. Tait Decl. at ¶ 29. Thus, as the asserted patents acknowledge, PCR was a well-understood and routine activity in the scientific community prior to the time Myriad filed its August 1994 application corresponding to those asserted patents, and prior to the identification of the BRCA1 or BRCA2 gene sequences. *Id.* at ¶ 31; '441 Patent col.17 ll.21-37.

In any presently known process for analyzing a human's genes, the first step is to obtain a person's blood, saliva, or a cultured cell sample. DNA is then extracted from this sample. This extracted, genomic DNA represents a person's "diploid" genome, as it contains two copies of each autosomal (non sex chromosome) gene. Roa Decl. at ¶ 3; Pribnow Decl. at ¶ 55. The genomic DNA is then "fragmented," or cut into small pieces, often through sonication or biochemical shearing. The fragmentation randomly cuts all parts of the DNA into many

17

randomly sized pieces. These fragments are typically about 1000 nucleotides long, but smaller

fragments can be created. Roa Decl. at ¶ 4; Pribnow Decl. at ¶ 55.

The PCR process begins by mixing the fragmented genomic DNA with: 1) a

thermostable DNA polymerase enzyme; 2) a pool of all four DNA nucleotides (A, C, T and G);

and 3) a great excess of single-stranded primer pairs. Kay Decl. at ¶ 32; Pribnow Decl. at ¶¶ 55-

59; Pribnow 2nd Decl. at ¶¶ 13-17; Tait Decl. at ¶¶ 23-29. One primer in the pair is

complementary to one end of the region to be amplified on one strand of the template DNA

molecule and the other primer in the pair is complementary to the other end of the region to be

amplified on the other strand of the template DNA. Kay Decl. at ¶ 32.[7]

Next, several steps occur in a cyclical reaction, as depicted in the illustration below.

First, the template-primers mixture is heated so that the bonds linking the two strands of the

template DNA molecule are overcome, causing the strands to separate. *Id*. at ¶ 33. This is called

denaturation. *Id*. Second, the mixture is cooled enough to allow one copy of each primer to bind

to its complementary template DNA sequence, in a process called annealing. *Id*. Third, the

DNA polymerase adds nucleotides to the 3'-end of each of the primers in an order

complementary to the template DNA. *Id*. This extension reaction results in the generation of a

---

[7] Some of the exon-only sequences in the BRCA1 and BRCA2 genes are so long that, when the entire gene is fragmented for PCR, some of the resulting fragments consist only of exons (i.e., they have no intron fragments). For instance, Exon 11 of BRCA1 is about 3,400 nucleotides long, while an exon segment in BRCA2 is about 5,000 nucleotides long. Roa Decl. at ¶ 14. Thus, the nucleotide sequence in the primer pairs necessary to amplify those exon fragments, and the resulting amplified DNA molecules or "amplicons," will inevitably share sequence similarity only with part of an exon in the gene. *Id*. at ¶¶ 13-15. Such large exons are likewise "too large to be encompassed within a single amplicon due to inherent limitations in the PCR process." As a result, the primer pairs are designed "to yield multiple distinct amplicons across the length of the gene" and, for large exons, multiple amplicons are tiled across the exon. *Id*. at ¶¶ 13-15.

A000018

copy of each strand of the template DNA—amplification.  *Id.*  The number of copied DNA

molecules doubles with each PCR cycle.  *Id.*  A typical PCR runs for 20-30 cycles and results in

the accumulation of millions of copies—amplicons—of the template DNA.  *Id.*



Exponential growth of short product

It is essential that the amplicons contain exactly the same information contained in the

DNA segment to be amplified, particularly where the amplicons will be used in testing.  A

patient and her doctor may make treatment decisions based on the information contained in the

19

patient's sequence of nucleotides, as reflected in the amplicons generated from her DNA.   Aug.

23, 2013 Tutorial Tr. (Jackson) at 13:4-11, 23:16 – 24:3, 30:6 –31:13; Sept. 11, 2013 Hearing Tr.

(Roa) at 112:4-17; Pribnow 2nd Decl. at ¶¶ 33-35.   For example, whether the information in a

woman's BRCA1 or BRCA2 genes predisposes her to an increased risk of hereditary breast or

ovarian cancer can be determined by analyzing the sequence of at least portions of her BRCA1

and BRCA2 genes.  The amplicons generated during PCR enable this evaluation.  Sept. 11, 2013

Hearing Tr. (Roa) at 105:1-15, 111:20-25, 112:1-15; Pribnow Decl. at ¶¶ 64-70; Pribnow 2nd

Decl. at ¶¶ 33-35.

### 7.  Sequencing

After PCR, the resulting amplified DNA can be sequenced.  This means that the specific

nucleotide (adenine ("A"), thymine ("T"), cytosine ("C"), or guanine ("G")) in each position of

the DNA is identified or "read."  The identified sequence of an individual person's gene or genes

is commonly called a "germline" sequence, meaning the gene sequence that a person inherited at

birth.  Roa Decl. at ¶ 24.

Two types of sequencing are at issue in this case: dideoxy sequencing (also known as

Sanger sequencing) and Next-Generation Sequencing (NGS).  Both types mimic DNA cell

replication by using primers, DNA polymerase, and nucleotides—some of which have been

chemically modified, but in ways that do not alter their Watson-Crick pairing functions.  Aug.

23, 2013 Tutorial Tr. (Jackson) at 24:4-25; Elliott Decl. at ¶¶ 23-31; Tait Decl. at ¶¶ 35-36.

A000020

Sanger sequencing was developed in 1977 and is named for its inventor, Frederick

Sanger.[8]  NGS was not developed until the 2000s.  Aug. 23, 2013 Tutorial Tr. (Roa) at 26:20 –

27:1; Sept. 11, 2013 Hearing Tr. (Roa) at 116:4-8; Tait Decl. at ¶¶ 35-37.  Defendant's testing

employs both Sanger sequencing and NGS.  Elliott Decl. at ¶¶ 23-31; Elliott 2nd Decl. at ¶¶ 14-

16; Tait Decl. at ¶¶ 35-36.

By the time Myriad submitted its first application corresponding to the asserted patents in

August 1994, the laboratory techniques used to accomplish hybridization, amplification, and

sequencing for the purpose of observing a genomic, or "native" gene sequence in a human

sample were well understood, widely used, and fairly uniform insofar as any scientist engaged in

obtaining the sequence of a gene in a human sample would likely have relied on the same

techniques and general approach.  Tait Decl. at ¶ 37.  Likewise, the laboratory materials,

reagents, and protocols to accomplish these tasks were well known and widely available in the

art by that time, as the asserted patents acknowledge.  Tait Decl. at ¶ 31;'441 Patent col.17 ll.20-

27 ("These methods are well known and widely practiced in the art.").  Plaintiffs' patents state

that "the practice of the present invention employs, unless otherwise indicated, conventional

techniques of chemistry, molecular biology, microbiology, recombinant DNA, genetics, and

immunology."  *See, e.g.,* '282 Patent col.25 ll.50-55.

### a.  **Sanger Sequencing**

Sanger sequencing includes, among other things, the application of artificial DNA

nucleotide analogues known as dideoxynucleotide chain terminators to the amplified DNA.

---

[8] Mr. Sanger passed away on November 19, 2013. The sequencing method bearing his name was
used to sequence the first human genome, the first draft of which was completed in 2000 after
thirteen years of work.  Sept. 11, 2013 Hearing Tr. (Roa) at 115:19-25; Elliott Decl. at ¶ 21.

A000021

Either the primers or the terminators have labels or tags, such as fluorescent dyes or radioactive phosphorus, that can be read during sequencing of the DNA to identify what type of nucleotide is present at each position in the gene. Roa Decl. at ¶ 25; Elliott Decl. at ¶¶ 35-39. Improvements in the Sanger method by 1987 led to automation of the sequencing process. These Sanger sequencing methods were widely used well before the first of Myriad's August 1994 applications corresponding to the asserted patents had been filed, and prior to the identification of the BRCA1 or BRCA2 gene sequences. Tait Decl. at ¶ 36.

### b. Next Generation Sequencing (NGS)

NGS does not rely on the termination of DNA synthesis for resolution of a DNA's sequence. Unlike Sanger sequencing, NGS does not use dideoxy sequencing. Elliott Decl. at ¶¶ 24-25. Instead, DNA molecules are "sequenced by synthesis" through a process where tagged (e.g., fluorescent) nucleotides are added to a growing synthetic DNA molecule in a controlled, stepwise fashion. As nucleotides are incorporated into the new synthetic molecules, the corresponding tag is released. This release is detected by a machine utilizing a technology similar to a camera that detects the flash of the fluorescent tag. Each nucleotide (A, T, C, and G) has a unique color fluorescent tag attached so that the machine can detect which nucleotides were added, and in which order. Roa Decl. at ¶ 26; Elliott Decl. at ¶¶ 20, 24-25, 29-31.

### 8. Large Rearrangement Analysis

In addition to gene sequencing techniques like Sanger sequencing and NGS, scientists may also employ "large rearrangement analysis." This analysis enables scientists to determine if a person's gene contains large nucleotide deletions or sequence duplications which may not be observed during the sequencing processes described above.

22

**A000022**

Two common examples of large rearrangement analysis are multiplex ligation-dependent probe amplification (MLPA) and microarray.  Roa Decl. at ¶ 30; Elliott Decl. at ¶¶ 40-42.  Both MLPA and microarray processes use probes with a series of nucleotides precisely complementary to a piece of a single strand of the gene to be analyzed, such as BRCA1 or BRCA2 genes.  MLPA uses pairs of probes that hybridize to adjacent segments of the target gene sequence and, after being hybridized, are chemically fused or "ligated" to form a single molecule.  MLPA probes are chosen to be complementary to an "allele" in a gene, which refers to a form of the gene having a certain specific nucleotide sequence, such as a  wild-type sequence, variant sequence, or mutation sequence of interest, and thus may be called a "wild-type" or a "mutated" allele.  For large rearrangement testing, probes are targeted to parts of the gene that may contain deletions or duplications and are typically designed to detect deletion or duplication of one or more exons.  Roa Decl. at ¶ 31; Elliott Decl. at ¶¶ 42-44, 47-52.

In the MLPA process, multiple synthetic probes are used containing various specific nucleotide sequences that target sequences of the parts of the gene to be analyzed (e.g., typically one pair of probes for each exon).  The probes also include generic "primer tail" nucleotide sequences that allow for PCR probe amplification.  MLPA probes are designed to assess large deletion or duplication mutations in or near coding exons in the gene.  MLPA uses pairs of probes containing target gene sequences that are adjacent to each other.  The probes hybridize to any of the DNA fragments that are complementary to those probes.  Matching probes that hybridize next to each other are then ligated to form a longer oligonucleotide.  Because the probes also have primer tail sequences, the resulting ligated DNA is then amplified through PCR and labeled with fluorescent tags.   Roa Decl. at ¶ 32; *see* Elliott Decl. at ¶¶ 43-46.  The resulting amplified MLPA products are analyzed and compared using computer software.

23

By comparing the relative copy number of MLPA products in a patient against a wild-type control, the presence of a large deletion or duplication can be detected. For example, if certain probes hybridize at approximately 50 percent the amount the hybridization obtained in a wild-type control, it means that there was no section of the gene to which those probes were complementary in one of the patient's expected two copies of the gene, indicating a deletion in the relevant region in one of the patient's copies of the gene. Conversely, a 50 percent increase in MLPA probes in a certain region indicates duplication of that region in the gene. Roa Decl. at ¶ 33; *see* Elliott Decl. at ¶¶ 46-48.

The hybridization of the probes is detected and quantified by amplification of the ligated longer probe. Conversely, if the region where the probe would normally hybridize has been deleted on one or more of the patient's chromosomes, then less-than-expected hybridization and ligation will take place and less than the expected amount of amplification will result. In this way, detecting hybridization, or the lack of hybridization, allows scientists to compare a patient's DNA sequence to a wild-type sequence and determine whether mutations are present. For this reason, using MLPA to detect an alteration in DNA necessarily requires detection of the wild-type allele through hybridization of the probes. Roa Decl. at ¶ 34; *see* Elliott Decl. at ¶¶ 46-48.

"Microarray," another form of large rearrangement analysis, uses a solid surface, such as a glass slide, with a collection of microscopic spots to which different DNA probes are attached. A microarray process employing comparative genomic hybridization (microarray-CGH) uses patient genomic DNA that is fragmented into small pieces. Synthetic products can be generated from the fragmented patient DNA by primer extension and labeling with a specific fluorescent dye. Similar products can be generated from fragmented wild-type DNA that is labeled with a different fluorescent dye. Alternatively, genomic fragments can be directly labeled with

24

fluorescent dyes.  A mixture containing equal amounts of differentially labeled products

representing patient genomic and wild-type DNA are hybridized to the microarray slide with

immobilized probes tiled across the entire coding region of BRCA1 and BRCA2.  Roa Decl. at ¶

35; *see* Elliott Decl. at ¶¶ 51-53.

Following hybridization, the microarray slides are scanned and the relative dye intensities

are analyzed and quantified.  Equal amounts of the two dye signals indicate a normal result or, in

other words, show that no large rearrangement has been detected.  In contrast, if there is a

relative decrease in the amount of patient's dye signal relative to wild-type dye signal, then

deletion in one copy of the BRCA1 or BRCA2 gene regions covered by the affected probes is

indicated.  Conversely, if there is a relative increase in a patient's dye signal, then that result

indicates a duplication of the gene region corresponding to those probes.  The resulting data

obtained in the microarray-CGH analysis allows for identification of large genomic deletions or

duplications in the BRCA1 or BRCA2 genes.  These large rearrangements can occur anywhere

in the gene, and may involve a single exon, multiple exons, or even the entire gene coding

region.   Roa Decl. at ¶ 36; *see* Elliott Decl. at ¶ 53.

Microarray-CGH necessarily requires hybridization of sample DNA to a probe specific

for the gene of interest, such as BRCA1 of BRCA2, and detection of that hybridization product.

The resulting data allows identification of both the existence of the allele of interest and the

existence of large mutations in a patient's germline sequence, i.e., comparing the  sequence  of

the  patient's  BRCA1  or  BRCA2  gene  to  wild-type,  by  comparing  probe hybridization

relative to the wild-type BRCA1 or BRCA2.  Because the microarray process is performed by

comparing the hybridization of the patient's allele to the hybridization of the wild-type allele,

25

this process necessarily requires detection of the wild-type allele through hybridization.  Roa

Decl. at ¶ 37.

### C.  The Race to Locate and Sequence BRCA1 and BRCA2

Breast cancer is by far the most often diagnosed type of cancer among women, affecting

about one in eight women.  Swisher Decl. at ¶ 19.  Among the entire population of men and

women combined, breast cancer is the second most diagnosed cancer.[9]  The National Cancer

Institute (NCI) estimates approximately 232,340 new cases of female breast cancer and 2,240

new cases of male breast cancer will have been diagnosed in the United States in 2013.  *Id*.  The

NCI estimates that breast cancer will have caused approximately 39,620 female deaths and 410

male deaths in the United States in 2013.  *Id*.  Ovarian cancer is the eighth most common cancer

in women.  Although less common than breast cancer, it causes more deaths in the Western

world than any other gynecologic cancer.  *Id*. at ¶ 21.

In the 1980s, breast cancer patients mobilized to increase public awareness of the breast

cancer epidemic.  Due to these efforts and those of breast cancer organizations, the Department

of Defense created a research program devoted to breast cancer research.  Between 1990 and

2008, the annual funding for this research increased from $90 million to $2.1 billion.

Parthasarathy Decl. from *AMP* Litigation at ¶ 10 (Dkt. 34-7).

Also during the 1980s, scientists from the United States, England, France, Germany,

Japan, and other countries were competing to first identify the nucleotide sequences linked to

breast cancer.  In 1989, various European and American research laboratories participated in an

International Breast Cancer Linkage Consortium.  *Id*. at ¶ 11.

---

[9] *See* <http://www.cancerresearchuk.org/cancer-info/cancerstats/world/breast-cancer-world/>.

26

In 1990, a research group led by Mary-Claire King at the University of California, Berkeley announced that it had discovered that the Breast Cancer Susceptibility Gene 1 (BRCA1) was located on chromosome 17.  With this discovery, research teams around the world intensified efforts to be the first to sequence the BRCA1 gene.  *Id.* at ¶ 11.  Among them were different teams led by Dr. King; Dr. Mark Skolnick, co-founder of Myriad; and Dr. Michael Stratton of the Institute for Cancer Research, London (ICR).  *Id.*

In September 1994, Dr. Skolnick's group at Myriad—including researchers from the National Institute for Environmental Health (NIEH), an agency of the National Institutes of Health (NIH)—announced that they had sequenced the BRCA1 gene.  *Id.* at ¶ 11.  They won a hard-fought "race," as journalists reported at the time:

> The race to find the breast-cancer gene has been one of the most closely-watched and publicized of a host of gene hunts in recent years.  The pursuit of the gene was triggered in late 1990 when Mary-Clare King, a geneticist at the University of California at Berkeley, stunned the cancer-research community by pinpointing the the [sic] gene's approximate location.  About a dozen laboratories around the world, including Dr. King's, have been intensely probing a tiny region of genetic material since then.  In the past few months, scientists said they had identified about 30 genes in the approximate region but had pared the search down to about four to six likely culprits.  Dr. Skolnick said the first hint they had latched onto the gene came about two months ago.  Since then they have worked to identify its structure.

*Scientists Say They've Found Gene That Causes Breast Cancer*, The Wall Street Journal, September 14, 1994 (Dkt. 114-2).  By the time this discovery was publicly announced in September 1994, Myriad had applied for patents related to BRCA1, including the '282 and '441 Patents.[10]

After the sequencing of BRCA1, many scientists thought there was at least one more gene linked with breast cancer, and the search for that gene continued.  *Id.* at ¶ 12.  By 1994, the

---

[10] These patents have the priority date of August 12, 1994, and begin to expire in August 2014.

existence of a 'BRCA2 gene' and its location on chromosome 13q was known, as described by

Plaintiffs in the background of the invention section of the '441 Patent:

> Intense efforts to isolate the BRCA1 gene have proceeded since it was first
> mapped in 1990. [citations omitted]. A second locus, BRCA2, has recently been
> mapped to chromosome 13q (Wooster et. al., 1994) and appears to account for a
> proportion of early-onset breast cancer roughly equal to BRCA1, but confers a
> lower risk of ovarian cancer.

'441 Patent col.2 l.46—col.3 1.4.

In December 1995, the group led by Dr. Mark Stratton announced they had mapped and

sequenced the elusive second gene, the BRCA2 gene, which was linked to incidence of ovarian

cancer, as well as female and male breast cancer. Parthasarathy Decl. from *AMP* Litigation at ¶

12. The day before the Stratton group published the BRCA2 gene sequence in the scientific

journal, *Nature*, however, Myriad announced that it too had found the BRCA2 gene. *Id.* Myriad

submitted its sequence to GenBank, an international depository of gene sequence information,

and applied for patents on the BRCA2 gene in the United States and Europe. *Id.*

The sequencing of the BRCA1 and BRCA2 genes were landmark events in genetics, as

mutations in these genes are responsible for many breast and ovarian cancer cases. About 10

percent of breast cancers are inherited genetically, about 5 percent as a result of a BRCA1 or

BRCA2 genetic mutation. Swisher Decl. at ¶ 20. Individuals with BRCA1 and BRCA2

mutations have about a 45 to 87 percent risk of developing breast cancer by age 70. *Id.* Between

20 to 25 percent of ovarian cancers are inherited genetically. For women with inherited ovarian

cancer, 75 percent of them can attribute the cancer to either BRCA1 or BRCA2. About 50

percent of inherited ovarian cancers are caused by BRCA1 mutations, about 25 percent are

caused by BRCA2 mutations, and the remaining 25 percent are caused by other genes. Women

with inherited BRCA1 mutations have a 40 to 52 percent cumulative risk of ovarian cancer by

28

the time they reach 70 years old.  For women with inherited BRCA2 mutations, the risk is

approximately 15 to 25 percent.  *Id.* at ¶ 22.  Very little can be done for patients once diagnosed

with ovarian cancer, making preventive care vital.  *Id.* at ¶ 23.

### D.  Myriad's Testing Products: BRACAnalysis, BART, and myRisk

Beginning in 1994 and continuing for several years, Myriad obtained numerous patents

related to BRCA1 and BRCA2.  By 1996, it began to market BRCA1 and BRCA2 molecular

testing products.  That year, Myriad introduced BRACAnalysis, a molecular diagnostic test used

to detect the presence and characterization of 'point' or small mutations in the BRCA1 or

BRCA2 gene that are responsible for a majority of hereditary breast and ovarian cancers.  Ford

Decl. at ¶¶ 1, 3; Sept. 12, 2013 Hearing Tr. (Ford) at 312:5-25 (Dkt. 151).  The BRACAnalysis

test does not include large rearrangement testing for BRCA1 and BRCA2—testing that can

identify initially false negative results in a BRACAnalysis point mutation test.

Myriad offers an additional test that provides large rearrangement testing for the BRCA1

and BRCA2 genes, called BRACAnalysis Rearrangement Test, or "BART."  Sept. 12, 2013

Hearing Tr. (Ford) at 312:19-25.  But a patient who obtains Myriad BRACAnalysis testing does

not automatically get follow-up BART testing.  *Id.* at 101:22-52:15; Swisher Decl. at ¶¶ 97-98;

Matloff Decl. at ¶ 7 (Dkt. 49).  If a patient does not satisfy Myriad's criteria for being at high risk

of a large rearrangement mutation in her BRCA1 and BRCA2 genes, or if her insurance does not

cover BART, then the patient must pay for the BART test separately.  Sept. 12, 2013 Hearing Tr.

(Ford) at 314:2-9.  According to a 2013 peer-reviewed study in the *Journal of Clinical Oncology*,

Myriad's criteria for providing BART large rearrangement testing automatically as part of its

BRCA testing does not cover half the patients who have large rearrangement mutations: "[f]ewer

than half of the large rearrangement carriers in the present study met Myriad Genetics

Laboratories' criteria . . . for automatic large rearrangement testing."  Chao Decl. at Exh. P at

212 (Weitzel *et al.*, 31(2) J. Clin. Oncol. 210-06 (2013)).

    The current list price for BRACAnalysis is $3,340 and the list price for BART is $700.

Sept. 12, 2013 Hearing Tr. (Ford) at 313:11-15.  Together, the list price for both tests is $4,040.

Ford. Decl. at ¶ 11.  Those who get BART in addition to BRACAnalysis are billed separately for

the two tests.  Pls.' Reply Br. at 135.  But not all of Myriad's patients have insurance coverage

for BART.  Mark C. Capone, President of Myriad Genetic Laboratories, Inc., suggested on May

7, 2013, that approximately 20 percent of patients receiving BRACAnalysis did not have

insurance coverage for BART.  Sept. 12, 2013 Hearing Exh. 3 at 15 (Dkt. 144-2) ("Our Managed

Care team continued to make significant progress on BART reimbursement in the fiscal third

quarter and we ended the quarter with reimbursement coverage for approximately 80 percent of

patients.").  Because BART is not automatically included as part of Myriad's BRCA1 and

BRCA2 testing, some patients must pay the $700 out-of-pocket for BART if they are to get that

testing.

    On September 5, 2013, Myriad announced a limited launch of myRisk, a new "multi-

gene diagnostic test that will provide increased sensitivity by analyzing 25 genes associated with

eight major cancers including: breast, colorectal, ovarian, endometrial, pancreatic, prostate,

gastric and melanoma."  Myriad Press Release, Sept. 5, 2013.[11]  This test utilizes the Next-

Generation Sequencing used by Defendant and tests for 24 of 25 of the same genes as

Defendant's CancerNext panel.  Chao Decl. at ¶¶ 46-47 and Exh. I.  In an investor and analyst

presentation given on May 9, 2013, Myriad described myRisk as a "significant improvement of

BRACAnalysis."  *Id.* at ¶ 45, Exh. I at 19-45.  Similarly, in a press release dated May 30, 2013,

---

[11] *See* <http://investor.myriad.com/releasedetail.cfm?ReleaseID =788983>.

Myriad stated: "myRisk represents a scientific advancement that will revolutionize hereditary

cancer testing for appropriate patients." *Id*. at Exh. J at 1.

    For the time being, it appears that this launch provides limited access to the public, as it is

for "a limited number of medical and scientific thought leaders":

> myRisk Hereditary Cancer is being launched in a phased approach beginning with
> an early-access, clinical-experience program to a limited number of medical and
> scientific thought leaders followed by an expanded access program later in the
> year. The Company will present extensive clinical validity data for myRisk
> Hereditary Cancer at The Collaborative Group of the Americas on Inherited
> Colorectal Cancer (CGA) annual meeting in October and the San Antonio Breast
> Cancer Symposium in December.

Myriad Press Release, Sept. 5, 2013.

### E. The *AMP* Litigation

#### 1. Judge Sweet's Decision—Southern District of New York

    A group of medical organizations and individuals sued Myriad in 2009, challenging

fifteen composition and method claims in seven of Myriad's BRCA1 and BRCA2-related patents

on the grounds that they were drawn to products of nature and mental processes—subjects that

are patent ineligible under 35 U.S.C. § 101. *Association for Molecular Pathology v. United*

*States Patent and Trademark Office*, 702 F. Supp. 2d 181, 186 (S.D.N.Y. 2010).[12] These

patents were drawn to "(1) isolated DNA containing all or portions of the BRCA1 and BRCA2

gene sequence and (2) methods for 'comparing' or 'analyzing' BRCA1 and BRCA2 gene

sequences to identify the presence of mutations correlating to breast or ovarian cancer." *Id*. at

184. United States District Court Judge Robert W. Sweet characterized the overarching issue

---

[12] Specifically at issue in *AMP* were claims 1, 2, 5, 6, 7, and 20 of the '282 Patent; claims 1, 6,
and 7 of the '492 Patent; claim 1 of U.S. Patent 5,693,473 (the '473 Patent); claim 1 of the '999
Patent; claim 1 of U.S. Patent 5,710,001 (the '001 Patent); claim 1 of the '441 Patent; and claims
1 and 2 of the '857 Patent.

presented as: "[a]re isolated human genes and the comparison of their sequences patentable?" *Id.* at 185.  Judge Sweet answered that question in the negative and granted summary judgment in favor of the plaintiffs.  *Id.* at 185.

Judge Sweet construed "isolated DNA" to mean a "segment of DNA nucleotides existing separate from other cellular components normally associated with native DNA, including proteins and other DNA sequences comprising the remainder of the genome, and includes both DNA originating from a cell as well as DNA synthesized through chemical or heterologous biological means."  *Id.* at 217.  He concluded that neither Myriad's isolated DNA (composition) claims, nor its method claims were drawn to patent eligible subject matter.

The composition claims turned on the issue of "whether or not claims directed to isolated DNA containing naturally-occurring sequences fall within the products of nature exception to § 101."  *Id.* at 220.  As a starting point, Judge Sweet noted that "Supreme Court precedent has established that products of nature do not constitute patentable subject matter absent a change that results in the creation of a fundamentally new product."  *Id.* at 222.  Even "'purification' of a natural compound, without more, is insufficient to render a product of nature patentable."  *Id.* at 223.  Judge Sweet rejected Myriad's argument that "purified DNA" is necessarily patent eligible because DNA doesn't exist in nature in a purified form.  *Id.* at 224.  Observing that even a "purified product" must have "'markedly different characteristics' in order to satisfy the requirements of § 101," Judge Sweet analyzed whether Myriad's "isolated DNA" had "'markedly different characteristics' from a product of nature."  *Id.* at 227-28 (quoting *Diamond v. Chakrabarty,* 447 U.S. 303, 310 (1980)).

Myriad, citing the "chemical nature of DNA," argued that isolated DNA "is 'markedly different' from DNA found in nature" due to "structural and functional" differences.  *Id.* at 228.

32

For example, Myriad pointed out that there are chromosomal proteins associated with native DNA that are not associated with isolated DNA. *Id.* at 229-30. But Judge Sweet found that focusing on these differences ignores the reason DNA is unique from other chemical compounds in nature—because it encodes and conveys information:

> The information encoded in DNA is not information about its own molecular structure incidental to its biological function, as is the case with adrenaline or other chemicals . . . . Rather, the information encoded by DNA reflects its primary biological function: directing the synthesis of other molecules in the body— namely, proteins. . . . DNA, and in particular the ordering of its nucleotides, therefore serves as the physical embodiment of laws of nature—those that define the construction of the human body. . . . Consequently, the use of simple analogies comparing DNA with chemical compounds previously the subject of patents cannot replace consideration of the distinctive characteristics of DNA.

*Id.* at 228-29. It is DNA's nucleotide sequence that is critical to both its "natural biological function" and "the utility associated with DNA in its isolated form." *Id.* at 229.

Judge Sweet also rejected Myriad's argument that isolated DNA is distinct from native DNA insofar as it "may be used in applications for which native DNA is unsuitable, namely, in 'molecular diagnostic tests (e.g., as probes, primers, templates for sequencing reactions), in biotechnological processes (e.g. production of pure BRCA1 and BRCA2 protein), and even in medical treatments (e.g. gene therapy).'" 702 F. Supp. 2d at 230-31 (quoting Myriad's *AMP* Reply Br. in Support of Motion for Summary Judgment at 9 (other citations omitted)). Judge Sweet noted that the cited applications depend on the single-stranded isolated DNA segment having "the identical sequence as the complementary DNA strand to the DNA strand containing the target DNA sequence." *Id.* at 231, n.54. The BRCA-specific nucleotide sequence is "the defining characteristic of the isolated DNA that will always be required to provide the sequence-specific targeting and protein coding ability that allows isolated DNA to be used for the various applications cited by Myriad." *Id.* at 232.

33

Judge Sweet found unpersuasive Myriad's contention that it "created" the claimed BRCA DNA molecules when it identified the "specific segments of chromosomes 17 and 13 that correlated with breast and ovarian cancer (BRCA1 and BRCA2) and isolated "these sequences away from other genomic DNA and cellular components." *Id.* at 232.  Rather than "creating" BRCA, the court concluded that Myriad merely discovered it.  While discovery of the "important correlation" was a "valuable scientific achievement" requiring "technical skill and considerable labor," it was, nevertheless, a "discovery of the handiwork of nature—the natural effect of certain mutations in a particular segment of the human genome." *Id.* at 232.  For those reasons, Judge Sweet concluded that despite Myriad's cited structural and functional differences between "native DNA" and "isolated DNA," the two were not "markedly different" from one another. Myriad's composition claims were patent ineligible, as they were directed to natural phenomena.

Judge Sweet next analyzed Myriad's method claims, drawn to 1) analyzing and comparing DNA sequences to determine the existence of BRCA1 and BRCA2; and to 2) screening cancer therapeutics by comparing the growth rate of cells when a test compound is added to one cell group.  With the law as it was at the time before the Supreme Court's pronouncements in *Mayo Collaborative Services v. Prometheus Laboratories, Inc.,* 132 S. Ct.

1289 (2012) and *Bilski v. Kappos*, 130 S. Ct. 3218 (2010)[13] Judge Sweet applied the 'machine or transformation' test to find that all of the challenged method claims were drawn to mental processes and lacked any transformative step or machine. *Id.* at 235-37. Myriad argued that its act of "isolating and sequencing DNA" was transformative, and although not explicitly included, should be read into the 'sequence and analyze' method claims.

The court concluded that the "preparatory steps" of isolating and sequencing could not be read into the claims—but even if they were, they "would constitute no more than 'data-gathering step[s]' that are not 'central to the purpose of the claimed process.'" *Id.* at 236 (quoting *Bilski v. Kappos*, 545 F.3d 943, 962-63 (Fed. Cir. 2008), *aff'd on other grounds*, *Bilski,* 130 S. Ct. 3218). Likewise, with regard to the 'comparing growth cell rate' claims, Judge Sweet concluded the claimed 'process' was "in fact, the scientific method itself," an unpatentable mental process under § 101. *Id.* at 237.

### 2. Federal Circuit *AMP* Opinions

Myriad appealed Judge Sweet's decision to the Federal Circuit Court of Appeals. In July 2011, the Federal Circuit affirmed Judge Sweet's conclusion that Myriad's "analyze and

---

[13] At the time of Judge Sweet's decision, many courts viewed the machine or transformation test as dispositive when analyzing § 101 challenges to process, or method claims. The Supreme Court in *Bilski* clarified that although the test provides important clues as to patent eligibility, is not categorically dispositive. 130 S. Ct. at 3230. In *Bilski*, the Court considered whether a claimed "process" of risk hedging—reduced in the claims to a mathematical formula—was a patent ineligible abstract idea. The Court noted that business processes may, in some cases, be patentable. Still, it found the formula there at issue to be a patent ineligible abstract idea. *Id.* at 3231. The Court was concerned with allowing a patent on the risk-hedging method based on the formula, where a patent would "pre-empt use of this approach in all fields, and would effectively grant a monopoly over an abstract idea." *Id.*

compare" method claims were drawn to patent ineligible subject matter, but it reversed on the other issues. 653 F.3d 1329, 1350, 1355-56, 1358 (Fed. Cir. 2011). The Federal Circuit concluded that Myriad's "isolated DNA" composition claims (including a subset of claims drawn to cDNA) and its method claim covering cancer therapeutic comparisons were patent eligible. *Id.* at 1357-58. The *AMP* plaintiffs successfully petitioned the Supreme Court for a writ of certiorari. 132 S. Ct. 1794 (2012). The Court vacated the Federal Circuit's decision and remanded the case for further consideration in light of the Supreme Court's then-recent decision in *Mayo,* 132 S. Ct. 1289.

On remand, the Federal Circuit reached conclusions identical to those in its prior decision. 689 F.3d 1303, 1337 (2012). In an opinion authored by Judge Lourie, two members of the three judge panel concluded that Myriad's composition claims were drawn to patent eligible subject matter—but the judges did not agree on the reasons for this result. The court again found patent eligible Myriad's lone method claim relating to comparison of cell growth with or without added therapeutics. *Id.* at 1335-37. Finally, as it had before, the court concluded that Myriad's method claims for analyzing and comparing DNA sequences were drawn to patent ineligible subject matter. *Id.* at 1334-35.

First, concerning the composition claims, the court cited three representative claims from the '282 Patent: 1) claim 1, covering "isolated DNA coding for a BRCA1 polypeptide"; 2) claim 2, covering the "isolated DNA of claim 1, wherein said DNA has the nucleotide sequence set forth in" BRCA1 cDNA; and 3) claim 5, covering an "isolated DNA having at least 15 nucleotides of the DNA of claim 1." *Id.* at 1309. Myriad argued that an isolated DNA molecule claimed in each is "patent eligible because it is . . . 'a nonnaturally occurring manufacture or composition of matter' with a distinctive name, character and use.'" *Id.* at 1325 (quoting

36

Myriad's Appellant Brief, 2010 WL 4600106, at *41-42 (other citations omitted)).  Myriad

asserted that Judge Sweet had 1) mistakenly applied Supreme Court precedent to exclude from

patent eligibility all products of nature unless "markedly different" from "naturally occurring"

products; and 2) incorrectly focused on the informational content similarity between native DNA

and isolated DNA, instead of their claimed differences.  Buttressing these points, Myriad argued

that "isolated DNA does not exist in nature and that isolated DNAs, unlike native DNAs, can be

used as primers and probes for diagnosing cancer." *Id.* at 1325.

 Plaintiffs disagreed, arguing the isolated DNA Myriad claimed was not markedly

different from native DNA, despite Myriad's asserted structural differences, because it "retain[s]

part of the same nucleotide sequence . . . ." *Id.* at 1326.  Further, the plaintiffs warned that if

allowed, Myriad's composition claims would "preempt products and laws of nature, excluding

anyone from working with the BRCA genes and the genetic information they convey." *Id.*

 The United States, as amicus curiae*,* staked out a "middle ground," arguing that one sub-

category of Myriad's claimed isolated DNA, synthetic cDNA, was patent eligible, while the

remainder were not.  To reach this result, the government proposed viewing the challenged

claims through the lens of a so-called 'magic microscope': if one using "an imaginary

microscope could focus in on the claimed molecule as it exists in the human body, the claim

covers ineligible subject matter." *Id.* at 1326.   Applying this test, cDNA would be patent

eligible, because it is "engineered by man to splice together non-contiguous coding sequences

(i.e., exons)." *Id.* at 1325-26.  But "the claimed isolated BRCA1 and BRCA2 sequences" would

be patent ineligible, because the nucleotide sequences comprising those genes appear in the body

just as they do in the isolated DNA. *Id.* at 1326.

Judges Lourie and Moore found non-cDNA isolated DNA patent eligible, while Judge Bryson concluded it was not. Judge Lourie wrote that all of Myriad's claimed isolated DNA was markedly different from native DNA "in name, character and use." *Id.* at 1328 (quoting *Chakrabarty*, 447 U.S. at 309-310). According to Judge Lourie, the district court was incorrect to focus on the identical nucleotide sequence and informational content in native and isolated DNA because "it is the distinctive nature of DNA molecules as isolated compositions of matter that determines their patent eligibility rather than their physiological use or benefit . . . their informational content is irrelevant." *Id.* In addition to being "free-standing," and "cleaved," isolated DNA may be shorter than native DNA—"synthesized to consist of just a fraction of a naturally occurring DNA molecule"—and thus include "primers and probes, having as few as fifteen nucleotides of a BRCA sequence." *Id.* at 1328.

Writing separately, Judge Moore disagreed with Judge Lourie that isolated DNA—aside from cDNA—was patent eligible simply because of "the chemical differences between genomic and isolated DNA (breaking the covalent bonds) . . . ." *Id.* at 1341. Judge Moore concluded that shorter isolated DNA was patent eligible because it possessed the unique utility of being capable of use as primers or probes, and was thus markedly different from naturally occurring DNA. In contrast, Judge Moore expressed concern about the patent eligibility of longer strands of isolated DNA, observing that if she were "deciding [the] case on a blank canvas," she would have found those longer strands, unsuitable for use as primers or probes, patent ineligible. *Id.* at 1343. But, out of deference to the United States Patent and Trademark Office (USPTO) then-existing practice of granting patents on isolated genes and the reliance of those who hold those patents, Judge Moore joined in Judge Lourie's result and concluded that all isolated DNA was patent eligible. *Id.*

Judge Bryson dissented from the panel's conclusion that isolated DNA was patent eligible. *Id.* at 1348. Guided by the Supreme Court's *Chakrabarty* decision, Judge Bryson focused "on two things: 1) the similarity in structure between what is claimed and what it found in nature[;] and 2) the similarity in utility between what is claimed and what is found in nature." *Id.* at 1354. Regarding structure, Judge Bryson concluded that the isolated BRCA genes were not rendered patent eligible simply because they were purified and their bonds cleaved in order to extract them. Like an extracted mineral, a cutting from a plant, or a kidney removed from a body, the only "material change made to these genes from their natural state is the change that is necessarily incidental to [their] extraction . . . ." *Id.* at 1350.

That their chemical makeup changes when the bonds are broken does not compel the conclusion that a new molecule is created, as "there is no magic to a chemical bond that requires us to recognize a new product when a chemical bond is created or broken, but not when other atomic or molecular forces are altered." *Id.* at 1349. This is particularly so where Myriad's composition claims, aside from cDNA, are not "defined by any particular chemical formula." *Id.* The fact that isolated DNA has different "terminal groups" than those on naturally occurring genes is insignificant in light of the critical function of DNA—which is "dictated by the nucleotide sequence of the gene—a sequence that is determined by nature and that appears in nature exactly as it appears in the claimed isolated DNA." *Id.* at 1352. Likewise, that the isolated DNA was a smaller part of a naturally larger molecule was of no moment—Judge Bryson found this no more persuasive "than arguing that although an atom may not be patentable, a subatomic particle is patentable because it was previously part of a larger structure." *Id.* at 1353.

39

In short, Judge Bryson found the structural differences between the isolated BRCA DNA and native genes "irrelevant to the claim limitations, to the functioning of the genes, and to their utility in their isolated form. . . [i]ndeed, that identity of function in the isolated gene is the key to its value." *Id.* at 1354. The "informational content of the nucleotide sequences is the critical aspect of these molecules . . . ." *Id.* at 1355. Thus, the fact that the "nucleotide sequences of the claimed molecules are the same as the nucleotide sequences found in naturally occurring human genes" outweighed the ancillary structural differences. *Id.*

Though they disagreed on isolated non-cDNA DNA, the Federal Circuit panel agreed that cDNA was patent eligible. Judge Lourie analyzed cDNA as a sub-category of isolated DNA, concluding that cDNA was even more distinctive from native DNA than other isolated DNA, as cDNA lacks "the non-coding introns present in naturally occurring chromosomal DNA." *Id.* at 1329. Judge Moore joined in this part of the opinion. Judge Bryson concurred, generally agreeing that cDNA could be patent eligible as a "human-made invention" with both distinct structure and utility from naturally occurring DNA. *Id.* at 1356 (noting cDNA's lack of introns and the fact that it can be attached to a promoter and inserted into non-human cell to drive protein expression). But Judge Bryson noted issues with two of Myriad's claims to short segments of DNA—claims 5 and 6 of the '282 Patent. Claim 5 covers any segment of DNA defined by claim 1 (isolated DNA coding for BRCA1) at least 15 nucleotides in length, while claim 6 covers any sequence of BRCA1 (exon only) cDNA at least 15 nucleotides long. Judge Bryson noted that claim 6 would encompass "each BRCA1 exon, even though each is naturally defined by transcription." *Id.* at 1356. Further, the claim would cover exon-only portions of "more than 4% of human genes." *Id.* Given its breadth, Judge Bryson concluded claim 6 was necessarily drawn to patent ineligible products of nature. *Id.* at 1356.

A000040

Though the Federal Circuit found isolated DNA and cDNA patent eligible, it nevertheless found all but one of Myriad's asserted method claims to be patent ineligible as claiming only "abstract mental processes" of "comparing" or "analyzing" BRCA sequences. *Id.* at 1334 (citing *Gottschalk v. Benson*, 409 U.S. 63, 67 (1972)). These claims were not rescued by the fact that the claimed comparisons were limited to the context of BRCA genes or particular alterations. *Id.* (quoting *Bilski*, 130 S. Ct. at 3230 ("prohibition against patenting abstract ideas 'cannot be circumvented by attempting to limit the use of the formula to a particular technological environment.'")) (other citations omitted). Further, like the district court, the Federal Circuit refused to allow Myriad to read into these claims the "additional, allegedly transformative steps" of extracting DNA from a human sample and sequencing the BRCA DNA. *Id.* at 1335. The steps were simply not included in the method claims. *Id.* Rather, the court noted that Myriad's 'compare' and 'analyze' steps were even less transformative than the 'administer' and 'determine' steps in *Mayo*, which were also found to be patent ineligible. *Id.*

Myriad's lone-surviving method claim was claim 20 of the '282 Patent, directed to screening potential cancer therapies by comparing cell growth rates in the presence of different compounds. *Id.* at 1335. Following *Mayo,* the panel found this claim patent eligible where 1) the court had concluded that BRCA genes were patent eligible in the first instance, and 2) it involved a transformative step of growing "host cells transformed with an altered BRCA1 gene." *Id.* at 1336. The court explained that "[t]he transformed, man-made nature of the underlying subject matter in claim 20 makes the claim patent-eligible," and the fact that the claim also included mental steps of determining and comparing growth rates would not alter that conclusion. *Id.*

41

**A000041**

### 3. Supreme Court Decision

The *AMP* plaintiffs again appealed their loss on Myriad's composition claims to the Supreme Court. Myriad did not cross-appeal their invalid method claims. On June 13, 2013, the Court issued a unanimous opinion holding "that a naturally occurring DNA segment is a product of nature and not patent eligible merely because it has been isolated." 133 S. Ct. at 2111. In contrast, it found that cDNA could be patent eligible "because it is not naturally occurring." *Id.*.

In reaching its decision, the Court first reviewed the science underlying the case, noting that scientists could, "using well known methods," 1) extract DNA from cells, allowing them "to isolate specific segments of DNA . . . which can then be further studied, manipulated, or used"; and 2) create DNA synthetically . . . ." *Id.* at 2112. "One such method" for creating synthetic DNA, using mRNA to create cDNA, "results in the inverse of the mRNA's inverse image of the original DNA, with one important distinction: Because the natural creation of mRNA involves splicing that removes introns," the synthetic cDNA "contains only the exon sequences." *Id.* at 2112.

The Court then reviewed the lower court decisions, including the Federal Circuit's determination "that both isolated DNA and cDNA were patent eligible under § 101." *Id.* at 2115. Here, the Court noted that Judge Lourie supported his decision that isolated DNA was chemically different from genomic DNA, and therefore patent eligible, by stating, "[i]solated DNA has been cleaved . . . or synthesized to consist of just a fraction of a naturally occurring DNA molecule." *Id.* at 2115 (quoting 689 F.3d at 1328). The Court also quoted Judge Bryson's opinion in which he observed that "the structural similarity dwarfs the significance of the structural differences between isolated DNA and naturally occurring DNA, especially where the

structural differences are merely ancillary to the breaking of covalent bonds, a process that is itself not inventive." *Id.* at 2115 (quoting 689 F.3d at 1355).

Turning to its own analysis of Myriad's isolated DNA claims, the Court first observed that Myriad did not "create or alter": 1) "any of the genetic information encoded in the BRCA1 and BRCA2 genes," as the "location and order of the nucleotides existed in nature before Myriad found them"; or 2) "the genetic structure of DNA." 133 S. Ct. at 2116. In contrast to inventions with "markedly different characteristics from any found in nature," the Court identified Myriad's "contribution" as "uncovering the precise location and genetic sequence of the BRCA1 and BRCA2 genes within chromosomes 17 and 13." *Id.* (citing *Chakrabarty*, 447 U.S. at 305). While important, useful, and achieved through "extensive research efforts," this was "not an act of invention." *Id.* at 2117-19 (noting "extensive effort alone is insufficient to satisfy the demands of § 101" and that the processes used by Myriad to isolate DNA were well understood by geneticists at the time of Myriad's patents.). Taken together, Myriad's discovery fell "squarely within the law of nature exception" to patent eligibility under § 101. *Id.*

Critically, the Court found that Myriad's isolated DNA claims could not be saved "by the fact that isolating DNA from the human genome severs chemical bonds and thereby creates a nonnaturally occurring molecule." *Id.* This was because Myriad's claims were "not expressed in terms of chemical composition," nor did they rely on "chemical changes that result from the isolation of a particular section of DNA." *Id.* at 2118. Instead, the claims were focused on "the genetic information encoded in the BRCA1 and BRCA2 genes . . . Myriad's claim is concerned primarily with the information contained in the genetic *sequence*, not with the specific composition of a particular molecule." *Id.* at 2118 (emphasis in original).

43

Finally, the Court dismissed Myriad's contention that the USPTO's decision to grant its patents warranted deference. The Court noted that Congress had not only failed to endorse with legislation the type of patents at issue, but also the government had actually taken the position before the Court and the Federal Circuit "that isolated DNA was *not* patent eligible under § 101." *Id.* at 2119 (emphasis in original). Thus, the Court found Myriad's claimed "genes and the information they encode are not patent eligible under § 101 simply because they have been isolated from the surrounding genetic material." *Id.* at 2120.

In contrast, the Court found that cDNA may be patent eligible under § 101. Unlike naturally occurring, isolated DNA segments, "cDNA differs from natural DNA in that 'the non-coding regions [introns] have been removed.'" *Id.* at 2119. A "lab technician unquestionably creates something new when cDNA is made." *Id.* Accordingly, cDNA generally is "distinct from the DNA from which it was derived" and "not a 'product of nature.'" *Id.* But, cDNA's patent eligibility is not without exception. The Court explained that cDNA may be a patent ineligible product of nature when "very short series of DNA may have no intervening introns to remove when creating cDNA." *Id.* In that circumstance, "a short strand of cDNA may be indistinguishable from natural DNA," and presumably not patentable. *Id.* at 2119.

In this respect, the Court's decision echoes Judge Bryson's opinion. Perhaps the Court utilized, without expressly stating, a test similar to the 'magic microscope' urged by the government before the Federal Circuit. The Court's ruling comports with the government's position before the Federal Circuit.

**F.  Defendant's BRCA1 and BRCA2 Testing**

On June 13, 2013, the day the Supreme Court issued its *AMP* decision, Defendant announced that it would begin offering BRCA1 and BRCA2 testing.  Ford Decl. at ¶ 9.[14] Defendant invested an estimated $46.7 million in capital resources, expanding its laboratory and hiring an additional 110 employees, to be positioned to offer the first comprehensive multi-gene hereditary test for breast and ovarian cancer.  Hampton Decl. at ¶ 57 (Dkt. 58); Chao Decl. at ¶¶ 71-73.

Defendant has released a Cancer Test Requisition Form that offers multiple tests BRCA1 and/or BRCA2 tests.  Ford Decl. at Exh. 1.  Defendant sequences all coding exons, plus "at least 5 bases into the 5′ and 3′ ends of all the introns and untranslated regions."[15]  Defendant's tests use primers that amplify the sequences of the exons and at least 20 base pairs of the introns, and the amplicons are sequenced by Next Generation Sequencing.  Elliott Decl. at ¶¶ 10, 20-31. Defendant also performs Sanger sequencing as verification of its Next-Generation sequencing to confirm all identified variants or to obtain an additional result if there are parts of  the exon that do not have a sufficient number of reads to ensure accuracy.  Here, Defendant "sequences the exon or part of the exon in which the variant was detected."[16]

---

[14] *See* <http://ambrygen.com/tests/brcaplus-%E2%80%93-high-risk-breast-cancer-panel>.

[15] *See* Defendant's Data Sheets for BreastNext (Dkt. 10 at Exh. D at 4-5); CancerNext (*id.* at Exh. E at 6); OvaNext (*id.* at Exh. F at 5); BRCA1/BRCA2 (*id.* at Exh. I at 2): BRCAplus tests (*id.* at Exh. L at 3); Defendant's NextGen PowerPoint (*id.* at Exh. J at 10-12, 26); RainDance Target Sequencing Assay Manual (*id.* at Exh. K at A-3 to A-7, 3-2, 4-2, 5-2);  Elliott Decl. at ¶¶ 10, 20-31.

[16] Elliott 2nd Decl. at ¶ 16; *see also* Elliott Decl. at ¶ 35; Defendant's NGS Cancer Panels PowerPoint (Dkt. 10 at Exh. B at 4); Defendant's Poster (*id.* at Exh. C); Defendant's Data Sheets for BreastNext (*id.* at Exh. D at 5), CancerNext (*id.* at Exh. E at 6), OvaNext (*id.* at Exh. F at 6), BRCA1/2 (*id.* at Exh. I at 2), and BRCAplus tests (*id.* at Exh. L at 3).

Defendant then compares the portions of the patient's genes that have been amplified and sequenced, including the sequence of all of the exonic portions of the BRCA1 and BRCA2 genes as deduced in the sequencing operation, to a wild-type or reference sequence that represents the commonly expected sequence for those genes. The reference sequence that Defendant uses is for the entire "human genome sequence," and thus it aligns all of the sequenced parts of the patient's genes—including the BRCA1 and BRCA2 genes—against the reference human genome sequence and compares the sequenced parts of the patient's genes to that entire reference sequence.[17] Using that comparison, Defendant locates "[a]ll identified variants," removes "variants that have been classified as benign," and performs "Mutation Detection."[18]

As additional steps in its BRCA1 and BRCA2 testing services, Defendant's large rearrangement analysis looks for large deletions and duplications of nucleotides. Depending on the test, Defendant uses either: 1) MLPA analysis for "comprehensive (full-gene) gross deletion/duplication analysis"; or 2) microarray analysis to "detect large rearrangement" and identify "gross deletions or duplications in all" genes analyzed.[19] Defendant uses MLPA as part of its BRCA1 and BRCA2 test.[20] Defendant uses microarray analysis as part of all of its "panel

---

[17] Elliott Decl. at ¶¶ 33-34; Defendant's NGS Cancer Panels PowerPoint (Dkt. 10 at Exh. B at 4); Defendant's Data Sheet for BRCA1/BRCA2 Test (*id*. at Exh. I) at 2; Roa Decl. at ¶¶ 27-28.

[18] Elliott Decl. at ¶¶ 33-34; Defendant's NGS Cancer Panels PowerPoint (Dkt. 10 at Exh. B at 4).

[19] Elliott Decl. at ¶¶ 42-50; Defendant's Data Sheet for BRCA1/BRCA2 Test (Dkt. 10 at Exh. I at 2); Defendant's Data Sheets for BRCAplus (*id*. Exh. L at 3); BreastNext (*id*. Exh. D at 5), CancerNext (*id*. at Exh. E at 6); and OvaNext tests (*id*. at Exh. F at 6).

[20] Elliott Decl. at ¶¶ 42-49; Defendant's Data Sheet for BRCA1/BRCA2 Test (Dkt. 10 at Exh. I at 2).

A000046

Case 2:13-cv-00640-RJS   Document 185   Filed 03/10/14   Page 47 of 106

tests" that analyze the BRCA1 and BRCA2 genes, including at least its BRCAplus, BreastNext, CancerNext, and OvaNext tests.[21]

Defendant's MLPA and microarray processes use BRCA1- and BRCA2-specific probes. Specifically, Defendant's MLPA and microarray processes use "probes targeting the exons or flanking intronic sequences" in the BRCA1 and BRCA2 genes. The probes are complementary to, and thus hybridize to their respective target section if that section is present and has the same nucleotide sequence. Defendant's probes are specifically targeted for "the wild-type BRCA genes," and thus are specific for the wild-type alleles.[22]

In both the MLPA and microarray processes, Defendant's BRCA1- and BRCA 2-specific probes are allowed to hybridize to both (1) the synthetic DNA amplicons created from a patient's sample DNA and (2) the 'normal' wild-type reference DNA. Elliott Decl. at ¶¶ 43-48, 50-53; Elliott 2nd Decl. at ¶¶ 12-13; Roa Decl. at ¶¶ 31-37.

In Defendant's MLPA process, the probes that hybridize to adjacent genomic and wild-type reference sequences are ligated. The polymerase chain reaction process is then applied, amplifying each targeted part of the gene where hybridization of the probes has occurred. If a target section of the gene is present, then the probes hybridize, and the hybridization is detected because the PCR process creates many synthetic DNA molecules having the sequence of the

---

[21] Elliott Decl. at ¶¶ 42, 50; Defendant's Data Sheets for BRCAplus (Dkt. 10 at Exh. L at 3); BreastNext (*id*. at Exh. D at 5); CancerNext (*id*. at Exh. E at 6); and OvaNext tests (*id*. at Exh. F at 6).

[22] Elliott Decl. at ¶¶ 43, 47-52; MLPA – an introduction (MRC Holland) (Dkt. 10 at Exh. P) at 1-2; *see* Roa Decl. at ¶¶ 31-32, 35-37. As previously noted, "allele" refers to a form of the gene having a certain sequence, such as variant sequences or mutation sequences of interest and thus may be called a "wild-type allele" or a "mutated allele." Roa Decl. at ¶ 31.

target section for that probe. If a target section is not present, then the probes for that section do not hybridize to anything, and the fact that the target section is missing will be evident from the relative lack of synthetic DNA molecules corresponding to that section made during the PCR process. Elliott Decl. at ¶¶ 43-48; *see* Roa Decl. at ¶¶ 31-34. The resulting data allows Defendant to compare the patient's germline sequence to a wild-type sequence. Elliott Decl. at ¶¶ 46-48; Roa Decl. at ¶ 34. The data resulting from Defendant's microarray analysis identify both the existence of the allele and the existence of large base pair mutations in a germline nucleic acid sequence by comparing that sequence to the wild-type allele. Elliott Decl. at ¶¶ 50-53; *see id.* at ¶¶ 43-48; *see* Roa Decl. at ¶¶ 35-37.

### G. The Patent Claims at Issue in Plaintiffs' Motions for Preliminary Injunction

In July 2013, Plaintiffs moved for a preliminary injunction seeking to prohibit Defendant from selling testing services based on alleged infringement of Myriad's patents. In their Motion for Preliminary Injunction, Plaintiffs allege that they are likely to prove that Defendant is infringing:

1) claims 16 and 17 of the '282 Patent;

2) claims 29 and 30 of the '492 Patent;

3) claims 7 and 8 of the '441 Patent;

4) claim 4 of the '857 Patent;

5) claim 5 of the '721 Patent; and

6) claims 2 and 4 of the '155 Patent.

(Dkt. 5 at 15-30.)

The allegedly infringed claims may be divided into two general categories. The first covers claims drawn to compositions of matter, and are collectively referred to as the Primer

48

**A000048**

Claims.  These Primer Claims include claims 16 and 17 of the '282 Patent, and claims 29 and 30

of the '492 Patent.  The remaining claims cover testing processes relating to BRCA1 and

BRCA2, and the court collectively refers to them as the Method Claims.  Each of the Method

Claims is drawn to the mental process of comparing a genomic DNA sample to a DNA sequence

that may be found in the BRCA1 and BRCA2 genes.

### 1.  The Primer Claims

Claim 16 of the '282 Patent provides:

16.  A pair of single-stranded DNA primers for determination of a nucleotide sequence of a BRCA1 gene by a polymerase chain reaction the sequence of said primers being derived from human chromosome 17q wherein the use of said primers in a polymerase chain reaction results in the synthesis of DNA having all or part of the sequence of the BRCA1 gene.

Claim 17 of the '282 Patent provides:

17.  The pair of primers of claim 16 wherein said BRCA1 gene has the nucleotide sequence set forth in SEQ ID NO:1.

The term "SEQ ID NO:1" refers to the nucleotide sequence of the BRCA1 cDNA—the exon-

only nucleotide sequence of the BRCA1 gene—as depicted in the Sequence Listing of the '473

Patent, the '282 Patent, and the '999 Patent.  '473 Patent col.52 ll.50-56; '282 Patent col.53 11.4-

9; and '999 Patent col.53 ll.16-22; Kay Decl. from *AMP* Litigation at ¶ 49 (Dkt. 34-4).

Claim 29 of the '282 Patent provides:

29.  A pair of single-stranded DNA primers of at least 15 nucleotides in length for determination of the nucleotide sequence of a BRCA2 gene by a polymerase chain reaction, the sequence of said primers being isolated from human chromosome 13, wherein the use of said primers in a polymerase chain reaction results in the synthesis of DNA comprising all or at least 15 contiguous nucleotides of the BRCA2 gene.

Claim 30 of the '282 Patent provides:

30.  The pair of primers of claim 29 wherein said BRCA2 gene has the nucleotide sequence set forth in SEQ ID NO:1.

A000049

In the context of the BRCA2 patents, the term "SEQ ID NO:1" refers to the nucleotide sequence of the BRCA2 cDNA—the exon-only sequence—as depicted in the Sequence Listing of the '492 Patent.  '492 Patent col.44 l.53—col.45 l.10; Kay Decl. from *AMP* Litigation at ¶ 50.

**2.  The Method Claims**

**a.  Claims 7 and 8 of the '441 Patent**

Claims 7 and 8 of the '441 Patent depend on claim 1, which is set forth below.  The Federal Circuit held in the *AMP* litigation that claim 1 is drawn to patent ineligible subject matter—mental processes of comparing.  The patent ineligible claim 1 recites:

> 1.  A method for screening germline of a human subject for an alteration of a BRCA1 gene which comprises comparing germline sequence of a BRCA1 gene or BRCA1 RNA from a tissue sample from said subject or a sequence of BRCA1 cDNA made from mRNA from said sample with germline sequences of wild-type BRCA1 gene, wild-type BRCA1 RNA or wild-type BRCA1 cDNA, wherein a difference in the sequence of the BRCA1 gene, BRCA1 RNA or BRCA1 cDNA of the subject from wild-type indicates an alteration in the BRCA1 gene in said subject.

Claim 7 of the '441 Patent is drawn to the method of the patent ineligible claim 1, but

50

specifically requires the use of probes:[23]

     7. The method of claim 1 wherein a germline nucleic acid sequence is compared by hybridizing a BRCA1 gene probe which specifically hybridizes to a BRCA1 allele to genomic DNA isolated from said sample and detecting the presence of a hybridization product wherein a presence of said product indicates the presence of said allele in the subject.

     Claim 8 is drawn to the method of claim 1, but more specifically with the use of primers:

"The method of claim 1 wherein a germline nucleic acid sequence is compared by amplifying all

---

[23] At column 21, lines 35-50, the specification of the '441 Patent defines "probes" used in detecting BRCA1 alleles which predispose to certain cancers as being specific for those alleles:

     "Probes". Polynucleotide polymorphisms associated with BRCA1 alleles which predispose to certain cancers or are associated with most cancers are detected by hybridization with a polynucleotide probe which forms a stable hybrid with that of the target sequence, under stringent to moderately stringent hybridization and wash conditions. If it is expected that the probes will be perfectly complementary to the target sequence, stringent conditions will be used. Hybridization stringency may be lessened if some mismatching is expected, for example, if variants are expected with the result that the probe will not be completely complementary. Conditions are chosen which rule out nonspecific/adventitious bindings, that is, which minimize noise. Since such indications identify neutral DNA polymorphisms as well as mutations, these indications need further analysis to demonstrate detection of a BRCA1 susceptibility allele.

     At column 15, lines 29-43, the specification of the '441 Patent teaches that probes used to identify mutations are "allele-specific," that is, are specific for a particular mutation:

     DNA sequences of the BRCA1 gene which have been amplified by screened [sic] using allele-specific probes. These probes are nucleic acid oligomers, each of which contains a region of the BRCA1 gene sequence harboring a known mutation. For example, one oligomer may be about 30 nucleotides in length, corresponding to a portion of the BRCA1 gene sequence. By use of a battery of such allele-specific probes, PCR amplification products can be screened to identify the presence of a previously identified mutation in the BRCA1 gene. Hybridization of allele-specific probes with amplified BRCA1 sequences can be performed, for example, on a nylon filter. Hybridization to a particular probe under stringent hybridization conditions indicates the presence of the same mutation in the tumor tissue as in the allele-specific probe.

A000051

or part of a BRCA1 gene from said sample using a set of primers to produce amplified nucleic

acids and sequencing the amplified nucleic acids."

### b.  Claim 4 of the '857 Patent

The Federal Circuit concluded in its *AMP* decision that claim 2 of the '857 Patent, on

which claim 4 depends, is drawn to patent ineligible subject matter—abstract mental processes.

Claim 2 provides:

> 2.  A method for diagnosing a predisposition for breast cancer in a human subject which comprises comparing the germline sequence of the BRCA2 gene or the sequence of its mRNA in a tissue sample from said subject with the germline sequence of the wild-type BRCA2 gene or the sequence of its mRNA, wherein an alteration in the germline sequence of the BRCA2 gene or the sequence of its mRNA of the subject indicates a predisposition to said cancer.

Claim 4 of the '857 Patent recites the method of claim 2, but adds the use of an assay:

> 4.  The method of claim 2 wherein the detection in the alteration in the germline sequence is determined by an assay selected from the group consisting of (a) observing shifts in electrophoretic mobility of single-stranded DNA on non-denaturing polyacrylamide gels, (b) hybridizing a BRCA2 gene probe to genomic DNA isolated from said tissue sample, (c) hybridizing an allele-specific probe to genomic DNA of the tissue sample, (d) amplifying all or part of the BRCA2 gene from said tissue sample to produce an amplified sequence and sequencing the amplified sequence, (e) amplifying all or part of the BRCA2 gene from said tissue sample using primers for a specific BRCA2 mutant allele, (f) molecularly cloning all or part of the BRCA2 gene from said tissue sample to produce a cloned sequence and sequencing the cloned sequence, (g) identifying a mismatch between (1) a BRCA2 gene or a BRCA2 mRNA isolated from said tissue sample, and (2) a nucleic acid probe complementary to the human wild-type BRCA2 gene sequence, when molecules (1) and (2) are hybridized to each other to form a duplex, (h) amplification of BRCA2 gene sequences in said tissue sample and hybridization of the amplified sequences to nucleic acid probes which comprise wild-type BRCA2 gene sequences, (i) amplification of BRCA2 gene sequences in said tissue sample and hybridization of the amplified sequences to nucleic acid probes which comprise mutant BRCA2 gene sequences, (j) screening for a deletion mutation in said tissue sample, (k) screening for a point mutation in said tissue sample, (l) screening for an insertion mutation in said tissue sample, (m) in situ hybridization of the BRCA2 gene of said tissue sample with nucleic acid probes which comprise the BRCA2 gene.

52

### c.  Claim 5 of the '721 Patent

Claim 5 of the '721 Patent depends on claim 1, which recites:

5.  A method for determining an omi haplotype of a human BRCA1 gene comprising:

(a) determining the nucleotide sequence of the BRCA1 gene or fragment thereof from at least one female individual with a family history which indicates a predisposition to breast cancer,

(b) comparing the determined nucleotide sequence from said female individual to SEQ ID NO: 263,[24] and

(c) determining the presence of the following nucleotide variations: thymine at nucleotides 2201 and 2731, cytosine at nucleotides 2430 and 4427, and guanine at nucleotides 3232, 3667 and 4956, wherein the presence of the nucleotide variations in the determined nucleotide sequence indicates the omi1 haplotype.

Claim 5 of the '721 Patent recites, "The method of claim 1 wherein the BRCA1 gene or fragment

thereof is amplified prior to nucleotide sequencing."

### d.  Claims 2 and 4 of the '155 Patent

Claim 2 of the '155 Patent recites:

2.  A method of identifying individuals having a BRCA1 gene with a BRCA1 coding sequence not associated with breast or ovarian cancer comprising:

a) amplifying a DNA fragment of an individual's BRCA1 coding sequence using an oligonucleotide primer which specifically hybridizes to sequences within the gene; b) sequencing said amplified fragment by dideoxy sequencing; c) repeating steps (a) and (b) until said individual's BRCA1 coding sequence is completely sequenced; d) comparing the sequence of said amplified DNA to the sequence of SEQ. ID. NO: 1; e) determining the presence or absence of each of the following polymorphic variations in said individual's BRCA1 coding sequence:

AGC and AGT at position 2201,

TTG and CTG at position 2430, CCG and CTG at position 2731,

---

[24] "SEQ ID NO:263" in claim 1 of the '721 Patent refers to a contiguous cDNA sequence of all of the exons of BRCA1.  *See* '721 Patent cols.109-121; Pls.' Reply Br. at 62-63.

GAA and GGA at position 3232,

AAA and AGA at position 3667,

TCT and TCC at position 4427, and AGT and GGT at position 4956; f) determining any sequence differences between said individual's BRCA1 coding sequences and SEQ. ID. NO: 1 wherein the presence of any of the said polymorphic variations and the absence of a polymorphism outside of positions 2201, 2430, 2731, 3232, 3667, 4427, and 4956, is correlated with an absence of increased genetic susceptibility to breast or ovarian cancer resulting from a BRCA1 mutation in the BRCA1 coding sequence.

Claim 4 of the '155 Patent recites:

4. A method of detecting an increased genetic susceptibility to breast and ovarian cancer in an individual resulting from the presence of a mutation in the BRCA1 coding sequence, comprising:

a) amplifying a DNA fragment of an individual's BRCA1 coding sequence using an oligonucleotide primer which specifically hybridizes to sequences within the gene;

b) sequencing said amplified fragment by dideoxy sequencing;

c) repeating steps (a) and (b) until said individual's BRCA1 coding sequence is completely sequenced;

d) comparing the sequence of said amplified DNA to the sequence of SEQ. ID. NO: 1;

e) determining any sequence differences between said individual's BRCA1 coding sequences and SEQ. ID. NO: 1 to determine the presence or absence of polymorphisms in said individual's BRCA coding sequences wherein a polymorphism which is not any of the following: AGC or AGT at position 2201, TTG or CTG at position 2430, CCG or CTG at position 2731, GAA or GGA at position 3232, AAA or AGA at position 3667, TCT or TCC at position 4427, and AGT or GGT at position 4956;

is correlated with the potential of increased genetic susceptibility to breast or ovarian cancer resulting from a BRCA1 mutation in the BRCA1 coding sequence.

"SEQ ID NO:1" recited in claims 2 and 4 of the '155 Patent is a contiguous cDNA sequence of all of the exons of BRCA1. '155 Patent col.19 ("Molecule Type: cDNA"); Pls.' Reply Br. at 62-63.

54

## II.    **DISCUSSION**

### A. **Preliminary Injunction Standards**

The court "may grant injunctions in accordance with the principles of equity to prevent

the violation of any right secured by patent, on such terms as the court deems reasonable."  35

U.S.C. § 283.  The Federal Circuit cautions, however, that "[a] preliminary injunction is a

'drastic and extraordinary remedy that is not to be routinely granted.'"  *National Steel Car, Ltd.*

*v. Canadian Pac. Ry., Ltd.*, 357 F.3d 1319, 1324 (Fed. Cir. 2004) (quoting *Intel. Corp. v. ULSI*

*Sys. Tech., Inc.*, 995 F.2d 1566, 1568 (Fed. Cir. 1993)).

To obtain this extraordinary remedy, Plaintiffs must show four factors:[25]

> A plaintiff seeking a preliminary injunction must establish that [it] is likely to
> succeed on the merits, that [it] is likely to suffer irreparable harm in the absence
> of preliminary relief, that the balance of equities tips in [its] favor,[26] and that an
> injunction is in the public interest.

*AstraZeneca, L.P. v. Apotex, Inc.*, 633 F.3d 1042, 1049 (Fed. Cir. 2010) (rehearing denied en

banc *Jan*. 31, 2011) (quoting *Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008));

*see also Aria Diagnostics v. Sequenom, Inc.*, 726 F.3d 1296, 1304 (Fed. Cir. 2013) (noting that

district court "correctly held that in addition to showing the likelihood of success on the merits,

---

[25] The parties disagree about whether Federal Circuit or Tenth Circuit preliminary injunction standards apply to the preliminary injunction analysis in this case, with Defendant arguing that the regional circuit standards apply.  The Federal Circuit has clearly stated that "a preliminary injunction enjoining patent infringement pursuant to 35 U.S.C. § 283 'involves substantive matters unique to patent law and, therefore, is governed by the law of this court.'"  *Revision Military, Inc. v. Balboa Mfg. Co.*, 700 F.3d 524, 525 (Fed. Cir. 2012) (quoting *Hybritech Inc. v. Abbott Labs*, 849 F.2d 1446, 1451, n.12 (Fed. Cir. 1988)).  Since the "issuance of an injunction pursuant to this section enjoins the violation of any right secured by patent . . . a preliminary injunction of this type, although a procedural matter, involves substantive matters unique to patent law and, therefore, is governed by the law of this court."  *Id.* (quoting *Hybritech,* 849 F.2d at 525 ) (other citations omitted).  The court applies Federal Circuit law here.

[26] This factor is often discussed in terms of the balance of the parties' comparative hardships. *Abbott Labs. v. Sandoz, Inc.*, 544 F.3d 1341, 1344 (Fed. Cir. 2008) (citations omitted).

[the patent holder] must show it will likely suffer irreparable harm, that the balance of equities tips in its favor, and that an injunction is in the public interest.") (citing *Winter*, 555 U.S. at 20)).

Plaintiffs' showing on the first two factors is critically important.  The Federal Circuit states that its "case law and logic both require that a movant cannot be granted a preliminary injunction unless it establishes *both* of the first two factors, i.e., likelihood of success on the merits and irreparable harm."  *Amazon.com, Inc. v. Barnesandnoble.com*, 239 F.3d 1343, 1350 (Fed. Cir. 2001) (emphasis in original) (citations omitted) (vacating preliminary injunction and remanding where defendant raised substantial question of validity).  Accordingly, the court focuses its analysis primarily on these two critical factors.

As discussed below, the court concludes that Plaintiffs have established that they are likely to suffer irreparable harm if an injunction does not issue.  They have not, however, established that they are likely to succeed on the merits.  Defendant has raised substantial questions concerning whether Plaintiffs' patents claim patent eligible subject matter.  Further, the court finds that the harm Defendant will likely incur if an injunction issues outweighs the harm Plaintiffs are likely to suffer without an injunction, and that the public interest does not clearly favor an injunction.  For these reasons, the court denies Plaintiffs' Motion for a Preliminary Injunction.

## B.  Irreparable Harm

Plaintiffs must demonstrate irreparable harm before an injunction may issue.  This "entails showing a likelihood of substantial and immediate irreparable injury."  *Apple Inc. v. Samsung Electronics Co., Ltd.,* 695 F.3d 1370, 1374 (Fed. Cir. 2012) (citations omitted).  Irreparable injury may include "different types of losses that are often difficult to quantify, including lost sales and erosion in reputation and brand distinction."  *Douglas Dynamics, LLC v.*

56

*Buyers Prod. Co.,* 717 F.3d 1336, 1344 (Fed. Cir. 2013).  "Price erosion, loss of goodwill, damage to reputation, and loss of business opportunities are all valid grounds for finding irreparable harm." *Aria Diagnostics*, 726 F.3d at 1304 (citations omitted).

The Federal Circuit cautions courts not to assume that a showing of irreparable harm is inadequate merely because patentees may eventually recover economic damages for infringement.  That assumption strips patents of "their character as an exclusive right as articulated by the Constitution" and causes them to "become at best a judicially imposed and monitored compulsory license." *Id.* at 1304.  Further, loss of market share can constitute irreparable harm even if it only moderately affects a patentee company's profitability or a small part of a company's business. *Robert Bosch, LLC v. Pylon Mfg. Corp.,* 659 F.3d 1142, 1152 (Fed. Cir. 2011) (quoting *Hoffman-LaRoche, Inc. v. Cobalt Pharm. Inc.,* 2010 WL 4687839, at *12 (D.N.J. Nov. 10, 2010) (a patentee's "size and profitability, and the small impact the likely harms would have on [its] overall profitability . . . says nothing about whether such harms are irreparable.")).

In this case, Plaintiffs claim that if Defendant is allowed to continue marketing the allegedly infringing tests, they are likely to be irreparably harmed in at least four ways:

1)  through price erosion for Myriad's testing products, causing Myriad to lose the benefit of its established pricing strategy;

2)  by reducing Myriad's testing product market share;

3)  reputational injury to Myriad because the public will mistakenly associate flawed test results from the Defendant's testing with Myriad's allegedly superior testing products, resulting in dilution of Myriad's brand; and

4) by simply losing the benefit of the remainder of Myriad's patent terms, including Plaintiffs' right to exclude competitors, particularly where some of the patents at issue will begin to expire in August 2014.

The court discusses these alleged harms in turn.

### 1. Price Erosion and Loss of Market Share

For seventeen years, Myriad was the only company in the United States offering a full sequence test for the BRCA1 and BRCA2 genes. Ford Decl. at ¶ 8. That changed in June 2013, when Defendant began offering a multi-gene panel test for BRCA1 and BRCA2 at $2,200, significantly below Myriad's $4,040 integrated BRACAnalysis test (including BART). Ford Decl. at ¶ 11; Def's. Opp. Memo. at 15, ¶ 46.

Plaintiffs and their economist expert, Dr. James R. Kearl, claim that Plaintiffs are likely to suffer irreparable harm absent an injunction because Myriad is likely to lose its share of the BRCA1 and BRCA2 testing market—a market it previously monopolized in the United States. Plaintiffs contend that those seeking Defendant's lower priced testing likely represent lost Myriad customers. Further, Plaintiffs allege that Myriad faces a substantial threat of losing its third-party payor customers unless it lowers prices, thus leading to erosion of its pricing structure. Simply put, in a BRCA testing market where Myriad had been the lone seller, the

A000058

introduction of new competitors offering alternative testing will force Myriad to choose between lowering its price or losing customers. [27]

Defendant, relying on its CPA expert, Scott Hampton, offers a number of arguments in response. First, Defendant points out that Myriad has never before dropped its testing prices in response to public pressure, and suggests that this pricing stubbornness shows that Myriad will not now lower its prices, even in the face of competition. Hampton Decl. at ¶ 23. The court finds this entirely unpersuasive. That Myriad did not respond to public pressure says nothing about Myriad's response to new competitors entering its previously exclusive market with competing, lower-priced testing products. It is clear that pressure on Myriad to lower prices will be more acute and more effective than when customers had no market alternative. Regardless, if Myriad does not submit to that pressure to lower prices, it will undoubtedly lose market share. Kearl Decl. at 3, 7, 16-18.

Second, Defendant contends that the BRCA testing market is largely controlled by decision makers within third-party payors, such as insurers and health maintenance organizations. These third-party payors decide whether to pay for or reimburse testing costs. Defendant points out that Myriad has fixed long-term pricing agreements with many of these third-party payors. Thus, Defendant claims, Myriad will not need to lower its prices anytime soon. Hampton 2nd Decl. at ¶ 6 (Dkt. 134). Defendant also argues Plaintiffs have yet to identify

---

[27] There is an inverse relationship between the potential for price erosion and loss of market share. As Dr. Kearl explains, "to the degree that Myriad lowers its price in response to competition" from other testing companies, the price differences between Myriad and those companies "will be less, and the Myriad [market] share loss will also be less. However, in this case, while market share losses will be smaller, price erosion losses will be higher." Kearl Decl. at 17, n.19.

A000059

any third-party payor that has cancelled an agreement or successfully re-negotiated an existing long-term contract to obtain a lower testing price.

But Defendant fails to recognize that Myriad permits those third-party payors to cancel their long-term contracts with 90 days' notice to Myriad. Sept. 12, 2013 Hearing Tr. (Ford) at 314:18-24. Moreover, Plaintiffs recently submitted evidence that at least one third-party payor, the Centers for Medicare and Medicaid Services (CMS), has decided to lower its reimbursement rate for BRCA1 and BRCA2 testing from $2,700 to $1,438.14. (Dkt. 177-1.)[28] The evidence before the court shows that Myriad is clearly experiencing pressure from third-party payors to reduce prices. Ford Decl. at ¶ 16. Notwithstanding that CMS is the lone third-party payor identified by Plaintiffs as lowering reimbursement rates, and that Plaintiffs have thus far avoided any other renegotiated or cancelled contracts, Plaintiffs have shown that it is only a matter of time before the pricing pressure from Defendant's testing causes renegotiated or cancelled contracts. Without an injunction, it is clear that Myriad will have to either lower its testing price or lose market share—or possibly both.

Third, Defendant contends that an injunction is unnecessary even if market forces cause Myriad to reduce its prices because Myriad will be able to raise prices again if Plaintiffs ultimately prevail in this lawsuit on the merits. Hampton Decl. at ¶ 25. But Dr. Kearl persuasively notes that once prices drop, Myriad will face daunting resistance to reinstating higher prices. Kearl Decl. at 11-13; *see also Sanofi-Synthelabo v. Apotex, Inc.,* 470 F.3d 1368, 1382 (Fed. Cir. 2006) (*reh'g and reh'g en banc* denied Jan. 19, 2007) (affirming entry of

---

[28] The court has taken judicial notice that CMS lowered its reimbursement rate on January 1, 2014. (Dkt. Nos. 177-1 and 181.) This rate remains subject to change following closure of a public comment period, originally slated for January 27, 2014, but which has been extended to February 28, 2014. *See id.;* and *Gapfill Pricing Inquiries,* <http:// www. cms.gov/ Medicare/ Medicare-Fee-for- Service-Payment/ClinicalLabFeeSched/Gapfill-Pricing-Inquiries.html>.

preliminary injunction for drug patentee; citing with approval district court's irreparable harm analysis which found that it would be nearly impossible to restore pre-competition pricing). The court finds Dr. Kearl's price-resistance analysis persuasive, particularly where Myriad's patents will begin to expire in August 2014, long before any resolution of this dispute on the merits. Kearl Decl. at 11-15; Ford Decl. at ¶ 21; *see also Pfizer, Inc. v. Teva Pharm., USA, Inc.,* 429 F.3d 1364, 1380 (Fed. Cir. 2005) (noting that district court properly concluded that accused drug patent infringer's sales of generic drug "would cause substantial harm to [the patentee] and loss of statutory right to exclude . . . for the [relatively short] remaining life of the . . . patent . . . .").

Fourth, Defendant appears to argue that Myriad has the financial capability to keep its pricing structure, even if it causes Myriad to lose money or market share. *See* Def's. Opp. Memo. at 89 (noting that Myriad's "$400 million in cash and cash equivalents will allow it to maintain its current pricing structure during the pendency of this suit if it chooses to do so."); Hampton Decl. at ¶ 66. Defendant also points out that Myriad has projected continued revenue growth for Fiscal Year 2014, despite competition from BRCA1 and BRCA2 testing companies. Hampton Decl. at ¶¶ 52-53. Based on these projections, Defendant contends that Myriad cannot seriously believe it will suffer irreparable injury, even if it experiences price erosion or loss of market share.

Defendant's argument fails to rebut Dr. Kearl's logical and persuasive testimony that Plaintiffs will suffer irreparable financial harm if an injunction does not issue. This harm need not destroy Myriad in order to be irreparable. The Federal Circuit has explained that a loss of market share can constitute irreparable harm even if it only moderately affects profitability or a portion of a patentee's business. *Robert Bosch*, 659 F.3d at 1152 (the "fact that an infringer's harm affects only a portion of a patentee's business says nothing about whether that harm can be

rectified.") (citing *Hoffman-LaRoche, Inc.,* 2010 WL 4687839, at *12 (rejecting notion that harm

is not irreparable if patentee is large and profitable, and infringement allegedly has "small impact

. . . on . . . overall profitability.")).  That Myriad continues to project overall profitability does not

"automatically rebut a case for irreparable injury."  *Douglas Dynamics,* 717 F.3d at 1344

(rejecting district court's reasoning that permanent injunction should not issue where patentee

snow plow company's market share increased by one percent per year after accused infringer

introduced its competing snow plow assembly; noting market share might increase for various

reasons unrelated to the infringing conduct).

      Finally, Defendant contends that its entry into the BRCA testing market has actually

expanded that market, particularly for those who seek less expensive tests and "meaningful

second opinion testing."  Def's. Opp. Memo. at 95.  Defendant argues Myriad cannot be harmed

"by the loss of sales it never would have realized."  *Id*. at 96.  Defendant does not contend that

complete mutual exclusivity exists between potential Myriad customers, whether third-party

payors or individuals, and those who will seek out Defendant's less expensive tests during the

remainder of Myriad's patent terms.  It defies reason to conclude that Defendant's customers will

comprise only persons who could not have obtained via direct payment or a third-party payor a

higher-priced Myriad BRCA1 and BRCA2 test.  Nor does the record in any way support such a

finding.

      The court concludes that Plaintiffs have adequately demonstrated they are likely to suffer

irreparable harm in the form of price erosion and loss of market share if an injunction does not

issue.

2. **Reputational Harm**

Plaintiffs also claim that their reputations will be irreparably diluted and damaged absent injunctive relief. *See Douglas Dynamics,* 717 F.3d at 1344-45 (harm to reputation can be irreparable harm). Plaintiffs contend that dilution will occur because Myriad was, until recently, the only BRCA testing provider in the United States, and thus medical providers and patients naturally associate this testing with Myriad. Pls.' Reply Br. at 136. Plaintiffs also contend that Defendant's entry into the market will damage their reputations, because Defendant's testing is less reliable and yields higher percentages of "variants of unknown significance" (VUS)— variants that are difficult to categorize as either harmful or benign. Plaintiffs are concerned that consumers will attribute flawed results with Myriad.

Plaintiffs assert that over 97 percent of those tested with Myriad's BRACAnalysis who receive a report identifying a genetic variation will be informed about the clinical significance of the variant. Ford Decl. at ¶¶ 6-7. In other words, Plaintiffs claim that Myriad's VUS rate is about 3 percent. Myriad submits this low rate is due to its ability to utilize its privately maintained database of genetic variant information, developed over many years and with $100 million in investment. *Id.* Plaintiffs contend that third-party payors who reimburse testing may be uninformed about the comparative high quality of Myriad's testing and might associate others' flawed test results with Myriad. Plaintiffs cite no survey, interviews, correspondence, or any other empirical evidence concerning consumer choice to support this claim directly.[29] Still, Plaintiffs claim that they cannot mitigate this alleged misperception without an injunction, which

---

[29] *See* Kearl Decl. at 19 ("… given the very short period of time that Defendants' [Ambry and dismissed Defendant, Gene by Gene] tests have been available, it is hardly surprising that evidence of *actual* confusion is lacking.").

63

would offer time to educate the public about the superiority of their testing—including the newly introduced myRisk test.  Ford Decl. at ¶¶ 17, 21-23.

Plaintiffs' arguments here fall short.  First, there is no competent evidence showing that Defendant's tests are meaningfully less accurate or reliable than Myriad's tests.  Defendant compellingly points out that Myriad's VUS rate is based on data that Myriad does not share with the public and is difficult to verify.  Defendant's current VUS rates are 4.2 percent.  Chao Decl. at ¶¶ 52-53; Chao 2ⁿᵈ Decl. ¶ 2 (Dkt. 137).[30]  These rates are already low and will go down over time.  VUS rates are highest right after a test is first offered, but they decrease as more tests are run and more data becomes available to assist with classification.  Swisher Decl. at ¶¶ 52-53; Chao Decl. at ¶ 52.  Moreover, Plaintiffs simply provide no evidence of consumer confusion between testing companies.

But Plaintiffs insist they may suffer reputational harm if Defendant's entry into the BRCA testing market causes "dilution of Myriad's reputation," where Myriad was until recently "the only provider of genetic predisposition testing for breast and ovarian cancer . . . and thus providers and patients naturally associate the test with Myriad."  Pls.' Reply Br. at 136.  In *Douglas Dynamics*, the plaintiff snow plow company sought a permanent injunction against a competing snow plow company.  717 F.3d at 1338-39.  The district court denied the injunction, stating there was no reputational harm because there was no customer confusion.  *Id.* at 1344.  The Federal Circuit disagreed, finding that reputational harm may result even without actual

---

[30] In their Reply Brief, Plaintiffs express skepticism about this rate but do not dispute it with any evidence.  Geier Decl. at ¶ 29 (Dkt. 104) (noting that Defendant "is reportedly quoting a 5% VUS rate, but I don't believe that estimate has yet been validated since they have only been doing testing for a few weeks.").  Defendant notes that while Plaintiffs question its VUS rate, it is actually more transparent in its VUS rate determination than Myriad is because Defendant provides full variant data information to patients, their doctors, and genetic counselors through test reports.  Chao Decl. at ¶¶ 58-59, Exh. L; Swisher Decl. at ¶¶ 46-49, Exhs. G, I.

64

customer confusion. This was due to the possibility that consumers would see the patentee's innovations appearing in products "considered less prestigious and innovative," or that the patentee's dealers might believe it "did not enforce its intellectual property rights." *Id*.

In contrast, Plaintiffs here offer no clear evidence suggesting that the public would view Defendant's testing products as less prestigious or innovative. In fact, Myriad's newly launched myRisk test is a multi-gene panel test that utilizes Next Generation Sequencing—much like Defendant's multi-panel CancerNext test.[31] Plaintiffs' contention that their reputations will be besmirched by the continued sale of Defendant's testing products does not withstand scrutiny. At least at this preliminary stage, the court concludes that Plaintiffs have not shown that Defendant's testing is likely to cause irreparable harm to Plaintiffs' reputations.

### 3. Loss of Remainder of the Exclusive Patent Terms

Plaintiffs also contend that Defendant's alleged infringement deprives Plaintiffs of enjoyment of their patents' exclusive terms. Myriad says this causes irreparable harm because its long-term corporate strategy was based on an expectation that Plaintiffs would enjoy their exclusive patent terms until they began to expire in August 2014, giving Myriad time to develop and introduce to the public new products, including the recently released myRisk cancer test. *Robert Bosch*, 659 F.3d at 1149 (citing *Acumed LLC v. Stryker Corp.,* 551 F.3d 1323, 1328 (Fed. Cir. 2008) (in view of right to exclude, "infringement may cause a patentee irreparable harm not remediable by a reasonable royalty.")).

Defendant responds that because Myriad has not yet sued every company that is or has announced plans to begin BRCA1 and BRCA2 testing, Myriad has inconsistently enforced its patents. It claims that this demonstrated Plaintiffs' indifference to their patents' exclusive terms.

---

[31] Myriad launched myRisk on September 5, 2013.

But the Federal Circuit has observed that "[p]icking off one infringer at a time is not inconsistent with being irreparably harmed." *Robert Bosch, LLC,* 659 F.3d at 1151 (quoting *Pfizer, Inc. v. Teva Pharm. USA, Inc.,* 429 F.3d at 1381). Were the court to find otherwise, it would "effectively establish a presumption against irreparable harm whenever the market contains a plurality of players":

> Under such circumstances, the first infringer sued could always point to the existence of additional competitors. And, perversely, if that infringer were to succeed in defeating an injunction, subsequent adjudged infringers could point to the market presence of the first infringer when opposing a request for an injunction. Consequently, without additional facts showing that the presence of additional competitors renders the infringer's harm reparable, the absence of a two-supplier market does not weigh against a finding of irreparable harm.

*Id.* (noting that patent holder had "diligently pursued infringers"; reversing district court's finding that the "absence of a two-player market effectively prohibit[ed] a finding of irreparable harm."). Thus, even if Plaintiffs have not sued every company that has announced an intent to conduct BRCA1 and BRCA2 testing, this does not mean that Plaintiffs cannot show irreparable harm here.

Moreover, it appears that Plaintiffs have been diligent, and not indifferent, in enforcing their patents through litigation in the recent aftermath of the Supreme Court's decision in *AMP* just a few months ago. *See supra* note 3 (discussing current litigation involving Plaintiffs and alleged infringers). By all indications, Myriad and the other Plaintiffs are actively defending their patent exclusivity. The court finds that the Plaintiffs' claimed harm from the loss of exclusivity of Myriad's patent terms bolsters Plaintiffs' showing that they likely will suffer irreparable harm without injunctive relief.

66

#### 4. Damages Calculation and Defendant's Ability to Pay

Defendant claims that even if Plaintiffs have shown a likelihood of harm, particularly through price erosion, this harm is compensable with money damages, rendering a preliminary injunction unwarranted. Defendant relies on its CPA expert, Scott Hampton, who states that because "Myriad enjoyed a near perfect monopoly prior to June of 2013," there will be a clean starting point from which to calculate Plaintiffs' damages. Hampton Decl. at ¶ 31. In considering this issue, the court must heed the clear instruction from the Federal Circuit to act with caution in assuming that money damages will suffice when Plaintiffs have shown harms likely flowing from price erosion, loss of market share, and loss of patent terms, as is the case here. *Aria Diagnostics,* 726 F.3d at 1304.

Plaintiffs maintain that unless an injunction issues, the complex pricing and sales factors in this case present a substantial danger that they will be undercompensated if they prevail on the merits. Kearl Decl. at 15. The court agrees.

First, Myriad does not charge one set price for every test, but instead may alter its pricing by test type, customer, and time period. Kearl Dec. at 8. It will be especially challenging here to determine, once all prices decline, the price that customers would have paid Myriad but for Defendant's entry into the market.

Second, Defendant appears to assume that if Plaintiffs eventually prevail, Myriad will be able to reverse the price erosion that will occur without an injunction. As explained above, the court agrees with Plaintiff's economist, Dr. Kearl, who concludes that this is unlikely. Kearl Decl. at 11-13.

Finally, in the aftermath of the Supreme Court's *AMP* decision, numerous companies are offering or planning to offer close substitute BRCA1 and BRCA2 testing. Although Myriad has

67

A000067

been seeking to stop the accused infringers through litigation, it will be very challenging for

Plaintiffs to show the degree to which any accused infringer should be held responsible for price

erosion.  Or, if Myriad does not lower its pricing, it will be difficult to show which sales a

competitor enjoys would otherwise have been Myriad's, and at what price.  Kearl Decl. at 15-16.

As Dr. Kearl states:

> When the damages estimation becomes more complex, the losses that are clearly
> the result of the specific challenged conduct of the specific defendant before the
> court become a smaller amount.  In this way, complexity tends to lead—in
> practice—to lower economic damages estimates and awards, and under
> compensation of the plaintiff.

*Id*. at 18.

Moreover, the court is concerned with Defendant's ability to pay a large damage award if

Plaintiffs prevail in this litigation.  The Federal Circuit has found that an accused infringer's

"lack of financial wherewithal to satisfy a judgment" may be considered in evaluating irreparable

harm.  *Robert Bosch,* 659 F.3d at 1151.  Here, Defendant and its experts allege that Defendant

will be forced to close its doors and terminate its 180 employees if a preliminary injunction is

entered.  This is due to substantial investments made to prepare to conduct BRCA1 and BRCA2

testing and the centrality of that testing to its revenue stream.  Hampton Decl. at ¶ 57.  This

allegation raises serious concerns about Defendant's ability to satisfy a substantial damage

award.

For these reasons, the court concludes that Plaintiffs have shown they are likely to suffer

irreparable harm in the form of lost market share, price erosion, and loss of the remainder of their

exclusive patent term if a preliminary injunction does not issue.

C.    **Likelihood of Success on the Merits**

Before an injunction may issue, Plaintiffs must also demonstrate that they are likely to

succeed on the merits of their asserted infringement claims.  Plaintiffs argue that their Primer and

Method Claims are drawn to patent eligible subject matter under 35 U.S.C. § 101.  They further

assert that their patents are valid and infringed by Defendant.  Specifically, Plaintiffs claim they

likely will succeed in proving infringement of ten claims: claims 16 and 17 of the '282 Patent;

claims 29 and 30 of the '497 Patent; claims 7 and 8 of the '441 Patent; claim 4 of the '857

Patent; claim 5 of the '721 Patent; and claims 2 and 4 of the '155 Patent.

Defendant contends that Plaintiffs have failed to demonstrate a likelihood of success on

the merits.  Defendant argues that it has raised a substantial question about whether Plaintiffs'

Primer and Method Claims are directed to products of nature or abstract ideas—subject matters

ineligible for patent protection under 35 U.S.C. § 101.  Second, Defendant argues the claims at

issue are invalid because the Primer Claims are anticipated under § 102 and the Method Claims

are obvious under § 103.  Third, Defendant alleges that two of the Primer Claims, claim 17 in the

'282 Patent and claim 30 of the '492 Patent, are invalid because of indefiniteness under § 112;

and one Method Claim, claim 4 of the '155 Patent, fails because of inadequate written

description under § 112.  Finally, Defendant argues that Plaintiffs are not likely to succeed in

proving that Defendant is infringing any of the ten claims at issue.

Below, the court analyzes as a threshold matter whether Plaintiffs' asserted Primer and

Method claims are drawn to subject matter eligible for patent under § 101, and finds that

Defendants have convincingly succeeded in raising a substantial question as concerning the

subject matter eligibility of each of these claims.  The court therefore concludes Plaintiffs have

not met their burden to show a likelihood of success on the merits of their asserted infringement

**A000069**

claims. For this reason, the court does not reach the alternative bases offered by Defendant in opposition to Plaintiffs' likelihood of success arguments.

### 1. Burdens and the Presumption of Validity

To establish they are likely to succeed on the merits, Plaintiffs must show that they "will likely prove infringement of one or more claims of the patents-in-suit, and that at least one of those same allegedly infringed claims will also likely withstand the validity challenges presented by [Defendant]." *AstraZeneca,* 633 F.3d at 1050 (citations omitted). If Defendant raises "a substantial question" regarding infringement or validity—including patent subject matter eligibility—Plaintiffs cannot show a likelihood of success on the merits unless they demonstrate that the infringement or invalidity defense lacks substantial merit. *Id.* (citations omitted); *Aria Diagnostics*, 726 F.3d at 1304 (remanding for district court to consider infringement of patented claims to methods of detecting fetal genetic characteristics and validity challenges, including subject matter eligibility in light of *AMP*).

Under 35 U.S.C. § 282(a), patents are generally "presumed valid," even at the preliminary injunction stage. *Titan Tire Corp. v. Case New Holland, Inc.,* 566 F.3d 1372, 1377 (Fed. Cir. 2009) (citations omitted). This rebuttable presumption generally applies to subject matter eligibility challenges under 35 U.S.C. § 101 in addition to validity challenges under §§ 102 and 103, and description challenges asserted under § 112. *Ultramercial, Inc. v. Hulu, LLC*, 722 F.3d 1335, 1342 (Fed. Cir. 2013). The presumption is earned when the USPTO approves a

70

patent because the USPTO "rejects claims if they are drawn to ineligible subject matter, just as it rejects claims if not compliant with §§ 102, 103, or 112."[32]  *Id.*

An accused infringer attacking a patent's validity at the preliminary injunction stage bears the burden to "come forward with evidence of invalidity, just as it would be at trial."  *Titan Tire,* 566 F.3d at 1377.  The patentee must then respond with contrary evidence to show a likelihood of success on the merits.  *Id.*  At this early stage, however, the court "does not resolve the validity question," but instead assesses "the persuasiveness of the challenger's evidence, recognizing that it is doing so without all the evidence that may come out at trial."  *Id.* (citations omitted).  In other words, the alleged infringer need not persuade the court that the patent is invalid.  Rather, in seeking the extraordinary relief of a preliminary injunction, "it is the patentee, the movant, who must persuade the court that, despite the challenge presented to validity, the patentee nevertheless is likely to success at trial on the validity issue."  *Id.*

With regard to the presumption of subject matter eligibility in the area of gene patents, the Supreme Court in *AMP* notably rejected Myriad's contention that the USPTO's "past practice of awarding gene patents is entitled to deference."  133 S. Ct. at 2118 (citations omitted).  The Court pointed out that Congress had not endorsed with subsequent legislation the USPTO's practice in this area.  *Id.*  Further, in the *AMP* litigation, the United States had argued "that isolated DNA was *not* patent eligible under § 101," and that the USPTO's practice was not 'a sufficient reason to hold that isolated DNA is patent-eligible.'"  *Id.* (emphasis in original)

---

[32] Myriad claims that because the *AMP* plaintiffs did not challenge every claim now asserted in this litigation, this "underscores the conclusion that they are valid and patentable, or, at an absolute minimum, that Myriad is more likely than not to establish this factor at trial on the merits."  (Dkt. 5 at 14, n.5).  The court disagrees that the claims the *AMP* plaintiffs chose to challenge in their suit constitute evidence of the validity of Plaintiffs' other claims in this case.

(quoting United States' Amicus Curiae Brief at 26). These circumstances "weigh[ed] against deferring to the PTO's determination." *Id.* On the same day the Supreme Court issued its *AMP* ruling, the USPTO delivered the following guidance to its own patent examiners:

> As of today, naturally occurring nucleic acids are not patent eligible merely because they have been isolated. Examiners should now reject product claims drawn solely to naturally occurring nucleic acids or fragments thereof, whether isolated or not, as being ineligible subject matter under 35 U.S.C. § 101. Claims clearly limited to non-naturally-occurring nucleic acids, such as a cDNA or a nucleic acid in which the order of the naturally occurring nucleotides has been altered (e.g., a man-made variant sequence), remain eligible. Other claims, including method claims, that involve naturally occurring nucleic acids may give rise to eligibility issues and should be examined under the existing guidance in MPEP 2106, Patent Subject Matter Eligibility.[33]

The court need not decide whether the Supreme Court's refusal in *AMP* to defer to the USPTO's past practice of awarding gene patents weakens the initial presumption of subject matter eligibility for Plaintiffs' patent claims. Even if the presumption applies, the court concludes that Defendant has persuasively come forward with evidence to overcome it.

## 2. Section 101 Patent Eligible Subject Matter

The Supreme Court characterizes the subject matter eligibility inquiry as a "threshold test." *Bilski*, 130 S. Ct. at 3225. Treating it as such in this case is particularly appropriate given the recent, closely related *AMP* litigation addressing the patent eligibility of several Myriad BRCA1 and BRCA2 patent claims. *Id.; see also Parker v. Flook*, 437 U.S. 584, 593 (U.S. 1978) (noting that "obligation to determine what type of discovery is sought to be patented must precede the determination of whether that discovery is, in fact, new or obvious.").

Under 35 U.S.C. § 101, "[w]hoever invents or discovers any new and useful [1] process, [2] machine, [3] manufacture or [4] composition of matter, or any new and useful improvement

---

[33] <http://www.uspto.gov/patents/law/exam/myriad_20130613.pdf> (emphasis in original).

A000072

thereof, may obtain  a patent therefor, subject to the conditions and requirements of this title." The first step in evaluating a patent's subject matter eligibility is to "identify whether the claimed invention fits within one of the four statutory classes set out in § 101." *Accenture Global Services, GmbH v. Guidewire Software, Inc.*, 728 F.3d 1336, 1341 (Fed. Cir. 2013) (citations omitted). The statute's broad language suggests Congress "contemplated that the patent laws would be given wide scope." *Chakrabarty,* 447 U.S. at 308.

But while claimed inventions may otherwise fall within § 101, important exceptions apply: "'[l]aws of nature, natural phenomena, and abstract ideas' are not patentable." *Mayo,* 132 S. Ct. at 1293 (quoting *Diamond v. Diehr,* 450 U.S. 175, 185 (1981)) (other citations omitted). This is so irrespective of whether inventions are "[g]roundbreaking, innovative, or even brilliant," *AMP*, 133 S. Ct. at 2117, or "just discovered," because "they are the basic tools of scientific and technological work." *Gottschalk v. Benson,* 409 U.S. 63, 67 (1972). Patents granted over these basic tools create "considerable danger" that their use would be "tie[d] up," thereby "inhibit[ing] future innovations premised upon them." *AMP,* 122 S. Ct. at 2116 (quoting *Mayo*, 132 S. Ct. at 1301). Such innovation-impeding monopolization is at odds with the "very point of patents, which exist to promote creation." *AMP,* 133 S. Ct. at 2116 (citing *Chakrabarty*, 447 U.S. at 309).

This is illustrated in *Funk Bros. Seed Co. v. Kalo Inoculant Co.*, 333 U.S. 127 (1948), where the patentee discovered that certain strains of bacteria did not exert a mutually inhibitive effect on each other. The patentee created a mixed bacteria culture that could inoculate several species of leguminous plant seeds. This creation required ingenuity. Still, the Supreme Court concluded the discovery was patent ineligible because it was drawn to "the handiwork of nature," where each of the combined bacteria possessed the same utility it had before it was

73

combined to produce the new use.  *Id.* at 131 (the combined bacteria "perform in their natural way," serving the "ends nature originally provided . . . .").

Patents drawn to processes focused on patent ineligible subject matter may likewise be patent ineligible, unless the processes include an "inventive concept" sufficient to "ensure that the patent in practice amounts to significantly more than a patent upon the natural law itself." *Mayo*, 132 S. Ct. at 1294.  For example, applying *Mayo,* the Federal Circuit in *AMP* found five of Myriad's six challenged method claims patent ineligible because they were drawn to the abstract ideas of "analyzing" and "comparing" BRCA DNA sequences.  *See* discussion of Federal Circuit *AMP* opinions *supra* Part I.E.2.

The Supreme Court cautions that these exceptions to § 101 should be applied with care, as "all inventions at some level embody, use, reflect, rest upon or apply laws of nature, natural phenomena, or abstract ideas."  *Mayo*, 132 S. Ct. at 1293.  In *Chakrabarty*, the Court found patent eligible a new, genetically engineered bacterium capable of breaking down crude oil—a utility "possessed by no naturally occurring bacteria."  447 U.S. at 305.  The claim was "not to a hitherto unknown natural phenomenon, but to a nonnaturally occurring manufacture or composition of matter—a product of human ingenuity having a distinctive name, character [and] use."  *Id.* at 309-10 (citations omitted).  Unlike *Funk Bros.*' bacteria mixture, this was a "new bacterium with markedly different characteristics from any found in nature. . . ."  *Id.* at 310.

The court analyzes Plaintiffs' asserted Primer and Method Claims in light of these principles.  While the patent eligibility analysis is "ultimately a legal determination," it is one "rife with underlying factual issues."  *Ultramercial,* 722 F.3d at 1339.

74

**A000074**

### a.  Section 101 Subject Matter Eligibility of the Primer Claims

Plaintiffs' four Primer Claims are drawn to pairs of single stranded primers for use in determining the nucleotide sequence of BRCA1 or BRCA2 genes.  The two independent Primer Claims (claim 16 of the '282 Patent and claim 29 of the '492 Patent) are drawn to pairs of single stranded DNA primers for use in determining the sequence of either a BRCA1 or BRCA2 gene, where the primers' sequences are derived or isolated from chromosomes 17q (BRCA1) or 13 (BRCA2).  The two dependent Primer Claims (claim 17 of the '282 and claim 30 of the '492 Patent) are drawn to primer pairs of the independent Primer Claims, but where the BRCA1 or BRCA2 gene "has the nucleotide sequence set forth in SEQ ID NO:1"—the exon-only sequence.  The Primer Claims' nucleotide sequences complement BRCA1 and BRCA2 sequences found in nature.

Notwithstanding this, Plaintiffs argue that because their Primer Claims are drawn to synthetic DNA, their BRCA1 and BRCA2 primers are therefore patent eligible.  Plaintiffs contend that the Supreme Court in *AMP* found only extracted, genomic DNA to be patent ineligible; but that cDNA was found patent eligible because it is synthetic.  Plaintiffs further argue that the claimed primers are patent eligible because they are "markedly different" from naturally occurring DNA.  Here, Plaintiffs rely on the facts that the primers: 1) are single stranded, matched pairs of DNA; 2) are shorter than an entire BRCA1 or BRCA2 gene; and 3) have unique utility—to prime PCR.  The court addresses each of Plaintiffs' arguments in turn.

The court's analysis of Plaintiffs' arguments necessarily begins with a careful review of the *AMP* litigation.  As discussed below, the *AMP* Supreme Court ruled that isolated DNA segments were patent ineligible as long as they reflected naturally occurring BRCA1 and BRCA2 sequences.  This decision, when understood in light of the lower court decisions and the

75

arguments advanced by Myriad in the *AMP* litigation, excludes from patent eligibility synthetic DNA that reflects naturally occurring BRCA1 and BRCA2 sequences. At every step, the *AMP* courts understood the isolated DNA at issue included both extracted genomic DNA and synthetic DNA. Thus, as described below, the court rejects Plaintiffs' argument that their Primer Claims are patent eligible because those claims relate to synthetic DNA.

But even if the court could conclude that the Supreme Court's *AMP* decision is not dispositive of the issue, the court independently reads the relevant authority—including the decisions in *AMP*, *Chakrabarty,* and *Funk Bros.* to compel the same conclusion, that Plaintiffs' Primer Claims are drawn to patent ineligible products of nature.

### i. Under *AMP*, Synthetic DNA May be Patent Ineligible if it Reflects the Same Nucleotide Sequence as Naturally Occurring DNA

The *AMP* district court and the Federal Circuit panel understood that case to present squarely the issue of the patent eligibility of isolated DNA, including primers and probes. The *AMP* district court construed "isolated DNA" as Myriad urged, to "refer to a segment of DNA nucleotides existing separate from other cellular components normally associated with native DNA, including proteins and other DNA sequences comprising the remainder of the genome, and includes both DNA originating from the cell as well as DNA synthesized through chemical or heterologous biological means." 702 F. Supp. 2d at 217; '282 Patent col.19 ll.8-18; and '492 Patent col.17 ll.62—col.18 l.5. Judge Sweet noted that Myriad argued "native and isolated DNA" had "markedly different" functions because "isolated DNA may be used in applications for which native DNA is unsuitable, namely, in molecular diagnostic tests (e.g., *as probes, primers,* templates for sequencing reactions) . . . ." *Id.* at 230 (citations to Myriad's briefing omitted) (emphasis added). Judge Sweet nevertheless found all isolated DNA patent ineligible, as it is not "markedly different" from native, genomic DNA.

76

Likewise, the three Federal Circuit Judges on the *AMP* panel ruled on the patent eligibility of "isolated DNA," which they understood to include primers and probes. As it had below, Myriad again argued to the Federal Circuit that "isolated DNAs, unlike native DNAs, can be used as primers and probes for diagnosing cancer." 689 F.3d at 1325. Judge Lourie explained that "isolated DNA" is DNA that has been "cleaved . . . or synthesized to consist of just a fraction of a naturally occurring DNA molecule." *Id.* at 1328. Judge Moore observed that the "smaller isolated DNA sequences" have "a variety of applications and uses in isolation that are new and distinct as compared to the sequence as it is in nature . . . [T]hese sequences can be used as *primers . . . [and] probes . . . .*" *Id.* at 1341 (emphasis added). Judge Bryson did not explicitly use the term "primer" in relation to the non-cDNA isolated DNA. But his stated rationale for finding non-cDNA isolated DNA patent ineligible applies equally to DNA synthetically created for use as a primer as well as to extracted, genomic DNA. He noted that while isolated DNA molecules have been cleaved and have "terminal groups that differ from those found on naturally occurring genes," they have the same sequence, code for the same proteins, and represent the same units of heredity. *Id.* at 1352. Their function is "dictated by the nucleotide sequence of the gene—a sequence that is determined by nature and that appears in nature exactly as it appears in the claimed isolated DNA." *Id.*

Like Judge Bryson, the Supreme Court in *AMP* does not explicitly use the terms "primer" or "probe" when discussing the non-cDNA claims before it. Instead, the Court held that "a naturally occurring DNA segment is a product of nature and not patent eligible merely because it has been isolated, but that cDNA is patent eligible because it is not naturally occurring." 133 S. Ct. at 2111. In conclusion, the Court stated: "We merely hold that genes and the information

they encode are not patent eligible under § 101 simply because they have been isolated from the surrounding genetic material." *Id.* at 2120.

In contrast to Myriad's (successfully) urged definition of "isolated DNA" throughout the *AMP* litigation, Plaintiffs now reverse course and argue that the isolated DNA the *AMP* Court found patent ineligible was only genomic DNA that is extracted from its natural environment, not synthetic DNA such as primers and probes. Pls.' Reply Br. at 40 (the Court "used the term 'isolation' only to mean 'extraction' of genomic DNA."). Springing from this interpretation, Plaintiffs suggest that if the Court found patent ineligible only isolated—now viewed by Plaintiffs to mean only genomic, extracted DNA—then the Court must have in a blanket fashion "affirmed the patent eligibility of synthetic DNA," finding that "unlike isolated human genes, synthetic DNA is man-made and not a product of nature." Pls.' Mot. for Prel. Inj. at 4. Thus, Plaintiffs argue that "the very framework that the Court used—the distinction between naturally occurring DNA (which it held unpatentable) and artificially created, synthetic DNA, along with the methods of applying knowledge about the genes—leads to the conclusion that the claims Myriad asserts here, all of which fall into the latter category, are valid and enforceable." (*Id.* at 14.)

Plaintiffs further contend the Federal Circuit utilized Plaintiffs' now-urged 'isolated DNA as distinct from synthetic DNA' analysis. Plaintiffs claim that when the Federal Circuit heard the *AMP* case on remand, it held "that both isolated DNA and synthetic DNA were patent eligible under § 101, noting that 'each of the claimed molecules represents a non-naturally occurring composition of matter.'" Pls.' Mot. for Prel. Inj. at 7, n.1 (quoting Federal Circuit's *AMP* decision, 689 F.3d at 1309).

Plaintiffs fail to recognize the Federal Circuit separately analyzed 'isolated DNA' and cDNA, and noted that both these categories of DNA encompassed synthetic DNA.  Judge Lourie pronounced: "[t]he isolated DNA molecules before us are not found in nature.  They are obtained in the laboratory and are man-made, the product of human ingenuity."  689 F.3d at 1325.  That was precisely as Myriad argued before that court, stating in its briefing that "isolated DNA does not exist in nature and that isolated DNAs, unlike native DNAs, can be used as primers and probes for diagnosing cancer."  *Id.*[34]

The distinction Plaintiffs now urge between extracted, genomic DNA on the one hand, and synthetic DNA on the other hand, does not withstand a close reading of *AMP*—even setting aside Myriad's directly contrary arguments in the *AMP* litigation and Judge Sweet's unchallenged claim construction.

First, the only synthetic DNA the *AMP* Court expressly found patent eligible was cDNA.  Even then, the Court held only that cDNA may be patent ineligible under some circumstances:

> As a result, cDNA is not a 'product of nature' and is patent-eligible under § 101, except insofar as very short series of DNA may have no intervening introns to remove when creating cDNA.  In that situation, a short strand of cDNA may be indistinguishable from natural DNA.

---

[34] At the hearing on Plaintiffs' Motion here, Defendant also argued that Plaintiffs are collaterally and judicially estopped from now contending that the "isolated DNA" eventually found to be patent ineligible in *AMP* does not necessarily include primers and probes.  In *AMP*, the district court construed the term "isolated DNA" according to Myriad's patent language, and as Myriad requested, to include primers and probes.  In light of that construction, Defendant contends that Plaintiff is estopped from now claiming that the Primer Claims are patent eligible. The court declines in this order to rule directly on Defendant's estoppel argument, as it was not squarely presented in the Memorandum in Opposition to Plaintiffs' Motion.  (Dkt. 45.)  This does not foreclose Defendant from raising the issue at another time.  The court of course recognizes that the *AMP* decisions and arguments made in that litigation bear directly on this case and illuminate the court's ruling on the Motion for Preliminary Injunction.

133 S. Ct. at 2119.[35]  If cDNA—which is clearly synthetic—is sometimes patent ineligible, then implicit in the Supreme Court's decision is the conclusion that not all synthetic DNA is patent eligible.

Second, if the dispositive issue for patent eligibility was simply whether a DNA composition is synthetic, the Court's analysis of cDNA might have begun and ended with the fact that cDNA is created in a laboratory.  But the Court went well beyond this in its analysis, discussing its view of cDNA's important uniqueness: that intervening introns are removed from the contiguous sequence in creating cDNA, and thus the "lab technician creates something new when cDNA is made"—something "distinct from the DNA from which it was derived." *Id.* at 2119 (emphasis added).[36]  The *AMP* Court was not focused simply on cDNA's origin in a laboratory—isolated genomic DNA is extracted and purified in a laboratory as well.  Rather, the Court focused on the fact that the cDNA's contiguous sequence was altered in comparison to the sequence from which it was derived.  The *AMP* Court later noted that its holding did not extend to "the patentability of DNA in which the order of the naturally occurring nucleotides has been altered." 133 S. Ct. at 2120.  The Court's discussion of cDNA and altered DNA suggest that the Court employed, though not explicitly, something akin to the 'magic microscope test' the government urged before the Federal Circuit.  *See* discussion of Federal Circuit *AMP* opinions *supra* Part I.E.2.

_____

[35] This conclusion that cDNA may be patent ineligible echoes Judge Bryson's opinion in which he concluded Myriad was not entitled to the broad patent protection for cDNA that it claimed. *See* 689 F.3d at 1356-57.

[36] Similarly, in *Chakrabarty*, the Court's reasoning could have ended after noting that the bacterium at issue was "human-made" and therefore "synthetic." 447 U.S. at 305.  Instead, the Court went on to determine that the new bacterium might additionally have "markedly different characteristics from any [bacterium] found in nature." *Id.* at 311.

Third, Plaintiffs' reading of *AMP*—that the Court's ruling on isolated DNA applies only to extracted, genomic DNA—fails to account for portions of the decision showing the Court understood "isolated DNA" to encompass more.  The *AMP* Court reviewed in detail the Federal Circuit's second *AMP* decision, noting that the lower court held "that both isolated DNA and cDNA were patent eligible under § 101."  133 S. Ct. at 2114.  The Court noted Judge Lourie's conclusion that isolated DNA could either be extracted or synthetized, and was therefore chemically different from genomic DNA and patent eligible: "[i]solated DNA has been cleaved . . . or synthesized to consist of just a fraction of a naturally occurring DNA molecule."  *Id.* at 2115 (quoting 689 F.3d at 1328).  The Court also quoted Judge Bryson's opinion in which he noted that "the structural similarity dwarfs the significance of the structural differences between isolated DNA and naturally occurring DNA, especially where the structural differences are merely ancillary to the breaking of covalent bonds, a process that is itself not inventive."  *Id.* at 2115 (quoting 689 F.3d at 1355).  It appears that the *AMP* Court well understood that isolated DNA could encompass synthetic DNA, as the lower court opinion made clear.

Accordingly, this court's best reading of *AMP* is that the Court concluded cDNA sometimes can be sufficiently different from naturally occurring matter as to merit patent eligibility.  But non-cDNA isolated DNA is patent ineligible insofar as "the location and order of the nucleotides existed in nature"—whether that isolated DNA is cleaved, genomic DNA, or synthetic primers and probes with the same encoded information.  Although the Supreme Court decision is not as explicit as the *AMP* lower court rulings in stating that non-cDNA isolated DNA includes primers and probes, this court reads the Supreme Court's decision to harmonize with this proposition.  133 S. Ct. at 2116.

For these reasons, this court concludes that Plaintiffs are incorrect in contending that the *AMP* Court found all synthetic DNA to be patent eligible. Rather, this court interprets *AMP* to stand for the proposition that even synthetic, non-cDNA, isolated DNA is patent ineligible where it reflects the same nucleotide sequence as the genomic DNA.

### ii. Under the Court's Independent Reading of *AMP, Funk Bros.,* and *Chakrabarty*, the Primer Claims are Drawn to Patent Ineligible Subject Matter Not Markedly Different from Naturally Occurring DNA

Even if the court could conclude that the *AMP* decision did not necessarily resolve the patent ineligibility of BRCA primers and probes, a narrow reading of the Supreme Court's decision and the cases cited therein, including *Funk Bros.,* and *Chakrabarty,* independently leads the court to conclude that Defendant has raised a substantial question concerning whether Plaintiffs' Primer Claims are drawn to patent ineligible subject matter. The claimed subject matter, although synthetically 'designed,' seems not "markedly different" from naturally occurring DNA.[37]

Reading *AMP* narrowly, the Supreme Court clearly held that BRCA1 and BRCA2 genes and the information they encode are not patent eligible, even if isolated from other genetic material. 133 S. Ct. at 2120. This was so even though: 1) Myriad was first to uncover the location and sequence of the BRCA1 and BRCA2 genes, as these things "existed in nature before Myriad found them"; and 2) "isolating DNA from the human genome . . . creates a nonnaturally occurring molecule" due to the severing of chemical bonds, as Myriad's claims were expressed in terms of "the genetic information encoded in the BRCA1 and BRCA2 genes." *Id.* at 2118

---

[37] The court agrees with the observation of Defendant's expert Dr. David Pribnow that "the way Plaintiffs use 'design' implies that a scientist creates a BRCA primer sequence in a vacuum (or 'from scratch'). This is not accurate, scientifically. Primers are designed in reference to the natural[ly]-occurring sequence that is desired to be replicated following Watson-Crick base pairing." Pribnow 2nd Decl. at ¶ 6.

82

A000082

(also noting that if patents depended on creation of a unique molecule, a potential infringer might avoid patent claims on entire genes by "isolating a DNA sequence that included both the BRCA1 and BRCA2 gene and one additional nucleotide pair.").

The Supreme Court's conclusion in *AMP* flows from its prior jurisprudence in *Funk Bros.* and *Chakrabarty*. As discussed above, in *Funk Bros.,* an inventor discovered a mixed bacteria culture capable of inoculating several species of leguminous plants. The discovery was held patent ineligible because each bacterium in the culture retained its same natural structure and function, although in a new mixture. 333 U.S. at 131. In contrast, in *Chakrabarty,* a newly engineered bacterium capable of breaking down crude oil to help in oil spill cleanups was held patent eligible. 447 U.S. at 305-10. There, the inventor had not simply uncovered "hitherto unknown natural phenomenon," but had produced a new composition "with markedly different characteristics from any found in nature and one having the potential for significant utility." 447 U.S. at 310. Judge Bryson stated that *Chakrabarty* requires courts to "focus on two things" in evaluating patent eligibility: "(1) the similarity in structure between what is claimed and what is found in nature; and (2) the similarity in utility between what is claimed and what is found in nature." 689 F.3d at 1354.

In this case, Plaintiffs' Primers Claims are directed to compositions structurally similar to the DNA found in nature. They are drawn to pairs of single stranded primers with sequences exclusively derived or isolated from naturally occurring BRCA sequences located on chromosomes 17q (BRCA1) and 13 (BRCA2). Were they not, they could not bind to the target sequence found in a BRCA1 or BRCA2 gene. Stated more directly, the claimed primers must share a structural similarly with the naturally occurring DNA sequence if the primers are to serve the purpose claimed in Plaintiffs' patents.

83

For example, claim 16 of the '282 Patent defines the structure of the claimed DNA primers with reference to the natural DNA sequence found in chromosome 17q (BRCA1). Claim 29 of the '492 Patent defines the structure of the claimed DNA primers by reference to the natural DNA sequence found in chromosome 13 (BRCA2).  By definition, the claimed primers have the same nucleotide sequences as naturally occurring DNA.

The same can be said of claim 17 of the '282 Patent, which depends on claim 16, but "wherein said BRCA1 gene has the nucleotide sequence set forth in [exon only sequence];" as well as claim 30 of '492 Patent, which depends on claim 29, but where the "BRCA2 gene has the nucleotide sequence set forth in the [exon only] sequence."  These claims are to primers which are only 15 to 18 nucleotides and 25 to 30 nucleotides in length—typically much shorter than the naturally occurring exon-only regions in both BRCA1 and BRCA2 genes.  For example, exon 11 of BRCA1 is about 3,400 nucleotides long, and an exon of BRCA2 is about 5,000 nucleotides long.  Roa Decl. at ¶ 14.  Thus, the claimed primers also have the same sequences as naturally occurring BRCA DNA.

This is true whether the nucleotide sequence is found in genomic DNA, or used in a primer or probe.  Critically, it is this nucleotide sequence that gives DNA its unique role as an informational molecule.  Pribnow Decl. at ¶¶ 19-22, 28; Kay Decl. at ¶ 13.  The <u>information</u> set forth in a particular sequence of four nucleotides is the same whether the DNA is genomic or synthetized.  Pribnow Decl. at ¶¶ 19-21, 27, 52-54; Pribnow 2nd Decl. at ¶¶ 5-11 (Dkt. 132). Like the isolated DNA at issue in *AMP*, the Primer Claims are drawn to compositions specifically expressed in terms of the nucleotide sequences derived or isolated from the naturally occurring BRCA1 and BRCA2 genes.

In addition to being structurally similar, the claimed primers are likewise similar in utility to naturally occurring DNA.  As noted, the nucleotide sequences of the primers are necessarily derived or isolated exclusively from BRCA1 and BRCA2 sequences.  This is so they will hybridize to complementary segments of the genes just as native DNA must, according to Watson-Crick pairing.  In addition, during PCR, the primers function similarly to genomic DNA undergoing replication in the human body.  Pribnow 2nd Decl. at ¶ 14.  But for the similarity in utility between the primers and naturally occurring DNA sequences, the claimed primers would be incapable of serving the purposes necessary to Plaintiffs' patents.

Plaintiffs nevertheless contend their primers are "far removed" from anything appearing in nature, and thus are patent eligible.  First, Plaintiffs argue that the Primer Claims are drawn to primer <u>pairs</u> designed to work in conjunction with one another.  Plaintiffs allege that a pair of single stranded primers "is even further removed from being a product of nature" than a single stranded primer, as it is unlikely that a pair of primers would exist in nature that could hybridize to the same strand of DNA.  Pls.' Reply Br. at 47, n.16.

This argument is reminiscent of those made by the patent holder in *Funk Bros*.  333 U.S. at 131.  The claimed invention there was a culture of naturally occurring bacterium which, when mixed, had beneficial effects.  Still, the combination of the two did not transform the mixture into patent eligible subject matter because each type of bacteria in the culture simply "perform[ed] in their natural way," serving the "ends nature originally provided. . . ."  *Id*. at 131.  Likewise, while the primers may be useful working in pairs, the fact that Myriad claims two of them together does not alter the fact that they remain patent ineligible products of nature, with each primer identical to the BRCA1 or BRCA2 nucleotide sequence from which it is derived, and carrying identical genetic information.

85

Second, Plaintiffs emphasize that their claimed primers are distinct from DNA in nature and thus patent eligible, because they are much shorter—between 15 to 18 or 25 to 30 nucleotides—than a naturally occurring BRCA1 or BRCA2 gene.  Pls.' Reply Br. at 47.  But this argument is undermined by the fact that the *AMP* Court found claim 5 of Myriad's '282 Patent— directed to "an isolated DNA having at least 15 nucleotides of the DNA of claim 1"—was drawn to ineligible subject matter.  That a segment of isolated DNA might be as short as 15 nucleotides was of no moment for the Court, which concluded that the isolated DNA in claim 5 was not patent eligible.  *AMP*, 133 S. Ct. at 2113 (noting that "Myriad's patents would, if valid, give it the exclusive right to isolate an individual's BRCA1 and BRCA2 genes (or any strand of 15 or more nucleotides within the genes) by breaking the covalent bonds that connect the DNA to the rest of the individual's genome.").

Third, Plaintiffs appear to argue that the "necessarily incidental" chemical changes segments of genomic DNA undergo when extracted play a role in the patent eligibility analysis. Plaintiffs argue that their primers are different than naturally occurring DNA in that they "are limited according to the chemical properties designed and built . . . by the scientist . . . to prime a chemical reaction. . . ."  Pls.' Reply Br. at 48.  Plaintiffs assert that because the chemical changes are 'designed' rather than 'incidental to extraction,' the primers are distinct from naturally occurring DNA.  But Plaintiffs fail to make clear why this distinction matters in a § 101 analysis. Both extraction of genomic DNA and primer creation result in DNA that is not markedly different from naturally occurring DNA in either structure or function.

To the extent Plaintiffs urge their primers are distinct from naturally occurring DNA by virtue of 'tags' or terminating sequences placed at the ends of the primers and probes which are not derived from the BRCA sequences, this also fails to save Plaintiffs' Primer Claims.

**A000086**

Specifically, the *AMP* Court noted the act of extracting DNA—severing its chemical bonds—"creates a nonnaturally occurring molecule," but that this could not render patent eligible Myriad's non-cDNA isolated DNA. *Id.* at 2118. Like the primers at issue here, the isolated DNA compositions Myriad claimed in *AMP* were "nonnaturally occurring," but were drawn to natural genes and their sequences—"the information they encode." *Id.* at 2120.

Fourth, Plaintiffs claim their primers are functionally different than genomic DNA because the claimed primer pairs can be used in PCR, or to find large deletions or duplications in a gene sequence. Pls.' Reply Br. at 49. In essence, Plaintiffs argue that because primers can be used as primers, they have a utility beyond naturally occurring DNA. This ignores the fundamental reason primers are useful in PCR—because they function like natural DNA during replication, pairing predictably according to Watson-Crick principles. *See* Pribnow 2nd Decl. at ¶ 11 (primers' "utility depends on the fact that a DNA segment used as a primer is structurally and functionally the same as a 'native' genomic DNA segment of the same sequence and length."). That PCR with primers exploits this natural DNA function to a useful end does not render the function itself markedly different from that of naturally occurring DNA.

Relatedly, Plaintiffs contend that their Primer Claims should be patent eligible because cDNA, which can be patent eligible, "cannot be used as a primer." Pls.' Reply Br. at 49. The court does not find this argument persuasive. If the claimed primers share with naturally occurring DNA sufficient similarity in structure and utility, then it is immaterial whether another type of DNA is incapable of functioning as a primer.

For the foregoing reasons, the court concludes that Defendant has raised a substantial question concerning whether the Primer Claims are drawn to patent ineligible subject matter.

####    b.   Section 101 Subject Matter Eligibility of the Method Claims

The court next turns to Plaintiffs' Method Claims, which are drawn to processes of comparing and analyzing BRCA1 and BRCA2 DNA.  Plaintiffs contend that Defendant's testing infringes claims 7 and 8 of the '441 Patent, claim 4 of the '857 Patent, claim 5 of the '721 Patent, and claims 2 and 4 of the '155 Patent.

The court evaluates Plaintiffs' Method Claims in light of *Mayo* and the Federal Circuit's second *AMP* ruling, in which that court found all but one of the method claims at issue patent ineligible.  Myriad chose not to cross-appeal that portion of the Federal Circuit's decision.  While the Supreme Court's *AMP* opinion offers some guidance, the Court ruled only on Myriad's composition claims.[38]

Thus, the court's analysis begins by reviewing the *AMP* Federal Circuit's ruling on the six Myriad method claims at issue there: claim 1 of the '999 Patent, claim 1 of the '001 Patent, claim 1 of '441 Patent, claims 1 and 2 of the '857 Patent, and claim 20 of the '282 Patent.  The Federal Circuit concluded that five claims were patent ineligible as drawn to abstract, mental

---

[38] Concerning methods and applications, the *AMP* Court noted that if Myriad had "created an innovative method of manipulating genes while searching for the BRCA1 and BRCA2 genes, it could possibly have sought a method patent"; but the processes used by Myriad to isolate DNA at the time of Myriad's patents 'were well understood, widely used, and fairly uniform insofar as any scientist engaged in the search for a gene would likely have utilized a similar approach . . . ." 133 S. Ct. at 2119-20 (quoting District Court's *AMP decision,* 702 F. Supp. 2d at 202–203). Plaintiffs imply that the *AMP* Court approved of Myriad's method claims, even though they were not before it.  Plaintiffs argue that "as the Supreme Court implicitly recognized, the Method Claims asserted here by Myriad are distinguishable from the [patent ineligible] claims at issue in [*Mayo*], decided just prior to the [*AMP*] decision."  Pls.' Mot. for Prelim. Inj. at 16, n.8. Plaintiffs also claim that the *AMP* Court "endorsed the validity of claims pertaining to synthetic DNA and methods of testing and using isolated genes in medical diagnosis and treatment."   Pls.' Mot. for Prelim. Inj. at 7.  The court does not read the Supreme Court's *AMP* ruling this way.

Case 2:13-cv-00640-RJS   Document 185   Filed 03/10/14   Page 89 of 106

steps of "'comparing' and analyzing' two gene [BRCA] sequences." *Id.* at 1334.[39]

These claims failed notwithstanding the fact that they were limited in application to comparing BRCA1 and BRCA2 sequences, which the Federal Circuit concluded were otherwise patent eligible.  In so finding, the Federal Circuit noted that "the prohibition against patenting abstract ideas cannot be circumvented by attempting to limit the use of the formula to a particular technological environment.'"  689 F.3d at 1334 (quoting *Bilski*, 130 S. Ct. at 3230 (other citations omitted)).  Further, the court rejected Myriad's attempt to read "into its method claims additional, allegedly transformative steps" not included in the claims, such as extracting and sequencing the BRCA DNA.  689 F.3d at 1335.

Myriad also argued in the Federal Circuit that the patent specifications suggested that the term "sequence" refers not just to information, but to a "physical DNA molecule, whose sequence must be determined before it can be compared." *Id.* at 1334.  The court disagreed, stating that while that "may be true," the claims at issue "only recite mental steps, not the structure of physical DNA molecules." *Id.*  In fact, the Federal Circuit found the method claims before it less deserving of patent eligibility than the ineligible *Mayo* claims, where Myriad's claims lacked even a "putatively transformative" determinative step—such as isolation and

---

[39] Only claim 20 of the '282 Patent survived.  It recites a method with steps of growing host cells transformed with an altered BRCA1 gene in the presence or absence of a possible cancer therapy, determining the ensuing growth rates of cells, and comparing the resulting growth rates. 689 F.3d at 1336.  The claim was found patent eligible where it was drawn to a process for using transformed, non-naturally occurring cells which included "a foreign gene" and enhanced utility. *Id.*  That the claim also includes the (presumably patent ineligible) "steps of determining the cells' growth rates and comparing growth rates," did not change the critical fact that the claim is based on a "man-made, non-naturally occurring transformed cell—patent eligible subject matter." *Id.*

sequencing. All the court could discern were the mental processes of comparison and analysis. *Id.* at 1335.

In this case, Plaintiffs agree that their asserted Method Claims "are all expressly limited to application of Plaintiffs' discoveries of the sequence of the BRCA1 and BRCA2 genes," and that they "generally recite methods for analyzing and/or comparing a patient's BRCA1 or BRCA2 gene sequence to a normal reference or 'wild-type' sequence to determine if there are variations in the gene sequence." Pls.' Prop. Find. of Fact and Concl. of Law at 69 (Dkt. 152). Despite the striking initial similarities to the five patent ineligible method claims in *AMP,* Plaintiffs argue that the Method Claims here are patent eligible because they "employ specific laboratory testing processes that apply Myriad's discovery of the BRCA1 and BRCA2 genes to develop physical steps that were not well-understood, routine, or conventional at the time the patents were filed." Pls.' Reply Br. at 54.[40]  The Supreme Court's *Mayo* decision is helpful to this court's consideration of these arguments.

In *Mayo,* a unanimous Supreme Court held that a process focusing on a law of nature, natural phenomenon, or an abstract idea may be patent eligible, but only if it incorporates another "inventive concept"—"other elements or a combination of elements" sufficient to "ensure that the patent in practice amounts to significantly more than a patent upon the natural law itself." *Id.* at 1294.  The *Mayo* patents claimed processes for doctors to more effectively treat patients with autoimmune disorders using thiopurine drugs. Although scientists had previously "understood that the levels in a patient's blood of certain metabolites . . . were

---

[40] Myriad also argues that the Method Claims are patent eligible because they employ "primers that are themselves patent eligible . . . ." Pls.' Reply Br. at 54.  Because the court has held otherwise with regard to primers—an analysis that applies with equal force to probes—this contention fails.

A000090

correlated with the likelihood that a particular dosage of a thiopurine drug would cause harm or prove ineffective," the patents claimed a more precise correlation between metabolite levels and harm or efficacy. 132 S. Ct. at 1295. The subject matter underlying the patents, "relationships between concentrations of certain metabolites in the blood and the likelihood that a dosage of a thiopurine drug will prove effective or cause harm," was a patent ineligible law of nature. 132 S. Ct. at 1296.

The question for the *Mayo* Court was whether the patents' claimed processes were drawn to a patent eligible *application* of patent ineligible *subject matter*. The process claims directed that a doctor administer the drug, determine the level of metabolites, and, based on the level, and applying the newly refined knowledge claimed in the patent, either increase or decrease the level of the drug subsequently administered. 132 S. Ct. at 1295.

The Supreme Court held that the claims failed for two primary reasons. First, they informed doctors about the relevant law of nature, but lacked an inventive step because they did not go beyond "well-understood, routine, conventional activity previously engaged in by researchers in the field." 132 S. Ct. at 1294. Second, the Court concluded that upholding the claims would "risk disproportionately tying up the use of the underlying natural laws, inhibiting their use in the making of further discoveries." *Id.*

In reaching this conclusion, the *Mayo* Court drew on its precedent in *Diamond v. Diehr* and *Parker v. Flook*. In *Diehr*, the Court found patent eligible a method for curing rubber and molding it into products that incorporate the patent ineligible Arrhenius mathematical equation to determine when to open a rubber press. 450 U.S. 175 (1981). The method consisted of continuously monitoring the temperature inside the mold, entering the resulting numbers into a

computer which used the equation to continuously re-calculate the time to open the mold, and

configuring the computer to signal a device to open the press at the right time.  *Id.* at 177-79.

The *Mayo* Court noted that in *Diehr,* there had been no indication that "all these steps, or

at least the combination of those steps, were in context obvious, already in use, or purely

conventional."  132 S. Ct. at 1299; *see also Bilski*, 130 S. Ct. at 3230 (noting *Diehr* process,

viewed as a whole, was a "previously unknown method for molding raw, uncured synthetic

rubber into cured precision products, using a mathematical equation to complete some of its

several steps by way of a computer.").  Thus, the patentees were not seeking "to pre-empt the use

of [the] equation," but sought "only to foreclose from others the use of that equation in

conjunction with all of the other steps in their claimed process." *Id.* (quoting *Diehr*, 450 U.S. at

187).  The other steps "apparently added to the formula something that in terms of patent law's

objectives had significance—they transformed the process into an inventive application of the

formula." *Id.*

In contrast, the Court in *Flook* held patent ineligible a method for adjusting 'alarm limits'

in the catalytic conversion of hydrocarbons, which employed a mathematical algorithm to

calculate the current alarm limits, then adjusted the system accordingly to reflect the new alarm-

limit values.  437 U.S. at 585-587.  The use of the patent ineligible algorithm—a law of nature—

could not "support a patent unless there [was] some *other* inventive concept in its application."

*Id.* at 594 (emphasis added).  But, the "only novel feature" of the claimed method was the

algorithm.  *Id.* at 588.  Aside from it, the chemical processes, practice of monitoring the process

variables, use of alarm limits, understanding that alarm limit values must be recomputed and

readjusted, and the use of computers for automatic monitoring were all "well known."  *Id.* at 594.

The Court held that appending this "conventional or obvious. . . post-solution activity" would not

"transform" the patent ineligible algorithm "into a patentable process." *Id.* at 589. To allow this "exalts form over substance," where a "competent draftsman could attach some form of post-solution activity to almost any mathematical formula . . . ." *Id.* at 590.

Following these cases, the court here must analyze: 1) whether the Method Claims at issue set forth an "inventive step" aside from the patent ineligible subject matter, and beyond "well-understood, routine, conventional activity previously engaged in" by those in the field; and 2) whether allowing the Method Claims risks preempting the use of a natural law, natural phenomenon, or abstract idea. *Mayo,* 123. S. Ct. at 1294, 1299.

> **i. The Inventive Concepts in the Method Claims are the BRCA1 and BRCA2 Sequences, and the Method Claims Otherwise Set Forth Well-Understood, Routine and Conventional Activity Engaged in by Scientists at the Time of Myriad's Patent Applications**

A close reading of Plaintiffs' briefing reveals that the only "inventive concepts" in their Method Claims are the patent ineligible naturally occurring BRCA1 and BRCA2 sequences themselves. The claims contain no otherwise new process for designing or using probes, primers, or arrays beyond the use of BRCA1 or BRCA2 sequences in those processes.

Plaintiffs argue their claims "require the use of inventive DNA synthesized in a laboratory based upon knowledge about the BRCA1 and BRCA2 genes (e.g., gene-specific probes, primers, and arrays) . . . or pertain to such synthetic DNA compositions themselves. . . ." Pls.' Mot. for Prel. Inj. at 16. Plaintiffs contend that the probes, primers, and arrays used in their Method Claims' processes are inventive because they utilize the BRCA1 and BRCA2 sequences. Plaintiffs submit that because their claims "are limited to ***specific application*** of [amplifying, sequencing, probing, and screening] to the ***new biomarkers*** Myriad discovered," those techniques could not have been previously "well-understood, routine, or conventional activity." Pls.' Reply Br. at 56-57 (emphasis in original). Where "the genes' sequence was unknown," it

93

was essentially impossible for anyone to "design a process to amplify segments of that unknown sequence . . . discovery of the BRCA1 and BRCA2 sequences was necessary to allow the creation of new primers, probes, and amplicons specifically designed for analysis of the new biomarkers." Pls.' Reply Br. at 57.[41]  Plaintiffs further argue that "[t]he steps in every claim thus require application of the previously-unknown BRCA1 or BRCA2 gene sequences to design primers or probes based on those specific sequences . . . the claims recite specific chemical assays that were not *routine* at the time the patents were filed because it was *impossible* as a practical matter to create or perform the assays without the knowledge of the BRCA1 and BRCA2 sequences."  Pls.' Reply Br. at 58.

Aside from the patent ineligible, naturally occurring nucleotide sequence of the BRCA1 and BRCA 2 genes, the other steps set forth in the Method Claims are conventional activities that were well-understood and uniformly employed by those working with DNA at the time Myriad applied for its patents: DNA amplification, sequencing, comparisons, detecting alterations in sequences, and hybridizing probes to alleles.  Tait Decl. at ¶ 37.  The laboratory materials, reagents, and protocols to accomplish these activities were well known and widely available in the art by the time the first August 1994 patent application corresponding to the asserted patents

---

[41] At times, Plaintiffs seem to claim that they developed new techniques, aside from first discovering the sequence of the BRCA1 and BRCA2 genes:  "Myriad discovered a new biomarker, created new reagents and techniques that could now analyze this new biomarker, and *invented new methods of determining a patient's risk of breast and ovarian cancer using these reagents and techniques*."  Pls.' Mot. for Prel. Inj. at 16, n.6 (emphasis added).  The court reads this passage as Plaintiffs merely asserting that the 'newly invented methods' were those previously understood and engaged in by those studying genes and hereditary disease, but with the new knowledge of the BRCA1 and BRCA2 genes.  Setting aside the use of BRCA1 or BRCA2 sequences, Plaintiffs have not otherwise directed the court to any new methods or applications they invented for amplifying, sequencing, comparing, or hybridizing DNA generally.

had been filed.  *Id.* at ¶ 31.  Any scientist engaged in obtaining the sequence of a gene in a patient sample would rely on these techniques.

Plaintiffs' own patents acknowledge as much.  For example, the '282 Patent provides that "the practice of the present invention employs, unless otherwise indicated, conventional techniques of chemistry, molecular biology, microbiology, recombinant DNA, genetics, and immunology."  '282 Patent col.25 ll.50-55; Tait 2nd Decl. at ¶ 9; *see also* '441 Patent col.17 ll.20-27 ("These methods are well known and widely practiced in the art.").

At bottom, Plaintiffs ask the court to find that obtaining knowledge of the naturally occurring BRCA1 and BRCA2 sequences is somehow an inventive step sufficient to render the Method Claims patent eligible.  This cannot be.  The Federal Circuit already found that limiting the comparison to a specific technological field, "to just the BRCA genes or…to just the identification of particular alterations," still "fails to render the claimed process patent-eligible." 689 F.3d at 1334.  Likewise, the Supreme Court has held that the "prohibition against patenting abstract ideas 'cannot be circumvented by attempting to limit the use of the formula to a particular technological environment.'"  *Bilski*, 130 S. Ct. at 3230 (quoting *Diehr,* 450 U.S. at 191-92) (other citations omitted).

### ii.  The Method Claims Preempt Use of Laws of Nature

Moreover, *Mayo* cautions against finding patent eligible claims drawn to laws of nature and abstract ideas, particularly where allowance of the claims risks "tying up the use of the underlying natural laws, inhibiting their use in the making of further discoveries." 132 S. Ct. 1294.  Here, if allowed, Plaintiffs' Method Claims would essentially foreclose the most widely used means to study and test for BRCA1 and BRCA2 genes.

To study a gene, geneticists generally must amplify a given DNA sample.  Kay Decl. at ¶ 31.  The most widely used means to amplify DNA is through PCR, which requires primers.  Kay Decl. at ¶ 32; Pribnow Decl. at ¶ 70.   The PCR process was patented in 1987, and since that time it has been critically important to DNA testing.  Pribnow Decl. at ¶ 74.  Probes, like primers, are short segments of DNA capable of hybridizing to DNA segments according to Watson-Crick pairing.  Pribnow Decl. at ¶ 85.  PCR using primers and probe hybridization are the means needed to determine and compare BRCA1 and BRCA2 sequences, and to conduct BRCA1 and BRCA2 tests.  Tait Decl. at ¶¶ 48-51.

The recent decision in *Ariosa Diagnostic, Inc. v. Sequenom, Inc.* is instructive.  2013 WL 5863022 (N.D. Cal. Oct. 30, 2013).[42]  There, the patentees discovered that cell-free fetal DNA (cffDNA) is detectable in a pregnant woman's plasma or serum (plasma without platelets).  *Id.* at *1.  This was an important discovery.  It provided a new method for prenatal diagnoses much less invasive and risky than previously used techniques, and more reliable than analyzing blood cell DNA.  *Id.*  The patent claims at issue were drawn to methods for detecting, amplifying, and testing paternally inherited nucleic acid (DNA and RNA).  *Id.* at *2.

At the summary judgment stage, the parties agreed that neither cffDNA itself, nor its discovery in maternal plasma or serum, was patent eligible "because the presence of cffDNA in

---

[42] This case is a continuation of *Aria Diagnostics, Inc. v. Sequenom, Inc.,* 726 F.3d 1296 (Fed. Cir. 2013).  In *Aria Diagnostics,* the Federal Circuit vacated the district court's denial of Sequenom's motion for a preliminary injunction against Aria, now known as Ariosa.  The district court based its denial on findings that Aria had raised substantial questions of both noninfringement and patent eligibility under § 101 because it found that Sequenom's claimed harm was not irreparable, and because the balance of harms and public interest favored Aria.  The Federal Circuit faulted the district court's initial claim construction and infringement analysis.  In remanding the case, the Federal Circuit instructed the trial court to consider patent eligibility in light of the recently-issued Supreme Court decision in *AMP. Id.* at 1304.  Rather than revisit the preliminary injunction following the Federal Circuit's decision, the district court ruled on the parties' cross motions for summary judgment.

maternal plasma or serum is a natural phenomenon." *Id.* at *8. Sequenom also acknowledged

that its claims simply "apply 'conventional techniques' to the newly discovered natural

phenomenon of cffDNA." *Id.* Nevertheless, it argued the claimed methods were patent eligible

because: 1) "they are novel *uses* of a natural phenomenon, rather than a patent on the natural

phenomenon itself"; and 2) "the claims do not preempt all uses of cffDNA." *Id.* at *7 (emphasis

added).

     The court disagreed, concluding that the amplifying and detection steps set forth in the

claims were "well-understood, routine, and conventional activity" at the time of the discovery

that cffDNA is present in maternal plasma or serum. That the steps were applied to patent

ineligible cffDNA, could not imbue the claims with the requisite "'inventive concept' sufficient

to ensure that the patent in practice amounts to significantly more than a patent upon the . . .

natural phenomenon . . . itself." *Id.* at *8 (quoting *Mayo*, 132 S. Ct. at 1294; and *Flook*, 437

U.S. at 594).

     The *Sequenom* court first noted that "the only inventive part of the patent is that the

conventional techniques of DNA detection known at the time of the invention are applied to

paternally inherited cffDNA as opposed to other types of DNA." *Id.* at *9. In other words, "the

only inventive concept contained in the patent is the discovery of cffDNA, which is not

patentable." *Id.* The court cited *AMP* in its analysis, stating that while "the Supreme Court was

not presented with method claims, the Court explained '[h]ad Myriad created an innovative

method of manipulating genes while searching for the BRCA1 and BRCA2 genes, it could

possibly have sought a method patent. But the processes used by Myriad to isolate DNA were

well understood by geneticists at the time of Myriad's patents. . . .'" *Id.* (citing *AMP*, 133 S. Ct.

at 2119-20). In light of this, the *Sequenom* court observed that "looking at the claimed processes

as a whole, the only inventive component . . . is to apply those well-understood, routine processes to paternally inherited cffDNA, a natural phenomenon." *Id.* at *10 (citing *Diehr,* 450 U.S. at 188 (noting claims must be considered as a whole)).

The court further concluded that the patent claims, if allowed, effectively preempted "all known methods of detecting cffDNA." Although Sequenom presented evidence that other detection methods may have existed a few years after issuance of the patent, there was no evidence that the other methods were commercially viable:

> If the alternative methods are not commercially viable, then the effect of the patent in practice would be to preempt all uses of the natural phenomenon. It is important to note that the '540 patent does not merely claim uses or applications of cffDNA, it claims methods for detecting the natural phenomenon. Because generally one must be able to find a natural phenomenon to use it and apply it, claims covering the only commercially viable way of detecting that phenomenon do carry a substantial risk of preempting all practical uses of it.

*Id.* at *11.

*Sequenom*'s parallels to this case are striking. There, the only "inventive concept" in the asserted claims was the discovery of a natural phenomenon in a particular location—paternal cffDNA in pregnant women's plasma. The rest of the steps in the patent claims were routine, well understood activities in which scientists regularly engaged. If allowed, the claims risked precluding all practical uses of cffDNA.

Similarly, the inventive concept Plaintiffs here identify is the product of nature that they discovered the naturally occurring BRCA1 and BRCA2 sequences on chromosomes 17q and 13. Likewise, allowing Plaintiffs' Method Claims here effectively preempts PCR involving BRCA1 or BRCA2 genes—the most widespread means of amplifying DNA to facilitate research and testing. Plaintiffs' Method Claims effectively construct a wall around the naturally occurring

98

BRCA1 and BRCA2 genetic sequences, which, like the cffDNA in *Sequenom*, are naturally occurring, patent ineligible subject matter.

Plaintiffs attempt to distinguish *Sequenom* by pointing out that the cffDNA at issue in that case was known to exist before the patent holders discovered it in a new location. In contrast, Plaintiffs contend that "BRCA1 and BRCA2 genes were unknown before Plaintiffs' inventions," and that the Method Claims here involve not only "the use of previously unknown markers (BRCA1 and BRCA2 genes) but also require the use of previously unknown BRCA1 and BRCA2 specific primers and probes invented by Myriad." Pls.' Response to Supp. Auth. at 2 (Dkt. 164). Thus, Plaintiffs claim "numerous" inventive concepts: "BRCA1 and BRCA2 cDNA sequences, BRCA1- and BRCA2-specific primer pairs, and methods of using those specific primer pairs, as well as probes, to diagnose breast and ovarian cancer." *Id.* at 3.

The court is not persuaded by Plaintiffs' efforts to distinguish *Sequenom*. As noted above, the BRCA1 and BRCA2 sequences and the primers setting forth those sequences are patent ineligible products of nature. Plaintiffs cite no legal authority for their position that their own patent ineligible discovery—the naturally occurring BRCA1 and BRCA2 sequences— should benefit them in a § 101 analysis of their Method Claims because they were the first to find the previously unmapped sequences of the BRCA1 and BRCA2 genes on chromosomes 17q and 13.[43]

Based upon the foregoing, the court concludes that Defendant has raised a substantial question concerning the Method Claims' subject matter eligibility for patent. Accordingly,

---

[43] Plaintiffs also make this argument to distinguish the patent ineligible subject matter underlying the method claims at issue in *Mayo*, where Plaintiffs contend that the "patentee's *only* contribution to the art was a refined therapeutic range." Pls.' Reply Br. at 56 (emphasis in original).

99

Plaintiffs have not established that they are likely to succeed on the merits of their claims. The court concludes that Plaintiffs are not entitled to a preliminary injunction at this time.

### D. Balancing of Equities or Hardships and the Public Interest

Although the court has determined that Plaintiffs are not entitled to a preliminary injunction, the court addresses below the remaining equitable preliminary injunction factors: the balance of the parties' equities or hardships, and the public interest.

#### 1. Balance of Hardships

The court must weigh the "harm that will occur to the [Plaintiffs] from the denial of the preliminary injunction with the harm that [Defendant] will incur if the injunction is granted." *Hybridtech, Inc. v. Abbott Labs.*, 849 F.2d 1446, 1457 (Fed. Cir. 1988) (citations omitted). As noted above, the court has already concluded that without an injunction, Plaintiffs are likely to suffer irreparable harm in the form price erosion, loss of market share, and loss of the remainder of their exclusive patent terms. Nevertheless, Defendant contends that Myriad's strong financial position will soften any hardship Plaintiffs might suffer without an injunction, while an injunction would cause Defendant to suffer much more acute harm.

First, Defendant points to the loss of its "head start" as the first testing company offering alternatives to Myriad BRCA tests. Hampton Decl. at ¶¶ 58-60. The court does not find this argument persuasive. That Myriad is a large company and can survive an injunction does not compel the court to conclude that Defendant's loss of a head start outweighs Plaintiffs' loss of return on its years of work and substantial investment commercializing BRCA testing.

Defendant further contends that if an injunction were to issue, it likely would be forced out of business. That an accused infringer may go out of business if an injunction issues is something the court may consider balancing the parties' hardships. *Aria Diagnostics*, 726 F.3d

100

at 1305 (consideration of an accused infringer's loss of business is a proper consideration in preliminary injunction determination) (citations omitted).  In advance of its announcement that it would offer genetic testing, including BRCA1 and BRCA2, Defendant invested an estimated $46.7 million in capital resources, expanding its laboratory and hiring an additional 110 employees.  Hampton Decl. at ¶ 57; Chao Decl. at ¶¶ 71-73.  With Myriad's recent launch of myRisk, a multi-gene panel test similar to Defendant's CancerNext test, an injunction would leave consumers with little reason to order one of Defendant's tests, not including BRCA testing, when they could order myRisk, which does.  Hampton Decl. at ¶ 61.

But the destruction of an infringer's business does not necessarily outweigh the patentee's injury in lost investments in developing and marketing a patented product.  *Robert Bosch,* 659 F.3d at 1156 (infringer cannot "escape a[] [permanent] injunction simply because it is smaller than the patentee or because its primary product is an infringing one.") (citations omitted)).  The Federal Circuit has made clear that when an accused infringer undertakes a "calculated risk" to launch a potentially infringing product, notions of fairness are not offended if the potential infringer bears the risk of their "almost entirely preventable" harms.  *Sanofi–Synthelabo v. Apotex, Inc.,* 470 F.3d 1368, 1383 (Fed. Cir. 2006) (citations omitted).  Similarly, in the case Plaintiffs cite, *Ortho Pharm. Corp. v. Smith,* 15 U.S.P.Q.2d 1856, 1863 (E.D. Pa. 1990), the district court concluded that the balance of hardships favored the patentee where the hardship the accused infringer might suffer, lost investments "in developing and preparing to market an infringing product," was "attributable solely to Ortho's calculated decision to bring [its product] to market prematurely . . . ."

Although relevant, the above-cited cases in which accused infringers are criticized for making costly product investments arise out of infringement of valid or likely-valid patents.[44]  In contrast, Defendant here has succeeded in raising a substantial question concerning the subject matter eligibility of Plaintiffs' asserted patent claims.  And Defendant waited to launch BRCA testing until the years-long *AMP* litigation had concluded and had at least cast considerable doubt on the subject matter eligibility of Plaintiffs' patent claims covering BRCA primers, probes, and some methods for comparing and analyzing BRCA sequences.  The court finds that Defendant appears to have acted with some caution in timing its BRCA testing launch after the conclusion of the *AMP* litigation.  Further, the court has concluded that Defendant's belief in the appropriateness of its launch following the Supreme Court's *AMP* ruling was not misplaced.

In view of the foregoing, the court concludes that Defendant's potential hardship in losing its entire business outweighs the hardship Myriad may suffer in terms of price erosion, lost market share, and the loss of the remainder of its patents' exclusive terms, which begin to expire in the coming months.  Although Plaintiffs will suffer economic harm without an injunction, Myriad has enjoyed an exclusive monopoly in the BRCA1 and BRCA2 testing market for nearly two decades, and its own financial forecasts show that it expects to see increased revenue growth this year.  Even without an injunction, Plaintiffs will undoubtedly continue to benefit from Myriad's expertise, market strength, and brand name recognition.

---

[44] In *Robert Bosch,* the defendant was found to have infringed some of the plaintiff's valid patents, but the district court denied a motion for a permanent injunction on the grounds that the plaintiff had failed to show irreparable harm.  659 F.3d at 1145.  The Federal Circuit reversed and remanded.  In *Sanofi-Synthelabo,* the Federal Circuit affirmed the district court's conclusion that the patentee was likely to succeed on the merits of showing that the patent at issue was valid and infringed.  470 F.3d at 1374-81.  In *Ortho,* the district court considered the patentee's entitlement to a preliminary injunction, and concluded that it had shown a likelihood of success on the merits—fending off the accused infringer's validity challenges.  15 U.S.P.Q.2d at 1863.

Notwithstanding the court's conclusion that Plaintiffs will suffer irreparable injury without an injunction, the court nevertheless concludes that the balance of hardships factor tips slightly in Defendant's favor, and provides further reason not to impose a preliminary injunction at this time.

### 2. Public Interest

This factor requires the court to focus on whether "there exists some critical public interest that would be injured by the grant of preliminary relief." *Hybritech,* 849 F.2d at 1458 (citations omitted). Plaintiffs correctly submit that there generally exists a strong public interest in upholding a patentee's exclusive rights. This public interest yields from recognition that "[t]he patent system represents a carefully crafted bargain that encourages both the creation and the public disclosure of new and useful advances in technology, in return for an exclusive monopoly for a limited period of time." *Pfaff v. Wells Elecs., Inc.,* 525 U.S. 55, 63 (1998). But the public's interest in preserving patent rights will not always trump other considerations, especially when public health issues are at stake. *See, Hybritech,* 849 F.2d at 1458 (in case involving patents relating to medical tests for variety of conditions affirming district court's conclusion that public interest would be served by injunction on sales of certain tests, but not tests for hepatitis and cancer). *cf. Dippin' Dots v. Mosey*, 44 U.S.P.Q.2d 1812, 1818-19 (N.D. Tex. 1997) (finding public interest not affected by injunction involving patents on "ice cream, not heart valves, medical catheters, drug therapies or the cure for the common cold.").

In this case, both sides make compelling arguments that the public interest favors them. Plaintiffs persuasively argue that the public interest would be served by protecting Plaintiffs' exclusive patent rights, particularly where they have, while exercising these rights, invested over $500 million to improve Myriad's testing products; develop an extensive database of variant

<div align="center">103</div>

<div align="center">**A000103**</div>

classifications; create a market wherein third-party payors will reimburse testing costs; and

provide testing to over one million patients. Ford Decl. at ¶¶ 5-7, 14. Plaintiffs contend no

critical public health interest exists necessitating Defendant's testing because Myriad's

BRACAnalysis has with "unparalleled reliability" met the need for BRCA1 and BRCA2 testing.

Pls.' Reply Br. at 128. In short, Plaintiffs contend their advancements and investments can be

credited with saving numerous lives. And while there may have been delays in getting Myriad's

large rearrangement analysis and multi-gene panel test products to market, Myriad now offers

large rearrangement testing in its BART test, and has recently launched myRisk, a multi-gene

panel test very similar to Defendant's Cancer First.[45]

But Plaintiffs' testing is much more expensive than many of Defendant's offered tests,

and in some cases requires separate billing for point mutation and large rearrangement

analyses.[46] Here, the court is concerned that Myriad's BART large rearrangement testing, which

offers follow-up reassurance concerning a negative or inconclusive BRACAnalysis point

mutation test, is neither offered as a matter of course, nor covered by third-party payors for all

patients. Some women who should obtain this testing must pay out-of-pocket for it, if they can

afford it. Further, although the evidence before the court is in conflict, Defendant has set forth

---

[45] Defendant vigorously argues that Myriad delayed getting to market its BART (large rearrangement) testing, and that (at the time briefing was completed) Myriad did not offer multi-gene panel testing. Def's. Opp. Memo. at 98-101. For purposes of the court's analysis of whether there is a critical public health interest in allowing Defendant's testing, the court neither finds the alleged delay in getting BART to market nor Myriad's past failure to offer a multi-gene panel dispositive. Myriad now offers large rearrangement testing in BART and has begun offering a multi-gene panel test, myRisk, that is similar to Defendant's testing.

[46] Myriad's BRACAnalysis and BART tests are often billed separately, while Defendant's BRCA1 and BRCA2 testing automatically includes point mutations and large rearrangement analysis for one price. Chao Decl. at ¶ 17.

A000104

evidence suggesting that Myriad testing is "out of network" with Tri-Care, a health care program serving United States military service personnel and their families.

Notwithstanding this, Plaintiffs have identified several ways in which they mitigate price barriers for many patients. First, Myriad has secured and maintained in-network contracts with more than 530 private payors to ensure that more patients have insurance coverage for testing, and the lowest possible out-of-pocket expense. Ford 2nd Decl. at ¶ 4 (Dkt. 27). Second, Myriad has developed four patient assistance programs for individuals meeting clinical guidelines who cannot afford testing: (1) free testing for those patients who meet clinical criteria, are uninsured, and under a set income level; (2) "capping" of out-of-pocket costs to $375 for qualifying low-income patients with insurance; (3) interest-free financing; and (4) donations and discounted testing for charitable organizations. Over the past five years, these programs have benefitted more than 35,000 women. *Id*. The court notes this is not an insignificant undertaking.

Still, Defendant compellingly argues that Plaintiffs' exclusive patent rights have, in many ways, hindered rather than promoted innovation in this area of significant public health interest. Defendant's expert Dr. Joseph Stiglitz observes that the sequencing of BRCA1 and BRCA2 was inevitable at the time Myriad first discovered the natural location of the genes, and the promise of patents provided an unnecessary incentive, given the hotly-contested "race" in which Myriad and others were engaged.[47] Stiglitz Decl. at ¶ 36 (Dkt. 53). Moreover, the practical result of Myriad's patents has been to hinder or halt follow-up research, data sharing, patient testing, and the creation of additional and more affordable technologies for BRCA1 and BRCA2 testing. For example, since about 2005, Myriad has declined to publicly share critical information regarding

---

[47] Dr. Stiglitz also argues that gene patents are particularly pernicious in general because they amount to patents on basic scientific knowledge. The court views this argument as more relevant to a § 101 subject matter eligibility analysis.

its classification of variants, including with its own patients. Instead, Myriad retains that information in a private database. In so doing, Myriad distorts rather than serves the patent system's goal of public disclosure in exchange for exclusive rights. In this way, Myriad has chosen a commercial path that turns much of our patent system policy on its head.

In short, there are compelling public interest arguments advanced by both sides. The court concludes that neither side has shown that the public interest mandates either the imposition or denial of Plaintiffs' requested injunction.

### III.  CONCLUSION

The court concludes Plaintiffs are not entitled to the extraordinary remedy of a preliminary injunction to halt Defendant from selling its own BRCA1 and BRCA2 genetic tests. Although Plaintiffs have shown that they are likely to suffer irreparable harm through erosion of their test pricing structure, loss of their share of the testing market, and loss of their exclusive patent terms if an injunction does not issue, Defendant has raised a substantial question concerning whether Plaintiffs' Primer and Method Claims are directed toward patent eligible products of nature and abstract ideas under 35 U.S.C. § 101. In light of Defendant's persuasive showing, Plaintiffs are unable to establish that they are likely to succeed on the merits of their claims. Nor have Plaintiffs demonstrated that the remaining equitable factors support issuance of the requested injunction.

For these reasons, Plaintiffs' Motion for Preliminary Injunction (Dkt. 5) is DENIED.

DATED this 10th day of March, 2014.

BY THE COURT:

ROBERT J. SHELBY
United States District Judge

106

A000106

US005654155A

# United States Patent [19]

## Murphy et al.

[11] **Patent Number:** 5,654,155

[45] **Date of Patent:** Aug. 5, 1997

[54] **CONSENSUS SEQUENCE OF THE HUMAN BRCA1 GENE**

[75] Inventors: **Patricia D. Murphy**, Slingerland, N.Y.; **Antonette C. Allen**, Millersville, Md.; **Christopher P. Alvares**, Potomac, Md.; **Brenda S. Critz**, Frederick, Md.; **Sheri J. Olson**, Arlington, Va.; **Denise B. Schelter**, Burtonsville, both of Md. **Bin Zeng**, Rockville, both of Md.

[73] Assignee: **OncorMed, Inc.**, Gaithersburg, Md.

[21] Appl. No.: **598,591**

[22] Filed: **Feb. 12, 1996**

[51] Int. Cl.[6] .............................. **C12Q 1/68; C12P 19/34; C07H 21/04; C07H 21/02**

[52] U.S. Cl. ............................ **435/6; 435/91.2; 536/23.1; 536/24.3; 536/24.33**

[58] Field of Search .................. 435/6, 91.2; 536/23.1, 536/24.3, 24.33

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

4,458,066  7/1984  Carothers et al. ........................ 536/27

**FOREIGN PATENT DOCUMENTS**

| 0699754A1 | 3/1996 | European Pat. Off. . |
| 705903A | 4/1996 | European Pat. Off. . |
| 0705903A1 | 4/1996 | European Pat. Off. . |
| 0705902A1 | 4/1996 | European Pat. Off. . |

**OTHER PUBLICATIONS**

Miki et al. Science 266: 66–71 1994.
Friedman et al. Nature Genetics 8: 399–404 Dec. 1994.
Scriver et al. In Variation in the Human Genome, Ciba Foundation Symposium 197, John Wiley & Sons eds, New York, pp. 73–96. 1996.
Roswell, et al., American Journal of Human Genetics 55:861–865, (1994).
Miki, Y., et al., Science 266:66–71, (1994).
Friend, S., et al., Nature Genetics 11:238, (1995).
Beaudet, Arthur L., et al.,: A Suggested Nomenclature for Designating Mutations. Human Mutation 2:245–248, 1993.
Friedman, Lori S., et al.,: Confirmation of BRCA1 by Analysis of Germline Mutations Linked to Breast and Ovarian Cancer. Nature Genetics 8: 399–404, Dec. 1994.
Shattuck–Eidens, Donna, et al.: A Collaborative Survey of 80 Mutations in the BRCA1 Breast and Ovarian Cancer Susceptibility Gene. JAMA 273:535–541, Feb. 15, 1995.
Ford, D., et al.,: The Genetics of Breast and Ovarian Cancer. Genetics Heterogeneity 5:805–811.

Szabo, Csilla I., et al., Inherited Breast and Ovarian Cancer. Human Molecular Genetics 4:1811–1817, 1995.
Plummer, S.J., et al., Detection of BRAC1 Mutations by the Protein Truncation Test 4:1989–1991, 1995.
Chen, Y., et al., Aberrant Subcellular Localization of BRCA1 in Breast Cancer. Science 270: 789–791, Nov. 3, 1995.
Gayther, Simon A., et al., Germline Mutations of the BRCA1 Gene in Breast and Ovarian Cancer Families Provide Evidence for A Genotype–phenotype Correlation. Nature Genetics 11: 428–433, Dec. 1995.
Durocher, F., et al., Comparison of BRCA1 Polymorphisms, Rare Sequence Variants and/or Missense Mutations in Unaffected and Breast/Ovarian Cancer Populations 5: 835–842, 1996.
Berman, D.B., et al., Two District Origins of a Common BRCA1 Mutation in Breast–Ovarian Cancer Families: A Genetic Study of 15 185delAG–Mutation Kindreds. Am. J. Hum. Genet. 58:1166–1176, 1996.
Schultz, D.C., et al., Identification of Two Candidate Tumor Suppressor Genes on Chromosome 17p13.3[1]. Cancer Research 56:1997–2002, May 1, 1996.
Couch, Fergus J., et al., Mutations and Polymorphisms in the Familial Early–Onset Breast Cancer (BRCA1) Gene. Human Mutation 8:8–18, 1996.
Sanger, F., et al., J. Mol. Biol. 42:1617, (1980).
Beaucage, et al., Tetrahedron Letter. 22:1859–1862.
Maniatis, et al., In Molecular Cloning: A Laboratory Manual, Cold Spring, NY, pp. 280–281, (1982).
Conner, et al., Proc. Natl. Acad. Sci. U.S.A. 80:278, (1983).
Saiki, et al., Bio/Technology 3: 1088–1012 (1985).
Landegren, et al., Science 241:1007, (1988).
Landgren, et al., Science 242:229–237, (1988).
McPherson, M.J., et al., PCR. A Practical Approach. ILR Press, Eds. (1992).
Easton, et al., American Journal of Human Genetics 52: 678–701, (1993).

*Primary Examiner*—W. Gary Jones
*Assistant Examiner*—Dianne Rees
*Attorney, Agent, or Firm*—R. Thomas Gallegos; Albert P. Halluin

[57] **ABSTRACT**

A consensus DNA sequence has been determined for the BRCA1 gene. As has been seven polymorphic sites and their rates of occurrence in normal BRCA1 genes. The consensus gene BRCA1[(cons)] and the seven polymorphic sites will provide greater accuracy and reliability for genetic testing. One skilled in the art will be better able to avoid misinterpretations of changes in the gene, determine the presence of a normal gene, and of mutations, and to classify tumors.

**4 Claims, No Drawings**

5,654,155

# 1

## CONSENSUS SEQUENCE OF THE HUMAN BRCA1 GENE

### FIELD OF THE INVENTION

This invention relates to a gene which has been associated with breast and ovarian cancer where the gene is found to be mutated. More specifically, this invention relates to the most likely sequence (i.e. "Consensus Normal DNA sequence") for the BRCA1 gene (BRCA1$^{(con)}$ SEQ. ID. NO: 1) in normal individuals.

### BACKGROUND OF THE INVENTION

It has been estimated that about 5–10% of breast cancer is inherited Rowell, S., et al., *American Journal of Human Genetics* 55:861–865 (1994). Located on chromosome 17, BRCA1 is the first gene identified to be conferring increased risk for breast and ovarian cancer. Miki et al., *Science* 266:66–71 (1994). Mutations in this "tumor suppressor" gene are thought to account for roughly 45% of inherited breast cancer and 80–90% of families with increased risk of early onset breast and ovarian cancer. Easton et al., *American Journal of Human Genetics* 52:678–701 (1993).

Locating one or more mutations in the BRCA1 region of chromosome 17 provides a promising approach to reducing the high incidence and mortality associated with breast and ovarian cancer through the early detection of women at high risk. These women, once identified, can be targeted for more aggressive prevention programs. Screening is carried out by a variety of methods which include karyotyping, probe binding and DNA sequencing.

In DNA sequencing technology, genomic DNA is extracted from whole blood and the coding regions of the BRCA1 gene are amplified. Each of the coding regions is sequenced completely and the results are compared to the normal DNA sequence of the gene.

The BRCA1 gene is divided into 24 separate exons. Exons 1 and 4 are noncoding, in that they are not part of the final functional BRCA1 protein product. The BRCA1 coding region spans roughly 5600 base pairs (bp). Each exon consists of 200–400 bp, except for exon 11 which contains about 3600 bp. To sequence the coding region of the BRCA1 gene, each exon is amplified separately and the resulting PCR products are sequenced in the forward and reverse directions. Because exon 11 is so large, we have divided it into twelve overlapping PCR fragments of roughly 350 bp each (segments "A" through "L" of BRCA1 exon 11).

Many mutations and normal polymorphisms have already been reported in the BRCA1 gene. A world wide web site has been built to facilitate the detection and characterization of alterations in breast cancer susceptibility genes. Such mutations in BRCA1 can be accessed through the Breast Cancer Information Core at: http://www.nchgr.nih.gov/dir/lab_transfer/bic. This data site became publicly available on Nov. 1, 1995. Friend, S. et al. *Nature Genetics* 11:238, (1995).

The genetics of Breast/Ovarian Cancer Syndrome is autosomal dominant with reduced penetrance. In simple terms, this means that the syndrome runs through families such that both sexes can be carriers (only women get the disease but men can pass it on), all generations will likely have breast/ovarian or both diseases and sometimes in the same individual, occasionally women carriers either die young before they have the time to manifest disease (and yet offspring get it) or they never develop breast or ovarian cancer and die of old age (the latter people are said to have

# 2

"reduced penetrance" because they never develop cancer). Pedigree analysis and genetic counseling is absolutely essential to the proper workup of a family prior to any lab work.

Until now, only a single normal sequence for BRCA1 has been available for comparison. That sequence is available as GenBank Accession Number U15595. There is a need in the art, therefore, to have available a normal sequence which represents most likely BRCA1 sequence to be found in the majority of the normal population, the (i.e. "Consensus Normal DNA sequence"). A Consensus Normal DNA sequence will make it possible for true mutations to be easily identified or differentiated from polymorphisms. Identification of mutations of the BRCA1 gene and protein would allow more widespread diagnostic screening for hereditary breast and ovarian cancer than is currently possible.

A consensus normal gene sequence of the BRCA1 is provided which more accurately reflects the most likely sequence to be found in a subject. Use of the consensus normal gene sequence (BRCA1$^{(con)}$SEQ ID. NO: 1), rather than the previously published BRCA1 sequence, will reduce the likelihood of misinterpreting a "sequence variation" found in the normal population with a pathologic "mutation" (i.e. causes disease in the individual or puts the individual at a high risk of developing the disease). With large interest in breast cancer predisposition testing, misinterpretation is particularly worrisome. People who already have breast cancer are asking the clinical question: "is my disease caused by a heritable genetic mutation?" The relatives of the those with breast cancer are asking the question: "Am I also a carrier of the mutation my relative has? Thus, is my risk increased, and should I undergo a more aggressive surveillance program."

### SUMMARY OF THE INVENTION

The present invention is based on the discovery of the most likely sequence to be found in normal human individuals for the BRCA1 gene.

It is an object of the invention to provide a consensus sequence for the normal BRCA1 gene, i.e. the consensus Sequence having the more commonly occurring nucleotides where normal polymorphisms occur.

It is another object of the invention to provide a consensus normal protein sequence of the BRCA1 protein

It is another object of the invention to provide a list of the codon pairs which occur at each of seven polymorphic points on the normal BRCA1 gene.

It is another object of the invention to provide the rates of occurrence for the codons.

It is another object of the invention to provide a method wherein BRCA1, or parts thereof, is amplified with one or more oligonucleotide primers.

It is another object of this invention to provide a method of avoiding misinterpretation of changes which a laboratory may find in the BRCA1 gene.

It is another object of this invention to provide a method of identifying individuals who carry no mutation(s) of the BRCA1 gene and are therefore at no increased risk or susceptibility to breast or ovarian cancer based on a finding that the individual does not carry an abnormal BRCA1 gene.

It is another object of this invention to provide a method of identifying a mutation leading to predisposition or higher susceptibility to breast or ovarian cancer.

It is another object of the invention to provide a method of classifying a tumor for diagnostic and prognostic purposes.

A000108

5,654,155

3

There is a need in the art for a consensus normal sequence of the BRCA1 gene and for the consensus normal protein sequence of BRCA1 as well as for an accurate list of codons which occur at polymorphic points on a normal sequence. A person skilled in the art of genetic susceptibility testing will find the present invention useful for:

a) identifying individuals having a normal BRCA1 gene, who are therefore not at risk or have no increased susceptibility to breast or ovarian cancer from a BRCA1 mutation;

b) avoiding misinterpretation of normal polymorphisms found in the normal BRCA1 gene;

c) determining the presence of a previously unknown mutation in the BRCA1 gene.

d) identifying a mutation which indicates a predisposition or higher susceptibility to breast or ovarian cancer; or for

e) classifying a tumor for diagnostic and prognostic purposes.

f) performing gene repair.

## DETAILED DESCRIPTION OF THE INVENTION

### Definitions

The following definitions are provided for the purpose of understanding this invention.

"Consensus Normal Sequence" refers to the nucleic acid or protein sequence, the nucleic or amino acids of which are known to occur with high frequency in a population of individuals who carry the gene which codes for a normally functioning protein, or which nucleic acid itself has normal function.

"Consensus normal DNA sequence" also called "consensus normal gene sequence" refers to a nucleic acid sequence, the nucleic acid of which are known to occur at their respective positions with high frequency in a population of individuals who carry the gene which codes for a normally functioning protein, or which itself has normal function.

"Consensus Normal Protein Sequence" refers to the protein sequence, the amino acids of which are known to occur with high frequency in a population of individuals who carry the gene which codes for a normally functioning protein. "BRCA1$^{(omi)}$(SEQ ID NO: 1)" refers to a consensus sequence for the BRCA1 gene. The consensus sequence was found by end to end sequencing of the BRCA1 gene from 5 individuals randomly drawn from the population and found to have no family history of breast or ovarian cancer. The sequenced gene was found not to contain any mutations. The consensus was determined by calculating the frequency with which nucleic acids occur and inserting the nucleic acid with highest frequency of occurrence at each polymorphic site. In some cases the insertion of a nucleic acid at a polymorphic site indicated a codon change and a change of amino acid from previously published information. In other cases the frequency of occurrence of a nucleic acid was found to differ from the published frequency.

The term "primer" as used herein refers to a sequence comprising about 20 or more nucleotides of the BRCA1 gene.

A "target polynucleotide" refers to the nucleic acid sequence of interest e.g., the BRCA1 encoding polynucleotide. Other primers which can be used for primer hybridization will be known or readily ascertainable to those of skill in the art.

4

The term "substantially complementary to" or "substantially the sequence" refers to primer sequences which hybridize to the sequences provided under stringent conditions and/or sequences having sufficient homology with BRCA1 sequences, such that the allele specific oligonucleotide primers hybridize to the BRCA1 sequences to which they are complimentary.

The term "isolated" as used herein includes oligonucleotides substantially free of other nucleic acids, proteins, lipids, carbohydrates or other materials with which they may be associated. Such association is typically either in cellular material or in a synthesis medium.

### Sequencing

Any nucleic acid specimen, in purified or non-purified form, can be utilized as the starting nucleic acid or acids, providing it contains, or is suspected of containing, the specific nucleic acid sequence containing a polymorphic locus. Thus, the process may amplify, for example, DNA or RNA, including messenger RNA, wherein DNA or RNA may be single stranded or double stranded. In the event that RNA is to be used as a template, enzymes, and/or conditions optimal for reverse transcribing the template to DNA would be utilized. In addition, a DNA-RNA hybrid which contains one strand of each may be utilized. A mixture of nucleic acids may also be employed, or the nucleic acids produced in a previous amplification reaction herein, using the same or different primers may be so utilized. TABLE II. The specific nucleic acid sequence to be amplified, i.e., the polymorphic locus, may be a fraction of a larger molecule or can be present initially as a discrete molecule, so that the specific sequence constitutes the entire nucleic acid. It is not necessary that the sequence to be amplified be present initially in a pure form; it may be a minor fraction of a complex mixture, such as contained in whole human DNA.

DNA utilized herein may be extracted from a body sample, such as blood, tissue material and the like by a variety of techniques such as that described by Maniatis, et. al. in *Molecular Cloning: A Laboratory Manual*, Cold Spring Harbor, N.Y., p 280–281, 1982). If the extracted sample is impure, it may be treated before amplification with an amount of a reagent effective to open the cells, or animal cell membranes of the sample, and to expose and/or separate the strand(s) of the nucleic acid(s). This lysing and nucleic acid denaturing step to expose and separate the strands will allow amplification to occur much more readily.

The deoxyribonucleotide triphosphates dATP, dCTP, dGTP, and dTTP are added to the synthesis mixture, either separately or together with the primers, in adequate amounts and the resulting solution is heated to about 90°–100° C. from about 1 to 10 minutes, preferably from 1 to 4 minutes. After this heating period, the solution is allowed to cool, which is preferable for the primer hybridization. To the cooled mixture is added an appropriate agent for effecting the primer extension reaction (called herein "agent for polymerization"), and the reaction is allowed to occur under conditions known in the art. The agent for polymerization may also be added together with the other reagents if it is heat stable. This synthesis (or amplification) reaction may occur at room temperature up to a temperature above which the agent for polymerization no longer functions. Thus, for example, if DNA polymerase is used as the agent, the temperature is generally no greater than about 40° C. Most conveniently the reaction occurs at room temperature.

The allele specific oligonucleotide primers are useful in determining whether a subject is at risk of having breast or

A000109

5,654,155

5             6

ovarian cancer, and also useful for characterizing a tumor. Primers direct amplification of a target polynucleotide prior to sequencing. These unique BRCA1 oligonucleotide primers of TABLE II were designed and produced specifically to optimize amplification of portions of BRCA1 which are to be sequenced.

The primers used to carry out this invention embrace oligonucleotides of sufficient length and appropriate sequence to provide initiation of polymerization. Environmental conditions conducive to synthesis include the presence of nucleoside triphosphates and an agent for polymerization, such as DNA polymerase, and a suitable temperature and pH. The primer is preferably single stranded for maximum efficiency in amplification, but may be double stranded. If double stranded, the primer is first treated to separate its strands before being used to prepare extension products. The primer must be sufficiently long to prime the synthesis of extension products in the presence of the inducing agent for polymerization. The exact length of primer will depend on many factors, including temperature, buffer, and nucleotide composition. The oligonucleotide primer typically contains 12–20 or more nucleotides, although it may contain fewer nucleotides.

Primers used to carry out this invention are designed to be substantially complementary to each strand of the genomic locus to be amplified. This means that the primers must be sufficiently complementary to hybridize with their respective strands under conditions which allow the agent for polymerization to perform. In other words, the primers should have sufficient complementarity with the 5' and 3' sequences flanking the mutation to hybridize therewith and permit amplification of the genomic locus.

Oligonucleotide primers of the invention are employed in the amplification process which is an enzymatic chain reaction that produces exponential quantities of polymorphic locus relative to the number of reaction steps involved. Typically, one primer is complementary to the negative (−) strand of the polymorphic locus and the other is complementary to the positive (+) strand. Annealing the primers to denatured nucleic acid followed by extension with an enzyme, such as the large fragment of DNA polymerase I (Klenow) and nucleotides, results in newly synthesized + and − strands containing the target polymorphic locus sequence. Because these newly synthesized sequences are also templates, repeated cycles of denaturing, primer annealing, and extension results in exponential production of the region (i.e., the target polymorphic locus sequence) defined by the primers. The product of the chain reaction is a discreet nucleic acid duplex with termini corresponding to the ends of the specific primers employed.

The oligonucleotide primers of the invention may be prepared using any suitable method, such as conventional phosphotriester and phosphodiester methods or automated embodiments thereof. In one such automated embodiment, diethylphosphoramidites are used as starting materials and may be synthesized as described by Beaucage, et al., Tetrahedron Letters, 22:1859–1862, 1981. One method for synthesizing oligonucleotides on a modified solid support is described in U.S. Pat. No. 4,458,066.

The agent for polymerization may be any compound or system which will function to accomplish the synthesis of primer extension products, including enzymes. Suitable enzymes for this purpose include, for example, E. coli DNA polymerase I, Klenow fragment of E. coli DNA polymerase, polymerase muteins, reverse transcriptase, other enzymes, including heat-stable enzymes (e.i., those enzymes which

perform primer extension after being subjected to temperatures sufficiently elevated to cause denaturation), such as Taq polymerase. Suitable enzyme will facilitate combination of the nucleotides in the proper manner to form the primer extension products which are complementary to each polymorphic locus nucleic acid strand. Generally, the synthesis will be initiated at the 3' end of each primer and proceed in the 5' direction along the template strand, until synthesis terminates, producing molecules of different lengths.

The newly synthesized strand and its complementary nucleic acid strand will form a double-stranded molecule under hybridizing conditions described above and this hybrid is used in subsequent steps of the process. In the next step, the newly synthesized double-stranded molecule is subjected to denaturing conditions using any of the procedures described above to provide single-stranded molecules.

The steps of denaturing, annealing, and extension product synthesis can be repeated as often as needed to amplify the target polymorphic locus nucleic acid sequence to the extent necessary for detection. The amount of the specific nucleic acid sequence produced will accumulate in an exponential fashion.

Amplification is described in PCR. A Practical Approach, ILR Press, Eds. M. J. McPherson, P. Quirke, and G. R. Taylor, 1992.

The amplification products may be detected by Southern blots analysis, without using radioactive probes. In such a process, for example, a small sample of DNA containing a very low level of the nucleic acid sequence of the polymorphic locus is amplified, and analyzed via a Southern blotting technique or similarly, using dot blot analysis. The use of non-radioactive probes or labels is facilitated by the high level of the amplified signal. Alternatively, probes used to detect the amplified products can be directly or indirectly detectably labeled, for example, with a radioisotope, a fluorescent compound, a bioluminescent compound, a chemiluminescent compound, a metal chelator or an enzyme. Those of ordinary skill in the art will know of other suitable labels for binding to the probe, or will be able to ascertain such, using routine experimentation.

Sequences amplified by the methods of the invention can be further evaluated, detected, cloned, sequenced, and the like, either in solution or after binding to a solid support, by any method usually applied to the detection of a specific DNA sequence such as PCR, oligomer restriction (Saiki, et. al., Bio/Technology,3:1008–1012, 1985), allele-specific oligonucleotide (ASO) probe analysis (Conner, et. al., Proc. Natl. Acad. Sci. U.S.A., 80:278, 1983), oligonucleotide ligation assays (OLAs) (Landgren, et. al., Science,241:1007, 1988), and the like. Molecular techniques for DNA analysis have been reviewed (Landgren, et. al., Science, 242:229–237, 1988).

Preferably, the method of amplifying is by PCR, as described herein and as is commonly used by those of ordinary skill in the art. Alternative methods of amplification have been described and can also be employed as long as the BRCA1 locus amplified by PCR using primers of the invention is similarly amplified by the alternative means. Such alternative amplification systems include but are not limited to self-sustained sequence replication, which begins with a short sequence of RNA of interest and a T7 promoter. Reverse transcriptase copies the RNA into cDNA and degrades the RNA, followed by reverse transcriptase polymerizing a second strand of DNA. Another nucleic acid amplification technique is nucleic acid sequence-based amplification (NASBA) which uses reverse transcription

A000110

5,654,155

7

and T7 RNA polymerase and incorporates two primers to target its cycling scheme. NASBA can begin with either DNA or RNA and finish with either, and amplifies to $10^8$ copies within 60 to 90 minutes. Alternatively, nucleic acid can be amplified by ligation activated transcription (LAT). LAT works from a single-stranded template with a single primer that is partially single-stranded and partially double-stranded. Amplification is initiated by ligating a cDNA to the promoter oligonucleotide and within a few hours, amplification is $10^8$ to $10^9$ fold. The QB replicase system can be utilized by attaching an RNA sequence called MDV-1 to RNA complementary to a DNA sequence of interest. Upon mixing with a sample, the hybrid RNA finds its complement among the specimen's mRNAs and binds, activating the replicase to copy the tag-along sequence of interest. Another nucleic acid amplification technique, ligase chain reaction (LCR), works by using two differently labeled halves of a sequence of interest which are covalently bonded by ligase in the presence of the contiguous sequence in a sample, forming a new target. The repair chain reaction (RCR) nucleic acid amplification technique uses two complementary and target-specific oligonucleotide probe pairs, thermostable polymerase and ligase, and DNA nucleotides to geometrically amplify targeted sequences. A 2-base gap separates the oligonucleotide probe pairs, and the RCR fills and joins the gap, mimicking normal DNA repair. Nucleic acid amplification by strand displacement activation (SDA) utilizes a short primer containing a recognition site for hincII with short overhang on the 5' end which binds to target DNA. A DNA polymerase fills in the part of the primer opposite the overhang with sulfur-containing adenine analogs. HincII is added but only cuts the unmodified DNA strand. A DNA polymerase that lacks 5' exonuclease activity enters at the cite of the nick and begins to polymerize, displacing the initial primer strand downstream and building a new one which serves as more primer. SDA produces greater than $10^7$-fold amplification in 2 hours at 37° C. Unlike PCR and LCR, SDA does not require instrumented Temperature cycling. Another amplification system useful in the method of the invention is the QB Replicase System. Although PCR is the preferred method of amplification if the invention, these other methods can also be used to amplify the BRCA1 locus as described in the method of the invention.

The BRCA1$^{(omi)}$ Consensus Normal DNA sequence was obtained by end to end sequencing of five normal subjects in the manner described above followed by analysis of the data obtained. The data obtained provided us with the opportunity to evaluate six previously published normal polymorphisms for correctness and frequency in the population, and to identify an additional polymorphism not previously found.

The consensus normal gene sequence can be used for gene therapy. A complete description of the method is provided in Anderson et al. U.S. Pat. No. 5,399,346, issued Mar. 21, 1995. The isolated consensus normal BRCA1 gene can be constructed from amplification products and inserted into a vector such as the LXSN vector. Fresh lymphocytes of a patient having a mutation in the BRCA1 gene, are cultured. The cells are transduced with the vector above, and culturing is continued. The cultured, transformed cells are infused into the patient.

The consensus normal BRCA1 amino acid sequence may be used to make diagnostic probes. Labeled diagnostic probes may be used by any hybridization method to determine the level of BRCA1 protein in serum or lysed cell suspension of a patient, or solid surface cell sample.

8

The consensus normal BRCA1 amino acid sequence may be used to provide a level of protection for patients against risk of breast or ovarian cancer. The isolated consensus normal BRCA1 gene can be constructed from amplification products and inserted into a vector such as the LXSN vector. Fresh lymphocytes of a patient having a mutation in the BRCA1 gene, are cultured. The cells are transduced with the vector above, and cultured. Extracted BRCA1 protein can be provided by injection or other known means to patients who are at risk.

EXAMPLE 1

Determination of the Sequence of the BRCA1$^{(omi)}$ Gene From Five Normal Individuals

Materials and Methods

Approximately 150 volunteers were screened in order to identify individuals with no cancer history in their immediate family (i.e. first and second degree relatives). Each person was asked to fill out a hereditary cancer prescreening questionnaire as see TABLE I below. Five of these were randomly chosen for end-to-end sequencing of their BRCA1 gene." A first degree relative is a parent, sibling, or off spring. A second degree relative is an aunt, uncle, grandparent, grandchild, niece, nephew, or half-sibling.

TABLE I

Hereditary Cancer Pre-Screening Questionnaire

Part A: Answer the following questions about your family

1. To your knowledge, has anyone in your family been diagnosed with a very specific hereditary colon disease called Familial Adenomatous Polyposis (FAP)?

2. To your knowledge, have you or any aunt had breast cancer diagnosed before the age 35?

3. Have you had Inflammatory Bowel Disease, also called Crohn's Disease or Ulcerative Colitis, for more than 7 years?

Part B: Refer to the list of cancers below for your responses only to questions in Part B

| Bladder Cancer | Lung Cancer | Pancreatic Cancer |
| Breast Cancer | Gastric Cancer | Prostate Cancer |
| Colon Cancer | Malignant Melanoma | Renal Cancer |
| Endometrial Cancer | Ovarian Cancer | Thyroid Cancer |

4. Have your mother or father, your sisters or brothers or your children had any of the listed cancers?

5. Have there been diagnosed in your mother's brothers or sisters, or your mother's parents more than one of the cancers in the above list?

6. Have there been diagnosed in your father's brothers or sisters, or your father's parents more than one of the cancers in the above list?

Part C: Refer to the list of relatives below for responses only to questions in Part C

| You | Your mother |
| Your sisters or brothers | Your mothers's sisters or brothers (maternal aunts and uncles) |
| Your children | Your mother's parents (maternal grandparents) |

7. Have there been diagnosed in these relatives 2 or more identical types of cancer? Do not count "simple" skin cancer, also called basal cell or squamous cell skin cancer.

8. Is there a total of 4 or more of any cancers in the list of relatives above other than "simple" skin cancers?

Part D: Refer to the list of relatives below for responses only to questions in Part D.

| You | Your father |
| Your sisters or brothers | Your fathers's sisters or brothers (paternal aunts and uncles) |
| Your children | Your father's parents (paternal grandparents) |

5,654,155

9

### TABLE I-continued

Hereditary Cancer Pre-Screening Questionnaire

9. Have there been diagnosed in these relatives 2 or more identical types of cancer?
   Do not count "simple" skin cancer, also called basal cell or squamous cell skin cancer.
10. Is there a total of 4 or more of any cancers in the list of relatives above other than "simple" skin cancers?

© Copyright 1996, OncorMed, Inc.

Genomic DNA was isolated from white blood cells of five normal subjects selected from analysis of their answers to the questions above. Dideoxy sequence analysis was performed following polymerase chain reaction amplification.

All exons of the BRCA1 gene were subjected to direct dideoxy sequence analysis by asymmetric amplification using the polymerase chain reaction (PCR) to generate a single stranded product amplified from this DNA sample. Shuldiner, et at., Handbook of Techniques in Endocrine Research, p. 457–486, DePablo, F., Scanes, C., eds., Academic Press, Inc., 1993. Fluorescent dye was attached for automated sequencing using the Taq Dye Terminator Kit (PERKIN-ELMER® cat# 401628). DNA sequencing was performed in both forward and reverse directions on an Applied Biosystems, Inc. (ABI) automated sequencer (Model 377). The software used for analysis of the resulting data was "Sequence Navigator" purchased through ABI.

1. Polymerase Chain Reaction (PCR) Amplification

Genomic DNA (100 nanograms) extracted from white blood cells of five normal subjects. Each of the five samples was sequenced end to end. Each sample was amplified in a final volume of 25 microliters containing 1 microliter (100 nanograms) genomic DNA, 2.5 microliters 10X PCR buffer (100 mM Tris, pH 8.3, 500 mM KCl, 1.2 mM MgCl$_2$), 2.5 microliters 10X dNTP mix (2 mM each nucleotide), 2.5 microliters forward primer, 2.5 microliters reverse primer, and 1 microliter Taq polymerase (5 units), and 13 microliters of water.

The primers in Table II, below were used to carry out amplification of the various sections of the BRCA1 gene samples. The primers were synthesized on an DNA/RNA Synthesizer Model 394®.

### TABLE II

BRCA1 PRIMERS AND SEQUENCING DATA

| EXON | | SEQUENCE | SEQ. ID NO. | MER | MG$^2$ + 1 | SIZE |
|---|---|---|---|---|---|---|
| EXON 2 | 2F | 5' GAA GTT GTC ATT TTA TAA ACC TTT-3' | 3 | 24 | 1.6 | ~275 |
| | 2R | 5' TFT CTT TTC TTC CCT AGT ATG 5-3' | 4 | 22 | | |
| EXON 3 | 3F | 5' TCC TGA CAC AGC AGA CAT TTA-3' | 5 | 21 | 1.4 | ~375 |
| | 3R | 5' TTG GAT TTT CGT TCT CAC TTA-3' | 6 | 21 | | |
| EXON 5 | 5F | 5' CTC TTA AGG GCA GTT GTG AG-3' | 7 | 20 | 1.2 | ~275 |
| | ¹5R | 5' TTC CTA CTG TGG TTG CTT CC | 8 | 20* | | |
| EXON 6 | 6/7F | 5' CTT ATT TTA GTG TCC TTA AAA GG-3' | 9 | 23 | 1.6 | ~250 |
| | 6R | 5' TTT CAT GGA CAG CAC TTT AGT ATG AGT G-3' | 10 | 22 | | |
| EXON 7 | 7F | 5' CAC AAC AA GAG CAT ACA TAG GG-3' | 11 | 23 | 1.5 | ~275 |
| | 6/7R | 5' TCG GGT TCA CTC TGT AGA AG-3' | 12 | 20 | | |
| EXON 8 | 8F1 | 5' TTC TCT TCA GGA GGA AAA GCA-3' | 13 | 21 | 1.2 | ~270 |
| | 8R1 | 5' GCT GCC TAC CAC AAA TAC AAA-3' | 14 | 21 | | |
| EXON 9 | 9F | 5' CCA CAG TAG ATG CTC AGT AAATA-3' | 15 | 23 | 1.2 | ~250 |
| | 9R | 5' TAG GAA AAT ACC AGC TTC ATA GA-3' | 16 | 23 | | |
| EXOM 10 | 10F | 5' TGG TCA GCT TTC TGT AAT CG-3' | 17 | 20 | 1.6 | ~250 |
| | 10R | 5' GTA TCT ACC CAC TCT CTT CTT CAG-3' | 18 | 24 | | |
| EXON 11A | 11AF | 5' CCA CCT CCA AGG TGT ATC A-3' | 19 | 19 | 1.2 | 372 |
| | 11AR | 5' TGT TAT GTT GGC TCC TTG CT-3' | 20 | 20 | | |
| EXON 11B | 11BF1 | 5' CAC TAA AGA CAG AAT GAA TCT A-3; | 21 | 21 | 1.2 | ~400 |
| | 11BR1 | 5' GAA GAA CCA GAA TAT TCA TCT A-3' | 22 | 21 | | |
| EXON 11C | 11CF1 | 5' TGA TGG GGA GTC TGA ATC AA-3' | 23 | 20 | 1.2 | ~400 |
| | 11CR1 | 5' TCT GCT TTC TTG ATA AAA TCC T-3' | 24 | 22 | | |
| EXON 11D | 11DF1 | 5' AGC GTC CCC TCA CAA ATA AA-3' | 25 | 20 | 1.2 | ~400 |
| | 11DR1 | 5' TCA AGC GCA TGA ATA TGC CT-3' | 26 | 20 | | |
| EXON 11E | 11EF | 5' GTA TAA GCA ATA TGG AAC TCG A-3' | 27 | 22 | 1.2 | 388 |
| | 11ER | 5' TTA AGT TCA CTG GTA TTT GAA CA-3' | 28 | 23 | | |
| EXON 11F | 11FF | 5' GAC AGC GAT ACT TTC CCA GA-3' | 29 | 20 | 1.2 | 382 |
| | 11FR | 5' TGG AAC AAC CAT GAA TTA GTC-3' | 30 | 21 | | |
| EXON 11G | 11GF | 5' GGA AGT TAG CAC TCT AGG GA-3' | 31 | 20 | 1.2 | 423 |
| | 11GR | 5' GCA GTG ATA TTA ACT GTC TGT A-3' | 32 | 22 | | |
| EXON 11H | 11HF | 5' TGG GTC CTT AAAGAA ACA AAGT-3' | 33 | 22 | 1.2 | 366 |
| | 11HR | 5' TCA GGT GAC ATT GAA TCT TCC-3' | 34 | 21 | | |
| EXON 11I | 11IF | 5' CCA CTT TTT CCC ATC AAG TCA-3' | 35 | 21 | 1.2 | 377 |
| | 11IR | 5' TCA GGA TGC TTA CAA TTA CTT C-3' | 36 | 21 | | |
| EXON 11J | 11JF | 5' CAA AAT TGA ATG CTA TGC TAA GA-3' | 37 | 23 | 1.2 | 377 |
| | 11JR | 5' TCG GTA ACC CTG AGC CAA AT-3' | 38 | 20 | | |
| EXON 11K | 11KF | 5' GCA AAAGCG TCC AGA AAG GA-3' | 39 | 20 | 1.2 | 396 |
| | 11KR-1 | 5' TAT TTG CAG TCA AGT CTT CCA A-3' | 40 | 22 | | |
| EXON 11L | 11LF-1 | 5' GTA ATA TTG GCA AAG GCA TCT-3' | 41 | 22 | 1.2 | 360 |
| | 11LR | 5' TAA AAT GTG CTC CCC AAA AGC A-3' | 42 | 22 | | |
| EXON 12 | 12F | 5' GTC CTG CCA ATG AGA AGA AA-3' | 43 | 20 | 1.2 | ~300 |
| | 12R | 5' TGT CAG CAA ACC TAA GAA TGT-3' | 44 | 21 | | |
| EXON 13 | 13F | 5' AAT GGA AAG CTT CTC AAAGTA-3' | 45 | 21 | 1.2 | ~325 |
| | 13R | 5' ATG TTG GAG CTA GGT CCT TAC-3' | 46 | 21 | | |
| EXON 14 | 14F | 5' CTA ACC TGA ATT ATC ACT ATC A-3' | 47 | 22 | 1.2 | ~310 |
| | 14R | 5' GTG TAT AAATGC CTG TAT GCA-3' | 48 | 21 | | |

TABLE II-continued

BRCA1 PRIMERS AND SEQUENCING DATA

| EXON | SEQUENCE | | SEQ. ID NO. | MER | MG$^2$ + 1 | SIZE |
|---|---|---|---|---|---|---|
| EXON 15 | 15F | 5' TGG CTG CCC AGG AAG TAT G-3' | 49 | 19 | 1.2 | ~375 |
| | 15R | 5' AAC CAG AAT ATC TTT ATG TAG GA-3' | 50 | 23 | | |
| EXON 16 | 16F | 5' AAT TCT TAA CAG AGA CCA GAA C-3' | 51 | 22 | 1.6 | ~550 |
| | 16R | 5' AAA ACT CTT TCC AGA ATG TTG 5-3' | 52 | 22 | | |
| EXON 17 | 17F | 5' GTG TAG AAC GTG CAG GAT TG-3' | 53 | 20 | 1.2 | ~275 |
| | 17R | 5' TCG CCT CAT GTG GTT TTA-3' | 54 | 18 | | |
| EXON 18 | 18F | 5' GGC TCT TTA GCT TCT TAG GAC-3' | 55 | 21 | 1.2 | ~350 |
| | 18R | 5' GAG ACC ATT TTC CCA GCA TC-3' | 56 | 20 | | |
| EXON 19 | 19F | 5' CTG TCA TTC TTC CTG TGC TC-3' | 57 | 20 | 1.2 | ~250 |
| | 19R | 5' CAT TGT TAA GGA AAG TGG TGC-3' | 58 | 21 | | |
| EXON 20 | 20F | 5' ATA TGA CGT GTC TGC TCC AC-3' | 59 | 20 | 1.2 | ~425 |
| | 20R | 5' GGG AAT CCA AAT TAC ACA GC-3' | 60 | 20 | | |
| EXON 21 | 21F | 5' AAG CTC TTC CTT TTT GAA AGT C-3' | 61 | 22 | 1.6 | ~300 |
| | 21R | 5' GTA GAG AAA TAG AAT AGC CTC T-3' | 62 | 22 | | |
| EXON 22 | 22F | 5' TCC CAT TGA GAG GTC TTG CT-3' | 63 | 20 | 1.6 | ~300 |
| | 22R | 5' GAG AAG ACT TCT GAG GCT AC-3' | 64 | 20 | | |
| EXON 23 | 23F-1 | 5' TGA AGT GAC AGT TCC AGT AGT-3' | 65 | 21 | 1.2 | ~250 |
| | 23R-1 | 5' CAT TTT AGC CAT TCA TTC AAC AA-3' | 66 | 23 | | |
| EXON 24 | 24F | 5' ATG AAT TGA CAC TAA TCT CTG C-3' | 67 | 22 | 1.4 | ~285 |
| | 24R | 5' GTA GCC AGG ACA GTA GAA GGA-3' | 68 | 2.1 | | |

Thirty-five cycles were performed, each consisting of denaturing (95° C.; 30 seconds), annealing (55° C.; 1 minute), and extension (72° C.; 90 seconds), except during the first cycle in which the denaturing time was increased to 5 minutes, and during the last cycle in which the extension time was increased to 5 minutes.

PCR products were purified using QIA-QUICK® PCR purification kits (QIAGEN, cat# 28104; Chatsworth, Calif.). Yield and purity of the PCR product determined spectro-photometrically at OD$_{260}$ on a Beckman DU 650 spectro-photometer.

2. Dideoxy Sequence Analysis

Fluorescent dye was attached to PCR products for auto-mated sequencing using the Taq Dye Terminator Kit (PERKIN-ELMER® cat#401628). DNA sequencing was performed in both forward and reverse directions on an Applied Biosystems, Inc. (ABI) Foster City, Calif., auto-mated sequencer (Model 377). The software used for analy-sis of the resulting data was "SEQUENCE NAVIGATOR®" purchased through ABI.

3. Results

Differences in the nucleic acids of the five normal indi-viduals were found in seven locations on the gene. The changes and their positions are found on TABLE III, below.

TABLE III

NORMAL PANEL TYPING

| AMINO ACID CHANGE | EXON | 1 | 2 | 3 | 4 | 5 | FREQUENCY |
|---|---|---|---|---|---|---|---|
| SER(SER) (694) | 11E | C/C | C/T | C/T | T/T | T/T | 0.4 C 0.6 T |
| LEU(LEU) (771) | 11F | T/T | C/T | C/T | C/C | C/C | 0.4 T 0.6 C |
| PRO(LEU) (871) | 11G | C/T | C/T | C/T | T/T | T/T | 0.3 C 0.7 T |
| GLU(GLY) (1038) | 11I | A/A | A/G | A/G | G/G | G/G | 0.4 A 0.6 G |
| LYS(ARG) (1183) | 11J | A/A | A/G | A/G | G/G | G/G | 0.4 A 0.6 G |
| SER(SER) (1436) | 13 | T/T | T/T | T/C | C/C | C/C | 0.5 T 0.5 T |
| SER(GLY) (1613) | 16 | A/A | A/G | A/G | G/G | G/G | 0.4 A 0.6 G |

A consensus normal sequence of the BRCA1 gene was determined by calculating the percentage of occurrence of each polymorphism and inserting the more frequently occur-ring polymorphism into the published BRCA1 (Genbank Accession Number U15595). The normal consensus BRCA1$^{(omi)}$ is shown as SEQ. ID NO. 1 at page 29.

The data show that for each of the samples, the BRCA1 gene is identical except in the region of seven polymor-phisms. These polymorphic regions, together with their locations, the amino acid groups of each codon, the fre-quency of their occurence and the amino acid coded for by each codon are found in TABLE IV below.

5,654,155

13                                                                                          14

TABLE IV

CODON AND BASE CHANGES IN SEVEN POLYMORPHIC SITES OF BRCA1 NORMAL GENE

| SAMPLE NUMBER | BASE CHANGE | POSITION | EXON | CODON CHANGE | AA CHANGE | PUBLISHED FREQUENCY | [2]REFERENCES |
|---|---|---|---|---|---|---|---|
| 2, 3, 4, 5 | C-T | 2201 | 11E | AGC(AGT) | SER—SER (694) | C | UNPUBLISHED |
| 2, 3, 4, 5 | T-C | 2430 | 11F | TTG(CTG) | LEU—LEU (771) | T = 67% | 13 |
| 1, 2, 3, 4, 5 | C-T | 2731 | 11G | CCG(CTG) | PRO—LEU (871) | T = 66% | 12 |
| 2, 3, 4, 5 | A-G | 3232 | 11I | GAA(GGA) | GLU—GLY (1038) | A = 67% | 13 |
| 2, 3, 4, 5 | A-G | 3667 | 11J | AAA(AGA) | LYS—ARG (1183) | A = 68% | 12 |
| 3, 4, 5 | T-C | 4427 | 13 | TCT(TCC) | SER—SER (1436) | T = 67% | 12 |
| 2, 3, 4, 5 | A-G | 4956 | 16 | AGT(GGT) | SER—GLY (1613) | A = 67% | 12 |

[2]Reference numbers correspond To The Table Of References on Page 28.

EXAMPLE 2

Determination of a Normal Individual Using BRCA1$^{(omi)}$ and the Seven Polymorphisms for Reference

A person skilled in the art of genetic susceptibility testing will find the present invention useful for:

a) identifying individuals having a normal BRCA1 gene, who are therefore not at risk or have no increased susceptibility to breast or ovarian cancer from a BRCA1 mutation;

b) avoiding misinterpretation of normal polymorphisms found in the normal BRCA1 gene;

Sequencing is carried out as in EXAMPLE 1 using a blood sample from the patient in question. However, the BRCA1$^{(omi)}$ sequence is used for reference and polymorphic sites are compared to the nucleic acid sequences listed above for normal codons at each polymorphic site. A normal sample is one which compares to the BRCA1$^{(omi)}$ sequence and contains one of the normal base variations which occur at each of the polymorphic sites. The codons which occur at each of the polymorphic sites are paired below.

AGC and AGT at position 2201,

TTG and CTG at position 2430,

CCG and CTG at position 2731,

GAA and GGA at position 3232,

AAA and AGA at position 3667,

TCT and TCC at position 4427, and

AGT and GGT at position 4956.

The availability of these polymorphic pairs provides added assurance that one skilled in the art can correctly interpret the polymorphic variations without mistaking a normal variation for a mutation.

Exon 11 of the BRCA1 gene is subjected to direct dideoxy sequence analysis by asymmetric amplification using the polymerase chain reaction (PCR) to generate a single stranded product amplified from this DNA sample. As Shuldiner, et al., Handbook of Techniques in Endocrine Research, p. 457–486, DePablo, F., Scanes, C., eds., Academic Press, Inc., 1993. Fluorescent dye is attached for automated sequencing using the Taq Dye Terminator Kit (PERKIN-ELMER® cat# 401628). DNA sequencing is performed in both forward and reverse directions on an Applied Biosystems, Inc. (ABI) automated Sequencer (Model 377).

The software used for analysis of the resulting data is "SEQUENCE NAVIGATOR®" purchased through ABI.

1. Polymer Chain Reaction (PCR) Amplification

Genomic DNA (100 nanograms) extracted from white blood cells of the subject is amplified in a final volume of 25 microliters containing 1 microliter (100 nanograms) genomic DNA, 2.5 microliters 10X PCR buffer (100 mM Tris, pH 8.3, 500 mM KCl, 1.2 mM MgCl$_2$), 2.5 microliters 10X dNTP mix (2 mM each nucleotide), 2.5 microliters forward primer (BRCA1-11K-F, 10 micromolar solution), 2.5 microliters reverse primer (BRCA1-11K-R, 10 micromolar solution),and 1 microliter Taq polymerase (5 units), and 13 microliters of water. The PCR primers used to amplify a patient's sample BRCA1 gene are listed in Table II. The primers were synthesized on an DNA/RNA Synthesizer Model 394®. Thirty-five cycles are of amplification are performed, each consisting of denaturing (95° C.; 30 seconds), annealing (55° C.; 1 minute), and extension (72° C.; 90 seconds), except during the first cycle in which the denaturing time is increased to 5 minutes, and during the last cycle in which the extension time is increased to 5 minutes.

PCR products are purified using QIA-QUICK® PCR purification kits (QIAGEN®, cat# 28104; Chatsworth, Calif.). Yield and purity of the PCR product determined spectrophotometrically at OD$_{260}$ on a Beckman DU 650 spectrophotometer.

2. Dideoxy Sequence Analysis

Fluorescent dye is attached to PCR products for automated sequencing using the Taq Dye Terminator Kit (PERKIN-ELMER® cat# 401628). DNA sequencing is performed in both forward and reverse directions on an Applied Biosystems, Inc. (ABI) Foster City, Calif., automated sequencer (Model 377). The software used for analysis of the resulting data is "SEQUENCE NAVIGATOR®" purchased through ABI. The BRCA1$^{(omi)}$ sequence is entered into the Sequence Navigator software as the Standard for comparison. The Sequence Navigator software compares the sample sequence to the BRCA1$^{(omi)}$ standard, base by base. The Sequence Navigator highlights all differences between the BRCA1$^{(omi)}$ (SEQ ID. NO: 1) consensus normal DNA sequence and the patient's sample sequence.

A first technologist checks the computerized results by comparing visually the BRCA1$^{(omi)}$ standard against the patient's sample, and again highlights any differences between the standard and the sample. The first primary technologist then interprets the sequence variations at each

A000114

5,654,155

15

position along the sequence. Chromatograms from each sequence variation are generated by the Sequence Navigator and printed on a color printer. The peaks are interpreted by the first primary technologist and a second primary technologist. A secondary technologist then reviews the chromatograms. The results are finally interpreted by a geneticist. In each instance, a variation is compared to known normal polymorphisms for position and base change. If the sample BRCA1 sequence matches the BRCA1$^{(omi)}$ standard, with only variations within the known list of polymorphisms, it is interpreted as a normal gene sequence.

EXAMPLE 3

Determining the Presence of a Mutation in the BRCA1 Gene Using BRCA1$^{(omi)}$ and Seven Polymorphisms for Reference

A person skilled in the art of genetic susceptibility testing will find the present invention useful for determining the presence of a known or previously unknown mutation in the BRCA1 gene. A list of mutations of BRCA1 is publicly available in the Breast Cancer Information Core at: http://www.nchgr.nih.gov/dir/lab_transfer/bic. This data site became publicly available on Nov. 1, 1995. Friend, S. et al. Nature Genetics 11:238, (1995). Sequencing is carried out as in EXAMPLE 1 using a blood sample from the patient in question. However, the BRCA$^{(omi)}$ (SEQ ID NO: 1) sequence is used for reference and polymorphic sites are compared to the nucleic acid sequences listed above for normal codons at each polymophic site. A normal sample is one which compares to the BRCA1$^{(omi)}$ sequence and contains one of the normal base variations which occur at each of the polymorphic sites. The codons which occur at each of the polymorphic sites are paired bellow.

AGC and AGT at position 2201,

TTG and CTG at position 2430,

CCG and CTG at position 2731,

GAA and GGA at position 3232,

AAA and AGA at position 3667,

TCT and TCC at position 4427, and

AGT and GGT at position 4956.

The availability of these polymorphic pairs provides added assurance that one skilled in the art can correctly interpret the polymorphic variations without mistaking a normal variation for a mutation.

As evident from the data in Table III and IV, the statistical analysis (on average) shows one or more normal codon pairs wherein the codons occur in the following frequencies in the normal population, respectively:

at position 2201, AGC and AGT occur at frequencies of about 40%, and from about 55–65%, respectively;

at position 2430, TTG and CTG occur at frequencies from about 35–45%, and from about 55–65%, respectively;

at position 2731, CCG and CTG occur at frequencies from about 25–35%, and from about 65–75%, respectively;

at position 3232, GAA and GGA occur at frequencies from about 35–45%, and from about 55–65%, respectively;

at position 3667, AAA and AGA occur at frequencies from about 35–45%, and from about 55–65%, respectively;

at position 4427, TCT and TCC occur at frequencies from about 45–55%, and from about 45–55%, respectively; and

16

at position 4956, AGT and GGT occur at frequencies from about 35–45%, and from about 55–65%, respectively.

Exon 11 of the BRCA1 gene is subjected to direct dideoxy sequence analysis by asymmetric amplification using the polymerase chain reaction (PCR) to generate a single stranded product amplified from this DNA sample. Shuldiner, et al., Handbook of Techniques in Endocrine Research, p. 457–486, DePablo, F., Scanes, C., eds., Academic Press, Inc., 1993. Fluorescent dye is attached for automated sequencing using the Taq Dye Terminator Kit (PERKIN-ELMER® cat# 401628). DNA sequencing is performed in both forward and reverse directions on an Applied Biosystems, Inc. (ABI) automated sequencer (Model 377) The software used for analysis of the resulting data is "SEQUENCE NAVIGATOR®" purchased through ABI

1. Polymerase Chain Reaction (PCR) Amplification

Genomic DNA (100 nanograms) extracted from white blood cells of the subject is amplified in a final volume of 25 microliters containing 1 microliter (100 nanograms) genomic DNA, 2.5 microliters 10X PCR buffer (100 mM Tris, pH 8.3, mM KCl, 1.2 mM MgCl$_2$), 2.5 microliters 10X dNTP mix (2 mM each nucleotide), 2.5 microliters forward primer (BRCA1-11K-F, 10 micromolar solution), 2.5 microliters reverse primer (BRCA1-11K-R, 10 micromolar solution),and 1 microliter Taq polymerase (5 units), and 13 microliters of water. The PCR primers used to amplify a patient's sample BRCA1 gene are listed in Table II. The primers were synthesized on an DNA/RNA Synthesizer Model 394®. Thirty-five cycles are of amplification are performed, each consisting of denaturing (95° C. 30 seconds), annealing (55° C. 1 minute), and extension (72° C.; 90 seconds), except during the first cycle in which the denaturing time is increased to 5 minutes, and during the last cycle in which the extension time is increased to 5 minutes.

PCR products are purified using QIA-QUICK® PCR purification kits (QIAGEN®, cat# 28104; Chatsworth, Calif.). Yield and purity of the PCR product determined spectrophotometrically at OD$_{260}$ on a Beckman DU 650 spectrophotometer.

2. Dideoxy Sequence Analysis

Fluorescent dye is attached to PCR products for automated sequencing using the Taq Dye Terminator Kit (PERKIN-ELMER® cat# 401628). DNA sequencing is performed in both forward and reverse directions on an Applied Biosystems, Inc. (ABI) Foster City, Calif., automated sequencer (Model 377). The software used for analysis of the resulting data is "SEQUENCE NAVIGATOR®" purchased through ABI. The BRCA1$^{(omi)}$ sequence (SEQ ID. NO: 1) is entered into the Sequence Navigator software as the Standard for comparison. The Sequence Navigator software compares the sample sequence to the BRCA1$^{(omi)}$ standard (SEQ ID NO: 1), base by base. The Sequence Navigator highlights all differences between the BRCA1$^{(omi)}$ consensus normal DNA sequence and the patient's sample sequence.

A first technologist checks the computerized results by comparing visually the BRCA1$^{(omi)}$ standard (SEQ ID. NO: 1) against the patient's sample, and again highlights any differences between the standard and the sample. The first primary technologist then interprets the sequence variations at each position along the sequence. Chromatograms from each sequence variation are generated by the Sequence Navigator and printed on a color printer. The peaks are interpreted by the first primary technologist and also by a second primary technologist. A secondary technologist then reviews the chromatograms. The results are finally interpreted by a geneticist. In each instance, a variation is

5,654,155

**17**

compared to known normal polymorphisms for position and base change. If the sample BRCA1 sequence matches the BRCA1$^{(omi)}$ standard, with only variations within the known list of polymorphisms, it is interpreted as a normal gene sequence. Mutations are noted by the length of non-matching variation. Such a lengthy mismatch pattern occurs with deletions and substitutions. An alteration such as a base substitution at a single position will be noted as a single mismatch between the standard and the patient's gene sample.

EXAMPLE 4

Determining the Presence of a Mutation in the
BRCA1 Gene Using BRCA1$^{(omi)}$ and Seven
Polymorphisms for Reference

A person skilled in the art of genetic susceptibility testing will find the present invention useful for determining the presence of a known or previously unknown mutation in the BRCA1 gene. A list of mutations of BRCA1 is publicly available in the Breast Cancer Information Core at: http:// www.nchgr.nih.gov/dir/lab_transfer/bic. This data site became publicly available on Nov. 1, 1995. Friend, S. et al. *Nature Genetics* 11:238, (1995). In this example, a mutation in exon 11 is characterized by amplifying the region of the mutation with a primer which matches the region of the mutation. Exon 11 of the BRCA1 gene is subjected to direct dideoxy sequence analysis by asymmetric amplification using the polymerase chain reaction (PCR) to generate a single stranded product amplified from this DNA sample. Shuldiner, et al., Handbook of Techniques in Endocrine Research, p. 457–486, DePablo, F., Scanes, C., eds., Academic Press, Inc., 1993. Fluorescent dye is attached for automated sequencing using the Taq Dye Terminator Kit (Perkin-Elmer® cat# 401628). DNA sequencing is performed in both forward and reverse directions on an Applied Biosystems, Inc. (ABI) automated sequencer (Model 377). The software used for analysis of the resulting data is "Sequence Navigator" purchased through ABI. 1. Polymerase Chain Reaction (PCR) Amplification Genomic DNA (100 nanograms) extracted from white blood cells of the subject is amplified in a final volume of 25 microliters containing 1 microliter (100 nanograms) genomic DNA, 2.5 microliters 10X PCR buffer (100 mM Tris, pH 8.3, 500 mM KCl, 1.2 mM MgCl$^2$), 2.5 microliters 10X dNTP mix (2 mM each nucleotide), 2.5 microliters forward primer (BRCA1-11K-F, 10 micromolar solution), 2.5 microliters reverse primer (BRCA1-11K-R, 10 micromolar solution), and 1 microliter Taq polymerase (5 units), and 13 microliters of water. The PCR primers used to amplify segment K of exon 11 (where the mutation is found) are as follows:

    BRCA1-11K-F: 5'-GCA AAA GCG TCC AGA AAG
    GA-3' SEQ ID NO: 69
    BRCA1-11K-R: 5'-AGT CTT CCA ATT CAC TGC AC-3'
    SEQ ID NO: 70

The primers are synthesized on an DNA/RNA Synthesizer Model 394®. Thirty-five cycles are performed, each consisting of denaturing (95° C. 30 seconds), annealing (55° C.; 1 minute), and extension (72° C.; 90 seconds), except during the first cycle in which the denaturing time is increased to 5 minutes, and during the last cycle in which the extension time is increased to 5 minutes. PCR products are purified using QIA-QUICK® PCR purification kits (Qiagen®, cat# 28104; Chatsworth, Calif.). Yield and purity of the PCR product determined spectrophotometrically at OD$_{260}$ on a Beckman DU 650 spectrophotometer.

  2. Dideoxy Sequence Analysis

**18**

Fluorescent dye is attached to PCR products for automated sequencing using the Taq Dye Terminator Kit (PERKIN-ELMER® Cat # 401628). DNA sequencing is performed in both forward and reverse directions on an Applied Biosystems, Inc. (ABI) Foster City, Calif., automated sequencer (Model 377). The software used for analysis of the resulting data is "SEQUENCE NAVIGATOR" purchased through ABI. The BRCA1$^{(omi)}$ sequence is entered into the SEQUENCE Navigator software as the Standard for comparison. The Sequence Navigator software compares the sample sequence to the BRCA1$^{(omi)}$ standard (SEQ ID. NO: 1), base by base. The Sequence Navigator highlights all differences between the BRCA1$^{(omi)}$ (SEQ ID. NO: 1) consensus normal DNA sequence and the patient's sample sequence.

A first technologist checks the computerized results by comparing visually the BRCA1$^{(omi)}$ standard against the patient's sample, and again highlights any differences between the standard and the sample. The first primary technologist then interprets the sequence variations at each position along the sequence. Chromatograms from each sequence variation are generated by the Sequence Navigator and printed on a color printer. The peaks are interpreted by the first primary technologist and a second primary technologist. A secondary technologist then reviews the chromatograms. The results are finally interpreted by a geneticist. In each instance, a variation is compared to known normal polymorphisms for position and base change. The seven known polymorphisms which occur in the Consensus Normal DNA sequence are:

    AGC and AGT at position 2201,
    TTG and CTG at position 2430,
    CCG and CTG at position 2731,
    GAA and GGA at position 3232,
    AAA and AGA at position 3667,
    TCT and TCC at position 4427, and
    AGT and GGT at position 4956.

Mutations are noted by the length of non-matching variation. Such a lengthy mismatch pattern occurs with deletions and substitutions.

  5. Result

Using the above PCR amplification and standard fluorescent sequencing technology, The 3888delGA mutation may be found. The 3888delGA mutation The BRCA1 gene lies in segment "K" of exon 11. The DNA sequence results demonstrate the presence of a two base pair deletion at nucleotides 3888 and 3889 of the published BRCA1$^{(omi)}$ sequence. This mutation interrupts the normal reading frame of the BRCA1 transcript, resulting in the appearance of an in-frame terminator (TAG) at codon position 1265. This mutation is, therefore, predicted to result in a truncated, and most likely, non-functional protein. The formal name of the mutation will be 3888delGA. This mutation is named in accordance with the suggested nomenclature for naming mutations, Baudet, A et al., *Human Mutation* 2:245–248, (1993).

TABLE OF REFERENCES

1. Sanger, F., et al., J. Mol. Biol. 42:1617, (1980).
2. Beaucage, et al., Tetrahedron Letters 22:1859–1862, (1981).
3. Maniatis, et. al. in Molecular Cloning: A Laboratory Manual, Cold Spring Harbor, NY, p 280–281, (1982).
4. Conner, et. al., Proc. Natl. Acad. Sci. U.S.A. 80:278, (1983)
5. Saiki, et. al., Bio/Technology 3:1008–1012, (1985)

A000116

5,654,155

| 19 | 20 |
|---|---|
| -continued | -continued |

TABLE OF REFERENCES

6. Landgren, et. al., Science 241:1007, (1988).
7. Landgren, et. al., Science 242:229–237, (1988).
8. PCR. A Practical Approach, ILR Press, Eds. M. J. McPherson, P. Quirke, and G. R. Taylor, (1992).
9. Easton et al., American Journal of Human Genetics 52:678–701, (1993).
10. U.S. Pat. No. 4,458,066.
11. Rowell, S., et al., American Journal of Human Genetics 55:861–865, (1994)
12. Miki, Y. et al., Science 266:66–71, (1994).
13. Friedman, L. et al., Nature Genetics 8:399–404, (1994).

TABLE OF REFERENCES

14. Baudet, A et al., Human Mutation 2:245–248, (1993).
15. Friend, S. et al. Nature Genetics 11:238, (1995).

Although the invention has been described with reference to the presently preferred embodiments, it should be understood that various modifications can be made without departing from the spirit of the invention. Accordingly, the invention is limited only by the following claims.

SEQUENCE LISTING

( 1 ) GENERAL INFORMATION:

    ( i i i ) NUMBER OF SEQUENCES: 74

( 2 ) INFORMATION FOR SEQ ID NO:1:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 5711 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: Not Relevant
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: cDNA

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens
        ( B ) STRAIN: BRCA1

    ( v i i i ) POSITION IN GENOME:
        ( A ) CHROMOSOME/SEGMENT: 17
        ( B ) MAP POSITION: 17q21

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:1:

```
AGCTCGCTGA  GACTTCCTGG  ACCCCGCACC  AGGCTGTGGG  GTTTCTCAGA  TAACTGGGCC       60

CCTGCGCTCA  GGAGGCCTTC  ACCCTCTGCT  CTGGGTAAAG  TTCATTGGAA  CAGAAAGAAA      120

TGGATTTATC  TGCTCTTCGC  GTTGAAGAAG  TACAAAATGT  CATTAATGCT  ATGCAGAAAA      180

TCTTAGAGTG  TCCCATCTGT  CTGGAGTTGA  TCAAGGAACC  TGTCTCCACA  AAGTGTGACC      240

ACATATTTTG  CAAATTTTGC  ATGCTGAAAC  TTCTCAACCA  GAAGAAAGGG  CCTTCACAGT      300

GTCCTTTATG  TAAGAATGAT  ATAACCAAAA  GGAGCCTACA  AGAAAGTACG  AGATTTAGTC      360

AACTTGTTGA  AGAGCTATTG  AAAATCATTT  GTGCTTTTCA  GCTTGACACA  GGTTTGGAGT      420

ATGCAAACAG  CTATAATTTT  GCAAAAAAGG  AAAATAACTC  TCCTGAACAT  CTAAAAGATG      480

AAGTTTCTAT  CATCCAAAGT  ATGGGCTACA  GAAACCGTGC  CAAAAGACTT  CTACAGAGTG      540

AACCCGAAAA  TCCTTCCTTG  CAGGAAACCA  GTCTCAGTGT  CCAACTCTCT  AACCTTGGAA      600

CTGTGAGAAC  TCTGAGGACA  AAGCAGCGGA  TACAACCTCA  AAAGACGTCT  GTCTACATTG      660

AATTGGGATC  TGATTCTTCT  GAAGATACCG  TTAATAAGGC  AACTTATTGC  AGTGTGGGAG      720

ATCAAGAATT  GTTACAAATC  ACCCCTCAAG  GAACCAGGGA  TGAAATCAGT  TTGGATTCTG      780

CAAAAAAGGC  TGCTTGTGAA  TTTTCTGAGA  CGGATGTAAC  AAATACTGAA  CATCATCAAC      840

CCAGTAATAA  TGATTTGAAC  ACCACTGAGA  AGCGTGCAGC  TGAGAGGCAT  CCAGAAAAGT      900

ATCAGGGTAG  TTCTGTTTCA  AACTTGCATG  TGGAGCCATG  TGGCACAAAT  ACTCATGCCA      960

GCTCATTACA  GCATGAGAAC  AGCAGTTTAT  TACTCACTAA  AGACAGAATG  AATGTAGAAA     1020
```

A000117

5,654,155

21                                                         22

-continued

```
AGGCTGAATT CTGTAATAAA AGCAAACAGC CTGGCTTAGC AAGGAGCCAA CATAACAGAT    1080

GGGCTGGAAG TAAGGAAACA TGTAATGATA GGCGGGACTCC CAGCACAGAA AAAAAGGTAG    1140

ATCTGAATGC TGATCCCCTG TGTGAGAGAA AAGAATGAAA TAAGCAGAAA CTGCCATGCT    1200

CAGAGAATCC TAGAGATACT GAAGATGTTC CTTGGATAAC ACTAAATAGC AGCATTCAGA    1260

AAGTTAATGA GTGGTTTTCC AGAAGTGATG AACTGTTAGG TTCTGATGAC TCACATGATG    1320

GGGAGTCTGA ATCAAATGCC AAAGTAGCTG ATGTATTGGA CGTTCTAAAT GAGGTAGATG    1380

AATATTCTGG TTCTTCAGAG AAAATAGACT TACTGGCCAG TGATCCTCAT GAGGCTTTAA    1440

TATGTAAAAG TGAAAGAGTT CACTCCAAAT CAGTAGAGAG TAATATTGAA GACAAAATAT    1500

TTGGGAAAAC CTATCGGAAG AAGGCAAGCC TCCCCAACTT AAGCCATGTA ACTGAAAATC    1560

TAATTATAGG AGCATTTGTT ACTGAGCCAC AGATAATACA AGAGCGTCCC CTCACAAATA    1620

AATTAAAGCG TAAAAGGAGA CCTACATCAG GCCTTCATCC TGAGGATTTT ATCAAGAAAG    1680

CAGATTTGGC AGTTCAAAAG ACTCCTGAAA TGATAAATCA GGGAACTAAC CAAACGGAGC    1740

AGAATGGTCA AGTGATGAAT ATTACTAATA GTGGTCATGA GAATAAAACA AAAGGTGATT    1800

CTATTCAGAA TGAGAAAAAT CCTAACCCAA TAGAATCACT CGAAAAAGAA TCTGCTTTCA    1860

AAACGAAAGC TGAACCTATA AGCAGCAGTA TAAGCAATAT GGAACTCGAA TTAAATATCC    1920

ACAATTCAAA AGCACCTAAA AAGAATAGGC TGAGGAGGAA GTCTTCTACC AGGCATATTC    1980

ATGCGCTTGA ACTAGTAGTC AGTAGAAATC TAAGCCCACC TAATTGTACT GAATTGCAAA    2040

TTGATAGTTG TTCTAGCAGT GAAGAGATAA AGAAAAAAAA GTACAACCAA ATGCCAGTCA    2100

GGCACAGCAG AAACCTACAA CTCATGGAAG GTAAAGAACC TGCAACTGGA GCCAAGAAGA    2160

GTAACAAGCC AAATGAACAG ACAAGTAAAA GACATGACAG TGATACTTTC CCAGAGCTGA    2220

AGTTAACAAA TGCACCTGGT TCTTTTACTA AGTGTTCAAA TACCAGTGAA CTTAAAGAAT    2280

TTGTCAATCC TAGCCTTCCA AGAGAAGAAA AAGAAGAAAA ACTAGAAACA GTTAAAGTGT    2340

CTAATAATGC TGAAGACCCC AAAGATCTCA TGTTAAGTGG AGAAAGGGTT TTGCAAACTG    2400

AAAGATCTGT AGAGAGTAGC AGTATTTCAC TGGTACCTGG TACTGATTAT GGCACTCAGG    2460

AAAGTATCTC GTTACTGGAA GTTAGCACTC TAGGGAAGGC AAAAACAGAA CCAAATAAAT    2520

GTGTGAGTCA GTGTGCAGCA TTTGAAAACC CCAAGGGACT AATTCATGGT TGTTCCAAAG    2580

ATAATAGAAA TGACACAGAA GGCTTTAAGT ATCCATTGGG ACATGAAGTT AACCACAGTC    2640

GGGAAACAAG CATAGAAATG GAAGAAAGTG AACTTGATGC TCAGTATTTG CAGAATACAT    2700

TCAAGGTTTC AAAGCGCCAG TCATTTGCTC TGTTTTCAAA TCCAGGAAAT GCAGAAGAGG    2760

AATGTGCAAC ATTCTCTGCC CACTCTGGGT CCTTAAAGAA ACAAAGTCCA AAAGTCACTT    2820

TTGAATGTGA ACAAAAGGAA GAAAATCAAG GAAAGAATGA GTCTAATATC AAGCCTGTAC    2880

AGACAGTTAA TATCACTGCA GGCTTTCCTG TGGTTGGTCA GAAAGATAAG CCAGTTGATA    2940

ATGCCAAATG TAGTATCAAA GGAGGCTCTA GGTTTTGTCT ATCATCTCAG TTCAGAGGCA    3000

ACGAAACTGG ACTCATTACT CCAAATAAAC ATGGACTTTT ACAAAACCCA TATCGTATAC    3060

CACCACTTTT TCCCATCAAG TCATTTGTTA AAACTAAATG TAAGAAAAAT CTGCTAGAGG    3120

AAAACTTTGA GGAACATTCA ATGTCACCTG AAAGAGAAAT GGGAAATGAG AACATTCCAA    3180

GTACAGTGAG CACAATTAGC CGTAATAACA TTAGAGAAAA TGTTTTTAAA GGAGCCAGCT    3240

CAAGCAATAT TAATGAAGTA GGTTCCAGTA CTAATGAAGT GGGCTCCAGT ATTAATGAAA    3300

TAGGTTCCAG TGATGAAAAC ATTCAAGCAG AACTAGGTAG AAACAGAGGG CCAAAATTGA    3360

ATGCTATGCT TAGATTAGGG GTTTTGCAAC CTGAGGTCTA TAAACAAAGT CTTCCTGGAA    3420
```

A000118

5,654,155

23                                                                              24

-continued

```
GTAATTGTAA  GCATCCTGAA  ATAAAAAAGC  AAGAATATGA  AGAAGTAGTT  CAGACTGTTA   3480
ATACAGATTT  CTCTCCATAT  CTGATTTCAG  ATAACTTAGA  ACAGCCTATG  GGAAGTAGTC   3540
ATGCATCTCA  GGTTTGTTCT  GAGACACCTG  ATGACCTGTT  AGATGATGGT  GAAATAAAGG   3600
AAGATACTAG  TTTTGCTGAA  AATGACATTA  AGGAAAGTTC  TGCTGTTTTT  AGCAAAAGCG   3660
TCCAGAGAGG  AGAGCTTAGC  AGGAGTCCTA  GCCCTTTCAC  CCATACACAT  TTGGCTCAGG   3720
GTTACCGAAG  AGGGGCCAAG  AAATTAGAGT  CCTCAGAAGA  GAACTTATCT  AGTGAGGATG   3780
AAGAGCTTCC  CTGCTTCCAA  CACTTGTTAT  TTGGTAAAGT  AAACAATATA  CCTTCTCAGT   3840
CTACTAGGCA  TAGCACCGTT  GCTACCGAGT  GTCTGTCTAA  GAACACAGAG  GAGAATTTAT   3900
TATCATTGAA  GAATAGCTTA  AATGACTGCA  GTAACCAGGT  AATATTGGCA  AAGGCATCTC   3960
AGGAACATCA  CCTTAGTGAG  GAAACAAAT   GTTCTGCTAG  CTTGTTTTCT  TCACAGTGCA   4020
GTGAATTGGA  AGACTTGACT  GCAAATACAA  ACACCCAGGA  TCCTTTCTTG  ATTGGTTCTT   4080
CCAAACAAT   GAGGCATCAG  TCTGAAAGCC  AGGGAGTTGG  TCTGAGTGAC  AAGGAATTGG   4140
TTTCAGATGA  TGAAGAAAGA  GGAACGGGCT  TGGAAGAAAA  TAATCAAGAA  GAGCAAAGCA   4200
TGGATTCAAA  CTTAGGTGAA  GCAGCATCTG  GGTGTGAGAG  TGAAACAAGC  GTCTCTGAAG   4260
ACTGCTCAGG  GCTATCCTCT  CAGAGTGACA  TTTTAACCAC  TCAGCAGAGG  GATACCATGC   4320
AACATAACCT  GATAAAGCTC  CAGCAGGAAA  TGGCTGAACT  AGAAGCTGTG  TTAGAACAGC   4380
ATGGGAGCCA  GCCTTCTAAC  AGCTACCCTT  CCATCATAAG  TGACTCCTCT  GCCCTTGAGG   4440
ACCTGCGAAA  TCCAGAACAA  AGCACATCAG  AAAAAGCAGT  ATTAACTTCA  CAGAAAAGTA   4500
GTGAATACCC  TATAAGCCAG  AATCCAGAAG  GCCTTTCTGC  TGACAAGTTT  GAGGTGTCTG   4560
CAGATAGTTC  TACCAGTAAA  AATAAAGAAC  CAGGAGTTGGA  AAGGTCATCC  CCTTCTAAAT   4620
GCCCATCATT  AGATGATAGG  TGGTACATGC  ACAGTTGCTC  TGGGGAGTCTT  CAGAATAGAA   4680
ACTACCCATC  TCAAGAGGAG  CTCATTAAGG  TTGTTGATGT  GGAGGAGCAA  CAGCTGGAAG   4740
AGTCTGGGCC  ACACGATTTG  ACGGAAACAT  CTTACTTGCC  AAGGCAAGAT  CTAGAGGGAA   4800
CCCCTTACCT  GGAATCTGGA  ATCAGCCTCT  TCTCTGATGA  CCCTGAATCT  GATCCTTCTG   4860
AAGACAGAGC  CCCAGAGTCA  GCTCGTGTTG  GCAACATACC  ATCTTCAACC  TCTGCATTGA   4920
AAGTTCCCCA  ATTGAAAGTT  GCAGAATCTG  CCCAGGGTCC  AGCTGCTGCT  CATACTACTG   4980
ATACTGCTGG  GTATAATGCA  ATGGAAGAAA  GTGTGAGCAG  GGAGAAGCCA  GAATTGACAG   5040
CTTCAACAGA  AAGGGTCAAC  AAAAGAATGT  CCATGGTGGT  GTCTGGCCTG  ACCCCAGAAG   5100
AATTTATGCT  CGTGTACAAG  TTTGCCAGAA  AACACCACAT  CACTTTAACT  AATCTAATTA   5160
CTGAAGAGAC  TACTCATGTT  GTTATGAAAA  CAGATGCTGA  GTTTGTGTGT  GAACGGACAC   5220
TGAAATATTT  TCTAGGAATT  GCGGGAAGAA  AATGGGTAGT  TAGCTATTTC  TGGGTGACCC   5280
AGTCTATTAA  AGAAAGAAAA  ATGCTGAATG  AGCATGATTT  TGAAGTCAGA  GGAGATGTGG   5340
TCAATGGAAG  AAACCACCAA  GGTCCAAAGC  GAGCAAGAGA  ATCCCAGGAC  AGAAAGATCT   5400
TCAGGGGGCT  AGAAATCTGT  TGCTATGGGC  CCTTCACCAA  CATGCCCACA  GATCAACTGG   5460
AATGGATGGT  ACAGCTGTGT  GGTGCTTCTG  TGGTGAAGGA  GCTTTCATCA  TTCACCCTTG   5520
GCACAGGTGT  CCACCCAATT  GTGGTTGTGC  AGCCAGATGC  CTGGACAGAG  GACAATGGCT   5580
TCCATGCAAT  TGGGCAGATG  TGTGAGGCAC  CTGTGGTGAC  CCGAGAGTGG  GTGTTGGACA   5640
GTGTAGCACT  CTACCAGTGC  CAGGAGCTGG  ACACCTACCT  GATACCCCAG  ATCCCCCACA   5700
GCCACTACTG  A                                                            5711
```

5,654,155

25        26

-continued

( 2 ) INFORMATION FOR SEQ ID NO:2:

    ( i ) SEQUENCE CHARACTERISTICS:
      ( A ) LENGTH: 1863 amino acids
      ( B ) TYPE: amino acid
      ( C ) STRANDEDNESS: Not Relevant
      ( D ) TOPOLOGY: Not Relevant

    ( i i ) MOLECULE TYPE: protein

    ( v i ) ORIGINAL SOURCE:
      ( A ) ORGANISM: Homo sapiens
      ( B ) STRAIN: BRCA1

    ( v i i i ) POSITION IN GENOME:
      ( A ) CHROMOSOME/SEGMENT: 17
      ( B ) MAP POSITION: 17q21

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:2:

```
Met Asp Leu Ser Ala Leu Arg Val Glu Glu Val Gln Asn Val Ile Asn
1               5                   10                  15

Ala Met Gln Lys Ile Leu Glu Cys Pro Ile Cys Leu Glu Leu Ile Lys
                20                  25                  30

Glu Pro Val Ser Thr Lys Cys Asp His Ile Phe Cys Lys Phe Cys Met
        35                  40                  45

Leu Lys Leu Leu Asn Gln Lys Lys Gly Pro Ser Gln Cys Pro Leu Cys
    50                  55                  60

Lys Asn Asp Ile Thr Lys Arg Ser Leu Gln Glu Ser Thr Arg Phe Ser
65                  70                  75                  80

Gln Leu Val Glu Glu Leu Leu Lys Ile Ile Cys Ala Phe Gln Leu Asp
                85                  90                  95

Thr Gly Leu Glu Tyr Ala Asn Ser Tyr Asn Phe Ala Lys Lys Glu Asn
            100                 105                 110

Asn Ser Pro Glu His Leu Lys Asp Glu Val Ser Ile Ile Gln Ser Met
            115                 120                 125

Gly Tyr Arg Asn Arg Ala Lys Arg Leu Leu Gln Ser Glu Pro Glu Asn
        130                 135                 140

Pro Ser Leu Gln Glu Thr Ser Leu Ser Val Gln Leu Ser Asn Leu Gly
145                 150                 155                 160

Thr Val Arg Thr Leu Arg Thr Lys Gln Arg Ile Gln Pro Gln Lys Thr
                165                 170                 175

Ser Val Tyr Ile Glu Leu Gly Ser Asp Ser Ser Glu Asp Thr Val Asn
            180                 185                 190

Lys Ala Thr Tyr Cys Ser Val Gly Asp Gln Glu Leu Leu Gln Ile Thr
        195                 200                 205

Pro Gln Gly Thr Arg Asp Glu Ile Ser Leu Asp Ser Ala Lys Lys Ala
    210                 215                 220

Ala Cys Glu Phe Ser Glu Thr Asp Val Thr Asn Thr Glu His His Gln
225                 230                 235                 240

Pro Ser Asn Asn Asp Leu Asn Thr Thr Glu Lys Arg Ala Ala Glu Arg
                245                 250                 255

His Pro Glu Lys Tyr Gln Gly Ser Ser Val Ser Asn Leu His Val Glu
            260                 265                 270

Pro Cys Gly Thr Asn Thr His Ala Ser Ser Leu Gln His Glu Asn Ser
        275                 280                 285

Ser Leu Leu Leu Thr Lys Asp Arg Met Asn Val Glu Lys Ala Glu Phe
    290                 295                 300

Cys Asn Lys Ser Lys Gln Pro Gly Leu Ala Arg Ser Gln His Asn Arg
305                 310                 315                 320
```

A000120

5,654,155

27                                              28

-continued

```
Trp Ala Gly Ser Lys Glu Thr Cys Asn Asp Arg Arg Thr Pro Ser Thr
            325                 330                 335

Glu Lys Lys Val Asp Leu Asn Ala Asp Pro Leu Cys Glu Arg Lys Glu
        340                 345                 350

Trp Asn Lys Gln Lys Leu Pro Cys Ser Glu Asn Pro Arg Asp Thr Glu
            355                 360                 365

Asp Val Pro Trp Ile Thr Leu Asn Ser Ser Ile Ile Lys Val Asn Glu
        370                 375                 380

Trp Phe Ser Arg Ser Asp Glu Leu Leu Gly Ser Asp Asp Ser His Asp
385                 390                 395                 400

Gly Glu Ser Glu Ser Asn Ala Lys Val Ala Asp Val Leu Asp Val Leu
            405                 410                 415

Asn Glu Val Asp Glu Tyr Ser Gly Ser Ser Glu Lys Ile Asp Leu Leu
        420                 425                 430

Ala Ser Asp Pro His Glu Ala Leu Ile Cys Lys Ser Asp Arg Val His
        435                 440                 445

Ser Lys Ser Val Glu Ser Asn Ile Glu Asp Lys Ile Phe Gly Lys Thr
450                 455                 460

Tyr Arg Lys Lys Ala Ser Leu Pro Asn Leu Ser His Val Thr Glu Asn
465                 470                 475                 480

Leu Ile Ile Gly Ala Phe Val Thr Glu Pro Gln Ile Ile Gln Glu Arg
            485                 490                 495

Pro Leu Thr Asn Lys Leu Lys Arg Lys Arg Arg Pro Thr Ser Gly Leu
        500                 505                 510

His Pro Glu Asp Phe Ile Lys Lys Ala Asp Leu Ala Val Gln Lys Thr
        515                 520                 525

Pro Glu Met Ile Asn Gln Gly Thr Asn Gln Thr Glu Gln Asn Gly Gln
        530                 535                 540

Val Met Asn Ile Thr Asn Ser Gly His Glu Asn Lys Thr Lys Gly Asp
545                 550                 555                 560

Ser Ile Gln Asn Glu Lys Asn Pro Asn Pro Ile Glu Ser Leu Glu Lys
            565                 570                 575

Glu Ser Ala Phe Lys Thr Lys Ala Glu Pro Ile Ser Ser Ser Ile Ser
        580                 585                 590

Asn Met Glu Leu Glu Leu Asn Ile His Asn Ser Lys Ala Pro Lys Lys
        595                 600                 605

Asn Arg Leu Arg Arg Lys Ser Ser Thr Arg His Ile His Ala Leu Glu
        610                 615                 620

Leu Val Val Ser Arg Asn Leu Ser Pro Pro Asn Cys Thr Glu Leu Gln
625                 630                 635                 640

Ile Asp Ser Cys Ser Ser Ser Glu Glu Ile Lys Lys Lys Lys Tyr Asn
            645                 650                 655

Gln Met Pro Val Arg His Ser Arg Asn Leu Gln Leu Met Glu Gly Lys
        660                 665                 670

Glu Pro Ala Thr Gly Ala Lys Lys Ser Asn Lys Pro Asn Glu Gln Thr
        675                 680                 685

Ser Lys Arg His Asp Ser Asp Thr Phe Pro Glu Leu Lys Leu Thr Asn
690                 695                 700

Ala Pro Gly Ser Phe Thr Lys Cys Ser Asn Thr Ser Glu Leu Lys Glu
705                 710                 715                 720

Phe Val Asn Pro Ser Leu Pro Arg Glu Glu Lys Glu Glu Lys Leu Glu
            725                 730                 735

Thr Val Lys Val Ser Asn Asn Ala Glu Asp Pro Lys Asp Leu Met Leu
            740                 745                 750
```

A000121

5,654,155

<table>
<tr><td>29</td><td></td><td>30</td></tr>
</table>

-continued

Ser Gly Glu Arg Val Leu Gln Thr Glu Arg Ser Val Glu Ser Ser Ser
         755                760             765

Ile Ser Leu Val Pro Gly Thr Asp Tyr Gly Thr Gln Glu Ser Ile Ser
   770                775             780

Leu Leu Glu Val Ser Thr Leu Gly Lys Ala Lys Thr Glu Pro Asn Lys
   785                790            795             800

Cys Val Ser Gln Cys Ala Ala Phe Glu Asn Pro Lys Gly Leu Ile His
         805                810             815

Gly Cys Ser Lys Asp Asn Arg Asn Asp Thr Glu Gly Phe Lys Tyr Pro
         820                825             830

Leu Gly His Glu Val Asn His Ser Arg Glu Thr Ser Ile Glu Met Glu
   835                840            845

Glu Ser Glu Leu Asp Ala Gln Tyr Leu Gln Asn Thr Phe Lys Val Ser
   850                855            860

Lys Arg Gln Ser Phe Ala Leu Phe Ser Asn Pro Gly Asn Ala Glu Glu
   865                870            875             880

Glu Cys Ala Thr Phe Ser Ala His Ser Gly Ser Leu Lys Lys Gln Ser
         885                890             895

Pro Lys Val Thr Phe Glu Cys Glu Gln Lys Glu Glu Asn Gln Gly Lys
         900                905             910

Asn Glu Ser Asn Ile Lys Pro Val Gln Thr Val Asn Ile Thr Ala Gly
   915                920            925

Phe Pro Val Val Gly Gln Lys Asp Lys Pro Val Asp Asn Ala Lys Cys
   930                935            940

Ser Ile Lys Gly Gly Ser Arg Phe Cys Leu Ser Ser Gln Phe Arg Gly
945              950            955             960

Asn Glu Thr Gly Leu Ile Thr Pro Asn Lys His Gly Leu Leu Gln Asn
         965                970             975

Pro Tyr Arg Ile Pro Pro Leu Phe Pro Ile Lys Ser Phe Val Lys Thr
   980                985            990

Lys Cys Lys Lys Asn Leu Leu Glu Glu Asn Phe Glu Glu His Ser Met
   995              1000           1005

Ser Pro Glu Arg Glu Met Gly Asn Glu Asn Ile Pro Ser Thr Val Ser
  1010             1015          1020

Thr Ile Ser Arg Asn Asn Ile Arg Glu Asn Val Phe Lys Gly Ala Ser
  1025             1030          1035         1040

Ser Ser Asn Ile Asn Glu Val Gly Ser Ser Thr Asn Glu Val Gly Ser
         1045           1050          1055

Ser Ile Asn Glu Ile Gly Ser Ser Asp Glu Asn Ile Gln Ala Glu Leu
         1060           1065          1070

Gly Arg Asn Arg Gly Pro Lys Leu Asn Ala Met Leu Arg Leu Gly Val
  1075             1080          1085

Leu Gln Pro Glu Val Tyr Lys Gln Ser Leu Pro Gly Ser Asn Cys Lys
  1090             1095          1100

His Pro Glu Ile Lys Lys Gln Glu Tyr Glu Glu Val Val Gln Thr Val
1105             1110          1115         1120

Asn Thr Asp Phe Ser Pro Tyr Leu Ile Ser Asp Asn Leu Glu Gln Pro
         1125           1130          1135

Met Gly Ser Ser His Ala Ser Gln Val Cys Ser Glu Thr Pro Asp Asp
         1140           1145          1150

Leu Leu Asp Asp Gly Glu Ile Lys Glu Asp Thr Ser Phe Ala Glu Asn
         1155           1160          1165

Asp Ile Lys Glu Ser Ser Ala Val Phe Ser Lys Ser Val Gln Arg Gly

5,654,155

**31**                                              **32**

-continued

```
       1170              1175              1180
Glu Leu Ser Arg Ser Pro Ser Pro Phe Thr His Thr His Leu Ala Gln
1185              1190              1195              1200

Gly Tyr Arg Arg Gly Ala Lys Lys Leu Glu Ser Ser Glu Glu Asn Leu
              1205              1210              1215

Ser Ser Glu Asp Glu Glu Leu Pro Cys Phe Gln His Leu Leu Phe Gly
              1220              1225              1230

Lys Val Asn Asn Ile Pro Ser Gln Ser Thr Arg His Ser Thr Val Ala
       1235              1240              1245

Thr Glu Cys Leu Ser Lys Asn Thr Glu Glu Asn Leu Leu Ser Leu Lys
       1250              1255              1260

Asn Ser Leu Asn Asp Cys Ser Asn Gln Val Ile Leu Ala Lys Ala Ser
1265              1270              1275              1280

Gln Glu His His Leu Ser Glu Glu Thr Lys Cys Ser Ala Ser Leu Phe
              1285              1290              1295

Ser Ser Gln Cys Ser Glu Leu Glu Asp Leu Thr Ala Asn Thr Asn Thr
              1300              1305              1310

Gln Asp Pro Phe Leu Ile Gly Ser Ser Lys Gln Met Arg His Gln Ser
       1315              1320              1325

Glu Ser Gln Gly Val Gly Leu Ser Asp Lys Glu Leu Val Ser Asp Asp
       1330              1335              1340

Glu Glu Arg Gly Thr Gly Leu Glu Glu Asn Asn Gln Glu Glu Gln Ser
1345              1350              1355              1360

Met Asp Ser Asn Leu Gly Glu Ala Ala Ser Gly Cys Glu Ser Glu Thr
              1365              1370              1375

Ser Val Ser Glu Asp Cys Ser Gly Leu Ser Ser Gln Ser Asp Ile Leu
              1380              1385              1390

Thr Thr Gln Gln Arg Asp Thr Met Gln His Asn Leu Ile Lys Leu Gln
       1395              1400              1405

Gln Glu Met Ala Glu Leu Glu Ala Val Leu Glu Gln His Gly Ser Gln
1410              1415              1420

Pro Ser Asn Ser Tyr Pro Ser Ile Ile Ser Asp Ser Ser Ala Leu Glu
1425              1430              1435              1440

Asp Leu Arg Asn Pro Glu Gln Ser Thr Ser Glu Lys Ala Val Leu Thr
              1445              1450              1455

Ser Gln Lys Ser Ser Glu Tyr Pro Ile Ser Gln Asn Pro Glu Gly Leu
       1460              1465              1470

Ser Ala Asp Lys Phe Glu Val Ser Ala Asp Ser Ser Thr Ser Lys Asn
       1475              1480              1485

Lys Glu Pro Gly Val Glu Arg Ser Ser Pro Ser Lys Cys Pro Ser Leu
       1490              1495              1500

Asp Asp Arg Trp Tyr Met His Ser Cys Ser Gly Ser Leu Gln Asn Arg
1505              1510              1515              1520

Asn Tyr Pro Ser Gln Glu Glu Leu Ile Lys Val Val Asp Val Glu Glu
              1525              1530              1535

Gln Gln Leu Glu Glu Ser Gly Pro His Asp Leu Thr Glu Thr Ser Tyr
       1540              1545              1550

Leu Pro Arg Gln Asp Leu Glu Gly Thr Pro Tyr Leu Glu Ser Gly Ile
       1555              1560              1565

Ser Leu Phe Ser Asp Asp Pro Glu Ser Asp Pro Ser Glu Asp Arg Ala
       1570              1575              1580

Pro Glu Ser Ala Arg Val Gly Asn Ile Pro Ser Ser Thr Ser Ala Leu
1585              1590              1595              1600
```

**A000123**

5,654,155

**33** **34**

-continued

```
Lys Val Pro Gln Leu Lys Val Ala Glu Ser Ala Gln Gly Pro Ala Ala
            1605                    1610                    1615

Ala His Thr Thr Asp Thr Ala Gly Tyr Asn Ala Met Glu Glu Ser Val
            1620                    1625                    1630

Ser Arg Glu Lys Pro Glu Leu Thr Ala Ser Thr Glu Arg Val Asn Lys
            1635                    1640                    1645

Arg Met Ser Met Val Val Ser Gly Leu Thr Pro Glu Glu Phe Met Leu
        1650                    1655                    1660

Val Tyr Lys Phe Ala Arg Lys His His Ile Thr Leu Thr Asn Leu Ile
        1665                    1670                    1675                1680

Thr Glu Glu Thr Thr His Val Val Met Lys Thr Asp Ala Glu Phe Val
                1685                    1690                    1695

Cys Glu Arg Thr Leu Lys Tyr Phe Leu Gly Ile Ala Gly Gly Lys Trp
                1700                    1705                    1710

Val Val Ser Tyr Phe Trp Val Thr Gln Ser Ile Lys Glu Arg Lys Met
                1715                    1720                    1725

Leu Asn Glu His Asp Phe Glu Val Arg Gly Asp Val Val Asn Gly Arg
            1730                    1735                    1740

Asn His Gln Gly Pro Lys Arg Ala Arg Glu Ser Gln Asp Arg Lys Ile
1745                    1750                    1755                    1760

Phe Arg Gly Leu Glu Ile Cys Cys Tyr Gly Pro Phe Thr Asn Met Pro
                1765                    1770                    1775

Thr Asp Gln Leu Glu Trp Met Val Gln Leu Cys Gly Ala Ser Val Val
            1780                    1785                    1790

Lys Glu Leu Ser Ser Phe Thr Leu Gly Thr Gly Val His Pro Ile Val
            1795                    1800                    1805

Val Val Gln Pro Asp Ala Trp Thr Glu Asp Asn Gly Phe His Ala Ile
        1810                    1815                    1820

Gly Gln Met Cys Glu Ala Pro Val Val Thr Arg Glu Trp Val Leu Asp
    1825                    1830                    1835                    1840

Ser Val Ala Leu Tyr Gln Cys Gln Glu Leu Asp Thr Tyr Leu Ile Pro
            1845                    1850                    1855

Gln Ile Pro His Ser His Tyr
        1860
```

( 2 ) INFORMATION FOR SEQ ID NO:3:

     ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 24 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: Not Relevant
        ( D ) TOPOLOGY: linear

     ( i i ) MOLECULE TYPE: DNA (genomic)

     ( v i ) ORIGINAL SOURCE:
        ( B ) STRAIN: 2F primer

     ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:3:

GAAGTTGTCA TTTTATAAAC CTTT                                  2 4

( 2 ) INFORMATION FOR SEQ ID NO:4:

     ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 22 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: Not Relevant
        ( D ) TOPOLOGY: linear

     ( i i ) MOLECULE TYPE: DNA (genomic)

5,654,155

**35**                                              **36**

-continued

```
        ( v i ) ORIGINAL SOURCE:
              ( B ) STRAIN: 2R primer

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:4:

TGTCTTTTCT  TCCCTAGTAT  GT                                    2 2


( 2 ) INFORMATION FOR SEQ ID NO:5:

        ( i ) SEQUENCE CHARACTERISTICS:
              ( A ) LENGTH: 21 base pairs
              ( B ) TYPE: nucleic acid
              ( C ) STRANDEDNESS: Not Relevant
              ( D ) TOPOLOGY: linear

       ( i i ) MOLECULE TYPE: DNA (genomic)

        ( v i ) ORIGINAL SOURCE:
              ( B ) STRAIN: 3F primer

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:5:

TCCTGACACA  GCAGACATTT  A                                     2 1


( 2 ) INFORMATION FOR SEQ ID NO:6:

        ( i ) SEQUENCE CHARACTERISTICS:
              ( A ) LENGTH: 21 base pairs
              ( B ) TYPE: nucleic acid
              ( C ) STRANDEDNESS: Not Relevant
              ( D ) TOPOLOGY: linear

       ( i i ) MOLECULE TYPE: DNA (genomic)

        ( v i ) ORIGINAL SOURCE:
              ( B ) STRAIN: 3R primer

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:6:

TTGGATTTTC  GTTCTCACTT  A                                     2 1


( 2 ) INFORMATION FOR SEQ ID NO:7:

        ( i ) SEQUENCE CHARACTERISTICS:
              ( A ) LENGTH: 20 base pairs
              ( B ) TYPE: nucleic acid
              ( C ) STRANDEDNESS: Not Relevant
              ( D ) TOPOLOGY: linear

       ( i i ) MOLECULE TYPE: DNA (genomic)

        ( v i ) ORIGINAL SOURCE:
              ( B ) STRAIN: 5F primer

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:7:

CTCTTAAGGG  CAGTTGTGAG                                        2 0


( 2 ) INFORMATION FOR SEQ ID NO:8:

        ( i ) SEQUENCE CHARACTERISTICS:
              ( A ) LENGTH: 20 base pairs
              ( B ) TYPE: nucleic acid
              ( C ) STRANDEDNESS: Not Relevant
              ( D ) TOPOLOGY: linear

       ( i i ) MOLECULE TYPE: DNA (genomic)

        ( v i ) ORIGINAL SOURCE:
              ( B ) STRAIN: 5R-M13* primer

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:8:

TTCCTACTGT  GGTTGCTTCC                                        2 0
```

**A000125**

5,654,155

-continued

( 2 ) INFORMATION FOR SEQ ID NO:9:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 23 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: Not Relevant
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( v i ) ORIGINAL SOURCE:
        ( B ) STRAIN: 6/7F primer

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:9:

CTTATTTTAG TGTCCTTAAA AGG                   23


( 2 ) INFORMATION FOR SEQ ID NO:10:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 22 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: Not Relevant
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( v i ) ORIGINAL SOURCE:
        ( B ) STRAIN: 6R

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:10:

TTTCATGGAC AGCACTTGAG TG                   22


( 2 ) INFORMATION FOR SEQ ID NO:11:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 23 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: Not Relevant
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( v i ) ORIGINAL SOURCE:
        ( B ) STRAIN: 7F primer

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:11:

CACAACAAAG AGCATACATA GGG                   23


( 2 ) INFORMATION FOR SEQ ID NO:12:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 20 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: Not Relevant
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( v i ) ORIGINAL SOURCE:
        ( B ) STRAIN: 6/7R primer

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:12:

TCGGGTTCAC TCTGTAGAAG                     20


( 2 ) INFORMATION FOR SEQ ID NO:13:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 21 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: Not Relevant
        ( D ) TOPOLOGY: linear

5,654,155

**39**                       **40**

-continued

( i i ) MOLECULE TYPE: DNA (genomic)

( v i ) ORIGINAL SOURCE:
    ( B ) STRAIN: 8F1 primer

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:13:

T T C T C T T C A G  G A G G A A A A G C  A                          2 1

( 2 ) INFORMATION FOR SEQ ID NO:14:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 21 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: Not Relevant
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( v i ) ORIGINAL SOURCE:
        ( B ) STRAIN: 8R1 primer

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:14:

G C T G C C T A C C  A C A A A T A C A A  A                          2 1

( 2 ) INFORMATION FOR SEQ ID NO:15:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 23 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: Not Relevant
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( v i ) ORIGINAL SOURCE:
        ( B ) STRAIN: 9F primer

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:15:

C C A C A G T A G A  T G C T C A G T A A  A T A                       2 3

( 2 ) INFORMATION FOR SEQ ID NO:16:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 23 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: Not Relevant
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( v i ) ORIGINAL SOURCE:
        ( B ) STRAIN: 9R primer

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:16:

T A G G A A A A T A  C C A G C T T C A T  A G A                       2 3

( 2 ) INFORMATION FOR SEQ ID NO:17:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 20 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: Not Relevant
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( v i ) ORIGINAL SOURCE:
        ( B ) STRAIN: 10F primer

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:17:

T G G T C A G C T T  T C T G T A A T C G                         2 0

5,654,155

41                                                                                    42

-continued

( 2 ) INFORMATION FOR SEQ ID NO:18:

  ( i ) SEQUENCE CHARACTERISTICS:
    ( A ) LENGTH: 24 base pairs
    ( B ) TYPE: nucleic acid
    ( C ) STRANDEDNESS: Not Relevant
    ( D ) TOPOLOGY: linear

  ( i i ) MOLECULE TYPE: DNA (genomic)

  ( v i ) ORIGINAL SOURCE:
    ( B ) STRAIN: 10R primer

  ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:18:

GTATCTACCC ACTCTCTTCT TCAG                                                          24

( 2 ) INFORMATION FOR SEQ ID NO:19:

  ( i ) SEQUENCE CHARACTERISTICS:
    ( A ) LENGTH: 19 base pairs
    ( B ) TYPE: nucleic acid
    ( C ) STRANDEDNESS: Not Relevant
    ( D ) TOPOLOGY: linear

  ( i i ) MOLECULE TYPE: DNA (genomic)

  ( v i ) ORIGINAL SOURCE:
    ( B ) STRAIN: 11AF primer

  ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:19:

CCACCTCCAA GGTGTATCA                                                                19

( 2 ) INFORMATION FOR SEQ ID NO:20:

  ( i ) SEQUENCE CHARACTERISTICS:
    ( A ) LENGTH: 20 base pairs
    ( B ) TYPE: nucleic acid
    ( C ) STRANDEDNESS: Not Relevant
    ( D ) TOPOLOGY: linear

  ( i i ) MOLECULE TYPE: DNA (genomic)

  ( v i ) ORIGINAL SOURCE:
    ( B ) STRAIN: 11AR primer

  ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:20:

TGTTATGTTG GCTCCTTGCT                                                               20

( 2 ) INFORMATION FOR SEQ ID NO:21:

  ( i ) SEQUENCE CHARACTERISTICS:
    ( A ) LENGTH: 22 base pairs
    ( B ) TYPE: nucleic acid
    ( C ) STRANDEDNESS: Not Relevant
    ( D ) TOPOLOGY: linear

  ( i i ) MOLECULE TYPE: DNA (genomic)

  ( v i ) ORIGINAL SOURCE:
    ( B ) STRAIN: 11BFI primer

  ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:21:

CACTAAAGAC AGAATGAATC TA                                                            22

( 2 ) INFORMATION FOR SEQ ID NO:22:

  ( i ) SEQUENCE CHARACTERISTICS:
    ( A ) LENGTH: 22 base pairs
    ( B ) TYPE: nucleic acid
    ( C ) STRANDEDNESS: Not Relevant

A000128

5,654,155

**43**                    -continued                    **44**

( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: DNA (genomic)

( v i ) ORIGINAL SOURCE:
    ( B ) STRAIN: 11BR1 primer

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:22:

GAAGAACCAG AATATTCATC TA                                              2 2

( 2 ) INFORMATION FOR SEQ ID NO:23:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 20 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: Not Relevant
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( v i ) ORIGINAL SOURCE:
        ( B ) STRAIN: 11CF1 primer

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:23:

TGATGGGGAG TCTGAATCAA                                                 2 0

( 2 ) INFORMATION FOR SEQ ID NO:24:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 22 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: Not Relevant
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( v i ) ORIGINAL SOURCE:
        ( B ) STRAIN: 11CR1 primer

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:24:

TCTGCTTTCT TGATAAAATC CT                                              2 2

( 2 ) INFORMATION FOR SEQ ID NO:25:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 20 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: Not Relevant
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( v i ) ORIGINAL SOURCE:
        ( B ) STRAIN: 11DF1 primer

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:25:

AGCGTCCCCT CACAAATAAA                                                 2 0

( 2 ) INFORMATION FOR SEQ ID NO:26:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 20 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: Not Relevant
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( v i ) ORIGINAL SOURCE:
        ( B ) STRAIN: 11DR1 primer

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:26:

5,654,155

-continued

TCAAGCGCAT GAATATGCCT                                                    20

( 2 ) INFORMATION FOR SEQ ID NO:27:

      ( i ) SEQUENCE CHARACTERISTICS:
         ( A ) LENGTH: 22 base pairs
         ( B ) TYPE: nucleic acid
         ( C ) STRANDEDNESS: Not Relevant
         ( D ) TOPOLOGY: linear

      ( i i ) MOLECULE TYPE: DNA (genomic)

      ( v i ) ORIGINAL SOURCE:
         ( B ) STRAIN: 11EF primer

      ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:27:

GTATAAGCAA TATGGAACTC GA                                                 22

( 2 ) INFORMATION FOR SEQ ID NO:28:

      ( i ) SEQUENCE CHARACTERISTICS:
         ( A ) LENGTH: 23 base pairs
         ( B ) TYPE: nucleic acid
         ( C ) STRANDEDNESS: Not Relevant
         ( D ) TOPOLOGY: linear

      ( i i ) MOLECULE TYPE: DNA (genomic)

      ( v i ) ORIGINAL SOURCE:
         ( B ) STRAIN: 11ER primer

      ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:28:

TTAAGTTCACT GGTATTTGAA CA                                                23

( 2 ) INFORMATION FOR SEQ ID NO:29:

      ( i ) SEQUENCE CHARACTERISTICS:
         ( A ) LENGTH: 20 base pairs
         ( B ) TYPE: nucleic acid
         ( C ) STRANDEDNESS: Not Relevant
         ( D ) TOPOLOGY: linear

      ( i i ) MOLECULE TYPE: DNA (genomic)

      ( v i ) ORIGINAL SOURCE:
         ( B ) STRAIN: 11FF primer

      ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:29:

GACAGCGATA CTTTCCCAGA                                                    20

( 2 ) INFORMATION FOR SEQ ID NO:30:

      ( i ) SEQUENCE CHARACTERISTICS:
         ( A ) LENGTH: 21 base pairs
         ( B ) TYPE: nucleic acid
         ( C ) STRANDEDNESS: Not Relevant
         ( D ) TOPOLOGY: linear

      ( i i ) MOLECULE TYPE: DNA (genomic)

      ( v i ) ORIGINAL SOURCE:
         ( B ) STRAIN: 11FR primer

      ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:30:

TGGAACAACC ATGAATTAGT C                                                  21

( 2 ) INFORMATION FOR SEQ ID NO:31:

      ( i ) SEQUENCE CHARACTERISTICS:
         ( A ) LENGTH: 20 base pairs



5,654,155

**47**                                                            **48**

-continued

```
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: Not Relevant
                    ( D ) TOPOLOGY: linear

            ( i i ) MOLECULE TYPE: DNA (genomic)

            ( v i ) ORIGINAL SOURCE:
                    ( B ) STRAIN: 11GF primer

            ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:31:

    GGAAGTTAGC ACTCTAGGGA                                              2 0


    ( 2 ) INFORMATION FOR SEQ ID NO:32:

            ( i ) SEQUENCE CHARACTERISTICS:
                    ( A ) LENGTH: 22 base pairs
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: Not Relevant
                    ( D ) TOPOLOGY: linear

            ( i i ) MOLECULE TYPE: DNA (genomic)

            ( v i ) ORIGINAL SOURCE:
                    ( B ) STRAIN: 11GR primer

            ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:32:

    GCAGTGATAT TAACTGTCTG TA                                          2 2


    ( 2 ) INFORMATION FOR SEQ ID NO:33:

            ( i ) SEQUENCE CHARACTERISTICS:
                    ( A ) LENGTH: 22 base pairs
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: Not Relevant
                    ( D ) TOPOLOGY: linear

            ( i i ) MOLECULE TYPE: DNA (genomic)

            ( v i ) ORIGINAL SOURCE:
                    ( B ) STRAIN: 11HF primer

            ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:33:

    TGGGTCCTTA AAGAAACAAA GT                                          2 2


    ( 2 ) INFORMATION FOR SEQ ID NO:34:

            ( i ) SEQUENCE CHARACTERISTICS:
                    ( A ) LENGTH: 21 base pairs
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: Not Relevant
                    ( D ) TOPOLOGY: linear

            ( i i ) MOLECULE TYPE: DNA (genomic)

            ( v i ) ORIGINAL SOURCE:
                    ( B ) STRAIN: 11HR primer

            ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:34:

    TCAGGTGACA TTGAATCTTC C                                           2 1


    ( 2 ) INFORMATION FOR SEQ ID NO:35:

            ( i ) SEQUENCE CHARACTERISTICS:
                    ( A ) LENGTH: 21 base pairs
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: Not Relevant
                    ( D ) TOPOLOGY: linear

            ( i i ) MOLECULE TYPE: DNA (genomic)

            ( v i ) ORIGINAL SOURCE:
                    ( B ) STRAIN: 11F primer
```

A000131

5,654,155

49                                                                                    50

-continued

---

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:35:

CCACTTTTTC CCATCAAGTC A                                                                            2 1

( 2 ) INFORMATION FOR SEQ ID NO:36:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 22 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: Not Relevant
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( v i ) ORIGINAL SOURCE:
        ( B ) STRAIN: 11IR primer

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:36:

TCAGGATGCT TACAATTACT TC                                                                            2 2

( 2 ) INFORMATION FOR SEQ ID NO:37:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 23 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: Not Relevant
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( v i ) ORIGINAL SOURCE:
        ( B ) STRAIN: 11JF primer

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:37:

CAAAATTGAA TGCTATGCTT AGA                                                                           2 3

( 2 ) INFORMATION FOR SEQ ID NO:38:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 20 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: Not Relevant
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( v i ) ORIGINAL SOURCE:
        ( B ) STRAIN: 11JR primer

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:38:

TCGGTAACCC TGAGCCAAAT                                                                               2 0

( 2 ) INFORMATION FOR SEQ ID NO:39:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 20 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: Not Relevant
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( v i ) ORIGINAL SOURCE:
        ( B ) STRAIN: 11KF primer

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:39:

GCAAAAGCGT CCAGAAAGGA                                                                               2 0

( 2 ) INFORMATION FOR SEQ ID NO:40:

A000132

5,654,155

**51**                  **52**

-continued

( i ) SEQUENCE CHARACTERISTICS:
    ( A ) LENGTH: 22 base pairs
    ( B ) TYPE: nucleic acid
    ( C ) STRANDEDNESS: Not Relevant
    ( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: DNA (genomic)

( v i ) ORIGINAL SOURCE:
    ( B ) STRAIN: 11KR-1 primer

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:40:

TATTTGCAGT CAAGTCTTCC AA                 2 2

( 2 ) INFORMATION FOR SEQ ID NO:41:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 21 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: Not Relevant
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( v i ) ORIGINAL SOURCE:
        ( B ) STRAIN: 11LF-1 primer

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:41:

GTAATATTGG CAAAGGCATC T                   2 1

( 2 ) INFORMATION FOR SEQ ID NO:42:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 22 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: Not Relevant
       ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( v i ) ORIGINAL SOURCE:
        ( B ) STRAIN: 11LR primer

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:42:

TAAAATGTGC TCCCCAAAAG CA                 2 2

( 2 ) INFORMATION FOR SEQ ID NO:43:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 20 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: Not Relevant
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( v i ) ORIGINAL SOURCE:
        ( B ) STRAIN: 12F primer

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:43:

GTCCTGCCAA TGAGAAGAAA                    2 0

( 2 ) INFORMATION FOR SEQ ID NO:44:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 21 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: Not Relevant
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

5,654,155

| 53 | 54 |
|---|---|

-continued

( v i ) ORIGINAL SOURCE:
  ( B ) STRAIN: 12R primer

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:44:

T G T C A G C A A A   C C T A A G A A T G   T        2 1

( 2 ) INFORMATION FOR SEQ ID NO:45:

  ( i ) SEQUENCE CHARACTERISTICS:
    ( A ) LENGTH: 21 base pairs
    ( B ) TYPE: nucleic acid
    ( C ) STRANDEDNESS: Not Relevant
    ( D ) TOPOLOGY: linear

  ( i i ) MOLECULE TYPE: DNA (genomic)

  ( v i ) ORIGINAL SOURCE:
    ( B ) STRAIN: 13F primer

  ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:45:

A A T G G A A A G C   T T C T C A A A G T   A        2 1

( 2 ) INFORMATION FOR SEQ ID NO:46:

  ( i ) SEQUENCE CHARACTERISTICS:
    ( A ) LENGTH: 21 base pairs
    ( B ) TYPE: nucleic acid
    ( C ) STRANDEDNESS: Not Relevant
    ( D ) TOPOLOGY: linear

  ( i i ) MOLECULE TYPE: DNA (genomic)

  ( v i ) ORIGINAL SOURCE:
    ( B ) STRAIN: 13R primer

  ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:46:

A T G T T G G A G C   T A G G T C C T T A   C        2 1

( 2 ) INFORMATION FOR SEQ ID NO:47:

  ( i ) SEQUENCE CHARACTERISTICS:
    ( A ) LENGTH: 22 base pairs
    ( B ) TYPE: nucleic acid
    ( C ) STRANDEDNESS: Not Relevant
    ( D ) TOPOLOGY: linear

  ( i i ) MOLECULE TYPE: DNA (genomic)

  ( v i ) ORIGINAL SOURCE:
    ( B ) STRAIN: 14F primer

  ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:47:

C T A A C C T G A A   T T A T C A C T A T   C A        2 2

( 2 ) INFORMATION FOR SEQ ID NO:48:

  ( i ) SEQUENCE CHARACTERISTICS:
    ( A ) LENGTH: 21 base pairs
    ( B ) TYPE: nucleic acid
    ( C ) STRANDEDNESS: Not Relevant
    ( D ) TOPOLOGY: linear

  ( i i ) MOLECULE TYPE: DNA (genomic)

  ( v i ) ORIGINAL SOURCE:
    ( B ) STRAIN: 14R primer

  ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:48:

G T G T A T A A A T   G C C T G T A T G C   A        2 1

5,654,155

55                                                                            56

-continued

( 2 ) INFORMATION FOR SEQ ID NO:49:

    ( i ) SEQUENCE CHARACTERISTICS:
      ( A ) LENGTH: 19 base pairs
      ( B ) TYPE: nucleic acid
      ( C ) STRANDEDNESS: Not Relevant
      ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( v ) ORIGINAL SOURCE:
      ( B ) STRAIN: 15F primer

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:49:

TGGCTGCCCA GGAAGTATG                                                                     1 9

( 2 ) INFORMATION FOR SEQ ID NO:50:

    ( i ) SEQUENCE CHARACTERISTICS:
      ( A ) LENGTH: 23 base pairs
      ( B ) TYPE: nucleic acid
      ( C ) STRANDEDNESS: Not Relevant
      ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( v ) ORIGINAL SOURCE:
      ( B ) STRAIN: 15R primer

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:50:

AACCAGAATA TCTTTATGTA GGA                                                                2 3

( 2 ) INFORMATION FOR SEQ ID NO:51:

    ( i ) SEQUENCE CHARACTERISTICS:
      ( A ) LENGTH: 22 base pairs
      ( B ) TYPE: nucleic acid
      ( C ) STRANDEDNESS: Not Relevant
      ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( v ) ORIGINAL SOURCE:
      ( B ) STRAIN: 16F primer

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:51:

AATTCTTAAC AGAGACCAGA AC                                                                 2 2

( 2 ) INFORMATION FOR SEQ ID NO:52:

    ( i ) SEQUENCE CHARACTERISTICS:
      ( A ) LENGTH: 22 base pairs
      ( B ) TYPE: nucleic acid
      ( C ) STRANDEDNESS: Not Relevant
      ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( v ) ORIGINAL SOURCE:
      ( B ) STRAIN: 16R primer

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:52:

AAAACTCTTT CCAGAATGTT GT                                                                 2 2

( 2 ) INFORMATION FOR SEQ ID NO:53:

    ( i ) SEQUENCE CHARACTERISTICS:
      ( A ) LENGTH: 20 base pairs
      ( B ) TYPE: nucleic acid
      ( C ) STRANDEDNESS: Not Relevant
      ( D ) TOPOLOGY: linear

5,654,155

57                 58

-continued

( i i ) MOLECULE TYPE: DNA (genomic)

( v i ) ORIGINAL SOURCE:
  ( B ) STRAIN: 17F primer

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:53:

GTGTAGAACG TGCAGGATTG              20

( 2 ) INFORMATION FOR SEQ ID NO:54:

  ( i ) SEQUENCE CHARACTERISTICS:
    ( A ) LENGTH: 18 base pairs
    ( B ) TYPE: nucleic acid
    ( C ) STRANDEDNESS: Not Relevant
    ( D ) TOPOLOGY: linear

  ( i i ) MOLECULE TYPE: DNA (genomic)

  ( v i ) ORIGINAL SOURCE:
    ( B ) STRAIN: 17R primer

  ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:54:

TCGCCTCATG TGGTTTTA              18

( 2 ) INFORMATION FOR SEQ ID NO:55:

  ( i ) SEQUENCE CHARACTERISTICS:
    ( A ) LENGTH: 21 base pairs
    ( B ) TYPE: nucleic acid
    ( C ) STRANDEDNESS: Not Relevant
    ( D ) TOPOLOGY: linear

  ( i i ) MOLECULE TYPE: DNA (genomic)

  ( v i ) ORIGINAL SOURCE:
    ( B ) STRAIN: 18F primer

  ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:55:

GGCTCTTTAG CTTCTTAGGA C           21

( 2 ) INFORMATION FOR SEQ ID NO:56:

  ( i ) SEQUENCE CHARACTERISTICS:
    ( A ) LENGTH: 20 base pairs
    ( B ) TYPE: nucleic acid
    ( C ) STRANDEDNESS: Not Relevant
    ( D ) TOPOLOGY: linear

  ( i i ) MOLECULE TYPE: DNA (genomic)

  ( v i ) ORIGINAL SOURCE:
    ( B ) STRAIN: 18R primer

  ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:56:

GAGACCATTT TCCCAGCATC             20

( 2 ) INFORMATION FOR SEQ ID NO:57:

  ( i ) SEQUENCE CHARACTERISTICS:
    ( A ) LENGTH: 20 base pairs
    ( B ) TYPE: nucleic acid
    ( C ) STRANDEDNESS: Not Relevant
    ( D ) TOPOLOGY: linear

  ( i i ) MOLECULE TYPE: DNA (genomic)

  ( v i ) ORIGINAL SOURCE:
    ( B ) STRAIN: 19F primer

  ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:57:

CTGTCATTCT TCCTGTGCTC             20

A000136

5,654,155

|  59  |  60  |
|------|------|
|      | -continued |

( 2 ) INFORMATION FOR SEQ ID NO:58:

    ( i ) SEQUENCE CHARACTERISTICS:
      ( A ) LENGTH: 21 base pairs
      ( B ) TYPE: nucleic acid
      ( C ) STRANDEDNESS: Not Relevant
      ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( v i ) ORIGINAL SOURCE:
      ( B ) STRAIN: 19R primer

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:58:

CATTGTTAAG GAAAGTGGTG C                                                    2 1

( 2 ) INFORMATION FOR SEQ ID NO:59:

    ( i ) SEQUENCE CHARACTERISTICS:
      ( A ) LENGTH: 20 base pairs
      ( B ) TYPE: nucleic acid
      ( C ) STRANDEDNESS: Not Relevant
      ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( v i ) ORIGINAL SOURCE:
      ( B ) STRAIN: 20F primer

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:59:

ATATGACGTG TCTGCTCCAC                                                      2 0

( 2 ) INFORMATION FOR SEQ ID NO:60:

    ( i ) SEQUENCE CHARACTERISTICS:
      ( A ) LENGTH: 20 base pairs
      ( B ) TYPE: nucleic acid
      ( C ) STRANDEDNESS: Not Relevant
      ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( v i ) ORIGINAL SOURCE:
      ( B ) STRAIN: 20R primer

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:60:

GGGAATCCAA ATTACACAGC                                                      2 0

( 2 ) INFORMATION FOR SEQ ID NO:61:

    ( i ) SEQUENCE CHARACTERISTICS:
      ( A ) LENGTH: 22 base pairs
      ( B ) TYPE: nucleic acid
      ( C ) STRANDEDNESS: Not Relevant
      ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( v i ) ORIGINAL SOURCE:
      ( B ) STRAIN: 21F primer

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:61:

AAGCTCTTCC TTTTTGAAAG TC                                                   2 2

( 2 ) INFORMATION FOR SEQ ID NO:62:

    ( i ) SEQUENCE CHARACTERISTICS:
      ( A ) LENGTH: 22 base pairs
      ( B ) TYPE: nucleic acid
      ( C ) STRANDEDNESS: Not Relevant

5,654,155

**61**  **62**

-continued

( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: DNA (genomic)

( v i ) ORIGINAL SOURCE:
( B ) STRAIN: 21R primer

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:62:

GTAGAGAAAT AGAATAGCCT CT                    22

( 2 ) INFORMATION FOR SEQ ID NO:63:

( i ) SEQUENCE CHARACTERISTICS:
( A ) LENGTH: 20 base pairs
( B ) TYPE: nucleic acid
( C ) STRANDEDNESS: Not Relevant
( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: DNA (genomic)

( v i ) ORIGINAL SOURCE:
( B ) STRAIN: 22F primer

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:63:

TCCCATTGAG AGGTCTTGCT                    20

( 2 ) INFORMATION FOR SEQ ID NO:64:

( i ) SEQUENCE CHARACTERISTICS:
( A ) LENGTH: 20 base pairs
( B ) TYPE: nucleic acid
( C ) STRANDEDNESS: Not Relevant
( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: DNA (genomic)

( v i ) ORIGINAL SOURCE:
( B ) STRAIN: 22R primer

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:64:

GAGAAGACTT CTGAGGCTAC                    20

( 2 ) INFORMATION FOR SEQ ID NO:65:

( i ) SEQUENCE CHARACTERISTICS:
( A ) LENGTH: 21 base pairs
( B ) TYPE: nucleic acid
( C ) STRANDEDNESS: Not Relevant
( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: DNA (genomic)

( v i ) ORIGINAL SOURCE:
( B ) STRAIN: 23F-1 primer

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:65:

TGAAGTGACA GTTCCAGTAG T                    21

( 2 ) INFORMATION FOR SEQ ID NO:66:

( i ) SEQUENCE CHARACTERISTICS:
( A ) LENGTH: 23 base pairs
( B ) TYPE: nucleic acid
( C ) STRANDEDNESS: Not Relevant
( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: DNA (genomic)

( v i ) ORIGINAL SOURCE:
( B ) STRAIN: 23R-1 primer

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:66:

**A000138**

5,654,155

**63**                                                           **64**

-continued

CATTTTAGCC ATTCATTCAA CAA                                        23

( 2 ) INFORMATION FOR SEQ ID NO:67:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 22 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: Not Relevant
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( v i ) ORIGINAL SOURCE:
        ( B ) STRAIN: 24F primer

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:67:

ATGAATTGAC ACTAATCTCT GC                                         22

( 2 ) INFORMATION FOR SEQ ID NO:68:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 21 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: Not Relevant
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( v i ) ORIGINAL SOURCE:
        ( B ) STRAIN: 24R primer

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:68:

GTAGCCAGGA CAGTAGAAGG A                                          21

( 2 ) INFORMATION FOR SEQ ID NO:69:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 20 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: Not Relevant
        ( D ) TOPOLOGY: Not Relevant

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:69:

GCAAAAGCGT CCAGAAAGGA                                            20

( 2 ) INFORMATION FOR SEQ ID NO:70:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 20 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: Not Relevant
        ( D ) TOPOLOGY: Not Relevant

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:70:

AGTCTTCCAA TTCACTGCAC                                            20

( 2 ) INFORMATION FOR SEQ ID NO:71:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 14 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: Not Relevant
        ( D ) TOPOLOGY: Not Relevant

    ( i i ) MOLECULE TYPE: DNA (genomic)

5,654,155

65 66

-continued

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:71:

GAACACAGGA GAAT 14

( 2 ) INFORMATION FOR SEQ ID NO:72:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 14 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: Not Relevant
        ( D ) TOPOLOGY: Not Relevant

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:72:

TAAGAACACA GGAG 14

( 2 ) INFORMATION FOR SEQ ID NO:73:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 16 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: Not Relevant
        ( D ) TOPOLOGY: Not Relevant

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:73:

GAACACAGAG GAGAAT 16

( 2 ) INFORMATION FOR SEQ ID NO:74:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 16 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: Not Relevant
        ( D ) TOPOLOGY: Not Relevant

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:74:

TAAGAACACA GAGGAG 16

We claim:

1. An isolated consensus DNA sequence of the BRCA1 coding sequence as set forth in SEQ ID NO: 1.

2. A method of identifying individuals having a BRCA1 gene with a BRCA1 coding sequence not associated with breast or ovarian cancer comprising:

a) amplifying a DNA fragment of an individual's BRCA1 coding sequence using an oligonucleotide primer which specifically hybridizes to sequences within the gene;

b) sequencing said amplified fragment by dideoxy sequencing;

c) repeating steps (a) and (b) until said individual's BRCA1 coding sequence is completely sequenced;

d) comparing the sequence of said amplified DNA to the sequence of SEQ ID. NO: 1;

e) determining the presence or absence of each of the following polymorphic variations in said individual's BRCA1 coding sequence:

AGC and ACT at position 2201,
TTG and CTG at position 2430,
CCG and CTG at position 2731,
GAA and GGA at position 3232,
AAA and AGA at position 3667,

TCT and TCC at position 4427,
and ACT and GGT at position 4956;

f) determining any sequence differences between said individual's BRCA1 coding sequences and SEQ. ID. NO: 1 wherein the presence of any of the said polymorphic variations and the absence of a polymorphism outside of positions 2201, 2430, 2731, 3232, 3667, 4427, and 4956, is correlated with an absence of increased genetic susceptibility to breast or ovarian cancer resulting from a BRCA1 mutation in the BRCA1 coding sequence.

3. A method according to claim 2 wherein said oligonucleotide primer is labeled with a radiolabel, a fluorescent label, a bioluminescent label, a chemiluminescent label or an enzyme label.

4. A method of detecting an increased genetic susceptibility to breast and ovarian cancer in an individual resulting from the presence of a mutation in the BRCA1 coding sequence, comprising:

a) amplifying a DNA fragment of an individual's BRCA1 coding sequence using an oligonucleotide primer which specifically hybridizes to sequences within the gene;

b) sequencing said amplified fragment by dideoxy sequencing;

A000140

5,654,155

67

c) repeating steps (a) and (b) until said individual's BRCA1 coding sequence is completely sequenced;

d) comparing the sequence of said amplified DNA to the sequence of SEQ. ID. NO: 1;

e) determining any sequence differences between said individual's BRCA1 coding sequences and SEQ. ID. NO: 1 to determine the presence or absence of polymorphisms in said individual's BRCA coding sequences wherein a polymorphism which is not any of the following:

AGC or AGT at position 2201,

68

TTG or CTG at position 2430,
CCG or CTG at position 2731,
GAA or GGA at position 3232,
AAA or AGA at position 3667,
TCT or TCC at position 4427,
and AGT or GGT at position 4956;

is correlated with the potential of increased genetic susceptibility to breast or ovarian cancer resulting from a BRCA1 mutation in the BRCA1 coding sequence.

*   *   *   *   *

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO. : 5,654,155
DATED       : August 5, 1997
INVENTOR(S) : Brenda S. Critz, et al

**It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:**

Column 15, line 34, replace "bellow" with --below--;

Column 18, line 57, replace "Baudet" with --Beaudet--;

Column 20, line 5, replace "Baudet" with --Beaudet--;

Signed and Sealed this

Twenty-eighth Day of April, 1998

*Attest:*

BRUCE LEHMAN

*Attesting Officer*            *Commissioner of Patents and Trademarks*

**A000142**

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   : 5,654,155
DATED        : August 5, 1997
INVENTOR(S)  : Brenda S. Critz, et al

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 15, line 34, replace "bellow" with --below--;

Column 18, line 57, replace "Baudet" with --Beaudet--;

Column 20, line 5, replace "Baudet" with --Beaudet--;

Signed and Sealed this

Twenty-eighth Day of April, 1998

*Attest:*

BRUCE LEHMAN

*Attesting Officer*            *Commissioner of Patents and Trademarks*

A000143

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.     : 5,654,155                         Page 1 of 1
APPLICATION NO. : 08/598591
DATED            : August 5, 1997
INVENTOR(S)    : Patricia D. Murphy et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 66, line 44 (Claim 2) – please replace "ACT" with --AGT--

Signed and Sealed this

Thirtieth Day of January, 2007

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 5,654,155                                    Page 1 of 1
APPLICATION NO. : 08/598591
DATED                   : August 5, 1997
INVENTOR(S)       : Patricia D. Murphy et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 65, line 63 (Claim 2) - please replace "ACT" with --AGT--

Signed and Sealed this

Twenty-eighth Day of October, 2008

JON W. DUDAS
*Director of the United States Patent and Trademark Office*



US005747282A

## United States Patent [19]

Skolnick et al.

[11] Patent Number: 5,747,282

[45] Date of Patent: May 5, 1998

[54] 17Q-LINKED BREAST AND OVARIAN CANCER SUSCEPTIBILITY GENE

[75] Inventors: **Mark H. Skolnick; David E. Goldgar; Yoshio Miki; Jeff Swenson; Alexander Kamb; Keith D. Harshman; Donna M. Shattuck-Eidens; Sean V. Tavtigian**, all of Salt Lake City, Utah; **Roger W. Wiseman; P. Andrew Futreal**, both of Durham, N.C.

[73] Assignees: **Myriad Genetics, Inc.; University of Utah Research Foundation**, both of Salt Lake City, Utah; **The United States of America as represented by the Secretary of Health and Human Services**, Washington, D.C.

[21] Appl. No.: **483,554**

[22] Filed: **Jun. 7, 1995**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 409,305, Mar. 24, 1995, abandoned, which is a continuation-in-part of Ser. No. 348,824, Nov. 29, 1994, abandoned, which is a continuation-in-part of Ser. No. 308,104, Sep. 16, 1994, which is a continuation-in-part of Ser. No. 300,266, Sep. 2, 1994, abandoned, which is a continuation-in-part of Ser. No. 289,221, Aug. 12, 1994, abandoned.

[51] Int. Cl.$^6$ .............................. C12P 21/06; C12Q 1/68; C07H 21/04

[52] U.S. Cl. ..................... 435/69.1; 435/6; 435/320.1; 435/325; 536/23.5; 536/24.31; 536/24.33; 935/9; 935/60; 935/66

[58] Field of Search .................... 536/23.1, 23.5, 536/24.33; 435/69.1, 6, 7.1, 91.1, 91.2, 375, 320.1; 514/44

[56] References Cited

#### PUBLICATIONS

E. Marshall (1995) Science 269:1050–1055.
Vila et al (1995) Targeted Gene Therapy 9:190–199.
Molecular Biology of the Gene, 4th Edition, vol. 1 Eds. J. D. Watson et al., 1987, p. 313.

*Primary Examiner*—Bruce R. Campell
*Assistant Examiner*—Abdur Razzaque
*Attorney, Agent, or Firm*—Venable, Baetjer, Howard & Civiletti, LLP

[57] **ABSTRACT**

The present invention relates generally to the field of human genetics. Specifically, the present invention relates to methods and materials used to isolate and detect a human breast and ovarian cancer predisposing gene (BRCA1), some mutant alleles of which cause susceptibility to cancer, in particular breast and ovarian cancer. More specifically, the invention relates to germline mutations in the BRCA1 gene and their use in the diagnosis of predisposition to breast and ovarian cancer. The present invention further relates to somatic mutations in the BRCA1 gene in human breast and ovarian cancer and their use in the diagnosis and prognosis of human breast and ovarian cancer. Additionally, the invention relates to somatic mutations in the BRCA1 gene in other human cancers and their use in the diagnosis and prognosis of human cancers. The invention also relates to the therapy of human cancers which have a mutation in the BRCA1 gene, including gene therapy, protein replacement therapy and protein mimetics. The invention further relates to the screening of drugs for cancer therapy. Finally, the invention relates to the screening of the BRCA1 gene for mutations, which are useful for diagnosing the predisposition to breast and ovarian cancer.

**20 Claims, 18 Drawing Sheets**



A000146

U.S. Patent

May 5, 1998

Sheet 1 of 18

5,747,282



Map of the early onset breast and ovarian cancer region (BRCA1)

# FIG. 1

U.S. Patent

May 5, 1998

Sheet 2 of 18

5,747,282



FIG. 2



FIG. 3



FIG. 4

SEQ. ID
NO:

| | | |
|---|---|---|
| **82** | BRCA1 | CPICLELIKEPVSTK-CDHIFCKFCMLKLLNQKK---GPSQCPLCK |
| **83** | RPT1 | CPICLELLKEPVSAD-CNHSFCRACITLNYESNRNTDGKGNCPVCR |
| **84** | RIN1 | CPICLDMLKNTMTTKECLHRFCSDCIVTALRS-----GNKECPTCR |
| **85** | RFP1 | CPVCLQYFAEPMMLD-CGHNICCACLARCWGTAC---TNVSCPQCR |
| | C3HC4 motif | C--C-----------C-H--C--C----------------C--C |

FIG. 5

A000150

U.S. Patent

May 5, 1998

Sheet 5 of 18

5,747,282



## FIG. 6



## FIG. 7

A000152

U.S. Patent

May 5, 1998

Sheet 7 of 18

5,747,282



FIG. 8



## FIG. 9A

A000154





# FIG. 9B



FIG. 9C

Case: 14-1361 Case: 14-1361 Document: 84 Document: 22 Page: 273 Page: 227 Filed: 04/18/2014 Filed: 04/18/2014

```
   1  gaggctagagggcaggcacttttatggcaaactcaggtagaattcttcctcttccgtctct
  61  ttccttttacgtcatcggggagactgggtggcaatcgcagcccgagagacgcatggctct
 121  ttctgccctccatcctctgatgtaccttgattcgtattctgagagggctgctgcttagcg
 181  gtagccccttggtttccgtggcaacggaaaagcgggaattacagataaattaaaactg
 241  cgactgcgcggcgtgAGCTCGCTGAGACTTCCTGGACCCCGCACCAGGCTGTGGGGTTTC
 301  TCAGATAACTGGGCCCCTGCGCTCAGGAGGCCTTCACCCTCTGCTCTGGGTAAAGgtagt
 361  agagtcccgggaaagggacaggggccaagtgatgctctggggtactggcgtgggagag
 421  tggatttccgaagctgacagatgggtattctttgacggggggtagggcggaacctgaga
 481  ggcgtaaggcgttgtgaaccctgggagggggcgcagtttgtaggtcgcgagggaagcgct
 541  gaggatcaggaaggggcactgagtgtccgtgggggaatcctcgtgataggaactggaat
 601  atgccttgagggggacactatgtctttaaaaacgtcggctggtcatgaggtcaggagttc
 661  cagaccagcctgaccaacgtggtgaaactccgtctctactaaaaatacnaaaattagccg
 721  ggcgtggtgccgctccagctactcaggaggctgaggcaggagaatcgctagaaacccggga
 781  ggcggaggttgcagtgagccgagatcgcgccattgcactccagcctgggcgacagagcga
 841  gactgtctcaaaacaaaacaaaacaaaacaaaaaacaccggctggtatgtatgag
 901  aggatgggaccttgtggaagaagaggtgccaggaatatgtctggaagggggaggagacag
 961  gatttgtgggagggagaacttaagaactggatccatttgcgccattgagaaagcgcaag
1021  aggaagtagaggagcgtcagtagtaacagatgctgccggcagggatgtgcttgaggagg
1081  atccagagatgagagcaggtcactgggaaaggttagggggcgggaggcctgattggtgt
1141  tggtttggtcgttgttgatttttggttttatgcaagaaaaagaaaacaaccagaaacattg
1201  gagaaagctaaggctaccaccacctacccggtcagtcactcctctgtagcttttctcttc
1261  ttggagaaaggaaaagacccaaggggttggcagcgatatgtgaaaaaattcagaatttat
1321  gttgtctaattacaaaaagcaacttctagaatctttaaaaataaaggacgtttgtcattag
1381  ttcttctggtttgtattattctaaaaccttccaaatctttcaaatttacttttatttttaaaa
1441  tgataaaatgaagttgtcatttttataaaaccttttaaaaagatatatatatatgtttttct
1501  aatgtgttaaagTTCATTGGAACAGAAAGAAATGGATTTATCTGCTCTTCGCGTTGAAGA
1561  AGTACAAAATGTCATTAATGCTATGCAGAAAATCTTAGAGTGTCCCATCTGgtaagtcag
1621  caoaagagtgtattaatttgggattcctatgattatctcctatgcaaatgaacagaattg
1681  accttacatactagggaagaaaagacatgtctagtaagattaggctattgtaattgctga
1741  tttttcttaactgaagaactttaaaaatatagaaaatgattccttgttctccatccactct
1801  gcctctcccactcctctccttttcaacacaatcctgtggtccgggaaagacagggctctg
1861  tcttgattggttgctgcactgggcaggatctgttagatactgcatttgctttctccagctc
1921  taaavvvvvvvvvvvvvvvaaatgctgatgatagtatagagtattgaagggatcaatataat
1981  tctgttttgatatctgaaagctcactgaaggtaaggatcgtattctctgctgtattctca
2041  gttcctgacacagcagacatttaataaaatattgaacgaacttgaggccttatgttgactc
2101  agtcataacagctcaaagttgaacttattcactaagaatagctttattttttaaataaatt
2161  attgagcctcatttattttcttttctcccccccctaccctgctagTCTGGAGTTGATCA
2221  AGGAACCTGTCTCCACAAAGTGTGACCACATATTTTGCAAgtaagtttgaatgtgttatg
2281  tggctccattattagctttttgttttttgtccttcataacccaggaaacacctaacttata
2341  gaagctttactttctttcaattaagtgagaacgaaaatccaactccattttcattcttttctc
2401  agagagtatatagttatcaaaagttggttgtaatcatagttcctggtaaagttttgacat
2461  atattatctttttttttttttttgagacaagtctcgctctgtcgcccaggctggagtgcagt
2521  ggcatgaggcttgctcactgcacctccgccccccgagttcagcgactctvvvvvvvvvvvv
2581  vtgagatctagaccacatggtcaaagagatagaatgtgagcaataaatgaaccttaaatt
2641  tttcaacagctactttttttttttttttttttgagacagGGKCTTACTCTGTTGTCCCAGCT
2701  GGAGTACAGWGTGCGATCATGAGGCTTACTGTTGCTTGACTCCTAGGCTCAAGCGATCCT
2761  ATCACCTCAGTCTCCAAGTAGCTGGACTgtaagtgcacaccaccatatccagctaaattt
2821  tgtgtttttctgtagagacgggggtttcgccatgtttcccaggctggtcttgaactttgggc
2881  ttaacccgtctgcccacctaggcatcccaaagtgctaggattacaggtgtgagtcatcat
2941  gcctggccagtattttagttagctctgtcttttcaagtcatatacaagttcattttcttt
3001  taagtttagttaacaacccttatatcatgtattcttttctagcataaagaaagattcgagg
```

# FIG. 10A

```
3061  ccvvvvvvvvvvvvtgtgatcataacagtaagccatatgcatgtaagttcagttttcat
3121  agatcattgcttatgtagtttaggtttttgcttatgcagcatccaaaaacaattaggaaa
3181  ctattgcttgtaattcacctgccattacttttttaaatggctcttaagggcagttgtgaga
3241  ttatcttttcatggctatttgccttttgagtattcttttctacaaaaggaagtaaattaaa
3301  ttgttctttctttcttttataatttatagATTTTGCATGCTGAAACTTCTCAACCAGAAGA
3361  AAGGGCCTTCACAGTGTCCTTTATGTAAGAATGATATAACCAAAAGgtataatttttggt
3421  aatgatgctaggttggaagcaaccacagtaggaaaaagtagaaattatttaataacatag
3481  cgttcctataaaaccattcatcagaaaaattatttaaaagagtttttagcacacagtaaat
3541  tatttccaaagttatttttcctgaaagttttatgggcatctgcctttatacaggtattgvvv
3601  vvvvvvvvvvggtaggcttaaatgaatgacaaaaagttactaaatcactgccatcacacg
3661  gtttatacagatgtcaatgatgtattgattatagaggtttttctactgttgctgcatctta
3721  tttttatttgtttacatgtcttttctttatttttagtgtccttaaaaggttgataatcactt
3781  gctgagtgtgtttctcaaacaatttaatttcagGAGCCTACAAGAAAGTACGAGATTTAG
3841  TCAACTTGTTGAAGAGCTATTGAAAATCATTTGTGCTTTTCAGCTTGACACAGGTTTGGA
3901  GTgtaagtgttgaatatcccaagaatgacactcaagtgctgtccatgaaaactcaggaag
3961  tttgcacaattactttctatgacgtggtgataagacctttagtctaggttaattttagt
4021  tctgtatctgtaatctattttaaaaaattactcccactggtctcacacctttatttvvvvv
4081  vvvvvvvvaaaaaatcacaggtaaccttaatgcattgtcttaacacaacaaagagcatac
4141  atagggtttctctcttggtttctttgattataattcatacattttttctctaactgcaaacat
4201  aatgtttttcccttgtattttacagATGCAAACAGCTATAATTTTGCAAAAAAGGAAAATA
4261  ACTCTCCTGAACATCTAAAAGATGAAGTTTCTATCATCCAAAGTATGGGCTACAGAAACC
4321  GTGCCAAAAGACTTCTACAGAGTGAACCCGAAAATCCTTCCTTGGtaaaaccatttgttt
4381  tcttcttcttcttcttcttcttcttttttttttttcttttttttttttgagatggagtcatt
4441  gctctgtggcccaggctagaagcagtcctcctgccttagccncctttagtagctgggatta
4501  caggcacgcgcaccatgccaggctaattttttgtattttttagtagagacggggtttcatca
4561  tgttggccaggctggtctcgaactcctaacctcaggtgatcvvvvvvvvvvvvatgatg
4621  gagatcttaaaaagtaatcattctggggctgggcgtagtagcttgcacctgtaatcccag
4681  cacttcgggaggctgaggcaggcagataatttgaggtcaggagtttgagaccagcctggc
4741  caacatggtgaaacccatctctactaaaaatacaaaaattagctgggtgtggtggcacgt
4801  acctgtaatcccactcgggaggcgggaggcacaagaattgcttgaacctaggacgacg
4861  gaggttgcagcgagccaagatcgcgccactgcactccagcctgggccgtagagtgagact
4921  ctgtctcaaaaaagaaaaaaaagtaattgttctagctgggcgcagtggctcttgcctgta
4981  atcccagcacttttgggaggccaaggcgggtggatctcgagtcctagagttcaagaccagc
5041  ctaggcaatgtggtgaaaccccatcgctacaaaaaatacaaaaattactggccaggcatggtg
5101  gcgtgcgcatgtagtcccagctccttgggaggctgaggtgggaggatcacttgaacccag
5161  gagacagaggttgcagtgaaccgagatcacgccaccacgctccagcctgggcaacagaac
5221  aagactctgtctaaaaaaatacaaataaaataaaagtagttctcacagtaccaggcattca
5281  tttttcaaaagtatatagagctaaaaaggaaggaaaaaaaaaagtaatgttgggcttttaaa
5341  tactcgttcctatactaaatgttcttaggagtgctggggtttttattgtcatcatttatcc
5401  tttttaaaaaatgttattggccaggcacggtggctcatgcgtgtaatcccagcacttttggg
5461  aggccgaggcaggcagatcacctgaggtcaggagtgtgagaccagcctggccaacatggc
5521  gaaacctgtctctactaaaaataaaaaattaactaggcgtggtggtgtgcacgcctgtagt
5581  cccagctactcgggaggctgaggcaggagaatcaactgaacccagggaggtggaggttgca
5641  gtgtgccgagatcacgccactgcactctagcctggcaacagagcaagattctgtctcaaa
5701  aaaaaaaacatatatacacatatatcccaaagtgctgggattacatatatatatatatata
5761  tatatattatatatatatatatatatatatgtgatatatatgtgatatatatataacata
5821  tatatatgtaatatatgtgtatatatatataatatatatatgtaatatatatgtgatat
5881  atatatatacacacacacacacatatatatgtatgtgtgtgtacacacacacacacaaat
5941  tagccaggcatagttgcacacgcttggtagacccagctactcaggaggctgagggaggag
6001  aatctcttgaacttaggaggcggaggttgcagtgagctgagattgcgccactgcactcca
6061  gcctgggtgacagagcaggactctgtacaccccccaaaacaaaaaaaaaaagttatcagat
```

# FIG. 10B

```
6121  gtgattggaatgtatatcaagtatcagcttcaaaatatgctatattaatacttcaaaaat
6181  tacacaaataatacataatcaggtttgaaaaattaagacaacmsaaraaaaaawycmaa
6241  tcacamatatcccacacattttattattmctmctmcwattattttgwagagmctgggtct
6300  cacycykttgctwatgctggtctttgaacyccykgccycaarcartcctsctccabcctc
6361  ccaargtgctggggatwataggcatgarctaaccgcacccagccccagacattttagtgt
6421  gtaaattcctgggcatttttcaaggcatcatacatgttagctgactgatgatggtcaat
6481  ttattttgtccatggtgtcaagtttctcttcaggaggaaaagcacagaactggccaagaa
6541  ttgcttgactgttctttaccatactgtttagCAGGAAACCAGTCTCAGTGTCCAACTCTC
6601  TAACCTTGGAACTGTGAGAACTCTGAGGACAAAGCAGCGGATACAACCTCAAAAGACGTC
6661  TGTCTACATTGAATTGGgtaagggtctcaggtttttttaagtatttaataataattgctgg
6721  attccttatcttatagtttgccaaaaatcttggtcataatttgtatttgtggtaggcag
6781  ctttgggaagtgaattttatgagccctatggtgagttataaagaatgtaaaagacgcagt
6841  tcccaccttgaagaatcttacttttaaaaagggagcaaaagaggccaggcatggtggctca
6901  cacctgtaatcccagcactttgggaggccaaagtgggtggatcacctgaggtcgggagtt
6961  cgagaccagcctagccaacatggagaaactctgtctgtaccaaaaaataaaaaattagcc
7021  aggtgtggtggcacataactgtaatcccagctactcgggaggctgaggcaggagaatcac
7081  ttgaacccgggaggtggaggttgcggtgaaccgagatcgcaccattgcactccagcctgg
7141  gcaaaaatagcgaaactccatctaaaaaaaaaaaagagagcaaaagaaagamtmtctggt
7201  tttaamtmtgtgtaaatatgttttttggaaagatggagagtagcaataagaaaaaaacatga
7261  tggattgctacagtatttagttccaagataaattgtactagatgaggaagccttttaaga
7321  agagctgaattgccaggcgcagtggctcacgcctgtaatcccagcacttttgggaggccga
7381  ggtgggcggatcacctgaggtcgggagttcaagaccagcctgaccaacatggagaaaccc
7441  catctctactaaaaaaaaaaaaaaaaaaaaattagccggggtggtggcttatgcctgtaatc
7501  ccagctactcaggaggctgaggcaggagaatcgcttgaacccaggaagcagaggttgcag
7561  tgagccaagatcgcaccattgcactccagcctaggcaacaagagtgaaactccatctcaa
7621  aaaaaaaaaaaagagctgaatcttggctgggcaggatggctcgtcgtgcctgtaatcctaac
7681  gcttggaagaccgaggcagaaggattggttgagtccacgagtttaagaccagcctggcc
7741  aacataggggaaccctgtctctattttttaaaataataatacattttttggccggtgcggtg
7801  gctcatgcctgtaatcccaatactttgggaggctgaggcaggtagatcacctgaggtcag
7861  agttcgagaccagcctggataacctggtgaaacccctcttttactaaaaatacaaaaaaaa
7921  aaaaaaattagctgggtgtggtagcacatgcttgtaatcccagctacttgggaggctgag
7981  gcaggagaatcgcttgaacccagggaggcggagggttacaatgagccaacactacaccactg
8041  cactccagcctgggcaatagagtgagactgcatctcaaaaaaaataataattttttaaaaat
8101  aataaattttttttaagcttataaaaagaaaagttgaggccagcatagtagctcacatctg
8161  taatctcagcagtggcagaggattgcttgaagccaggagtttgagaccagcctgggcaac
8221  atagcaagacctcatctctacaaaaaaatttcttttttaaattagctgggtgtggtggtg
8281  tgcatctgtagtcccagctactcaggaggcagaggtgagtggataacattgaacccaggag
8341  tttgaggctgtagtgagctatgatcatgccactgcactccaacctgggtgacagagcaag
8401  acctccaaaaaaaaaaaaaaaagagctgctgagctcagaattcaaactgggctctcaaat
8461  tggattttctttagaatatatttataattaaaaaggataagcctcatcttttgagctcccag
8521  gcaccaccatctatttatcataacacttactgtttttcccccctttatgatcataaattcct
8581  agacaacaggcattgtaaaaatagttatagtagttgatatttaggagcacttaactatat
8641  tccaggcactattgtgctttttcttgtataactcattagatgcttgtcagaccctctggat
8701  tgttcctattatacttattttacagatgagaaaattaaggcacagagaagttatgaaatt
8761  tttccaaggtattaaacctagtaagtggctgagccatgattcaaacctaggaagttagat
8821  gtcagagcctgtgcttttttttttgttttttgttttttcagtagaaacggggggtctca
8881  ctttgttggccaggctggtcttgaacctctaacctcaaataatccacccatctcggcctc
8941  ctcaagtgctgggattacaggtgagagccactgtgcctggcgaagcccatgcctttaacc
9001  acttctctgtattacatactagcttaactagcattgtacctgccacagtagatgctcagt
9061  aaatatttctagttgaatatctgtttttcaacaagtacatttttttaaccctttaatta
9121  agaaaactttttattgatttattttttgggggggaaatttttttagGATCTGATTCTTCTGAA
```

# FIG. 10C

```
 9181    GATACCGTTAATAAGGCAACTTATTGCAGgtgagtcaaagagaacctttgtctatgaagc
 9241    tggtatttteectatttagttaatattaaggattgatgtttctctctttttaaaaatattt
 9301    taactttttatttttaggttcagggatgtatgtgcagtttgttatataggtaaacacacgac
 9361    tgggatttggtgtatagattttttttcatcatccgggtactaagcataccccacagtttt
 9421    ttgtttgctttcttctgaatttctcctcttcccaccttcctccctcaagtaggctggt
 9481    gtttctccagactagaatcatggtattggaagaaacctttagagatcatctagttagttc
 9541    tctcattttatagtggaggaaataccctttttgtttgttggatttagttattagcactgt
 9601    ccaaaggaatttaggataacagtagaactctgcacatgcttgcttctagcagattgttct
 9661    ctaagttcctcatatacagtaatattgacacagcagtaattgtgactgatgaaaatgttc
 9721    aaggacttcatttcaactcctttcttttcctctgttcctttatttccacatatctctcaagc
 9781    tttgtctgtatgttatataataaactacaagcaaccccaactatgttacctaccttcctt
 9841    aggaattattgcttgacccaggtttctttttttttttttttttggagacgggggtcttggcccct
 9901    gttgccaggatggagtgtagtggcgccatctcggctcactgcaatctccaactccctggt
 9961    tcaagcgattctcctgtctcaatctcacgagtagctgggactacaggtatacaccaccac
10021    gcccggttaattgaccattccatttcttttctttctttttttttttttttttttgaga
10081    cagagtcttgctctgttgcccaggctggagtacagaggtgtgatctcacctctccgcaac
10141    gtctgcctcccaggttgaagccatactcctgcctcagcctctctagtagctgggactaca
10201    ggcgcgcgcaccacaccggctaattttgtatttttagtagagatggggtttcaccat
10261    gttggccaggctggtcttgaactcatgacctcaagtggtccaccgcctcagcctcccaa
10321    agtgctggaattacaggctgagccaccgtgcccagcaaccatttcatttcaactagaag
10381    tttctaaaggagagagcagctttcactaactaaataagattggtcagctttctgtaatcg
10441    aaagagctaaaatgtttgatcttggtcatttgacagttctgcatacatgtaactagtgtt
10501    tcttattaggactctgtcttttccctatagTGTGGGAGATCAAGAATTGTTACAAATCAC
10561    CCCTCAAGGAACCAGGGATGAAATCAGTTTGGATTCTGCAAAAAAGGGtaatggcaaagt
10621    ttgccaacttaacaggcactgaaaagagagtgggtagatacagtactgtaattagattat
10681    tctgaagaccatttggaccctttacaaccacaaaatctcttggcagagttagagtatca
10741    ttctctgtcaaatgtcgtggtatggtctgatagatttaaatggtactagactaatgtacc
10801    tataataagaccttcttgtaactgattgttgccctttcgcttttttttttttgtttgtttgt
10861    ttgttttttttgagatgggtctcactctgttgcccaggctggagtgcagtgatgcaat
10921    cttggctcactgcaacctccacctccaaaggctcaagctatcctcccacttcagcctcct
10981    gagtagctgggactacaggcgcatgccaccacacccggttaattttttgtggtttttatag
11041    agatggggttttcaccatgttaccgaggctggtctcaaactcctggactcaagcagtctgc
11101    ccacttcagcctcccaaagtgctgcagttacaggcttgagccactgtgcctggcctgccc
11161    tttactttttaattggtgtatttgtgtttcatcttttacctactggttttttaaatataggg
11221    agtggtaagtctgtagatagaacagagtattaagtagacttaatggccagtaatcttag
11281    agtacatcagaaccagtttctctgatggccaatctgcttttaattcactcttagacgttag
11341    agaaataggtgtggttctgcatagggaaaattctgaaattaavvvvvvvvvvvvgatc
11401    ctaagtggaaataatctaggtaaataggaattaaatgaaagagtatgagctacatcttca
11461    gtatacttggtagtttatgaggttagtttctctaatatagccagttggttgattcacc
11521    tccaaggtgtatgaagtatgtattttttaatgacaattcagttttttgagtacctttgtta
11581    tttttgtatattttcagCTGCTTGTGAATTTTCTGAGACGGATGTAACAAATACTGAACA
11641    TCATCAACCCAGTAATAATGATTTGAACACCACTGAGAAGCGTGCAGCTGAGAGGCATCC
11701    AGAAAAGTATCAGGGTAGTTCTGTTTCAAACTTGCATGTGGAGCCATGTGGCCACAAATAC
11761    TCATGCCAGCTCATTACAGCATGAGAACAGCAGTTTATTACTCACTAAAGACAGAATGAA
11821    TGTAGAAAAGGCTGAATTCTGTAATAAAAGCAAACAGCCTGGCTTAGCAAGGAGCCAACA
11881    TAACAGATGGGCTGGAAGTAAGGAAACATGTAATGATAGGCGGACTCCCAGCACAGAAAA
11941    AAAGGTAGATCTGAATGCTGATCCCCTGTGTGAGAGAAAAGAATGGAATAAGCAGAAACT
12001    GCCATGCTCAGAGAATCCTAGAGATACTGAAGATGTTCCTTGGATAACACTAAATAGCAG
12061    CATTCAGAAAGTTAATGAGTGGTTTTCCAGAAGTGATGAACTGTTAGGTTCTGATGACTC
12121    ACATGATGGGGAGTCTGAATCAAATGCCAAAGTAGCTGATGTATTGGACGTTCTAAATGA
12181    GGTAGATGAATATTCTGGTTCTTCAGAGAAAATAGACTTACTGGCCAGTGATCCTCATGA
```

# FIG. 10D

```
12241   GGCTTTAATATGTAAAAGTGAAAGAGTTCACTCCAAATCAGTAGAGAGTAATATTGAAGG
12301   CCAAATATTTGGGAAAACCTATCGGAAGAAGGCAAGCCTCCCCAACTTAAGCCATGTAAC
12361   TGAAAATCTAATTATAGGAGCATTTGTTACTGAGCCACAGATAATACAAGAGCGTCCCCT
12421   CACAAATAAATTAAAGCGTAAAAGGAGACCTACATCAGGCCTTCATCCTGAGGATTTTAT
12481   CAAGAAAGCAGATTTGGCAGTTCAAAAGACTCCTGAAATGATAAATCAGGGAACTAACCA
12541   AACGGAGCAGAATGGTCAAGTGATGAATATTACTAATAGTGGTCATGAGAATAAAACAAA
12601   AGGTGATTCTATTCAGAATGAGAAAAATCCTAACCCAATAGAATCACTCGAAAAAGAATC
12661   TGCTTTCAAAACGAAAGCTGAACCTATAAGCAGCAGTATAAGCAATATGGAACTCGAATT
12721   AAATATCCACAATTCAAAAGCACCTAAAAAGAAATAGGCTGAGGAGGAAGTCTTCTACCAG
12781   GCATATTCATGCGCTTGAACTAGTAGTCAGTAGAAATCTAAGCCCACCTAATTGTACTGA
12841   ATTGCAAATTGATAGTTGTTCTAGCAGTGAAGAGATAAAGAAAAAAAAGTACAACCAAAT
12901   GCCAGTCAGGCACAGCAGAAACCTACAACTCATGGAAGGTAAAGAACCTGCAACTGGAGC
12961   CAAGAAGAGTAACAAGCCAAATGAACAGACAAGTAAAAGACATGACAGGGATACTTTCCC
13021   AGAGCTGAAGTTAACAAATGCACCTGGTTCTTTTACTAAGTGTTCAAATACCAGTGAACT
13081   TAAAGAATTTGTCAATCCTAGCCTTCCAAGAGAAGAAAAAGAAGAGAAACTAGAAACAGT
13141   TAAAGTGTCTAATAATGCTGAAGACCCCAAAGATCTCATGTTAAGTGGAGAAAGGGTTTT
13201   GCAAACTGAAAGATCTGTAGAGAGTAGCAGTATTTCATTGGTACCTGGTACTGATTATGG
13261   CACTCAGGAAAGTATCTCGTTACTGGAAGTTAGCACTCTAGGGAAGGCAAAAACAGAACC
13321   AAATAAATGTGTGAGTCAGTGTGCAGCATTTGAAAACCCCAAGGGACTAATTCATGGTTG
13381   TTCCAAAGATAATAGAAATGACACAGAAAGGCTTTAAGTATCCATTGGGACATGAAGTTAA
13441   CCACAGTCGGGAAACAAGCATAGAAATGGAAGAAAGTGAACTTGATGCTCAGTATTTGCA
13501   GAATACATTCAAGGTTTCAAAGCGCCAGTCATTTGCTCCGTTTTCAAATCCAGGAAATGC
13561   AGAAGAGGAAGTGTGCAACATTCTCTGCCCACTCTGGGTCCTTAAAGAAACAAAGTCCAAA
13621   AGTCACTTTTGAATGTGAACAAAAGGAAGAAAATCAAGGAAAGAATGAGTCTAATATCAA
13681   GCCTGTACAGACAGTTAATATCACTGCAGGCTTTCCTGTGGTTGGTCAGAAAGATAAGCC
13741   AGTTGATAATGCCAAATGTAGTATCAAAGGAGGCTCTAGGTTTTGTCTATCATCTCAGTT
13801   CAGAGGCAACGAAACTGGACTCATTACTACTCCAAATAAACATGGACTTTTACAAAACCCATA
13861   TCGTATACCACCACTTTTTCCCATCAAGTCATTTGTTAAAACTAAATGTAAGAAAAATCT
13921   GCTAGAGGAAAACTTTGAGGAACATTCAATGTCACCTCACCTGAAAGAGAAATGGGAAAATGAGAA
13981   CATTCCAAGTACAGTGAGCACAATTAGCCGTAATAACATTAGAGAAAATGTTTTTAAAGA
14041   AGCCAGCTCAAGCAATATTAATGAAGTAGGTTCCAGTACTAATGAAGTGGGCTCCAGTAT
14101   TAATGAAATAGGTTCCAGTGATGAAAACATTCAAGCAGAACTAGGTAGAAACAGAGGGCC
14161   AAAATTGAATGCTATGCTTAGATTAGGGGTTTTGCAACCTGAGGTCTATAAACAAAGTCT
14221   TCCTGGAAGTAATTGTAAGCATCCTGAAATAAAAAGCAAGAATATGAAGAAGTAGTTCA
14281   GACTGTTAATACAGATTTCTCTCCATATCTGATTTCAGATAACTTAGAACAGCCTATGGG
14341   AAGTAGTCATGCATCTCAGGTTTGTTCTGAGACACCTGATGACCTGTTAGATGATGGTGA
14401   AATAAAGGAAGATACTAGTTTTGCTGAAAATGACATTAAAGAAAAGTTCTGCTGTTTTAG
14461   CAAAAGCGTCCAGAAAGGAGAGCTTAGCAGGAGTCCTAGCCCTTTCACCCATACACATTT
14521   GGCTCAGGGTTACCGAAGAGGGGCCAAGAAATTAGAGTCCTCAGAAGAGAACTTATCTAG
14581   TGAGGATGAAGAGCTTCCCTGCTTCCAACACTTGTTATTTGGTAAAGTAAACAATATACC
14641   TTCTCAGTCTACTAGGCATAGCACCGTTGCTACCGAGTGTCTGTCTAAGAACACAGAGGA
14701   GAATTTATTATCATTGAAGAATAGCTTAAATGACTGCAGTAACCAGGTAATATTGGCAAA
14761   GGCATCTCAGGAACATCACCTTAGTGAGGAACAAAATGTTCTGCTAGCTTGTTTTCTTC
14821   ACAGTGCAGTGAATTGGAAGACTTGACTGCAAATACAAACACCCAGGATCCTTTCTTGAT
14881   TGGTTCTTCCAAACAAATGAGGCATCAGTCTGAAAAGCCAGGGAGTTGGTCTGAGTGACAA
14941   GGAATTGGTTTCAGATGATGAAGAAGAGGAACGGGCTTGGAAGAAAAATAATCAAGAAGA
15001   GCAAAGCATGGATTCAAACTTAGgtattggaaccaggtttttgtgtttgcccagtctat
15061   ttatagaagtgagctaaatgtttatgctttggggagcacattttacaaatttccaagta
15121   tagttaaaggaactgcttcttaaacttgaaacatgttcctcctaaggtgcttttcataga
15181   aaaaagtccttcacacagctaggacgtcatctttgactgaatgagctttaacatcctaat
15241   tactggtggacttacttctggtttcattttataaagcaaatccgggtgtcccaaagcaag
```

**FIG. 10E**

```
15301  gaatttaatcattttgtgtgacatgaaagtaaatccagtcctgccaatgagaagaaaaag
15361  acacagcaagttgcagcgtttatagtctgcttttacatctgaacctctgtttttgttatt
15421  taagGTGAAGCAGCATCTGGGTGTGAGAGTGAAACAAGCGTCTCTGAAGACTGCTCAGGG
15481  CTATCCTCTCAGAGTGACATTTTAACCACTCaggtaaaaagcgtgtgtgtgtgtgcacat
15541  gcgtgtgtgtgtggtgtcctttgcattcagtagtatgtatcccacattcttaggtttgctga
15601  catcatctctttgaattaatggcacaattgtttgtggtcattgtcvvvvvvvvvvvvvn
15661  gngaatgtaatcctaatatttcncncncnacttaaaagaataccactccaanggcatcnca
15721  atacatcaatcaattgggggaattgggattttccctcnctaacatcantggaataatttca
15781  tggcattaattgcatgaatgtggttagattaaaaggtgttcatgctagaacttgtagttc
15841  catactaggtgatttcaattcctgtgctaaaattaatttgtatgatatattntcatttaa
15901  tggaaagcttctcaaagtatttcattttcttggtaccatttatcgtttttgaAGCAGAGG
15961  GATACCATGCAACATAACCTGATAAAGCTCAGCAGGAAATGGCTGAACTAGAAGCTGTG
16021  TTAGAACAGCATGGGAGCCAGCCTTCTAACAGCTACCCTTCCATCATAAGTGACTCTTCT
16081  GCCCTTGAGGACCTGCGAAATCCAGAACAAAGCACATCAGAAAAAGgtgtgtattgttgg
16141  ccaaacactgatatcttaagcaaaattctttccttccccctttatctccttctgaagagta
16201  aggacctagctccaacattttatgatcctgctcagcacatgggtaattatggagccttg
16261  gttcttgtccctgctcacaactaatataccagtcagagggacccaaggcagtcattcatg
16321  ttgtcatctgagatacctacaacaagtagatgctatgggagcccatggvvvvvvvvvvv
16381  vvccattggtgctagcatctgtctgttgcattgcttgtgtttataaaattctgcctgata
16441  tacttgttaaaaaccaatttgtgtatcatagattgatgcttttgaaaaaaatcagtattc
16501  taacctgaattatcactatcagaacaaagcagtaaagtagatttgttttctcattccatt
16561  taaagCAGTATTAACTTCACAGAAAAGTAGTGAATACCCTATAAGCCAGAATCCAGAAGG
16621  CCTTTCTGCTGACAAGTTTGAGGTGTCTGCAGATAGTTCTACCAGTAAAAATAAAGAACC
16681  AGGAGTGGAAAGgtaagaaacatcaatgtaaagatgctgtggtatctgacatctttattt
16741  atattgaactctgattgttaattttttttcaccatactttctccagtttttttgcatacag
16801  gcatttatacacttttattgctctaggatactttctttgtttaatcctatataggvvvvvv
16861  vvvvvvvvggataagntcaagagatattttgataggtgatgcagtgatnaattgngaaaa
16921  tttnctgcctgcttttaatcttccccccgttcttcttcctncctccctccccttcctncct
16981  cccgtccttnccttttccttttccctccctttccncctctcttctnctcttcctttccttt
17041  tcctgtctacctttctttcctttccttccctttccttttcttttctttctttcctttccttt
17101  ctttcctttcttttccttttccttttctttcttcttgacagagtcttgctctgtcactcaggctgg
17161  agtgcagtggcgtgatctcgnctcagctgcaacctctgtctcccaggttcaagcaattttc
17221  ctgcctcagcctcccgagtagctgagattacaggcgccagccaccacaccagctactga
17281  cctgctttvvvvvvvvvvvvvvvaaacagctgggagatatggtgcctcagaccaagccat
17341  gttatatgtcaaccctgacatattggcaggcaacatgaatccagacttctaggctgtcat
17401  gcgggctcttttttgccagtcatttctgatctctctgacatgagctgtttcatttatgct
17461  ttggctgcccaggaagtatgatttgtccttttcacaattggtggcgatggttttctccttc
17521  catttatctttctagGTCATCCCCTTCTAAATGCCCATCATTAGATGATAGGTGGTACAT
17581  GCACAGTTGCTCTGGGAGTCTTCAGAATAGAAACTACCCATCTCAAGAGGAGCTCATTAA
17641  GGTTGTTGATGTGGAGGAGCAACAGCTGGAAGAGTCTGGGCCACACGATTTGGCGAAAC
17701  ATCTTACTTGCCAAGGCAAGATCTAGgtaatattctcatctgctgtattggaacaaacact
17761  ytgattttactctgaatcctacatcaaagatattctggttaacccactttagatgtacta
17821  gtctatcatggcacttttgttatactaattaagcccacttttagaaaaaatagctcaagt
17881  gttaatcaaggtttacttgaaaattattgaaactgttaatccatctatatttaattaat
17941  ggtttaactaatgattttgaggatgwgggagtcktggtgtactctamatgtattatttca
18001  ggccaggcatagtggctcacgcctggtaatcccagtayycmrgagcccgaggcaggtgga
18061  gccagctgaggtcagggattcaagacctgtcttggccaacatgggngaaaccctgtcttc
18121  ttcttaaaaaanacaaaaaaaattaactgggttgtgtcttaggtgnatgccccgnatccta
18181  gttnttcttgngggttgagggaggagagatcacnttggacccccggaggggngnggtggggggng
18241  agcaggncaaaacacngaccccagctggggtggaagggaagcccactcnaaaaaannttnv
18301  vvvvvvvvvvvvvttttttaggaaacaagctacttttggatttccaccaacacctgtattcat
```

**FIG. 10F**

```
18361   gtacccattttttctcttaacctaactttattggtcttttttaattcttaacagagaccaga
18421   acttttgtaattcaacattcatcgttgtgtaaattaaacttctcccattcctttcagAGGG
18481   AACCCCTTACCTGGAATCTGGAATCAGCCTCTTCTCTGATGACCCTGAATCTGATCCTTC
18541   TGAAGACAGAGCCCCAGAGTCAGCTCGTGTTGGCAACATACCATCTTCAACCTCTGCATT
18601   GAAAGTTCCCCAATTGAAAGTTGCAGAATCTGCCCAGAGTCCAGCTGCTGCTCATACTAC
18661   TGATACTGCTGGGTATAATGCAATGGAAGAAAGTGTGAGCAGGGAAGCCAGAATTGAC
18721   AGCTTCAACAGAAAGGGTCAACAAAAGAATGTCCATGGTGGTGTCTGGCCTGACCCCAGA
18781   AGAATTTGtgagtgtatccatatgtatctccctaatgactaagacttaacaacattctgg
18841   aaagagttttatgtaggtattgtcaattaataacctaggaggaagaaatctagaaaacaat
18901   cacagttctgtgtaatttaatttcgattactaatttctgaaaatttagaayvvvvvvvvvv
18961   vvvvnccnnccccnaatctgaaatgggggtaacccccccccaaccganacntgggtng
19021   cntagagantttaatggcccnttctgaggnacanaagcttaagccaggngacgtggancn
19081   atgngttgtttnttgtttggttacctccagcctgggtgacagagcaagactctgtctcaaa
19141   aaaaaaaaaaaaaaaatcgactttaaatagttccaggacacgtgtagaacgtgcaggat
19201   tgctacgtaggtaaacatatgccatggtgggataactagtattctgagctgtgtgctaga
19261   ggtaactcatgataatggaatatttgatttaattcagATGCTCGTGTACAAGTTTGCCA
19321   GAAAACACCACATCACTTTAACTAATCTAATTACTGAAGAGACTACTCATGTTGTTATGA
19381   AAACAGgtataccaagaacctttacagaataccttgcatctgctgcataaaaccacatga
19441   ggcgaggcacggtggctcatgcctgtaatcgcagcacttggggaggccgaggcgggcaga
19501   tcacgagattaggagatcgagaccatcctggccagcatggtgaaaccccgtctctactan
19561   naaatggnaaaattanctgggtgtggtcgcgtgcncctgtagtcccagctactcgtgagg
19621   ctgaggcaggagaatcacttgaaccggggaaatggaggtttcagtgagcagagatcatnc
19681   ccctncattccagcctggcgacagagcaaggctccgtcnccnaaaaaataaaaaaaacg
19741   tgaacaaataagaatatttgttgagcatagcatggatgatagtcttctaatagtcaatca
19801   attacttttatgaaagacaaataatagtttttgctgcttccttacctccttttgttttgggt
19861   taagatttggagtgtggggccaggcacvvvvvvvvvvvvvgatctatagctagccttggcg
19921   tctagaagatgggtgttgagaagaggggagtggaaagatatttcctctggtcttaacttca
19981   tatcagcctcccctagacttccaaatatccatacctgctggttataattagtggtgtttt
20041   cagcctctgattctgtcaccagggggttttagaatcataaatccagattgatcttgggagt
20101   gtaaaaaactgaggctctttagcttcttaggacagacagttcctgattttgttttcaactt
20161   ctaatcctttgagtgttttttcattctgcagATGCTGAGTTTGTGTGGACGACCACTGA
20221   AATATTTTCTAGGAATTGCGGGAGGAAAAATGGGTAGTTAGCTATTTCTgtaagtataata
20281   ctatttctccctcctcccctttaacacctcagaattgcattttttacacctaacatttaac
20341   acctaaggtttttgctgatgctgagtctgagttaccaaaaggtctttaaatttgtaaatact
20401   aaactacttttatcttttaatatcacttttgttcaagataagctggtgatgctgggaaaatg
20461   ggtctcttttataactaataggacctaatctgctcctagcaatgttagcatatgagctag
20521   ggatttatttaataagtcggcaggaatccatgtgcarcagncaaacttataatgtttaaat
20581   taaacatcaactctgtctccagaaggaaactgctgctacaagccttattaaagggctgtg
20641   gcttagagggaaggacctctcctctgtcattcttcctgtgctcttttgtgaatcgctga
20701   cctctctatctccgtgaaaagagcacgttcttctgctgtatgtaacctgtcttttctatg
20761   atctctvvvvvvvvvvvvvvnaaaaacggggnnggggantgggccttaaanccaaagggcna
20821   actccccaaccattnaaaaantgacngggggattattaaaaancggcgggaaacatttcacn
20881   gcccaactaatattgttaaattaaaaccaccaccnctgcnccaaggagggaaactgctgc
20941   tacaagccttattaaagggctgtggcttaggaggaggaggacctctcctctgtcattcttc
21001   ctgtgctcttttgtgaatcgctgacctctctatgtccgtgaaaagagcacgttcttcgtc
21061   tgtatgtaacctgtcttttctatgatctcttttagGGGTGACCCAGTCTATTAAAGAAAGA
21121   AAAATGCTGAATGAGgtaagtacttgatgttacaaactaaccagagatattcattcagtc
21181   atatagttaaaaatgtatttgcttccttccatcaatgcaccacttttccttaacaatgcac
21241   aaattttccatgataatgaggatcatcaagaattatgcaggcctgcactgtggctcatac
21301   ctataatcccagcgcttgggaggctgaggcgctggatcvvvvvvvvvvvvvvvaattttt
21361   tgtattttttagtagagatgaggtttcaccatgttggtctagatctggtgtcgaacgtcctg
```

**FIG. 10G**

A000163

```
21421  acctcaagtgatctgccagcctcagtctcccaaagtgctaggattacaggggtgagccac
21481  tgcgcctggcctgaatgcctaaaatatgacgtgtctgctccacttccattgaaggaagct
21541  tctctttctcttatcctgatggtgttgtttggtttctttcagCATGATTTTGAAGTCAG
21601  AGGAGATGTGGTCAATGGAAGAAACCACCAAGGTCCAAAGCGAGCAAGAGAATCCCAGGA
21661  CAGAAAGgtaaagctccctccctcaagttgacaaaaatctcaccccaccactctgtattc
21721  cactcccctttgcagagatgggccgcttcattttgtaagacttattacatacatacacag
21781  tgctagatactttcacacaggttcttttttcactcttccatcccaaccacataaataagt
21841  attgtctctactttatgaatgataaaactaagagatttagagaggctgtgtaatttggat
21901  tcccgtctcgggttcagatcvvvvvvvvvvvvttggcctgattggtgacaaaagtgaga
21961  tgctcagtccttgaatgacaaagaatgcctgtagagttgcaggtccaactacatatgcac
22021  ttcaagaagatcttctgaaatctagtagtgttctggacattggactgcttgtccctggga
22081  agtagcagcagaaatgatcggtggtgaacagaagaaaaagaaaagctcttccttttttgaa
22141  agtctgtttttttgaataaaaagccaatattctttttataactagatttttccttctctccatt
22201  cccctgtccctctctcttcctctcttcttccagATCTTCAGGGGGCTAGAAATCTGTTGC
22261  TATGGGCCCTTCACCAACATGCCCACAGgtaagagcctgggagaaccccagagttccagc
22321  accagcctttgtcttacatagtggagtattataagcaaggtcccacgatgggggttcctc
22381  agattgctgaaatgttctagaggctattctatttctctaccactctccaaacaaaacagc
22441  acctaaatgttatcctatggcaaaaaaaaactataccttgtcccccttctcaagagcatg
22501  aaggtggttaatagttaggattcagtatgttatgtgttcagatggcgttgagctgctgtt
22561  agtgccvvvvvvvvvvvvvvttgagagactatcaaaccttataccaagtggccttatgga
22621  gactgataaccagagtacatggcatatcagtggcaaattgacttaaaatccataccccta
22681  ctatttaagaccattgtcctttggagcagagagacagactctcccattgagaggtcttg
22741  ctataagccttcatccggagagtagtagggtagagggcctgggttaagtatgcagattact
22801  gcagtgattttacatgtaaatgtccattttagATCAACTGGAATGGATGGTACAGCTGTG
22861  TGGTGCTTCTGTGGTGAAGGAGCTTTCATCATTCACCCTTGGCACAGtaagtattgggtg
22921  ccctgtcagtgtgggaggacacaatattctctcctgtgagcaagactggcacctgtcagt
22981  ccctatggatgcccctactgtagcctcagaagtcttctctgcccacataccttgtgccaaa
23041  agactccatvvvvvvvvvvvvvvvggtggtacgtgtctgtagttccagctacttgggaggct
23101  gagatgaaggattgcttgagcccaggaggcagaggtggnannttacgctgagatcacac
23161  cactgcactccagcctgggtgacagagcaagaccctgtctcaaaaacaaacaaaaaaaaat
23221  gatgaagtgacagttccagtagtcctactttgacactttgaatgctctttccttcctggg
23281  gatccagGGTGTCCACCCAATTGTGGTTGTGCAGCCAGATGCCTGGACAGAGGACAATGG
23341  CTTCCATGgtaaggtgcctcgcatgtacctgtgtctattagtggggtccttgtgactgggt
23401  ttggtttatcactcattaacctggtgcttgagtagcacagttcttggcacattttttaaata
23461  tttgttgaatgaatggctaaaatgtcttttttgatgtttttttattgttatttgttttatatt
23521  gtaaaagtaatacatgaactgtttccatggggtgggagtaagatatgaatgttcatcacv
23581  vvvvvvvvvvvvvcagtaatcctnagaactcatacgaccgggcccctggagtcgntgnttn
23641  gagcctagtccnggagaatgaattgacactaatctctgcttgtgttctctgtctccagCA
23701  ATTGGGCAGATGTGTGAGGCACCTGTGGTGACCCGAGAGTGGGTGTTGGACAGTGTAGCA
23761  CTCTACCAGTGCCAGGAGCTGGACACCTACCTGATACCCCAGATCCCCCACAGCCACTAC
23821  TGACTGCAGCCAGCCACAGGTACAGAGCCACAGGACCCCAAGAATGACGTTTACAAAGTGG
23881  CCTTTCCAGGCCCTGGGAGCTCCTCTCACTCTTCAGTCCTTCTACTGTCCTGGCTACTAA
23941  ATATTTTATGTACATCAGCCTGAAAAGGACTTCTGGCTATGCAAGGGTCCCTTAAAGATT
24001  TTCTGCTTGAAGTCTCCCTTGGAAAT
```

# FIG. 10H

5,747,282

**1**

## 17Q-LINKED BREAST AND OVARIAN CANCER SUSCEPTIBILITY GENE

### CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of application Ser. No. 08/409,305 filed on 24 Mar. 1995, abandoned, which is a continuation-in-part of application Ser. No. 08/348,824 filed on 29 Nov. 1994, abandoned, which is a continuation-in-part of application Ser. No. 08/308,104 filed on 16 Sep. 1994, which is a continuation-in-part of application Ser. No. 08/300,266 filed on 2 Sep. 1994, abandoned, which is a continuation-in-part of application Ser. No. 08/289,221, filed on 12 Aug. 1994, abandoned, all incorporated herein by reference.

### FIELD OF THE INVENTION

The present invention relates generally to the field of human genetics. Specifically, the present invention relates to methods and materials used to isolate and detect a human breast and ovarian cancer predisposing gene (BRCA1), some mutant alleles of which cause susceptibility to cancer, in particular, breast and ovarian cancer. More specifically, the invention relates to germline mutations in the BRCA1 gene and their use in the diagnosis of predisposition to breast and ovarian cancer. The present invention further relates to somatic mutations in the BRCA1 gene in human breast and ovarian cancer and their use in the diagnosis and prognosis of human breast and ovarian cancer. Additionally, the invention relates to somatic mutations in the BRCA1 gene in other human cancers and their use in the diagnosis and prognosis of human cancers. The invention also relates to the therapy of human cancers which have a mutation in the BRCA1 gene, including gene therapy, protein replacement therapy and protein mimetics. The invention further relates to the screening of drugs for cancer therapy. Finally, the invention relates to the screening of the BRCA1 gene for mutations, which are useful for diagnosing the predisposition to breast and ovarian cancer.

The publications and other materials used herein to illuminate the background of the invention, and in particular, cases to provide additional details respecting the practice, are incorporated herein by reference, and for convenience, are referenced by author and date in the following text and respectively grouped in the appended List of References.

### BACKGROUND OF THE INVENTION

The genetics of cancer is complicated, involving multiple dominant, positive regulators of the transformed state (oncogenes) as well as multiple recessive, negative regulators (tumor suppressor genes). Over one hundred oncogenes have been characterized. Fewer than a dozen tumor suppressor genes have been identified, but the number is expected to increase beyond fifty (Knudson, 1993).

The involvement of so many genes underscores the complexity of the growth control mechanisms that operate in cells to maintain the integrity of normal tissue. This complexity is manifest in another way. So far, no single gene has been shown to participate in the development of all, or even the majority of human cancers. The most common oncogenic mutations are in the H-ras gene, found in 10–15% of all solid tumors (Anderson et al., 1992). The most frequently mutated tumor suppressor genes are the TP53 gene, homozygously deleted in roughly 50% of all tumors, and CDKN2, which was homozygously deleted in 46% of tumor

**2**

cell lines examined (Kamb et al., 1994). Without a target that is common to all transformed cells, the dream of a "magic bullet" that can destroy or revert cancer cells while leaving normal tissue unharmed is improbable. The hope for a new generation of specifically targeted antitumor drugs may rest on the ability to identify tumor suppressor genes or oncogenes that play general roles in control of cell division.

The tumor suppressor genes which have been cloned and characterized influence tumor susceptibility to: 1) Retinoblastoma (RB1); 2) Wilms' tumor (WT1); 3) Li-Fraumeni (TP53); 4) Familial adenomatus polyposis (APC); 5) Neurofibromatosis type 1 (NF1); 6) Neurofibromatosis type 2 (NF2); 7 von Hippel-Lindau syndrome (VHL); 8) Multiple endocrine neoplasia type 2A (MEN2A); and 9) Melanoma (CDKN2).

Tumor suppressor loci that have been mapped genetically but not yet isolated include genes for: Multiple endocrine neoplasia type 1 (MEN1); Lynch cancer family syndrome 2 (LCFS2); Neuroblastoma (NB); Basal cell nevus syndrome (BCNS); Beckwith-Wiedemann syndrome (BWS); Renal cell carcinoma (RCC); Tuberous sclerosis 1 (TSC1); and Tuberous sclerosis 2 (TSC2). The tumor suppressor genes that have been characterized to date encode products with similarities to a variety of protein types, including DNA binding proteins (WT1), ancillary transcription regulators (RB1), GTPase activating proteins or GAPs (NF1), cytoskeletal components (NF2), membrane bound receptor kinases (MEN2A), cell cycle regulators (CDKN2) and others with no obvious similarity to known proteins (APC and VHL).

In many cases, the tumor suppressor gene originally identified through genetic studies has been shown to be lost or mutated in some sporadic tumors. This result suggests that regions of chromosomal aberration may signify the position of important tumor suppressor genes involved both in genetic predisposition to cancer and in sporadic cancer.

One of the hallmarks of several tumor suppressor genes characterized to date is that they are deleted at high frequency in certain tumor types. The deletions often involve loss of a single allele, a so-called loss of heterozygosity (LOH), but may also involve homozygous deletion of both alleles. For LOH, the remaining allele is presumed to be nonfunctional, either because of a preexisting inherited mutation, or because of a secondary sporadic mutation.

Breast cancer is one of the most significant diseases that affects women. At the current rate, American women have a 1 in 8 risk of developing breast cancer by age 95 (American Cancer Society, 1992). Treatment of breast cancer at later stages is often futile and disfiguring, making early detection a high priority in medical management of the disease. Ovarian cancer, although less frequent than breast cancer is often rapidly fatal and is the fourth most common cause of cancer mortality in American women. Genetic factors contribute to an ill-defined proportion of breast cancer incidence, estimated to be about 5% of all cases but approximately 25% of cases diagnosed before age 40 (Claus et al., 1991). Breast cancer has been subdivided into two types, early-age onset and late-age onset, based on an inflection in the age-specific incidence curve around age 50. Mutation of one gene, BRCA1, is thought to account for approximately 45% of familial breast cancer, but at least 80% of families with both breast and ovarian cancer (Easton et al., 1993).

Intense efforts to isolate the BRCA1 gene have proceeded since it was first mapped in 1990 (Hall et al., 1990; Narod et al., 1991). A second locus, BRCA2, has recently been mapped to chromosome 13q (Wooster et al., 1994) and appears to account for a proportion of early-onset breast cancer roughly equal to BRCA1, but confers a lower risk of

5,747,282

3

ovarian cancer. The remaining susceptibility to early-onset breast cancer is divided between as yet unmapped genes for familial cancer, and rarer germline mutations in genes such as TP53 (Malkin et al., 1990). It has also been suggested that heterozygote carriers for defective forms of the Ataxia-Telangectasia gene are at higher risk for breast cancer (Swift et al., 1976; Swift et al., 1991). Late-age onset breast cancer is also often familial although the risks in relatives are not as high as those for early-onset breast cancer (Cannon-Albright et al., 1994; Mettlin et al., 1990). However, the percentage of such cases due to genetic susceptibility is unknown.

Breast cancer has long been recognized to be, in part, a familial disease (Anderson, 1972). Numerous investigators have examined the evidence for genetic inheritance and concluded that the data are most consistent with dominant inheritance for a major susceptibility locus or loci (Bishop and Gardner, 1980; Go et al., 1983; Willams and Anderson, 1984; Bishop et al., 1988; Newman et al., 1988; Claus et al., 1991). Recent results demonstrate that at least three loci exist which convey susceptibility to breast cancer as well as other cancers. These loci are the TP53 locus on chromosome 17p (Malkin et al., 1990), a 17q-linked susceptibility locus known as BRCA1 (Hall et al., 1990), and one or more loci responsible for the unmapped residual. Hall et al. (1990) indicated that the inherited breast cancer susceptibility in kindreds with early age onset is linked to chromosome 17q21; although subsequent studies by this group using a more appropriate genetic model partially refuted the limitation to early onset breast cancer (Margaritte et al., 1992).

Most strategies for cloning the 17q-linked breast cancer predisposing gene (BRCA1) require precise genetic localization studies. The simplest model for the functional role of BRCA1 holds that alleles of BRCA1 that predispose to cancer are recessive to wild type alleles; that is, cells that contain at least one wild type BRCA1 allele are not cancerous. However, cells that contain one wild type BRCA1 allele and one predisposing allele may occasionally suffer loss of the wild type allele either by random mutation or by chromosome loss during cell division (nondisjunction). All the progeny of such a mutant cell lack the wild type function of BRCA1 and may develop into tumors. According to this model, predisposing alleles of BRCA1 are recessive, yet susceptibility to cancer is inherited in a dominant fashion: women who possess one predisposing allele (and one wild type allele) risk developing cancer, because their mammary epithelial cells may spontaneously lose the wild type BRCA1 allele. This model applies to a group of cancer susceptibility loci known as tumor suppressors or antioncogenes, a class of genes that includes the retinoblastoma gene and neurofibromatosis gene. By inference this model may also explain the BRCA1 function, as has recently been suggested (Smith et al., 1992).

A second possibility is that BRCA1 predisposing alleles are truly dominant; that is, a wild type allele of BRCA1 cannot overcome the tumor forming role of the predisposing allele. Thus, a cell that carries both wild type and mutant alleles would not necessarily lose the wild type copy of BRCA1 before giving rise to malignant cells. Instead, mammary cells in predisposed individuals would undergo some other stochastic change(s) leading to cancer.

If BRCA1 predisposing alleles are recessive, the BRCA1 gene is expected to be expressed in normal mammary tissue but not functionally expressed in mammary tumors. In contrast, if BRCA1 predisposing alleles are dominant, the wild type BRCA1 gene may or may not be expressed in normal mammary tissue. However, the predisposing allele will likely be expressed in breast tumor cells.

4

The 17q linkage of BRCA1 was independently confirmed in three of five kindreds with both breast cancer and ovarian cancer (Narod et al., 1991). These studies germline to localize the gene within a very large region, 15 centiMorgans (cM), or approximately 15 million base pairs, to either side of the linked marker pCMM86 (D17S74). However, attempts to define the region further by genetic studies, using markers surrounding pCMMS6, proved unsuccessful. Subsequent studies indicated that the gene was considerably more proximal (Easton et al., 1993) and that the original analysis was flawed (Margaritte et al., 1992). Hall et al., (1992) recently localized the BRCA1 gene to an approximately 8 cM interval (approximately 8 million base pairs) bounded by Mfd15 (D17S250) on the proximal side and the human GIP gene on the distal side. A slightly narrower interval for the BRCA1 locus, based on publicly available data, was agreed upon at the Chromosome 17 workshop in March of 1992 (Fain, 1992). The size of these regions and the uncertainty associated with them has made it exceedingly difficult to design and implement physical mapping and/or cloning strategies for isolating the BRCA1 gene.

Identification of a breast cancer susceptibility locus would permit the early detection of susceptible individuals and greatly increase our ability to understand the initial steps which lead to cancer. As susceptibility loci are often altered during tumor progression, cloning these genes could also be important in the development of better diagnostic and prognostic products, as well as better cancer therapies.

SUMMARY OF THE INVENTION

The present invention relates generally to the field of human genetics. Specifically, the present invention relates to methods and materials used to isolate and detect a human breast cancer predisposing gene (BRCA1), some alleles of which cause susceptibility to cancer, in particular breast and ovarian cancer. More specifically, the present invention relates to germline mutations in the BRCA1 gene and their use in the diagnosis of predisposition to breast and ovarian cancer. The invention further relates to somatic mutations in the BRCA1 gene in human breast cancer and their use in the diagnosis and prognosis of human breast and ovarian cancer. Additionally, the invention relates to somatic mutations in the BRCA1 gene in other human cancers and their use in the diagnosis and prognosis of human cancers. The invention also relates to the therapy of human cancers which have a mutation in the BRCA1 gene, including gene therapy, protein replacement therapy and protein mimetics. The invention further relates to the screening of drugs for cancer therapy. Finally, the invention relates to the screening of the BRCA1 gene for mutations, which are useful for diagnosing the predisposition to breast and ovarian cancer.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a diagram showing the order of loci neighboring BRCA1 as determined by the chromosome 17 workshop. FIG. 1 is reproduced from Fain, 1992.

FIG. 2 is a schematic map of YACs which define part of Mfd15-Mfd188 region.

FIG. 3 is a schematic map of STSs, P1s and BACs in the BRCA1 region.

FIG. 4 is a schematic map of human chromosome 17. The pertinent region containing BRCA1 is expanded to indicate the relative positions of two previously identified genes, CA125 and RNU2. BRCA1 spans the marker D17S855.

FIG. 5 shows alignment of the BRCA1 zinc-finger domain with 3 other zinc-finger domains that scored highest

A000166

5,747,282

<div style="columns:2">

**5**

in a Smith-Waterman alignment. RPT1 encodes a protein that appears to be a negative regulator of the IL-2 receptor in mouse. RIN1 encodes a DNA-binding protein that includes a RING-finger motif related to the zinc-finger. RFP1 encodes a putative transcription factor that is the N-terminal domain of the RET oncogene product. The bottom line contains the C3HC4 consensus zinc-finger sequence showing the positions of cysteines and one histidine that form the zinc ion binding pocket.

FIG. 6 is a diagram of BRCA1 mRNA showing the locations of introns and the variants of BRCA1 mRNA produced by alternative splicing. Intron locations are shown by dark triangles and the exons are numbered below the line representing the cDNA. The top cDNA is the composite used to generate the peptide sequence of BRCA1. Alternative forms identified as cDNA clones or hybrid selection clones are shown below.

FIG. 7 shows the tissue expression pattern of BRCA1. The blot was obtained from Clontech and contains RNA from the indicated tissues. Hybridization conditions were as recommended by the manufacturer using a probe consisting of nucleotide positions 3631 to 3930 of BRCA1. Note that both breast and ovary are heterogeneous tissues and the percentage of relevant epithelial cells can be variable. Molecular weight standards are in kilobases.

FIG. 8 is a diagram of the 5' untranslated region plus the beginning of the translated region of BRCA1 showing the locations of introns and the variants of BRCA1 mRNA produced by alternative splicing. Intron locations are shown by broken dashed lines. Six alternate splice forms are shown.

FIG. 9A shows a nonsense mutation in Kindred 2082. P indicates the person originally screened, b and c are haplotype carriers, a, d, e, f, and g do not carry the BRCA1 haplotype. The C to T mutation results in a stop codon and creates a site for the restriction enzyme AvrII. PCR amplification products are cut with this enzyme. The carriers are heterozygous for the site and therefore show three bands. Non-carriers remain uncut.

FIG. 9B shows a mutation and cosegregation analysis in BRCA1 kindreds. Carrier individuals are represented as filled circles and squares in the pedigree diagrams. Frameshift mutation in Kindred 1910. The first three lanes are control, noncarrier samples. Lanes labeled 1-3 contain sequences from carrier individuals. Lane 4 contains DNA from a kindred member who does not carry the BRCA1 mutation. The diamond is used to prevent identification of the kindred. The frameshift resulting from the additional C is apparent in lanes labeled 1, 2, and 3.

FIG. 9C shows a mutation and cosegregation analysis in BRCA1 kindreds. Carrier individuals are represented as filled circles and squares in the pedigree diagrams. Inferred regulatory mutation in Kindred 2035. ASO analysis of carriers and noncarriers of 2 different polymorphisms (PM1 and PM7) which were examined for heterozygosity in the germline and compared to the heterozygosity of lymphocyte mRNA. The top 2 rows of each panel contain PCR products amplified from genomic DNA and the bottom 2 rows contain PCR products amplified from cDNA. "A" and "G" are the two alleles detected by the ASO. The dark spots indicate that a particular allele is present in the sample. The first three lanes of PM7 represent the three genotypes in the general population.

FIG. 10A-10H show genomic sequence of BRCA1. The lower case letters denote intron sequence while the upper case letters denote exon sequence. Indefinite intervals within

**6**

introns are designated with vvvvvvvvvvvvv. Known polymorphic sites are shown as underlined and boldface type.

## DETAILED DESCRIPTION OF THE INVENTION

The present invention relates generally to the field of human genetics. Specifically, the present invention relates to methods and materials used to isolate and detect a human breast cancer predisposing gene (BRCA1), some alleles of which cause susceptibility to cancer, in particular breast and ovarian cancer. More specifically, the present invention relates to germline mutations in the BRCA1 gene and their use in the diagnosis of predisposition to breast and ovarian cancer. The invention further relates to somatic mutations in the BRCA1 gene in human breast cancer and their use in the diagnosis and prognosis of human breast and ovarian cancer. Additionally, the invention relates to somatic mutations in the BRCA1 gene in other human cancers and their use in the diagnosis and prognosis of human cancers. The invention also relates to the therapy of human cancers which have a mutation in the BRCA1 gene, including gene therapy, protein replacement therapy and protein mimetics. The invention further relates to the screening of drugs for cancer therapy. Finally, the invention relates to the screening of the BRCA1 gene for mutations, which are useful for diagnosing the predisposition to breast and ovarian cancer.

The present invention provides an isolated polynucleotide comprising all, or a portion of the BRCA1 locus or of a mutated BRCA1 locus, preferably at least eight bases and not more than about 100 kb in length. Such polynucleotides may be antisense polynucleotides. The present invention also provides a recombinant construct comprising such an isolated polynucleotide, for example, a recombinant construct suitable for expression in a transformed host cell.

Also provided by the present invention are methods of detecting a polynucleotide comprising a portion of the BRCA1 locus or its expression product in an analyte. Such methods may further comprise the step of amplifying the portion of the BRCA1 locus, and may further include a step of providing a set of polynucleotides which are primers for amplification of said portion of the BRCA1 locus. The method is useful for either diagnosis of the predisposition to cancer or the diagnosis or prognosis of cancer.

The present invention also provides isolated antibodies, preferably monoclonal antibodies, which specifically bind to an isolated polypeptide comprised of at least five amino acid residues encoded by the BRCA1 locus.

The present invention also provides kits for detecting in an analyte a polynucleotide comprising a portion of the BRCA1 locus, the kits comprising a polynucleotide complementary to the portion of the BRCA1 locus packaged in a suitable container, and instructions for its use.

The present invention further provides methods of preparing a polynucleotide comprising polymerizing nucleotides to yield a sequence comprised of at least eight consecutive nucleotides of the BRCA1 locus; and methods of preparing a polypeptide comprising polymerizing amino acids to yield a sequence comprising at least five amino acids encoded within the BRCA1 locus.

The present invention further provides methods of screening the BRCA1 gene to identify mutations. Such methods may further comprise the step of amplifying a portion of the BRCA1 locus, and may further include a step of providing a set of polynucleotides which are primers for amplification of said portion of the BRCA1 locus. The method is useful for identifying mutations for use in either diagnosis of the predisposition to cancer or the diagnosis or prognosis of cancer.

</div>

A000167

5,747,282

7

The present invention further provides methods of screening suspected BRCA1 mutant alleles to identify mutations in the BRCA1 gene.

In addition, the present invention provides methods of screening drugs for cancer therapy to identify suitable drugs for restoring BRCA1 gene product function.

Finally, the present invention provides the means necessary for production of gene-based therapies directed at cancer cells. These therapeutic agents may take the form of polynucleotides comprising all or a portion of the BRCA1 locus placed in appropriate vectors or delivered to target cells in more direct ways such that the function of the BRCA1 protein is reconstituted. Therapeutic agents may also take the form of polypeptides based on either a portion of, or the entire protein sequence of BRCA1. These may functionally replace the activity of BRCA1 in vivo.

It is a discovery of the present invention that the BRCA1 locus which predisposes individuals to breast cancer and ovarian cancer, is a gene encoding a BRCA1 protein, which has been found to have no significant homology with known protein or DNA sequences. This gene is termed BRCA1 herein. It is a discovery of the present invention that mutations in the BRCA1 locus in the germline are indicative of a predisposition to breast cancer and ovarian cancer. Finally, it is a discovery of the present invention that somatic mutations in the BRCA1 locus are also associated with breast cancer, ovarian cancer and other cancers, which represents an indicator of these cancers or of the prognosis of these cancers. The mutational events of the BRCA1 locus can involve deletions, insertions and point mutations within the coding sequence and the non-coding sequence.

Starting from a region on the long arm of human chromosome 17 of the human genome, 17q, which has a size estimated at about 8 million base pairs, a region which contains a genetic locus, BRCA1, which causes susceptibility to cancer, including breast and ovarian cancer, has been identified.

The region containing the BRCA1 locus was identified using a variety of genetic techniques. Genetic mapping techniques initially defined the BRCA1 region in terms of recombination with genetic markers. Based upon studies of large extended families ("kindreds") with multiple cases of breast cancer (and ovarian cancer cases in some kindreds), a chromosomal region has been pinpointed that contains the BRCA1 gene as well as other putative susceptibility alleles in the BRCA1 locus. Two meiotic breakpoints have been discovered on the distal side of the BRCA1 locus which are expressed as recombinants between genetic markers and the disease, and one recombinant on the proximal side of the BRCA1 locus. Thus, a region which contains the BRCA1 locus is physically bounded by these markers.

The use of the genetic markers provided by this invention allowed the identification of clones which cover the region from a human yeast artificial chromosome (YAC) or a human bacterial artificial chromosome (BAC) library. It also allowed for the identification and preparation of more easily manipulated cosmid, P1 and BAC clones from this region and the construction of a contig from a subset of the clones. These cosmids, P1s, YACs and BACs provide the basis for cloning the BRCA1 locus and provide the basis for developing reagents effective, for example, in the diagnosis and treatment of breast and/or ovarian cancer. The BRCA1 gene and other potential susceptibility genes have been isolated from this region. The isolation was done using software trapping (a computational method for identifying sequences likely to contain coding exons, from contiguous or discontinuous genomic DNA sequences), hybrid selection techniques and direct screening, with whole or partial cDNA inserts from cosmids, P1s and BACs, in the region to screen cDNA libraries. These methods were used to obtain sequences of loci expressed in breast and other tissue. These candidate loci were analyzed to identify sequences which confer cancer susceptibility. We have discovered that there are mutations in the coding sequence of the BRCA1 locus in kindreds which are responsible for the 17q-linked cancer susceptibility known as BRCA1. This gene was not known to be in this region. The present invention not only facilitates the early detection of certain cancers, so vital to patient survival, but also permits the detection of susceptible individuals before they develop cancer.

Population Resources

Large, well-documented Utah kindreds are especially important in providing good resources for human genetic studies. Each large kindred independently provides the power to detect whether a BRCA1 susceptibility allele is segregating in that family. Recombinants informative for localization and isolation of the BRCA1 locus could be obtained only from kindreds large enough to confirm the presence of a susceptibility allele. Large sibships are especially important for studying breast cancer, since penetrance of the BRCA1 susceptibility allele is reduced both by age and sex, making informative sibships difficult to find. Furthermore, large sibships are essential for constructing haplotypes of deceased individuals by inference from the haplotypes of their close relatives.

While other populations may also provide beneficial information, such studies generally require much greater effort, and the families are usually much smaller and thus less informative. Utah's age-adjusted breast cancer incidence is 20% lower than the average U.S. rate. The lower incidence in Utah is probably due largely to an early age at first pregnancy, increasing the probability that cases found in Utah kindreds carry a genetic predisposition.

Genetic Mapping

Given a set of informative families, genetic markers are essential for linking a disease to a region of a chromosome. Such markers include restriction fragment length polymorphisms (RFLPs) (Botstein et al., 1980), markers with a variable number of tandem repeats (VNTRs) (Jeffreys et al., 1985; Nakamura et al., 1987), and an abundant class of DNA polymorphisms based on short tandem repeats (STRs), especially repeats of CpA (Weber and May, 1989; Litt et al., 1989). To generate a genetic map, one selects potential genetic markers and tests them using DNA extracted from members of the kindreds being studied.

Genetic markers useful in searching for a genetic locus associated with a disease can be selected on an ad hoc basis, by densely covering a specific chromosome, or by detailed analysis of a specific region of a chromosome. A preferred method for selecting genetic markers linked with a disease involves evaluating the degree of informativeness of kindreds to determine the ideal distance between genetic markers of a given degree of polymorphism, then selecting markers from known genetic maps which are ideally spaced for maximal efficiency. Informativeness of kindreds is measured by the probability that the markers will be heterozygous in unrelated individuals. It is also most efficient to use STR markers which are detected by amplification of the target nucleic acid sequence using PCR; such markers are highly informative, easy to assay (Weber and May, 1989), and can be assayed simultaneously using multiplexing strategies (Skolnick and Wallace, 1988), greatly reducing the number of experiments required.

A000168

5,747,282

<table>
<tr><td>9</td><td>10</td></tr>
</table>

Once linkage has been established, one needs to find markers that flank the disease locus, i.e., one or more markers proximal to the disease locus, and one or more markers distal to the disease locus. Where possible, candidate markers can be selected from a known genetic map. Where none is known, new markers can be identified by the STR technique, as shown in the Examples.

Genetic mapping is usually an iterative process. In the present invention, it began by defining flanking genetic markers around the BRCA1 locus, then replacing these flanking markers with other markers that were successively closer to the BRCA1 locus. As an initial step, recombination events, defined by large extended kindreds, helped specifically to localize the BRCA1 locus as either distal or proximal to a specific genetic marker (Goldgar et al., 1994).

The region surrounding BRCA1, until the disclosure of the present invention, was not well mapped and there were few markers. Therefore, short repetitive sequences on cosmids subcloned from YACs, which had been physically mapped, were analyzed in order to develop new genetic markers. Using this approach, one marker of the present invention, 42D6, was discovered which replaced pCMM86 as the distal flanking marker for the BRCA1 region. Since 42D6 is approximately 14 cM from pCMM86, the BRCA1 region was thus reduced by approximately 14 centiMorgans (Easton et al., 1993). The present invention thus began by finding a much more closely linked distal flanking marker of the BRCA1 region. BRCA1 was then discovered to be distal to the genetic marker Mfd15. Therefore, BRCA1 was shown to be in a region of 6 to 10 million bases bounded by Mfd15 and 42D6. Marker Mfd191was subsequently discovered to be distal to Mfd15 and proximal to BRCA1. Thus, Mfd15 was replaced with Mfd191 as the closest proximal genetic marker. Similarly, it was discovered that genetic marker Mfd188 could replace genetic marker 42D6, narrowing the region containing the BRCA1 locus to approximately 1.5 million bases. Then the marker Mfd191 was replaced with tdj1474 as the proximal marker and Mfd188 was replaced with U5R as the distal marker, further narrowing the BRCA1 region to a small enough region to allow isolation and characterization of the BRCA1 locus (see FIG. 3), using techniques known in the art and described herein.

Physical Mapping

Three distinct methods were employed to physically map the region. The first was the use of yeast artificial chromosomes (YACs) to clone the region which is flanked by tdj1474 and U5R. The second was the creation of a set of P1, BAC and cosmid clones which cover the region containing the BRCA1 locus.

Yeast Artificial Chromosomes (YACs). Once a sufficiently small region containing the BRCA1 locus was identified, physical isolation of the DNA in the region proceeded by identifying a set of overlapping YACs which covers the region. Useful YACs can be isolated from known libraries, such as the St. Louis and CEPH YAC libraries, which are widely distributed and contain approximately 50,000 YACs each. The YACs isolated were from these publically accessible libraries and can be obtained from a number of sources including the Michigan Genome Center. Clearly, others who had access to these YACs, without the disclosure of the present invention, would not have known the value of the specific YACs we selected since they would not have known which YACs were within, and which YACs outside of, the smallest region containing the BRCA1 locus.

Cosmid, P1 and BAC Clones. In the present invention, it is advantageous to proceed by obtaining cosmid, P1, and BAC clones to cover this region. The smaller size of these inserts, compared to YAC inserts, makes them more useful as specific hybridization probes. Furthermore, having the cloned DNA in bacterial cells, rather than in yeast cells, greatly increases the ease with which the DNA of interest can be manipulated, and improves the signal-to-noise ratio of hybridization assays. For cosmid subclones of YACs, the DNA is partially digested with the restriction enzyme Sau3A and cloned into the BamHI site of the pWE15 cosmid vector (Stratagene, cat. #1251201). The cosmids containing human sequences are screened by hybridization with human repetitive DNA (e.g., Gibco/BRL, Human C$_o$t–1 DNA, cat. 5279SA), and then fingerprinted by a variety of techniques, as detailed in the Examples.

P1 and BAC clones are obtained by screening libraries constructed from the total human genome with specific sequence tagged sites (STSs) derived from the YACs, cosmids or P1s and BACs, isolated as described herein.

These P1, BAC and cosmid clones can be compared by interspersed repetitive sequence (IRS) PCR and/or restriction enzyme digests followed by gel electrophoresis and comparison of the resulting DNA fragments ("fingerprints") (Maniatis et al., 1982). The clones can also be characterized by the presence of STSs. The fingerprints are used to define an overlapping contiguous set of clones which covers the region but is not excessively redundant, referred to herein as a "minimum tiling path". Such a minimum tiling path forms the basis for subsequent experiments to identify cDNAs which may originate from the BRCA1 locus.

Coverage of the Gap with P1 and BAC Clones. To cover any gaps in the BRCA1 contig between the identified cosmids with genomic clones, clones in P1 and BAC vectors which contain inserts of genomic DNA roughly twice as large as cosmids for P1s and still greater for BACs (Sternberg, 1990; Sternberg et al., 1990; Pierce et al., 1992; Shizuya et al., 1992) were used. P1 clones were isolated by Genome Sciences using PCR primers provided by us for screening. BACs were provided by hybridization techniques in Dr. Mel Simon's laboratory. The strategy of using P1 clones also permitted the covering of the genomic region with an independent set of clones not derived from YACs. This guards against the possibility of other deletions in YACs that have not been detected. These new sequences derived from the P1 clones provide the material for further screening for candidate genes, as described below.

Gene Isolation.

There are many techniques for testing genomic clones for the presence of sequences likely to be candidates for the coding sequence of a locus one is attempting to isolate, including but not limited to:

a. zoo blots

b. identifying HTF islands

c. exon trapping

d. hybridizing cDNA to cosmids or YACs.

e. screening cDNA libraries.

(a) Zoo blots. The first technique is to hybridize cosmids to Southern blots to identify DNA sequences which are evolutionarily conserved, and which therefore give positive hybridization signals with DNA from species of varying degrees of relationship to humans (such as monkey, cow, chicken, pig, mouse and rat). Southern blots containing such DNA from a variety of species are commercially available (Clonetech, Cat. 7753-1).

(b) Identifying HTF islands. The second technique involves finding regions rich in the nucleotides C and G, which often occur near or within coding sequences. Such sequences are called HTF (HpaI tiny fragment) or CpG islands, as restric-

A000169

5,747,282

| 11 | 12 |

tion enzymes specific for sites which contain CpG dimers cut frequently in these regions (Lindsay et al., 1987).

(c) Exon trapping. The third technique is exon trapping, a method that identifies sequences in genomic DNA which contain splice junctions and therefore are likely to comprise coding sequences of genes. Exon amplification (Buckler et al., 1991) is used to select and amplify exons from DNA clones described above. Exon amplification is based on the selection of RNA sequences which are flanked by functional 5' and/or 3' splice sites. The products of the exon amplification are used to screen the breast cDNA libraries to identify a manageable number of candidate genes for further study. Exon trapping can also be performed on small segments of sequenced DNA using computer programs or by software trapping.

(d) Hybridizing cDNA to Cosmids, P1s, BACs or YACs. The fourth technique is a modification of the selective enrichment technique which utilizes hybridization of cDNA to cosmids, P1s, BACs or YACs and permits transcribed sequences to be identified in, and recovered from cloned genomic DNA (Kandpal et al, 1990). The selective enrichment technique, as modified for the present purpose, involves binding DNA from the region of BRCA1 present in a YAC to a column matrix and selecting cDNAs from the relevant libraries which hybridize with the bound DNA, followed by amplification and purification of the bound DNA, resulting in a great enrichment for cDNAs in the region represented by the cloned genomic DNA.

(e) Identification of cDNAs. The fifth technique is to identify cDNAs that correspond to the BRCA1 locus. Hybridization probes containing putative coding sequences, selected using any of the above techniques, are used to screen various libraries, including breast tissue cDNA libraries, ovarian cDNA libraries, and any other necessary libraries.

Another variation on the theme of direct selection of cDNA was also used to find candidate genes for BRCA1 (Lovett et al., 1991; Futreal, 1993). This method uses cosmid, P1 or BAC DNA as the probe. The probe DNA is digested with a blunt cutting restriction enzyme such as HaeIII. Double stranded adapters are then ligated onto the DNA and serve as binding sites for primers in subsequent PCR amplification reactions using biotinylated primers. Target cDNA is generated from mRNA derived from tissue samples, e.g., breast tissue, by synthesis of either random primed or oligo(dT) primed first strand followed by second strand synthesis. The cDNA ends are rendered blunt and ligated onto double-stranded adapters. These adapters serve as amplification sites for PCR. The target and probe sequences are denatured and mixed with human $C_o t$–1 DNA to block repetitive sequences.

Solution hybridization is carried out to high $C_o t$–½ values to ensure hybridization of rare target cDNA molecules. The annealed material is then captured on avidin beads, washed at high stringency and the retained cDNAs are eluted and amplified by PCR. The selected cDNA is subjected to further rounds of enrichment before cloning into a plasmid vector for analysis.

Testing the cDNA for Candidacy

Proof that the cDNA is the BRCA1 locus is obtained by finding sequences in DNA extracted from affected kindred members which create abnormal BRCA1 gene products or abnormal levels of BRCA1 gene product. Such BRCA1 susceptibility alleles will co-segregate with the disease in large kindreds. They will also be present at a much higher frequency in non-kindred individuals with breast and ovarian cancer then in individuals in the general population.

Finally, since tumors often mutate somatically at loci which are in other instances mutated in the germline, we expect to see normal germline BRCA1 alleles mutated into sequences which are identical or similar to BRCA1 susceptibility alleles in DNA extracted from tumor tissue. Whether one is comparing BRCA1 sequences from tumor tissue to BRCA1 alleles from the germline of the same individuals, or one is comparing germline BRCA1 alleles from cancer cases to those from unaffected individuals, the key is to find mutations which are serious enough to cause obvious disruption to the normal function of the gene product. These mutations can take a number of forms. The most severe forms would be frame shift mutations or large deletions which would cause the gene to code for an abnormal protein or one which would significantly alter protein expression. Less severe disruptive mutations would include small in-frame deletions and nonconservative base pair substitutions which would have a significant effect on the protein produced, such as changes to or from a cysteine residue, from a basic to an acidic amino acid or vice versa, from a hydrophobic to hydrophilic amino acid or vice versa, or other mutations which would affect secondary, tertiary or quaternary protein structure. Silent mutations or those resulting in conservative amino acid substitutions would not generally be expected to disrupt protein function.

According to the diagnostic and prognostic method of the present invention, alteration of the wild-type BRCA1 locus is detected. In addition, the method can be performed by detecting the wild-type BRCA1 locus and confirming the lack of a predisposition to cancer at the BRCA1 locus. "Alteration of a wild-type gene" encompasses all forms of mutations including deletions, insertions and point mutations in the coding and noncoding regions. Deletions may be of the entire gene or of only a portion of the gene. Point mutations may result in stop codons, frameshift mutations or amino acid substitutions. Somatic mutations are those which occur only in certain tissues, e.g., in the tumor tissue, and are not inherited in the germline. Germline mutations can be found in any of a body's tissues and are inherited. If only a single allele is somatically mutated, an early neoplastic state is indicated. However, if both alleles are somatically mutated, then a late neoplastic state is indicated. The finding of BRCA1 mutations thus provides both diagnostic and prognostic information. A BRCA1 allele which is not deleted (e.g., found on the sister chromosome to a chromosome carrying a BRCA1 deletion) can be screened for other mutations, such as insertions, small deletions, and point mutations. It is believed that many mutations found in tumor tissues will be those leading to decreased expression of the BRCA1 gene product. However, mutations leading to non-functional gene products would also lead to a cancerous state. Point mutational events may occur in regulatory regions, such as in the promoter of the gene, leading to loss or diminution of expression of the mRNA. Point mutations may also abolish proper RNA processing, leading to loss of expression of the BRCA1 gene product, or to a decrease in mRNA stability or translation efficiency.

Useful diagnostic techniques include, but are not limited to fluorescent in situ hybridization (FISH), direct DNA sequencing, PFGE analysis, Southern blot analysis, single stranded conformation analysis (SSCA), RNase protection assay, allele-specific oligonucleotide (ASO), dot blot analysis and PCR-SSCP, as discussed in detail further below.

Predisposition to cancers, such as breast and ovarian cancer, and the other cancers identified herein, can be ascertained by testing any tissue of a human for mutations of the BRCA1 gene. For example, a person who has inherited

A000170

5,747,282

13

a germline BRCA1 mutation would be prone to develop cancers. This can be determined by testing DNA from any tissue of the person's body. Most simply, blood can be drawn and DNA extracted from the cells of the blood. In addition, prenatal diagnosis can be accomplished by testing fetal cells, placental cells or amniotic cells for mutations of the BRCA1 gene. Alteration of a wild-type BRCA1 allele, whether, for example, by point mutation or deletion, can be detected by any of the means discussed herein.

There are several methods that can be used to detect DNA sequence variation. Direct DNA sequencing, either manual sequencing or automated fluorescent sequencing can detect sequence variation. For a gene as large as BRCA1, manual sequencing is very labor-intensive, but under optimal conditions, mutations in the coding sequence of a gene are rarely missed. Another approach is the single-stranded conformation polymorphism assay (SSCA) (Orita et al., 1989). This method can detect all sequence changes, especially if the DNA fragment size is greater than 200 bp, but can be optimized to detect most DNA sequence variation. The reduced detection sensitivity is a disadvantage, but the increased throughput possible with SSCA makes it an attractive, viable alternative to direct sequencing for mutation detection on a research basis. The fragments which have shifted mobility on SSCA gels are then sequenced to determine the exact nature of the DNA sequence variation. Other approaches based on the detection of mismatches between the two complementary DNA strands include clamped denaturing gel electrophoresis (CDGE) (Sheffield et al., 1991), heteroduplex analysis (HA) (White et al., 1992) and chemical mismatch cleavage (CMC) (Grompe et al., 1989). None of the methods described above will detect large deletions, duplications or insertions, nor will they detect a regulatory mutation which affects transcription or translation of the protein. Other methods which might detect these classes of mutations such as a protein truncation assay or the asymmetric assay, detect only specific types of mutations and would not detect missense mutations. A review of currently available methods of detecting DNA sequence variation can be found in a recent review by Grompe (1993). Once a mutation is known, an allele specific detection approach such as allele specific oligonucleotide (ASO) hybridization can be utilized to rapidly screen large numbers of other samples for that same mutation.

In order to detect the alteration of the wild-type BRCA1 gene in a tissue, it is helpful to isolate the tissue free from surrounding normal tissues. Means for enriching tissue preparation for tumor cells are known in the art. For example, the tissue may be isolated from paraffin or cryostat sections. Cancer cells may also be separated from normal cells by flow cytometry. These techniques, as well as other techniques for separating tumor cells from normal cells, are well known in the art. If the tumor tissue is highly contaminated with normal cells, detection of mutations is more difficult.

A rapid preliminary analysis to detect polymorphisms in DNA sequences can be performed by looking at a series of Southern blots of DNA cut with one or more restriction enzymes, preferably with a large number of restriction enzymes. Each blot contains a series of normal individuals and a series of cancer cases, tumors, or both. Southern blots displaying hybridizing fragments (differing in length from control DNA when probed with sequences near or including the BRCA1 locus) indicate a possible mutation. If restriction enzymes which produce very large restriction fragments are used, then pulsed field gel electrophoresis (PFGE) is employed.

14

Detection of point mutations may be accomplished by molecular cloning of the BRCA1 allele(s) and sequencing the allele(s) using techniques well known in the art. Alternatively, the gene sequences can be amplified directly from a genomic DNA preparation from the tumor tissue, using known techniques. The DNA sequence of the amplified sequences can then be determined.

There are six well known methods for a more complete, yet still indirect, test for confirming the presence of a susceptibility allele: 1) single stranded conformation analysis (SSCA) (Orita et al., 1989); 2) denaturing gradient gel electrophoresis (DGGE) (Wartell et al., 1990; Sheffield et al., 1989); 3) RNase protection assays (Finkelstein et al., 1990; Kinszler et al., 1991); 4) allele-specific oligonucleotides (ASOs) (Conner et al., 1983); 5) the use of proteins which recognize nucleotide mismatches, such as the E. coli mutS protein (Modrich, 1991); and 6) allele-specific PCR (Rano & Kidd, 1989). For allele-specific PCR, primers are used which hybridize at their 3' ends to a particular BRCA1 mutation. If the particular BRCA1 mutation is not present, an amplification product is not observed. Amplification Refractory Mutation System (ARMS) can also be used, as disclosed in European Patent Application Publication No. 0332435 and in Newton et al., 1989. Insertions and deletions of genes can also be detected by cloning, sequencing and amplification. In addition, restriction fragment length polymorphism (RFLP) probes for the gene or surrounding marker genes can be used to score alteration of an allele or an insertion in a polymorphic fragment. Such a method is particularly useful for screening relatives of an affected individual for the presence of the BRCA1 mutation found in that individual. Other techniques for detecting insertions and deletions as known in the art can be used.

In the first three methods (SSCA, DGGE and RNase protection assay), a new electrophoretic band appears. SSCA detects a band which migrates differentially because the sequence change causes a difference in single-strand, intramolecular base pairing. RNase protection involves cleavage of the mutant polynucleotide into two or more smaller fragments. DGGE detects differences in migration rates of mutant sequences compared to wild-type sequences, using a denaturing gradient gel. In an allele-specific oligonucleotide assay, an oligonucleotide is designed which detects a specific sequence, and the assay is performed by detecting the presence or absence of a hybridization signal. In the mutS assay, the protein binds only to sequences that contain a nucleotide mismatch in a heteroduplex between mutant and wild-type sequences.

Mismatches, according to the present invention, are hybridized nucleic acid duplexes in which the two strands are not 100% complementary. Lack of total homology may be due to deletions, insertions, inversions or substitutions. Mismatch detection can be used to detect point mutations in the gene or in its mRNA product. While these techniques are less sensitive than sequencing, they are simpler to perform on a large number of tumor samples. An example of a mismatch cleavage technique is the RNase protection method. In the practice of the present invention, the method involves the use of a labeled riboprobe which is complementary to the human wild-type BRCA1 gene coding sequence. The riboprobe and either mRNA or DNA isolated from the tumor tissue are annealed (hybridized) together and subsequently digested with the enzyme RNase A which is able to detect some mismatches in a duplex RNA structure. If a mismatch is detected by RNase A, it cleaves at the site of the mismatch. Thus, when the annealed RNA preparation is separated on an electrophoretic gel matrix, if a mismatch

A000171

5,747,282

15

has been detected and cleaved by RNase A, an RNA product will be seen which is smaller than the full length duplex RNA for the riboprobe and the mRNA or DNA. The riboprobe need not be the full length of the BRCA1 mRNA or gene but can be a segment of either. If the riboprobe comprises only a segment of the BRCA1 mRNA or gene, it will be desirable to use a number of these probes to screen the whole mRNA sequence for mismatches.

In similar fashion, DNA probes can be used to detect mismatches, through enzymatic or chemical cleavage. See, e.g., Cotton et al., 1988; Shenk et al., 1975; Novack et al., 1986. Alternatively, mismatches can be detected by shifts in the electrophoretic mobility of mismatched duplexes relative to matched duplexes. See, e.g., Cariello, 1988. With either riboprobes or DNA probes, the cellular mRNA or DNA which might contain a mutation can be amplified using PCR (see below) before hybridization. Changes in DNA of the BRCA1 gene can also be detected using Southern hybridization, especially if the changes are gross rearrangements, such as deletions and insertions.

DNA sequences of the BRCA1 gene which have been amplified by use of PCR may also be screened using allele-specific probes. These probes are nucleic acid oligomers, each of which contains a region of the BRCA1 gene sequence harboring a known mutation. For example, one oligomer may be about 30 nucleotides in length, corresponding to a portion of the BRCA1 gene sequence. By use of a battery of such allele-specific probes, PCR amplification products can be screened to identify the presence of a previously identified mutation in the BRCA1 gene. Hybridization of allele-specific probes with amplified BRCA1 sequences can be performed, for example, on a nylon filter. Hybridization to a particular probe under stringent hybridization conditions indicates the presence of the same mutation in the tumor tissue as in the allele-specific probe.

The most definitive test for mutations in a candidate locus is to directly compare genomic BRCA1 sequences from cancer patients with those from a control population. Alternatively, one could sequence messenger RNA after amplification, e.g., by PCR, thereby eliminating the necessity of determining the exon structure of the candidate gene.

Mutations from cancer patients falling outside the coding region can be detected by examining the noncoding regions, such as introns and regulatory sequences near or within the BRCA1 gene. An early indication that mutations in noncoding regions are important may come from Northern blot experiments that reveal messenger RNA molecules of abnormal size or abundance in cancer patients as compared to control individuals.

Alteration of BRCA1 mRNA expression can be detected by any techniques known in the art. These include Northern blot analysis, PCR amplification and RNase protection. Diminished mRNA expression indicates an alteration of the wild-type BRCA1 gene. Alteration of wild-type BRCA1 genes can also be detected by screening for alteration of wild-type BRCA1 protein. For example, monoclonal antibodies immunoreactive with BRCA1 can be used to screen a tissue. Lack of cognate antigen would indicate a BRCA1 mutation. Antibodies specific for products of mutant alleles could also be used to detect mutant BRCA1 gene product. Such immunological assays can be done in any convenient formats known in the art. These include Western blots, immunohistochemical assays and ELISA assays. Any means for detecting an altered BRCA1 protein can be used to detect alteration of wild-type BRCA1 genes. Functional assays, such as protein binding determinations, can be used. In

16

addition, assays can be used which detect BRCA1 biochemical function. Finding a mutant BRCA1 gene product indicates alteration of a wild-type BRCA1 gene.

Mutant BRCA1 genes or gene products can also be detected in other human body samples, such as serum, stool, urine and sputum. The same techniques discussed above for detection of mutant BRCA1 genes or gene products in tissues can be applied to other body samples. Cancer cells are sloughed off from tumors and appear in such body samples. In addition, the BRCA1 gene product itself may be secreted into the extracellular space and found in these body samples even in the absence of cancer cells. By screening such body samples, a simple early diagnosis can be achieved for many types of cancers. In addition, the progress of chemotherapy or radiotherapy can be monitored more easily by testing such body samples for mutant BRCA1 genes or gene products.

The methods of diagnosis of the present invention are applicable to any tumor in which BRCA1 has a role in tumorigenesis. The diagnostic method of the present invention is useful for clinicians, so they can decide upon an appropriate course of treatment.

The primer pairs of the present invention are useful for determination of the nucleotide sequence of a particular BRCA1 allele using PCR. The pairs of single-stranded DNA primers can be annealed to sequences within or surrounding the BRCA1 gene on chromosome 17q21 in order to prime amplifying DNA synthesis of the BRCA1 gene itself. A complete set of these primers allows synthesis of all of the nucleotides of the BRCA1 gene coding sequences, i.e., the exons. The set of primers preferably allows synthesis of both intron and exon sequences. Allele-specific primers can also be used. Such primers anneal only to particular BRCA1 mutant alleles, and thus will only amplify a product in the presence of the mutant allele as a template.

In order to facilitate subsequent cloning of amplified sequences, primers may have restriction enzyme site sequences appended to their 5' ends. Thus, all nucleotides of the primers are derived from BRCA1 sequences or sequences adjacent to BRCA1, except for the few nucleotides necessary to form a restriction enzyme site. Such enzymes and sites are well known in the art. The primers themselves can be synthesized using techniques which are well known in the art. Generally, the primers can be made using oligonucleotide synthesizing machines which are commercially available. Given the sequence of the BRCA1 open reading frame shown in SEQ ID NO: 1, design of particular primers is well within the skill of the art.

The nucleic acid probes provided by the present invention are useful for a number of purposes. They can be used in Southern hybridization to genomic DNA and in the RNase protection method for detecting point mutations already discussed above. The probes can be used to detect PCR amplification products. They may also be used to detect mismatches with the BRCA1 gene or mRNA using other techniques.

It has been discovered that individuals with the wild-type BRCA1 gene do not have cancer which results from the BRCA1 allele. However, mutations which interfere with the function of the BRCA1 protein are involved in the pathogenesis of cancer. Thus, the presence of an altered (or a mutant) BRCA1 gene which produces a protein having a loss of function, or altered function, directly correlates to an increased risk of cancer. In order to detect a BRCA1 gene mutation, a biological sample is prepared and analyzed for a difference between the sequence of the BRCA1 allele being analyzed and the sequence of the wild-type BRCA1

A000172

5,747,282

17

allele. Mutant BRCA1 alleles can be initially identified by any of the techniques described above. The mutant alleles are then sequenced to identify the specific mutation of the particular mutant allele. Alternatively, mutant BRCA1 alleles can be initially identified by identifying mutant (altered) BRCA1 proteins, using conventional techniques. The mutant alleles are then sequenced to identify the specific mutation for each allele. The mutations, especially those which lead to an altered function of the BRCA1 protein, are then used for the diagnostic and prognostic methods of the present invention.

DEFINITIONS

The present invention employs the following definitions:

"Amplification of Polynucleotides" utilizes methods such as the polymerase chain reaction (PCR), ligation amplification (or ligase chain reaction, LCR) and amplification methods based on the use of Q-beta replicase. These methods are well known and widely practiced in the art. See, e.g., U.S. Pat. Nos. 4,683,195 and 4,683,202 and Innis et al., 1990 (for PCR); and Wu et al., 1989a (for LCR). Reagents and hardware for conducting PCR are commercially available. Primers useful to amplify sequences from the BRCA1 region are preferably complementary to, and hybridize specifically to sequences in the BRCA1 region or in regions that flank a target region therein. BRCA1 sequences generated by amplification may be sequenced directly. Alternatively, but less desirably, the amplified sequence(s) may be cloned prior to sequence analysis. A method for the direct cloning and sequence analysis of enzymatically amplified genomic segments has been described by Scharf, 1986.

"Analyte polynucleotide" and "analyte strand" refer to a single- or double-stranded polynucleotide which is suspected of containing a target sequence, and which may be present in a variety of types of samples, including biological samples.

"Antibodies." The present invention also provides polyclonal and/or monoclonal antibodies and fragments thereof, and immunologic binding equivalents thereof, which are capable of specifically binding to the BRCA1 polypeptides and fragments thereof or to polynucleotide sequences from the BRCA1 region, particularly from the BRCA1 locus or a portion thereof. The term "antibody" is used both to refer to a homogeneous molecular entity, or a mixture such as a serum product made up of a plurality of different molecular entities. Polypeptides may be prepared synthetically in a peptide synthesizer and coupled to a carrier molecule (e.g., keyhole limpet hemocyanin) and injected over several months into rabbits. Rabbit sera is tested for immunoreactivity to the BRCA1 polypeptide or fragment. Monoclonal antibodies may be made by injecting mice with the protein polypeptides, fusion proteins or fragments thereof. Monoclonal antibodies will be screened by ELISA and tested for specific immunoreactivity with BRCA1 polypeptide or fragments thereof. See, Harlow & Lane, 1988. These antibodies will be useful in assays as well as pharmaceuticals.

Once a sufficient quantity of desired polypeptide has been obtained, it may be used for various purposes. A typical use is the production of antibodies specific for binding. These antibodies may be either polyclonal or monoclonal, and may be produced by in vitro or in vivo techniques well known in the art. For production of polyclonal antibodies, an appropriate target immune system, typically mouse or rabbit, is selected. Substantially purified antigen is presented to the immune system in a fashion determined by methods appropriate for the animal and by other parameters well known to

18

immunologists. Typical sites for injection are in footpads, intramuscularly, intraperitoneally, or intradermally. Of course, other species may be substituted for mouse or rabbit. Polyclonal antibodies are then purified using techniques known in the art, adjusted for the desired specificity.

An immunological response is usually assayed with an immunoassay. Normally, such immunoassays involve some purification of a source of antigen, for example, that produced by the same cells and in the same fashion as the antigen. A variety of immunoassay methods are well known in the art. See, e.g., Harlow & Lane, 1988, or Goding, 1986.

Monoclonal antibodies with affinities of $10^{-8}$ $M^{-1}$ or preferably $10^{-9}$ to $10^{-10}$ $M^{-1}$ or stronger will typically be made by standard procedures as described, e.g., in Harlow & Lane, 1988 or Goding, 1986. Briefly, appropriate animals will be selected and the desired immunization protocol followed. After the appropriate period of time, the spleens of such animals are excised and individual spleen cells fused, typically, to immortalized myeloma cells under appropriate selection conditions. Thereafter, the cells are clonally separated and the supernatants of each clone tested for their production of an appropriate antibody specific for the desired region of the antigen.

Other suitable techniques involve in vitro exposure of lymphocytes to the antigenic polypeptides, or alternatively, to selection of libraries of antibodies in phage or similar vectors. See Huse et al., 1989. The polypeptides and antibodies of the present invention may be used with or without modification. Frequently, polypeptides and antibodies will be labeled by joining, either covalently or non-covalently, a substance which provides for a detectable signal. A wide variety of labels and conjugation techniques are known and are reported extensively in both the scientific and patent literature. Suitable labels include radionuclides, enzymes, substrates, cofactors, inhibitors, fluorescent agents, chemiluminescent agents, magnetic particles and the like. Patents teaching the use of such labels include U.S. Pat. Nos. 3,817,837; 3,850,752; 3,939,350; 3,996,345; 4,277,437; 4,275,149 and 4,366,241. Also, recombinant immunoglobulins may be produced (see U.S. Pat. No. 4,816,567).

"Binding partner" refers to a molecule capable of binding a ligand molecule with high specificity, as for example, an antigen and an antigen-specific antibody or an enzyme and its inhibitor. In general, the specific binding partners must bind with sufficient affinity to immobilize the analyte copy/complementary strand duplex (in the case of polynucleotide hybridization) under the isolation conditions. Specific binding partners are known in the art and include, for example, biotin and avidin or streptavidin, IgG and protein A, the numerous, known receptor-ligand couples, and complementary polynucleotide strands. In the case of complementary polynucleotide binding partners, the partners are normally at least about 15 bases in length, and may be at least 40 bases in length. The polynucleotides may be composed of DNA, RNA, or synthetic nucleotide analogs.

A "biological sample" refers to a sample of tissue or fluid suspected of containing an analyte polynucleotide or polypeptide from an individual including, but not limited to, e.g., plasma, serum, spinal fluid, lymph fluid, the external sections of the skin, respiratory, intestinal, and genitourinary tracts, tears, saliva, blood cells, tumors, organs, tissue and samples of in vitro cell culture constituents.

As used herein, the terms "diagnosing" or "prognosing," as used in the context of neoplasia, are used to indicate 1) the classification of lesions as neoplasia, 2) the determination of the severity of the neoplasia, or 3) the monitoring of the disease progression, prior to, during and after treatment.

5,747,282

19

"Encode". A polynucleotide is said to "encode" a polypeptide if, in its native state or when manipulated by methods well known to those skilled in the art, it can be transcribed and/or translated to produce the mRNA for and/or the polypeptide or a fragment thereof. The anti-sense strand is the complement of such a nucleic acid, and the encoding sequence can be deduced therefrom.

"Isolated" or "substantially pure". An "isolated" or "substantially pure" nucleic acid (e.g., an RNA, DNA or a mixed polymer) is one which is substantially separated from other cellular components which naturally accompany a native human sequence or protein, e.g., ribosomes, polymerases, many other human genome sequences and proteins. The term embraces a nucleic acid sequence or protein which has been removed from its naturally occurring environment, and includes recombinant or cloned DNA isolates and chemically synthesized analogs or analogs biologically synthesized by heterologous systems.

"BRCA1 Allele" refers to normal alleles of the BRCA1 locus as well as alleles carrying variations that predispose individuals to develop cancer of many sites including, for example, breast, ovarian, colorectal and prostate cancer. Such predisposing alleles are also called "BRCA1 susceptibility alleles".

"BRCA1 Locus," "BRCA1 Gene," "BRCA1 Nucleic Acids" or "BRCA1 Polynucleotide" each refer to polynucleotides, all of which are in the BRCA1 region, that are likely to be expressed in normal tissue, certain alleles of which predispose an individual to develop breast, ovarian, colorectal and prostate cancers. Mutations at the BRCA1 locus may be involved in the initiation and/or progression of other types of tumors. The locus is indicated in part by mutations that predispose individuals to develop cancer. These mutations fall within the BRCA1 region described infra. The BRCA1 locus is intended to include coding sequences, intervening sequences and regulatory elements controlling transcription and/or translation. The BRCA1 locus is intended to include all allelic variations of the DNA sequence.

These terms, when applied to a nucleic acid, refer to a nucleic acid which encodes a BRCA1 polypeptide, fragment, homolog or variant, including, e.g., protein fusions or deletions. The nucleic acids of the present invention will possess a sequence which is either derived from, or substantially similar to a natural BRCA1-encoding gene or one having substantial homology with a natural BRCA1-encoding gene or a portion thereof. The coding sequence for a BRCA1 polypeptide is shown in SEQ ID NO:1, with the amino acid sequence shown in SEQ ID NO:2.

The polynucleotide compositions of this invention include RNA, cDNA, genomic DNA, synthetic forms, and mixed polymers, both sense and antisense strands, and may be chemically or biochemically modified or may contain non-natural or derivatized nucleotide bases, as will be readily appreciated by those skilled in the art. Such modifications include, for example, labels, methylation, substitution of one or more of the naturally occurring nucleotides with an analog, internucleotide modifications such as uncharged linkages (e.g., methyl phosphonates, phosphotriesters, phosphoamidates, carbamates, etc.), charged linkages (e.g., phosphorothioates, phosphorodithioates, etc.), pendent moieties (e.g., polypeptides), intercalators (e.g., acridine, psoralen, etc.), chelators, alkylators, and modified linkages (e.g., alpha anomeric nucleic acids, etc.). Also included are synthetic molecules that mimic polynucleotides in their ability to bind

20

to a designated sequence via hydrogen bonding and other chemical interactions. Such molecules are known in the art and include, for example, those in which peptide linkages substitute for phosphate linkages in the backbone of the molecule.

The present invention provides recombinant nucleic acids comprising all or part of the BRCA1 region. The recombinant construct may be capable of replicating autonomously in a host cell. Alternatively, the recombinant construct may become integrated into the chromosomal DNA of the host cell. Such a recombinant polynucleotide comprises a polynucleotide of genomic, cDNA, semi-synthetic, or synthetic origin which, by virtue of its origin or manipulation, 1) is not associated with all or a portion of a polynucleotide with which it is associated in nature; 2) is linked to a polynucleotide other than that to which it is linked in nature; or 3) does not occur in nature.

Therefore, recombinant nucleic acids comprising sequences otherwise not naturally occurring are provided by this invention. Although the wild-type sequence may be employed, it will often be altered, e.g., by deletion, substitution or insertion.

cDNA or genomic libraries of various types may be screened as natural sources of the nucleic acids of the present invention, or such nucleic acids may be provided by amplification of sequences resident in genomic DNA or other natural sources, e.g., by PCR. The choice of cDNA libraries normally corresponds to a tissue source which is abundant in mRNA for the desired proteins. Phage libraries are normally preferred, but other types of libraries may be used. Clones of a library are spread onto plates, transferred to a substrate for screening, denatured and probed for the presence of desired sequences.

The DNA sequences used in this invention will usually comprise at least about five codons (15 nucleotides), more usually at least about 7–15 codons, and most preferably, at least about 35 codons. One or more introns may also be present. This number of nucleotides is usually about the minimal length required for a successful probe that would hybridize specifically with a BRCA1-encoding sequence.

Techniques for nucleic acid manipulation are described generally, for example, in Sambrook et al., 1989 or Ausubel et al., 1992. Reagents useful in applying such techniques, such as restriction enzymes and the like, are widely known in the art and commercially available from such vendors as New England BioLabs, Boehringer Mannheim, Amersham, Promega Biotec, U. S. Biochemicals, New England Nuclear, and a number of other sources. The recombinant nucleic acid sequences used to produce fusion proteins of the present invention may be derived from natural or synthetic sequences. Many natural gene sequences are obtainable from various cDNA or from genomic libraries using appropriate probes. See, GenBank, National Institutes of Health.

"BRCA1 Region" refers to a portion of human chromosome 17q21 bounded by the markers tdj1474 and U5R. This region contains the BRCA1 locus, including the BRCA1 gene.

As used herein, the terms "BRCA1 locus," "BRCA1 allele" and "BRCA1 region" all refer to the double-stranded DNA comprising the locus, allele, or region, as well as either of the single-stranded DNAs comprising the locus, allele or region.

As used herein, a "portion" of the BRCA1 locus or region or allele is defined as having a minimal size of at least about eight nucleotides, or preferably about 15 nucleotides, or more preferably at least about 25 nucleotides, and may have a minimal size of at least about 40 nucleotides.

A000174

5,747,282

21

"BRCA1 protein" or "BRCA1 polypeptide" refer to a protein or polypeptide encoded by the BRCA1 locus, variants or fragments thereof. The term "polypeptide" refers to a polymer of amino acids and its equivalent and does not refer to a specific length of the product; thus, peptides, oligopeptides and proteins are included within the definition of a polypeptide. This term also does not refer to, or exclude modifications of the polypeptide, for example, glycosylations, acetylations, phosphorylations, and the like. Included within the definition are, for example, polypeptides containing one or more analogs of an amino acid (including, for example, unnatural amino acids, etc.), polypeptides with substituted linkages as well as other modifications known in the art, both naturally and non-naturally occurring. Ordinarily, such polypeptides will be at least about 50% homologous to the native BRCA1 sequence, preferably in excess of about 90%, and more preferably at least about 95% homologous. Also included are proteins encoded by DNA which hybridize under high or low stringency conditions, to BRCA1-encoding nucleic acids and closely related polypeptides or proteins retrieved by antisera to the BRCA1 protein (s).

The length of polypeptide sequences compared for homology will generally be at least about 16 amino acids, usually at least about 20 residues, more usually at least about 24 residues, typically at least about 28 residues, and preferably more than about 35 residues.

"Operably linked" refers to a juxtaposition wherein the components so described are in a relationship permitting them to function in their intended manner. For instance, a promoter is operably linked to a coding sequence if the promoter affects its transcription or expression.

"Probes". Polynucleotide polymorphisms associated with BRCA1 alleles which predispose to certain cancers or are associated with most cancers are detected by hybridization with a polynucleotide probe which forms a stable hybrid with that of the target sequence, under stringent to moderately stringent hybridization and wash conditions. If it is expected that the probes will be perfectly complementary to the target sequence, stringent conditions will be used. Hybridization stringency may be lessened if some mismatching is expected, for example, if variants are expected with the result that the probe will not be completely complementary. Conditions are chosen which rule out nonspecific/ adventitious bindings, that is, which minimize noise. Since such indications identify neutral DNA polymorphisms as well as mutations, these indications need further analysis to demonstrate detection of a BRCA1 susceptibility allele.

Probes for BRCA1 alleles may be derived from the sequences of the BRCA1 region or its cDNAs. The probes may be of any suitable length, which span all or a portion of the BRCA1 region, and which allow specific hybridization to the BRCA1 region. If the target sequence contains a sequence identical to that of the probe, the probes may be short, e.g., in the range of about 8–30 base pairs, since the hybrid will be relatively stable under even stringent conditions. If some degree of mismatch is expected with the probe, i.e., if it is suspected that the probe will hybridize to a variant region, a longer probe may be employed which hybridizes to the target sequence with the requisite specificity.

The probes will include an isolated polynucleotide attached to a label or reporter molecule and may be used to isolate other polynucleotide sequences, having sequence similarity by standard methods. For techniques for preparing and labeling probes see, e.g., Sambrook et al., 1989 or

22

Ausubel et al., 1992. Other similar polynucleotides may be selected by using homologous polynucleotides. Alternatively, polynucleotides encoding these or similar polypeptides may be synthesized or selected by use of the redundancy in the genetic code. Various codon substitutions may be introduced, e.g., by silent changes (thereby producing various restriction sites) or to optimize expression for a particular system. Mutations may be introduced to modify the properties of the polypeptide, perhaps to change ligand-binding affinities, interchain affinities, or the polypeptide degradation or turnover rate.

Probes comprising synthetic oligonucleotides or other polynucleotides of the present invention may be derived from naturally occurring or recombinant single- or double-stranded polynucleotides, or be chemically synthesized. Probes may also be labeled by nick translation, Klenow fill-in reaction, or other methods known in the art.

Portions of the polynucleotide sequence having at least about eight nucleotides, usually at least about 15 nucleotides, and fewer than about 6 kb, usually fewer than about 1.0 kb, from a polynucleotide sequence encoding BRCA1 are preferred as probes. The probes may also be used to determine whether mRNA encoding BRCA1 is present in a cell or tissue.

"Protein modifications or fragments" are provided by the present invention for BRCA1 poly-peptides or fragments thereof which are substantially homologous to primary structural sequence but which include, e.g., in vivo or in vitro chemical and biochemical modifications or which incorporate unusual amino acids. Such modifications include, for example, acetylation, carboxylation, phosphoiylation, glycosylation, ubiquitination, labeling, e.g., with radionuclides, and various enzymatic modifications, as will be readily appreciated by those well skilled in the art. A variety of methods for labeling polypeptides and of substituents or labels useful for such purposes are well known in the art, and include radioactive isotopes such as $^{32}P$, ligands which bind to labeled antiligands (e.g., antibodies), fluorophores, chemiluminescent agents, enzymes, and antiligands which can serve as specific binding pair members for a labeled ligand. The choice of label depends on the sensitivity required, ease of conjugation with the primer, stability requirements, and available instrumentation. Methods of labeling polypeptides are well known in the art. See, e.g., Sambrook et al., 1989 or Ausubel et al., 1992.

Besides substantially full-length polypeptides, the present invention provides for biologically active fragments of the polypeptides. Significant biological activities include ligand-binding, immunological activity and other biological activities characteristic of BRCA1 polypeptides. Immunological activities include both immunogenic function in a target immune system, as well as sharing of immunological epitopes for binding, serving as either a competitor or substitute antigen for an epitope of the BRCA1 protein. As used herein, "epitope" refers to an antigenic determinant of a polypeptide. An epitope could comprise three amino acids in a spatial conformation which is unique to the epitope. Generally, an epitope consists of at least five such amino acids, and more usually consists of at least 8–10 such amino acids. Methods of determining the spatial conformation of such amino acids are known in the art.

For immunological purposes, tandem-repeat polypeptide segments may be used as immunogens, thereby producing highly antigenic proteins. Alternatively, such polypeptides will serve as highly efficient competitors for specific bind-

5,747,282

23

ing. Production of antibodies specific for BRCA1 polypeptides or fragments thereof is described below.

The present invention also provides for fusion polypeptides, comprising BRCA1 polypeptides and fragments. Homologous polypeptides may be fusions between two or more BRCA1 polypeptide sequences or between the sequences of BRCA1 and a related protein. Likewise, heterologous fusions may be constructed which would exhibit a combination of properties or activities of the derivative proteins. For example, ligand-binding or other domains may be "swapped" between different new fusion polypeptides or fragments. Such homologous or heterologous fusion polypeptides may display, for example, altered strength or specificity of binding. Fusion partners include immunoglobulins, bacterial β-galactosidase, trpE, protein A, β-lactamase, alpha amylase, alcohol dehydrogenase and yeast alpha mating factor. See, e.g., Godowski et al., 1988.

Fusion proteins will typically be made by either recombinant nucleic acid methods, as described below, or may be chemically synthesized. Techniques for the synthesis of polypeptides are described, for example, in Merrifield, 1963.

"Protein purification" refers to various methods for the isolation of the BRCA1 polypeptides from other biological material, such as from cells transformed with recombinant nucleic acids encoding BRCA1, and are well known in the art. For example, such polypeptides may be purified by immunoaffinity chromatography employing, e.g., the antibodies provided by the present invention. Various methods of protein purification are well known in the art, and include those described in Deutscher, 1990 and Scopes, 1982.

The terms "isolated", "substantially pure", and "substantially homogeneous" are used interchangeably to describe a protein or polypeptide which has been separated from components which accompany it in its natural state. A monomeric protein is substantially pure when at least about 60 to 75% of a sample exhibits a single polypeptide sequence. A substantially pure protein will typically comprise about 60 to 90% W/W of a protein sample, more usually about 95%, and preferably will be over about 99% pure. Protein purity or homogeneity may be indicated by a number of means well known in the art, such as polyacrylamide gel electrophoresis of a protein sample, followed by visualizing a single polypeptide band upon staining the gel. For certain purposes, higher resolution may be provided by using HPLC or other means well known in the art which are utilized for purification.

A BRCA1 protein is substantially free of naturally associated components when it is separated from the native contaminants which accompany it in its natural state. Thus, a polypeptide which is chemically synthesized or synthesized in a cellular system different from the cell from which it naturally originates will be substantially free from its naturally associated components. A protein may also be rendered substantially free of naturally associated components by isolation, using protein purification techniques well known in the art.

A polypeptide produced as an expression product of an isolated and manipulated genetic sequence is an "isolated polypeptide," as used herein, even if expressed in a homologous cell type. Synthetically made forms or molecules expressed by heterologous cells are inherently isolated molecules.

"Recombinant nucleic acid" is a nucleic acid which is not naturally occurring, or which is made by the artificial combination of two otherwise separated segments of sequence. This artificial combination is often accomplished

24

by either chemical synthesis means, or by the artificial manipulation of isolated segments of nucleic acids, e.g., by genetic engineering techniques. Such is usually done to replace a codon with a redundant codon encoding the same or a conservative amino acid, while typically introducing or removing a sequence recognition site. Alternatively, it is performed to join together nucleic acid segments of desired functions to generate a desired combination of functions.

"Regulatory sequences" refers to those sequences normally within 100 kb of the coding region of a locus, but they may also be more distant from the coding region, which affect the expression of the gene (including transcription of the gene, and translation, splicing, stability or the like of the messenger RNA).

"Substantial homology or similarity". A nucleic acid or fragment thereof is "substantially homologous" ("or substantially similar") to another if, when optimally aligned (with appropriate nucleotide insertions or deletions) with the other nucleic acid (or its complementary strand), there is nucleotide sequence identity in at least about 60% of the nucleotide bases, usually at least about 70%, more usually at least about 80%, preferably at least about 90%, and more preferably at least about 95–98% of the nucleotide bases.

Alternatively, substantial homology or (similarity) exists when a nucleic acid or fragment thereof will hybridize to another nucleic acid (or a complementary strand thereof) under selective hybridization conditions, to a strand, or to its complement. Selectivity of hybridization exists when hybridization which is substantially more selective than total lack of specificity occurs. Typically, selective hybridization will occur when there is at least about 55% homology over a stretch of at least about 14 nucleotides, preferably at least about 65%, more preferably at least about 75%, and most preferably at least about 90%. See, Kanehisa, 1984. The length of homology comparison, as described, may be over longer stretches, and in certain embodiments will often be over a stretch of at least about nine nucleotides, usually at least about 20 nucleotides, more usually at least about 24 nucleotides, typically at least about 28 nucleotides, more typically at least about 32 nucleotides, and preferably at least about 36 or more nucleotides.

Nucleic acid hybridization will be affected by such conditions as salt concentration, temperature, or organic solvents, in addition to the base composition, length of the complementary strands, and the number of nucleotide base mismatches between the hybridizing nucleic acids, as will be readily appreciated by those skilled in the art. Stringent temperature conditions will generally include temperatures in excess of 30° C. typically in excess of 37° C. and preferably in excess of 45° C. Stringent salt conditions will ordinarily be less than 1000 mM, typically less than 500 mM, and preferably less than 200 mM. However, the combination of parameters is much more important than the measure of any single parameter. See, e.g., Wetmur & Davidson, 1968.

Probe sequences may also hybridize specifically to duplex DNA under certain conditions to form triplex or other higher order DNA complexes. The preparation of such probes and suitable hybridization conditions are well known in the art.

The terms "substantial homology" or "substantial identity", when referring to polypeptides, indicate that the polypeptide or protein in question exhibits at least about 30% identity with an entire naturally-occurring protein or a portion thereof, usually at least about 70% identity, and preferably at least about 95% identity.

"Substantially similar function" refers to the function of a modified nucleic acid or a modified protein, with reference

A000176

5,747,282

<table>
<tr><td>25</td><td>26</td></tr>
</table>

to the wild-type BRCA1 nucleic acid or wild-type BRCA1 polypeptide. The modified polypeptide will be substantially homologous to the wild-type BRCA1 polypeptide and will have substantially the same function. The modified polypeptide may have an altered amino acid sequence and/or may contain modified amino acids. In addition to the similarity of function, the modified polypeptide may have other useful properties, such as a longer half-life. The similarity of function (activity) of the modified polypeptide may be substantially the same as the activity of the wild-type BRCA1 polypeptide. Alternatively, the similarity of function (activity) of the modified polypeptide may be higher than the activity of the wild-type BRCA1 polypeptide. The modified poly-peptide is synthesized using conventional techniques, or is encoded by a modified nucleic acid and produced using conventional techniques. The modified nucleic acid is prepared by conventional techniques. A nucleic acid with a function substantially similar to the wild-type BRCA1 gene function produces the modified protein described above.

Homology, for polypeptides, is typically measured using sequence analysis software. See, e.g., the Sequence Analysis Software Package of the Genetics Computer Group, University of Wisconsin Biotechnology Center, 910 University Avenue, Madison, Wisc. 53705. Protein analysis software matches similar sequences using measure of homology assigned to various substitutions, deletions and other modifications. Conservative substitutions typically include substitutions within the following groups: glycine, alanine; valine, isoleucine, leucine; aspartic acid, glutamic acid; asparagine, glutamine; serine, threonine; lysine, arginine; and phenylalanine, tyrosine.

A polypeptide "fragment," "portion" or "segment" is a stretch of amino acid residues of at least about five to seven contiguous amino acids, often at least about seven to nine contiguous amino acids, typically at least about nine to 13 contiguous amino acids and, most preferably, at least about 20 to 30 or more contiguous amino acids.

The polypeptides of the present invention, if soluble, may be coupled to a solid-phase support, e.g., nitrocellulose, nylon, column packing materials (e.g., Sepharose beads), magnetic beads, glass wool, plastic, metal, polymer gels, cells, or other substrates. Such supports may take the form, for example, of beads, wells, dipsticks, or membranes.

"Target region" refers to a region of the nucleic acid which is amplified and/or detected. The term "target sequence" refers to a sequence with which a probe or primer will form a stable hybrid under desired conditions.

The practice of the present invention employs, unless otherwise indicated, conventional techniques of chemistry, molecular biology, microbiology, recombinant DNA, genetics, and immunology. See, e.g., Maniatis et al., 1982; Sambrook et al., 1989; Ausubel et al., 1992; Glover, 1985; Anand, 1992; Guthrie & Fink, 1991. A general discussion of techniques and materials for human gene mapping, including mapping of human chromosome 17q, is provided, e.g., in White and Lalouel, 1988.

Preparation of Recombinant or Chemically Synthesized Nucleic Acids; Vectors, Transformation, Host Cells

Large amounts of the polynucleotides of the present invention may be produced by replication in a suitable host cell. Natural or synthetic polynucleotide fragments coding for a desired fragment will be incorporated into recombinant polynucleotide constructs, usually DNA constructs, capable of introduction into and replication in a prokaryotic or eukaryotic cell. Usually the polynucleotide constructs will be suitable for replication in a unicellular host, such as yeast or bacteria, but may also be intended for introduction to (with and without integration within the genome) cultured mammalian or plant or other eukaryotic cell lines. The purification of nucleic acids produced by the methods of the present invention is described, e.g., in Sambrook et al., 1989 or Ausubel et al., 1992.

The polynucleotides of the present invention may also be produced by chemical synthesis, e.g., by the phosphoramidite method described by Beaucage & Carruthers, 1981 or the triester method according to Matteucci and Caruthers, 1981, and may be performed on commercial, automated oligonucleotide synthesizers. A double-stranded fragment may be obtained from the single-stranded product of chemical synthesis either by synthesizing the complementary strand and annealing the strands together under appropriate conditions or by adding the complementary strand using DNA polymerase with an appropriate primer sequence.

Polynucleotide constructs prepared for introduction into a prokaryotic or eukaryotic host may comprise a replication system recognized by the host, including the intended polynucleotide fragment encoding the desired polypeptide, and will preferably also include transcription and translational initiation regulatory sequences operably linked to the polypeptide encoding segment. Expression vectors may include, for example, an origin of replication or autonomously replicating sequence (ARS) and expression control sequences, a promoter, an enhancer and necessary processing information sites, such as ribosome-binding sites, RNA splice sites, polyadenylation sites, transcriptional terminator sequences, and mRNA stabilizing sequences. Secretion signals may also be included where appropriate, whether from a native BRCA1 protein or from other receptors or from secreted polypeptides of the same or related species, which allow the protein to cross and/or lodge in cell membranes, and thus attain its functional topology, or be secreted from the cell. Such vectors may be prepared by means of standard recombinant techniques well known in the art and discussed, for example, in Sambrook et al., 1989 or Ausubel et al. 1992.

An appropriate promoter and other necessary vector sequences will be selected so as to be functional in the host, and may include, when appropriate, those naturally associated with BRCA1 genes. Examples of workable combinations of cell lines and expression vectors are described in Sambrook et al., 1989 or Ausubel et al., 1992; see also, e.g., Metzger et al., 1988. Many useful vectors are known in the art and may be obtained from such vendors as Stratagene, New England Biolabs, Promega Biotech, and others. Promoters such as the trp, lac and phage promoters, tRNA promoters and glycolytic enzyme promoters may be used in prokaryotic hosts. Useful yeast promoters include promoter regions for metallothionein, 3-phosphoglycerate kinase or other glycolytic enzymes such as enolase or glyceraldehyde-3-phosphate dehydrogenase, enzymes responsible for maltose and galactose utilization, and others. Vectors and promoters suitable for use in yeast expression are further described in Hitzeman et al., EP 73,675A. Appropriate non-native mammalian promoters might include the early and late promoters from SV40 (Fiers et al., 1978) or promoters derived from murine Moloney leukemia virus, mouse tumor virus, avian sarcoma viruses, adenovirus II, bovine papilloma virus or polyoma. In addition, the construct may be joined to an amplifiable gene (e.g., DHFR) so that multiple copies of the gene may be made. For appropriate enhancer and other expression control sequences, see also Enhancers and Eukaryotic Gene Expression, Cold Spring Harbor Press, Cold Spring Harbor, N. Y. (1983).

5,747,282

27

While such expression vectors may replicate autonomously, they may also replicate by being inserted into the genome of the host cell, by methods well known in the art.

Expression and cloning vectors will likely contain a selectable marker, a gene encoding a protein necessary for survival or growth of a host cell transformed with the vector. The presence of this gene ensures growth of only those host cells which express the inserts. Typical selection genes encode proteins that a) confer resistance to antibiotics or other toxic substances, e.g. ampicillin, neomycin, methotrexate, etc.; b) complement auxotrophic deficiencies, or c) supply critical nutrients not available from complex media, e.g., the gene encoding D-alanine racemase for Bacilli. The choice of the proper selectable marker will depend on the host cell, and appropriate markers for different hosts are well known in the art.

The vectors containing the nucleic acids of interest can be transcribed in vitro, and the resulting RNA introduced into the host cell by well-known methods, e.g., by injection (see, Kubo et al., 1988), or the vectors can be introduced directly into host cells by methods well known in the art, which vary depending on the type of cellular host, including electroporation; transfection employing calcium chloride, rubidium chloride, calcium phosphate, DEAE-dextran, or other substances; microprojectile bombardment; lipofection; infection (where the vector is an infectious agent, such as a retroviral genome); and other methods. See generally, Sambrook et al., 1989 and Ausubel et al., 1992. The introduction of the polynucleotides into the host cell by any method known in the art, including, inter alia, those described above, will be referred to herein as "transformation." The cells into which have been introduced nucleic acids described above are meant to also include the progeny of such cells.

Large quantities of the nucleic acids and polypeptides of the present invention may be prepared by expressing the BRCA1 nucleic acids or portions thereof in vectors or other expression vehicles in compatible prokaryotic or eukaryotic host cells. The most commonly used prokaryotic hosts are strains of Escherichia coli, although other prokaryotes, such as Bacillus subtilis or Pseudomonas may also be used.

Mammalian or other eukaryotic host cells, such as those of yeast, filamentous fungi, plant, insect, or amphibian or avian species, may also be useful for production of the proteins of the present invention. Propagation of mammalian cells in culture is per se well known. See, Jakoby and Pastan, 1979. Examples of commonly used mammalian host cell lines are VERO and HeLa cells, Chinese hamster ovary (CHO) cells, and WI38, BHK, and COS cell lines, although it will be appreciated by the skilled practitioner that other cell lines may be appropriate, e.g., to provide higher expression, desirable glycosylation patterns, or other features.

Clones are selected by using markers depending on the mode of the vector construction. The marker may be on the same or a different DNA molecule, preferably the same DNA molecule. In prokaryotic hosts, the transformant may be selected, e.g., by resistance to ampicillin, tetracycline or other antibiotics. Production of a particular product based on temperature sensitivity may also serve as an appropriate marker.

Prokaryotic or eukaryotic cells transformed with the polynucleotides of the present invention will be useful not only for the production of the nucleic acids and polypeptides of the present invention, but also, for example, in studying the characteristics of BRCA1 polypeptides.

Antisense polynucleotide sequences are useful in preventing or diminishing the expression of the BRCA1 locus, as

28

will be appreciated by those skilled in the art. For example, polynucleotide vectors containing all or a portion of the BRCA1 locus or other sequences from the BRCA1 region (particularly those flanking the BRCA1 locus) may be placed under the control of a promoter in an antisense orientation and introduced into a cell. Expression of such an antisense construct within a cell will interfere with BRCA1 transcription and/or translation and/or replication.

The probes and primers based on the BRCA1 gene sequences disclosed herein are used to identify homologous BRCA1 gene sequences and proteins in other species. These BRCA1 gene sequences and proteins are used in the diagnostic/prognostic, therapeutic and drug screening methods described herein for the species from which they have been isolated.

Methods of Use: Nucleic Acid Diagnosis and Diagnostic Kits

In order to detect the presence of a BRCA1 allele predisposing an individual to cancer, a biological sample such as blood is prepared and analyzed for the presence or absence of susceptibility alleles of BRCA1. In order to detect the presence of neoplasia, the progression toward malignancy of a precursor lesion, or as a prognostic indicator, a biological sample of the lesion is prepared and analyzed for the presence or absence of mutant alleles of BRCA1. Results of these tests and interpretive information are returned to the health care provider for communication to the tested individual. Such diagnoses may be performed by diagnostic laboratories, or, alternatively, diagnostic kits are manufactured and sold to health care providers or to private individuals for self-diagnosis.

Initially, the screening method involves amplification of the relevant BRCA1 sequences. In another preferred embodiment of the invention, the screening method involves a non-PCR based strategy. Such screening methods include two-step label amplification methodologies that are well known in the art. Both PCR and non-PCR based screening strategies can detect target sequences with a high level of sensitivity.

The most popular method used today is target amplification. Here, the target nucleic acid sequence is amplified with polymerases. One particularly preferred method using polymerase-driven amplification is the polymerase chain reaction (PCR). The polymerase chain reaction and other polymerase-driven amplification assays can achieve over a million-fold increase in copy number through the use of polymerase-driven amplification cycles. Once amplified, the resulting nucleic acid can be sequenced or used as a substrate for DNA probes.

When the probes are used to detect the presence of the target sequences (for example, in screening for cancer susceptibility), the biological sample to be analyzed, such as blood or serum, may be treated, if desired, to extract the nucleic acids. The sample nucleic acid may be prepared in various ways to facilitate detection of the target sequence; e.g. denaturation, restriction digestion, electrophoresis or dot blotting. The targeted region of the analyte nucleic acid usually must be at least partially single-stranded to form hybrids with the targeting sequence of the probe. If the sequence is naturally single-stranded, denaturation will not be required. However, if the sequence is double-stranded, the sequence will probably need to be denatured. Denaturation can be carried out by various techniques known in the art.

Analyte nucleic acid and probe are incubated under conditions which promote stable hybrid formation of the target sequence in the probe with the putative targeted

5,747,282

29

sequence in the analyte. The region of the probes which is used to bind to the analyte can be made completely complementary to the targeted region of human chromosome 17q. Therefore, high stringency conditions are desirable in order to prevent false positives. However, conditions of high stringency are used only if the probes are complementary to regions of the chromosome which are unique in the genome. The stringency of hybridization is determined by a number of factors during hybridization and during the washing procedure, including temperature, ionic strength, base composition, probe length, and concentration of formamide. These factors are outlined in, for example, Maniatis et al., 1982 and Sambrook et al., 1989. Under certain circumstances, the formation of higher order hybrids, such as triplexes, quadraplexes, etc., may be desired to provide the means of detecting target sequences.

Detection, if any, of the resulting hybrid is usually accomplished by the use of labeled probes. Alternatively, the probe may be unlabeled, but may be detectable by specific binding with a ligand which is labeled, either directly or indirectly. Suitable labels, and methods for labeling probes and ligands are known in the art, and include, for example, radioactive labels which may be incorporated by known methods (e.g., nick translation, random priming or kinasing), biotin, fluorescent groups, chemiluminescent groups (e.g., dioxetanes, particularly triggered dioxetanes), enzymes, antibodies and the like. Variations of this basic scheme are known in the art, and include those variations that facilitate separation of the hybrids to be detected from extraneous materials and/or that amplify the signal from the labeled moiety. A number of these variations are reviewed in, e.g., Matthews & Kricka, 1988; Landegren et al., 1988; Mittlin, 1989; U.S. Pat. No. 4,868,105, and in EPO Publication No. 225,807.

As noted above, non-PCR based screening assays are also contemplated in this invention. An exemplary non-PCR based procedure is provided in Example 11. This procedure hybridizes a nucleic acid probe (or an analog such as a methyl phosphonate backbone replacing the normal phosphodiester), to the low level DNA target. This probe may have an enzyme covalently linked to the probe, such that the covalent linkage does not interfere with the specificity of the hybridization. This enzyme-probe-conjugate-target nucleic acid complex can then be isolated away from the free probe enzyme conjugate and a substrate is added for enzyme detection. Enzymatic activity is observed as a change in color development or luminescent output resulting in a $10^3$–$10^6$ increase in sensitivity. For an example relating to the preparation of oligodeoxynucleotide-alkaline phosphatase conjugates and their use as hybridization probes see Jablonski et al., 1986.

Two-step label amplification methodologies are known in the art. These assays work on the principle that a small ligand (such as digoxigenin, biotin, or the like) is attached to a nucleic acid probe capable of specifically binding BRCA1. Exemplary probes are provided in Table 9 of this patent application and additionally include the nucleic acid probe corresponding to nucleotide positions 3631 to 3930 of SEQ ID NO:1. Allele specific probes are also contemplated within the scope of this example and exemplary allele specific probes include probes encompassing the predisposing mutations summarized in Tables 11 and 12 of this patent application.

In one example, the small ligand attached to the nucleic acid probe is specifically recognized by an antibody-enzyme conjugate. In one embodiment of this example, digoxigenin is attached to the nucleic acid probe. Hybridization is detected by an antibody-alkaline phosphatase conjugate

30

which turns over a chemiluminescent substrate. For methods for labeling nucleic acid probes according to this embodiment see Martin et al., 1990. In a second example, the small ligand is recognized by a second ligand-enzyme conjugate that is capable of specifically complexing to the first ligand. A well known embodiment of this example is the biotin-avidin type of interactions. For methods for labeling nucleic acid probes and their use in biotin-avidin based assays see Rigby et al., 1977 and Nguyen et al., 1992.

It is also contemplated within the scope of this invention that the nucleic acid probe assays of this invention will employ a cocktail of nucleic acid probes capable of detecting BRCA1. Thus, in one example to detect the presence of BRCA1 in a cell sample, more than one probe complementary to BRCA1 is employed and in particular the number of different probes is alternatively 2, 3, or 5 different nucleic acid probe sequences. In another example, to detect the presence of mutations in the BRCA1 gene sequence in a patient, more than one probe complementary to BRCA1 is employed where the cocktail includes probes capable of binding to the allele-specific mutations identified in populations of patients with alterations in BRCA1. In this embodiment, any number of probes can be used, and will preferably include probes corresponding to the major gene mutations identified as predisposing an individual to breast cancer. Some candidate probes contemplated within the scope of the invention include probes that include the allele-specific mutations identified in Tables 11 and 12 and those that have the BRCA1 regions corresponding to SEQ ID NO:1 both 5' and 3' to the mutation site.

Methods of Use: Peptide Diagnosis and Diagnostic Kits

The neoplastic condition of lesions can also be detected on the basis of the alteration of wild-type BRCA1 polypeptide. Such alterations can be determined by sequence analysis in accordance with conventional techniques. More preferably, antibodies (polyclonal or monoclonal) are used to detect differences in, or the absence of BRCA1 peptides. The antibodies may be prepared as discussed above under the heading "Antibodies" and as further shown in Examples 12 and 13. Other techniques for raising and purifying antibodies are well known in the art and any such techniques may be chosen to achieve the preparations claimed in this invention. In a preferred embodiment of the invention, antibodies will immunoprecipitate BRCA1 proteins from solution as well as react with BRCA1 protein on Western or immunoblots of polyacrylamide gels. In another preferred embodiment, antibodies will detect BRCA1 proteins in paraffin or frozen tissue sections, using immunocytochemical techniques.

Preferred embodiments relating to methods for detecting BRCA1 or its mutations include enzyme linked immunosorbent assays (ELISA), radioimmunoassays (RIA), immunoradiometric assays (IRMA) and immunoenzymatic assays (IEMA), including sandwich assays using monoclonal and/or polyclonal antibodies. Exemplary sandwich assays are described by David et al. in U.S. Pat. Nos. 5 4,376,110 and 4,486,530, hereby incorporated by reference, and exemplified in Example 14.

Methods of Use: Drug Screening

This invention is particularly useful for screening compounds by using the BRCA1 polypeptide or binding fragment thereof in any of a variety of drug screening techniques.

The BRCA1 polypeptide or fragment employed in such a test may either be free in solution, affixed to a solid support, or borne on a cell surface. One method of drug screening utilizes eucaryotic or procaryotic host cells which are stably

5,747,282

31

transformed with recombinant polynucleotides expressing the polypeptide or fragment, preferably in competitive binding assays. Such cells, either in viable or fixed form, can be used for standard binding assays. One may measure, for example, for the formation of complexes between a BRCA1 polypeptide or fragment and the agent being tested, or examine the degree to which the formation of a complex between a BRCA1 polypeptide or fragment and a known ligand is interfered with by the agent being tested.

Thus, the present invention provides methods of screening for drugs comprising contacting such an agent with a BRCA1 polypeptide or fragment thereof and assaying (i) for the presence of a complex between the agent and the BRCA1 polypeptide or fragment, or (ii) for the presence of a complex between the BRCA1 polypeptide or fragment and a ligand, by methods well known in the art. In such competitive binding assays the BRCA1 polypeptide or fragment is typically labeled. Free BRCA1 polypeptide or fragment is separated from that present in a protein:protein complex, and the amount of free (i.e., uncomplexed) label is a measure of the binding of the agent being tested to BRCA1 or its interference with BRCA1:ligand binding, respectively.

Another technique for drug screening provides high throughput screening for compounds having suitable binding affinity to the BRCA1 polypeptides and is described in detail in Geysen, PCT published application WO 84/03564, published on Sep. 13, 1984. Briefly stated, large numbers of different small peptide test compounds are synthesized on a solid substrate, such as plastic pins or some other surface. The peptide test compounds are reacted with BRCA1 polypeptide and washed. Bound BRCA1 polypeptide is then detected by methods well known in the art.

Purified BRCA1 can be coated directly onto plates for use in the aforementioned drug screening techniques. However, non-neutralizing antibodies to the polypeptide can be used to capture antibodies to immobilize the BRCA1 polypeptide on the solid phase.

This invention also contemplates the use of competitive drug screening assays in which neutralizing antibodies capable of specifically binding the BRCA1 polypeptide compete with a test compound for binding to the BRCA1 polypeptide or fragments thereof. In this manner, the antibodies can be used to detect the presence of any peptide which shares one or more antigenic determinants of the BRCA1 polypeptide.

A further technique for drug screening involves the use of host eukaryotic cell lines or cells (such as described above) which have a nonfunctional BRCA1 gene. These host cell lines or cells are defective at the BRCA1 polypeptide level. The host cell lines or cells are grown in the presence of drug compound. The rate of growth of the host cells is measured to determine if the compound is capable of regulating the growth of BRCA1 defective cells.

Methods of Use: Rational Drug Design

The goal of rational drug design is to produce structural analogs of biologically active polypeptides of interest or of small molecules with which they interact (e.g., agonists, antagonists, inhibitors) in order to fashion drugs which are, for example, more active or stable forms of the polypeptide, or which, e.g., enhance or interfere with the function of a polypeptide in vivo. See, e.g., Hodgson, 1991. In one approach, one first determines the three-dimensional structure of a protein of interest (e.g., BRCA1 polypeptide) or, for example, of the BRCA1-receptor or ligand complex, by x-ray crystallography, by computer modeling or most typically, by a combination of approaches. Less often, useful information regarding the structure of a polypeptide may be

32

gained by modeling based on the structure of homologous proteins. An example of rational drug design is the development of HIV protease inhibitors (Erickson et al., 1990). In addition, peptides (e.g., BRCA1 polypeptide) are analyzed by an alanine scan (Wells, 1991). In this technique, an amino acid residue is replaced by Ala, and its effect on the peptide's activity is determined. Each of the amino acid residues of the peptide is analyzed in this manner to determine the important regions of the peptide.

It is also possible to isolate a target-specific antibody, selected by a functional assay, and then to solve its crystal structure. In principle, this approach yields a pharmacore upon which subsequent drug design can be based. It is possible to bypass protein crystallography altogether by generating anti-idio-typic antibodies (anti-ids) to a functional, pharmacologically active antibody. As a mirror image of a mirror image, the binding site of the anti-ids would be expected to be an analog of the original receptor. The anti-id could then be used to identify and isolate peptides from banks of chemically or biologically produced banks of peptides. Selected peptides would then act as the pharmacore.

Thus, one may design drugs which have, e.g., improved BRCA1 polypeptide activity or stability or which act as inhibitors, agonists, antagonists, etc. of BRCA1 polypeptide activity. By virtue of the availability of cloned BRCA1 sequences, sufficient amounts of the BRCA1 polypeptide may be made available to perform such analytical studies as x-ray crystallography. In addition, the knowledge of the BRCA1 protein sequence provided herein will guide those employing computer modeling techniques in place of, or in addition to x-ray crystallography.

Methods of Use: Gene Therapy

According to the present invention, a method is also provided of supplying wild-type BRCA1 function to a cell which carries mutant BRCA1 alleles. Supplying such a function should suppress neoplastic growth of the recipient cells. The wild-type BRCA1 gene or a part of the gene may be introduced into the cell in a vector such that the gene remains extrachromosomal. In such a situation, the gene will be expressed by the cell from the extrachromosomal location. If a gene fragment is introduced and expressed in a cell carrying a mutant BRCA1 allele, the gene fragment should encode a part of the BRCA1 protein which is required for non-neoplastic growth of the cell. More preferred is the situation where the wild-type BRCA1 gene or a part thereof is introduced into the mutant cell in such a way that it recombines with the endogenous mutant BRCA1 gene present in the cell. Such recombination requires a double recombination event which results in the correction of the BRCA1 gene mutation. Vectors for introduction of genes both for recombination and for extrachromosomal maintenance are known in the art, and any suitable vector may be used. Methods for introducing DNA into cells such as electroporation, calcium phosphate co-precipitation and viral transduction are known in the art, and the choice of method is within the competence of the routineer. Cells transformed with the wild-type BRCA1 gene can be used as model systems to study cancer remission and drug treatments which promote such remission.

As generally discussed above, the BRCA1 gene or fragment, where applicable, may be employed in gene therapy methods in order to increase the amount of the expression products of such genes in cancer cells. Such gene therapy is particularly appropriate for use in both cancerous and pre-cancerous cells, in which the level of BRCA1 polypeptide is absent or diminished compared to normal

A000180

5,747,282

33

cells. It may also be useful to increase the level of expression of a given BRCA1 gene even in those tumor cells in which the mutant gene is expressed at a "normal" level, but the gene product is not fully functional.

Gene therapy would be carried out according to generally accepted methods, for example, as described by Friedman, 1991. Cells from a patient's tumor would be first analyzed by the diagnostic methods described above, to ascertain the production of BRCA1 polypeptide in the tumor cells. A virus or plasmid vector (see further details below), containing a copy of the BRCA1 gene linked to expression control elements and capable of replicating inside the tumor cells, is prepared. Suitable vectors are known, such as disclosed in U.S. Pat. No. 5,252,479 and PCT published application WO 93/07282. The vector is then injected into the patient, either locally at the site of the tumor or systemically (in order to reach any tumor cells that may have metastasized to other sites). If the transfected gene is not permanently incorporated into the genome of each of the targeted tumor cells, the treatment may have to be repeated periodically.

Gene transfer systems known in the art may be useful in the practice of the gene therapy methods of the present invention. These include viral and nonviral transfer methods. A number of viruses have been used as gene transfer vectors, including papovaviruses, e.g., SV40 (Madzak et al., 1992), adenovirus (Berkner, 1992; Berkner et al., 1988; Gorziglia and Kapikian, 1992; Quantin et al., 1992; Rosenfeld et al., 1992; Wilkinson et al., 1992; Stratford-Perricaudet et al., 1990), vaccinia virus (Moss, 1992), adenomatus-associated virus (Muzyczka, 1992; Ohi et al., 1990), herpesviruses including HSV and EBV (Margolskee, 1992; Johnson et al., 1992; Fink et al., 1992; Breakfield and Geller, 1987; Freese et al., 1990), and retroviruses of avian (Brandyopadhyay and Temin, 1984; Petropoulos et al., 1992), murine (Miller, 1992; Miller et al., 1985; Sorge et al., 1984; Mann and Baltimore, 1985; Miller et al., 1988), and human origin (Shimada et al., 1991; Helseth et al., 1990; Page et al., 1990; Buchschacher and Panganiban, 1992). Most human gene therapy protocols have been based on disabled murine retroviruses.

Nonviral gene transfer methods known in the art include chemical techniques such as calcium phosphate coprecipitation (Graham and van der Eb, 1973; Pellicer et al., 1980); mechanical techniques, for example microinjection (Anderson et al., 1980; Gordon et al., 1980; Brinster et al., 1981; Constantini and Lacy, 1981); membrane fusion-mediated transfer via liposomes (Felgner et al., 1987; Wang and Huang, 1989; Kaneda et al., 1989; Stewart et al., 1992; Nabel et al., 1990; Lim et al., 1992); and direct DNA uptake and receptor-mediated DNA transfer (Wolff et al., 1990; Wu et al., 1991; Zenke et al., 1990; Wu et al., 1989b; Wolff et al., 1991; Wagner et al., 1990; Wagner et al., 1991; Cotten et al., 1990; Curiel et al., 1991a; Curiel et al., 1991b). Viral-mediated gene transfer can be combined with direct in vivo gene transfer using liposome delivery, allowing one to direct the viral vectors to the tumor cells and not into the surrounding nondividing cells. Alternatively, the retroviral vector producer cell line can be injected into tumors (Culver et al., 1992). Injection of producer cells would then provide a continuous source of vector particles. This technique has been approved for use in humans with inoperable brain tumors.

In an approach which combines biological and physical gene transfer methods, plasmid DNA of any size is combined with a polylysine-conjugated antibody specific to the adenovirus hexon protein, and the resulting complex is bound to an adenovirus vector. The trimolecular complex is

34

then used to infect cells. The adenovirus vector permits efficient binding, internalization, and degradation of the endosome before the coupled DNA is damaged.

Liposome/DNA complexes have been shown to be capable of mediating direct in vivo gene transfer. While in standard liposome preparations the gene transfer process is nonspecific, localized in vivo uptake and expression have been reported in tumor deposits, for example, following direct in situ administration (Nabel, 1992).

Gene transfer techniques which target DNA directly to breast and ovarian tissues, e.g., epithelial cells of the breast or ovaries, is preferred. Receptor-mediated gene transfer, for example, is accomplished by the conjugation of DNA (usually in the form of covalently closed supercoiled plasmid) to a protein ligand via polylysine. Ligands are chosen on the basis of the presence of the corresponding ligand receptors on the cell surface of the target cell/tissue type. One appropriate receptor/ligand pair may include the estrogen receptor and its ligand, estrogen (and estrogen analogues). These ligand-DNA conjugates can be injected directly into the blood if desired and are directed to the target tissue where receptor binding and internalization of the DNA-protein complex occurs. To overcome the problem of intracellular destruction of DNA, coinfection with adenovirus can be included to disrupt endosome function.

The therapy involves two steps which can be performed singly or jointly. In the first step, prepubescent females who carry a BRCA1 susceptibility allele are treated with a gene delivery vehicle such that some or all of their mammary ductal epithelial precursor cells receive at least one additional copy of a functional normal BRCA1 allele. In this step, the treated individuals have reduced risk of breast cancer to the extent that the effect of the susceptible allele has been countered by the presence of the normal allele. In the second step of a preventive therapy, predisposed young females, in particular women who have received the proposed gene therapeutic treatment, undergo hormonal therapy to mimic the effects on the breast of a full term pregnancy.
Methods of Use: Peptide Therapy

Peptides which have BRCA1 activity can be supplied to cells which carry mutant or missing BRCA1 alleles. The sequence of the BRCA1 protein is disclosed (SEQ ID NO:2). Protein can be produced by expression of the cDNA sequence in bacteria, for example, using known expression vectors. Alternatively, BRCA1 polypeptide can be extracted from BRCA1-producing mammalian cells. In addition, the techniques of synthetic chemistry can be employed to synthesize BRCA1 protein. Any of such techniques can provide the preparation of the present invention which comprises the BRCA1 protein. The preparation is substantially free of other human proteins. This is most readily accomplished by synthesis in a microorganism or in vitro.

Active BRCA1 molecules can be introduced into cells by microinjection or by use of liposomes, for example. Alternatively, some active molecules may be taken up by cells, actively or by diffusion. Extracellular application of the BRCA1 gene product may be sufficient to affect tumor growth. Supply of molecules with BRCA1 activity should lead to partial reversal of the neoplastic state. Other molecules with BRCA1 activity (for example, peptides, drugs or organic compounds) may also be used to effect such a reversal. Modified polypeptides having substantially similar function are also used for peptide therapy.
Methods of Use: Transformed Hosts

Similarly, cells and animals which carry a mutant BRCA1 allele can be used as model systems to study and test for substances which have potential as therapeutic agents. The

5,747,282

35

cells are typically cultured epithelial cells. These may be isolated from individuals with BRCA1 mutations, either somatic or germline. Alternatively, the cell line can be engineered to carry the mutation in the BRCA1 allele, as described above. After a test substance is applied to the cells, the neoplastically transformed phenotype of the cell is determined. Any trait of neoplastically transformed cells can be assessed, including anchorage-independent growth, tumorigenicity in nude mice, invasiveness of cells, and growth factor dependence. Assays for each of these traits are known in the art.

Animals for testing therapeutic agents can be selected after mutagenesis of whole animals or after treatment of germline cells or zygotes. Such treatments include insertion of mutant BRCA1 alleles, usually from a second animal species, as well as insertion of disrupted homologous genes. Alternatively, the endogenous BRCA1 gene(s) of the animals may be disrupted by insertion or deletion mutation or other genetic alterations using conventional techniques (Capecchi, 1989; Valancius and Smithies, 1991; Hasty et al., 1991; Shinkai et al., 1992; Mombaerts et al., 1992; Philpott et al., 1992; Snouwaert et al., 1992; Donehower et al., 1992). After test substances have been administered to the animals, the growth of tumors must be assessed. If the test substance prevents or suppresses the growth of tumors, then the test substance is a candidate therapeutic agent for the treatment of the cancers identified herein. These animal models provide an extremely important testing vehicle for potential therapeutic products.

The present invention is described by reference to the following Examples, which are offered by way of illustration and are not intended to limit the invention in any manner. Standard techniques well known in the art or the techniques specifically described below were utilized.

EXAMPLE 1

Ascertain and Study Kindreds Likely to Have a 17q-Linked Breast Cancer Susceptibility Locus

Extensive cancer prone kindreds were ascertained by our University of Utah collaborators from a defined population providing a large set of extended kindreds with multiple cases of breast cancer and many relatives available to study. The large number of meioses present in these large kindreds provided the power to detect whether the BRCA1 locus was segregating, and increased the opportunity for informative

36

recombinants to occur within the small region being investigated. This vastly improved the chances of establishing linkage to the BRCA1 region, and greatly facilitated the reduction of the BRCA1 region to a manageable size, which permits identification of the BRCA1 locus itself.

Each kindred was extended through all available connecting relatives by our collaborators, and to all informative first degree relatives of each proband or cancer case. For these kindreds, additional breast cancer cases and individuals with cancer at other sites of interest (e.g. ovarian) who also appeared in the kindreds were identified through the tumor registry linked files. All breast cancers reported in the kindred which were not confirmed in the Utah Cancer Registry were researched. Medical records or death certificates were obtained for confirmation of all cancers. Each key connecting individual and all informative individuals were invited by our collaborators to participate by providing a blood sample from which DNA was extracted. They also sampled spouses and relatives of deceased cases so that the genotype of the deceased cases could be inferred from the genotypes of their relatives.

Ten kindreds which had three or more cancer cases with inferable genotypes were selected for linkage studies to 17q markers from a set of 29 kindreds originally ascertained for a study of proliferative breast disease and breast cancer (Skolnick et al., 1990). The criterion for selection of these kindreds was the presence of two sisters or a mother and her daughter with breast cancer. Additionally, two kindreds which have been studied by our collaborators since 1980 as part of their breast cancer linkage studies (K1001, K9018), six kindreds ascertained for the presence of clusters of breast and/or ovarian cancer (K2019, K2073, K2079, K2080, K2039, K2082) and a self-referred kindred with early onset breast cancer (K2035) were included. These kindreds were investigated and expanded in our collaborators clinic in the manner described above. Table 1 displays the characteristics of these 19 kindreds which are the subject of subsequent examples. In Table 1, for each kindred the total number of individuals in our database, the number of typed individuals, and the minimum, median, and maximum age at diagnosis of breast/ovarian cancer are reported. Kindreds are sorted in ascending order of median age at diagnosis of breast cancer. Four women diagnosed with both ovarian and breast cancer are counted in both categories.

TABLE 1

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description of the 19 Kindreds | | | | | | | | | |
| | No. of | | | Breast | | | | Ovarian | | |
| | Individuals | | | | Age at Dx | | | | Age at Dx | |
| KINDRED | Total | Sample | # Aff. | Min. | Med. | Max. | # Aff. | Min. | Med. | Max. |
| 1910 | 15 | 10 | 4 | 27 | 34 | 49 | — | — | — | — |
| 1001 | 133 | 98 | 13 | 28 | 37 | 64 | — | — | — | — |
| 2035 | 42 | 25 | 8 | 28 | 37 | 45 | 1 | — | 60 | — |
| 2027 | 21 | 11 | 4 | 34 | 38 | 41 | — | — | — | — |
| 9018 | 54 | 17 | 9 | 30 | 40 | 72 | 2 | 46 | 48 | 50 |
| 1925 | 50 | 27 | 4 | 39 | 42 | 53 | — | — | — | — |
| 1927 | 49 | 29 | 5 | 32 | 42 | 51 | — | — | — | — |
| 1911 | 28 | 21 | 7 | 28 | 42 | 76 | — | — | — | — |
| 1929 | 16 | 11 | 4 | 34 | 43 | 73 | — | — | — | — |
| 1901 | 35 | 19 | 10 | 31 | 44 | 76 | — | — | — | — |
| 2082 | 180 | 105 | 20 | 27 | 47 | 67 | 10 | 45 | 52 | 66 |
| 2019 | 42 | 19 | 10 | 42 | 53 | 79 | — | — | — | — |
| 1900 | 70 | 23 | 8 | 45 | 55 | 70 | 1 | — | 78 | — |

5,747,282

| 37 | | | | | | | | | | | | 38 |

TABLE 1-continued

| | | | Description of the 19 Kindreds | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | No. of | | Breast | | | | Ovarian | | | |
| | Individuals | | | Age at Dx | | | | Age at Dx | | |
| KINDRED | Total | Sample | # Aff. | Min. | Med. | Max. | # Aff. | Min. | Med. | Max. |
| 2080 | 264 | 74 | 22+ | 27 | 55 | 92 | 4 | 45 | 53 | 71 |
| 2073 | 57 | 29 | 9 | 35 | 57 | 80 | — | — | — | — |
| 1917 | 16 | 6 | 4 | 43 | 58 | 61 | — | — | — | — |
| 1920 | 22 | 14 | 3 | 62 | 63 | 68 | — | — | — | — |
| 2079 | 136 | 18 | 14 | 38 | 66 | 84 | 4 | 52 | 59 | 65 |
| 2039 | 87 | 40 | 14 | 44 | 68 | 88 | 4 | 41 | 51 | 75 |

+Includes one case of male breast cancer.

## EXAMPLE 2

### Selection of Kindreds Which are Linked to Chromosome 17q and Localization of BRCA1 to the Interval Mfd15–Mfd188

For each sample collected in these 19 kindreds, DNA was extracted from blood (or in two cases from paraffin-embedded tissue blocks) using standard laboratory protocols. Genotyping in this study was restricted to short tandem repeat (STR) markers since, in general, they have high heterozygosity and PCR methods offer rapid turnaround while using very small amounts of DNA. To aid in this effort, four such STR markers on chromosome 17 were developed by screening a chromosome specific cosmid library for CA positive clones. Three of these markers localized to the long arm: (46E6, Easton et al., 1993); (42D6, Easton et al., 1993); 26C2 (D17S514, Oliphant et al., 1991), while the other, 12G6 (D17S513, Oliphant et al., 1991), localized to the short arm near the p53 tumor suppressor locus. Two of these, 42D6 and 46E6, were submitted to the Breast Cancer Linkage Consortium for typing of breast cancer families by investigators worldwide. Oligonucleotide sequences for markers not developed in our laboratory were obtained from published reports, or as part of the Breast Cancer Linkage Consortium, or from other investigators. All genotyping films were scored blindly with a standard lane marker used to maintain consistent coding of alleles. Key samples in the four kindreds presented here underwent duplicate typing for all relevant markers. All 19 kindreds have been typed for two polymorphic CA repeat markers: 42D6 (D17S588), a CA repeat isolated in our laboratory, and Mfd15 (D17S250), a CA repeat provided by J. Weber (Weber et al., 1990). Several sources of probes were used to create genetic markers on chromosome 17, specifically chromosome 17 cosmid and lambda phage libraries created from sorted chromosomes by the Los Alamos National Laboratories (van Dilla et al., 1986).

LOD scores for each kindred with these two markers (42D6, Mfd15) and a third marker, Mfd188 (D17S579, Hall et al., 1992), located roughly midway between these two markers, were calculated for two values of the recombination fraction. 0.001 and 0.1. (For calculation of LOD scores, see Oh, 1985). Likelihoods were computed under the model derived by Claus et al., 1991, which assumes an estimated gene frequency of 0.003, a lifetime risk in gene carriers of about 0.80, and population based age-specific risks for breast cancer in non-gene carriers. Allele frequencies for the three markers used for the LOD score calculations were calculated from our own laboratory typings of unrelated individuals in the CEPH panel (White and Lalouel, 1988).

Table 2 shows the results of the pairwise linkage analysis of each kindred with the three markers 42D6, Mfd188, and Mfd15.

TABLE 2

| | Pairwise Linkage Analysis of Kindreds | | | | | |
|---|---|---|---|---|---|---|
| | Mfd15 (D17S250) Recombination | | Mfd188 (D17S579) Recombination | | 42D6 (D17S588) Recombination | |
| KINDRED | 0.001 | 0.1 | 0.001 | 0.1 | 0.001 | 0.1 |
| 1910 | 0.06 | 0.30 | 0.06 | 0.30 | 0.06 | 0.30 |
| 1001 | −0.30 | −0.09 | NT | NT | −0.52 | −0.19 |
| 2035 | 2.34 | 1.85 | 0.94 | 0.90 | 2.34 | 1.82 |
| 2027 | −1.22 | −0.33 | −1.20 | −0.42 | −1.16 | −0.33 |
| 9018 | −0.54 | −0.22 | −0.17 | −0.10 | 0.11 | 0.07 |
| 1925 | 1.08 | 0.79 | 0.55 | 0.38 | −0.11 | −0.07 |
| 1927 | −0.41 | 0.01 | −0.35 | 0.07 | −0.44 | −0.02 |
| 1911 | −0.27 | −0.13 | −0.43 | −0.23 | 0.49 | 0.38 |
| 1929 | −0.49 | −0.25 | NT | NT | −0.49 | −0.25 |
| 1901 | 1.50 | 1.17 | 0.78 | 0.57 | 0.65 | 0.37 |
| 2082 | 4.25 | 3.36 | 6.07 | 5.11 | 2.00 | 3.56 |
| 2019 | −0.10 | −0.01 | −0.11 | −0.05 | −0.18 | −0.10 |
| 1900 | −0.14 | −0.11 | NT | NT | −0.12 | −0.05 |
| 2080 | −0.16 | −0.04 | 0.76 | 0.74 | −1.25 | −0.58 |
| 2073 | −0.41 | −0.29 | 0.63 | 0.49 | −0.23 | −0.13 |
| 1917 | −0.02 | −0.02 | NT | NT | −0.01 | 0.00 |
| 1920 | −0.03 | −0.02 | NT | NT | 0.00 | 0.00 |
| 2079 | 0.02 | 0.01 | −0.01 | −0.01 | 0.01 | 0.01 |
| 2039 | −1.67 | −0.83 | 0.12 | 0.59 | −1.15 | 0.02 |

NT—Kindred not typed for mfd188.

Using a criterion for linkage to 17q of a LOD score>1.0 for at least one locus under the CASH model (Claus et al., 1991), four of the 19 kindreds appeared to be linked to 17q (K1901, K1925, K2035, K2082). A number of additional kindreds showed some evidence of linkage but at this time could not be definitively assigned to the linked category. These included kindreds K1911, K2073, K2039, and K2080. Three of the 17q-linked kindreds had informative recombinants in this region and these are detailed below.

Kindred 2082 is the largest 17q-linked breast cancer family reported to date by any group. The kindred contains 20 cases of breast cancer, and ten cases of ovarian cancer. Two cases have both ovarian and breast cancer. The evidence of linkage to 17q for this family is overwhelming; the LOD score with the linked haplotype is over 6.0, despite the existence of three cases of breast cancer which appear to be sporadic, i.e., these cases share no part of the linked haplotype between Mfd15 and 42D6. These three sporadic cases were diagnosed with breast cancer at ages 46, 47, and 54. In smaller kindreds, sporadic cancers of this type greatly confound the analysis of linkage and the correct identification of

5,747,282

39

key recombinants. The key recombinant in the 2082 kindred is a woman who developed ovarian cancer at age 45 whose mother and aunt had ovarian cancer at ages 58 and 66, respectively. She inherited the linked portion of the haplotype for both Mfd188 and 42D6 while inheriting unlinked alleles at Mfd15; this recombinant event placed BRCA1 distal to Mfd15.

K1901 is typical of early-onset breast cancer kindreds. The kindred contains 10 cases of breast cancer with a median age at diagnosis of 43.5 years of age; four cases were diagnosed under age 40. The LOD score for this kindred with the marker 42D6 is 1.5, resulting in a posterior probability of 17q-linkage of 0.96. Examination of haplotypes in this kindred identified a recombinant haplotype in an obligate male carrier and his affected daughter who was diagnosed with breast cancer at age 45. Their linked allele for marker Mfd15 differs from that found in all other cases in the kindred (except one case which could not be completely inferred from her children). The two haplotypes are identical for Mfd188 and 42D6. Accordingly, data from Kindred 1901 would also place the BRCA1 locus distal to Mfd15.

Kindred 2035 is similar to K1901 in disease phenotype. The median age of diagnosis for the eight cases of breast cancer in this kindred is 37. One case also had ovarian cancer at age 60. The breast cancer cases in this family descend from two sisters who were both unaffected with breast cancer until their death in the eighth decade. Each branch contains four cases of breast cancer with at least one case in each branch having markedly early onset. This kindred has a LOD score of 2.34 with Mfd5. The haplotypes segregating with breast cancer in the two branches share an identical allele at Mfd15 but differ for the distal loci Mfd188 and NM23 (a marker typed as part of the consortium which is located just distal to 42D6 (Hall et al., 1992)). Although the two haplotypes are concordant for marker 42D6, it is likely that the alleles are shared identical by state (the same allele but derived from different ancestors), rather than identical by descent (derived from a common ancestor) since the shared allele is the second most common allele observed at this locus. By contrast the linked allele shared at Mfd15 has a frequency of 0.04. This is a key recombinant in our dataset as it is the sole recombinant in which BRCA1 segregated with the proximal portion of the haplotype, thus setting the distal boundary to the BRCA1 region. For this event not to be a key recombinant requires that a second mutant BRCA1 gene be present in a spouse marrying into the kindred who also shares the rare Mfd15 allele segregating with breast cancer in both branches of the kindred. This event has a probability of less than one in a thousand. The evidence from this kindred therefore placed the BRCA1 locus proximal to Mfd188.

40

EXAMPLE 3

Creation of a Fine Structure Map and Refinement of the BRCA1 Region to Mfd191-Mfd188 using Additional STR Polymorphisms

In order to improve the characterization of our recombinants and define closer flanking markers, a dense map of this relatively small region on chromosome 17q was required. The chromosome 17 workshop has produced a consensus map of this region (FIG. 1) based on a combination of genetic and physical mapping studies (Fain, 1992). This map contains both highly polymorphic STR polymorphisms, and a number of nonpolymorphic expressed genes. Because this map did not give any measure of local support for inversions in the order nor give any measure of local support for inversions in the order of adjacent loci, we viewed it as a rough guide for obtaining resources to be used for the development of new markers and construction of our own detailed genetic and physical map of a small region containing BRCA1. Our approach was to analyze existing STR markers provided by other investigators and any newly developed markers from our laboratory with respect to a panel of meiotic (genetic) breakpoints identified using DNA from the CEPH reference families and a panel of somatic cell hybrids (physical breakpoints) constructed for this region. These markers included 26C2 developed in our laboratory which maps proximal to Mfd15, Mfd191 (provided by James Weber), THRA1 (Futreal et al., 1992a), and three polymorphisms kindly provided to us by Dr. Donald Black. NM23 (Hall et al. 1992), SCG40 (D17S181), and 6C1 (D17S293).

Genetic localization of markers. In order to localize new markers genetically within the region of interest, we have identified a number of key meiotic breakpoints within the region, both in the CEPH reference panel and in our large breast cancer kindred (K2082). Given the small genetic distance in this region, they are likely to be only a relatively small set of recombinants which can be used for this purpose, and they are likely to group markers into sets. The orders of the markers within each set can only be determined by physical mapping. However the number of genotypings necessary to position a new marker is minimized. These breakpoints are illustrated in Tables 3 and 4. Using this approach we were able to genetically order the markers THRA1, 6C1, SCG40, and Mfd191. As can be seen from Tables 3 and 4, THRA1 and MFD191 both map inside the Mfd15-Mfd188 region we had previously identified as containing the BRCA1 locus. In Tables 3 and 4, M/P indicates a maternal or paternal recombinant. A "1" indicates inherited allele is of grandpaternal origin, while a "0" indicates grandmaternal origin, and "-" indicates that the locus was untyped or uninformative.

TABLE 3

| | | | CEPH Recombinants | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Family | ID | M/P | Mfd15 | THRA1 | Mfd191 | Mfd188 | SCG40 | 6C1 | 42D6 |
| 13292 | 4 | M | 1 | 1 | 1 | 0 | 0 | 0 | 0 |
| 13294 | 4 | M | 1 | 1 | 1 | 0 | 0 | 0 | 0 |
| 13294 | 6 | M | 0 | 0 | 1 | 1 | — | — | — |
| 1334 | 3 | M | 1 | 1 | 1 | 1 | 1 | 0 | 0 |
| 1333 | 4 | M | 1 | 1 | 1 | 0 | — | — | 0 |
| 1333 | 6 | M | 0 | 0 | 1 | 1 | — | — | 1 |
| 1333 | 8 | P | 1 | 0 | 0 | 0 | — | — | 0 |
| 1377 | 8 | M | 0 | — | 0 | 0 | 0 | 0 | 1 |

5,747,282

41

42

### TABLE 4

Kindred 2082 Recombinants

| Family | ID | M/P | Mfd15 | Mfd191 | Mfd188 | SCG40 | 6C1 | 42D6 |
|---|---|---|---|---|---|---|---|---|
| 75 | | M | 0 | 1 | 1 | 1 | — | — |
| 63 | | M | 0 | 0 | 1 | 1 | — | 1 |
| 125 | | M | 1 | 1 | 1 | 0 | — | 0 |
| 40 | | M | 1 | 1 | 0 | 0 | — | 0 |

Analysis of markers Mfd15, Mfd188, Mfd191, and THRA1 in our recombinant families. Mfd15, Mfd188, Mfd191 and THRA1 were typed in our recombinant families and examined for additional information to localize the BRCA1 locus. In kindred 1901, the Mfd15 recombinant was recombinant for THRA1 but uninformative for Mfd191, thus placing BRCA1 distal to THRA1. In K2082, the recombinant with Mfd15 also was recombinant with Mfd191, thus placing the BRCA1 locus distal to Mfd191 (Goldgar et al., 1994). Examination of THRA1 and Mfd191 in kindred K2035 yielded no further localization information as the two branches were concordant for both markers. However, SCG40 and 6C1 both displayed the same pattern as Mfd188, thus increasing our confidence in the localization information provided by the Mfd188 recombinant in this family. The BRCA1 locus, or at least a portion of it, therefore lies within an interval bounded by Mfd191 on the proximal side and Mfd188 on the distal side.

### EXAMPLE 4

Development of Genetic and Physical Resources in the Region of Interest

To increase the number of highly polymorphic loci in the Mfd191-Mfd188 region, we developed a number of STR markers in our laboratory from cosmids and YACs which physically map to the region. These markers allowed us to further refine the region.

STSs were identified from genes known to be in the desired region to identify YACs which contained these loci, which were then used to identify subclones in cosmids, P1s or BACs. These subclones were then screened for the presence of a CA tandem repeat using a (CA)$_n$ oligonucleotide (Pharmacia). Clones with a strong signal were selected preferentially, since they were more likely to represent CA-repeats which have a large number of repeats and/or are of near-perfect fidelity to the (CA)$_n$ pattern. Both of these characteristics are known to increase the probability of polymorphism (Weber, 1990). These clones were sequenced directly from the vector to locate the repeat. We obtained a unique sequence on one side of the CA-repeat by using one of a set of possible primers complementary to the end of a CA-repeat, such as (GT)$_{10}$T. Based on this unique sequence, a primer was made to sequence back across the repeat in the other direction, yielding a unique sequence for design of a second primer flanking the CA-repeat. STRs were then screened for polymorphism on a small group of unrelated

individuals and tested against the hybrid panel to confirm their physical localization. New markers which satisfied these criteria were then typed in a set of 40 unrelated individuals from the Utah and CEPH families to obtain allele frequencies appropriate for the study population. Many of the other markers reported in this study were tested in a smaller group of CEPH unrelated individuals to obtain similarly appropriate allele frequencies.

Using the procedure described above, a total of eight polymorphic STRs was found from these YACS. Of the loci identified in this manner, four were both polymorphic and localized to the BRCA1 region. Four markers did not localize to chromosome 17, reflecting the chimeric nature of the YACs used. The four markers which were in the region were denoted AA1, ED2, 4–7, and YM29. AA1 and ED2 were developed from YACs positive for the RNU2 gene, 4–7 from an EPB3 YAC and YM29 from a cosmid which localized to the region by the hybrid panel. A description of the number of alleles, heterozygosity and source of these four and all other STR polymorphisms analyzed in the breast cancer kindreds is given below in Table 5.

### TABLE 5

Polymorphic Short Tandem Repeat Markers Used
for Fine Structure Mapping of the BRCA1 Locus

| Clone | Gene | Na** | Heterozygosity | Allele* Frequency (%) | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 | 4 | 5 | 6 |
| Mfd15 | D17S250 | 10 | 0.82 | 26 | 22 | 15 | 7 | 7 | 23 |
| THRA1 | THRA1 | 5 | | | | | | | |
| Mfd191 | D17S776 | 7 | 0.55 | 48 | 20 | 11 | 7 | 7 | 7 |
| ED2 | D17S1327 | 12 | 0.55 | 62 | 9 | 8 | 5 | 5 | 11 |
| AA1 | D17S1326 | 7 | 0.83 | 28 | 28 | 25 | 8 | 6 | 5 |
| CA375 | D17S184 | 10 | 0.75 | 26 | 15 | 11 | 9 | 9 | 20 |
| 4–7 | D17S1183 | 9 | 0.50 | 63 | 15 | 8 | 6 | 4 | 4 |
| YM29 | — | 9 | 0.62 | 42 | 24 | 12 | 7 | 7 | 8 |
| Mfd188 | D17S579 | 12 | 0.92 | 33 | 18 | 8 | 8 | 8 | 25 |
| SCG40 | D17S181 | 14 | 0.90 | 20 | 18 | 18 | 10 | 8 | 35 |
| 42D6 | D17S588 | 11 | 0.86 | 21 | 17 | 11 | 10 | 9 | 32 |
| 6C1 | D17S293 | 7 | 0.75 | 30 | 30 | 11 | 11 | 9 | 9 |
| Z109 | D17S750 | 9 | 0.70 | 33 | 27 | 7 | 7 | 7 | 19 |
| tdj1475 | D17S1321 | 13 | 0.84 | 21 | 16 | 11 | 11 | 8 | 33 |
| CF4 | D17S1320 | 6 | 0.63 | 50 | 27 | 9 | 7 | 4 | 3 |
| tdj1239 | D17S1328 | 10 | 0.80 | 86 | 10 | 9 | 7 | 4 | 14 |
| U5 | D17S1325 | 13 | 0.83 | 19 | 16 | 12 | 10 | 9 | 34 |

*Allele codes 1–5 are listed in decreasing frequency; allele numbers do not correspond to fragment sizes. Allele 6 frequency is the joint frequency of all other alleles for each locus.
**Number of alleles seen in the genetically independent DNA samples used for calculating allele frequencies.

The four STR polymorphisms which mapped physically to the region (4–7, ED2, AA1, YM29) were analyzed in the meiotic, breakpoint panel shown initially in Tables 3 and 4. Tables 6 and 7 contain the relevant CEPH data and Kindred 2082 data for localization of these four markers. In the tables, M/P indicates a maternal or paternal recombinant. A "1" indicates inherited allele is of grandpaternal origin, while a "0" indicates grandmaternal origin, and "-" indicates that the locus was untyped or uninformative.

A000185

5,747,282

TABLE 6

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| colspan="14" | Key Recombinants Used for Genetic Ordering of New STR Loci<br>Developed in Our Laboratory Within the BRCA1 Region of 17q |
| CEPH<br>Family | ID | M/P | Mfd15 | THRA1 | MFD191 | ED2 | AA1 | Z109 | 4–7 | YM29 | Mfd188 | SCG40 | 42D6 |
| 13292 | 4 | M | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13294 | 4 | M | 1 | 0 | 0 | — | 0 | — | — | 0 | — | — |
| 13294 | 6 | M | 0 | 0 | 1 | — | 1 | — | — | 1 | — | — |
| 1333 | 4 | M | 1 | 1 | 1 | — | 0 | — | 0 | 0 | — | 0 |
| 1333 | 6 | M | 0 | 0 | 1 | — | 1 | — | — | 1 | 1 | — | 1 |
| 1333 | 3 | M | 0 | 0 | 1 | — | — | — | 1 | 1 | 1 | — | 1 |

TABLE 7

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| colspan="11" | Kindred 2082 Recombinants |
| ID | M/P | Mfd15 | Mfd191 | ED2 | AA1 | 4–7 | YM29 | Mfd188 | SCG40 | 42D6 |
| 63 | M | 0 | 0 | 1 | — | 1 | 1 | 1 | 1 | 1 |
| 125 | M | 1 | 1 | 1 | — | 1 | 1 | 1 | 0 | 0 |
| 40 | M | 1 | 1 | 0 | — | 0 | — | 0 | 0 | 0 |
| 22 | P | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

From CEPH 1333-04, we see that AA1 and YM29 must lie distal to Mfd191. From 13292, it can be inferred that both AA1 and ED2 are proximal to 4–7, YM29, and Mfd188. The recombinants found in K2082 provide some additional ordering information. Three independent observations (individual numbers 22, 40, & 63) place AA1, ED2, 4–7, and YM29, and Mfd188 distal to Mfd191, while ID 125 places 4–7, YM29, and Mfd188 proximal to SCG40. No genetic information on the relative ordering within the two clusters of markers AA1/ED2 and 4–7/YM29/Mfd188 was obtained from the genetic recombinant analysis. Although ordering loci with respect to hybrids which are known to contain "holes" in which small pieces of interstitial human DNA may be missing is problematic, the hybrid patterns indicate that 4–7 lies above both YM29 and Mfd188.

EXAMPLE 5

Genetic Analyses of Breast Cancer Kindreds with Markers AA1,4–7, ED2, and YM29

In addition to the three kindreds containing key recombinants which have been discussed previously, kindred K2039 was shown through analysis of the newly developed STR markers to be linked to the region and to contain a useful recombinant.

Table 8 defines the haplotypes (shown in coded form) of the kindreds in terms of specific marker alleles at each locus and their respective frequencies. In Table 8, alleles are listed in descending order of frequency; frequencies of alleles 1–5 for each locus are given in Table 5. Haplotypes coded H are BRCA1 associated haplotypes, P designates a partial H haplotype, and an R indicates an observable recombinant haplotype. As evident in Table 8, not all kindreds were typed for all markers; moreover, not all individuals within a kindred were typed for an identical set of markers, especially in K2082. With one exception, only haplotypes inherited from affected or at-risk kindred members are shown; haplotypes from spouses marrying into the kindred are not described. Thus in a given sibship, the appearance of haplotypes X and Y indicates that both haplotypes from the affected/at-risk individual were seen and neither was a breast cancer associated haplotype.

TABLE 8

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| colspan="16" | Breast Cancer Linked Haplotypes Found in the Three Kindreds |
| Kin. | HAP | Mfd15 | THRA1 | Mfd191 | tdj1475 | ED2 | AA1 | Z109 | CA375 | 4–7 | YM29 | Mfd188 | SCG40 | 6C1 | 42D6 |
| 1901 | H1 | 1 | 5 | 5 | 3 | 1 | 4 | NI | NI | 1 | 1 | 3 | NI | NI | 1 |
| | R2 | 9 | 2 | 5 | 6 | 1 | 4 | NI | NI | 1 | 1 | 3 | NI | NI | 1 |
| 2082 | H1 | 3 | NI | 4 | 6 | 6 | 1 | NI | NI | 2 | 1 | 4 | 2 | NI | 1 |
| | P1 | 3 | NI | 4 | NI | NI | NI | NI | NI | NI | NI | 4 | 2 | NI | 1 |
| | P2 | 3 | NI | NI | NI | NI | NI | NI | NI | NI | NI | 4 | NI | NI | NI |
| | R1 | 6 | NI | 1 | 5 | 6 | 1 | NI | NI | 2 | 1 | 4 | 2 | NI | 1 |
| | R2 | 6 | NI | 4 | 6 | 6 | 1 | NI | NI | 2 | 1 | 4 | 2 | NI | 1 |
| | R3 | 3 | NI | 4 | NI | 6 | 1 | NI | NI | 2 | 1 | 4 | 1 | NI | 7 |
| | R4 | 7 | NI | 1 | NI | 1 | 5 | NI | NI | 4 | 6 | 1 | 2 | NI | 1 |
| | R5 | 3 | NI | 4 | NI | NI | NI | NI | NI | NI | 2 | 1 | NI | NI | NI |
| | R6 | 3 | NI | 4 | 3 | 1 | 2 | NI | NI | 1 | 2 | 2 | 6 | NI | 6 |

A000186

5,747,282

45 46

TABLE 8-continued

| | | | | | | Breast Cancer Linked Haplotypes Found in the Three Kindreds | | | | | | | | | |
|------|-----|-------|-------|--------|--------|-----|-----|------|-------|-----|------|--------|-------|-----|------|
| Kin. | HAP | Mfd15 | THRA1 | Mfd191 | tdj1475 | ED2 | AA1 | Z109 | CA375 | 4–7 | YM29 | Mfd188 | SCG40 | 6C1 | 42D6 |
| | R7 | 3 | NI | 4 | 3 | 7 | 1 | NI | NI | 1 | 1 | 3 | 7 | NI | 4 |
| 2035 | H1 | 8 | 2 | 1 | NI | 5 | 1 | 1 | 4 | 3 | 1 | 6 | 8 | 2 | 4 |
| | H2 | 8 | 2 | 1 | NI | 5 | 1 | 1 | 2 | 1 | 1 | 2 | 3 | 1 | 4 |
| | R2 | 8 | 2 | 1 | NI | 5 | 1 | 1 | 2 | 1 | 1 | 2 | 3 | 6 | 1 |

In kindred K1901, the new markers showed no observable recombination with breast cancer susceptibility, indicating that the recombination event in this kindred most likely took place between THRA1 and ED2. Thus, no new BRCA1 localization information was obtained based upon studying the four new markers in this kindred. In kindred 2082 the key recombinant individual has inherited the linked alleles for ED2, 4–7, AA1, and YM29, and was recombinant for tdj1474 indicating that the recombination event occurred in this individual between tdj1474 and ED2/AA1.

There are three haplotypes of interest in kindred K2035, H1, H2, and R2 shown in Table 8. H1 is present in the four cases and one obligate male carrier descendant from individual 17 while H2 is present or inferred in two cases and two obligate male carriers in descendants of individual 10. R2 is identical to H2 for loci between and including Mfd15 and SCG40, but has recombined between SCG40 and 42D6. Since we have established that BRCA1 is proximal to 42D6, this H2/R2 difference adds no further localization information. H1 and R2 share an identical allele at Mfd15, THRA1, AA1, and ED2 but differ for loci presumed distal to ED2, i.e., 4–7, Mfd188, SCG40, and 6C1. Although the two haplotypes are concordant for the 5th allele for marker YM29, a marker which maps physically between 4–7 and Mfd 188, it is likely that the alleles are shared identical by state rather than identical by descent since this allele is the most common allele at this locus with a frequency estimated in CEPH parents of 0.42. By contrast, the linked alleles shared at the Mfd15 and ED2 loci have frequencies of 0.04 and 0.09, respectively. They also share more common alleles at Mfd191 (frequency=0.52), THRA1, and AA1 (frequency=0.28). This is the key recombinant in this set as it is the sole recombinant in which breast cancer segregated with the proximal portion of the haplotype, thus setting the 5' distal boundary. The evidence from this kindred therefore places the BRCA1 locus proximal to 4–7.

The recombination event in kindred 2082 which places BRCA1 distal to tdj1474 is the only one of the four events described which can be directly inferred; that is, the affected mother's genotype can be inferred from her spouse and offspring, and the recombinant haplotype can be seen in her affected daughter. In this family the odds in favor of affected individuals carrying BRCA1 susceptibility alleles are extremely high; the only possible interpretations of the data are that BRCA1 is distal to Mfd191 or alternatively that the purported recombinant is a sporadic case of ovarian cancer at age 44. Rather than a directly observable or inferred recombinant, interpretation of kindred 2035 depends on the observation of distinct 17q-haplotypes segregating in different and sometimes distantly related branches of the kindred. The observation that portions of these haplotypes have alleles in common for some markers while they differ at other markers places the BRCA1 locus in the shared region. The confidence in this placement depends on several factors: the relationship between the individuals carrying the respective haplotypes, the frequency of the shared allele, the

certainty with which the haplotypes can be shown to segregate with the BRCA1 locus, and the density of the markers in the region which define the haplotype. In the case of kindred 2035, the two branches are closely related, and each branch has a number of early onset cases which carry the respective haplotype. While two of the shared alleles are common, (Mfd191, THRA1), the estimated frequencies of the shared alleles at Mfd15, AA1, and ED2 are 0.04, 0.28, and 0.09, respectively. It is therefore highly likely that these alleles are identical by descent (derived from a common ancestor) rather than identical by state (the same allele but derived from the general population).

EXAMPLE 6

Refined Physical Mapping Studies Place the
BRCA1 Gene in a Region Flanked by tdj1474 and
U5R

Since its initial localization to chromosome 17q in 1990 (Hall et al., 1990) a great deal of effort has gone into localizing the BRCA1 gene to a region small enough to allow implementation of effective positional cloning strategies to isolate the gene. The BRCA1 locus was first localized to the interval Mfd15 (D17S250)–42D6 (D17S588) by multipoint linkage analysis (Easton et al., 1993) in the collaborative Breast Cancer Linkage Consortium dataset consisting of 214 families collected worldwide. Subsequent refinements of the localization have been based upon individual recombinant events in specific families. The region THRA1–D17S183 was defined by Bowcock et al., 1993; and the region THRA1–D17S78 was defined by Simard et al., 1993.

We further showed that the BRCA1 locus must lie distal to the marker Mfd191 (D17S776) (Goldgar et al., 1994). This marker is known to lie distal to THRA1 and RARA. The smallest published region for the BRCA1 locus is thus between D17S776 and D17S78. This region still contains approximately 1.5 million bases of DNA, making the isolation and testing of all genes in the region a very difficult task. We have therefore undertaken the tasks of constructing a physical map of the region, isolating a set of polymorphic STR markers located in the region, and analyzing these new markers in a set of informative families to refine the location of the BRCA1 gene to a manageable interval.

Four families provide important genetic evidence for localization of BRCA1 to a sufficiently small region for the application of positional cloning strategies. Two families (K2082, K1901) provide data relating to the proximal boundary for BRCA1 and the other two (K2035, K1813) fix the distal boundary. These families are discussed in detail below. A total of 15 Short Tandem Repeat markers assayable by PCR were used to refine this localization in the families studied. These markers include DS17S7654, DS17S975, tdj1474, and tdj1239. Primer sequences for these markers are provided in SEQ ID NO:3 and SEQ ID NO:4 for

5,747,282

47

DS17S754; in SEQ ID NO:5 and SEQ ID NO:6 for DS17S975; in SEQ ID NO:7 and SEQ ID NO:8 for tdj1474; and, in SEQ ID NO:9 and SEQ ID NO:10 for tdj1239.

Kindred 2082

Kindred 2082 is the largest BRCA1-linked breast/ovarian cancer family studied to date. It has a LOD score of 8.6, providing unequivocal evidence for 17q linkage. This family has been previously described and shown to contain a critical recombinant placing BRCA1 distal to MFD191 (D17S776). This recombinant occurred in a woman diagnosed with ovarian cancer at age 45 whose mother had ovarian cancer at age 63. The affected mother was deceased; however, from her children, she could be inferred to have the linked haplotype present in the 30 other linked cases in the family in the region between Mfd15 and Mfd188. Her affected daughter received the linked allele at the loci ED2, 4–7, and Mfd188, but received the allele on the non-BRCA1 chromosome at Mfd15 and Mfd91. In order to further localize this recombination breakpoint, we tested DNA from the key members of this family for the following markers derived from physical mapping resources: tdj1474, tdj1239, CF4, D17S855. For the markers tdj1474 and CF4, the affected daughter did not receive the linked allele. For the STR locus tdj1239, however, the mother could be inferred to be informative and her daughter did receive the BRCA1-associated allele. D17S855 was not informative in this family. Based on this analysis, the order is 17q centromere-Mfd191-17HSD-CF4-tdj1474-tdj1239-D17S855-ED2-4–7-Mfd188-17q telomere. The recombinant described above therefore places BRCA1 distal to tdj1474, and the breakpoint is localized to the interval between tdj1474 and tdj1239. The only alternative explanation for the data in this family other than of BRCA1 being located distal to tdj1474, is that the ovarian cancer present in the recombinant individual is caused by reasons independent of the BRCA1 gene. Given that ovarian cancer diagnosed before age 50 is rare, this alternate explanation is exceedingly unlikely.

Kindred 1901

Kindred 1901 is an early-onset breast cancer family with 7 cases of breast cancer diagnosed before 50, 4 of which were diagnosed before 40. In addition, there were three cases of breast cancer diagnosed between the ages of 50 and 70. One case of breast cancer also had ovarian cancer at age 61. This family currently has a LOD score of 1.5 with D17S855. Given this linkage evidence and the presence of at lease one ovarian cancer case, this family has a posterior probability of being due to BRCA1 of over 0.99. In this family, the recombination comes from the fact that an individual who is the brother of the ovarian cancer case from which the majority of the other cases descend, only shares a portion of the haplotype which is cosegregating with the other cases in the family. However, he passed this partial haplotype to his daughter who developed breast cancer at age 44. If this case is due to the BRCA1 gene, then only the part of the haplotype shared between this brother and his sister can contain the BRCA1 gene. The difficulty in interpretation of this kind of information is that while one can be sure of the markers which are not shared and therefore recombinant, markers which are concordant can either be shared because they are non-recombinant, or because their parent was homozygous. Without the parental genotypic data it is impossible to discriminate between these alternatives. Inspection of the haplotype in K1901, shows that he does not share the linked allele at Mfd15 (D17S250), THRA1, CF4 (D17S1320), and tdj1474 (17DS1321). He does share the linked allele at Mfd191 (D17S776), ED2 (D17S1327), tdj1239 (D17S1328), and Mfd188 (D17S579).

48

Although the allele shared at Mfd191 is relatively rare (0.07), we would presume that the parent was homozygous since they are recombinant with markers located nearby on either side, and a double recombination event in this region would be extremely unlikely. Thus the evidence in this family would also place the BRCA1 locus distal to tdj474. However, the lower limit of this breakpoint is impossible to determine without parental genotype information. It is intriguing that the key recombinant breakpoint in this family confirms the result in Kindred 2082. As before, the localization information in this family is only meaningful if the breast cancer was due to the BRCA1 gene. However, her relatively early age at diagnosis (44) makes this seem very likely since the risk of breast cancer before age 45 in the general population is low (approximately 1%).

Kindred 2035

This family is similar to K1901 in that the information on the critical recombinant events is not directly observed but is inferred from the observation that the two haplotypes which are cosegregating with the early onset breast cancer in the two branches of the family appear identical for markers located in the proximal portion of the 17q BRCA1 region but differ at more distal loci. Each of these two haplotypes occurs in at least four cases of early-onset or bilateral breast cancer. The overall LOD score with ED2 in this family is 2.2, and considering that there is a case of ovarian cancer in the family (indicating a prior probability of BRCA1 linkage of 80%), the resulting posterior probability that this family is linked to BRCA1 is 0.998. The haplotypes are identical for the markers Mfd15, THRA1, Mfd191, ED2, AA1, D17S858 and D17S902. The common allele at Mfd15 and ED2 are both quite rare, indicating that this haplotype is shared identical by descent. The haplotypes are discordant, however, for CA375, 4–7, and Mfd188, and several more distal markers. This indicates that the BRCA1 locus must lie above the marker CA-375. This marker is located approximately 50 kb below D17S78, so it serves primarily as additional confirmation of this previous lower boundary as reported in Simard et al. (1993).

Kindred 1813

Kindred 1813 is a small family with four cases of breast cancer diagnosed at very early ages whose mother also had breast cancer diagnosed at an early age and ovarian cancer some years later. This family yields a maximum multipoint LOD score of 0.60 with 17q markers and, given that there is at least one case of ovarian cancer, results in a posterior probability of being a BRCA1 linked family of 0.93. This family contains a directly observable recombination event in individual 18 (see FIG. 5 in Simard et al., *Human Mol. Genet.* 2:1193–1199 (1993)), who developed breast cancer at age 34. The genotype of her affected mother at the relevant 17q loci can be inferred from her genotypes, her affected sister's genotypes, and the genotypes of three other unaffected siblings. Individual 18 inherits the BRCA1-linked alleles for the following loci: Mfd15, THRA1, D17S800, D17S855, AA1, and D17S931. However, for markers below D17S931, i.e., U5R, vrs31, D17S858, and D17S579, she has inherited the alleles located on the non-disease bearing chromosome. The evidence from this family therefore would place the BRCA1 locus proximal to the marker U5R. Because of her early age at diagnosis (34) it is extremely unlikely that the recombinant individual's cancer is not due to the gene responsible for the other cases of breast/ovarian cancer in this family; the uncertainty in this family comes from our somewhat smaller amount of evidence that breast cancer in this family is due to BRCA1 rather than a second, as yet unmapped, breast cancer susceptibility locus.

A000188

5,747,282

49

Size of the region containing BRCA1

Based on the genetic data described in detail above, the BRCA1 locus must lie in the interval between the markers tdj1474 and U5R, both of which were isolated in our laboratory. Based upon the physical maps shown in FIGS. 2 and 3, we can try to estimate the physical distance between these two loci. It takes approximately 14 P1 clones with an average insert size of approximately 80 kb to span the region. However, because all of these P1s overlap to some unknown degree, the physical region is most likely much smaller than 14 times 80 kb. Based on restriction maps of the clones covering the region, we estimate the size of the region containing BRCA1 to be approximately 650 kb.

EXAMPLE 7

Identification of Candidate cDNA Clones for the BRCA1 Locus by Genomic Analysis of the Contig Region

Complete screen of the plausible region. The first method to identify candidate cDNAs, although labor intensive, used known techniques. The method comprised the screening of cosmids and P1 and BAC clones in the contig to identify putative coding sequences. The clones containing putative coding sequences were then used as probes on filters of cDNA libraries to identify candidate cDNA clones for future analysis. The clones were screened for putative coding sequences by either of two methods.

Zoo blots. The first method for identifying putative coding sequences was by screening the cosmid and P1 clones for sequences conserved through evolution across several species. This technique is referred to as "zoo blot analysis" and is described by Monaco, 1986. Specifically, DNAs from cow, chicken, pig, mouse and rat were digested with the restriction enzymes EcoRi and HindIII (8 μg of DNA per enzyme). The digested DNAs were separated overnight on an 0.7% gel at 20 volts for 16 hours (14 cm gel), and the DNA transferred to Nylon membranes using standard Southern blot techniques. For example, the zoo blot filter was treated at 65° C. in 0.1× SSC, 0.5% SDS, and 0.2M Tris, pH 8.0, for 30 minutes and then blocked overnight at 42° C. in 5× SSC, 10% PEG 8000, 20 mM NaPO4 pH 6.8, 100 μg/ml Salmon Sperm DNA, 1x Denhardt's, 50% formamide, 0.1% SDS, and 2 μg/ml C0t-1 DNA.

The cosmid and P1 clones to be analyzed were digested with a restriction enzyme to release the human DNA from the vector DNA. The DNA was separated on a 14 cm, 0.5% agarose gel run overnight at 20 volts for 16 hours. The human DNA bands were cut out of the gel and electroeluted from the gel wedge at 100 volts for at least two hours in 0.5× Tris Acetate buffer (Maniatis et al., 1982). The eluted Not I digested DNA (~15 kb to 25 kb) was then digested with EcoRI restriction enzyme to give smaller fragments (~0.5 kb to 5.0 kb) which melt apart more easily for the next step of labeling the DNA with radionucleotides. The DNA fragments were labeled by means of the hexamer random prime labeling method (Boehringer-Mannheim, Cat. #1004760). The labeled DNA was spermine precipitated (add 100 μl TE, 5 μl 0.1M spermine, and 5 μl of 10 mg/ml salmon sperm DNA) to remove unincorporated radionucleotides. The labeled DNA was then resuspended in 100 μl TE, 0.5M NaCl at 65° C. for 5 minutes and then blocked with Human C0t-1 DNA for 2–4 hrs. as per the manufacturer's instructions (Gibco/BRL, Cat. #5279SA). The C0t-1 blocked probe was incubated on the zoo blot filters in the blocking solution overnight at 42° C. The filters were washed for 30 minutes at room temperature in 2× SSC, 0.1% SDS, and then in the

50

same buffer for 30 minutes at 55° C. The filters were then exposed 1 to 3 days at −70° C. to Kodak XAR-5 film with an intensifying screen. Thus, the zoo blots were hybridized with either the pool of Eco-R1 fragments from the insert, or each of the fragments individually.

HTF island analysis. The second method for identifying cosmids to use as probes on the cDNA libraries was HTF island analysis. Since the pulsed-field map can reveal HTF islands, cosmids that map to these HTF island regions were analyzed with priority. HTF islands are segments of DNA which contain a very high frequency of unmethylated CpG dinucleotides (Tonolio et al., 1990) and are revealed by the clustering of restriction sites of enzymes whose recognition sequences include CpG dinucleotides. Enzymes known to be useful in HTF-island analysis are AscI, NotI, BssHII, EagI, SacII, NaeI, NarI, SmaI, and MluI (Anand, 1992). A pulsed-field map was created using the enzymes NotI, NruI, EagI, SacII, and SalI, and two HTF islands were found. These islands are located in the distal end of the region, one being distal to the GP2B locus, and the other being proximal to the same locus, both outside the BRCA1 region. The cosmids derived from the YACs that cover these two locations were analyzed to identify those that contain these restriction sites, and thus the HTF islands.

cDNA screening. Those clones that contain HTF islands or show hybridization to other species DNA besides human are likely to contain coding sequences. The human DNA from these clones was isolated as whole insert or as EcoRI fragments and labeled as described above. The labeled DNA was used to screen filters of various cDNA libraries under the same conditions as the zoo blots except that the cDNA filters undergo a more stringent wash of 0.1× SSC, 0.1% SDS at 65° C. for 30 minutes twice.

Most of the cDNA libraries used to date in our studies (libraries from normal breast tissue, breast tissue from a woman in her eighth month of pregnancy and a breast malignancy) were prepared at Clonetech, Inc. The cDNA library generated from breast tissue of an 8 month pregnant woman is available from Clonetech (Cat. #HL1037a) in the Lambda gt-10 vector, and is grown in C600Hfl bacterial host cells. Normal breast tissue and malignant breast tissue samples were isolated from a 37 year old Caucasian female and one-gram of each tissue was sent to Clonetech for mRNA processing and cDNA library construction. The latter two libraries were generated using both random and oligo-dT priming, with size selection of the final products which were then cloned into the Lambda Zap II vector, and grown in XL1-blue strain of bacteria as described by the manufacturer. Additional tissue-specific cDNA libraries include human fetal brain (Stratagene, Cat. 936206), human testis (Clonetech Cat. HL3024), human thymus (Clonetech Cat. HL 1127n), human brain (Clonetech Cat. HL11810), human placenta (Clonetech Cat 1075b), and human skeletal muscle (Clonetech Cat. HL1124b).

The cDNA libraries were plated with their host cells on NZCYM plates, and filter lifts are made in duplicate from each plate as per Maniatis et al. (1982). Insert (human) DNA from the candidate genomic clones was purified and radioactively labeled to high specific activity. The radioactive DNA was then hybridized to the cDNA filters to identify those cDNAs which correspond to genes located within the candidate cosmid clone. cDNAs identified by this method were picked, replated, and screened again with the labeled clone insert or its derived EcoRI fragment DNA to verify their positive status. Clones that were positive after this second round of screening were then grown up and their DNA purified for Southern blot analysis and sequencing.

A000189

5,747,282

51

Clones were either purified as plasmid through in vivo excision of the plasmid from the Lambda vector as described in the protocols from the manufacturers, or isolated from the Lambda vector as a restriction fragment and subcloned into plasmid vector.

The Southern blot analysis was performed in duplicate, one using the original genomic insert DNA as a probe to verify that cDNA insert contains hybridizing sequences. The second blot was hybridized with cDNA insert DNA from the largest cDNA clone to identify which clones represent the same gene. All cDNAs which hybridize with the genomic clone and are unique were sequenced and the DNA analyzed to determine if the sequences represent known or unique genes. All cDNA clones which appear to be unique were further analyzed as candidate BRCA1 loci. Specifically, the clones are hybridized to Northern blots to look for breast specific expression and differential expression in normal versus breast tumor RNAs. They are also analyzed by PCR on clones in the BRCA1 region to verify their location. To map the extent of the locus, full length cDNAs are isolated and their sequences used as PCR probes on the YACs and the clones surrounding and including the original identifying clones. Intron-exon boundaries are then further defined through sequence analysis.

We have screened the normal breast, 8 month pregnant breast and fetal brain cDNA libraries with zoo blot-positive Eco R1 fragments from cosmid BAC and P1 clones in the region. Potential BRCA1 cDNA clones were identified among the three libraries. Clones were picked, replated, and screened again with the original probe to verify that they were positive.

Analysis of hybrid-selected cDNA. cDNA fragments obtained from direct selection were checked by Southern blot hybridization against the probe DNA to verify that they originated from the contig. Those that passed this test were sequenced in their entirety. The set of DNA sequences obtained in this way were then checked against each other to find independent clones that overlapped. For example, the clones 694-65, 1240-1 and 1240-33 were obtained independently and subsequently shown to derive from the same contiguous cDNA sequence which has been named EST:489:1.

Analysis of candidate clones. One or more of the candidate genes generated from above were sequenced and the information used for identification and classification of each expressed gene. The DNA sequences were compared to known genes by nucleotide sequence comparisons and by translation in all frames followed by a comparison with known amino acid sequences. This was accomplished using Genetic Data Environment (GDE) version 2.2 software and the Basic Local Alignment Search Tool (Blast) series of client/server software packages (e.g., BLASTN 1.3.1 3MP), for sequence comparison against both local and remote sequence databases (e.g., GenBank), running on Sun SPARC workstations. Sequences reconstructed from collections of cDNA clones identified with the cosmids and P1 s have been generated. All candidate genes that represented new sequences were analyzed further to test their candidacy for the putative BRCA1 locus.

Mutation screening. To screen for mutations in the affected pedigrees, two different approaches were followed. First, genomic DNA isolated from family members known to carry the susceptibility allele of BRCA1 was used as a template for amplification of candidate gene sequences by PCR. If the PCR primers flank or overlap an intron/exon boundary, the amplified fragment will be larger than pre-

52

dicted from the cDNA sequence or will not be present in the amplified mixture. By a combination of such amplification experiments and sequencing of P1, BAC or cosmid clones using the set of designed primers it is possible to establish the intron/exon structure and ultimately obtain the DNA sequences of genomic DNA from the pedigrees.

A second approach that is much more rapid if the intron/exon structure of the candidate gene is complex involves sequencing fragments amplified from pedigree lymphocyte cDNA. cDNA synthesized from lymphocyte mRNA extracted from pedigree blood was used as a substrate for PCR amplification using the set of designed primers. If the candidate gene is expressed to a significant extent in lymphocytes, such experiments usually produce amplified fragments that can be sequenced directly without knowledge of intron/exon junctions.

The products of such sequencing reactions were analyzed by gel electrophoresis to determine positions in the sequence that contain either mutations such as deletions or insertions, or base pair substitutions that cause amino acid changes or other detrimental effects.

Any sequence within the BRCA1 region that is expressed in breast is considered to be a candidate gene for BRCA1. Compelling evidence that a given candidate gene corresponds to BRCA1 comes from a demonstration that pedigree families contain defective alleles of the candidate.

EXAMPLE 8

Identification of BRCA1

Identification of BRCA1. Using several strategies, a detailed map of transcripts was developed for the 600 kb region of 17q21 between D17S1321 and D17S1324. Candidate expressed sequences were defined as DNA sequences obtained from: 1) direct screening of breast, fetal brain, or lymphocyte cDNA libraries, 2) hybrid selection of breast, lymphocyte or ovary cDNAs, or 3) random sequencing of genomic DNA and prediction of coding exons by XPOUND (Thomas and Skolnick, 1994). These expressed sequences in many cases were assembled into contigs composed of several independently identified sequences. Candidate genes may comprise more than one of these candidate expressed sequences. Sixty-five candidate expressed sequences within this region were identified by hybrid selection, by direct screening of cDNA libraries, and by random sequencing of P1 subclones. Expressed sequences were characterized by transcript size, DNA sequence, database comparison, expression pattern, genomic structure, and, most importantly, DNA sequence analysis in individuals from kindreds segregating 17q-linked breast and ovarian cancer susceptibility.

Three independent contigs of expressed sequence, 1141:1 (649 bp), 694:5 (213 bp) and 754:2 (1079 bp) were isolated and eventually shown to represent portions of BRCA1. When ESTs for these contigs were used as hybridization probes for Northern analysis, a single transcript of approximately 7.8 kb was observed in normal breast mRNA, suggesting that they encode different portions of a single gene. Screens of breast, fetal brain, thymus, testes, lymphocyte and placental cDNA libraries and PCR experiments with breast mRNA linked the 1141:1, 694:5 and 754:2 contigs. 5′ RACE experiments with thymus, testes, and breast mRNA extended the contig to the putative 5′ end, yielding a composite full length sequence. PCR and direct sequencing of P1s and BACs in the region were used to identify the location of introns and allowed the determination of splice donor and acceptor sites. These three expressed sequences were merged into a single transcription

A000190

5,747,282

53

unit that proved in the final analysis to be BRCA1. This transcription unit is located adjacent to D17S855 in the center of the 600 kb region (FIG. 4).

Combination of sequences obtained from cDNA clones, hybrid selection sequences, and amplified PCR products allowed construction of a composite full length BRCA1 cDNA (SEQ ID NO:1). The sequence of the BRCA1 cDNA (up through the stop codon) has also been deposited with GenBank and assigned accession number U-14680. This deposited sequence is incorporated herein by reference. The cDNA clone extending farthest in the 3′ direction contains a poly(A) tract preceded by a polyadenylation signal. Conceptual translation of the cDNA revealed a single long open reading frame of 208 kilodaltons (amino acid sequence: SEQ ID NO:2) with a potential initiation codon flanked by sequences resembling the Kozak consensus sequence (Kozak, 1987). Smith-Waterman (Smith and Waterman, 1981) and BLAST (Altschul et al., 1990) searches identified a sequence near the amino terminus with considerable homology to zinc-finger domains (FIG. 5). This sequence contains cysteine and histidine residues present in the consensus C3HC4 zinc-finger motif and shares multiple other residues with zinc-finger proteins in the databases. The BRCA1 gene is composed of 23 coding exons arrayed over more than 100 kb of genomic DNA (FIG. 6). Northern blots using fragments of the BRCA1 cDNA as probes identified a single transcript of about 7.8 kb, present most abundantly in breast, thymus and testis, and also present in ovary (FIG. 7). Four alternatively spliced products were observed as independent cDNA clones; 3 of these were detected in breast and 2 in ovary mRNA (FIG. 6). A PCR survey from tissue cDNAs further supports the idea that there is considerable heterogeneity near the 5′ end of transcripts from this gene;

54

longest deletion being 1,155 bp. The predominant form of the BRCA1 protein in breast and ovary lacks exon 4. The nucleotide sequence for BRCA1 exon 4 is shown in SEQ ID NO:11, with the predicted amino acid sequence shown in SEQ ID NO:12.

Additional 5′ sequence of BRCA1 genomic DNA is set forth in SEQ ID NO:13. The G at position 1 represents the potential start site in testis. The A in position 140 represents the potential start site in somatic tissue. There are six alternative splice forms of this 5′ sequence as shown in FIG. 8. The G at position 356 represents the canonical first splice donor site. The G at position 444 represents the first splice donor site in two clones (testis 1 and testis 2). The G at position 889 represents the first splice donor site in thymus 3. A fourth splice donor site is the G at position 1230. The T at position 1513 represents the splice acceptor site for all of the above splice donors. A fifth alternate splice form has a first splice donor site at position 349 with a first acceptor site at position 591 and a second splice donor site at position 889 and a second acceptor site at position 1513. A sixth alternate form is unspliced in this 5′ region. The A at position 1532 is the canonical start site, which appears at position 120 of SEQ ID NO:1. Partial genomic DNA sequences determined for BRCA1 are set forth in FIGS. 10A–10H and SEQ ID Numbers:14–34. The lower case letters (in FIGS. 10A–10H) denote intron sequence while the upper case letters denote exon sequence. Indefinite intervals with introns are designated with vvvvvvvvvvvvvv in FIGS. 10A–10H. The intron/exon junctions are shown in Table 9. The CAG found at the 5′ end of exons 8 and 14 is found in some cDNAs but not in others. Known polymorphic sites are shown in FIGS. 10A–10H in boldface type and are underlined.

TABLE 9

| Exon No. | Base Position* 5′ | 3′ | Length | Intron Borders 5′ | 3′ |
|---|---|---|---|---|---|
| e1 | 1 | 100 | 100 | GATAAAATAAAACTGCGACTGCGCGGCGTG[35*] | GTAGTAGAGTCCCGGGAAAGGGACAGGGGG[36] |
| e2 | 101 | 199 | 99 | ATATATATATGTTTTTCTAATGTGTTAAAG[37] | GTAAGTCAGCACAAGAGTGTATTAATTTGG[38] |
| e3 | 200 | 253 | 54 | TTTCTTTTTCTCCCCCCCTACCCTGCTAG[39] | GTAAGTTTGAATGTGTTATGTGGCTCCATT[40] |
| e4 | *** | *** | 111 | AGCTACTTTTTTTTTTTTTTTGAGACAG[41] | GTAAGTGCACACCACCATATCCAGCTAAAT[42] |
| e5 | 254 | 331 | 78 | AATTGTTCTTTCTTTCTTTATAATTTATAG[43] | GTATATAATTTGGTAATGATGCTAGGTTGG[44] |
| e6 | 332 | 420 | 89 | GAGTGTGTTTCTCAAACAATTTAATTTCAG[45] | GTAAGTGTTGAATATCCCAAGAATCACACT[46] |
| e7 | 421 | 560 | 140 | AAACATAATGTTTCCCTTGTATTTTACAG[47] | GTAAAACCATTTGTTTTCTTCTTCTTCTTC[48] |
| e8 | 561 | 666 | 106 | TGCTTGACTGTTCTTTACCATACTGTTTAG[49] | GTAAGGGTCTCAGGTTTTTAAGTATTTAA[50] |
| e9 | 667 | 712 | 46 | TGATTTATTTTTTGGGGGGAAATTTTTTAG[51] | GTGAGTCAAAGAGAACCCTTTGTCTATGAAG[52] |
| e10 | 713 | 789 | 77 | TCTTATTAGGACTCTGTCTTTTCCCTATAG[53] | GTAATGGCAAAGTTTGCCAACTTAACAGGC[54] |
| e11 | 790 | 4215 | 3426 | GAGTACCTTGTTATTTTTGTATATTTTCAG[55] | GTATTGGAACCAGGTTTTGTGTTTGCCCC[56] |
| e12 | 4216 | 4302 | 87 | ACATCTGAACCTCTGTTTTTGTTATTTAAG[57] | AGGTAAAAAGCGTGTGTGTGTGTGCACATG[58] |
| e13 | 4303 | 4476 | 174 | CATTTTCTTGGTACCATTTATCGTTTTTGA[59] | GTGTGTATTGTTGGCCAAACACTGATATCT[60] |
| e14 | 4477 | 4603 | 127 | AGTAGATTTGTTTTTCTCATTCCATTTAAAG[61] | GTAAGAAAACATCAATGTAAAGATGCTGTGG[62] |
| e15 | 4604 | 4794 | 191 | ATCGTTTTCTCCTTCCATTTATCTTTCTAG[63**] | GTAATATTTCATCTGCTGTATTGGAACAAA[64] |
| e16 | 4795 | 5105 | 311 | TGTAAATTAAACTTCTCCCCATTCTTTCAG[65] | GTGAGTGTATCCATAGTAATCTCCCTAATG[66] |
| e17 | 5106 | 5193 | 88 | ATGATAATGGAATATTTGATTTAATTTCAG[67] | GTATACCAAGAACCTTTACAGAATACCTTG[68] |
| e18 | 5194 | 5271 | 78 | CTAATCCTTTGAGTGTTTTCATTCTGCAG[69] | GTAAGTATAATACTATTTCTCCCCTCCTCC[70] |
| e19 | 5272 | 5312 | 41 | TGTAACCTGTCTTTTCTATGATCTCTTTAG[71] | GTAAGTACTTGATGTTACAAACTAACCAGA[72] |
| e20 | 5313 | 5396 | 84 | TCCTGATGGGTTGTGTTTGGTTTCTTTCAG[73] | GTAAAGCTCCCTCCCTCAAGTTGACAAAAA[74] |
| e21 | 5397 | 5451 | 55 | CTCTCCCTCTTCTTCCCTCTCTTCTTCCAG[75] | GTAAGAGCCTGGGAGAACCCCACAAGTTCCA[76] |
| e22 | 5452 | 5525 | 74 | AGTGATTTTACATGTAAATGTCCATTTTAG[77] | GTAAGTATTGGGTGCCCTGTCAGTGTGGGA[78] |
| e23 | 5526 | 5586 | 61 | TTGAATGCTCTTTCCTTCCTGGGGATCCAG[79] | GTAAGGTGCCTCGCATGTACCTGTGCTATT[80] |
| e24 | 5587 | 5914 | 328 | CTAATCTCTGCTTGTGTTCTCTGTCTCCAG[81] |  |

*Base numbers in SEQ ID NO: 1.
**Numbers in superscript refer to SEQ ID NOS.
***e4 from SEQ ID NO: 11.

the molecular basis for the heterogeneity involves differential choice of the first splice donor site, and the changes detected all alter the transcript in the region 5′ of the identified start codon. We have detected six potential alternate splice donors in this 5′ untranslated region, with the

Low stringency blots in which genomic DNA from organisms of diverse phylogenetic background were probed with BRCA1 sequences that lack the zinc-finger region revealed strongly hybridizing fragments in human, monkey, sheep and pig, and very weak hybridization signals in rodents. This

A000191

5,747,282

55

56

result indicates that, apart from the zinc-finger domain, BRCA1 is conserved only at a moderate level through evolution.

Germline BRCA1 mutations in 17q-linked kindreds. The most rigorous test for BRCA1 candidate genes is to search for potentially disruptive mutations in carrier individuals from kindreds that segregate 17q-linked susceptibility to breast and ovarian cancer. Such individuals must contain BRCA1 alleles that differ from the wildtype sequence. The set of DNA samples used in this analysis consisted of DNA from individuals representing 8 different BRCA1 kindreds (Table 10).

TABLE 10

KINDRED DESCRIPTIONS AND ASSOCIATED LOD SCORES

| Kindred | Cases (n) Br | Br < 50 | Ov | Sporadic Cases[1] (n) | LOD Score | Markers(s) |
|---------|------|---------|-----|-------|------|------------|
| 2082 | 31 | 20 | 22 | 7 | 9.49 | D17S1327 |
| 2099 | 22 | 14 | 2* | 0 | 2.36 | D17S800/D17S855[2] |
| 2035 | 10 | 8 | 1* | 0 | 2.25 | D17S1327 |
| 1901 | 10 | 7 | 1* | 0 | 1.50 | D17S855 |
| 1925 | 4 | 3 | 0 | 0 | 0.55 | D17S579 |
| 1910 | 5 | 4 | 0 | 0 | 0.36 | D17S579/D17S250[2] |
| 1927 | 5 | 4 | 0 | 1 | -0.44 | D17S250 |
| 1911 | 8 | 5 | 0 | 2 | -0.20 | D17S250 |

[1]Number of women with breast cancer (diagnosed under age 50) or ovarian cancer (diagnosed at any age) who do not share the BRCA1-linked haplotype segregating in the remainder of the cases in the kindred.
[2]Multipoint LOD score calculated using both markers
*kindred contains one individual who had both breast and ovarian cancer; this individual is counted as a breast cancer case and as an ovarian cancer case.

The logarithm of the odds (LOD) scores in these kindreds range from 9.49 to –0.44 for a set of markers in 17q21. Four of the families have convincing LOD scores for linkage, and 4 have low positive or negative LOD scores. The latter kindreds were included because they demonstrate haplotype sharing at chromosome 17q21 for at least 3 affected members. Furthermore, all kindreds in the set display early age of breast cancer onset and 4 of the kindreds include at least one case of ovarian cancer, both hallmarks of BRCA1 kindreds. One kindred, 2082, has nearly equal incidence of breast and ovarian cancer, an unusual occurrence given the relative rarity of ovarian cancer in the population. All of the kindreds except two were ascertained in Utah. K2035 is from the midwest. K2099 is an African-American kindred from the southern USA.

In the initial screen for predisposing mutations in BRCA1, DNA from one individual who carries the perdisplotype in each kindred was tested. The 23 coding exons and associated splice junction were amplified either from genomic DNA samples or from cDNA prepared from lymphocyte mRNA. When the amplified DNA sequences were compared to the wildtype sequence, 4 of the 8 kindred samples were found to contain sequence variants (Table 11).

TABLE 11

PREDISPOSING MUTATIONS

| Kindred Number | Mutation | Coding Effect | Location* |
|---------|----------|---------------|-----------|
| 2082 | C → T | Gln → Stop | 4056 |
| 1910 | extra C | frameshift | 5385 |
| 2099 | T → G | Met → Arg | 5443 |

TABLE 11-continued

PREDISPOSING MUTATIONS

| Kindred Number | Mutation | Coding Effect | Location* |
|---------|----------|---------------|-----------|
| 2035 | ? | loss of transcript | |
| 1901 | 11 bp deletion | frameshift | 189 |

*In Sequence ID NO: 1

All four sequence variants are heterozygous and each appears in only one of the kindreds. Kinderd 2082 contains a nonsense mutation in exon 11 (FIG. 9A), Kindred 1910 contains a single nucleoting insertion in exon 20 (FIG. 9B), and Kindred 2099 contains a missense mutation in exon 21, resulting in a Met→Arg substitution. The frameshift and nonsense mutations are likely disruptive to the function of the BRCA1 product. The peptide encoded by the frameshift allele in Kindred 1910 would contain an altered amino acid sequence beginning 108 residues from the wildtype C-terminus. The peptide encoded by the frameshift allele in Kindred 1901 would contain an altered amino acid sequence beginning with the 24th residue from the wildtype N-terminus. The mutant allele in Kindred 2082 would encode a protein missing 551 residues from the C-terminus. The missense substitution observed in Kindred 2099 is potentially disruptive as it causes the replacement of a small hydrophobic amino acid (Met), by a large charged residue (Arg). Eleven common polymorphisms were also identified, 8 in coding sequence and 3 in introns.

The individual studied in Kindred 2035 evidently contains a regulatory mutation in BRCA 1. In her cDNA, a polymorphic site (A→G at base 3667) appeared homozygous, whereas her genomic DNA revealed heterozygosity at this position (FIG. 9C). A possible explanation for this observation is that mRNA from her mutated BRCA1 allele is absent due to a mutation that affects its production or stability. This possibility was explored further by examining 5 polymorphic sites in the BRCA1 coding region, which are separated by as much as 3.5 kb in the BRCA1 transcript. In all cases where her genomic DNA appeared heterozygous for a polymorphism, cDNA appeared homozygous. In individuals from other kindreds and in non-haplotype carriers in Kindred 2035, these polymorphic sites could be observed as heterozygous in cDNA, implying that amplification from cDNA was not biased in favor of one allele. This analysis indicates that a BRCA1 mutation in Kindred 2035 either prevents transcription or causes instability or aberrant splicing of the BRCA1 transcript.

Cosegregation of BRCA1 mutations with BRCA1haplotypes and population frequency analysis. In addition to potentially disrupting protein function, two criteria must be met for a sequence variant to qualify as a candidate predisposing mutation. The variant must: 1) be present in individuals from the kindred who carry the predisposing BRCA 1 haplotype and absent in other members of the kindred, and 2) be rare in the general population.

Each mutation was tested for cosegregation with BRCA1. For the frameshift mutation in Kindred 1910, two other haplotype carriers and one non-carrier were sequenced (FIG. 9B). Only the carriers exhibited the frameshift mutation. The C to T change in Kindred 2082 created a new AvrII restriction site. Other carriers and non-carriers in the kindred were tested for the presence of the restriction site (FIG. 9A). An allele-specific oligonucleotide (ASO) was designed to detect the presence of the sequence variant in Kindred 2099. Several individuals from the kindred, some known to carry

5,747,282

<table>
<tr><td>57</td><td>58</td></tr>
</table>

the haplotype associated with the predisposing allele, and others known not to carry the associated haplotype, were screened by ASO for the mutation previously detected in the kindred. In each kindred, the corresponding mutant allele was detected in individuals carrying the BRCA1-associated haplotype, and was not detected in noncaitiers. In the case of the potential regulatory mutation observed in the individual from Kindred 2035, cDNA and genomic DNA from carriers in the kindred were compared for heterozygosity at polymorphic sites. In every instance, the extinguished allele in the cDNA sample was shown to lie on the chromosome that carries the BRCA1 predisposing allele (FIG. 9C).

To exclude the possibility that the mutations were simply common polymorphisms in the population, ASOs for each mutation were used to screen a set of normal DNA samples. Gene frequency estimates in Caucasians were based on random samples from the Utah population. Gene frequency estimates in African-Americans were based on 39 samples provided by M. Peracek-Vance which originate from African-Americans used in her linkage studies and 20 newborn Utah African-Americans. None of the 4 potential predisposing mutations was found in the appropriate control population, indicating that they are rare in the general population. Thus, two important requirements for BRCA1 susceptibility alleles were fulfilled by the candidate predisposing mutations: 1) cosegregation of the mutant allele with disease, and 2) absence of the mutant allele in controls, indicating a low gene frequency in the general population.

Phenotypic Expression of BRCA1 Mutations. The effect of the mutations on the BRCA1 protein correlated with differences in the observed phenotypic expression in the BRCA1 kindreds. Most BRCA 1 kindreds have a moderately increased ovarian cancer risk, and a smaller subset have high risks of ovarian cancer, comparable to those for breast cancer (Easton et al., 1993). Three of the four kindreds in which BRCA1 mutations were detected fall into the former category, while the fourth (K2082) falls into the high ovarian cancer risk group. Since the BRCA1 nonsense mutation found in K2082 lies closer to the amino terminus than the other mutations detected, it might be expected to have a different phenotype. In fact, Kindred K2082 mutation has a high incidence of ovarian cancer, and a later mean age at diagnosis of breast cancer cases than the other kindreds (Goldgar et al., 1994). This difference in age of onset could be due to an ascertainment bias in the smaller, more highly penetrant families, or it could reflect tissue-specific differences in the behavior of BRCA1 mutations. The other 3 kindreds that segregate known BRCA1 mutations have, on average, one ovarian cancer for every 10 cases of breast cancer, but have a high proportion of breast cancer cases diagnosed in their late 20's or early 30's. Kindred 1910, which has a frameshift mutation, is noteworthy because three of the four affected individuals had bilateral breast cancer, and in each case the second tumor was diagnosed within a year of the first occurrence. Kindred 2035, which segregates a potential regulatory BRCA1 mutation, might also be expected to have a dramatic phenotype. Eighty percent of breast cancer cases in this kindred occur under age 50. This figure is as high as any in the set, suggesting a BRCA1 mutant allele of high penetrance (Table 10).

Although the mutations described above clearly are deleterious, causing breast cancer in women at very young ages, each of the four kindreds with mutations includes at least one woman who carries the mutation who lived until age 80 without developing a malignancy. It will be of utmost importance in the studies that follow to identify other genetic or environmental factors that may ameliorate the effects of BRCA1 mutations.

In four of the eight putative BRCA1-linked kindreds, potential predisposing mutations were not found. Three of these four have LOD scores for BRCA1-linked markers of less than 0.55. Thus, these kindreds may not in reality segregate BRCA1 predisposing alleles. Alternatively, the mutations in these four kindreds may lie in regions of BRCA1 that, for example, affect the level of transcript and therefore have thus far escaped detection.

Role of BRCA1 in Cancer. Most tumor suppressor genes identified to date give rise to protein products that are absent, nonfunctional, or reduced in function. The majority of TP53 mutations are missense; some of these have been shown to produce abnormal p53 molecules that interfere with the function of the wildtype product (Shaulian el al., 1992; Srivastava et al., 1993). A similar dominant negative mechanism of action has been proposed for some adenomatous polyposis coli (APC) alleles that produce truncated molecules (Su et al., 1993), and for point mutations in the Wilms' tumor gene (WT1) that alter DNA binding of the protein (Little et al., 1993). The nature of the mutations observed in the BRCA1 coding sequence is consistent with production of either dominant negative proteins or nonfunctional proteins. The regulatory mutation inferred in Kindred 2035 cannot be a dominant negative; rather, this mutation likely causes reduction or complete loss of BRCA1 expression from the affected allele.

The BRCA1 protein contains a $C_3HC_4$ zinc-finger domain, similar to those found in numerous DNA binding proteins and implicated in zinc-dependent binding to nucleic acids. The first 180 amino acids of BRCA1 contain five more basic residues than acidic residues. In contrast, the remainder of the molecule is very acidic, with a net excess of 70 acidic residues. The excess negative charge is particularly concentrated near the C-terminus. Thus, one possibility is that BRCA1 encodes a transcription factor with an N-terminal DNA binding domain and a C-terminal transactivational "acidic blob" domain. Interestingly, another familial tumor suppressor gene, WT1, also contains a zinc-finger motif (Haber el al., 1990). Many cancer predisposing mutations in WT1 alter zinc-finger domains (Little et al., 1993; Haber et al., 1990; Little et al., 1992). WT1 encodes a transcription factor, and alternative splicing of exons that encode parts of the zinc-finger domain alter the DNA binding properties of WT1 (Bickmore et al., 1992). Some alternatively spliced forms of WT1 mRNA generate molecules that act as transcriptional repressors (Drummond et al., 1994). Some BRCA1 splicing variants may alter the zinc-finger motif, raising the possibility that a regulatory mechanism similar to 10 that which occurs in WT1 may apply to BRCA1.

EXAMPLE 9

Analysis of Tumors for BRCA1 Mutations

To focus the analysis on tumors most likely to contain BRCA1 mutations, primary breast and ovarian carcinomas were typed for LOH in the BRCA1 region. Three highly polymorphic, simple tandem repeat markers were used to assess LOH: D17S1323 and D17S855, which are intragenic to BRCA1, and D17S1327, which lies approximately 100 kb distal to BRCA1 . The combined LOH frequency in informative cases (i.e., where the germline was heterozygous) was 32/72 (44%) for the breast carcinomas and 12/21 (57%) for the ovarian carcinomas, consistent with previous measurements of LOH in the region (Futreal et al., 1992b; Jacobs et al., 1993; Sato et al., 1990; Eccles et al., 1990; Cropp et al., 1994). The analysis thus defined a panel of 32

A000193

5,747,282

59

breast tumors and 12 ovarian tumors of mixed race and age of onset to be examined for BRCA mutations. The complete 5,589 bp coding region and intron/exon boundary sequences of the gene were screened in this tumor set by direct sequencing alone or by a combination of single-strand conformation analysis (SSCA) and direct sequencing.

A total of six mutations (of which two are identical) was found, one in an ovarian tumor, four in breast tumors and one in a male unaffected haplotype carrier (Table 12). One mutation, Glu 1541Ter, introduced a stop codon that would create a truncated protein missing 323 amino acids at the carboxy terminus. In addition, two missense mutations were identified. These are Ala1708Glu and Met1775Arg and involve substitutions of small, hydrophobic residues by charged residues. Patients 17764 and 19964 are from the same family. In patient OV24 nucleotide 2575 is deleted and in patients 17764 and 19964 nucleotides 2993–2996 are deleted.

TABLE 12

Predisposing Mutations

| Patient | Codon | Nucleotide Change | Amino Acid Change | Age of Onset | Family History |
|---------|-------|-------------------|-------------------|--------------|----------------|
| BT098 | 1541 | GAG → TAG | Glu → Stop | 39 | – |
| OV24 | 819 | 1 bp deletion | frameshift | 44 | – |
| BT106 | 1708 | GCG → GAG | Ala → Glu | 24 | + |
| MC44 | 1775 | ATG → AGG | Met → Arg | 42 | + |
| 17764 | 958 | 4 bp deletion | frameshift | 31 | + |
| 19964 | 958 | 4 bp deletion | frameshift |  | +* |

*Unaffected haplotype carrier, male

Several lines of evidence suggest that all five mutations represent BRCA1 susceptibility alleles:

(i) all mutations are present in the germline;

(ii) all are absent in appropriate control populations, suggesting they are not common polymorphisms;

(iii) each mutant allele is retained in the tumor, as is the case in tumors from patients belonging to kindreds that segregate BRCA1 susceptibility alleles (Smith et al., 1992; Kelsell et al., 1993) (if the mutations represented neutral polymorphisms, they should be retained in only 50% of the cases);

(iv) the age of onset in the four breast cancer cases with mutations varied between 24 and 42 years of age, consistent with the early age of onset of breast cancer in individuals with BRCA1 susceptibility; similarly, the ovarian cancer case was diagnosed at 44, an age that falls in the youngest 13% of all ovarian cancer cases; and finally,

(v) three of the five cases have positive family histories of breast or ovarian cancer found retrospectively in their medical records, although the tumor set was not selected with regard to this criterion.

BT106 was diagnosed at a very early age with breast cancer. Her mother had ovarian cancer, her father had melanoma, and her paternal grandmother also had breast cancer. Patient MC44, an African-American, had bilateral breast cancer at an early age. This patient had a sister who died of breast cancer at a very early age. Her mutation (Met1775Arg) had been detected previously in Kindred 2099, an African-American family that segregates a BRCA1 susceptibility allele, and was absent in African-American and Caucasian controls.

Patient MC44, to our knowledge, is unrelated to Kindred 2099. The detection of a rare mutant allele, once in a BRCA1

60

kindred and once in the germline of an apparently unrelated early-onset breast cancer case, suggests that the Met1775Arg change may be a common predisposing mutation in African-Americans. Collectively, these observations indicate that all four BRCA1 mutations in tumors represent susceptibility alleles; no somatic mutations were detected in the samples analyzed.

The paucity of somatic BRCA1 mutations is unexpected, given the frequency of LOH on 17q, and the usual role of susceptibility genes as tumor suppressors in cancer progression. There are three possible explanations for this result: (i) some BRCA1 mutations in coding sequences were missed by our screening procedure; (ii) BRCA1 somatic mutations fall primarily outside the coding exons; and (iii) LOH events in 17q do not reflect BRCA1 somatic mutations.

If somatic BRCA1 mutations truly are rare in breast and ovary carcinomas, this would have strong implications for the biology of BRCA1. The apparent lack of somatic BRCA1 mutations implies that there may be some fundamental difference in the genesis of tumors in genetically predisposed BRCA1 carriers, compared with tumors in the general population. For example, mutations in BRCA1 may have an effect only on tumor foination at a specific stage early in breast and ovarian development. This possibility is consistent with a primary function for BRCA1 in premenopausal breast cancer. Such a model for the role of BRCA1 in breast and ovarian cancer predicts an interaction between reproductive hormones and BRCA1 function. However, no clinical or pathological differences in familial versus sporadic breast and ovary tumors, other than age of onset, have been described (Lynch et al., 1990). On the other hand, the recent finding of increased TP53 mutation and microsatellite instability in breast tumors from patients with a family history of breast cancer (Glebov et al., 1994) may reflect some difference in tumors that arise in genetically predisposed persons. The involvement of BRCA1 in this phenomenon can now be addressed directly. Alternatively, the lack of somatic BRCA1 mutations may result from the existence of multiple genes that function in the same pathway of tumor suppression as BRCA1, but which collectively represent a more favored target for mutation in sporadic tumors. Since mutation of a single element in a genetic pathway is generally sufficient to disrupt the pathway, BRCA1 might mutate at a rate that is far lower than the sum of the mutational rates of the other elements.

EXAMPLE 10

Analysis of the BRCA1 Gene

The structure and function of BRCA1 gene are determined according to the following methods.

Biological Studies. Mammalian expression vectors containing BRCA1 cDNA are constructed and transfected into appropriate breast carcinoma cells with lesions in the gene. Wild-type BRCA1 cDNA as well as altered BRCA1 cDNA are utilized. The altered BRCA1 cDNA can be obtained from altered BRCA1 alleles or produced as described below. Phenotypic reversion in cultures (e.g., cell morphology, doubling time, anchorage-independent growth) and in animals (e.g., tumorigenicity) is examined. The studies will employ both wild-type and mutant forms (Section B) of the gene.

Molecular Genetics Studies. In vitro mutagenesis is performed to construct deletion mutants and missense mutants (by single base-pair substitutions in individual codons and cluster charged→alanine scanning mutagenesis). The mutants are used in biological, biochemical and biophysical studies.

A000194

5,747,282

<table>
<tr><td>61</td><td>62</td></tr>
</table>

**61**

Mechanism Studies. The ability of BRCA1 protein to bind to known and unknown DNA sequences is examined. Its ability to transactivate promoters is analyzed by transient reporter expression systems in mammalian cells. Conventional procedures such as particle-capture and yeast two-hybrid system are used to discover and identify any functional partners. The nature and functions of the partners are characterized. These partners in turn are targets for drug discovery.

Structural Studies. Recombinant proteins are produced in E. coli, yeast, insect and/or mammalian cells and are used in crystallographical and NMR studies. Molecular modeling of the proteins is also employed. These studies facilitate structure-driven drug design.

EXAMPLE 11

Two Step Assay to Detect the Presence of BRCA1 in a Sample

Patient sample is processed according to the method disclosed by Antonarakis et al. (1985), separated through a 1% agarose gel and transferred to nylon membrane for Southern blot analysis.

Membranes are UV cross linked at 150 mJ using a GS Gene Linker (Bio-Rad). BRCA1 probe corresponding to nucleotide positions 3631–3930 of SEQ ID NO:1 is subcloned into pTZ18U. The phagemids are transformed into E. coli MV1190 infected with M13KO7 helper phage (Bio-Rad, Richmond, Calif.). Single stranded DNA is isolated according to standard procedures (see Sambrook et al., 1989).

Blots are prehybridized for 15–30 min at 65° C. in 7% sodium dodecyl sulfate (SDS) in 0.5M NaPO$_4$. The methods follow those described by Nguyen et al., 1992. The blots are hybridized overnight at 65° C. in 7% SDS, 0.5M NaPO$_4$ with 25–50 ng/ml single stranded probe DNA. Post-hybridization washes consist of two 30 min washes in 5% SDS, 40 mM NaPO$_4$ at 65° C., followed by two 30 min washes in 1% SDS, 40 mM NaPO$_4$ at 65° C.

Next the blots are rinsed with phosphate buffered saline (pH 6.8) for 5 min at room temperature and incubated with 0.2% casein in PBS for 30–60 min at room temperature and rinsed in PBS for 5 min. The blots are then preincubated for 5–10 minutes in a shaking water bath at 45° C. with hybridization buffer consisting of 6M urea, 0.3M NaCl, and 5X Denhardt's solution (see Sambrook, et al., 1989). The buffer is removed and replaced with 50–75 μl/cm$^2$ fresh hybridization buffer plus 2.5 nM of the covalently cross-linked oligonucleotide-alkaline phosphatase conjugate with the nucleotide sequence complementary to the universal primer site (UP-AP, Bio-Rad). The blots are hybridized for 20–30 min at 45° C. and post hybridization washes are incubated at 45° C. as two 10 min washes in 6M urea, 1× standard saline citrate (SSC), 0.1% SDS and one 10 min wash in 1× SSC, 0.1% Triton®X-100. The blots are rinsed for 10 min at room temperature with 1× SSC.

Blots are incubated for 10 min at room temperature with shaking in the substrate buffer consisting of 0.1M diethanolamine, 1 mM MgCl$_2$, 0.02% sodium azide, pH 10.0. Individual blots are placed in heat sealable bags with substrate buffer and 0.2 mM AMPPD (3-(2′-spiroadamantane)-4-methoxy -4-(3′-phosphoryloxy)phenyl-1,2-dioxetane, disodium salt, Bio-Rad). After a 20 min incubation at room temperature with shaking, the excess AMPPD solution is removed. The blot is exposed to X-ray film overnight. Positive bands indicate the presence of BRCA1.

**62**

EXAMPLE 12

Generation of Polyclonal Antibody against BRCA1

Segments of BRCA1 coding sequence were expressed as fusion protein in E. coli. The overexpressed protein was purified by gel elution and used to immunize rabbits and mice using a procedure similar to the one described by Harlow and Lane, 1988. This procedure has been shown to generate Abs against various other proteins (for example, see Kraemer et al., 1993).

Briefly, a stretch of BRCA1 coding sequence was cloned as a fusion protein in plasmid PET5A (Novagen, Inc., Madison, Wis.). The BRCA1 incorporated sequence includes the amino acids corresponding to #1361–1554 of SEQ ID NO:2. After induction with IPTG, the overexpression of a fusion protein with the expected molecular weight was verified by SDS/PAGE. Fusion protein was purified from the gel by electroelution. The identification of the protein as the BRCA1 fusion product was verified by protein sequencing at the N-terminus. Next, the purified protein was used as immunogen in rabbits. Rabbits were immunized with 100 μg of the protein in complete Freund's adjuvant and boosted twice in 3 week intervals, first with 100μg of immunogen in incomplete Freund's adjuvant followed by 100 μg of immunogen in PBS. Antibody containing serum is collected two weeks thereafter.

This procedure is repeated to generate antibodies against the mutant forms of the BRCA1 gene.

These antibodies, in conjunction with antibodies to wild type BRCA1, are used to detect the presence and the relative level of the mutant forms in various tissues and biological fluids. EXAMPLE 13

Generation of Monoclonal Antibodies Specific for BRCA1

Monoclonal antibodies are generated according to the following protocol. Mice are immunized with immunogen comprising intact BRCA1 or BRCA1 peptides (wild type or mutant) conjugated to keyhole limpet hemocyanin using glutaraldehyde or EDC as is well known.

The immunogen is mixed with an adjuvant. Each mouse receives four injections of 10 to 100 μg of immunogen and after the fourth injection blood samples are taken from the mice to determine if the serum contains antibody to the immunogen. Serum titer is determined by ELISA or RIA. Mice with sera indicating the presence of antibody to the immunogen are selected for hybridoma production.

Spleens are removed from immune mice and a single cell suspension is prepared (see Harlow and Lane, 1988). Cell fusions are performed essentially as described by Kohler and Milstein, 1975. Briefly, P3.65.3 myeloma cells (American Type Culture Collection, Rockville, Md.) are fused with immune spleen cells using polyethylene glycol as described by Harlow and Lane, 1988. Cells are plated at a density of 2×10$^5$ cells/well in 96 well tissue culture plates. Individual wells are examined for growth and the supernatants of wells with growth are tested for the presence of BRCA1 specific antibodies by ELISA or RIA using wild type or mutant BRCA1 target protein. Cells in positive wells are expanded and subcloned to establish and confirm monoclonality.

Clones with the desired specificities are expanded and grown as ascites in mice or in a hollow fiber system to produce sufficient quantities of antibody for characterization and assay development.

5,747,282

63

## EXAMPLE 14

### Sandwich Assay for BRCA1

Monoclonal antibody is attached to a solid surface such as a plate, tube, bead, or particle. Preferably, the antibody is attached to the well surface of a 96-well ELISA plate. 100 μl sample (e.g., serum, urine, tissue cytosol) containing the BRCA1 peptide/protein (wild-type or mutant) is added to the solid phase antibody. The sample is incubated for 2 hrs at room temperature. Next the sample fluid is decanted, and the solid phase is washed with buffer to remove unbound material. 100 μl of a second monoclonal antibody (to a different determinant on the BRCA1 peptide/protein) is added to the solid phase. This antibody is labeled with a detector molecule (e.g., $^{125}$I, enzyme, fluorophore, or a chromophore) and the solid phase with the second antibody is incubated for two hrs at room temperature. The second antibody is decanted and the solid phase is washed with buffer to remove unbound material.

The amount of bound label, which is proportional to the amount of BRCA1 peptide/protein present in the sample, is quantitated. Separate assays are performed using monoclonal antibodies which are specific for the wild-type BRCA1 as well as monoclonal antibodies specific for each of the mutations identified in BRCA1.

### Industrial Utility

As previously described above, the present invention provides materials and methods for use in testing BRCA1 alleles of an individual and an interpretation of the normal or predisposing nature of the alleles. Individuals at higher than normal risk might modify their lifestyles appropriately. In the case of BRCA1, the most significant non-genetic risk factor is the protective effect of an early, full term pregnancy. Therefore, women at risk could consider early childbearing or a therapy designed to simulate the hormonal effects of an early full-term pregnancy. Women at high risk would also strive for early detection and would be more highly motivated to learn and practice breast self examination. Such women would also be highly motivated to have regular mammograms, perhaps starting at an earlier age than the general population. Ovarian screening could also be undertaken at greater frequency. Diagnostic methods based on sequence analysis of the BRCA1 locus could also be applied to tumor detection and classification. Sequence analysis could be used to diagnose precursor lesions. With the evolution of the method and the accumulation of information about BRCA1 and other causative loci, it could become possible to separate cancers into benign and malignant.

Women with breast cancers may follow different surgical procedures if they are predisposed, and therefore likely to have additional cancers, than if they are not predisposed. Other therapies may be developed, using either peptides or small molecules (rational drug design). Peptides could be the missing gene product itself or a portion of the missing gene product. Alternatively, the therapeutic agent could be another molecule that mimics the deleterious gene's function, either a peptide or a nonpeptidic molecule that seeks to counteract the deleterious effect of the inherited locus. The therapy could also be gene based, through introduction of a normal BRCA1 allele into individuals to make a protein which will counteract the effect of the deleterious allele. These gene therapies may take many forms and may be directed either toward preventing the tumor from forming, curing a cancer once it has occurred, or stopping a cancer from metastasizing.

It will be appreciated that the methods and compositions of the instant invention can be incorporated in the form of a

64

variety of embodiments, only a few of which are disclosed herein. It will be apparent to the artisan that other embodiments exist and do not depart from the spirit of the invention. Thus, the described embodiments are illustrative and should not be construed as restrictive.

### LIST OF REFERENCES

Altschul, S. F. et al. (1990). *J. Mol. Biol* 215: 195–197.

American Cancer Society, Cancer Facts & Figures - 1992. (American Cancer Society, Atlanta, Ga.).

Anand, R. (1992). *Techniques for the Analysis of Complex Genomes,* (Academic Press).

Anderson, et al. (1980). *Proc. Natl. Acad Sci. USA* 77:5399–5403.

Anderson, D. E. (1972). *J. Natl. Cancer Inst* 48:1029–1034.

Anderson, J. A., et al. (1992). *J. Otolaryngology* 21:321.

Antonarakis, S. E., et al. (1985). *New Eng. J. Med* 313:842–848.

Ausubel, F. M., et al. (1992). *Current Protocols in Molecular Biology,* (J. Wiley and Sons, N.Y.)

Beaucage & Carruthers (1981). *Tetra. Letts.* 22:1859–1862.

Berkner (1992). *Curr. Top. Microbiol. Immunol.* 158:39–61.

Berkner, et al. (1988). *BioTechniques* 6:616–629.

Bickmore, W. A., et al. (1 992). *Science* 257:235–7.

Bishop, D. T., et al. (1988). *Genet. Epidemiol.* 5:151–169.

Bishop, D. T. and Cannon, E. J. (1980). In: *Banbury Report 4: Cancer Incidence in Defined Populations* (J. Cairns, J. L. Lyon, M. Skolnick, eds.), Cold Spring Harbor Laboratory, Cold Spring Harbor, N.Y., 309–408.

Botstein, et al. (1980). *Am. J Hum. Genet.* 32:314–331.

Bowcock, A. M., et al. (1993). *Am. J. Hum. Genet.* 52:718.

Brandyopadhyay and Temin (1984). *Mol. Cell Biol.* 4:749–754.

Breakfield and Geller (1987). *Mol. Neurobiol.* 1:337–371.

Brinster, et al. (1981). *Cell* 27:223–231.

Buchschacher and Panganiban (1992). *J. Virol.* 66:2731–2739.

Buckler, et al. (1991). *Proc. Nail Acad Sci. USA* 88:4005–4009.

Caluon-Albright, L., et al. (1994). *Cancer Research* 54:2378–2385.

Capecchi, M. R. (1989). *Science* 244:1288.

Cariello (1988). *Human Genetics* 42:726.

Claus, E., et al. (1991). *Am. J Hum. Genet.* 48:232–242.

Conner, B. J., et al. (1983). *Proc. Natl. Acad Sci. USA* 80:278–282.

Constantini and Lacy ( 1981). *Nature* 294:92–94.

Cotten, et al. (1990). *Proc. Natl. Acad. Sci. USA* 87:4033–4037.

Cotton, et al. (1988). *Proc. Natl. Acad. Sci. USA* 85:4397.

Cropp, C.S., et al. (1994). *Cancer Res.* 54:2548–2551.

Culver, et al. (1992). *Science* 256:1550–1552.

Curiel, et al. (1991a). *Proc. Natl. Acad. Sci. USA* 88:8850–8854.

Curiel, et al. (1991b). *Hum. Gene Ther.* 3:147–154.

Deutscher, M. (1990). *Meth. Enzymology* 182 (Academic Press, San Diego, Calif.).

Donehower, L. A., et al. (1992). *Nature* 356:215.

Drummond,I. A., et al. (1994). *Mol. Cell Biol.* 14:3800–9.

Easton, D., et al. (1993). *Am. J. Hum. Genet.* 52:678–701.

Eccles, D. M., et al. (1990). *Oncogene* 5:1599–1601.

*Enhancers and Eurkaryotic Gene Expression,* Cold Spring Harbor Press, Cold Spring Harbor, N.Y. (1983).

Erickson, J. et al. (1990). *Science* 249:527–533.

Fain, P. R. (1992). *Cytogen. Cell Genet.* 60:178.

Fegner, et al. (1987). *Proc. Natl. Acad. Sci. USA* 84:7413–7417.

A000196

5,747,282

**65**

Fiers, et a l. (1978). *Nature* 273:113.

Fink, et al. (1992). *Hum. Gene Ther.* 3:11–19.

Finkelstein, J., et al. (1990). *Genomics* 7:167–172.

Freese, et al. (1990). *Biochem. Pharmacol.* 40:2189–2199.

Friedman, T. (1991). In *Therapy for Genetic Diseases.* T. Friedman, ed., Oxford University Press, pp. 105–121.

Futreal (1993). Ph.D. Thesis, University of North Carolina, Chapel Hill.

Futreal, A., et al. (1992a). *Hum. Molec. Genet.* 1:66.

Futreal, P. A., et al. (1992b). *Cancer Res.* 52:2624–2627.

Glebov, O. K., et al. (1994). *Cancer Res.* 54:3703–3709.

Glover, D. (1985). *DNA Cloning.* I and II (Oxford Press).

Go, R. C. P., et al. (1983). *J. Natl. Cancer Inst.* 71:455–461.

Goding (1986). *Monoclonal Antibodies. Principles and Practice,* 2d ed. (Academic Press, N.Y.).

Godowski, et al. (1988). *Science* 241:812–816.

Goldgar, D. E., et al. (1994). *J. Natl. Can. Inst.* 86:3:200–209.

Gordon, et al. (1980). *Proc. Natl. Acad. Sci. USA* 77:7380–7384.

Gorziglia and Kapikian (1992). *J. Virol.* 66:4407–4412.

Graham and van der Eb (1973). *Virology* 52:456–467.

Grompe, M., (1993). *Nature Genetics* 5:111–117.

Grompe, M., et al., (1989). *Proc. Nail. Acad. Sci. USA* 86:5855–5892.

Guthrie, G. & Fink, G. R. (1991). *Guide to Yeast Genetics and Molecular Biology* (Academic Press).

Haber, D. A., et al. (1990). *Cell* 61:1257–69.

Hall, J. M., et al. (1990). *Science* 250:1684–1689.

Hall, J. M., et al. (1992). *Amn. J. Hum. Genet.* 50:1235–1241.

Harlow & Lane (1988). *Antibodies: A Laboratory Manual* (Cold Spring Harbor Laboratory, Cold Spring Harbor, N.Y.

Hasty, P., K., et al. (1991). *Nature* 350:243.

Helseth, et al. (1990). *J. Virol.* 64:2416–2420.

Hodgson, J. (1991). *Bio/Technology* 9:19–21.

Huse, et al. (1989). *Science* 246:1275–1281.

Innis et al. (1990). *PCR Protocols: A Guide to Methods and Applications* (Academic Press, San Diego, Calif.).

Jablonski, E., et al. (1986). *Nuc. Acids Res.* 14:6115–6128.

Jacobs, L. J., et al. (1992). *Cancer Res.* 53:1218–1221.

Jakoby, W. B. and Pastan, I. H. (eds.) (1979). *Cell Culture. Methods in Enzymology,* volume 58 (Academic Press, Inc., Harcourt Brace Jovanovich (N.Y.)).

Jeffreys, et al. (1985). *Nature* 314:67–73.

Johnson, et al. (1992). *J. Virol.* 66:2952–2965.

Kamb, A. et al. (1994). *Science* 264:436–440.

Kandpal, et al. (1990). *Nucl. Acids Res.* 18:1789–1795.

Kaneda, et al. (1989). *J. Biol. Chem.* 264:12126–12129.

Kanehisa (1984). *Nucl. Acids Res.* 12:203–213.

Kelsell, D. P., et al. (1993). *Human Mol. Genet.* 2:1823–1828.

Kinszler, K. W., et al. (1991). *Science* 251:1366–1370.

Knudson, A. G. (1993). *Nature Genet.* 5:103.

Kohler, G. and Milstein, C. (1975). *Nature* 256:495–497.

Kozak, M. (1987). *Nucleic Acids Res.* 15:8125–8148.

Kraemer, F.B. et al. (1993). *J. Lipid Res.* 34:663–672.

Kubo, T., et al. (1988). *FEBS Letts.* 241:119.

Landegren, et al. (1988). *Science* 242:229.

Lim, et al. (1992). *Circulation* 83:2007–2011.

Lindsay, S., et al. (1987). *Natire* 327:336–368.

Litt, et al. (1989). *Am. J. Hum. Genet.* 44:397–401.

Little, M. H., et al. (1992). *Proc. Natl. Acad. Sci. USA* 89:4791.

Little, M. H., et al. (1993). *Hum. Mol. Genet.* 2:259.

Lovett, et al. (1991). *Proc. Natl. Acad. Sci. USA* 88:9628–9632.

**66**

Lynch, H. T., et al. (1990). *Gynecol. Oncol* 36:48–55.

Madzak, et al. (1992). *J. Gen. Virol.* 73:1533–1536.

Malkin, D., et al. (1990). *Science* 250:1233–1238.

Maniatis, T., et al. (1982). *Molecular Cloning: A Laboratory Manual* (Cold Spring Harbor Laboratory, Cold Spring Harbor, N.Y.).

Mann and Baltimore (1985). *J. Virol.* 54:401–407.

Margaritte, et al. (1992). *Am. J. Hum. Genet.* 50:1231–1234.

Margolskee (1992). *Curr. Top. Microbiol. Immunol.* 158:67–90.

Martin, D., et al. (1990). *BioTechniques* 9:762–768.

Matteucci, M. D. and Caruthers, M. H. (1981). *J. Am. Chem. Soc.* 103:3185.

Matthews & Kricka (1988). *Anal. Biochem.* 169:1.

Merrifield (1963). *J. Am. Chem. Soc.* 85:2149–2156.

Mettlin, C., et al. (1990). *American Journal of Epidemiology* 131:973–983.

Metzger, et al. (1988). *Nature* 334:31–36.

Miller (1992). *Curr. Top. Microbiol. Immunol.* 158:1–24.

Miller, et al. (1985). *Mol. Cell. Biol.* 5:431–437.

Miller, et al. (1988). *J. Virol.* 62:4337–4345.

Mittlin (1989). *Clinical Chem.* 35:1819.

Modrich, P. (1991). *Ann. Rev. Genet.* 25:229–253.

Mombaerts, P., et al. (1992). *Cell* 68:869.

Monaco, et al. (1986). *Nature* 323:646.

Moss (1992). *Curr. Top. Microbiol. Immunol.* 158:25–38.

Muzyczka (1992). *Curr. Top. Microbiol. Immunol.* 158:97–123.

Nabel (1992). *Hum. Gene Ther.* 3:399–410.

Nabel, et al. (1990). *Science* 249:1285–1288.

Nakamura, et al. (1987). *Science* 235:1616–1622.

Narod, S. A., et al. (1991). *The Lancet* 338:82–83.

Newman, B., et al. (1988). *Proc. Natl. Acad. Sci. USA* 85:3044–3048.

Newton, C. R., Graham, A., Heptinstall, L. E., Powell, S. J., Summers, C., Kalsheker, N., Smith, J. C., and Markham, A. F. (1989). *Nucl. Acids Res.* 17:2503–2516.

Nguyen, Q., et al. (1992). *BioTechniques* 13:116–123.

Novack, et al. (1986). *Proc. Natl. Acad. Sci. USA* 83:586.

Oh, J. (1985). *Analysis of Human Genetic Linkage,* Johns Hopkins University Press, Baltimore, Md, pp. 1–216.

Ohi, et al. (1990). *Gene* 89:279–282.

Oliphant, A., et al (1991). *Nucleic Acid Res.* 19:4794.

Oliphant, A., et al (1991). *Nucleic Acid Res.* 19:4795.

Orita, et al. (1989). *Proc. Natl. Acad. Sci. USA* 86:2776–2770.

Page, et al. (1990). *J. Virol.* 64:5370–5276.

Pellicer, et al. (1980). *Science* 209:1414–1422.

Petropoulos, et al. (1992). *J. Virol.* 66:3391–3397.

Philpott, K. L., et al. (1992). *Science* 256:1448.

Pierce, et al. (1992). *Proc. Natl. Acad. Sci. USA* 89:2056–2060.

Quantin, et al. (1992). *Proc. Natl. Acad. Sci. USA* 89:2581–2584.

Rano & Kidd (1989). *NucL. Acids Res.* 17:8392.

Rigby, P. W. J., et al. (1977). *J. Mol. Biol.* 113:237–251.

Rosenfeld, et al. (1992). *Cell* 68:143–155.

Sambrook, J., et al. (1989). *Molecular Cloning: A Laboratory Manual,* 2nd Ed. (Cold Spring, Harbor Laboratory, Cold Spring Harbor, N.Y.).

Sato, T., et al. (1990). *Cancer Res.* 50:7184–7189.

Scharf (1986). *Science* 233:1076.

Scopes, R. (1982). *Protein Purification: Principles and Practice,* (Springer-Verlag, N.Y.).

Shaulian, E., et al. (1992). *Mwol. Cell Biol.* 12:5581–92.

Sheffield, V. C., et al. (1989). *Proc. Natl. Acad. Sci. USA* 86:232–236.

5,747,282

**67**

Sheffield. V. C., et al. (1991). Am. J. Hum. Genet. 49:699–706.

Shenk. et al. (1975). Proc. Natl. Acad. Sci. USA 72:989.

Shimada. et al. (1991). J. Clin. Invest. 88:1043–1047.

Shinkai. Y., et al. (1992). Cell 68:855.

Shizuya. H., et al. (1992). Proc. Natl. Acad. Sci. USA 89:8794–8797.

Simard. J., et al. (1993). Human Mol Genet. 2:1193–1199.

Skolnick. M. H. and Wallace, B. R. (1988). Genomics 2:273–279.

Skolnick. M. H., et al. (1990). Science 250:1715–1720.

Smith. S. A., et al. (1992). Nature Genetics 2:128–131.

Smith. T. F. and Waterman. M.S. (1981). J. Mol. Biol. 147:195–197.

Snouwaert. J. N., et al. (1992). Science 257:1083.

Sorge. et al. (1984). Mol. Cell. Biol. 4:1730–1737.

Srivastava. S., et al. (1993). Cancer Res. 53:4452–5.

Sternberg (1990). Proc. Natl. Acad. Sci. USA 87:103–107.

Stemberg. et al. (1990). The New Biologist 2:151–162.

Stewart. et al. (1992). Hum. Gene Ther. 3:267–275.

Stratford-Perricaudet. et al. (1990). Hum. Gene Ther. 1:241–256.

Swift. M., et al. (1991). N. Engl. J. Med. 325:1831–1836.

Swift. M., et al. (1976). Cancer Res. 36:209–215.

Su. L. K., et al. (1993). Cancer Res. 53:2728–31.

Thomas. A. and Skolnick. M. H. (1994). IMA Journal of Mathematics Applied in Medicine and Biology (in press).

Tonolio. D., et al. (1990). Cold Spring Harbor Conference.

Valancius. V. & Smithies. O. (1991). Mol. Cell Biol. 11:1402.

van Dilla. et al. (1986). Biotechnology 4:537–552.

Wagner. et al. (1990). Proc. Natl. Acad. Sci. USA 87:3410–3414.

Wagner. et al. (1991). Proc. Natl. Acad. Sci. USA 88:4255–4259.

Wang and Huang (1989). Biochemistry 28:9508–9514.

Wartell. R. M., et al. (1990). Nucl. Acids Res. 18:2699–2705.

Weber. J. L. (1990). Genomics 7:524–530.

**68**

Weber and May (1989). Am. J. Hum. Genet. 44:388–396.

Weber. J. L., et al. (1990). Nucleic Acid Res. 18:4640.

Wells, J. A. (1991). Methods in Enzymol. 202:390–411.

Wetmur & Davidson (1968). J. Mol. Biol. 31:349–370.

White. M. B., et al.(1992). Genomics 12:301–306.

White and LaUuel (1988). Ann. Rev. Genet. 22:259–279.

Wilkinson. et al. (1992). Nucleic Acids Res. 20:22,4–2239.

Willams and Anderson (1984). Genet. Epidemiol. 1:7–20.

Wolff. et al. (1990). Science 247:1465–1468.

Wolff. et al. (1991). BioTechniques 11:474–485.

Wooster. R., et al. (1994). Science 265:2088.

Wu, et al. (1989a). Genomics 4:560–569.

Wu, et al. (1989b). J. Biol. Chem. 26 4:16985–16987.

Wu, et al. (1991). J. Biol. Chem. 266:143 138–14342.

Zenke. et al. (1 990). Proc. Natl. Acad. Sci. USA 87:3655–3659.

List of Patents and Patent Applications :

U.S. Pat. No. 3.817.837

U.S. Pat. No. 3,850.752

U.S. Pat. No. 3,939.350

U.S. Pat. No. 3,996.345

U.S. Pat. No. 4,275.149

U.S. Pat. No. 4,277.437

U.S. Pat. No. 4.366.241

U.S. Pat. No. 4.376.110

U.S. Pat. No. 4.486.530

U.S. Pat. No. 4.683.195

U.S. Pat. No. 4.683.202

U.S. Pat. No. 4.816.567

U.S. Pat. No. 4.868.105

U.S. Pat. No. 5.252.479

EPO Publication No. 225.807

European Patent Application Publication No. 0332435

Geysen. H., PCT published application WO 84/03564. published 13 Sep. 1984

Hitzeman et al., EP 73,675A

PCT published application WO 93/07282

SEQUENCE LISTING

( 1 ) GENERAL INFORMATION:

    ( i i i ) NUMBER OF SEQUENCES: 85

( 2 ) INFORMATION FOR SEQ ID NO:1:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 5914 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: double
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: cDNA

    ( i i i ) HYPOTHETICAL: NO

    ( i v ) ANTI-SENSE: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

    ( i x ) FEATURE:
        ( A ) NAME/KEY: CDS
        ( B ) LOCATION: 120..5708

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:1:

AGCTCGCTGA GACTTCCTGG ACCCCGCACC AGGCTGTGGG GTTTCTCAGA TAACTGGGCC          60

5,747,282

| 69 | 70 |
|---|---|

-continued

```
CCTGCGCTCA GGAGGCCTTC ACCCTCTGCT CTGGGTAAAG TTCATTGGAA CAGAAAGAA       119

ATG GAT TTA TCT GCT CTT CGC GTT GAA GAA GTA CAA AAT GTC ATT AAT      167
Met Asp Leu Ser Ala Leu Arg Val Glu Glu Val Gln Asn Val Ile Asn
 1               5                  10                  15

GCT ATG CAG AAA ATC TTA GAG TGT CCC ATC TGT CTG GAG TTG ATC AAG      215
Ala Met Gln Lys Ile Leu Glu Cys Pro Ile Cys Leu Glu Leu Ile Lys
            20                  25                  30

GAA CCT GTC TCC ACA AAG TGT GAC CAC ATA TTT TGC AAA TTT TGC ATG      263
Glu Pro Val Ser Thr Lys Cys Asp His Ile Phe Cys Lys Phe Cys Met
        35                  40                  45

CTG AAA CTT CTC AAC CAG AAG AAA GGG CCT TCA CAG TGT CCT TTA TGT      311
Leu Lys Leu Leu Asn Gln Lys Lys Gly Pro Ser Gln Cys Pro Leu Cys
    50                  55                  60

AAG AAT GAT ATA ACC AAA AGG AGC CTA CAA GAA AGT ACG AGA TTT AGT      359
Lys Asn Asp Ile Thr Lys Arg Ser Leu Gln Glu Ser Thr Arg Phe Ser
65                  70                  75                  80

CAA CTT GTT GAA GAG CTA TTG AAA ATC ATT TGT GCT TTT CAG CTT GAC      407
Gln Leu Val Glu Glu Leu Leu Lys Ile Ile Cys Ala Phe Gln Leu Asp
                85                  90                  95

ACA GGT TTG GAG TAT GCA AAC AGC TAT AAT TTT GCA AAG AAG GAA AAT      455
Thr Gly Leu Glu Tyr Ala Asn Ser Tyr Asn Phe Ala Lys Lys Glu Asn
            100                 105                 110

AAC TCT CCT GAA CAT CTA AAA GAT GAA GTT TCT ATC ATC CAA AGT ATG      503
Asn Ser Pro Glu His Leu Lys Asp Glu Val Ser Ile Ile Gln Ser Met
        115                 120                 125

GGC TAC AGA AAC CGT GCC AAA AGA CTT CTA CAG AGT GAA CCC GAA AAT      551
Gly Tyr Arg Asn Arg Ala Lys Arg Leu Leu Gln Ser Glu Pro Glu Asn
    130                 135                 140

CCT TCC TTG CAG GAA ACC AGT CTC AGT GTC CAA CTT TCT AAC CTT GGA      599
Pro Ser Leu Gln Glu Thr Ser Leu Ser Val Gln Leu Ser Asn Leu Gly
145                 150                 155                 160

ACT GTG AGA ACT CTG AGG ACA AAG CAG CGG ATA CAA CCT CAA AAG ACG      647
Thr Val Arg Thr Leu Arg Thr Lys Gln Arg Ile Gln Pro Gln Lys Thr
                165                 170                 175

TCT GTC TAC ATT GAA TTG GGA TCT GAT TCT TCT GAA GAT ACC GTT AAT      695
Ser Val Tyr Ile Glu Leu Gly Ser Asp Ser Ser Glu Asp Thr Val Asn
            180                 185                 190

AAG GCA ACT TAT TGC AGT GTG GGA GAT CAA GAA TTG TTA CAA ATC ACC      743
Lys Ala Thr Tyr Cys Ser Val Gly Asp Gln Glu Leu Leu Gln Ile Thr
        195                 200                 205

CCT CAA GGA ACC AGG GAT GAA ATC AGT TTG GAT TCT GCA AAA AAG GCT      791
Pro Gln Gly Thr Arg Asp Glu Ile Ser Leu Asp Ser Ala Lys Lys Ala
    210                 215                 220

GCT TGT GAA TTT TCT GAG ACG GAT GTA ACA AAT ACT GAA CAT CAT CAA      839
Ala Cys Glu Phe Ser Glu Thr Asp Val Thr Asn Thr Glu His His Gln
225                 230                 235                 240

CCC AGT AAT AAT GAT TTG AAC ACC ACT GAG AAG CGT GCA GCT GAG AGG      887
Pro Ser Asn Asn Asp Leu Asn Thr Thr Glu Lys Arg Ala Ala Glu Arg
                245                 250                 255

CAT CCA GAA AAG TAT CAG GGT AGT TCT GTT TCA AAC TTG CAT GTG GAG      935
His Pro Glu Lys Tyr Gln Gly Ser Ser Val Ser Asn Leu His Val Glu
            260                 265                 270

CCA TGT GGC ACA AAT ACT CAT GCC AGC TCA TTA CAG CAT GAG AAC AGC      983
Pro Cys Gly Thr Asn Thr His Ala Ser Ser Leu Gln His Glu Asn Ser
        275                 280                 285

AGT TTA TTA CTC ACT AAA GAC AGA ATG AAT GTA GAA AAG GCT GAA TTC      1031
Ser Leu Leu Leu Thr Lys Asp Arg Met Asn Val Glu Lys Ala Glu Phe
    290                 295                 300

TGT AAT AAA AGC AAA CAG CCT GGC TTA GCA AGG AGC CAA CAT AAC AGA      1079
```

5,747,282

**71**                                                                 **72**

-continued

```
Cys Asn Lys Ser Lys Gln Pro Gly Leu Ala Arg Ser Gln His Asn Arg
305                     310                     315                 320

TGG GCT GGA AGT AAG GAA ACA TGT AAT GAT AGG CGG ACT CCC AGC ACA      1127
Trp Ala Gly Ser Lys Glu Thr Cys Asn Asp Arg Arg Thr Pro Ser Thr
                        325                     330                 335

GAA AAA AAG GTA GAT CTG AAT GCT GAT CCC CTG TGT GAG AGA AAA GAA      1175
Glu Lys Lys Val Asp Leu Asn Ala Asp Pro Leu Cys Glu Arg Lys Glu
                    340                     345                 350

TGG AAT AAG CAG AAA CTG CCA TGC TCA GAG AAT CCT AGA GAT ACT GAA      1223
Trp Asn Lys Gln Lys Leu Pro Cys Ser Glu Asn Pro Arg Asp Thr Glu
                    355                     360                 365

GAT GTT CCT TGG ATA ACA CTA AAT AGC AGC ATT CAG AAA GTT AAT GAG      1271
Asp Val Pro Trp Ile Thr Leu Asn Ser Ser Ile Gln Lys Val Asn Glu
            370                     375                 380

TGG TTT TCC AGA AGT GAT GAA CTG TTA GGT TCT GAT GAC TCA CAT GAT      1319
Trp Phe Ser Arg Ser Asp Glu Leu Leu Gly Ser Asp Asp Ser His Asp
385                     390                     395                 400

GGG GAG TCT GAA TCA AAT GCC AAA GTA GCT GAT GTA TTG GAC GTT CTA      1367
Gly Glu Ser Glu Ser Asn Ala Lys Val Ala Asp Val Leu Asp Val Leu
                        405                     410                 415

AAT GAG GTA GAT GAA TAT TCT GGT TCT TCA GAA ATA GAC TTA CTG          1415
Asn Glu Val Asp Glu Tyr Ser Gly Ser Ser Glu Lys Ile Asp Leu Leu
                420                     425                 430

GCC AGT GAT CCT CAT GAG GCT TTA ATA TGT AAA AGT GAA AGA GTT CAC      1463
Ala Ser Asp Pro His Glu Ala Leu Ile Cys Lys Ser Glu Arg Val His
                435                     440                 445

TCC AAA TCA GTA GAG AGT AAT ATT GAA GAC AAA ATA TTT GGG AAA ACC      1511
Ser Lys Ser Val Glu Ser Asn Ile Glu Asp Lys Ile Phe Gly Lys Thr
            450                     455                 460

TAT CGG AAG AAG GCA AGC CTC CCC AAC TTA AGC CAT GTA ACT GAA AAT      1559
Tyr Arg Lys Lys Ala Ser Leu Pro Asn Leu Ser His Val Thr Glu Asn
465                     470                     475                 480

CTA ATT ATA GGA GCA TTT GTT ACT GAG CCA CAG ATA ATA CAA GAG CGT      1607
Leu Ile Ile Gly Ala Phe Val Thr Glu Pro Gln Ile Ile Gln Glu Arg
                        485                     490                 495

CCC CTC ACA AAT AAA TTA AAG CGT AAA AGG AGA CCT ACA TCA GGC CTT      1655
Pro Leu Thr Asn Lys Leu Lys Arg Lys Arg Arg Pro Thr Ser Gly Leu
                    500                     505                 510

CAT CCT GAG GAT TTT ATC AAG AAG GCA GAT TTG GCA GTT CAA AAG ACT      1703
His Pro Glu Asp Phe Ile Lys Lys Ala Asp Leu Ala Val Gln Lys Thr
                515                     520                 525

CCT GAA ATG ATA AAT CAG GGA ACT AAC CAA ACG GAG CAG AAT GGT CAA      1751
Pro Glu Met Ile Asn Gln Gly Thr Asn Gln Thr Glu Gln Asn Gly Gln
            530                     535                 540

GTG ATG AAT ATT ACT AAT AGT GGT CAT GAG AAT AAA ACA AAA GGT GAT      1799
Val Met Asn Ile Thr Asn Ser Gly His Glu Asn Lys Thr Lys Gly Asp
545                     550                     555                 560

TCT ATT CAG AAT GAG AAA AAT CCT AAC CCA ATA GAA TCA CTC GAA AAA      1847
Ser Ile Gln Asn Glu Lys Asn Pro Asn Pro Ile Glu Ser Leu Glu Lys
                        565                     570                 575

GAA TCT GCT TTC AAA ACG AAA GCT GAA CCT ATA AGC AGC AGT ATA AGC      1895
Glu Ser Ala Phe Lys Thr Lys Ala Glu Pro Ile Ser Ser Ser Ile Ser
                    580                     585                 590

AAT ATG GAA CTC GAA TTA AAT ATC CAC AAT TCA AAA GCA CCT AAA AAG      1943
Asn Met Glu Leu Glu Leu Asn Ile His Asn Ser Lys Ala Pro Lys Lys
                595                     600                 605

AAT AGG CTG AGG AGG AAG TCT TCT ACC AGG CAT ATT CAT GCG CTT GAA      1991
Asn Arg Leu Arg Arg Lys Ser Ser Thr Arg His Ile His Ala Leu Glu
            610                     615                 620

CTA GTA GTC AGT AGA AAT CTA AGC CCA CCT AAT TGT ACT GAA TTG CAA      2039
```

A000200

5,747,282

73                                                74

-continued

```
Leu  Val  Val  Ser  Arg  Asn  Leu  Ser  Pro  Pro  Asn  Cys  Thr  Glu  Leu  Gln
625                      630                     635                     640

ATT  GAT  AGT  TGT  TCT  AGC  AGT  GAA  GAG  ATA  AAG  AAA  AAA  AAG  TAC  AAC      2087
Ile  Asp  Ser  Cys  Ser  Ser  Ser  Glu  Glu  Ile  Lys  Lys  Lys  Lys  Tyr  Asn
                645                     650                     655

CAA  ATG  CCA  GTC  AGG  CAC  AGC  AGA  AAC  CTA  CAA  CTC  ATG  GAA  GGT  AAA      2135
Gln  Met  Pro  Val  Arg  His  Ser  Arg  Asn  Leu  Gln  Leu  Met  Glu  Gly  Lys
                660                     665                     670

GAA  CCT  GCA  ACT  GGA  GCC  AAG  AAG  AGT  AAC  AAG  CCA  AAT  GAA  CAG  ACA      2183
Glu  Pro  Ala  Thr  Gly  Ala  Lys  Lys  Ser  Asn  Lys  Pro  Asn  Glu  Gln  Thr
                675                     680                     685

AGT  AAA  AGA  CAT  GAC  AGC  GAT  ACT  TTC  CCA  GAA  CTG  AAA  TTA  ACA  AAT      2231
Ser  Lys  Arg  His  Asp  Ser  Asp  Thr  Phe  Pro  Glu  Leu  Lys  Leu  Thr  Asn
                690                     695                     700

GCA  CCT  GGT  TCT  TTT  ACT  AAG  TGT  TCA  AAT  ACC  AGT  GAA  CTT  AAA  GAA      2279
Ala  Pro  Gly  Ser  Phe  Thr  Lys  Cys  Ser  Asn  Thr  Ser  Glu  Leu  Lys  Glu
705                      710                     715                     720

TTT  GTC  AAT  CCT  AGC  CTT  CCA  AGA  GAA  GAA  AAA  GAA  GAG  AAA  CTA  GAA      2327
Phe  Val  Asn  Pro  Ser  Leu  Pro  Arg  Glu  Glu  Lys  Glu  Glu  Lys  Leu  Glu
                725                     730                     735

ACA  GTT  AAA  GTG  TCT  AAT  AAT  GCT  GAA  GAC  CCC  AAA  GAT  CTC  ATG  TTA      2375
Thr  Val  Lys  Val  Ser  Asn  Asn  Ala  Glu  Asp  Pro  Lys  Asp  Leu  Met  Leu
                740                     745                     750

AGT  GGA  GAA  AGG  GTT  TTG  CAA  ACT  GAA  AGA  TCT  GTA  GAG  AGT  AGC  AGT      2423
Ser  Gly  Glu  Arg  Val  Leu  Gln  Thr  Glu  Arg  Ser  Val  Glu  Ser  Ser  Ser
                755                     760                     765

ATT  TCA  TTG  GTA  CCT  GGT  ACT  GAT  TAT  GGC  ACT  CAG  GAA  AGT  ATC  TCG      2471
Ile  Ser  Leu  Val  Pro  Gly  Thr  Asp  Tyr  Gly  Thr  Gln  Glu  Ser  Ile  Ser
                770                     775                     780

TTA  CTG  GAA  GTT  AGC  ACT  CTA  GGG  AAG  GCA  AAA  AAG  ACT  GAA  CCA  AAT  AAA      2519
Leu  Leu  Glu  Val  Ser  Thr  Leu  Gly  Lys  Ala  Lys  Thr  Glu  Pro  Asn  Lys
785                      790                     795                     800

TGT  GTG  AGT  CAG  TGT  GCA  GCA  TTT  GAA  AAC  CCC  AAG  GGA  CTA  ATT  CAT      2567
Cys  Val  Ser  Gln  Cys  Ala  Ala  Phe  Glu  Asn  Pro  Lys  Gly  Leu  Ile  His
                805                     810                     815

GGT  TGT  TCC  AAA  GAT  AAT  AGA  AAT  GAC  ACA  GAA  GGC  TTT  AAG  TAT  CCA      2615
Gly  Cys  Ser  Lys  Asp  Asn  Arg  Asn  Asp  Thr  Glu  Gly  Phe  Lys  Tyr  Pro
                820                     825                     830

TTG  GGA  CAT  GAA  GTT  AAC  CAC  AGT  CGG  GAA  ACA  AGC  ATA  GAA  ATG  GAA      2663
Leu  Gly  His  Glu  Val  Asn  His  Ser  Arg  Glu  Thr  Ser  Ile  Glu  Met  Glu
                835                     840                     845

GAA  AGT  GAA  CTT  GAT  GCT  CAG  TAT  TTG  CAG  AAT  ACA  TTC  AAG  GTT  TCA      2711
Glu  Ser  Glu  Leu  Asp  Ala  Gln  Tyr  Leu  Gln  Asn  Thr  Phe  Lys  Val  Ser
                850                     855                     860

AAG  CGC  CAG  TCA  TTT  GCT  CCG  TTT  TCA  AAT  CCA  GGA  AAT  GCA  GAA  GAG      2759
Lys  Arg  Gln  Ser  Phe  Ala  Pro  Phe  Ser  Asn  Pro  Gly  Asn  Ala  Glu  Glu
865                      870                     875                     880

GAA  TGT  GCA  ACA  TTC  TCT  GCC  CAC  TCT  GGG  TCC  TTA  AAG  AAA  CAA  AGT      2807
Glu  Cys  Ala  Thr  Phe  Ser  Ala  His  Ser  Gly  Ser  Leu  Lys  Lys  Gln  Ser
                885                     890                     895

CCA  AAA  GTC  ACT  TTT  GAA  TGT  GAA  CAA  AAG  GAA  GAA  AAT  CAA  GGA  AAG      2855
Pro  Lys  Val  Thr  Phe  Glu  Cys  Glu  Gln  Lys  Glu  Glu  Asn  Gln  Gly  Lys
                900                     905                     910

AAT  GAG  TCT  AAT  ATC  AAG  CCT  GTA  CAG  ACA  GTT  AAT  ATC  ACT  GCA  GGC      2903
Asn  Glu  Ser  Asn  Ile  Lys  Pro  Val  Gln  Thr  Val  Asn  Ile  Thr  Ala  Gly
                915                     920                     925

TTT  CCT  GTG  GTT  GGT  CAA  AAA  GAT  AAG  CCA  GTT  GAT  AAT  GCC  AAA  TGT      2951
Phe  Pro  Val  Val  Gly  Gln  Lys  Asp  Lys  Pro  Val  Asp  Asn  Ala  Lys  Cys
930                      935                     940

AGT  ATC  AAA  GGA  GGC  TCT  AGG  TTT  TGT  CTA  TCA  TCT  CAG  TTC  AGA  GGC      2999
```

A000201

5,747,282

| 75 | 76 |
|---|---|

-continued

```
Ser Ile Lys Gly Gly Ser Arg Phe Cys Leu Ser Ser Gln Phe Arg Gly
945               950                   955                   960

AAC GAA ACT GGA CTC ATT ACT CCA AAT AAA CAT GGA CTT TTA CAA AAC      3047
Asn Glu Thr Gly Leu Ile Thr Pro Asn Lys His Gly Leu Leu Gln Asn
              965                   970                   975

CCA TAT CGT ATA CCA CCA CTT TTT CCC ATC AAG TCA TTT GTT AAA ACT      3095
Pro Tyr Arg Ile Pro Pro Leu Phe Pro Ile Lys Ser Phe Val Lys Thr
          980                   985                   990

AAA TGT AAG AAA AAT CTG CTA GAG GAA AAC TTT GAG GAA CAT TCA ATG      3143
Lys Cys Lys Lys Asn Leu Leu Glu Glu Asn Phe Glu Glu His Ser Met
      995                   1000                  1005

TCA CCT GAA AGA GAA ATG GGA AAT GAG AAC ATT CCA AGT ACA GTG AGC      3191
Ser Pro Glu Arg Glu Met Gly Asn Glu Asn Ile Pro Ser Thr Val Ser
          1010                  1015                  1020

ACA ATT AGC CGT AAT AAC ATT AGA GAA AAT GTT TTT AAA GAA GCC AGC      3239
Thr Ile Ser Arg Asn Asn Ile Arg Glu Asn Val Phe Lys Glu Ala Ser
      1025                  1030                  1035                  1040

TCA AGC AAT ATT AAT GAA GTA GGT TCC AGT ACT AAT GAA GTG GGC TCC      3287
Ser Ser Asn Ile Asn Glu Val Gly Ser Ser Thr Asn Glu Val Gly Ser
                  1045                  1050                  1055

AGT ATT AAT GAA ATA GGT TCC AGT GAT GAA AAC ATT CAA GCA GAA CTA      3335
Ser Ile Asn Glu Ile Gly Ser Ser Asp Glu Asn Ile Gln Ala Glu Leu
              1060                  1065                  1070

GGT AGA AAC AGA GGG CCA AAA TTG AAT GCT ATG CTT AGA TTA GGG GTT      3383
Gly Arg Asn Arg Gly Pro Lys Leu Asn Ala Met Leu Arg Leu Gly Val
          1075                  1080                  1085

TTG CAA CCT GAG GTC TAT AAA CAA AGT CTT CCT GGA AGT AAT TGT AAG      3431
Leu Gln Pro Glu Val Tyr Lys Gln Ser Leu Pro Gly Ser Asn Cys Lys
          1090                  1095                  1100

CAT CCT GAA ATA AAA AAG CAA GAA TAT GAA GAA GTA GTT CAG ACT GTT      3479
His Pro Glu Ile Lys Lys Gln Glu Tyr Glu Glu Val Val Gln Thr Val
      1105                  1110                  1115                  1120

AAT ACA GAT TTC TCT CCA TAT CTG ATT TCA GAT AAC TTA GAA CAG CCT      3527
Asn Thr Asp Phe Ser Pro Tyr Leu Ile Ser Asp Asn Leu Glu Gln Pro
                  1125                  1130                  1135

ATG GGA AGT AGT CAT GCA TCT CAG GTT TGT TCT GAG ACA CCT GAT GAC      3575
Met Gly Ser Ser His Ala Ser Gln Val Cys Ser Glu Thr Pro Asp Asp
              1140                  1145                  1150

CTG TTA GAT GAT GGT GAA ATA AAG GAA GAA GAT ACT AGT TTT GCT GAA AAT  3623
Leu Leu Asp Asp Gly Glu Ile Lys Glu Asp Thr Ser Phe Ala Glu Asn
              1155                  1160                  1165

GAC ATT AAG GAA AGT TCT GCT GTT TTT AGC AAA AGC GTC CAG AAA GGA      3671
Asp Ile Lys Glu Ser Ser Ala Val Phe Ser Lys Ser Val Gln Lys Gly
          1170                  1175                  1180

GAG CTT AGC AGG AGT CCT AGC CCT TTC ACC CAT ACA CAT TTG GCT CAG      3719
Glu Leu Ser Arg Ser Pro Ser Pro Phe Thr His Thr His Leu Ala Gln
      1185                  1190                  1195                  1200

GGT TAC CGA AGA GGG GCC AAG AAA TTA GAG TCC TCA GAA GAG AAC TTA      3767
Gly Tyr Arg Arg Gly Ala Lys Lys Leu Glu Ser Ser Glu Glu Asn Leu
                  1205                  1210                  1215

TCT AGT GAG GAT GAA GAG CTT CCC TGC TTC CAA CAC TTG TTA TTT GGT      3815
Ser Ser Glu Asp Glu Glu Leu Pro Cys Phe Gln His Leu Leu Phe Gly
              1220                  1225                  1230

AAA GTA AAC AAT ATA CCT TCT CAG TCT ACT AGG CAT AGC ACC GTT GCT      3863
Lys Val Asn Asn Ile Pro Ser Gln Ser Thr Arg His Ser Thr Val Ala
              1235                  1240                  1245

ACC GAG TGT CTG TCT AAG AAC ACA GAG GAG AAT ATT TTA TTA TCA TTG AAG  3911
Thr Glu Cys Leu Ser Lys Asn Thr Glu Glu Asn Leu Leu Ser Leu Lys
          1250                  1255                  1260

AAT AGC TTA AAT GAC TGC AGT AAC CAG GTA ATA TTG GCA AAG GCA TCT      3959
```

A000202

5,747,282

| 77 | | 78 |
|---|---|---|

-continued

```
Asn Ser Leu Asn Asp Cys Ser Asn Gln Val Ile Leu Ala Lys Ala Ser
1265                1270                1275                1280

CAG GAA CAT CAC CTT AGT GAG GAA ACA AAA TGT TCT GCT AGC TTG TTT     4007
Gln Glu His His Leu Ser Glu Glu Thr Lys Cys Ser Ala Ser Leu Phe
                1285                1290                1295

TCT TCA CAG TGC AGT GAA TTG GAA GAC TTG ACT GCA AAT ACA AAC ACC     4055
Ser Ser Gln Cys Ser Glu Leu Glu Asp Leu Thr Ala Asn Thr Asn Thr
                1300                1305                1310

CAG GAT CCT TTC TTG ATT GGT TCT TCC AAA CAA ATG AGG CAT CAG TCT     4103
Gln Asp Pro Phe Leu Ile Gly Ser Ser Lys Gln Met Arg His Gln Ser
                1315                1320                1325

GAA AGC CAG GGA GTT GGT CTG AGT GAC AAG GAA TTG GTT TCA GAT GAT     4151
Glu Ser Gln Gly Val Gly Leu Ser Asp Lys Glu Leu Val Ser Asp Asp
                1330                1335                1340

GAA GAA AGA GGA ACG GGC TTG GAA GAA AAT AAT CAA GAA GAG CAA AGC     4199
Glu Glu Arg Gly Thr Gly Leu Glu Glu Asn Asn Gln Glu Glu Gln Ser
1345                1350                1355                1360

ATG GAT TCA AAC TTA GGT GAA GCA GCA TCT GGG TGT GAG AGT GAA ACA     4247
Met Asp Ser Asn Leu Gly Glu Ala Ala Ser Gly Cys Glu Ser Glu Thr
                1365                1370                1375

AGC GTC TCT GAA GAC TGC TCA GGG CTA TCC TCC AAA AGA GAC ATT TTA     4295
Ser Val Ser Glu Asp Cys Ser Gly Leu Ser Ser Gln Ser Asp Ile Leu
                1380                1385                1390

ACC ACT CAG CAG AGG GAT ACC ATG CAA CAT AAC CTG ATA AAG CTC CAG     4343
Thr Thr Gln Gln Arg Asp Thr Met Gln His Asn Leu Ile Lys Leu Gln
                1395                1400                1405

CAG GAA ATG GCT GAA CTA GAA GCT GTG TTA GAA CAG CAT GGG AGC CAG     4391
Gln Glu Met Ala Glu Leu Glu Ala Val Leu Glu Gln His Gly Ser Gln
                1410                1415                1420

CCT TCT AAC AGC TAC CCT TCC ATC ATA AGT GAC AGT TCT GCC CTT GAG     4439
Pro Ser Asn Ser Tyr Pro Ser Ile Ile Ser Asp Ser Ser Ala Leu Glu
1425                1430                1435                1440

GAC CTG CGA AAT CCA GAA CAA AGC ACA TCA GAA AAA GCA GTA TTA ACT     4487
Asp Leu Arg Asn Pro Glu Gln Ser Thr Ser Glu Lys Ala Val Leu Thr
                1445                1450                1455

TCA CAG AAA AGT AGT GAA TAC CCT ATA AGC CAG AAT CCA GAA GGC CTT     4535
Ser Gln Lys Ser Ser Glu Tyr Pro Ile Ser Gln Asn Pro Glu Gly Leu
                1460                1465                1470

TCT GCT GAC AAG TTT GAG GTG TCT GCA GAT AGT TCT ACC AGT AAA AAT     4583
Ser Ala Asp Lys Phe Glu Val Ser Ala Asp Ser Ser Thr Ser Lys Asn
                1475                1480                1485

AAA GAA CCA GGA GTG GAA AGG TCA TCC CCT TCT AAA TGC CCA TCA TTA     4631
Lys Glu Pro Gly Val Glu Arg Ser Ser Pro Ser Lys Cys Pro Ser Leu
                1490                1495                1500

GAT GAT AGG TGG TAC ATG CAC AGT TGC TCT GGG AGT CTT CAG AAT AGA     4679
Asp Asp Arg Trp Tyr Met His Ser Cys Ser Gly Ser Leu Gln Asn Arg
1505                1510                1515                1520

AAC TAC CCA TCT CAA GAG GAG CTC ATT AAG GTT GTT GAT GTG GAG GAG     4727
Asn Tyr Pro Ser Gln Glu Glu Leu Ile Lys Val Val Asp Val Glu Glu
                1525                1530                1535

CAA CAG CTG GAA GAG TCT GGG CCA CAC GAT TTG ACG GAA ACA TCT TAC     4775
Gln Gln Leu Glu Glu Ser Gly Pro His Asp Leu Thr Glu Thr Ser Tyr
                1540                1545                1550

TTG CCA AGG CAA GAT CTA GAG GGA ACC CCT TAC CTG GAA TCT GGA ATC     4823
Leu Pro Arg Gln Asp Leu Glu Gly Thr Pro Tyr Leu Glu Ser Gly Ile
                1555                1560                1565

AGC CTC TTC TCT GAT GAC CCT GAA TCT GAT CCT TCT GAT GAC AGA GCC     4871
Ser Leu Phe Ser Asp Asp Pro Glu Ser Asp Pro Ser Glu Asp Arg Ala
                1570                1575                1580

CCA GAG TCA GCT CGT GTT GGC AAC ATA CCA TCT TCA ACC TCT GCA TTG     4919
```

A000203

5,747,282

| 79 | 80 |
|---|---|

-continued

```
Pro Glu Ser Ala Arg Val Gly Asn Ile Pro Ser Ser Thr Ser Ala Leu
1585                1590                1595                1600

AAA GTT CCC CAA TTG AAA GTT GCA GAA TCT GCC CAG AGT CCA GCT GCT       4967
Lys Val Pro Gln Leu Lys Val Ala Glu Ser Ala Gln Ser Pro Ala Ala
                    1605                1610                1615

GCT CAT ACT ACT GAT ACT GCT GGG TAT AAT GCA ATG GAA GAA AGT GTG       5015
Ala His Thr Thr Asp Thr Ala Gly Tyr Asn Ala Met Glu Glu Ser Val
                1620                1625                1630

AGC AGG GAG AAG CCA GAA TTG ACA GCT TCA ACA GAA AGG GTC AAC AAA       5063
Ser Arg Glu Lys Pro Glu Leu Thr Ala Ser Thr Glu Arg Val Asn Lys
                1635                1640                1645

AGA ATG TCC ATG GTG GTG TCT GGC CTG ACC CCA GAA GAA TTT ATG CTC       5111
Arg Met Ser Met Val Val Ser Gly Leu Thr Pro Glu Glu Phe Met Leu
        1650                1655                1660

GTG TAC AAG TTT GCC AGA AAA CAC CAC ATC ACT TTA ACT AAT CTA ATT       5159
Val Tyr Lys Phe Ala Arg Lys His His Ile Thr Leu Thr Asn Leu Ile
    1665                1670                1675                1680

ACT GAA GAG ACT ACT CAT GTT GTT ATG AAA ACA GAT GCT GAG TTT GTG       5207
Thr Glu Glu Thr Thr His Val Val Met Lys Thr Asp Ala Glu Phe Val
                1685                1690                1695

TGT GAA CGG ACA CTG AAA TAT TTT CTA GGA ATT GCG GGA GGA AAA TGG       5255
Cys Glu Arg Thr Leu Lys Tyr Phe Leu Gly Ile Ala Gly Gly Lys Trp
            1700                1705                1710

GTA GTT AGC TAT TTC TGG GTG ACC CAG TCT ATT AAA GAA AGA AAA ATG       5303
Val Val Ser Tyr Phe Trp Val Thr Gln Ser Ile Lys Glu Arg Lys Met
        1715                1720                1725

CTG AAT GAG CAT GAT TTT GAA GTC AGA GGA GAT GTG GTC AAT GGA AGA       5351
Leu Asn Glu His Asp Phe Glu Val Arg Gly Asp Val Val Asn Gly Arg
            1730                1735                1740

AAC CAC CAA GGT CCA AAG CGA GCA AGA GAA TCC CAG GAC AGA AAG ATC       5399
Asn His Gln Gly Pro Lys Arg Ala Arg Glu Ser Gln Asp Arg Lys Ile
    1745                1750                1755                1760

TTC AGG GGG CTA GAA ATC TGT TGC TAT GGG CCC TTC ACC AAC ATG CCC       5447
Phe Arg Gly Leu Glu Ile Cys Cys Tyr Gly Pro Phe Thr Asn Met Pro
                1765                1770                1775

ACA GAT CAA CTG GAA TGG ATG GTA CAG CTG TGT GGT GCT TCT GTG GTG       5495
Thr Asp Gln Leu Glu Trp Met Val Gln Leu Cys Gly Ala Ser Val Val
            1780                1785                1790

AAG GAG CTT TCA TCA TTC ACC CTT GGC ACA GGT GTC CAC CCA ATT GTG       5543
Lys Glu Leu Ser Ser Phe Thr Leu Gly Thr Gly Val His Pro Ile Val
        1795                1800                1805

GTT GTG CAG CCA GAT GCC TGG ACA GAG GAC AAT GGC TTC CAT GCA ATT       5591
Val Val Gln Pro Asp Ala Trp Thr Glu Asp Asn Gly Phe His Ala Ile
        1810                1815                1820

GGG CAG ATG TGT GAG GCA CCT GTG GTG ACC CGA GAG TGG GTG TTG GAC       5639
Gly Gln Met Cys Glu Ala Pro Val Val Thr Arg Glu Trp Val Leu Asp
    1825                1830                1835                1840

AGT GTA GCA CTC TAC CAG TGC CAG GAG CTG GAC ACC TAC CTG ATA CCC       5687
Ser Val Ala Leu Tyr Gln Cys Gln Glu Leu Asp Thr Tyr Leu Ile Pro
                1845                1850                1855

CAG ATC CCC CAC AGC CAC TAC TGA CTGCAGCCAG CCACAGGTAC AGAGCCACAG      5741
Gln Ile Pro His Ser His Tyr
                1860

GACCCCAAGA ATGAGCTTAC AAAGTGGCCT TTCCAGGCCC TGGGAGCTCC TCTCACTCTT      5801

CAGTCCTTCT ACTGTCCTGG CTACTAAATA TTTTATGTAC ATCAGCCTGA AAAGGACTTC      5861

TGGCTATGCA AGGGTCCCTT AAAGATTTTC TGCTTGAAGT CTCCCTTGGA AAT           5914
```

( 2 ) INFORMATION FOR SEQ ID NO:2:

5,747,282

| 81 | 82 |
|---|---|

-continued

```
    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 1863 amino acids
        ( B ) TYPE: amino acid
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: protein

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:2:


Met   Asp   Leu   Ser   Ala   Leu   Arg   Val   Glu   Glu   Val   Gln   Asn   Val   Ile   Asn
  1                       5                      10                     15

Ala   Met   Gln   Lys   Ile   Leu   Glu   Cys   Pro   Ile   Cys   Leu   Glu   Leu   Ile   Lys
                  20                      25                     30

Glu   Pro   Val   Ser   Thr   Lys   Cys   Asp   His   Ile   Phe   Cys   Lys   Phe   Cys   Met
            35                      40                     45

Leu   Lys   Leu   Leu   Asn   Gln   Lys   Lys   Gly   Pro   Ser   Gln   Cys   Pro   Leu   Cys
      50                      55                     60

Lys   Asn   Asp   Ile   Thr   Lys   Arg   Ser   Leu   Gln   Glu   Ser   Thr   Arg   Phe   Ser
65                      70                     75                     80

Gln   Leu   Val   Glu   Glu   Leu   Leu   Lys   Ile   Ile   Cys   Ala   Phe   Gln   Leu   Asp
                        85                     90                     95

Thr   Gly   Leu   Glu   Tyr   Ala   Asn   Ser   Tyr   Asn   Phe   Ala   Lys   Lys   Glu   Asn
            100                     105                    110

Asn   Ser   Pro   Glu   His   Leu   Lys   Asp   Glu   Val   Ser   Ile   Ile   Gln   Ser   Met
            115                     120                    125

Gly   Tyr   Arg   Asn   Arg   Ala   Lys   Arg   Leu   Leu   Gln   Ser   Glu   Pro   Glu   Asn
      130                     135                    140

Pro   Ser   Leu   Gln   Glu   Thr   Ser   Leu   Ser   Val   Gln   Leu   Ser   Asn   Leu   Gly
145                     150                    155                    160

Thr   Val   Arg   Thr   Leu   Arg   Thr   Lys   Gln   Arg   Ile   Gln   Pro   Gln   Lys   Thr
                        165                    170                    175

Ser   Val   Tyr   Ile   Glu   Leu   Gly   Ser   Asp   Ser   Ser   Glu   Asp   Thr   Val   Asn
                  180                    185                    190

Lys   Ala   Thr   Tyr   Cys   Ser   Val   Gly   Asp   Gln   Glu   Leu   Leu   Gln   Ile   Thr
            195                    200                    205

Pro   Gln   Gly   Thr   Arg   Asp   Glu   Ile   Ser   Leu   Asp   Ser   Ala   Lys   Lys   Ala
210                     215                    220

Ala   Cys   Glu   Phe   Ser   Glu   Thr   Asp   Val   Thr   Asn   Thr   Glu   His   His   Gln
225                     230                    235                    240

Pro   Ser   Asn   Asn   Asp   Leu   Asn   Thr   Thr   Glu   Lys   Arg   Ala   Ala   Glu   Arg
                        245                    250                    255

His   Pro   Glu   Lys   Tyr   Gln   Gly   Ser   Ser   Val   Ser   Asn   Leu   His   Val   Glu
            260                    265                    270

Pro   Cys   Gly   Thr   Asn   Thr   His   Ala   Ser   Ser   Leu   Gln   His   Glu   Asn   Ser
            275                    280                    285

Ser   Leu   Leu   Leu   Thr   Lys   Asp   Arg   Met   Asn   Val   Glu   Lys   Ala   Glu   Phe
      290                    295                    300

Cys   Asn   Lys   Ser   Lys   Gln   Pro   Gly   Leu   Ala   Arg   Ser   Gln   His   Asn   Arg
305                     310                    315                    320

Trp   Ala   Gly   Ser   Lys   Glu   Thr   Cys   Asn   Asp   Arg   Arg   Thr   Pro   Ser   Thr
                  325                    330                    335

Glu   Lys   Lys   Val   Asp   Leu   Asn   Ala   Asp   Pro   Leu   Cys   Glu   Arg   Lys   Glu
            340                    345                    350

Trp   Asn   Lys   Gln   Lys   Leu   Pro   Cys   Ser   Glu   Asn   Pro   Arg   Asp   Thr   Glu
            355                    360                    365

Asp   Val   Pro   Trp   Ile   Thr   Leu   Asn   Ser   Ser   Ile   Gln   Lys   Val   Asn   Glu
      370                    375                    380
```

**A000205**

5,747,282

<table>
<tr><td>83</td><td>84</td></tr>
</table>

-continued

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trp 385 | Phe | Ser | Arg | Ser | Asp 390 | Glu | Leu | Leu | Gly | Ser 395 | Asp | Asp | Ser | His | Asp 400 |
| Gly | Glu | Ser | Glu | Ser 405 | Asn | Ala | Lys | Val | Ala 410 | Asp | Val | Leu | Asp | Val 415 | Leu |
| Asn | Glu | Val | Asp 420 | Glu | Tyr | Ser | Gly | Ser 425 | Ser | Glu | Lys | Ile 430 | Asp | Leu | Leu |
| Ala | Ser | Asp 435 | Pro | His | Glu | Ala | Leu 440 | Ile | Cys | Lys | Ser | Glu 445 | Arg | Val | His |
| Ser | Lys 450 | Ser | Val | Glu | Ser | Asn 455 | Ile | Glu | Asp | Lys 460 | Ile | Phe | Gly | Lys | Thr |
| Tyr 465 | Arg | Lys | Lys | Ala | Ser 470 | Leu | Pro | Asn | Leu | Ser 475 | His | Val | Thr | Glu | Asn 480 |
| Leu | Ile | Ile | Gly | Ala 485 | Phe | Val | Thr | Glu | Pro 490 | Gln | Ile | Ile | Gln | Glu 495 | Arg |
| Pro | Leu | Thr | Asn 500 | Lys | Leu | Lys | Arg | Lys 505 | Arg | Arg | Pro | Thr 510 | Ser | Gly | Leu |
| His | Pro | Glu 515 | Asp | Phe | Ile | Lys | Lys 520 | Lys | Ala | Asp | Leu | Ala 525 | Val | Gln | Lys | Thr |
| Pro | Glu 530 | Met | Ile | Asn | Gln | Gly 535 | Thr | Asn | Gln | Thr 540 | Glu | Gln | Asn | Gly | Gln |
| Val 545 | Met | Asn | Ile | Thr | Asn 550 | Ser | Gly | His | Glu | Asn 555 | Lys | Thr | Lys | Gly | Asp 560 |
| Ser | Ile | Gln | Asn | Glu 565 | Lys | Asn | Pro | Asn | Pro 570 | Ile | Glu | Ser | Leu | Glu 575 | Lys |
| Glu | Ser | Ala | Phe 580 | Lys | Thr | Lys | Ala | Gln 585 | Pro | Ile | Ser | Ser 590 | Ser | Ile | Ser |
| Asn | Met | Glu 595 | Leu | Glu | Leu | Asn | Ile 600 | His | Asn | Ser | Lys | Ala 605 | Pro | Lys | Lys |
| Asn | Arg 610 | Leu | Arg | Arg | Lys | Ser 615 | Ser | Thr | Arg | His 620 | Ile | His | Ala | Leu | Glu |
| Leu 625 | Val | Val | Ser | Arg | Asn 630 | Leu | Ser | Pro | Pro | Asn 635 | Cys | Thr | Glu | Leu | Gln 640 |
| Ile | Asp | Ser | Cys | Ser 645 | Ser | Ser | Glu | Glu | Ile 650 | Lys | Lys | Lys | Lys | Tyr 655 | Asn |
| Gln | Met | Pro | Val 660 | Arg | His | Ser | Arg | Asn 665 | Leu | Gln | Leu | Met 670 | Glu | Gly | Lys |
| Glu | Pro | Ala 675 | Thr | Gly | Ala | Lys | Lys 680 | Ser | Asn | Lys | Pro | Asn 685 | Glu | Gln | Thr |
| Ser | Lys 690 | Arg | His | Asp | Ser | Asp 695 | Thr | Phe | Pro | Glu 700 | Leu | Lys | Leu | Thr | Asn |
| Ala | Pro 705 | Gly | Ser | Phe | Thr 710 | Lys | Cys | Ser | Asn 715 | Thr | Ser | Glu | Leu | Lys 720 | Glu |
| Phe | Val | Asn | Pro 725 | Ser | Leu | Pro | Arg | Glu 730 | Glu | Lys | Glu | Glu 735 | Lys | Leu | Glu |
| Thr | Val | Lys 740 | Val | Ser | Asn | Asn | Ala 745 | Glu | Asp | Pro | Lys | Asp 750 | Leu | Met | Leu |
| Ser | Gly 755 | Glu | Arg | Val | Leu | Gln 760 | Thr | Glu | Arg | Ser 765 | Val | Glu | Ser | Ser | Ser |
| Ile | Ser 770 | Leu | Val | Pro | Gly | Thr 775 | Asp | Tyr | Gly | Thr 780 | Gln | Glu | Ser | Ile | Ser |
| Leu 785 | Leu | Glu | Val | Ser | Thr 790 | Leu | Gly | Lys | Ala | Lys 795 | Thr | Glu | Pro | Asn | Lys 800 |
| Cys | Val | Ser | Gln | Cys | Ala | Ala | Phe | Glu | Asn | Pro | Lys | Gly | Leu | Ile | His |

5,747,282

**85**                                                                 **86**

-continued

```
                    805                      810                      815
Gly Cys Ser Lys Asp Asn Arg Asn Asp Thr Glu Gly Phe Lys Tyr Pro
            820                      825                      830

Leu Gly His Glu Val Asn His Ser Arg Glu Thr Ser Ile Glu Met Glu
            835                      840                      845

Glu Ser Glu Leu Asp Ala Gln Tyr Leu Gln Asn Thr Phe Lys Val Ser
        850                      855                      860

Lys Arg Gln Ser Phe Ala Pro Phe Ser Asn Pro Gly Asn Ala Glu Glu
    865                      870                      875                      880

Glu Cys Ala Thr Phe Ser Ala His Ser Gly Ser Leu Lys Lys Gln Ser
            885                      890                      895

Pro Lys Val Thr Phe Glu Cys Glu Gln Lys Glu Glu Asn Gln Gly Lys
            900                      905                      910

Asn Glu Ser Asn Ile Lys Pro Val Gln Thr Val Asn Ile Thr Ala Gly
            915                      920                      925

Phe Pro Val Val Gly Gln Lys Asp Lys Pro Val Asp Asn Ala Lys Cys
        930                      935                      940

Ser Ile Lys Gly Gly Ser Arg Phe Cys Leu Ser Ser Gln Phe Arg Gly
945                      950                      955                      960

Asn Glu Thr Gly Leu Ile Thr Pro Asn Lys His Gly Leu Leu Gln Asn
            965                      970                      975

Pro Tyr Arg Ile Pro Pro Leu Phe Pro Ile Lys Ser Phe Val Lys Thr
            980                      985                      990

Lys Cys Lys Lys Asn Leu Leu Glu Glu Asn Phe Glu Glu His Ser Met
    995                      1000                     1005

Ser Pro Glu Arg Glu Met Gly Asn Glu Asn Ile Pro Ser Thr Val Ser
    1010                     1015                     1020

Thr Ile Ser Arg Asn Asn Ile Arg Glu Asn Val Phe Lys Glu Ala Ser
1025                     1030                     1035                     1040

Ser Ser Asn Ile Asn Glu Val Gly Ser Ser Thr Asn Glu Val Gly Ser
                1045                     1050                     1055

Ser Ile Asn Glu Ile Gly Ser Ser Asp Glu Asn Ile Gln Ala Glu Leu
            1060                     1065                     1070

Gly Arg Asn Arg Gly Pro Lys Leu Asn Ala Met Leu Arg Leu Gly Val
    1075                     1080                     1085

Leu Gln Pro Glu Val Tyr Lys Gln Ser Leu Pro Gly Ser Asn Cys Lys
    1090                     1095                     1100

His Pro Glu Ile Lys Lys Gln Glu Tyr Glu Glu Val Val Gln Thr Val
1105                     1110                     1115                     1120

Asn Thr Asp Phe Ser Pro Tyr Leu Ile Ser Asp Asn Leu Glu Gln Pro
                1125                     1130                     1135

Met Gly Ser Ser His Ala Ser Gln Val Cys Ser Glu Thr Pro Asp Asp
        1140                     1145                     1150

Leu Leu Asp Asp Gly Glu Ile Lys Glu Asp Thr Ser Phe Ala Glu Asn
        1155                     1160                     1165

Asp Ile Lys Glu Ser Ser Ala Val Phe Ser Lys Ser Val Gln Lys Gly
    1170                     1175                     1180

Glu Leu Ser Arg Ser Pro Ser Pro Phe Thr His Thr His Leu Ala Gln
1185                     1190                     1195                     1200

Gly Tyr Arg Arg Gly Ala Lys Lys Leu Glu Ser Ser Glu Glu Asn Leu
            1205                     1210                     1215

Ser Ser Glu Asp Glu Glu Leu Pro Cys Phe Gln His Leu Leu Phe Gly
    1220                     1225                     1230
```

5,747,282

87                                                                                                     88

-continued

```
Lys Val Asn Asn Ile Pro Ser Gln Ser Thr Arg His Ser Thr Val Ala
    1235                1240                1245

Thr Glu Cys Leu Ser Lys Asn Thr Glu Glu Asn Leu Leu Ser Leu Lys
    1250                1255                1260

Asn Ser Leu Asn Asp Cys Ser Asn Gln Val Ile Leu Ala Lys Ala Ser
1265                1270                1275                1280

Gln Glu His His Leu Ser Glu Glu Thr Lys Cys Ser Ala Ser Leu Phe
                1285                1290                1295

Ser Ser Gln Cys Ser Glu Leu Glu Asp Leu Thr Ala Asn Thr Asn Thr
            1300                1305                1310

Gln Asp Pro Phe Leu Ile Gly Ser Ser Lys Gln Met Arg His Gln Ser
            1315                1320                1325

Glu Ser Gln Gly Val Gly Leu Ser Asp Lys Glu Leu Val Ser Asp Asp
            1330                1335                1340

Glu Glu Arg Gly Thr Gly Leu Glu Glu Asn Asn Gln Glu Glu Gln Ser
1345                1350                1355                1360

Met Asp Ser Asn Leu Gly Glu Ala Ala Ser Gly Cys Glu Ser Glu Thr
                1365                1370                1375

Ser Val Ser Glu Asp Cys Ser Gly Leu Ser Ser Gln Ser Asp Ile Leu
            1380                1385                1390

Thr Thr Gln Gln Arg Asp Thr Met Gln His Asn Leu Ile Lys Leu Gln
            1395                1400                1405

Gln Glu Met Ala Glu Leu Glu Ala Val Leu Glu Gln His Gly Ser Gln
            1410                1415                1420

Pro Ser Asn Ser Tyr Pro Ser Ile Ile Ser Asp Ser Ser Ala Leu Glu
1425                1430                1435                1440

Asp Leu Arg Asn Pro Glu Gln Ser Thr Ser Glu Lys Ala Val Leu Thr
                1445                1450                1455

Ser Gln Lys Ser Ser Glu Tyr Pro Ile Ser Gln Asn Pro Glu Gly Leu
            1460                1465                1470

Ser Ala Asp Lys Phe Glu Val Ser Ala Asp Ser Ser Thr Ser Lys Asn
            1475                1480                1485

Lys Glu Pro Gly Val Glu Arg Ser Ser Pro Ser Lys Cys Pro Ser Leu
            1490                1495                1500

Asp Asp Arg Trp Tyr Met His Ser Cys Ser Gly Ser Leu Gln Asn Arg
1505                1510                1515                1520

Asn Tyr Pro Ser Gln Glu Glu Leu Ile Lys Val Val Asp Val Glu Glu
                1525                1530                1535

Gln Gln Leu Glu Glu Ser Gly Pro His Asp Leu Thr Glu Thr Ser Tyr
            1540                1545                1550

Leu Pro Arg Gln Asp Leu Glu Gly Thr Pro Tyr Leu Glu Ser Gly Ile
            1555                1560                1565

Ser Leu Phe Ser Asp Asp Pro Glu Ser Asp Pro Ser Glu Asp Arg Ala
            1570                1575                1580

Pro Glu Ser Ala Arg Val Gly Asn Ile Pro Ser Ser Thr Ser Ala Leu
1585                1590                1595                1600

Lys Val Pro Gln Leu Lys Val Ala Glu Ser Ala Gln Ser Pro Ala Ala
                1605                1610                1615

Ala His Thr Thr Asp Thr Ala Gly Tyr Asn Ala Met Glu Glu Ser Val
            1620                1625                1630

Ser Arg Glu Lys Pro Glu Leu Thr Ala Ser Thr Glu Arg Val Asn Lys
            1635                1640                1645

Arg Met Ser Met Val Val Ser Gly Leu Thr Pro Glu Glu Phe Met Leu
            1650                1655                1660
```

**A000208**

5,747,282

89                                                              90

-continued

```
Val Tyr Lys Phe Ala Arg Lys His His Ile Thr Leu Thr Asn Leu Ile
1665                1670                1675                1680

Thr Glu Glu Thr Thr His Val Val Met Lys Thr Asp Ala Glu Phe Val
            1685                1690                1695

Cys Glu Arg Thr Leu Lys Tyr Phe Leu Gly Ile Ala Gly Gly Lys Trp
        1700                1705                1710

Val Val Ser Tyr Phe Trp Val Thr Gln Ser Ile Lys Glu Arg Lys Met
        1715                1720                1725

Leu Asn Glu His Asp Phe Glu Val Arg Gly Asp Val Val Asn Gly Arg
    1730                1735                1740

Asn His Gln Gly Pro Lys Arg Ala Arg Glu Ser Gln Asp Arg Lys Ile
1745                1750                1755                1760

Phe Arg Gly Leu Glu Ile Cys Cys Tyr Gly Pro Phe Thr Asn Met Pro
                1765                1770                1775

Thr Asp Gln Leu Glu Trp Met Val Gln Leu Cys Gly Ala Ser Val Val
            1780                1785                1790

Lys Glu Leu Ser Ser Phe Thr Leu Gly Thr Gly Val His Pro Ile Val
        1795                1800                1805

Val Val Gln Pro Asp Ala Trp Thr Glu Asp Asn Gly Phe His Ala Ile
        1810                1815                1820

Gly Gln Met Cys Glu Ala Pro Val Val Thr Arg Glu Trp Val Leu Asp
1825                1830                1835                1840

Ser Val Ala Leu Tyr Gln Cys Gln Glu Leu Asp Thr Tyr Leu Ile Pro
                1845                1850                1855

Gln Ile Pro His Ser His Tyr
            1860
```

( 2 ) INFORMATION FOR SEQ ID NO:3:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 20 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

    ( v i i ) IMMEDIATE SOURCE:
        ( B ) CLONE: s754 A

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:3:

CTAGCCTGGG CAACAAACGA                                                              2 0

( 2 ) INFORMATION FOR SEQ ID NO:4:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 20 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

    ( v i i ) IMMEDIATE SOURCE:

5,747,282

| 91 | 92 |
|---|---|

-continued

( B ) CLONE: s754 B

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:4:

GCAGGAAGCA GGAATGGAAC                                          20

( 2 ) INFORMATION FOR SEQ ID NO:5:

    ( i ) SEQUENCE CHARACTERISTICS:
       ( A ) LENGTH: 20 base pairs
       ( B ) TYPE: nucleic acid
       ( C ) STRANDEDNESS: single
       ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
       ( A ) ORGANISM: Homo sapiens

    ( v i i ) IMMEDIATE SOURCE:
       ( B ) CLONE: s975 A

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:5:

TAGGAGATGG ATTATTGGTG                                          20

( 2 ) INFORMATION FOR SEQ ID NO:6:

    ( i ) SEQUENCE CHARACTERISTICS:
       ( A ) LENGTH: 20 base pairs
       ( B ) TYPE: nucleic acid
       ( C ) STRANDEDNESS: single
       ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
       ( A ) ORGANISM: Homo sapiens

    ( v i i ) IMMEDIATE SOURCE:
       ( B ) CLONE: s975 B

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:6:

AGGCAACTTT GCAATGAGTG                                          20

( 2 ) INFORMATION FOR SEQ ID NO:7:

    ( i ) SEQUENCE CHARACTERISTICS:
       ( A ) LENGTH: 22 base pairs
       ( B ) TYPE: nucleic acid
       ( C ) STRANDEDNESS: single
       ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
       ( A ) ORGANISM: Homo sapiens

    ( v i i ) IMMEDIATE SOURCE:
       ( B ) CLONE: tdj1474 A

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:7:

CAGAGTGAGA CCTTGTCTCA AA                                       22

( 2 ) INFORMATION FOR SEQ ID NO:8:

    ( i ) SEQUENCE CHARACTERISTICS:
       ( A ) LENGTH: 23 base pairs

5,747,282

**93**                                                    **94**

-continued

---

```
              ( B ) TYPE: nucleic acid
              ( C ) STRANDEDNESS: single
              ( D ) TOPOLOGY: linear

      ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

      ( v i ) ORIGINAL SOURCE:
              ( A ) ORGANISM: Homo sapiens

    ( v i i ) IMMEDIATE SOURCE:
              ( B ) CLONE: tdj1474 B

      ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:8:

TTCTGCAAAC  ACCTTAAACT  CAG                                              2 3


  ( 2 ) INFORMATION FOR SEQ ID NO:9:

        ( i ) SEQUENCE CHARACTERISTICS:
              ( A ) LENGTH: 20 base pairs
              ( B ) TYPE: nucleic acid
              ( C ) STRANDEDNESS: single
              ( D ) TOPOLOGY: linear

      ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

      ( v i ) ORIGINAL SOURCE:
              ( A ) ORGANISM: Homo sapiens

    ( v i i ) IMMEDIATE SOURCE:
              ( B ) CLONE: tdj1239 A

      ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:9:

AACCTGGAAG  GCAGAGGTTG                                                   2 0


  ( 2 ) INFORMATION FOR SEQ ID NO:10:

        ( i ) SEQUENCE CHARACTERISTICS:
              ( A ) LENGTH: 21 base pairs
              ( B ) TYPE: nucleic acid
              ( C ) STRANDEDNESS: single
              ( D ) TOPOLOGY: linear

      ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

      ( v i ) ORIGINAL SOURCE:
              ( A ) ORGANISM: Homo sapiens

    ( v i i ) IMMEDIATE SOURCE:
              ( B ) CLONE: tdj1239 B

      ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:10:

TCTGTACCTG  CTAAGCAGTG  G                                                2 1


  ( 2 ) INFORMATION FOR SEQ ID NO:11:

        ( i ) SEQUENCE CHARACTERISTICS:
              ( A ) LENGTH: 111 base pairs
              ( B ) TYPE: nucleic acid
              ( C ) STRANDEDNESS: double
              ( D ) TOPOLOGY: linear

      ( i i ) MOLECULE TYPE: cDNA

    ( i i i ) HYPOTHETICAL: NO

      ( v i ) ORIGINAL SOURCE:
              ( A ) ORGANISM: Homo sapiens
```

A000211

5,747,282

95                        96

-continued

```
    ( i x ) FEATURE:
            ( A ) NAME/KEY: CDS
            ( B ) LOCATION: 2..111

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:11:

G  GKC  TTA  CTC  TGT  TGT  CCC  AGC  TGG  AGT  ACA  GWG  TGC  GAT  CAT  GAG        4 6
   Xaa  Leu  Leu  Cys  Cys  Pro  Ser  Trp  Ser  Thr  Xaa  Cys  Asp  His  Glu
   1865               1870                    1875

GCT  TAC  TGT  TGC  TTG  ACT  CCT  AGG  CTC  AAG  CGA  TCC  TAT  CAC  CTC  AGT      9 4
Ala  Tyr  Cys  Cys  Leu  Thr  Pro  Arg  Leu  Lys  Arg  Ser  Tyr  His  Leu  Ser
1880               1885                    1890                    1895

CTC  CAA  GTA  GCT  GGA     CT                                                    1 1 1
Leu  Gln  Val  Ala  Gly
               1900


( 2 ) INFORMATION FOR SEQ ID NO:12:

    ( i ) SEQUENCE CHARACTERISTICS:
            ( A ) LENGTH: 36 amino acids
            ( B ) TYPE: amino acid
            ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: protein

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:12:

Xaa  Leu  Leu  Cys  Cys  Pro  Ser  Trp  Ser  Thr  Xaa  Cys  Asp  His  Glu  Ala
1                  5                   10                      15

Tyr  Cys  Cys  Leu  Thr  Pro  Arg  Leu  Lys  Arg  Ser  Tyr  His  Leu  Ser  Leu
               20                   25                      30

Gln  Val  Ala  Gly
               35


( 2 ) INFORMATION FOR SEQ ID NO:13:

    ( i ) SEQUENCE CHARACTERISTICS:
            ( A ) LENGTH: 1534 base pairs
            ( B ) TYPE: nucleic acid
            ( C ) STRANDEDNESS: double
            ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( i v ) ANTI-SENSE: NO

    ( v i ) ORIGINAL SOURCE:
            ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:13:

GAGGCTAGAG  GGCAGGCACT  TTATGGCAAA  CTCAGGTAGA  ATTCTTCCTC  TTCCGTCTCT      6 0

TTCCTTTTAC  GTCATCGGGG  AGACTGGGTG  GCAATCGCAG  CCCGAGAGAC  GCATGGCTCT      1 2 0

TTCTGCCCTC  CATCCTCTGA  TGTACCTTGA  TTTCGTATTC  TGAGAGGCTG  CTGCTTAGCG      1 8 0

GTAGCCCCTT  GGTTTCCGTG  GCAACGGAAA  AGCGCGGGAA  TTACAGATAA  ATTAAAACTG      2 4 0

CGACTGCGCG  GCGTGAGCTC  GCTGAGACTT  CCTGGACCCC  GCACCAGGCT  GTGGGGTTTC      3 0 0

TCAGATAACT  GGGCCCCTGC  GCTCAGGAGG  CCTTCACCCT  CTGCTCTGGG  TAAAGGTAGT      3 6 0

AGAGTCCCGG  GAAAGGGACA  GGGGGCCCAA  GTGATGCTCT  GGGGTACTGG  CGTGGGAGAG      4 2 0

TGGATTTCCG  AAGCTGACAG  ATGGGTATTC  TTTGACGGGG  GGTAGGGGCG  GAACCTGAGA      4 8 0

GGCGTAAGGC  GTTGTGAACC  CTGGGGAGGG  GGGCAGTTTG  TAGGTCGCGA  GGGAAGCGCT      5 4 0

GAGGATCAGG  AAGGGGGCAC  TGAGTGTCCG  TGGGGGAATC  CTCGTGGATAG  GAACTGGAAT      6 0 0
```

A000212

5,747,282

97                                98

-continued

```
ATGCCTTGAG  GGGGACACTA  TGTCTTTAAA  AACGTCGGCT  GGTCATGAGG  TCAGGAGTTC      660

CAGACCAGCC  TGACCAACGT  GGTGAAACTC  CGTCTCTACT  AAAAATACNA  AAATTAGCCG      720

GGCGTGGTGC  CGCTCCAGCT  ACTCAGGAGG  CTGAGGCAGG  AGAATCGCTA  GAACCCGGGA      780

GGCGGAGGTT  GCAGTGAGCC  GAGATCGCGC  CATTGCACTC  CAGCCTGGGC  GACAGAGCGA      840

GACTGTCTCA  AAACAAAACA  AAACAAAACA  AAACAAAAAA  CACCGGCTGG  TATGTATGAG      900

AGGATGGGAC  CTTGTGGAAG  AAGAGGTGCC  AGGAAATATGT  CTGGGAAGGG  AGGAGACAG      960

GATTTTGTGG  GAGGGAGAAC  TTAAGAACTG  GATCCATTTG  CGCCATTGAG  AAAGCGCAAG     1020

AGGGAAGTAG  AGGAGCGTCA  GTAGTAACAG  ATGCTGCCGG  CAGGGATGTG  CTTGAGGAGG     1080

ATCCAGAGAT  GAGAGCAGGT  CACTGGGAAA  GGTTAGGGGC  GGGGAGGCCT  TGATTGGTGT     1140

TGGTTTGGTC  GTTGTTGATT  TTGGTTTTAT  GCAAGAAAAA  GAAAACAACC  AGAAACATTG     1200

GAGAAAGCTA  AGGCTACCAC  CACCTACCCG  GTCAGTCACT  CCTCTGTAGC  TTTCTCTTTC     1260

TTGGGAGAAAG  GAAAAGACCC  AAGGGGTTGG  CAGCGATATG  TGAAAAAATT  CAGAATTTAT     1320

GTTGTCTAAT  TACAAAAAGC  AACTTCTAGA  ATCTTTAAAA  ATAAAGGACG  TTGTCATTAG     1380

TTCTTCTGGT  TTGTATTATT  CTAAAACCTT  CCAAATCTTC  AAATTTACTT  TATTTTAAAA     1440

TGATAAAATG  AAGTTGTCAT  TTTATAAACC  TTTTAAAAAG  ATATATATAT  ATGTTTTTCT     1500

AATGTGTTAA  AGTTCATTGG  AACAGAAAGA  AATG                                   1534
```

( 2 ) INFORMATION FOR SEQ ID NO:14:

       ( i ) SEQUENCE CHARACTERISTICS:
         ( A ) LENGTH: 1924 base pairs
         ( B ) TYPE: nucleic acid
         ( C ) STRANDEDNESS: double
         ( D ) TOPOLOGY: linear

       ( i i ) MOLECULE TYPE: DNA (genomic)

       ( i i i ) HYPOTHETICAL: NO

       ( i v ) ANTI-SENSE: NO

       ( v i ) ORIGINAL SOURCE:
         ( A ) ORGANISM: Homo sapiens

       ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:14:

```
GAGGCTAGAG  GGCAGGCACT  TTATGGCAAA  CTCAGGTAGA  ATTCTTCCTC  TTCCGTCTCT       60

TTCCTTTTAC  GTCATCGGGG  AGACTGGGTG  GCAATCGCAG  CCCGAGAGAC  GCATGGCTCT      120

TTCTGCCCTC  CATCCTCTGA  TGTACCTTGA  TTTCGTATTC  TGAGAGGCTG  CTGCTTAGCG      180

GTAGCCCCTT  GGTTTCCGTG  GCAACGGAAA  AGCGCGGGAA  TTACAGATAA  ATTAAAACTG      240

CGACTGCGCG  GCGTGAGCTC  GCTGAGACTT  CCTGGACCCC  GCACCAGGCT  GTGGGGTTTC      300

TCAGATAACT  GGGCCCCTGC  GCTCAGGAGG  CCTTCACCCT  CTGCTCTGGG  TAAAGGTAGT      360

AGAGTCCCGG  GAAAGGGACA  GGGGGCCCAA  GTGATGCTCT  GGGGTACTGG  CGTGGGAGAG      420

TGGATTTCCG  AAGCTGACAG  ATGGGTATTC  TTTGACGGGG  GGTAGGGGCG  GAACCTGAGA      480

GGCGTAAGGC  GTTGTGAACC  CTGGGGAGGG  GGGCAGTTTG  TAGGTCGCGA  GGGAAGCGCT      540

GAGGATCAGG  AAGGGGGCAC  TGAGTGTCCG  TGGGGGAATC  CTCGTGATAG  GAACTGGAAT      600

ATGCCTTGAG  GGGGACACTA  TGTCTTTAAA  AACGTCGGCT  GGTCATGAGG  TCAGGAGTTC      660

CAGACCAGCC  TGACCAACGT  GGTGAAACTC  CGTCTCTACT  AAAAATACNA  AAATTAGCCG      720

GGCGTGGTGC  CGCTCCAGCT  ACTCAGGAGG  CTGAGGCAGG  AGAATCGCTA  GAACCCGGGA      780

GGCGGAGGTT  GCAGTGAGCC  GAGATCGCGC  CATTGCACTC  CAGCCTGGGC  GACAGAGCGA      840
```

5,747,282

<div style="display:flex; justify-content:space-between;">
<b>99</b>
<b>100</b>
</div>

-continued

```
GACTGTCTCA AAACAAAACA AAACAAAACA AAACAAAAAA CACCGGCTGG TATGTATGAG      900
AGGATGGGAC CTTGTGGAAG AAGAGGTGCC AGGAATATGT CTGGGAAGGG GAGGAGACAG      960
GATTTTGTGG GAGGGAGAAC TTAAGAACTG GATCCATTTG CGCCATTGAG AAAGCGCAAG     1020
AGGGAAGTAG AGGAGCGTCA GTAGTAACAG ATGCTGCCGG CAGGGATGTG CTTGAGGAGG     1080
ATCCAGAGAT GAGAGCAGGT CACTGGGAAA GGTTAGGGGC GGGGAGGCCT TGATTGGTGT     1140
TGGTTTGGTC GTTGTTGATT TTGGTTTTAT GCAAGAAAAA GAAAACAACC AGAAACATTG     1200
GAGAAAGCTA AGGCTACCAC CACCTACCCG GTCAGTCACT CCTCTGTAGC TTTCTCTTTC     1260
TTGGAGAAAG GAAAAGACCC AAGGGGTTGG CAGCGATATG TGAAAAAATT CAGAATTTAT     1320
GTTGTCTAAT TACAAAAAGC AACTTCTAGA ATCTTTAAAA ATAAAGGACG TTGTCATTAG     1380
TTCTTCTGGT TTGTATTATT CTAAAACCTT CCAAATCTTC AAATTTACTT TATTTTAAAA     1440
TGATAAAATG AAGTTGTCAT TTTATAAACC TTTTAAAAAG ATATATATAT ATGTTTTTCT     1500
AATGTGTTAA AGTTCATTGG AACAGAAAGA AATGGATTTA TCTGCTCTTC GCGTTGAAGA     1560
AGTACAAAAT GTCATTAATG CTATGCAGAA AATCTTTAGAG TGTCCCATCT GGTAAGTCAG    1620
CACAAGAGTG TATTAATTTG GGATTCCTAT GATTATCTCC TATGCAAATG AACAGAATTG     1680
ACCTTACATA CTAGGGAAGA AAAGACATGT CTAGTAAGAT TAGGCTATTG TAATTGCTGA     1740
TTTTCTTAAC TGAAGAACTT TAAAAATATA GAAAATGATT CCTTGTTCTC CATCCACTCT     1800
GCCTCTCCCA CTCCTCTCCT TTTCAACACA ATCCTGTGGT CCGGGAAAGA CAGGGCTCTG     1860
TCTTGATTGG TTCTGCACTG GGCAGGATCT GTTAGATACT GCATTTGCTT TCTCCAGCTC     1920
TAAA                                                              1924
```

( 2 ) INFORMATION FOR SEQ ID NO:15:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 631 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: double
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( i v ) ANTI-SENSE: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:15:

```
AAATGCTGAT GATAGTATAG AGTATTGAAG GGATCAATAT AATTCTGTTT TGATATCTGA       60
AAGCTCACTG AAGGTAAGGA TCGTATTCTC TGCTGTATTC TCAGTTCCTG ACACAGCAGA      120
CATTTAATAA ATATTGAACG AACTTGAGGC CTTATGTTGA CTCAGTCATA ACAGCTCAAA      180
GTTGAACTTA TTCACTAAGA ATAGCTTTAT TTTTAAATAA ATTATTGAGC CTCATTTATT      240
TTCTTTTTCT CCCCCCCCTA CCCTGCTAGT CTGGAGTTGA TCAAGGAACC TGTCTCCACA      300
AAGTGTGACC ACATATTTTG CAAGTAAGTT TGAATGTGTT ATGTGGCTCC ATTATTAGCT      360
TTTGTTTTTG TCCTTCATAA CCCAGGGAAAC ACCTAACTTT ATAGAAGCTT TACTTTCTTC     420
AATTAAGTGA GAACGAAAAT CCAACTCCAT TTCATTCTTT CTCAGAGAGT ATATAGTTAT      480
CAAAAGTTGG TTGTAATCAT AGTTCCTGGT AAAGTTTTGA CATATATTAT CTTTTTTTTT      540
TTTTGAGACA AGTCTCGCTC TGTCGCCCAG GCTGGAGTGC AGTGGCATGA GGCTTGCTCA      600
CTGCACCTCC GCCCCCGAGT TCAGCGACTC T                                     631
```

5,747,282

**101** **102**

-continued

( 2 ) INFORMATION FOR SEQ ID NO:16:

        ( i ) SEQUENCE CHARACTERISTICS:
            ( A ) LENGTH: 481 base pairs
            ( B ) TYPE: nucleic acid
            ( C ) STRANDEDNESS: double
            ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: DNA (genomic)

        ( i i i ) HYPOTHETICAL: NO

        ( i v ) ANTI-SENSE: NO

        ( v i ) ORIGINAL SOURCE:
            ( A ) ORGANISM: Homo sapiens

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:16:

```
TGAGATCTAG ACCACATGGT CAAAGAGATA GAATGTGAGC AATAAATGAA CCTTAAATTT       60
TTCAACAGCT ACTTTTTTT TTTTTTTTTG AGACAGGGKC TTACTCTGTT GTCCCAGCTG      120
GAGTACAGWG TGCGATCATG AGGCTTACTG TTGCTTGACT CCTAGGCTCA AGCGATCCTA      180
TCACCTCAGT CTCCAAGTAG CTGGACTGTA AGTGCACACC ACCATATCCA GCTAAATTTT      240
GTGTTTTCTG TAGAGACGGG GTTTCGCCAT GTTCCCAGG CTGGTCTTGA ACTTTGGGCT      300
TAACCCGTCT GCCCACCTAG GCATCCCAAA GTGCTAGGAT TACAGGTGTG AGTCATCATG      360
CCTGGCCAGT ATTTTAGTTA GCTCTGTCTT TTCAAGTCAT ATACAAGTTC ATTTTCTTTT      420
AAGTTTAGTT AACAACCTTA TATCATGTAT TCTTTTCTAG CATAAAGAAA GATTCGAGGC      480
C                                                                      481
```

( 2 ) INFORMATION FOR SEQ ID NO:17:

        ( i ) SEQUENCE CHARACTERISTICS:
            ( A ) LENGTH: 522 base pairs
            ( B ) TYPE: nucleic acid
            ( C ) STRANDEDNESS: double
            ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: DNA (genomic)

        ( i i i ) HYPOTHETICAL: NO

        ( i v ) ANTI-SENSE: NO

        ( v i ) ORIGINAL SOURCE:
            ( A ) ORGANISM: Homo sapiens

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:17:

```
TGTGATCATA ACAGTAAGCC ATATGCATGT AAGTTCAGTT TTCATAGATC ATTGCTTATG       60
TAGTTTAGGT TTTTGCTTAT GCAGCATCCA AAAACAATTA GGAAACTATT GCTTGTAATT      120
CACCTGCCAT TACTTTTTAA ATGGCTCTTA AGGGCAGTTG TGAGATTATC TTTTCATGGC      180
TATTTGCCTT TTGAGTATTC TTTCTACAAA AGGAAGTAAA TTAAATTGTT CTTTCTTTCT      240
TTATAATTTA TAGATTTTGC ATGCTGAAAC TTCTCAACCA GAAGAAAGGG CCTTCACAGT      300
GTCCTTTATG TAAGAATGAT ATAACCAAAA GGTATATAAT TTGGTAATGA TGCTAGGTTG      360
GAAGCAACCA CAGTAGGAAA AAGTAGAAAT TATTTAATAA CATAGCGTTC CTATAAAACC      420
ATTCATCAGA AAAATTTATA AAAGAGTTTT TAGCACACAG TAAATTATTT CCAAAGTTAT      480
TTTCCTGAAA GTTTTATGGG CATCTGCCTT ATACAGGTAT TG                        522
```

( 2 ) INFORMATION FOR SEQ ID NO:18:

        ( i ) SEQUENCE CHARACTERISTICS:

5,747,282

103                                    104

-continued

```
                    ( A ) LENGTH: 465 base pairs
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: double
                    ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: DNA (genomic)

      ( i i i ) HYPOTHETICAL: NO

        ( i v ) ANTI-SENSE: NO

        ( v i ) ORIGINAL SOURCE:
                    ( A ) ORGANISM: Homo sapiens

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:18:

GGTAGGCTTA  AATGAATGAC  AAAAAGTTAC  TAAATCACTG  CCATCACACG  GTTTATACAG        60

ATGTCAATGA  TGTATTGATT  ATAGAGGTTT  TCTACTGTTG  CTGCATCTTA  TTTTTATTTG       120

TTTACATGTC  TTTTCTTATT  TTAGTGTCCT  TAAAAGGTTG  ATAATCACTT  GCTGAGTGTG       180

TTTCTCAAAC  AATTTAATTT  CAGGAGCCTA  CAAGAAAGTA  CGAGATTTGA  TCAACTTGTT       240

GAAGAGCTAT  TGAAAATCAT  TTGTGCTTTT  CAGCTTGACA  CAGGTTTGGA  GTGTAAGTGT       300

TGAATATCCC  AAGAATGACA  CTCAAGTGCT  GTCCATGAAA  ACTCAGGAAG  TTTGCACAAT       360

TACTTTCTAT  GACGTGGTGA  TAAGACCTTT  TAGTCTAGGT  TAATTTTAGT  TCTGTATCTG       420

TAATCTATTT  TAAAAAATTA  CTCCCACTGG  TCTCACACCT  TATTT                        465


( 2 ) INFORMATION FOR SEQ ID NO:19:

            ( i ) SEQUENCE CHARACTERISTICS:
                    ( A ) LENGTH: 513 base pairs
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: double
                    ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: DNA (genomic)

      ( i i i ) HYPOTHETICAL: NO

        ( i v ) ANTI-SENSE: NO

        ( v i ) ORIGINAL SOURCE:
                    ( A ) ORGANISM: Homo sapiens

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:19:

AAAAAATCAC  AGGTAACCTT  AATGCATTGT  CTTAACACAA  CAAAGAGCAT  ACATAGGGTT        60

TCTCTTGGTT  TCTTTGATTA  TAATTCATAC  ATTTTTCTCT  AACTGCAAAC  ATAATGTTTT       120

CCCTTGTATT  TTACAGATGC  AAACAGCTAT  AATTTTGCAA  AAAAGGAAAA  TAACTCTCCT       180

GAACATCTAA  AAGATGAAGT  TTCTATCATC  CAAAGTATGG  GCTACAGAAA  CCGTGCCAAA       240

AGACTTCTAC  AGAGTGAACC  CGAAAATCCT  TCCTTGGTAA  AACCATTTGT  TTTCTTCTTC       300

TTCTTCTTCT  TCTTTTCTTT  TTTTTTTCTT  TTTTTTTTTG  AGATGGAGTC  TTGCTCTGTG       360

GCCCAGGCTA  GAAGCAGTCC  TCCTGCCTTA  GCCNCCTTAG  TAGCTGGGAT  TACAGGCACG       420

CGCACCATGC  CAGGCTAATT  TTTGTATTTT  TAGTAGAGAC  GGGGTTTCAT  CATGTTGGCC       480

AGGCTGGTCT  CGAACTCCTA  ACCTCAGGTG  ATC                                     513


( 2 ) INFORMATION FOR SEQ ID NO:20:

            ( i ) SEQUENCE CHARACTERISTICS:
                    ( A ) LENGTH: 6769 base pairs
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: double
                    ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: DNA (genomic)
```

A000216

5,747,282

**105**

**106**

-continued

( i i i )HYPOTHETICAL: NO

( i v )ANTI-SENSE: NO

( v i )ORIGINAL SOURCE:
    ( A )ORGANISM: Homo sapiens

( x i )SEQUENCE DESCRIPTION: SEQ ID NO:20:

```
ATGATGGAGA TCTTAAAAAG TAATCATTCT GGGGCTGGGC GTAGTAGCTT GCACCTGTAA      60
TCCCAGCACT TCGGGAGGCT GAGGCAGGCA GATAATTTGA GGTCAGGAGT TTGAGACCAG     120
CCTGGCCAAC ATGGTGAAAC CCATCTCTAC TAAAAATACA AAAATTAGCT GGGTGTGGTG     180
GCACGTACCT GTAATCCCAG CTACTCGGGA GGCGGAGGCA CAAGAATTGC TTGAACCTAG     240
GACGCGGAGG TTGCAGCGAG CCAAGATCGC GCCACTGCAC TCCAGCCTGG GCCGTAGAGT     300
GAGACTCTGT CTCAAAAAAG AAAAAAAAGT AATTGTTCTA GCTGGGCGCA GTGGCTCTTG     360
CCTGTAATCC CAGCACTTTG GGAGGCCAAG GCGGGTGGAT CTCGAGTCCT AGAGTTCAAG     420
ACCAGCCTAG GCAATGTGGT GAAACCCCAT CGCTACAAAA AATACAAAAA TTAGCCAGGC     480
ATGGTGGCGT GCGCATGTAG TCCCAGCTCC TTGGGGAGGCT GAGGTGGGAG GATCACTTGA     540
ACCCAGGAGA CAGAGGTTGC AGTGAACCGA GATCACGCCA CCACGCTCCA GCCTGGGCAA     600
CAGAACAAGA CTCTGTCTAA AAAAATACAA ATAAAATAAA AGTAGTTCTC ACAGTACCAG     660
CATTCATTTT TCAAAGATA TAGAGCTAAA AAGGAAGGAA AAAAAAGTA ATGTTGGGCT       720
TTTAAATACT CGTTCCTATA CTAAATGTTC TTAGGAGTGC TGGGGTTTTA TTGTCATCAT     780
TTATCCTTTT TAAAAATGTT ATTGGCCAGG CACGGTGGCT CATGCTGTA ATCCCAGCAC     840
TTTGGGAGGC CGAGGCAGGC AGATCACCTG AGGTCAGGAG TGTGAGACCA GCCTGGCCAA     900
CATGGCGAAA CCTGTCTCTA CTAAAAATAC AAAAATTAAC TAGGCGTGGT GGTGTACGCC     960
TGTAGTCCCA GCTACTCGGG AGGCTGAGGC AGGAGAATCA ACTGAACCAG GGAGGTGGAG    1020
GTTGCAGTGT GCCGAGATCA CGCCACTGCA CTCTAGCCTG GCAACAGAGC AAGATTCTGT    1080
CTCAAAAAAA AAAAACATAT ATACACATAT ATCCCAAACT GCTGGGATTA CATATATATA    1140
TATATATATA TATTATATAT ATATATATAT ATATATGTGA TATATATGTG ATATATATAT    1200
AACATATATA TATGTAATAT ATATGTGATA TATATATAAT ATATATATGT AATATATATG    1260
TGATATATAT ATATACACAC ACACACACAT ATATATGTAT GTGTGTGTAC ACACACACAC    1320
ACAAATTAGC CAGGCATAGT TGCACACGCT TGGTAGACCC AGCTACTCAG GAGGCTGAGG    1380
GAGGAGAATC TCTTGAACTT AGGAGGCGGA GGTTGCAGTG AGCTGAGATT GCGCCACTGC    1440
ACTCCAGCCT GGGTGACAGA GCAGGACTCT GTACACCCCC CAAAACAAAA AAAAAGTTA    1500
TCAGATGTGA TTGGAATGTA TATCAAGTAT CAGCTTCAAA ATATGCTATA TTAATACTTC    1560
AAAAATTACA CAAATAATAC ATAATCAGGT TTGAAAAATT TAAGACAACM SAARAAAAA     1620
WY CMAATCAC AMATATCCCA CACATTTTAT TATTMCTMCT MCWATTATTT TGWAGAGMCT   1680
GGGTCTCAC Y  C Y KTTGCTWA TGCTG-
GTCTT TGAAC Y CC Y K GCC Y CAARCA RTCCTSCTCC    1740
ABCCTCCAA RGTGCTGGGG ATWATAGGCA TGARCTAACC GCACCCAGCC CCAGACATTT     1800
TAGTGTGTAA ATTCCTGGGC ATTTTTTCAA GGCATCATAC ATGTTAGCTG ACTGATGATG    1860
GTCAATTTAT TTTGTCCATG GTGTCAAGTT TCTCTTCAGG AGGAAAAGCA CAGAACTGGC    1920
CAACAATTGC TTGACTGTTC TTTACCATAC TGTTTAGCAG GAAACCAGTC TCAGTGTCCA    1980
ACTCTCTAAC CTTGGAACTG TGAGAACTCT GAGGACAAAG CAGCGGATAC AACCTCAAAA    2040
GACGTCTGTC TACATTGAAT TGGGTAAGGG TCTCAGGTTT TTTAAGTATT TAATAATAAT    2100
```

5,747,282

107                                                              108

-continued

```
TGCTGGATTC CTTATCTTAT AGTTTTGCCA AAAATCTTGG TCATAATTTG TATTTGTGGT   2160
AGGCAGCTTT GGGAAGTGAA TTTTATGAGC CCTATGGTGA GTTATAAAAA ATGTAAAAGA   2220
CGCAGTTCCC ACCTTGAAGA ATCTTACTTT AAAAAGGGAG CAAAAGAGGC CAGGCATGGT   2280
GGCTCACACC TGTAATCCCA GCACTTTGGG AGGCCAAAGT GGGTGGATCA CCTGAGGTCG   2340
GGAGTTCGAG ACCAGCCTAG CCAACATGGA GAAACTCTGT CTGTACCAAA AAATAAAAAA   2400
TTAGCCAGGT GTGGTGGCAC ATAACTGTAA TCCCAGCTAC TCGGGAGGCT GAGGCAGGAG   2460
AATCACTTGA ACCCGGGAGG TGGAGGTTGC GGTGAACCGA GATCGCACCA TTGCACTCCA   2520
GCCTGGGCAA AAATAGCGAA ACTCCATCTA AAAAAAAAA AGAGAGCAAA AGAAAGAMTM   2580
TCTGGTTTTA AMTMTGTGTA AATATGTTTT TGGAAAGATG GAGAGTAGCA ATAAGAAAAA   2640
ACATGGATGGA TTGCTACAGT ATTTAGTTCC AAGATAAATT GTACTAGATG AGGAAGCCTT   2700
TTAAGAAGAG CTGAATTGCC AGGCGCAGTG GCTCACGCCT GTAATCCCAG CACTTTGGGA   2760
GGCCGAGGTG GGCGGATCAC CTGAGGTCGG GAGTTCAAGA CCAGCCTGAC CAACATGGAG   2820
AAACCCCATC TCTACTAAAA AAAAAAAAAA AAAAATTAGC CGGGGTGGTG GCTTATGCCT   2880
GTAATCCCAG CTACTCAGGA GGCTGAGGCA GGAGAATCGC TTGAACCCAG GAAGCAGAGG   2940
TTGCAGTGAG CCAAGATCGC ACCATTGCAC TCCAGCCTAG GCAACAAGAG TGAAACTCCA   3000
TCTCAAAAA AAAAAAAAAG AGCTGAATCT TGGCTGGGCA GGATGGCTCG TGCCTGTAAT   3060
CCTAACGCTT TGGAAGACCG AGGCAGAAGG ATTGGTTGAG TCCACGAGTT TAAGACCAGC   3120
CTGGCCAACA TAGGGGAACC CTGTCTCTAT TTTTAAAATA ATAATACATT TTTGGCCGGT   3180
GCGGTGGCTC ATGCCTGTAA TCCCAATACT TTGGGAGGCT GAGGCAGGTA GATCACCTGA   3240
GGTCAGGAGTT CGAGACCAGC CTGGATAACC TGGTGAAACC CCTCTTTACT AAAAATACAA   3300
AAAAAAAAAA AAATTAGCTG GGTGTGGTAG CACATGCTTG TAATCCCAGC TACTTGGGAG   3360
GCTGAGGCAG GAGAATCGCT TGAACCAGGG AGGCGGAGGT TACAATGAGC CAACACTACA   3420
CCACTGCACT CCAGCCTGGG CAATAGAGTG AGACTGCATC TCAAAAAAAT AATAATTTTT   3480
AAAAATAATA AATTTTTTTA AGCTTATAAA AAGAAAGTT GAGGCCAGCA TAGTAGCTCA   3540
CATCTGTAAT CTCAGCAGTG GCAGAGGATT GCTTGAAGCC AGGAGTTTGA GACCAGCCTG   3600
GGCAACATGA CAAGACCTCA TCTCTACAAA AAAATTTCTT TTTTAAATTA GCTGGGTGTG   3660
GTGGTGTGCA TCTGTAGTCC CAGCTACTCA GGAGGCAGAG GTGAGTGGAT ACATTGAACC   3720
CAGGAGTTTG AGGCTGTAGT GAGCTATGAT CATGCCACTG CACTCCAACC TGGGTGACAG   3780
AGCAAGACCT CCAAAAAAA AAAAAAAGA GCTGCTGAGC TCAGAATTCA AACTGGGCTC   3840
TCAAATTGGA TTTTCTTTTA GAATATATTT ATAATTAAAA AGGATAGCCA TCTTTTGAGC   3900
TCCCAGGCAC CACCATCTAT TTATCATAAC ACTTACTGTT TTCCCCCCTT ATGATCATAA   3960
ATTCCTAGAC AACAGGCATT GTAAAAATAG TTATAGTAGT TGATATTTAG GAGCACTTAA   4020
CTATATTCCA GGCACTATTG TGCTTTTCTT GTATAACTCA TTAGATGCTT GTCAGACCTC   4080
TGAGATTGTT CCTATTATAC TTATTTTACA GATGAGAAAA TTAAGGCACA GAGAAGTTAT   4140
GAAATTTTTC CAAGGTATTA AACCTAGTAA GTGGCTGAGC CATGATTCAA ACCTAGGAAG   4200
TTAGATGTCA GAGCCTGTGC TTTTTTTTTG TTTTTGTTTT TGTTTTCAGT AGAAACGGGG   4260
GTCTCACTTT GTTGGCCAGG CTGGTCTTGA ACTCCTAACC TCAAATAATC CACCCATCTC   4320
GGCCTCCTCA AGTGCTGGGA TTACAGGTGA GAGCCACTGT GCCTGGCGAA GCCCATGCCT   4380
TTAACCACTT CTCTGTATTA CATACTAGCT TAACTAGCAT TGTACCTGCC ACAGTAGATG   4440
CTCAGTAAAT ATTTCTAGTT GAATATCTGT TTTTCAACAA GTACATTTTT TTAACCCTTT   4500
```

5,747,282

**109** **110**

-continued

```
TAATTAAGAA AACTTTTATT GATTTATTTT TTGGGGGGAA ATTTTTTAGG ATCTGATTCT    4560
TCTGAAGATA CCGTTAATAA GGCAACTTAT TGCAGGTGAG TCAAAGAGAA CCTTTGTCTA    4620
TGAAGCTGGT ATTTTCCTAT TTAGTTAATA TTAAGGATTG ATGTTTCTCT CTTTTTAAAA    4680
ATATTTTAAC TTTTATTTTA GGTTCAGGGA TGTATGTGCA GTTGTTATA TAGGTAAACA     4740
CACGACTTGG GATTTGGTGT ATAGATTTTT TTCATCATCC GGGTACTAAG CATACCCCAC    4800
AGTTTTTTGT TTGCTTTCTT TCTGAAATTC TCCCTCTTCC CACCTTCCTC CCTCAAGTAG    4860
GCTGGTGTTT CTCCAGACTA GAATCATGGT ATTGGAAGAA ACCTTAGAGA TCATCTAGTT    4920
TAGTTCTCTC ATTTTATAGT GGAGGAAATA CCCTTTTGT TTGTTGGATT TAGTTATTAG    4980
CACTGTCCAA AGGAATTTAG GATAAACAGTA GAACTCTGCA CATGCTTGCT TCTAGCAGAT    5040
TGTTCTCTAA GTTCCTCATA TACAGTAATA TTGACACAGC AGTAATTGTG ACTGATGAAA    5100
ATGTTCAAGG ACTTCATTTT CAACTCTTTC TTTCCTCTGT TCCTTATTTC CACATATCTC    5160
TCAAGCTTTG TCTGTATGTT ATATAATAAA CTACAAGCAA CCCCAACTAT GTTACCTACC    5220
TTCCTTAGGA ATTATTGCTT GACCCAGGTT TTTTTTTTTT TTTTTTTGGA GACGGGGTCT    5280
TGCCCTGTTG CCAGGATGGA GTGTAGTGGC GCCATCTCGG CTCACTGCAA TCTCCAACTC    5340
CCTGGTTCAA GCGATTCTCC TGTCTCAATC TCACGAGTAG CTGGGACTAC AGGTATACAC    5400
CACCACGCCC GGTTAATTGA CCATTCCATT TCTTCTTTC TCTCTTTTTT TTTTTTTTTT    5460
TTGAGACAGA GTCTTGCTCT GTTGCCCAGG CTGGAGTACA GAGGTGTGAT CTCACCTCTC    5520
CGCAACGTCT GCCTCCCAGG TTGAAGCCAT ACTCCTGCCT CAGCCTCTCT AGTAGCTGGG    5580
ACTACAGGCG CGCGCCCACCA CACCCGGCTA ATTTTTGTAT TTTTAGTAGA GATGGGGTTT    5640
CACCATGTTG GCCAGGCTGG TCTTGAACTC ATGACCTCAA GTGGTCCACC CGCCTCAGCC    5700
TCCCAAAGTG CTGGAATTAC AGGGTTGAGC CACCGTGCCC AGCAACCATT TCATTTCAAC    5760
TAGAAGTTTC TAAAGGAGAG AGCAGCTTTC ACTAACTAAA TAAGATTGGT CAGCTTTCTG    5820
TAATCGAAAG AGCTAAAATG TTTGATCTTG GTCATTTGAC AGTTCTGCAT ACATGTAACT    5880
AGTGTTTCTT ATTAGGACTC TGTCTTTTCC CTATAGTGTG GGAGATCAAG AATTGTTACA    5940
AATCACCCCT CAAGGAACCA GGGATGAAAT CAGTTTGGAT TCTGCAAAAA AGGGTAATGG    6000
CAAAGTTTGC CAACTTAACA GGCACTGAAA AGAGAGTGGG TAGATACAGT ACTGTAATTA    6060
GATTATTCTG AAGACCATTT GGGACCTTTA CAACCCACAA AATCTCTTGG CAGAGTTAGA    6120
GTATCATTCT CTGTCAAATG TCGTGGTATG GTCTGATAGA TTTAAATGGT ACTAGACTAA    6180
TGTACCTATA ATAAGACCTT CTTGTAACTG ATTGTTGCCC TTTCGCTTTT TTTTTTGTTT    6240
GTTTGTTTGT TTTTTTTTGA GATGGGGTCT CACTCTGTTG CCCAGGCTGG AGTGCAGTGA    6300
TGCAATCTTG GCTCACTGCA ACCTCCACCT CCAAAGGCTC AAGCTATCCT CCCACTTCAG    6360
CCTCCTGAGT AGCTGGGACT ACAGGCGCAT GCCACCACAC CCGGTTAATT TTTTGTGGTT    6420
TTATAGAGAT GGGGTTTCAC CATGTTACCG AGGCTGGTCT CAAACTCCTG GACTCAAGCA    6480
GTCTGCCCAC TTCAGCCTCC CAAAGTGCTG CAGTTACAGG CTTGAGCCAC TGTGCCTGGC    6540
CTGCCCTTTA CTTTTAATTG GTGTATTTGT GTTTCATCTT TTACCTACTG GTTTTTAAAT    6600
ATAGGGAGTG GTAAGTCTGT AGATAGAACA GAGTATTAAG TAGACTTAAT GGCCAGTAAT    6660
CTTTAGAGTA CATCAGAACC AGTTTTCTGA TGGCCAATCT GCTTTTAATT CACTCTTAGA    6720
CGTTAGAGAA ATAGGTGTGG TTTCTGCATA GGGAAAATTC TGAAATTAA                6769
```

( 2 ) INFORMATION FOR SEQ ID NO:21:

A000219

5,747,282

**111**

-continued

**112**

( i ) SEQUENCE CHARACTERISTICS:
    ( A ) LENGTH: 4249 base pairs
    ( B ) TYPE: nucleic acid
    ( C ) STRANDEDNESS: double
    ( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: DNA (genomic)

( i i i ) HYPOTHETICAL: NO

( i v ) ANTI-SENSE: NO

( v i ) ORIGINAL SOURCE:
    ( A ) ORGANISM: Homo sapiens

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:21:

```
GATCCTAAGT  GGAAATAATC  TAGGTAAATA  GGAATTAAAT  GAAAGAGTAT  GAGCTACATC       60

TTCAGTATAC  TTGGTAGTTT  ATGAGGTTAG  TTTCTCTAAT  ATAGCCAGTT  GGTTGATTTC      120

CACCTCCAAG  GTGTATGAAG  TATGTATTTT  TTTAATGACA  ATTCAGTTTT  TGAGTACCTT      180

GTTATTTTTG  TATATTTTCA  GCTGCTTGTG  AATTTTCTGA  GACGGATGTA  ACAAATACTG      240

AACATCATCA  ACCCAGTAAT  AATGATTTGA  ACACCACTGA  GAAGCGTGCA  GCTGAGAGGC      300

ATCCAGAAAA  GTATCAGGGT  AGTTCTGTTT  CAAACTTGCA  TGTGGAGCCA  TGTGGCACAA      360

ATACTCATGC  CAGCTCATTA  CAGCATGAGA  ACAGCAGTTT  ATTACTCACT  AAAGACAGAA      420

TGAATGTAGA  AAAGGCTGAA  TTCTGTAATA  AAAGCAAACA  GCCTGGCTTA  GCAAGGAGCC      480

AACATAACAG  ATGGGCTGGA  AGTAAGGAAA  CATGTAATGA  TAGGCGGACT  CCCAGCACAG      540

AAAAAAAGGT  AGATCTGAAT  GCTGATCCCC  TGTGTGAGAG  AAAAGAATGG  AATAAGCAGA      600

AACTGCCATG  CTCAGAGAAT  CCTAGAGATA  CTGAAGATGT  TCCTTGGATA  ACACTAAATA      660

GCAGCATTCA  GAAAGTTAAT  GAGTGGTTTT  CCAGAAGTGA  TGAACTGTTA  GGTTCTGATG      720

ACTCACATGA  TGGGGAGTCT  GAATCAAATG  CCAAAGTAGC  TGATGTATTG  GACGTTCTAA      780

ATGAGGTAGA  TGAATATTCT  GGTTCTTCAG  AGAAAATAGA  CTTACTGGCC  AGTGATCCTC      840

ATGAGGCTTT  AATATGTAAA  AGTGAAAGAG  TTCACTCCAA  ATCAGTAGAG  AGTAATATTG      900

AAGGCCAAAT  ATTTGGGAAA  ACCTATCGGA  AGAAGGCAAG  CCTCCCCAAC  TTAAGCCATG      960

TAACTGAAAA  TCTAATTATA  GGAGCATTTG  TTACTGAGCC  ACAGATAATA  CAAGAGCGTC     1020

CCCTCACAAA  TAAATTAAAG  CGTAAAAGGA  GACCTACATC  AGGCCTTCAT  CCTGAGGATT     1080

TTATCAAGAA  AGCAGATTTG  GCAGTTCAAA  AGACTCCTGA  AATGATAAAT  CAGGGAACTA     1140

ACCAAACGGA  GCAGAATGGT  CAAGTGATGA  ATATTACTAA  TAGTGGTCAT  GAGAATAAAA     1200

CAAAAGGTGA  TTCTATTCAG  AATGAGAAAA  ATCCTAACCC  AATAGAATCA  CTCGAAAAAG     1260

AATCTGCTTT  CAAAACGAAA  GCTGAACCTA  TAAGCAGCAG  TATAAGCAAT  ATGGAACTCG     1320

AATTAAATAT  CCACAATTCA  AAAGCACCTA  AAAAGAATAG  GCTGAGGAGG  AAGTCTTCTA     1380

CCAGGCATAT  TCATGCGCTT  GAACTAGTAG  TCAGTAGAAA  TCTAAGCCCA  CCTAATTGTA     1440

CTGAATTGCA  AATTGATAGT  TGTTCTAGCA  GTGAAGAGAT  AAAGAAAAAA  AAGTACAACC     1500

AAATGCCAGT  CAGGCACAGC  AGAAACCTAC  AACTCATGGA  AGGTAAAGAA  CCTGCAACTG     1560

GAGCCAAGAA  GAGTAACAAG  CCAAATGAAC  AGACAAGTAA  AAGACATGAC  AGCGATACTT     1620

TCCCAGAGCT  GAAGTTAACA  AATGCACCTG  GTTCTTTTAC  TAAGTGTTCA  AATACCAGTG     1680

AACTTAAAGA  ATTTGTCAAT  CCTAGCCTTC  CAAGAGAAGA  AAAAGAAGAG  AACTAGAAAC     1740

AGTTAAAGTG  TCTAATAATG  CTGAAGACCC  CAAAGATCTC  ATGTTAAGTG  GAGAAAGGGT     1800

TTTGCAAACT  GAAAGATCTG  TAGAGAGTAG  CAGTATTTCA  TTGGTACCTG  GTACTGATTA     1860

TGGCACTCAG  GAAAGTATCT  CGTTACTGGA  AGTTAGCACT  CTAGGGAAGG  CAAAAACAGA     1920
```

5,747,282

113                                                                                        114

-continued

```
ACCAAATAAA  TGTGTGAGTC  AGTGTGCAGC  ATTTGAAAAC  CCCAAGGGAC  TAATTCATGG  1980
TTGTTCCAAA  GATAATAGAA  ATGACACAGA  AGGCTTTAAG  TATCCATTGG  GACATGAAGT  2040
TAACCACAGT  CGGGAAACAA  GCATAGAAAT  GGAAGAAAGT  GAACTTGATG  CTCAGTATTT  2100
GCAGAATACA  TTCAAGGTTT  CAAAGCGCCA  GTCATTTGCT  CCGTTTTCAA  ATCCAGGAAA  2160
TGCAGAAGAG  GAATGTGCAA  CATTCTCTGC  CCACTCTGGG  TCCTTAAAGA  AACAAAGTCC  2220
AAAAGTCACT  TTTGAATGTG  AACAAAAGGA  AGAAAATCAA  GGAAAGAATG  AGTCTAATAT  2280
CAAGCCTGTA  CAGACAGTTA  ATATCACTGC  AGGCTTTCCT  GTGGTTGGTC  AGAAAGATAA  2340
GCCAGTTGAT  AATGCCAAAT  GTAGTATCAA  AGGAGGCTCT  AGGTTTTGTC  TATCATCTCA  2400
GTTCAGAGGC  AACGAAACTG  GACTCCATTAC  TCCAAATAAA  CATGGACTTT  TACAAAACCC  2460
ATATCGTATA  CCACCACTTT  TTCCCATCAA  GTCATTTGTT  AAAACTAAAT  GTAAGAAAAA  2520
TCTGCTAGAG  GAAAACTTTG  AGGAACATTC  AATGTCACCT  GAAAGAGAAA  TGGGAAATGA  2580
GAACATTCCA  AGTACAGTGA  GCACAATTAG  CCGTAATAAC  ATTAGAGAAA  ATGTTTTTAA  2640
AGAAGCCAGC  TCAAGCAATA  TTAATGAAGT  AGGTTCCAGT  ACTAATGAAG  TGGGCTCCAG  2700
TATTAATGAA  ATAGGTTCCA  GTGATGAAAA  CATTCAAGCA  GAACTAGGTA  GAAACAGAGG  2760
GCCAAAATTG  AATGCTATGC  TTAGATTAGG  GGTTTTGCAA  CCTGAGGTCT  ATAAACAAAG  2820
TCTTCCTGGA  AGTAATTGTA  AGCATCCTGA  AATAAAAAAG  CAAGAATATG  AAGAAGTAGT  2880
TCAGACTGTT  AATACAGATT  TCTCTCCATA  TCTGATTTCA  GATAACTTAG  AACAGCCTAT  2940
GGGAAGTAGT  CATGCATCTC  AGGTTTGTTC  TGAGCACACCT  GATGACCTGT  TAGATGATGG  3000
TGAAATAAAG  GAAGATACTA  GTTTTGCTGA  AAATGACATT  AAGGAAAGTT  CTGCTGTTTT  3060
TAGCAAAAGC  GTCCAGAAAG  GAGAGCTTAG  CAGGAGTCCT  AGCCCTTTCA  CCCATACACA  3120
TTTGGCTCAG  GGTTACCGAA  GAGGGGCCAA  GAAATTAGAG  TCCTCAGAAG  AGAACTTACT  3180
TAGTGAGGAT  GAAGAGCTTC  CCTGCTTCCA  ACACTTGTTA  TTTGGTAAAG  TAAACAATAT  3240
ACCTTCTCAG  TCTACTAGGC  ATAGCACCGT  TGCTACCGAG  TGTCGTCTA  AGAACACAGA  3300
GGAGAATTTA  TTATCATTGA  AGAATAGCTT  AAATGACTGC  AGTAACCAGG  TAATATTGGC  3360
AAAGGCATCT  CAGGAACATC  ACCTTAGTGA  GGAAACAAAA  TGTTCTGCTA  GCTTGTTTTC  3420
TTCACAGTGC  AGTGAATTGG  AAGACTTGAC  TGCAAATACA  AACACCCAGG  ATCCTTTCTT  3480
GATTGGTTCT  TCCAAACAAA  TGAAGGCATCA  GTCTGAAAGC  CAGGGAGTTG  GTCTGAGTGA  3540
CAAGGAATTG  GTTTCAGATG  ATGAAGAAAG  AGGAACGGGC  TTGGAAGAAA  ATAATCAAGA  3600
AGAGCAAAGC  ATGGATTCAA  ACTTAGGTAT  TGGAACCAGG  TTTTTGTGTT  TGCCCCAGTC  3660
TATTTATAGA  AGTGAGCTAA  ATGTTTATGC  TTTTGGGGAG  CACATTTTAC  AAAATTCCAA  3720
GTATAGTTAA  AGGAACTGCT  TCTTAAACTT  GAAACATGTT  CCTCCTAAGG  TGCTTTTCAT  3780
AGAAAAAAGT  CCTTCACACA  GCTAGGACGT  CATCTTTGAC  TGAATGAGCT  TTAACATCCT  3840
AATTACTGGT  GGACTTACTT  CTGGTTTCAT  TTTATAAAGC  AAATCCCGGT  GTCCCAAAGC  3900
AAGGAATTTA  ATCATTTTGT  GTGACATGAA  AGTAAATCCA  GTCTGCCAA  TGAGAAGAAA  3960
AAGCACAGC  AAGTTGCAGC  GTTTATAGTC  TGCTTTTACA  TCTGAACCTC  TGTTTTTGTT  4020
ATTTAAGGTG  AAGCAGCATC  TGGGTGTGAG  AGTGAAACAA  GCGTCTCTGA  AGACTGCTCA  4080
GGGCTATCCT  CTCAGAGTGA  CATTTTTAACC  ACTCAGGTAA  AAAGCGTGTG  TGTGTGTGCA  4140
CATGCGTGTG  TGTGGTGTCC  TTTGCATTCA  GTAGTATGTA  TCCCACATTC  TTAGGTTTGC  4200
TGACATCATC  TCTTTGAATT  AATGGCACAA  TTGTTTGTGG  TTCATTGTC            4249
```

5,747,282

**115**                                                   **116**

-continued

---

( 2 ) INFORMATION FOR SEQ ID NO:22:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 710 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: double
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( i v ) ANTI-SENSE: NO

    ( v ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:22:

```
NGNGAATGTA ATCCTAATAT TTCNCNCCNA CTTAAAAGAA TACCACTCCA ANGGCATCNC      60
AATACATCAA TCAATTGGGG AATTGGGGATT TTCCCTCNCT AACATCANTG GAATAATTTC    120
ATGGCATTAA TTGCATGAAT GTGGTTAGAT TAAAAGGTGT TCATGCTAGA ACTTGTAGTT    180
CCATACTAGG TGATTTCAAT TCCTGTGCTA AAATTTAATTT GTATGATATA TTNTCATTTA    240
ATGGAAAGCT TCTCAAAGTA TTTCATTTTC TTGGTACCAT TTATCGTTTT TGAAGCAGAG    300
GGATACCATG CAACATAACC TGATAAAGCT CCAGCAGGAA ATGGCTGAAC TAGAAGCTGT    360
GTTAGAACAG CATGGGAGCC AGCCTTCTAA CAGCTACCCT TCCATCATAA GTGACTCTTC    420
TGCCCTTGAG GACCTGCGAA ATCCAGAACA AAGCACATCA GAAAAAGGTG TGTATTGTTG    480
GCCAAACACT GATATCTTAA GCAAAATTCT TTCCTTCCCC TTTATCTCCT TCTGAAGAGT    540
AAGGACCTAG CTCCAACATT TTATGATCCT TGCTCAGCAC ATGGGTAATT ATGGAGCCTT    600
GGTTCTTGTC CCTGCTCACA ACTAATATAC CAGTCAGAGG GACCCAAGGC AGTCATTCAT    660
GTTGTCATCT GAGATACCTA CAACAAGTAG ATGCTATGGG GAGCCCATGG             710
```

( 2 ) INFORMATION FOR SEQ ID NO:23:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 473 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: double
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( i v ) ANTI-SENSE: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:23:

```
CCATTGGTGC TAGCATCTGT CTGTTGCATT GCTTGTGTTT ATAAAATTCT GCCTGATATA      60
CTTGTTAAAA ACCAATTTGT GTATCATAGA TTGATGCTTT TGAAAAAAAT CAGTATTCTA    120
ACCTGAATTA TCACTATCAG AACAAAGCAG TAAAGTAGAT TTGTTTTCTC ATTCCATTTA    180
AAGCAGTATT AACTTCACAG AAAAGTAGTG AATACCCTAT AAGCCAGAAT CCAGAAGGCC    240
TTTCTGCTGA CAAGTTTGAG GTGTCTGCAG ATAGTTCTAC CAGTAAAAAT AAAGAACCAG    300
GAGTGGAAAG GTAAGAAACA TCAATGTAAA GATGCTGTGG TATCTGACAT CTTTATTTAT    360
ATTGAACTCT GATTGTTAAT TTTTTTCACC ATACTTTCTC CAGTTTTTTT GCATACAGGC    420
ATTTATACAC TTTTATTGCT CTAGGATACT TCTTTTGTTT AATCCTATAT AGG          473
```

A000222

117                                          118

-continued

( 2 ) INFORMATION FOR SEQ ID NO:24:

   ( i ) SEQUENCE CHARACTERISTICS:
      ( A ) LENGTH: 421 base pairs
      ( B ) TYPE: nucleic acid
      ( C ) STRANDEDNESS: double
      ( D ) TOPOLOGY: linear

   ( i i ) MOLECULE TYPE: DNA (genomic)

   ( i i i ) HYPOTHETICAL: NO

   ( i v ) ANTI-SENSE: NO

   ( v i ) ORIGINAL SOURCE:
      ( A ) ORGANISM: Homo sapiens

   ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:24:

```
GGATAAGNTC AAGAGATATT TTGATAGGTG ATGCAGTGAT NAATTGNGAA AATTTNCTGC        60

CTGCTTTTAA TCTTCCCCCG TTCTTTCTTC CTNCCTCCCT CCCTTCCTNC CTCCCGTCCT       120

TNCCTTTCCT TTCCCTCCCT TCCNCCTTCT TTCCNTCTNT CTTTCCTTTC TTTCCTGTCT       180

ACCTTTCTTT CCTTCCTCCC TTCCTTTTCT TTTCTTTCTT TCCTTTCCTT TTCTTTCCTT       240

TCTTTCCTTT CCTTTCTTTC TTGACAGAGT CTTCCTCTGT CACTCAGGCT GGAGTGCAGT       300

GGCGTGATCT CGNCTCACTG CAACCTCTGT CTCCCAGGTT CAAGCAATTT TCCTGCCTCA       360

GCCTCCCGAG TAGCTGAGAT TACAGGCGCC AGCCACCACA CCCAGCTACT GACCTGCTTT       420

T                                                                      421
```

( 2 ) INFORMATION FOR SEQ ID NO:25:

   ( i ) SEQUENCE CHARACTERISTICS:
      ( A ) LENGTH: 997 base pairs
      ( B ) TYPE: nucleic acid
      ( C ) STRANDEDNESS: double
      ( D ) TOPOLOGY: linear

   ( i i ) MOLECULE TYPE: DNA (genomic)

   ( i i i ) HYPOTHETICAL: NO

   ( i v ) ANTI-SENSE: NO

   ( v i ) ORIGINAL SOURCE:
      ( A ) ORGANISM: Homo sapiens

   ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:25:

```
AAACAGCTGG GAGATATGGT GCCTCAGACC AACCCCATGT TATATGTCAA CCCTGACATA        60

TTGGCAGGCA ACATGAATCC AGACTTCTAG GCTGTCATGC GGGCTCTTTT TTGCCAGTCA       120

TTTCTGATCT CTCTGACATG AGCTGTTTCA TTTATGCTTT GGCTGCCCAG CAAGTATGAT       180

TTGTCCTTTC ACAATTGGTG GCGATGGTTT TCTCCTTCCA TTTATCTTTC TAGGTCATCC       240

CCTTCTAAAT GCCCATCATT AGATGATAGG TGGTACATGC ACAGTTGCTC TGGGAGTCTT       300

CAGAATAGAA ACTACCCATC TCAAGAGGAG GTCATTAAGG TTGTTGATGT GGAGGAGCAA       360

CAGCTGGAAG AGTCTGGGCC ACACGATTTG ACGGAAACAT CTTACTTGCC AAGGCAAGAT       420

CTAGGTAATA TTTCATCTGC TGTATTGGAA CAAACACT Y T GATTTTACTC TGAATCCTAC       480

ATAAAGATAT TCTGGTTAAC CAACTTTTAG ATGTATAGT CTATCATGGA CACTTTTGTT       540

ATACTTAATT AAGCCCACTT TAGAAAAATA GCTCAAGTGT TAATCAAGGT TTACTTGAAA       600

ATTATTGAAA CTGTTAATCC ATCTATATTT TAATTAATGG TTTAACTAAT GATTTTGAGG       660

ATGWGGGAGT CKTGGTGTAC TCTAMATGTA TTATTTCAGG CCAGGCATAG TGGCTCACGC       720

CTGGTAATCC CAGTA Y Y CMR GAGCCCGAGG CAGGTGGAGC CAGCTGAGGT CAGGAGTTCA       780
```

5,747,282

<table>
<tr><td>119</td><td></td><td>120</td></tr>
</table>

-continued

```
AGACCTGTCT TGGCCAACAT GGGNGAAACC CTGTCTTCTT CTTAAAAAAN ACAAAAAAAA    840

TTAACTGGGT TGTGCTTAGG TGNATGCCCC GNATCCTAGT TNTTCTTGNG GGTTGAGGGA    900

GGAGATCACN TTGGACCCCG GAGGGGNGGG TGGGGGNGAG CAGGNCAAAA CACNGACCCA    960

GCTGGGGTGG AAGGGAAGCC CACTCNAAAA AANNTTN                            997
```

( 2 ) INFORMATION FOR SEQ ID NO:26:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 639 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: double
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( i v ) ANTI-SENSE: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:26:

```
TTTTTAGGAA ACAAGCTACT TTGGATTTCC ACCAACACCT GTATTCATGT ACCCATTTTT     60

CTCTTAACCT AACTTTATTG GTCTTTTTAA TTCTTAACAG AGACCAGAAC TTTGTAATTC    120

AACATTCATC GTTGTGTAAA TTAAACTTCT CCCATTCCTT TCAGAGGGAA CCCCTTACCT    180

GGAATCTGGA ATCAGCCTCT TCTCTGATGA CCCTGAATCT GATCCTTCTG AAGACAGAGC    240

CCCAGAGTCA GCTCGTGTTG GCAACATACC ATCTTCAACC TCTGCATTGA AAGTTCCCCA    300

ATTGAAAGTT GCAGAATCTG CCCAGAGTCC AGCTGCTGCT CATACTACTG ATACTGCTGG    360

GTATAATGCA ATGGAAGAAA GTGTGAGCAG GGAGAAGCCA GAATTGACAG CTTCAACAGA    420

AAGGGTCAAC AAAAGAATGT CCATGGTGGT GTCTGGCCTG ACCCCAGAAG AATTTGTGAG    480

TGTATCCATA TGTATCTCCC TAATGACTAA GACTTAACAA CATTCTGGAA AGAGTTTTAT    540

GTAGGTATTG TCAATTAATA ACCTAGAGGA AGAAATCTAG AAAACAATCA CAGTTCTGTG    600

TAATTTAATT TCGATTACTA ATTTCTGAAA ATTTAGAA Y                         639
```

( 2 ) INFORMATION FOR SEQ ID NO:27:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 922 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: double
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( i v ) ANTI-SENSE: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:27:

```
NCCCNNCCCC CNAATCTGAA ATGGGGGTAA CCCCCCCCCA ACCGANACNT GGGTNGCNTA     60

GAGANTTTAA TGGCCCNTTC TGAGGNACAN AAGCTAAGC CAGGNGACGT GGANCNATGN    120

GTTGTTTNTT GTTTGGTTAC CTCCAGCCTG GGTGACAGAG CAAGACTCTG TCTAAAAAAA    180

AAAAAAAAAA AAATCGACTT TAAATAGTTC CAGGACACGT GTAGAACGTG CAGGATTGCT    240

ACGTAGGTAA ACATATGCCA TGGTGGGATA ACTAGTATTC TGAGCTGTGT GCTAGAGGTA    300
```

5,747,282

**121**                                                                    **122**

-continued

```
ACTCATGATA ATGGAATATT TGATTTAATT TCAGATGCTC GTGTACAAGT TTGCCAGAAA      360

ACACCACATC ACTTAACTA  ATCTAATTAC TGAAGAGACT ACTCATGTTG TTATGAAAAC      420

AGGTATACCA AGAACCTTTA CAGAATACCT TGCATCTGCT GCATAAAACC ACATGAGGCG      480

AGGCACGGTG GCGCATGCCT GTAATGCGAG CACTTTGGGA GGCCGAGGCG GGCAGATCAC      540

GAGGATTAGGA GATCGAGACC ATCCTGGCCA GCATGGTGAA ACCCCGTCTC TACTANNAAA      600

TGGNAAAATT ANCTGGGTGT GGTCGCGTGC NCCTGTAGTC CCAGCTACTC GTGAGGCTGA      660

GGCAGGAGAA TCACTTGAAC CGGGGAAATG GAGGTTTCAG TGAGCAGAGA TCATNCCCCT      720

NCATTCCAGC CTGGCGACAG AGCAAGGCTC CGTCNCCNAA AAAATAAAAA AAAACGTGAA      780

CAAATAAGAA TATTTGTTGA GCATAGCATG GATGATAGTC TTCTAATAGT CAATCAATTA      840

CTTTATGAAA GACAAATAAT AGTTTTGCTG CTTCCTTACC TCCTTTTGTT TTGGGTTAAG      900

ATTTGGAGTG TGGGCCAGGC AC                                                922
```

( 2 ) INFORMATION FOR SEQ ID NO:28:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 867 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: double
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( i v ) ANTI-SENSE: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:28:

```
GATCTATAGC TAGCCTTGGC GTCTAGAAGA TGGGTGTTGA GAAGAGGGAG TGGAAAGATA       60

TTTCCTCTGG TCTTAACTTC ATATGCAGCCT CCCCTAGACT TCCAAATATC CATACCTGCT     120

GGTTATAATT AGTGGTGTTT TCAGCCTCTG ATTCTGTCAC CAGGGGTTTT AGAATCATAA     180

ATCCAGATTG ATCTTGGGAG TGTAAAAAAC TGAGGCTCTT TAGCTTCTTA GGACAGCACT     240

TCCTGATTTT GTTTTCAACT TCTAATCCTT TGAGTGTTTT TCATTCTGCA GATGCTGAGT     300

TTGTGTGTGA ACGGACACTG AAATATTTTC TAGGAATTGC GGGAGGAAAA TGGGTAGTTA     360

GCTATTTCTG TAAGTATAAT ACTATTTCTC CCCTCCTCCC TTTAACACCT CAGAATTGCA     420

TTTTTACACC TAACATTTAA CACCTAAGGT TTTTGCTGAT GCTGAGTCTG AGTTACCAAA     480

AGGTCTTTAA ATTGTAATAC TAAACTACTT TTATCTTTAA TATCACTTTG TTCAAGATAA     540

GCTGGTGATG CTGGGAAAAT GGGTCTCTTT TATAACTAAT AGGACCTAAT CTGCTCCTAG     600

CAATGTTAGC ATATGAGCTA GGGATTTATT TAATAGTCGG CAGGAATCCA TGTGCARCAG     660

NCAAACTTAT AATGTTTAAA TTAAACATCA ACTCTGTCTC CAGAAGGAAA CTGCTGCTAC     720

AAGCCTTATT AAAGGGCTGT GGCTTTAGAG GGAAGGACCT CTCCTCTGTC ATTCTTCCTG     780

TGCTCTTTTG TGAATCGCTG ACCTCTCTAT CTCCGTGAAA AGAGCACGTT CTTCTGCTGT     840

ATGTAACCTG TCTTTTCTAT GATCTCT                                          867
```

( 2 ) INFORMATION FOR SEQ ID NO:29:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 561 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: double

5,747,282

-continued

---

      ( D ) TOPOLOGY: linear

   ( i i ) MOLECULE TYPE: DNA (genomic)

  ( i i i ) HYPOTHETICAL: NO

   ( i v ) ANTI-SENSE: NO

   ( v i ) ORIGINAL SOURCE:
      ( A ) ORGANISM: Homo sapiens

   ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:29:

```
NAAAAACGGG GNNGGGANTG GGCCTTAAAN CCAAAGGGCN AACTCCCCAA CCATTNAAAA        6 0

ANTGACNGGG GATTATTAAA ANCGGCGGGA AACATTTCAC NGCCCAACTA ATATTGTTAA        1 2 0

ATTAAAACCA CCACCNCTGC NCCAAGGAGG GAAACTGCTG CTACAAGCCT TATTAAAGGG        1 8 0

CTGTGGCTTT AGAGGGAAGG ACCTCTCCTC TGTCATTCTT CCTGTGCTCT TTTGTGAATC        2 4 0

GCTGACCTCT CTATGTCCGT GAAAAGAGCA CGTTCTTCGT CTGTATGTAA CCTGTCTTTT        3 0 0

CTATGATCTC TTTAGGGGTG ACCCAGTCTA TTAAAGAAAG AAAAATGCTG AATGAGGTAA        3 6 0

GTACTTGATG TTACAAACTA ACCAGAGATA TTCATTCAGT CATATAGTTA AAAATGTATT        4 2 0

TGCTTCCTTC CATCAATGCA CCACTTTCCT TAACAATGCA CAAATTTTCC ATGATAATGA        4 8 0

GGATCATCAA GAATTATGCA GGCCTGCACT GTGGCTCATA CCTATAATCC CAGCGCTTTG        5 4 0

GGAGGCTGAG GCGCTTGGAT C        5 6 1
```

( 2 ) INFORMATION FOR SEQ ID NO:30:

   ( i ) SEQUENCE CHARACTERISTICS:
      ( A ) LENGTH: 567 base pairs
      ( B ) TYPE: nucleic acid
      ( C ) STRANDEDNESS: double
      ( D ) TOPOLOGY: linear

   ( i i ) MOLECULE TYPE: DNA (genomic)

  ( i i i ) HYPOTHETICAL: NO

   ( i v ) ANTI-SENSE: NO

   ( v i ) ORIGINAL SOURCE:
      ( A ) ORGANISM: Homo sapiens

   ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:30:

```
AATTTTTTGT ATTTTTAGTA GAGATGAGGT TCACCATGTT GGTCTAGATC TGGTGTCGAA        6 0

CGTCCTGACC TCAAGTGATC TGCCAGCCTC AGTCTCCCAA AGTGCTAGGA TTACAGGGGT        1 2 0

GAGCCACTGC GCCTGGCCTG AATGCCTAAA ATATGACGTG TCTGCTCCAC TTCCATTGAA        1 8 0

GGAAGCTTCT CTTTCTCTTA TCCTGATGGG TTGTGTTTGG TTTCTTTCAG CATGATTTTG        2 4 0

AAGTCAGAGG AGATGTGGTC AATGGAAGAA ACCACCAGGG TCCAAAGCGA GCAAGAGAAT        3 0 0

CCCAGGACAG AAAGGTAAAG CTCCCTCCCT CAAGTTGACA AAAATCTCAC CCCACCACTC        3 6 0

TGTATTCCAC TCCCCTTTGC AGAGATGGGC CGCTTCATTT TGTAAGACTT ATTACATACA        4 2 0

TACACAGTGC TAGATACTTT CACACAGGTT CTTTTTTCAC TCTTCCATCC CAACCACATA        4 8 0

AATAAGTATT GTCTCTACTT TATGGATGAT AAAACTAAGA GATTTAGAGA GGCTGTGTAA        5 4 0

TTTGGATTCC CGTCTCGGGT TCAGATC        5 6 7
```

( 2 ) INFORMATION FOR SEQ ID NO:31:

   ( i ) SEQUENCE CHARACTERISTICS:
      ( A ) LENGTH: 633 base pairs
      ( B ) TYPE: nucleic acid
      ( C ) STRANDEDNESS: double

A000226

5,747,282

**125**                                                   **126**

-continued

```
                    ( D ) TOPOLOGY: linear

           ( i i ) MOLECULE TYPE: DNA (genomic)

          ( i i i ) HYPOTHETICAL: NO

           ( i v ) ANTI-SENSE: NO

           ( v i ) ORIGINAL SOURCE:
                    ( A ) ORGANISM: Homo sapiens

           ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:31:

TTGGCCTGAT  TGGTGACAAA  AGTGAGATGC  TCAGTCCTTG  AATGACAAAG  AATGCCTGTA        60

GAGTTGCAGG  TCCAACTACA  TATGCACTTC  AAGAAGATCT  TCTGAAATCT  AGTAGTGTTC        120

TGGACATTGG  ACTGCTTGTC  CCTGGGAAGT  AGCAGCAGAA  ATGATCGGTG  GTGAACAGAA        180

GAAAAAGAAA  AGCTCTTCCT  TTTTGAAAGT  CTGTTTTTTG  AATAAAAGCC  AATATTCTTT        240

TATAACTAGA  TTTTCCTTCT  CTCCATTCCC  CTGTCCCTCT  CTCTTCCTCT  CTTCTTCCAG        300

ATCTTCAGGG  GGCTAGAAAT  CTGTTGCTAT  GGGCCCTTCA  CCAACATGCC  CACAGGTAAG        360

AGCCTGGGAG  AACCCCAGAG  TTCCAGCACC  AGCCTTTGTC  TTACATAGTG  GAGTATTATA        420

AGCAAGGTCC  CACGATGGGG  GTTCCTCAGA  TTGCTGAAAT  GTTCTAGAGG  CTATTCTATT        480

TCTCTACCAC  TCTCCAAACA  AAACAGCACC  TAAATGTTAT  CCTATGGCAA  AAAAAAACTA        540

TACCTTGTCC  CCCTTCTCAA  GAGCATGAAG  GTGGTTAATA  GTTAGGGATTC  AGTATGTTAT       600

GTGTTCAGAT  GGCGTTGAGC  TGCTGTTAGT  GCC                                       633


( 2 ) INFORMATION FOR SEQ ID NO:32:

           ( i ) SEQUENCE CHARACTERISTICS:
                    ( A ) LENGTH: 470 base pairs
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: double
                    ( D ) TOPOLOGY: linear

           ( i i ) MOLECULE TYPE: DNA (genomic)

          ( i i i ) HYPOTHETICAL: NO

           ( i v ) ANTI-SENSE: NO

           ( v i ) ORIGINAL SOURCE:
                    ( A ) ORGANISM: Homo sapiens

           ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:32:

TTTGAGAGAC  TATCAAACCT  TATACCAAGT  GGCCTTATGG  AGACTGATAA  CCAGAGTACA        60

TGGCATATCA  GTGGCAAATT  GACTTAAAAT  CCATACCCCT  ACTATTTTAA  GACCATTGTC        120

CTTTGGAGCA  GAGAGACAGA  CTCTCCCATT  GAGAGGTCTT  GCTATAAGCC  TTCATCCGGA        180

GAGTGTAGGG  TAGAGGGCCT  GGGTTAAGTA  TGCAGATTAC  TGCAGTGATT  TTACATGTAA        240

ATGTCCATTT  TAGATCAACT  GGAATGGATG  GTACAGCTGT  GTGGTGCTTC  TGTGGTGAAG        300

GAGCTTTCAT  CATTCACCCT  TGGCACAGTA  AGTATTGGGT  GCCCTGTCAG  TGTGGGAGGA        360

CACAATATTC  TCTCCTGTGA  GCAAGACTGG  CACCTGTCAG  TCCCTATGGA  TGCCCCTACT        420

GTAGCCTCAG  AAGTCTTCTC  TGCCCACATA  CCTGTGCCAA  AAGACTCCAT                     470


( 2 ) INFORMATION FOR SEQ ID NO:33:

           ( i ) SEQUENCE CHARACTERISTICS:
                    ( A ) LENGTH: 517 base pairs
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: double
                    ( D ) TOPOLOGY: linear
```

5,747,282

-continued

( i i ) MOLECULE TYPE: DNA (genomic)

( i i i ) HYPOTHETICAL: NO

( i v ) ANTI-SENSE: NO

( v i ) ORIGINAL SOURCE:
    ( A ) ORGANISM: Homo sapiens

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:33:

```
GGTGGTACGT GTCTGTAGTT CCAGCTACTT GGGAGGCTGA GATGGAAGGA TTGCTTGAGC        60

CCAGGAGGCA GAGGTGGNAN NTTACGCTGA GATCACACCA CTGCACTCCA GCCTGGGTGA       120

CAGAGCAAGA CCCTGTCTCA AAAACAAACA AAAAAATGA TGAAGTGACA GTTCCAGTAG       180

TCCTACTTTG ACACTTTGAA TGCTCTTTCC TTCCTGGGGA TCCAGGGTGT CCACCCAATT       240

GTGGTTGTGC AGCCAGATGC CTGGACAGAG GACAATGGCT TCCATGGTAA GGTGCCTCGC       300

ATGTACCTGT GCTATTAGTG GGGTCCTTGT GCATGGGTTT GGTTTATCAC TCATTACCTG       360

GTGCTTGAGT AGCACAGTTC TTGGCACATT TTTAAATATT TGTTGAATGA ATGGCTAAAA       420

TGTCTTTTTG ATGTTTTTAT TGTTATTTGT TTTATATTGT AAAAGTAATA CATGAACTGT       480

TTCCATGGGG TGGGAGTAAG ATATGAATGT TCATCAC                                517
```

( 2 ) INFORMATION FOR SEQ ID NO:34:

    ( i ) SEQUENCE CHARACTERISTICS:
      ( A ) LENGTH: 434 base pairs
      ( B ) TYPE: nucleic acid
      ( C ) STRANDEDNESS: double
      ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( i v ) ANTI-SENSE: NO

    ( v i ) ORIGINAL SOURCE:
      ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:34:

```
CAGTAATCCT NAGAACTCAT ACGACCGGGC CCCTGGAGTC GNTGNTTNGA GCCTAGTCCN        60

GGAGAATGAA TTGACACTAA TCTCTGCTTG TGTTCTCTGT CTCCAGCAAT TGGGCAGATG       120

TGTGAGGCAC CTGTGGTGAC CCGAGAGTGG GTGTTGGACA GTGTAGCACT CTACCAGTGC       180

CAGGAGCTGG ACACCTACCT GATACCCCAG ATCCCCCACA GCCACTACTG ACTGCAGCCA       240

GCCACAGGTA CAGAGCCACA GGACCCCAAG AATGAGCTTA CAAGTGGCC TTTCCAGGCC       300

CTGGGAGCTC CTCTCACTCT TCAGTCCTTC TACTGTCCTG GCTACTAAAT ATTTTATGTA       360

CATCAGCCTG AAAAGGACTT CTGGCTATGC AAGGGTCCCT TAAAGATTTT CTGCTTGAAG       420

TCTCCCTTGG AAAT                                                         434
```

( 2 ) INFORMATION FOR SEQ ID NO:35:

    ( i ) SEQUENCE CHARACTERISTICS:
      ( A ) LENGTH: 30 base pairs
      ( B ) TYPE: nucleic acid
      ( C ) STRANDEDNESS: single
      ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
      ( A ) ORGANISM: Homo sapiens

5,747,282

-continued

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:35:

G A T A A A T T A A  A A C T G C G A C T  G C G C G G C G T G                                          3 0

( 2 ) INFORMATION FOR SEQ ID NO:36:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 30 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:36:

G T A G T A G A G T  C C C G G G A A A G  G G A C A G G G G G                                          3 0

( 2 ) INFORMATION FOR SEQ ID NO:37:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 30 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:37:

A T A T A T A T A T  G T T T T C T A A  T G T G T T A A A G                                          3 0

( 2 ) INFORMATION FOR SEQ ID NO:38:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 30 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:38:

G T A A G T C A G C  A C A A G A G T G T  A T T A A T T T G G                                          3 0

( 2 ) INFORMATION FOR SEQ ID NO:39:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 30 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

5,747,282

<table>
<tr><td>131</td><td>132</td></tr>
</table>

-continued

---

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:39:

TTTCTTTTTC TCCCCCCCCT ACCCTGCTAG                                      3 0

( 2 ) INFORMATION FOR SEQ ID NO:40:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 30 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:40:

GTAAGTTTGA ATGTGTTATG TGGCTCCATT                                      3 0

( 2 ) INFORMATION FOR SEQ ID NO:41:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 30 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:41:

AGCTACTTTT TTTTTTTTTT TTTGAGACAG                                      3 0

( 2 ) INFORMATION FOR SEQ ID NO:42:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 30 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:42:

GTAAGTGCAC ACCACCATAT CCAGCTAAAT                                      3 0

( 2 ) INFORMATION FOR SEQ ID NO:43:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 30 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

5,747,282

-continued

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:43:

A A T T G T T C T T   T C T T T C T T T A   T A A T T T A T A G                    30

( 2 ) INFORMATION FOR SEQ ID NO:44:

    ( i ) SEQUENCE CHARACTERISTICS:
      ( A ) LENGTH: 30 base pairs
      ( B ) TYPE: nucleic acid
      ( C ) STRANDEDNESS: single
      ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
      ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:44:

G T A T A T A A T T   T G G T A A T G A T   G C T A G G T T G G                    30

( 2 ) INFORMATION FOR SEQ ID NO:45:

    ( i ) SEQUENCE CHARACTERISTICS:
      ( A ) LENGTH: 30 base pairs
      ( B ) TYPE: nucleic acid
      ( C ) STRANDEDNESS: single
      ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
      ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:45:

G A G T G T G T T T   C T C A A A C A A T   T T A A T T T C A G                    30

( 2 ) INFORMATION FOR SEQ ID NO:46:

    ( i ) SEQUENCE CHARACTERISTICS:
      ( A ) LENGTH: 30 base pairs
      ( B ) TYPE: nucleic acid
      ( C ) STRANDEDNESS: single
      ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
      ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:46:

G T A A G T G T T G   A A T A T C C C A A   G A A T G A C A C T                    30

( 2 ) INFORMATION FOR SEQ ID NO:47:

    ( i ) SEQUENCE CHARACTERISTICS:
      ( A ) LENGTH: 30 base pairs
      ( B ) TYPE: nucleic acid
      ( C ) STRANDEDNESS: single
      ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
      ( A ) ORGANISM: Homo sapiens

5,747,282

**135**                                                                 **136**

-continued

---

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:47:

A A A C A T A A T G   T T T T C C C T T G   T A T T T T A C A G                          3 0

( 2 ) INFORMATION FOR SEQ ID NO:48:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 30 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

  ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:48:

G T A A A A C C A T   T T G T T T T C T T   C T T C T T C T T C                          3 0

( 2 ) INFORMATION FOR SEQ ID NO:49:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 30 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

  ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:49:

T G C T T G A C T G   T T C T T T A C C A   T A C T G T T T A G                          3 0

( 2 ) INFORMATION FOR SEQ ID NO:50:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 30 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

  ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:50:

G T A A G G G T C T   C A G G T T T T T T   A A G T A T T T A A                          3 0

( 2 ) INFORMATION FOR SEQ ID NO:51:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 30 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

  ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

5,747,282

-continued

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:51:

TGATTTATTT TTTGGGGGGA AATTTTTTAG                                30

( 2 ) INFORMATION FOR SEQ ID NO:52:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 30 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:52:

GTGAGTCAAA GAGAACCTTT GTCTATGAAG                                30

( 2 ) INFORMATION FOR SEQ ID NO:53:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 30 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:53:

TCTTATTAGG ACTCTGTCTT TTCCCTATAG                                30

( 2 ) INFORMATION FOR SEQ ID NO:54:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 30 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:54:

GTAATGGCAA AGTTTGCCAA CTTAACAGGC                                30

( 2 ) INFORMATION FOR SEQ ID NO:55:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 30 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

5,747,282

-continued

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:55:

GAGTACCTTG TTATTTTGT ATATTTTCAG                                    3 0

( 2 ) INFORMATION FOR SEQ ID NO:56:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 30 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:56:

GTATTGGAAC CAGGTTTTTG TGTTTGCCCC                                    3 0

( 2 ) INFORMATION FOR SEQ ID NO:57:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 30 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:57:

ACATCTGAAC CTCTGTTTTT GTTATTTAAG                                    3 0

( 2 ) INFORMATION FOR SEQ ID NO:58:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 30 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:58:

AGGTAAAAAG CGTGTGTGTG TGTGCACATG                                    3 0

( 2 ) INFORMATION FOR SEQ ID NO:59:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 30 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

5,747,282

**141**                                      **142**

-continued

---

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:59:

CATTTCTTG GTACCATTTA TCGTTTTTGA                                    3 0

( 2 ) INFORMATION FOR SEQ ID NO:60:

    ( i ) SEQUENCE CHARACTERISTICS:
       ( A ) LENGTH: 30 base pairs
       ( B ) TYPE: nucleic acid
       ( C ) STRANDEDNESS: single
       ( D ) TOPOLOGY: linear

   ( i i ) MOLECULE TYPE: DNA (genomic)

  ( i i i ) HYPOTHETICAL: NO

   ( v i ) ORIGINAL SOURCE:
       ( A ) ORGANISM: Homo sapiens

   ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:60:

GTGTGTATTG TTGGCCAAAC ACTGATATCT                                    3 0

( 2 ) INFORMATION FOR SEQ ID NO:61:

    ( i ) SEQUENCE CHARACTERISTICS:
       ( A ) LENGTH: 30 base pairs
       ( B ) TYPE: nucleic acid
       ( C ) STRANDEDNESS: single
       ( D ) TOPOLOGY: linear

   ( i i ) MOLECULE TYPE: DNA (genomic)

  ( i i i ) HYPOTHETICAL: NO

   ( v i ) ORIGINAL SOURCE:
       ( A ) ORGANISM: Homo sapiens

   ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:61:

AGTAGATTTG TTTTCTCATT CCATTTAAAG                                    3 0

( 2 ) INFORMATION FOR SEQ ID NO:62:

    ( i ) SEQUENCE CHARACTERISTICS:
       ( A ) LENGTH: 30 base pairs
       ( B ) TYPE: nucleic acid
       ( C ) STRANDEDNESS: single
       ( D ) TOPOLOGY: linear

   ( i i ) MOLECULE TYPE: DNA (genomic)

  ( i i i ) HYPOTHETICAL: NO

   ( v i ) ORIGINAL SOURCE:
       ( A ) ORGANISM: Homo sapiens

   ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:62:

GTAAGAAACA TCAATGTAAA GATGCTGTGG                                    3 0

( 2 ) INFORMATION FOR SEQ ID NO:63:

    ( i ) SEQUENCE CHARACTERISTICS:
       ( A ) LENGTH: 30 base pairs
       ( B ) TYPE: nucleic acid
       ( C ) STRANDEDNESS: single
       ( D ) TOPOLOGY: linear

   ( i i ) MOLECULE TYPE: DNA (genomic)

  ( i i i ) HYPOTHETICAL: NO

   ( v i ) ORIGINAL SOURCE:
       ( A ) ORGANISM: Homo sapiens

5,747,282

**143**                                **144**

-continued

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:63:

ATGGTTTTCT CCTTCCATTT ATCTTTCTAG          30

( 2 ) INFORMATION FOR SEQ ID NO:64:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 30 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:64:

GTAATATTTC ATCTGCTGTA TTGGAACAAA          30

( 2 ) INFORMATION FOR SEQ ID NO:65:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 30 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:65:

TGTAAATTAA ACTTCTCCCA TTCCTTTCAG          30

( 2 ) INFORMATION FOR SEQ ID NO:66:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 30 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:66:

GTGAGTGTAT CCATATGTAT CTCCCTAATG          30

( 2 ) INFORMATION FOR SEQ ID NO:67:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 30 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

A000236

5,747,282

**145**                                                          **146**

-continued

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:67:

A T G A T A A T G G   A A T A T T T G A T   T T A A T T T C A G                                    3 0

( 2 ) INFORMATION FOR SEQ ID NO:68:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 30 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:68:

G T A T A C C A A G   A A C C T T T A C A   G A A T A C C T T G                                    3 0

( 2 ) INFORMATION FOR SEQ ID NO:69:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 30 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:69:

C T A A T C C T T T   G A G T G T T T T T   C A T T C T G C A G                                    3 0

( 2 ) INFORMATION FOR SEQ ID NO:70:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 30 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:70:

G T A A G T A T A A   T A C T A T T T C T   C C C C T C C T C C                                    3 0

( 2 ) INFORMATION FOR SEQ ID NO:71:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 30 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

5,747,282

147 148

-continued

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:71:

TGTAACCTGT CTTTTCTATG ATCTCTTTAG 30

( 2 ) INFORMATION FOR SEQ ID NO:72:

    ( i ) SEQUENCE CHARACTERISTICS:
      ( A ) LENGTH: 30 base pairs
      ( B ) TYPE: nucleic acid
      ( C ) STRANDEDNESS: single
      ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
      ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:72:

GTAAGTACTT GATGTTACAA ACTAACCAGA 30

( 2 ) INFORMATION FOR SEQ ID NO:73:

    ( i ) SEQUENCE CHARACTERISTICS:
      ( A ) LENGTH: 30 base pairs
      ( B ) TYPE: nucleic acid
      ( C ) STRANDEDNESS: single
      ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
      ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:73:

TCCTGATGGG TTGTGTTTGG TTTCTTTCAG 30

( 2 ) INFORMATION FOR SEQ ID NO:74:

    ( i ) SEQUENCE CHARACTERISTICS:
      ( A ) LENGTH: 30 base pairs
      ( B ) TYPE: nucleic acid
      ( C ) STRANDEDNESS: single
      ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
      ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:74:

GTAAAGCTCC CTCCCTCAAG TTGACAAAAA 30

( 2 ) INFORMATION FOR SEQ ID NO:75:

    ( i ) SEQUENCE CHARACTERISTICS:
      ( A ) LENGTH: 30 base pairs
      ( B ) TYPE: nucleic acid
      ( C ) STRANDEDNESS: single
      ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
      ( A ) ORGANISM: Homo sapiens

5,747,282

**149**                                                    **150**

-continued

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:75:

CTGTCCCTCT CTCTTCCTCT CTTCTTCCAG                                    3 0

( 2 ) INFORMATION FOR SEQ ID NO:76:

  ( i ) SEQUENCE CHARACTERISTICS:
    ( A ) LENGTH: 30 base pairs
    ( B ) TYPE: nucleic acid
    ( C ) STRANDEDNESS: single
    ( D ) TOPOLOGY: linear

  ( i i ) MOLECULE TYPE: DNA (genomic)

  ( i i i ) HYPOTHETICAL: NO

  ( v i ) ORIGINAL SOURCE:
    ( A ) ORGANISM: Homo sapiens

  ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:76:

GTAAGAGCCT GGGAGAACCC CAGAGTTCCA                                    3 0

( 2 ) INFORMATION FOR SEQ ID NO:77:

  ( i ) SEQUENCE CHARACTERISTICS:
    ( A ) LENGTH: 30 base pairs
    ( B ) TYPE: nucleic acid
    ( C ) STRANDEDNESS: single
    ( D ) TOPOLOGY: linear

  ( i i ) MOLECULE TYPE: DNA (genomic)

  ( i i i ) HYPOTHETICAL: NO

  ( v i ) ORIGINAL SOURCE:
    ( A ) ORGANISM: Homo sapiens

  ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:77:

AGTGATTTTA CATGTAAATG TCCATTTTAG                                    3 0

( 2 ) INFORMATION FOR SEQ ID NO:78:

  ( i ) SEQUENCE CHARACTERISTICS:
    ( A ) LENGTH: 30 base pairs
    ( B ) TYPE: nucleic acid
    ( C ) STRANDEDNESS: single
    ( D ) TOPOLOGY: linear

  ( i i ) MOLECULE TYPE: DNA (genomic)

  ( i i i ) HYPOTHETICAL: NO

  ( v i ) ORIGINAL SOURCE:
    ( A ) ORGANISM: Homo sapiens

  ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:78:

GTAAGTATTG GGTGCCCTGT CAGTGTGGGA                                    3 0

( 2 ) INFORMATION FOR SEQ ID NO:79:

  ( i ) SEQUENCE CHARACTERISTICS:
    ( A ) LENGTH: 30 base pairs
    ( B ) TYPE: nucleic acid
    ( C ) STRANDEDNESS: single
    ( D ) TOPOLOGY: linear

  ( i i ) MOLECULE TYPE: DNA (genomic)

  ( i i i ) HYPOTHETICAL: NO

  ( v i ) ORIGINAL SOURCE:
    ( A ) ORGANISM: Homo sapiens

**A000239**

5,747,282

**151**                                                    **152**

-continued

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:79:

TTGAATGCTC TTTCCTTCCT GGGGATCCAG                                    30

( 2 ) INFORMATION FOR SEQ ID NO:80:

    ( i ) SEQUENCE CHARACTERISTICS:
      ( A ) LENGTH: 30 base pairs
      ( B ) TYPE: nucleic acid
      ( C ) STRANDEDNESS: single
      ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
      ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:80:

GTAAGGTGCC TCGCATGTAC CTGTGCTATT                                    30

( 2 ) INFORMATION FOR SEQ ID NO:81:

    ( i ) SEQUENCE CHARACTERISTICS:
      ( A ) LENGTH: 30 base pairs
      ( B ) TYPE: nucleic acid
      ( C ) STRANDEDNESS: single
      ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
      ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:81:

CTAATCTCTG CTTGTGTTCT CTGTCTCCAG                                    30

( 2 ) INFORMATION FOR SEQ ID NO:82:

    ( i ) SEQUENCE CHARACTERISTICS:
      ( A ) LENGTH: 42 amino acids
      ( B ) TYPE: amino acid
      ( C ) STRANDEDNESS:
      ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
      ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:82:

Cys Pro Ile Cys Leu Glu Leu Ile Lys Glu Pro Val Ser Thr Lys Cys
1                   5                   10                  15

Asp His Ile Phe Cys Lys Phe Cys Met Leu Lys Leu Leu Asn Gln Lys
                20                  25                  30

Lys Gly Pro Ser Gln Cys Pro Leu Cys Lys
        35                  40

( 2 ) INFORMATION FOR SEQ ID NO:83:

    ( i ) SEQUENCE CHARACTERISTICS:
      ( A ) LENGTH: 45 amino acids
      ( B ) TYPE: amino acid
      ( C ) STRANDEDNESS:
      ( D ) TOPOLOGY: linear

5,747,282

153        154

-continued

```
( i i ) MOLECULE TYPE: peptide

( i i i ) HYPOTHETICAL: NO

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:83:

    Cys Pro Ile Cys Leu Glu Leu Leu Lys Glu Pro Val Ser Ala Asp Cys
    1               5                   10                  15

    Asn His Ser Phe Cys Arg Ala Cys Ile Thr Leu Asn Tyr Glu Ser Asn
                20                  25                  30

    Arg Asn Thr Asp Gly Lys Gly Asn Cys Pro Val Cys Arg
            35                  40                  45


( 2 ) INFORMATION FOR SEQ ID NO:84:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 41 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS:
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( i i i ) HYPOTHETICAL: NO

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:84:

    Cys Pro Ile Cys Leu Asp Met Leu Lys Asn Thr Met Thr Thr Lys Glu
    1               5                   10                  15

    Cys Leu His Arg Phe Cys Ser Asp Cys Ile Val Thr Ala Leu Arg Ser
                20                  25                  30

    Gly Asn Lys Glu Cys Pro Thr Cys Arg
            35                  40


( 2 ) INFORMATION FOR SEQ ID NO:85:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 42 amino acids
        ( B ) TYPE: amino acid
        ( C ) STRANDEDNESS:
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: peptide

    ( i i i ) HYPOTHETICAL: NO

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:85:

    Cys Pro Val Cys Leu Gln Tyr Phe Ala Glu Pro Met Met Leu Asp Cys
    1               5                   10                  15

    Gly His Asn Ile Cys Cys Ala Cys Leu Ala Arg Cys Trp Gly Thr Ala
                20                  25                  30

    Cys Thr Asn Val Ser Cys Pro Gln Cys Arg
            35                  40
```

What is claimed is:

1. An isolated DNA coding for a BRCA1 polypeptide, said polypeptide having the amino acid sequence set forth in SEQ ID NO:2.

2. The isolated DNA of claim 1, wherein said DNA has the nucleotide sequence set forth in SEQ ID NO:1.

3. The isolated DNA of claim 1 which contains BRCA1 regulatory sequences.

4. The isolated DNA of claim 2 which contains BRCA1 regulatory sequences.

5. An isolated DNA having at least 15 nucleotides of the DNA of claim 1.

6. An isolated DNA having at least 15 nucleotides of the DNA of claim 2.

7. An isolated DNA selected from the group consisting of:
(a) a DNA having the nucleotide sequence set forth in SEQ ID NO:1 having T at nucleotide position 4056;
(b) a DNA having the nucleotide sequence set forth in SEQ ID NO:1 having an extra C at nucleotide position 5385;
(c) a DNA having the nucleotide sequence set forth in SEQ ID NO:1 having G at nucleotide position 5443; and, (d) a DNA having the nucleotide sequence set forth in SEQ ID NO:1 having 11 base pairs at nucleotide positions 189–199 deleted.

5,747,282

155

**8.** A replicative cloning vector which comprises the isolated DNA of claim **1** or parts thereof and a replicon operative in a host cell.

**9.** A replicative cloning vector which comprises the isolated DNA of claim **2** or parts thereof and a replicon operative in a host cell.

**10.** An expression system which comprises the isolated DNA of claim **1** or parts thereof operably linked to suitable control sequences.

**11.** An expression system which comprises the isolated DNA of claim **2** or parts thereof operably linked to suitable control sequences.

**12.** Host cells transformed with the expression system of claim **10.**

**13.** Host cells transformed with the expression system of claim **11.**

**14.** A method of producing BRCA1 polypeptide which comprises culturing the cells of claim **12** under conditions effective for the production of saod BRCA1 polypeptide and harvesting the BRCA1 polypeptide.

**15.** A method of producing BRCA1 polypeptide which comprises culturing the cells of claim **13** under conditions effective for the producton of said BRCA1 polypeptide and harvesting the BRCA1 polypeptide.

**16.** A pair of single-stranded DNA primers for determination of a nuycleotide sequence of a BRCA1 gene by a polymerase chin reaction, the sequence of said primers being derived from human chromosomne 17q, wherein the use of said primers in a polymerase chain reaction results in the synthesis of DNA having all or part of the sequence of the BRCA1 gene.

156

**17.** The pair of primers of claim **16** wherin said BRCA1 gene has the nucleotide sequence set forth in SEQ ID NO:1.

**18.** A kit for detecting mutations in the BRCA1 gene resulting in a susceptibility to breast and ovariann cancers comprising at least one oligonucleotide prime specific for a BRCA1 gene mutation and instructions relatiing to detectiong mutations in the BRCA1 gene.

**19.** A kit for detecting mutations in the BRCA1 gene resulting in a sisceptibility to breast and ovarian cancers comprising at least one allele-specific oligimucleotide probe for a BRCA1 gene mutation and instructions relating to detecting mutations in the BRCA1 gene.

**20.** A method for screening potential cancer therapeutics which comprises: growing a transformed eukaryotic host cell containing an altered BRCA1 gene causing cancer in the presence of a compound suspected of being a cancer therapeutic, growing said transformed eukaryotic host cell in the absence of said compound, determining the rate of growth of said host cell in the presence of said compound and the rate of growth of said host cell in the absence of said compound and comparing the growth rate of said host cells, wherein a slower rate of growth of said host cell in the presence of said compound is indicative of a cancer therapeutic.

\*    \*    \*    \*    \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   : 5,747,282                                    Page 1 of 6
DATED        : May 5, 1998
INVENTOR(S)  : Mark H. Skolnick et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title page,
Please add the following references:
--

### U.S. PATENT DOCUMENTS

5,236,844        08/1993          Basset et al.

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 518 650 | 12/1992 | European Patent Office |
| 91/09964 | 07/1991 | WO |
| 92/00311 | 01/1992 | WO |
| 92/11874 | 07/1992 | WO |
| 94/00764 | 01/1994 | WO |
| 95/19369 | 07/1995 | WO |

### PUBLICATIONS

Castilla, L.H. et al. (1994). "Mutations in the BRCA 1 gene in families with early-onset breast and ovarian cancer," *Nature Genetics* 8:87-391.

Friedman, L.S. et al. (1994). "Confirmation of BRCA 1 by analysis of germline mutations linked to breast and ovarian cancer in ten families," *Nature Genetics* 8:399-404.

Goldgar, D.E. et al. (1994). "A Large Kindred With 17q-Linked Breast and Ovarian Cancer: Genetic, Pheotypic, and Genealogical Analysis," *J. Natl. Caner Institute* 86:200-209.

Liang P. et al. (1992). "Differential Display and Cloning of Messenger RNAs from Human Breast Cancer versus Mammary Epithelial Cells," *Caner Researh* 52:6966-6968.

Neuhausen, S.L. et al. (1994). "A P1-based physical map of the region from D17S776 to D17378 containing the breast cancer susceptibility gene BRCA1," *Hum. Mol. Gen.* 3:1919-1926.

Sato, T. et al. (1992). " The Human Prohibitin Gene Located on Chromosome 17q21 is Mutated in Sporadic Breast Cancer," *Cancer Research* 52:1543-1646.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 5,747,282                                    Page 2 of 6
DATED           : May 5, 1998
INVENTOR(S)  : Mark. H. Skolnick et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Stampfer, M.R. et al. (1993). "Culture Systems for Study of Human Mammary Epithelial Cell Proliferation, Differentiation and Transformation," *Cancer Surveys* 18:7-34.

Wooster, R. et al. (1994). "Localization of a Breast Cancer Susceptibility Gene, BRCA2, to Chromosome 13q12-13," *Science* 265:2088-2090.

Albertsen, H., et al. (1994). "Genetic Mapping of the BRCA1 Region on Chromosome 17q21," *Am. J. Hum. Genet.* 54:516-525.

Anderson, D.E. (1972). "A Genetic Study of Human Breast Cancer," *J. Natl. Cancer Inst.* 48:1029-1034.

Arason, A., et al. (1993). "Linkage Analysis of Chromosome 17q markers and Breast-Ovarian Cancer in Icelandic Families, and Possible Relationship to Prostatic Cancer," Am. J. Hum. Genet. 52:711-717.

Bishop, T.D. and Gardner, E.J. (1980). "Analysis of the Genetic Predisposition to Cancer in Individual Pedigrees," Banbury Report 4: Cancer Incidence in Defined Populations, Cairns et al., eds., Cold Spring Harbor Laboratory, Cold Spring Harbor, New York, pp. 389-408.

Bishop, D.T., et al. (1988). "Segregation and Linkage Analysis of Nine Utah Breast Cancer Pedigrees," *Genet. Epidemiol.* 5:151-169.

Black, D.M., et al. (1993). "A Somatic Cell Hybrid Map of the Long Arm of Human Chromosome 17, Containing the Familial Breast Cancer Locus (BRCA1)," *Am. J. Hum. Genet.* 52:702-710.

Bowcock, A.M., et al. (1993). "THRA1 and D17S183 Flank an Interval of <4cM for the Breast-Ovarian Cancer Gene (BRCA1) on Chromosome 17q21," *Am. J. Hum. Genet.* 52: 718-722.

Boyd, J. (1995). "BRCA1: More than a hereditary breast cancer gene?" *Nature Genetics* 9:335-336.

Chamberlain. J.S., et al. (1993). "BRCA1 Maps Proximal to D17S579 on Chromosome 17q21 by Genetic Analysis," *Am. J. Hum. Genet.* 52:792-798.

## UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 5,747,282                                     Page 3 of 6
DATED         : May 5, 1998
INVENTOR(S)   : Mark. H. Skolnick et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Claus, E.B., et al. (1991). "Genetic Analysis of Breast Cancer in the Cancer and Steroid
Hormone Study," *Am. J. Hum. Genet.* 48:232-242.

Cohen, B.B., et al. (1993). "Linkage of a Major Breast Cancer Gene to Chromosome
17q12-21: Results from 15 Edinburgh Families," *Am. J. Hum. Genet.* 52:723-729.

Devilee, P., et al. (1993). "Linkage to Markers for the Chromosome Region 17q12-q21
in 13 Dutch Breast Cancer Kindreds," *Am. J. Hum. Genet.* 52:730-735.

Dunphy, W.G. and Newport, J.W. (1989). "Fission Yeast p13 Blocks Mitotic Activation
and Tyrosine Dephosphorylation of the Xenopus cdc2 Protein Kinase,"
*Cell* 58:181-191.

Easton, D.F., et al. (1993). "Genetic Linkage Analysis in Familial Breast and Ovarian
Cancer: Results form 214 Families," *Am. J. Hum. Genet.* 52:678-701.

Fain, P.R. (1992). "Third international workshop on human chromosome 17 mapping,"
*Cytogen. Cell Genet.* 60:178-186.

Feunteun, J., et al. (1993). "A Breast-Ovarian Cancer Susceptibility Gene Maps to
Chromosome 17q21," *Am. J. Hum. Genet.* 52:736-742.

Ford, D., et al. (1993). "The risks of cancer in BRCA1 mutation carriers," *Am. J. Hum.
Genet. 53(supplement):*abstract no. 298.

Futreal, P.A., et al. (1994). "*BRCA1* Mutations in Primary Breast and Ovarian
Carcinomas," *Science 266*:120-122.

Goldgar, D.E., et al. (1993). "Chromosome 17q Linkage Studies of 18 Utah Breast
Cancer Kindreds," *Am. J. Hum. Genet. 52*:743-748

Gould, K.L. and Nurse, P. (1989). "Tyrosine Phosphorylation of the fission yeast cdc2[+]
protein kinase regulates entry into mitosis," *Nature 342*:39-45.

Hall, J.M., et al. (1990). "Linkage of Early-Onset Familial Breast Cancer to
Chromosome 17q21," *Science 250*:1684-1689.

Hall, J.M., et al. (1992). "Closing in on a Breast Cancer Gene on Chromosome 17q,"
*Am. J. Hum. Genet. 50*:1235-1241.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 5,747,282                                        Page 4 of 6
DATED           : May 5, 1998
INVENTOR(S) : Mark. H. Skolnick et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Hosking, L., et al. (1995). "A somatic *BRCA1* mutation in an ovarian tumour," *Nature
Genetics 9*:343-344.

Ishibashi, T., et al. (1992). "Expression cloning of a human dual-specificity
phosphatase," *Proc. Natl. Acad. Sci. USA 89*:12170-12174.

Kamb, A., et al. (1994). "Localization of the VHR Phosphatase Gene and Its Analysis as
a Candidate for BRCA1," *Genomics 23*: 163-167.

Kumagai, A. and Dunphy, W.G. (1991). "The cdc25 Protein Controls Tyroosine
Dephosphorylation of the cdc2 Protein in a Cell-Free system," *Cell 64*:903-914.

Lindblom, A., et al. (1993). "Linkage Analysis with Markers on 17q in 29 Swedish
Breast Cancer Families," *Am. J. Hum. Genet. 52*:749-753.

Malkin, D., et al. (1990). "Germ Line p53 Mutations in a familial Syndrome of Breast
Cancer, Sarcomas, and Other Neoplasms," *Science 250*:1233-1238.

Margaritte, P., et al. (1992). "Linkage of Familial Breast Cancer to Chromosome 17q21
May Not be Restricted to Early-Onset Disease," *Am. J. Hum. Genet. 50*: 1231-1234.

Mazoyer, S., et al. (1993). "Linkage Analysis of 19 French Breast Cancer Families, with
Five Chromosome 17q Markers," *Am. J. Hum. Genet. 52*:754-760.

Merajver, S.D., et al. (1995). "Somatic mutation s in the *BRCA1* gene in sporadic
ovarian tumours," *Nature Genetices 9*:439-443.

Miki, Y., et al. (1994). "A Strong Candidate for the Breast and Ovarian Cancer
Susceptibility Gene *BRCA1*," *Science 266*:66-71.

Milner, B.J., et al. (1993). "Linkage "Studies with 17q and 18q Markers in a Breast/
Ovarian Cancer Family," *Am. J. Hum. Genet. 52*:761-766.

Narod, S.A., et al. (1991). "Familial breast-ovarian cancer locus on chromosome 17q12-
q23," *Lancet 338*:82-83.

Newman, B. et al. (1988). "Inheritance of human breast cancer: Evidence for autosomal
dominant transmission in high-risk families," *Proc. Natl. Acad. Sci. USA 85*:3044-3048.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.  : 5,747,282                   Page 5 of 6
DATED        : May 5, 1998
INVENTOR(S)  : Mark. H. Skolnick et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

O'Connell, P., et al. (1994). "A Radiation Hybrid Map of the BRCA1 Region," *Am. J. Hum. Genet. 54:*526-534.

Roberts, L. (1993). "Zeroing In on a Breast Cancer Susceptibility Gene," *Science 259:*622-625.

Shattuck-Eidens, D., et al. (1995). "A Collaborative Survey of 80 Mutations in the BRCA1 Breast and Ovarian Cancer Susceptibility Gene," JAMA *273:*535-541.

Simard, J., et al. (1994). "Common origins of BRCA1 mutations in Canadian breast and ovarian cancer families," *Nature Genetics 8:*392-398.

Smith, S.A., et al. (1992). "Allele losses in the region 17q12-21 in familial breast and ovarian cancer involve the wild-type chromosome," *Nature Genetics 2:*128-131.

Smith, S.A., et al. (1993). "Genetic Heterogeneity and Localization of a Familial Breast-Ovarian Cancer Gene on Chromosome 17q12-q21," *Am. J. Hum. Genet. 52:*767-776.

Spurr, N.K., et al. (1993). "Linkage Analysis of Early-Onset Breast and Ovarian Cancer Families, with Markers on the Long Arm of Chromosome 17," *Am. J. Hum. Genet. 52:*777-785.

Teare, M.D., et al. (1993). "A Linkage Study in Seven Breast Cancer Families," *Am. J. Hum. Genet. 52:*786-788.

Thompson, M.E., et al. (1995). "Decreased expression of *BRCA1* accelerates growth and is often present during sporadic breast cancer progression," *Nature Genetics 9:* 444-450.

Ullrich, A. and Schlessinger, J. (1990). "Signal Transductin by Receptors with Tyrosine Kinase Activity," *Cell 61:*203-212.

Williams, W.R. and Anderson, D.E. (1984). "Genetic Epidemiology of Breast Cancer: Segregation Analysis of 200 Danish Pedigrees," *Genet. Epidemiol. 1:*7-20.

Zimmerman, W., et al. (1993). "Linkage Analysis in German Breast Cancer Families with Early Onset of the Disease, Using Highly Polymorphic Markers from the Chromosome 17q11-q24 Region," *Am. J. Hum. Genet. 52:*789-791

## UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   : 5,747,282                                      Page 6 of 6
DATED          : May 5, 1998
INVENTOR(S)  : Mark. H. Skolnick et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Go, R.C.P., et al. (1983). "Genetic Epidemiology of Breast Cancer and Associated Cancers in High-Risk Families. I. Segregation Analysis," *J. Natl. Cancer Inst.* 71:455-461. --;

Column 36,
Line 36, "collaborators" should be -- collaborators' --;

Column 155,
Line 17, "saod" should be -- said --.

Signed and Sealed this

Fourth Day of December, 2001

Attest:

*Nicholas P. Godici*

Attesting Officer

NICHOLAS P. GODICI
*Acting Director of the United States Patent and Trademark Office*

A000248

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 5,747,282                                    Page 1 of 1
APPLICATION NO. : 08/483554
DATED               : May 5, 1998
INVENTOR(S)      : Skolnick et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Col. 155, Claim 16, line 24, please change "nuycleotide" to --nucleotide--.

Col. 155, Claim 16, line 25, please change "chin" to --chain--.

Col. 156, Claim 18, line 4, please change "ovariann" to --ovarian--.

Col. 156, Claim 18, line 5, please change "prime" to --primer--.

Col. 156, Claim 18, line 6, please change "detectiong" to --detecting--.

Col. 156, Claim 19, line 10, please change "sisceptibility" to --susceptibility--.

Col. 156, Claim 19, line 11, please change "oligimucleotide" to --oligonucleotide--.

Signed and Sealed this

Twenty-fourth Day of November, 2009

David J. Kappos
*David J. Kappos*
*Director of the United States Patent and Trademark Office*

US005753441A

# United States Patent [19]

Skolnick et al.

[11] Patent Number: 5,753,441

[45] Date of Patent: May 19, 1998

[54] **17Q-LINKED BREAST AND OVARIAN CANCER SUSCEPTIBILITY GENE**

[75] Inventors: **Mark H. Skolnick; David E. Goldgar; Yoshio Miki; Jeff Swenson; Alexander Kamb; Keith D. Harshman; Donna M. Shattuck-Eidens; Sean V. Tavtigian.** all of Salt Lake City, Utah; **Roger W. Wiseman; P. Andrew Futreal.** both of Durham, N.C.

[73] Assignees: **Myriad Genetics, Inc.; University of Utah Research Foundation.** both of Salt Lake City, Utah; **The United States of America as represented by the Department of Health and Human Services.** Washington, D.C.

[21] Appl. No.: **488,011**

[22] Filed: **Jan. 5, 1996**

**Related U.S. Application Data**

[63] Continuation-in-part of Ser. No. 409,305, Mar. 24, 1995, abandoned, which is a continuation-in-part of Ser. No. 348,824, Nov. 29, 1994, abandoned, which is a continuation-in-part of Ser. No. 308,104, Sep. 16, 1994, abandoned, which is a continuation-in-part of Ser. No. 300,266, Sep. 2, 1994, abandoned, which is a continuation-in-part of Ser. No. 289,221, Aug. 12, 1994, abandoned.

[51] Int. Cl.[6] .............................. **C12Q 1/68; C12P 19/34; C07H 21/02; C07H 21/04**

[52] U.S. Cl. ............................ **435/6; 435/91.1; 435/91.2; 435/7.1; 435/7.2; 435/7.9; 435/4; 436/548; 436/500; 530/387.2; 530/388.1; 424/1.11; 424/88; 536/23.1; 536/24.3; 536/24.33**

[58] Field of Search ...................... 435/6, 91.1, 91.2, 435/7.1–7.9, 4; 536/23.1, 24.3–24.33, 548; 436/500; 424/1.11, 88; 530/387.2, 388.1

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

5,236,844    8/1993    Basset et al. .

**FOREIGN PATENT DOCUMENTS**

| | | |
|---|---|---|
| 0 518 650 | 12/1992 | European Pat. Off. . |
| 91/09964 | 7/1991 | WIPO . |
| 92/00311 | 1/1992 | WIPO . |
| 92/11874 | 7/1992 | WIPO . |
| 94/00764 | 1/1994 | WIPO . |
| 95/19369 | 7/1995 | WIPO . |

**OTHER PUBLICATIONS**

Friedman, L.S. et al. (1994). "Confirmation of BRCA1 by analysis of germline mutations linked to breast and ovarian cancer in ten families." *Nature Genetics* 8:399–404.

(List continued on next page.)

*Primary Examiner*—W. Gary Jones
*Assistant Examiner*—Dianne Rees
*Attorney, Agent, or Firm*—Venable, Baetjer, Howard & Civiletti, LLP

[57] **ABSTRACT**

The present invention relates generally to the field of human genetics. Specifically, the present invention relates to methods and materials used to isolate and detect a human breast and ovarian cancer predisposing gene (BRCA1), some mutant alleles of which cause susceptibility to cancer, in particular breast and ovarian cancer. More specifically, the invention relates to germline mutations in the BRCA1 gene and their use in the diagnosis of predisposition to breast and ovarian cancer. The present invention further relates to somatic mutations in the BRCA1 gene in human breast and ovarian cancer and their use in the diagnosis and prognosis of human breast and ovarian cancer. Additionally, the invention relates to somatic mutations in the BRCA1 gene in other human cancers and their use in the diagnosis and prognosis of human cancers. The invention also relates to the therapy of human cancers which have a mutation in the BRCA1 gene, including gene therapy, protein replacement therapy and protein mimetics. The invention further relates to the screening of drugs for cancer therapy. Finally, the invention relates to the screening of the BRCA1 gene for mutations, which are useful for diagnosing the predisposition to breast and ovarian cancer.

**37 Claims, 18 Drawing Sheets**



A000250

## OTHER PUBLICATIONS

Liang, P. et al. (1992). "Differential Display and Cloning of Messenger RNAs from Human Breast Cancer versus Mammary Epithelial Cells," *Cancer Research* 52:6966–6968.

Neuhausen, S.L. et al. (1994). "A P1–based physical map of the region from D17S776 to D17378 containing the breast cancer susceptibility gene BRCA1," *Hum. Mol. Gen.* 3:1919–1926.

Stampfer, M.R. et al. (1993). "Culture Systems for Study of Human Mammary Epithelial Cell Proliferation, Differentiation and Transformation," *Cancer Surveys* 18:7–34.

Albertsen, H., et al. (1994). "Genetic Mapping of the BRCA1 Region on Chromosome 17q21," *Am. J. Hum. Genet.* 54:516–525.

Anderson, D.E. (1972). "A Genetic Study of Human Breast Cancer," *J. Natl. Cancer Inst.* 48:1029–1034.

Arason, A., et al. (1993). "Linkage Analysis of Chromosome 17q Markers and Breast–Ovarian Cancer in Icelandic Families, and Possible Relationship to Prostatic Cancer," *Am. J. Hum. Genet.* 52:711–717.

Bishop, T.D. and Gardner, E.J. (1980). "Analysis of the Genetic Predisposition to Cancer in Individual Pedigrees," *Banbury Report 4: Cancer Incidence in Defined Populations,* Cairns et al., eds., Cold Spring Harbor Laboratory, Cold Spring Harbor, New York, pp. 389–408.

Bishop, D.T., et al. (1988). "Segregation and Linkage Analysis of Nine Utah Breast Cancer Pedigrees," *Genet. Epidemiol.* 5:151–169.

Black, D.M., et al. (1993). "A Somatic Cell Hybrid Map of the Long Arm of Human Chromosome 17, Containing the Familial Breast Cancer Locus (BRCA1)," *Am. J. Hum. Genet.* 52:702–710.

Bowcock, A.M., et al. (1993). "THRA1 and D17S183 Flank an Interval of <4cM for the Breast–Ovarian Cancer Gene (BRCA1) on Chromosome 17q21," *Am. J. Hum. Genet.* 52:718–722.

Chamberlain, J.S., et al. (1993). "BRCA1 Maps Proximal to D17S579 on Chromosome 17q21 by Genetic Analysis," *Am. J. Hum. Genet.* 52:792–798.

Claus, E.B., et al. (1991). "Genetic Analysis of Breast Cancer in the Cancer and Steroid Hormone Study," *Am. J. Hum. Genet.* 48:232–242.

Cohen, B.B., et al. (1993). "Linkage of a Major Breast Cancer Gene to Chromosome 17q12–21: Results from 15 Edinburgh Families," *Am. J. Hum. Genet.* 52:723–729.

Devilee, P., et al. (1993). "Linkage to Markers for the Chromosome Region 17q12–q21 in 13 Dutch Breast Cancer Kindreds," *Am. J. Hum. Genet.* 52:730–735.

Dunphy, W.G. and Newport, J.W. (1989). "Fission Yeast p13 Blocks Mitotic Activation and Tyrosine Dephosphorylation of the Xenopus cdc2 Protein Kinase," *Cell* 58:181–191.

Easton, D.F., et al. (1993). "Genetic Linkage Analysis in Familial Breat and Ovarian Cancer: Results from 214 Families," *Am. J. Hum. Genet.* 52:678–701.

Fain, P.R. (1992). "Third international workshop on human chromosome 17 mapping," *Cytogen. Cell Genet.* 60:178–186.

Feunteun, J., et al. (1993). "A Breast–Ovarian Cancer Susceptibility Gene Maps to Chromosome 17q21," *Am. J. Hum. Genet.* 52:736–742.

Ford, D., et al. (1993). "The risks of cancer in BRCA1 mutation carriers," *Am. J. Hum. Genet. 53(supplement):*abstract No. 298.

Futreal, P.A., et al. (1994). "BRCA1 Mutations in Primary Breast and Ovarian Carcinomas," *Science* 266:120–122.

Go, R.C.P., et al. (1983). "Genetic Epidemiology of Breast Cancer and Associated Cancers in High–Risk Families. I. Segregation Analysis," *J. Natl. Cancer Inst.* 71:455–461.

Goldgar, D.E., et al. (1993). "Chromosome 17q Linkage Studies of 18 Utah Breast Cancer Kindreds," *Am. J. Hum. Genet.* 52:743–748.

Gould, K.L. and Nurse, P. (1989). "Tyrosine phosphorylation of the fission yeast cdc2⁺ protein kinase regulates entry into mitosis," *Nature* 342:39–45.

Hall, J.M., et al. (1990). "Linkage of Early–Onset Familial Breast Cancer to Chromosome 17q21," *Science* 250:1684–1689.

Hall, J.M., et al. (1992). "Closing in on a Breast Cancer Gene on Chromosome 17q," *Am. J. Hun. Genet.* 50:1235–1241.

Hosking, L., et al. (1995). "A somatic BRCA1 mutation in an ovarian tumour," *Nature Genetics* 9:343–344.

Ishibashi, T., et al. (1992). "Expression cloning of a human dual–specificity phosphatase," *Proc. Natl. Acad. Sci. USA* 89:12170–12174.

Kamb A., et al. (1994). "Localization of the VHR Phosphatase Gene and Its Analysis as a Candidate for BRCA1," *Genomics* 23:163–167.

Kumagai, A. and Dunphy, W.G. (1991). "The cdc25 Protein Controls Tyrosine Dephosphorylation of the cdc2 Protein in a Cell–Free System," *Cell* 64:903–914.

Lindblom, A., et al. (1993). "Linkage Analysis with Markers on 17q in 29 Swedish Breast Cancer Families," *Am. J. Hum. Genet.* 52:749–753.

Margaritte, P., et al. (1992). "Linkage of Familial Breast Cancer to Chromosome 17q21 May Not be Restricted to Early–Onset Disease," *Am. J. Hum. Genet.* 50:1231–1234.

Mazoyer, S., et al. (1993). "Linkage Analysis of 19 French Breast Cancer Families, with Five Chromosome 17q Markers," *Am. J. Hum. Genet.* 52:754–760.

Miki, Y., et al. (1994). "A Strong Candidate for the Breast and Ovarian Cancer Susceptibility Gene BRCA1," *Science* 266:66–71.

Milner, B.J., et al. (1993). "Linkage Studies with 17q and 18q Markers in a Breast/Ovarian Cancer Family," *Am. J. Hum. Genet.* 52:761–766.

Narod, S.A., et al. (1991). "Familial breast–ovarian cancer locus on chromosome 17q12–q23," *Lancet* 338:82–83.

Newman, B. et al. (1988). "Inheritance of human breast cancer: Evidence for autosomal dominant transmission in high–risk families," *Proc. Natl. Acad. Sci. USA* 85:3044–3048.

O'Connell, P., et al. (1994). "A Radiation Hybrid Map of the BRCA1 Region," *Am. J. Hum. Genet.* 54:526–534.

Roberts, L. (1993). "Zeroing In on a Breast Cancer Susceptibility Gene," *Science* 259:622–625.

Shattuck–Eidens, D., et al. (1995). "A Collaborative Survey of 80 Mutations in the BRCA1 Breast and Ovarian Cancer Susceptibility Gene," *JAMA* 273:535–541.

Simard, J., et al. (1994). "Common origins of BRCA1 mutations in Canadian breast and ovarian cancer families," *Nature Genetics* 8:392–398.

Smith, S.A., et al. (1992). "Allele losses in the region 17q12–21 in familial breast and ovarian cancer involve the wild–type chromosome," *Nature Genetics* 2:128–131.

Smith, S.A., et al. (1993). "Genetic Heterogeneity and Localization of a Familial Breast–Ovarian Cancer Gene on Chromosome 17q12–q21," *Am. J. Hum. Genet.* 52:767–776.

5,753,441

Page 3

Spurr, N.K., et al. (1993). "Linkage Analysis of Early–Onset Breast and Ovarian Cancer Families, with Markers on the Long Arm of Chromosome 17." *Am. J. Hum. Genet.* 52:777–785.

Teare, M.D., et al. (1993). "A Linkage Study in Seven Breast Cancer Families." *Am. J. Hum. Genet.* 52: 786–788.

Thompson, M.E., et al. (1995). "Decreased expression of BRCA1 accelerates growth and is often present during sporadic breast cancer progression." *Nature Genetics* 9:444–450.

Ullrich, A. and Schlessinger, J. (1990). "Signal Transduction by Receptors with Tyrosine Kinase Activity." *Cell* 61:203–212.

Williams, W.R. and Anderson, D.E. (1984). "Genetic Epidemiology of Breast Cancer: Segregation Analysis of 200 Danish Pedigrees." *Genet. Epidemiol.* 1:7–20.

Zimmermann, W., et al. (1993). "Linkage Analysis in German Breast Cancer Families with Early Onset of the Disease, Using Highly Polymorphic Markers from the Chromosome 17q11–q24 Region." *Am. J. Hum. Genet.* 52:789–791.

Goldberg et al. Clinical Chemistry 39: 2360–2374, 1993.

Wooster et al., Science 265:2088–2090, 1994.

Sato et al., Cancer Res. 52: 1643–1646, 1992.

Malkin et al., Science 250: 1233–1238, 1990.

Boyd, Nature Genetics 9: 335–336, 1995.

Merajver et al., Nature Genetics 9:439–443, 1995.

Castilla et al Nature Genetics 8: 387–391, 1994.

Friedman et al., Nature Genetics 8: 1–6, 1994.

Goldgar et al. J. of Nat. Cancer Inst. 86: 200–209,1994.

U.S. Patent

May 19, 1998

Sheet 1 of 18

5,753,441



Map of the early onset breast and ovarian cancer region (BRCA1)

# FIG. 1

U.S. Patent

May 19, 1998

Sheet 2 of 18

5,753,441

**FIG. 2**



Case: 14-1361 Case: 14-361 DocumentS ON 84 Document 253 Page 325 Page 428/20 Filed: 04/18/2014



FIG. 3

A000255



FIG. 4

SEQ. ID
NO:

```
82 BRCA1          CPICLELIKEPVSTK-CDHIFCKFCMLKLLNQKK---GPSQCPLCK
83 RPT1           CPICLELLKEPVSAD-CNHSFCRACITLNYESNRNTDGKGNCPVCR
84 RIN1           CPICLDMLKNTMTTKECLHRFCSDCIVTALRS----GNKECPTCR
85 RFP1           CPVCLQYFAEPMMLD-CGHNICCACLARCWGTAC---TNVSCPQCR
   C3HC4 motif    C--C-----------C-H--C--C-------------C--C
```

FIG. 5

U.S. Patent

May 19, 1998

Sheet 5 of 18

5,753,441



FIG. 6

Case: 14-1361 CASE PARTICIPANTS ONLY Document: 84 Page: 328 Filed: 04/18/2014



## FIG. 7



FIG. 8



# FIG. 9A

Case: 14-1361 Case: 14-1361 Document: 84 Page: 333 Filed: 04/18/2014 Page: 333 Filed: 04/18/2014





# FIG. 9B



FIG. 9C

```
   1  gaggctagagggcaggcactttatggcaaactcaggtagaattcttcctcttccgtctct
  61  ttccttttacgtcatcggggagactgggtggcaatcgcagcccgagagacgcatggctct
 121  ttctgccctccatcctctgatgtaccttgatttcgtattctgagaggctgctgcttagcg
 181  gtagcccctttggtttccgtggcaacggaaaagcgcgggaattacagataaattaaaactg
 241  cgactgcgcggcgtgAGCTCGCTGAGACTTCCTGGACCCCGCACCAGGCTGTGGGGTTTC
 301  TCAGATAACTGGGCCCCTGCGCTCAGGAGGCCTTCACCCTCTGCTCTGGGTAAAGgtagt
 361  agagtcccgggaaagggacagggggcccaagtgatgctctggggtactggcgtgggagag
 421  tggattttccgaagctgacagatgggtattctttgacggggggtaggggcggaacctgaga
 481  ggcgtaaggcgttgtgaaccctggggaggggggcagtttgtaggtcgcgagggaagcgct
 541  gaggatcaggaaggggggcactgagtgtccgtgggggaatcctcgtgataggaactggaat
 601  atgccttgaggggggacactatgtctttaaaaacgtcggctggtcatgaggtcaggagttc
 661  cagaccagcctgaccaacgtggtgaaactccgtcctcactaaaaatacnaaaattagccg
 721  ggcgtggtgccgctccagctactcaggaggctgaggcaggagaatcgctagaaccccggga
 781  ggcggaggttgcagtgagccgagatcgcgccattgcactccagcctgggcgacagagcga
 841  gactgtctcaaaacaaaacaaaacaaaacaaaacaaaacaaccggctggtatgtatgag
 901  aggatggggaccttgtggaagaagaggtgccaggaatatgtctgggaaggggaggagacag
 961  gatttgtgtgggagggagaacttaagaactgggatccatttgcgccattgagaaagcgaag
1021  agggaagtagaggagcgtcagtagtaacagatcgccggcagggatgtgcttgaggag
1081  atccagagatgagagcaggtcactgggaaaggttaggggcgggggaggccttgattggtgt
1141  tggtttggtcgttgttgattttggttttatgcaagaaaaagaaaacaaccagaaacattg
1201  gagaaagctaaggctaccaccacctacccggtcagtcactcctctgtagctttctcttttc
1261  ttggagaaagaaaagacccaaggggttggcagcgatatgtgaaaaaattcagaatttat
1321  gttgtctaattacaaaaagcaacttctagaatctttaaaaataaaggacgttgtcattag
1381  ttcttctggtttgtattattctaaaaccttccaaatcttcaaatttacttattttaaaa
1441  tgataaaatgaagttgtcatttttataaaccttttaaaaagatatatatatgttttttct
1501  aatgtgttaaagTTCATTGGAACAGAAAGAAATGGATTTATCTGCTCTTCGCGTTGAAGA
1561  AGTACAAAATGTCATTAATGCTATGCAGAAAATCTTAGAGTGTCCCATCTGgtaagtcag
1621  cacaagagtgtattaattgggattcctatgattatctcctatgcaaatgaacagaattg
1681  accttacatactagggaagaaaagacatgtctagtaagattaggctattgtaattgctga
1741  ttttctaactgaagaactttaaaaatatagaaaatgattccttgttctccatccactct
1801  gcctctcccactcctctccttttcaacacaatcctgtggtccgggaaagacagggctctg
1861  tcttgattggttctgcactgggcaggatctgttagatactgcattttgctttctccagctc
1921  taaavvvvvvvvvvvvvvaaatgctgatgatagtatagagtatttgaagggatcaatataat
1981  tctgttttctgtatctgaaagctcactgaaggtaaggatcgtattctctgctgtattctca
2041  gttcctgacacagcagacatttaataaatattgaacgaacttgaggccttatgttgactc
2101  agtcataacagctcaaagttgaacttattcactaagaatagctttatttttaaataaatt
2161  attgagcctcatttattttctttttctcccccccctaccctgctagTCTGGAGTTGATCA
2221  AGGAACCTGTCTCCACAAAGTGTGACCACATATTTTGCAAgtaagtttgaatgtgttatg
2281  tggctccattattagcttttgtttttgtccttcataacccaggaaacacctaacttttata
2341  gaagctttactttcttcaattaagtggaacgaaaatccaactccatttcattctttctc
2401  agagagtatatagttatcaaaagttggttgtaatcatagttcctggtaaagttttgacat
2461  atattatctttttttttttttgagacaagtctcgctctgtcgcccaggctggagtgcagt
2521  ggcatgaggcttgctcactgcacctccgcccccgagttcagcgactctvvvvvvvvvvv
2581  vtgagatctagaccacatggtcaaagagataagaatgtgagcaataaatgaaccttaaatt
2641  tttcaacagctactttttttttttttttttgagacagGGKCTTACTCTGTTGTCCCAGCT
2701  GGAGTACAGWGTGCGATCATGAGGCTTACTGTTGCTTGACTCCTAGGCTCAAGCGATCCT
2761  ATCACCTCAGTCTCCAAGTAGCTGGACTgtaagtgcacaccaccatatccagctaaattt
2821  tgtgttttctgtagagacgggggtttcgccatgtttcccaggctggtcttgaactttgggc
2881  ttaacccgtctgcccacctaggcatcccaaagtgctaggattacaggtgtgagtcatcat
2941  gcctggccagtatttagttagctctgtctttttcaagtcatatacaagttcattttcttt
3001  taagtttagttaacaaccttatatcatgtattcttttctagcataaagaaagattcgagg
```

## FIG. 10A

```
3061  ccvvvvvvvvvvvvvtgtgatcataacagtaagccatatgcatgtaagttcagttttcat
3121  agatcattgcttatgtagtttaggtttttgcttatgcagcatccaaaaacaattaggaaa
3181  ctattgcttgtaattcacctgccattacttttttaaatggctcttaagggcagttgtgaga
3241  ttatcttttcatggctatttgcctttttgagtattcttctacaaaaggaagtaaattaaa
3301  ttgttctttctttctttataatttatagATTTTGCATGCTGAAACTTCTCAACCAGAAGA
3361  AAGGGCCTTCACAGTGTCCTTTATGTAAGAATGATATAACCAAAAGgtatatataattggt
3421  aatgatgctaggttggaagcaaccacagtaggaaaaagtagaaattatttaataacatag
3481  cgttcctataaaaccattcatcagaaaaatttatataaagagttttttagcacacagtaaat
3541  tatttccaaagttattttcctgaaagtttttatgggcatctgccttatacaggtattgvvv
3601  vvvvvvvvvvggtaggcttaaatgaatgacaaaaagttactaaatcactgccatcacacg
3661  gtttatacagatgtcaatgatgtattgattatagagggttttctactgttgctgcatctta
3721  tttttatttgtttacatgtcttttctttattttagtgtccttaaaaggttgataaatcactt
3781  gctgagtgtgtttctcaaacaatttaattcagGAGCCTACAAGAAAGTACGAGATTTAG
3841  TCAACTTGTTGAAGAGCTATTGAAAATCATTTGTGCTTTTCAGCTTGACACAGGTTTGGA
3901  GTgtaagtgttgaatatcccaagaatgacactcaagtgctgtccatgaaaactcaggaag
3961  tttgcacaattactttctatgacgtggtgataagaccttttagtctaggttaatttagt
4021  tctgtatctgtaatctattttaaaaaaattactcccactggtctcacacctttattttvvvvv
4081  vvvvvvvvaaaaaatcacaggtaaccttaatgcattgtcttaacacaacaaagagcatac
4141  atagggtttctcttggtttcttttgattataattcatacattttttctctaactgcaaacat
4201  aatgttttccctttgtattttacagATGCAAACAGCTATAATTTTGCAAAAAAGGAAAATA
4261  ACTCTCCTGAACATCTAAAAGATGAAGTTTCTATCATCCAAAGTATGGGCTACAGAAACC
4321  GTGCCAAAAGACTTCTACAGAGTGAACCCGAAAATCCTTCCTTGgtaaaaccatttgttt
4381  tcttcttcttcttcttcttcttcttttcttttttttttcttttttttttttgagatggagtcctt
4441  gctctgtgggcccaggctagaagcagtcctcctgccttagccncctttagtagctgggatta
4501  caggcacgcgcaccatgccaggctaattttttgtattttttagtagagacgggggtttcatca
4561  tgttggccaggctggtctcgaactcctaacctcaggtgatcvvvvvvvvvvvvvvvatgatg
4621  gagatcttaaaaagtaatcattctggggctgggcgtagtagcttgcacctgtaatcccag
4681  cacttcgggaggctgaggcaggcagataattgaggtcaggagtttgagaccagcctggc
4741  caacatggtgaaacccatctctactaaaaatacaaaaattagctgggtgtggtggcacgt
4801  acctgtaatcccagctactcgggaggctgaggcaagaattgcttgaacctaggacgcg
4861  gaggttgcagcgagccaagatcgcgccactgcactccagcctgggccgtagagtgagact
4921  ctgtctcaaaaagaaaaaaaagtaattgttcctagctgggcgcagtggctccttgcctgta
4981  atcccagcactttgggaggccaaggcgggtggatctcgagtcctagagttcaagaccagc
5041  ctaggcaatgtggtgaaaccccatcgctacaaaaaatacaaaaattagccaggcatggtg
5101  gcgtgcgcatgtagtcccagctccttgggaggctgaggtgaggaggatcacttgaacccag
5161  gagacagaggttgcagtgaaccgagatcacgccaccacgctccagcctgggcaacagaac
5221  aagactctgtctaaaaaaatacaaaataaaagtagttctcacagtaccagcattca
5281  tttttcaaaagatatagagctaaaaaggaaggaaaaaaaaagtaatgttgggcttttaaa
5341  tactcgttcctatactaaatgttcttaggagtgctggggtttttattgtcatcatttatcc
5401  ttttttaaaaatgttattggccaggcacggtggctcatgcctgtaatcccagccactttggg
5461  aggccgaggcaggcagatcacctgaggtcaggagtgtgagaccagcctggccaacatggc
5521  gaaacctgtctctactaaaaaatacaaaaattaactaggcgtggtggtgtacgcctgtagt
5581  cccagctactcgggaggctgaggcaggagaatcaactgaacccagggaggtggaggttgca
5641  gtgtgccgagatcacgccactgcactctagcctggcaacagagcaagattctgtctcaaa
5701  aaaaaaaaacatatatacacatatatcccaaagtgctgggattacatatatatatatata
5761  tatatattatatatatatatatatatatgtgatatatatgtgatatatatataacata
5821  tatatatgtaatatatatgtgatatatataataatatatatatgtaatatatatgtgatat
5881  atatatacacacacacacacatatatgtatgtgtgtgtacacacacacacaaat
5941  tagccaggcatagttgcacacgcttggtagacccagctactcaggaggctgagggaggag
6001  aatctcttgaacttaggaggcggaggttgcagtgagctgagattgcgccactgcactcca
6061  gcctgggtgacagagcaggactctgtacaccccccaaaacaaaaaaaaaaagttatcagat
```

**FIG. 10B**

```
6121   gtgattggaatgtatatcaagtatcagcttcaaaatatgctatattaatacttcaaaaat
6181   tacacaaataatacataatcaggtttgaaaaatttaagacaacmsaaraaaaaawycmaa
6241   tcacamatatcccacacacatttattattmctmctmcwattattttgwagagmctgggtct
6300   cacycyktttgctwatgctggtctttgaacyccykgccycaarcartcctsctccabcctc
6361   ccaargtgctgggatwataggcatgarctaaccgcacccagccccagacattttagtgt
6421   gtaaattcctgggcattttttcaaggcatcatacatgttagctgactgatgatggtcaat
6481   ttattttgtccatggtgtcaagtttctcttcaggaggaaaagcacagaactggccaagaa
6541   ttgcttgactgttctttaccatactgtttagCAGGAAACCAGTCTCAGTGTCCAACTCTC
6601   TAACCTTGGAACTGTGAGAACTCTGAGGACAAAGCAGCGGATACAACCTCAAAAGACGTC
6661   TGTCTACATTGAATTGGgtaagggtctcaggtttttaagtatttaataataattgctgg
6721   attccttatcttatagttttgccaaaaatcttggtcataattgtatttgtggtaggcag
6781   ctttgggaagtgaattttatgagccctatggtgagttataaaaatgtaaaagacgcagt
6841   tcccaccttgaagaatcttactttaaaaagggagcaaaagaggccaggcatggtggctca
6901   cacctgtaatcccagcactttgggagggccaaagtgggtggatcacctgaggtcgggagtt
6961   cgagaccagcctagccaacatggagaaacctctgtctgtaccaaaaaataaaaaattagcc
7021   aggtgtggtggcacataactgtaatcccagctactcgggaggctgaggcaggagaatcac
7081   ttgaaccgggaggtggaggttgcggtgaaccgagatcgcaccattgcactccagcctgg
7141   gcaaaaatagcgaaactccatctaaaaaaaaaaaagagagcaaaagaaagamtmctggt
7201   tttaamtmtgtgtaaatatgtttttggaaagatggagagtagcaataagaaaaaacatga
7261   tggattgctacagtatattagttccaagataaattgtactagatgaggaagcctttaaga
7321   agagctgaattgccaggcgcagtggctcacgcctgtaatcccagcactttgggaggccga
7381   ggtgggcggatcacctgaggtcgggagttcaagaccagcctgaccaacatggagaaaccc
7441   catctctactaaaaaaaaaaaaaaaaaaaattagccgggtggtggcttatgcctgtaatc
7501   ccagctactcaggaggctgaggcaggagaatcgcttgaacccaggaagcagaggttgcag
7561   tgagccaagatcgcaccattgcactccagcctaggcaacaagagtgaaactccatctcaa
7621   aaaaaaaaaaaaagagctgaatccttggctgggcaggatggctcgtgcctgtaatcccag
7681   gcttggaagaccgaggcagaaggattggttgagtccacgagtttaagaccagcctggcc
7741   aacataggggaacccctgtctctattttttaaaataataatacattttttggccggtgcggtg
7801   gctcatgcctgtaatcccaatactttgggaggctgaggcaggtagatcacctgaggtcag
7861   agttcgagaccagcctggataacctggtgaaacccctctttactaaaaatacaaaaaaaa
7921   aaaaaaattagctgggtgtggtggcatgctttgtaatcccagctacttggggaggctgag
7981   gcaggagaatcgcttgaaccaggggaggcggagggttacaatgagccaacactacaccactg
8041   cactccagcctgggcaatagagtgagactgcatctcaaaaaaataatattttttaaaaat
8101   aataaattttttaagcttataaaaaagaaaagttgaggccagcatagtagctcacatctg
8161   taatctcagcagtggcagaggattgcttgaagccaggagtttgagaccagcctgggcaac
8221   atagcaagacctcatctctacaaaaaaaatttcttttttaaattagctgggtgtggtggtg
8281   tgcatctgtagtcccagctactcaggaggcagaggtgagtggatacattgaacccaggag
8341   tttgaggctgtagtgagctatgatcatgccactgcactccaacctgggtgacagagcaag
8401   acctccaaaaaaaaaaaaaaaaagagctgctgagctcagaattcaaactgggctctcaaat
8461   tggattttcttttagaatatatttataattaaaaaggatagccatctttttgagctcccag
8521   gcaccaccatctatttatcataacacttactgttttcccccctttatgatcataaattcct
8581   agacaacaggcattgtaaaaatagttatagtagttgatatttaggagcacttaactatat
8641   tccaggcactattgtgcttttcttgtataactcattagatgcttgtcagacctctgagat
8701   tgttcctattatacttattttacagatgagaaaattaaggcacagagaagttatgaaatt
8761   tttcaaggtattaaacctagaagttggctgagccatgattcaaacctaggaagttagat
8821   gtcagagcctgtgcttttttttttgtttttgtttttgttttcagtagaaacggggggtctca
8881   ctttgttggccaggctggtcttgaactcctaacctcaaataatccacccatctcggcctc
8941   ctcaagtgctgggattacaggtgagagcccatgtcgcctggcgaagcccatgcctttaacc
9001   acttctctgtattacatactagcttaactagcattgtacctgccacagtagatgctcagt
9061   aaatatttctagttgaatatctgttttcaacaagtacatttttttaaccctttttaatta
9121   agaaaacttttattgattttattttttggggggaaattttttagGATCTGATTCTTCTGAA
```

## FIG. 10C

Case: 14-1361   CASE PARTICIPANTS ONLY   Document: 363   Page: 336   Filed: 04/18/2014

```
 9181   GATACCGTTAATAAGGCAACTTATTGCAGgtgagtcaaagagaaccttttgtctatgaagc
 9241   tggtattttcctatttagttaatattaaggattgatgtttctctcttttaaaaatattt
 9301   taacttttattttaggttcagggatgtatgtgcagtttgttatataggtaaacacacgac
 9361   ttgggatttggtgtatagatttttttcatcatccgggtactaagcataccccacagtttt
 9421   ttgttgctttcttctctgaatttctccctcttcccacctttcctccctcaagtaggctggt
 9481   gtttctccagactagaatcatggtattggaagaaacctttagagatcatctagtttagttc
 9541   tctcattttatagtgggaggaaataccctttttgtttgttggatttagttattagcactgt
 9601   ccaaaggaatttaggataacagtagaactctgcacatgcttgcttctagcagattgttct
 9661   ctaagttcctcatatacagtaatattgacacagcagtaattgtgactgatgaaaatgttc
 9721   aaggacttcattttcaactctttctttcctctgttccttatttccacatatctctcaagc
 9781   tttgtctgtatgttatataataaactacaagcaaccccaactatgttacctaccttccttt
 9841   aggaattattgcttgacccaggtttttttttttttttttggagacggggtcttgccct
 9901   gttgccaggatggagtgtgagtggcgccatctcggctcactgcaatcctccaactccctggt
 9961   tcaagcgattctcctgtctcaatctcacgagtagctgggactacaggtatacaccaccac
10021   gcccggttaattgaccattccattcttttctctctcttttttttttttttttttttgaga
10081   cagagtcttgctctgttgcccaggctggagtacagaggtgtgatctcacctctccgcaac
10141   gtctgcctccaggttgaagccatactcctgcctcagcctctctagtagctgggactaca
10201   ggcgcgcgccaccacaccggctaatttttgtattttttagtagagatggggtttcaccat
10261   gttggccaggctggtcttgaactcatgacctcaagtggtccacccgcctcagcctcccaa
10321   agtgctggaattacaggcttgagccaccgtgcccagcaaccatttcatttcaactagaag
10381   tttctaaaggagagagcagcttctcactaactaaataagattggtcagctttctgtaatcg
10441   aaagagctaaaatgtttgatcttggtcatttgacagttctgcatacatgtaactagtgtt
10501   tcttattaggactctgtctttttccctatagTGTGGGAGATCAAGAATTGTTACAAATCAC
10561   CCCTCAAGGAACCAGGGATGAAATCAGTTTGGATTCTGCAAAAAAGGGtaatggcaaagt
10621   ttgccaacttaacaggcactgaaaagagagtgggtagatacagtactgtaattagattat
10681   tctgaaagccatttgggaccttacaaccacaaaatctcttggcagagttagagtatca
10741   ttctctgtcaaatgtcgtgggtatggtctgatagatttaaatggtactagactaatgtacc
10801   tataataagaccttcttgtaactgattgttgcccttttcgcttttttttttttgtttgtttgt
10861   ttgttttttttttgagatggggtctcactctgttgcccaggctggagtgcagtgatgcaat
10921   cttggctcactgcaacctccacctccaaaggctcaagctatcctcccacttcagcctcct
10981   gagtagctgggactacaggcgcatgccaccacacccggttaatttttttgtggtttttatag
11041   agatggggttttcaccatgttaccgaggctggtctcaaactcctggactcaagcagtctgc
11101   ccacttcagcctcccaaagtgctgcagttacaggcttgagccactgtgcctggcctgccc
11161   tttacttttaattggtgtatttgtgtttcatcttttacctactggttttttaaatataggg
11221   agtggtaagtctgtagatagaacagagtattaagtagacttaatggccagtaatcttttag
11281   agtacatcagaaccagtttttctgatggccaatctgcttttaattcactcttagacgttag
11341   agaaataaggtgtggtttctgcatagggaaattctgaaattaavvvvvvvvvvvvgatc
11401   ctaagtggaaataatctaggtaaataggaattaaatgaaagagtatgagctacatcttca
11461   gtatacttggtagtttatgaggttagtttctctaatatagccagttggttgatttccacc
11521   tccaaggtgtaagaagtatgtattttttttaagtacaattcagtttttgagtaccttgtta
11581   tttttgtatatttttcagCTGCTTGTGAATTTTCTGAGACGGATGTAACAAATACTGAACA
11641   TCATCAACCCAGTAATAATGATTTGAACACCACTGAGAAGCGTGCAGCTGAGAGGCATCC
11701   AGAAAAGTATCAGGGTAGTTCTGTTTCAAACTTGCATGTGGAGCCATGTGGCACAAATAC
11761   TCATGCCAGCTCATTACAGCATGAGAACAGCAGTTTATTACTCACTAAAGACAGAATGAA
11821   TGTAGAAAAGGCTGAATTCTGTAATAAAAGCAAACAGCCTGGCTTAGCAAGGAGCCAACA
11881   TAACAGATGGGCTGGAAGTAAGGAAACATGTAATGATAGGCGGACTCCCAGCACAGAAAA
11941   AAAGGTAGATCTGAATGCTGATCCCCTGTGTGAGAGAAAAGAATGGAATAAGCAGAAACT
12001   GCCATGCTCAGAGAATCCTAGAGATACTGAAGATGTTCCTTGGATAACACTAAATAGCAG
12061   CATTCAGAAAGTTAATGAGTGGTTTTCCAGAAGTGATGAACTGTTAGGTTCTGATGACTC
12121   ACATGATGGGGAGTCTGAATCAAATGCCAAAGTAGCTGATGTATTGGACGTTCTAAATGA
12181   GGTAGATGAATATTCTGGTTCTTCAGAGAAAATAGACTTACTGGCCAGTGATCCTCATGA
```

# FIG. 10D

A000266

```
12241   GGCTTTAATATGTAAAAGTGAAAGAGTTCACTCCAAATCAGTAGAGAGTAATATTGAAGG
12301   CCAAATATTTGGGAAAACCTATCGGAAGAAGGCAAGCCTCCCCAACTTAAGCCATGTAAC
12361   TGAAAATCTAATTATAGGAGCATTTGTTACTGAGCCACAGATAATACAAGAGCGTCCCCT
12421   CACAAATAAATTAAAGCGTAAAAGGAGACCTACATCAGGCCTTCATCCTGAGGATTTTAT
12481   CAAGAAAGCAGATTTGGCAGTTCAAAAGACTCCTGAAATGATAAATCAGGGAACTAACCA
12541   AACGGAGCAGAATGGTCAAGTGATGAATATTACTAATAGTGGTCATGAGAATAAAACAAA
12601   AGGTGATTCTATTCAGAATGAGAAAAATCCTAACCCAATAGAATCACTCGAAAAAGAATC
12661   TGCTTTCAAAACGAAAGCTGAACCTATAAGCAGCAGTATAAGCAATATGGAACTCGAATT
12721   AAATATCCACAATTCAAAAGCACCTAAAAAATAGGCTGAGGAGGAAGTCTTCTACCAG
12781   GCATATTCATGCGCTTGAACTAGTAGTCAGTAGAAATCTAAGCCCACCTAATTGTACTGA
12841   ATTGCAAATTGATAGTTGTTCTAGCAGTGAAGAGATAAAGAAAAAAAAGTACAACCAAAT
12901   GCCAGTCAGGCACAGCAGAAACCTACAACTCATGGAAGGTAAAGAACCTGCAACTGGAGC
12961   CAAGAAGAGTAACAAGCCAAATGAACAGACAAGTAAAAGACATGACAGCGATACTTTCCC
13021   AGAGCTGAAGTTAACAAATGCACCTGGTTCTTTTACTAAGTGTTCAAATACCAGTGAACT
13081   TAAAGAATTTGTCAATCCTAGCCTTCCAAGAGAAGAAAAAGAAGAGAAACTAGAAACAGT
13141   TAAAGTGTTCTAATAATGCTGAAGACCCCAAAGATCTCATGTTAAGTGGAGAAAGGGTTTT
13201   GCAAACTGAAAGATCTGTAGAGAGTAGCAGTATTTCATTGGTACCTGGTACTGATTATGG
13261   CACTCAGGAAAGTATCTCGTTACTGGAAGTTAGCACTCTAGGGAAGGCAAAAACAGAACC
13321   AAATAAATGTGTGAGTCAGTGTGCAGCATTTGAAAACCCCAAGGGACTAATTCATGGTTG
13381   TTCCAAAGATAATAGAAATGACACAGAAGGCTTTAAGTATCCATTGGGACATGAAGTTAA
13441   CCACAGTCGGGAAACAAGCATAGAAATGGAAGAAAGTGAACTTGATCTCAGTATTTGCA
13501   GAATACATTCAAGGTTTCAAAGCGCCAGTCATTTGCTCCGTTTTCAAATCCAGGAAATGC
13561   AGAAGAGGAATGTGCAACATTCTCTGCCCACTCTGGGTCCTTAAAGAAACAAAGTCCAAA
13621   AGTCACTTTTGAATGTGAACAAAAGGAAGAAAATCAAGGAAAGAATGAGTCTAATATCAA
13681   GCCTGTACAGACAGTTAATATCACTGCAGGCTTTCCTGTGGTTGGTCAGAAAGATAAGCC
13741   AGTTGATAATGCCAAATGTAGTATCAAAGGAGGCTCTAGGTTTTGTCTATCATCCTAATG
13801   CAGAGGCAACGAAACTGGACTCATTACTCCAAATAAACATGGACTTTTACAAAACCCATA
13861   TCGTATACCACCACTTTTTCCCATCAAGTCATTTGTTAAAACTAAATGTAAGAAAAATCT
13921   GCTAGAGGAAAACTTTGAGGAACATTCAATGTCACTGCAACTGGAAAGAGAAATGGGAAATAGGAGGGCC
13981   CATTCCAAGTACAGTGAGCACAATTAGCCGTAATAACATTAGAGAAAATGTTTTTAAAGA
14041   AGCCAGCTCAAGCAATATTAATGAAGTAGGTTCCAGTACTAATGAAGTGGGCTCCAGTAT
14101   TAATGAAATAGGTTCCAGTGATGAAAACATTCAAGCAGAACTAGGTAGAAACAGAGGGCC
14161   AAAATTGAATGCTATGCTTAGATTAGGGGTTTTGCAACCTGAGGTCTATAAACAAAGTCT
14221   TCCTGGAAGTAATTGTAAGCATCCTGAAATAAAAAAGCAAGAATATGAAGAAGTAGTTCA
14281   GACTGTTAATACAGATTTCTCTCCATATCTGATTTCAGATAACTTAGAACAGCCTATGGG
14341   AAGTAGTCATGCATCTCAGGTTTGTTCTGAGACACCTGATGACCTGTTAGATGATGGTGA
14401   AATAAAGGAAGATACTAGTTTTGCTGAAAATGACATTAGGAAAGTTCTGCTGTTTTTAG
14461   CAAAAGCGTCCAGAAAGGAGAGCTTAGCAGGAGTCCTAGCCCTTTCACCCATACACATTT
14521   GGCTCAGGGTTACCGAAGAGGGGCCAAGAAATTAGAGTCCTCAGAAGAGAACTTATCTAG
14581   TGAGGATGAAGAGCTTCCCTGCTTCCAACACTTGTTATTTGGTAAAGTAAACAATATACC
14641   TTCTCAGTCTACTAGGCATAGCACCGTTGCTACCGAGTGTCTGTCTCAAGAACACAGAGGA
14701   GAATTTATTATCATTGAAGAATAGCTTAAATGACTGCAGTAACCAGGTAATATTGGCAAA
14761   GGCATCTCAGGAACATCACCTTAGTGAGGAAACAAAATGTTCTGCTAGCTTGTTTTTCTTC
14821   ACAGTGCAGTGAATTGGAAGACTTGACTGCAAATACAAACACCCAGGATCCTTTCTTGAT
14881   TGGTTCTTCCAAACAAATGAGGCATCAGTCTGAAAGCCAGGGAGTTGGTCTGAGTGACAA
14941   GGAATTGGTTTCAGATGATGAAGAAGAGGAACGGGCTTGGAAGAAAATAATCAAGAAGA
15001   GCAAAGCATGGATTCAAACTTAGgtattggaaccaggtttttgtgtttgccccagtctat
15061   ttatagaagtgagctaaatgtttatgcttttggggagcacatttttacaaatttccaagta
15121   tagttaaaggaactgcttcttaaactTgaaacatgttcctcctaaggtgctttcatAga
15181   aaaaagtccttcacacagctaggacgtcatctttgactgaatgagctttaacatcctaat
15241   tactggtggacttacttctggtttcattttataaagcaaatccGggtgtcccaaagcaag
```

<div align="center">

## FIG. 10E

</div>

```
15301  gaatttaatcattttgtgtgtgacatgaaagtaaatccagtcctgccaatgagaagaaaaag
15361  acacagcaagttgcagcgtttatagtctgctttacatctgaacctctgtttttgttatt
15421  taagGTGAAGCAGCATCTGGGTGTGAGAGTGAAACAAGCGTCTCTGAAGACTGCTCAGGG
15481  CTATCCTCTCAGAGTGACATTTTAACCACTcagtaaaaagcgtgtgtgtgtgtgtgcacat
15541  gcgtgtgtgtgtggtgtcctttgcattcagtagtatgtatcccacattcttaggtttgctga
15601  catcatctcttgaattaatggcacaattgtttgtggttcattgtcvvvvvvvvvvvvvvvn
15661  gngaatgtaatcctaatatttcncncncnacttaaaagaataccactccaaatgactcnca
15721  atacatcaatcaattgggaattgggatttccctcnctaacatcnantggaataatttca
15781  tggcattaattgcatgaatgtggttagattaaaaggtgttcatgctagaacttgtagttc
15841  catactaggtgattcaattcctgtgctaaaattaatttgtatgatatattntcatttaa
15901  tggaaagcttctcaaagtatttcattttcttggtaccatttatcgtttttgaAGCAGAGG
15961  GATACCATGCAACATAACCTGATAAAGCTCCAGCAGGAAATGGCTGAACTAGAAGCTGTG
16021  TTAGAACAGCATGGGAGCCAGCCTTCTAACAGCTACCCTTCCATCATAAGTGACTCTTCT
16081  GCCCTTGAGGACCTGCGAAATCCAGAACAAAGCACATCAGAAAAAGgtgtgtgtattgttgg
16141  ccaaacactgatatcttaagcaaaattctttccttcccctttatctccttctgaagagta
16201  aggacctagctccaacattttatgatcctgctcagcacatgggtaattatggagccttg
16261  gttcttgtccctgctcacaactaatataccagtcagagggacccaaggcagtcattcatg
16321  ttgtcatctgagatacctacaacaagtagatgctatgggggagcccatggvvvvvvvvvvv
16381  vvccattggtgctagcatctgtctgttgcattgcttgtgtttataaaattctgcctgata
16441  tacttgttaaaaaccaattgtgtatcatagattgatgcttttgaaaaaaatcagtattc
16501  taacctgaattatcactatcagaacaaagcagtaaagtagatttgttttctcattccatt
16561  taaagCAGTATTAACTTCACAGAAAAGTAGTGAATACCCTATAAGCCAGAATCCAGAAGG
16621  CCTTTCTGCTGACAAGTTTGAGGTGTCTGCAGATAGTTCTACCAGTAAAAATAAAGAACC
16681  AGGAGTGGAAAGgtaagaaacatcaatgtaaagatgctgtggtatctgacatctttattt
16741  atattgaactctgattgttaattttttttcaccatactttctccagtttttttgcatacag
16801  gcatttatacacttttattgctctaggatactcttttttgtttaatcctataggvvvvvv
16861  vvvvvvvvggataagntcaagagatattttgataggtgatgcagtgatnaattgngaaaa
16921  tttnctgcctgcttttaatcttccccgttcttcttcctncctccctcccttcctncct
16981  cccgtccttncctttccttttcctcccctcccttcccntcntctcttttccttttctt
17041  tcctgtctaccttttcttcctttcctccctttccttttcttttcttttccttttccttttt
17101  ctttcctttcttttcctttcctttctttcttgacagagtcttgctctgtcactcaggctgg
17161  agtgcagtggcgtgatctcgnctcactgcaacctctgtctcccaggttcaagcaattttc
17221  ctgcctcagcctcccgagtagctgagattacaggcgtgcagccaccacccagctactga
17281  cctgcttttvvvvvvvvvvvvvvaaacagctgggagatatggtgcctcagaccaagcccat
17341  gttatatgtcaaccctgacatattggcaggcaacatgaatccagacttctaggctgtcat
17401  gcgggctcttttttgccagtcatttctgatctctctgacatgagctgtttcatttatgct
17461  ttggctgcccaggaagtatgatttgtccttttcacaattggtggcgatggtttcttcctcttc
17521  catttatctttctagGTCATCCCCTTCTAAATGCCCATCATTAGATGATAGGTGGTACAT
17581  GCACAGTTGCTCTGGGAGTCTTCAGAATAGAAACTACCCATCTCAAGAGGAGCTCATTAA
17641  GGTTGTTGATGTGGAGGAGCAACAGCTGGAAGAGTCTGGGCCACACGATTTGACGGAACC
17701  ATCTTACTTGCCAAGGCAAGATCTAGgtaatatttcatctgctgtattgggacaaacact
17761  ytgattttactctgaatcctcacataaagatattctggttaaccaactttagatgtacta
17821  gtctatcatggacacttttgttatacttaattaagcccactttagaaaaatagctcaagt
17881  gttaatcaaggtttacttgaaaattattgaaactgttaatccatctatatttaattaat
17941  ggtttaactaatgattttgaggatgwgggagtcktggtgtactctamatgtattatttca
18001  ggccaggcatagtggctcacgcctggtaatcccagtayycmrgagcccgaggcaggtgga
18061  gccagctgaggtcaggagttcaagacctgtcttggccaacatgggngaaaccctgtcttc
18121  ttcttaaaaaanacaaaaaaaattaactgggttgtgcttaggtgnatgcccgcnatccta
18181  gtttntttcttgnnggttgagggaggagatcacnttggaccccgggagggnggggtgggggng
18241  agcaggncaaaacacngacccagctggggtggaagggaagcccactcnaaaaaanntthnv
18301  vvvvvvvvvvvvvvttttttaggaaacaagctacttttggatttccaccaacacctgtattcat
```

**FIG. 10F**

A000268

```
18361  gtacccattttttctcttaaccttaactttattggtcttttttaattcttaacagagaccaga
18421  acttgtaattcaacattcatcgttgtgtaaattaaacttctcccattccttcagAGGG
18481  AAGCCCTTACCTGGAATCTGGAATCAGCCTCTTCTTCTGATGACCCTGAATCTGATCCTTC
18541  TGAAGACAGAGCCCCAGAGTCAGCTCGTGTTGGCAACATACCATCTTCAACCTCTGCATT
18601  GAAAGTTCCCCAATTGAAAGTTGCAGAATCTGCCCAGAGTCCAGCTGCTGCTCATACTAC
18661  TGATACTGCTGGGTATAATGCAATGGAAGAAAGTGTGAGCAGGGAGAAGCCAGAATTGAC
18721  AGCTTCAACAGAAAGGGTCAACAAAAGAATGTCCATGGTGGTGTCTGGCCTGACCCCAGA
18781  AGAATTTgtgagtgtatccatatgtatctccctaatgactaagacttaacaacattctgg
18841  aaagagtttatgtaggtattgtcaattaataacctagaggaagaaatctagaaaacaat
18901  cacagttctgtgtaatttaatttcgattactaatttctgaaaatttagaayvvvvvvvvvv
18961  vvvvnccnncccccnaatctgaaatgggggtaacccccccccccaaccgaacntgggtng
19021  cntagagantttaatggcccnttcctgaggnacanaagcttaagccaggngacgtggancn
19081  atgngttgtttnttgtttggttacctccagcctgggtgacagagcaagactctgtctaaa
19141  aaaaaaaaaaaaaaaaatcgacttttaaatagttccaggacacgtgtagaacgtgcaggat
19201  tgctacgtaggtaaacatatgccatggtgggataactagtattctgagctgtgtctaga
19261  ggtaactcatgataatggaatatttgatttaattttcagATGCTCGTGTACAAGTTTGCCA
19321  GAAAACACCACATCACTTTAACTAATCTAATTACTGAAGAGACTACTCATGTTGTTATGA
19381  AAACAGgtataccaagaaccttttacagaataccttgcatctgctgcataaaaccacatga
19441  ggcgaggcacggtggcgcatgcctgtaatcgcagcactttgggaggccgaggcgggcaga
19501  tcacgagattaggagatcgagaccatcctggccagcatggtgaaaccccgtctctactan
19561  naaatggnaaaattanctgggtgtggtcgcgtgcncctgtagtcccagctactcgtgagg
19621  ctgaggcaggagaatcacttgaaccggggaaatggaggtttcagtgagcagagatcatnc
19681  ccctncattccagcctggcgacagagcaaggctccgtcncncnaaaaaataaaaaaaacg
19741  tgaacaaataagaatatttgttgagcatagcatggatgatagtcttctaatagtcaatca
19801  attactttatgtaaagacaaataatagttttgctgcttccttacctccttttgtttttgggt
19861  taagatttggagtgtgggccaggcacvvvvvvvvvvvvvvgatctatagctagccttggcg
19921  tctagaagatgggtgttgagaagaggggagtggaaagatatttcctctggtcttaacttca
19981  tatcagcctcccctagactccaaatatccatacctgctggttataattagtggtgtttt
20041  cagcctctgattctgtcaccaggggtttagaatcataaatccagattgatcttgggagt
20101  gtaaaaaactgaggctcttagcttcttaggacagcagttcctgattttgttttcaactt
20161  ctaatccttgagtgttttttcattctgcagATGTCGAGTTTGTGTGTGAACGGACACTGA
20221  AATATTTTCTAGGAATTGCGGGAGGAAAATGGGTAGTTAGCTATTTCTgtaagtataata
20281  ctatttctcccctcctcccctttaacacctcagaattgcattttttacacctaacatttaac
20341  acctaaggtttttgctgatgctgagtctgagttaccaaaggtcttttaaattgtaatact
20401  aaactactttttatctttaatatcactttgttcaagataagctggtgatgctgggaaaatg
20461  ggtctcttttataactaataggacctaatctgctcctagcaatgttagcatatgagctag
20521  ggatttatttaatagtcggcaggaatccatgtgcarcagncaaacttataatgtttaaat
20581  taaacatcaactctgtctccagaaggaaactgctgctacaagccttattaaaggggctgtg
20641  gctttagagggaaggacctctcctctgtcattcttcctgtgctctctttgtgaatcgctga
20701  cctctctatctccgtgaaaagacacgttctttctgctgtatgtaacctgtcttttctatg
20761  atctctvvvvvvvvvvvvvvvnaaaaacggggnngggganttgggcccttaaaancaaagggcna
20821  actccccaaccattnaaaaantgacnggggattattaaaancggcgggaaacatttcacn
20881  gcccaactaatatttgttaaattaaaaccaccaccnctgcnccaaggagggaaactgctgc
20941  tacaagccttattaaagggctgtggcctttagagggaaggacctctcctctgtcattcttc
21001  ctgtgctctctttgtgaatcgctgacctctctatgtccgtgaaaagagcacgttcttcgtc
21061  tgtatgtaaacctgtctttttctatgatctctttagGGGTGACCCAGTCTATTAAAGAAAGA
21121  AAAATGCTGAATGAGgtaagtacttgatgttacaaactaaccagagatattcattcagtc
21181  atatagttaaaaatgtatttgcttccttccatcaatgcaccacctttccttaacaatgcac
21241  aaatttttccatgataatgaggatcatcaagaattatgcaggcctgcactgtggctcatac
21301  ctataatcccagcgctttgggaggctgaggcgcttggatcvvvvvvvvvvvvvvvvaattttt
21361  tgtattttttagtagagatgaggttcaccatgttggtctagatctggtgtcgaacgtcctg
```

# FIG. 10G

```
21421    acctcaagtgatctgccagcctcagtctcccaaagtgctaggattacaggggtgagccac
21481    tgcgcctggcctgaatgcctaaaatatgacgtgtctgctccacttcattgaaggaagct
21541    tctcttttcttatcctgatgggttgtgtttggtttcttcagCATGATTTTGAAGTCAG
21601    AGGAGATGTGGTCAATGGAAGAAACCACCAAGGTCCAAAGCGAGCAAGAGAATCCCAGGA
21661    CAGAAAGgtaaagctccctccctcaagtgacaaaaatctcaccccaccactctgtattc
21721    cactcccctttgcagagatgggccgcttcattttgtaagacttattacatacatacacag
21781    tgctagatactttcacacaggttcttttttcactcttccatcccaaccacataaataagt
21841    attgtctctactttatgaatgataaaactaagagatttagagaggctgtgtaatttggat
21901    tcccgtctcggggttcagatcvvvvvvvvvvvvvttggcctgattggtgacaaaagtgaga
21961    tgctcagtcctttgaatgacaaagaatgcctgtagagttgcaggtccaactacatatgcac
22021    ttcaagaagatcttctgaaatctagtagtgttctggacattggactgcttgtccctgggga
22081    agtagcagcagaaatgatcggtggtgaacagaagaaaaagaaaagctcttccttttttgaa
22141    agtctgttttttgaataaaagcaatattctttataactagattttccttctctccatt
22201    ccctgtccctctctcttcctctctcttcctcagATCTTCAGGGGGCTAGAAATCTGTTGC
22261    TATGGGCCCTTCACCAACATGCCCACAGgtaagagcctgggagaaccccagagttccagc
22321    accagccttgtcttacatagtggagtattataagcaaggtcccacgatgggggttcctc
22381    agattgctgaaatgttctagaggctattctatttctctaccactcttccaaacaaaacagc
22441    acctaaatgttatcctatggcaaaaaaaactataccttgtccccctttcctcaagagcatg
22501    aaggtggttaatagttaggattcagtatgttatgtgttcagatggcgttgagctgctgtt
22561    agtgccvvvvvvvvvvvvvtttgagagactatcaaacctataccaagtggccttatgga
22621    gactgataaccagagtacatggcatatcagtggcaaattgacttaaaatccataccccta
22681    ctattttaagaccattgtccttttggagcagagagacagactctcccattgagaggtcttg
22741    ctataagccttcatccggagagtgtagggtagaggcgtcgggttaagtatgcagattact
22801    gcagtgattttacatgtaaatgtccattttagATCAACTGGAATGGATGGTACAGCTGTG
22861    TGGTGCTTCTGTGGTGAAGGAGCTTTCATCATTCACCCTTGGCACAGtaagtattgggtg
22921    ccctgtcagtgtgggaggacacaatattctctcctgtgagcaagactggcacctgtcagt
22981    ccctatggatgcccctactgtagcctcagaagtcttctctgcccacatacctgtgccaaa
23041    agactccatvvvvvvvvvvvvvvvvggtggtacgtgtctgtagttccagctacttgggaggct
23101    gagatggaaggattgcttgagcccaggaggcagaggtggnannttacgctgagatcacac
23161    cactgcactccagcctgggtgacagacaagacccgtgtctcaaaaacaaacaaaaaaaaat
23221    gatgaagtgacagttccagtagtcctcactttgacactttgaatgctctttccttcctggg
23281    gatccagGGTGTCCACCCAATTGTGGTTGTGCAGCCAGATGCCTGGACAGAGGACAATGG
23341    CTTCCATGGtaaggtgcctcgcatgtacctgtgctattagtggggtccttgtgcatgggt
23401    ttggttatcactcattacctggtgcttgagtagcacagttcttggcacattttttaaata
23461    tttgttgaatgaatggctaaaatgtcttttgatgtttttattgttatttgttttatatt
23521    gtaaaagtaatacatgaactgtttccatggggtgggagtaagatatgaatgttcatcacv
23581    vvvvvvvvvvvvvvcagtaatcctnagaactcatacgaccgggcccctggagtcgntgnttn
23641    gagcctagtccnggagaatgaattgacactaatctctgcttgtgttctctgtctccagCA
23701    ATTGGGCAGATGTGTGAGGCACCTGTGGTGACCCGAGAGTGGGTGTTGGACAGTGTAGCA
23761    CTCTACCAGTGCCAGGAGCTGGACACCTACCTGATACCCCAGATCCCCCCACAGCCACTAC
23821    TGACTGCAGCCAGCCACAGGTACAGAGCCACAGGACCCCCAAGAATGAGCTTACAAAGTGG
23881    CCTTTCCAGGCCCTGGGGAGCTCCTCTCACTCTTCAGTCCTTCTACTGTCCTGGCTACTAA
23941    ATATTTTATGTACATCAGCCTGAAAAGGACTTCTGGCTATGCAAGGGTCCCTTAAAGATT
24001    TTCTGCTTGAAGTCTCCCTTGGAAAT
```

# FIG. 10H

A000270

5,753,441

1

# 17Q-LINKED BREAST AND OVARIAN CANCER SUSCEPTIBILITY GENE

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of application Ser. No. 08/409,305 filed on 24 March 1995 now abandoned, which is a continuation-in-part of application Ser. No. 08/348,824 filed on 29 November 1994 now abandoned, which is a continuation-in-part of application Ser. No. 08/308,104 filed on 16 September 1994 now abandoned, which is a continuation-in-part of application Ser. No. 08/300,266, filed on 2 September 1994 now abandoned, which is a continuation-in-part of application Ser. No. 08/289,221, filed on 12 August 1994 now abandoned, all incorporated herein by reference.

## FIELD OF THE INVENTION

The present invention relates generally to the field of human genetics. Specifically, the present invention relates to methods and materials used to isolate and detect a human breast and ovarian cancer predisposing gene (BRCA1), some mutant alleles of which cause susceptibility to cancer, in particular, breast and ovarian cancer. More specifically, the invention relates to germline mutations in the BRCA1 gene and their use in the diagnosis of predisposition to breast and ovarian cancer. The present invention further relates to somatic mutations in the BRCA1 gene in human breast and ovarian cancer and their use in the diagnosis and prognosis of human breast and ovarian cancer. Additionally, the invention relates to somatic mutations in the BRCA1 gene in other human cancers and their use in the diagnosis and prognosis of human cancers. The invention also relates to the therapy of human cancers which have a mutation in the BRCA1 gene, including gene therapy, protein replacement therapy and protein mimetics. The invention further relates to the screening of drugs for cancer therapy. Finally, the invention relates to the screening of the BRCA1 gene for mutations, which are useful for diagnosing the predisposition to breast and ovarian cancer.

The publications and other materials used herein to illuminate the background of the invention, and in particular, cases to provide additional details respecting the practice, are incorporated herein by reference, and for convenience, are referenced by author and date in the following text and respectively grouped in the appended List of References.

## BACKGROUND OF THE INVENTION

The genetics of cancer is complicated, involving multiple dominant, positive regulators of the transformed state (oncogenes) as well as multiple recessive, negative regulators (tumor suppressor genes). Over one hundred oncogenes have been characterized. Fewer than a dozen tumor suppressor genes have been identified, but the number is expected to increase beyond fifty (Knudson, 1993).

The involvement of so many genes underscores the complexity of the growth control mechanisms that operate in cells to maintain the integrity of normal tissue. This complexity is manifest in another way. So far, no single gene has been shown to participate in the development of all, or even the majority of human cancers. The most common oncogenic mutations are in the H-ras gene, found in 10–15% of all solid tumors (Anderson et al., 1992). The most frequently mutated tumor suppressor genes are the TP53 gene, homozygously deleted in roughly 50% of all tumors, and

2

CDKN2, which was homozygously deleted in 46% of tumor cell lines examined (Kamb et al., 1994). Without a target that is common to all transformed cells, the dream of a "magic bullet" that can destroy or revert cancer cells while leaving normal tissue unharmed is improbable. The hope for a new generation of specifically targeted antitumor drugs may rest on the ability to identify tumor suppressor genes or oncogenes that play general roles in control of cell division.

The tumor suppressor genes which have been cloned and characterized influence susceptibility to: 1) Retinoblastoma (RB1); 2) Wilms' tumor (WT1); 3) Li-Fraumeni (TP53); 4) Familial adenomatous polyposis (APC); 5) Neurofibromatosis type 1 (NF1); 6) Neurofibromatosis type 2 (NF2); 7) von Hippel-Lindau syndrome (VHL); 8) Multiple endocrine neoplasia type 2A (MEN2A); and 9) Melanoma (CDKN2).

Tumor suppressor loci that have been mapped genetically but not yet isolated include genes for:

Multiple endocrine neoplasia type 1 (MEN1); Lynch cancer family syndrome 2 (LCFS2); Neuroblastoma (NB); Basal cell nevus syndrome (BCNS); Beckwith-Wiedemann syndrome (BWS); Renal cell carcinoma (RCC); Tuberous sclerosis 1 (TSC1); and Tuberous sclerosis 2 (TSC2). The tumor suppressor genes that have been characterized to date encode products with similarities to a variety of protein types, including DNA binding proteins (WT1), ancillary transcription regulators (RB1), GTPase activating proteins or GAPs (NF1), cytoskeletal components (NF2), membrane bound receptor kinases (MEN2A), cell cycle regulators (CDKN2) and others with no obvious similarity to known proteins (APC and VHL).

In many cases, the tumor suppressor gene originally identified through genetic studies has been shown to be lost or mutated in some sporadic tumors. This result suggests that regions of chromosomal aberration may signify the position of important tumor suppressor genes involved both in genetic predisposition to cancer and in sporadic cancer.

One of the hallmarks of several tumor suppressor genes characterized to date is that they are deleted at high frequency in certain tumor types. The deletions often involve loss of a single allele, a so-called loss of heterozygosity (LOH), but may also involve homozygous deletion of both alleles. For LOH, the remaining allele is presumed to be nonfunctional, either because of a preexisting inherited mutation, or because of a secondary sporadic mutation.

Breast cancer is one of the most significant diseases that affects women. At the current rate, American women have a 1 in 8 risk of developing breast cancer by age 95 (American Cancer Society, 1992). Treatment of breast cancer at later stages is often futile and disfiguring, making early detection a high priority in medical management of the disease. Ovarian cancer, although less frequent than breast cancer is often rapidly fatal and is the fourth most common cause of cancer mortality in American women. Genetic factors contribute to an ill-defined proportion of breast cancer incidence, estimated to be about 5% of all cases but approximately 25% of cases diagnosed before age 40 (Claus et al., 1991). Breast cancer has been subdivided into two types, early-age onset and late-age onset, based on an inflection in the age-specific incidence curve around age 50. Mutation of one gene, BRCA1, is thought to account for approximately 45% of familial breast cancer, but at least 80% of families with both breast and ovarian cancer (Easton et al., 1993).

Intense efforts to isolate the BRCA1 gene have proceeded since it was first mapped in 1990 (Hall et al., 1990; Narod et al., 1991). A second locus, BRCA2, has recently been

5,753,441

3

mapped to chromosome 13q (Wooster et al., 1994) and appears to account for a proportion of early-onset breast cancer roughly equal to BRCA1, but confers a lower risk of ovarian cancer. The remaining susceptibility to early-onset breast cancer is divided between as yet unmapped genes for familial cancer, and rarer germline mutations in genes such as TP53 (Malkin et al., 1990). It has also been suggested that heterozygote carriers for defective forms of the Ataxia-Telangectasia gene are at higher risk for breast cancer (Swift et al., 1976; Swift et al., 1991). Late-age onset breast cancer is also often familial although the risks in relatives are not as high as those for early-onset breast cancer (Cannon-Albright et al., 1994; Mettlin et al., 1990). However, the percentage of such cases due to genetic susceptibility is unknown.

Breast cancer has long been recognized to be, in part, a familial disease (Anderson, 1972). Numerous investigators have examined the evidence for genetic inheritance and concluded that the data are most consistent with dominant inheritance for a major susceptibility locus or loci (Bishop and Gardner, 1980; Go et al., 1983; Willams and Anderson, 1984; Bishop et al., 1988; Newman et al., 1988; Claus et al., 1991). Recent results demonstrate that at least three loci exist which convey susceptibility to breast cancer as well as other cancers. These include the TP53 locus on chromosome 17p (Malkin et al., 1990), a 17q-linked susceptibility locus known as BRCA1 (Hall et al., 1990), and one or more loci responsible for the unmapped residual. Hall et al. (1990) indicated that the inherited breast cancer susceptibility in kindreds with early age onset is linked to chromosome 17q21; although subsequent studies by this group using a more appropriate genetic model partially refuted the limitation to early onset breast cancer (Margaritte et al., 1992).

Most strategies for cloning the 17q-linked breast cancer predisposing gene (BRCA1) require precise genetic localization studies. The simplest model for the functional role of BRCA1 holds that alleles of BRCA1 that predispose to cancer are recessive to wild type alleles; that is, cells that contain at least one wild type BRCA1 allele are not cancerous. However, cells that contain one wild type BRCA1 allele and one predisposing allele may occasionally suffer loss of the wild type allele either by random mutation or by chromosome loss during cell division (nondisjunction). All the progeny of such a mutant cell lack the wild type function of BRCA1 and may develop into tumors. According to this model, predisposing alleles of BRCA1 are recessive, yet susceptibility to cancer is inherited in a dominant fashion: women who possess one predisposing allele (and one wild type allele) risk developing cancer, because their mammary epithelial cells may spontaneously lose the wild type BRCA1 allele. This model applies to a group of cancer susceptibility loci known as tumor suppressors or antioncogenes, a class of genes that includes the retinoblastoma gene and neurofibromatosis gene. By inference this model may also explain the BRCA1 function, as has recently been suggested (Smith et al., 1992).

A second possibility is that BRCA1 predisposing alleles are truly dominant; that is, a wild type allele of BRCA1 cannot overcome the tumor forming role of the predisposing allele. Thus, a cell that carries both wild type and mutant alleles would not necessarily lose the wild type copy of BRCA1 before giving rise to malignant cells. Instead, mammary cells in predisposed individuals would undergo some other stochastic change(s) leading to cancer.

If BRCA1 predisposing alleles are recessive, the BRCA1 gene is expected to be expressed in normal mammary tissue but not functionally expressed in mammary tumors. In

4

contrast, if BRCA1 predisposing alleles are dominant, the wild type BRCA1 gene may or may not be expressed in normal mammary tissue. However, the predisposing allele will likely be expressed in breast tumor cells.

The 17q linkage of BRCA1 was independently confirmed in three of five kindreds with both breast cancer and ovarian cancer (Narod et al., 1991). These studies claimed to localize the gene within a very large region, 15 centiMorgans (cM), or approximately 15 million base pairs, to either side of the linked marker pCMM86 (D17S74). However, attempts to define the region further by genetic studies, using markers surrounding pCMMS6, proved unsuccessful. Subsequent studies indicated that the gene was considerably more proximal (Easton et al., 1993) and that the original analysis was flawed (Margaritte et al., 1992). Hall et al., (1992) recently localized the BRCA1 gene to an approximately 8 cM interval (approximately 8 million base pairs) bounded by Mfd15 (D17S250) on the proximal side and the human GIP gene on the distal side. A slightly narrower interval for the BRCA1 locus, based on publicly available data, was agreed upon at the Chromosome 17 workshop in March of 1992 (Fain, 1992). The size of these regions and the uncertainty associated with them has made it exceedingly difficult to design and implement physical mapping and/or cloning strategies for isolating the BRCA1 gene.

Identification of a breast cancer susceptibility locus would permit the early detection of susceptible individuals and greatly increase our ability to understand the initial steps which lead to cancer. As susceptibility loci are often altered during tumor progression, cloning these genes could also be important in the development of better diagnostic and prognostic products, as well as better cancer therapies.

## SUMMARY OF THE INVENTION

The present invention relates generally to the field of human genetics. Specifically, the present invention relates to methods and materials used to isolate and detect a human breast cancer predisposing gene (BRCA1), some alleles of which cause susceptibility to cancer, in particular breast and ovarian cancer. More specifically, the present invention relates to germline mutations in the BRCA1 gene and their use in the diagnosis of predisposition to breast and ovarian cancer. The invention further relates to somatic mutations in the BRCA1 gene in human breast cancer and their use in the diagnosis and prognosis of human breast and ovarian cancer. Additionally, the invention relates to somatic mutations in the BRCA1 gene in other human cancers and their use in the diagnosis and prognosis of human cancers. The invention also relates to the therapy of human cancers which have a mutation in the BRCA1 gene, including gene therapy, protein replacement therapy and protein mimetics. The invention further relates to the screening of drugs for cancer therapy. Finally, the invention relates to the screening of the BRCA1 gene for mutations, which are useful for diagnosing the predisposition to breast and ovarian cancer.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a diagram showing the order of loci neighboring BRCA1 as determined by the chromosome 17 workshop. FIG. 1 is reproduced from Fain, 1992.

FIG. 2 is a schematic map of YACs which define part of Mfd15-Mfd188 region.

FIG. 3 is a schematic map of STSs, P1s and BACs in the BRCA1 region.

FIG. 4 is a schematic map of human chromosome 17. The pertinent region containing BRCA1 is expanded to indicate

5,753,441

5

the relative positions of two previously identified genes, CA125 and RNU2. BRCA1 spans the marker D17S855.

FIG. 5 shows alignment of the BRCA1 zinc-finger domain with 3 other zinc-finger domains that scored highest in a Smith-Waterman alignment. RPT1 encodes a protein that appears to be a negative regulator of the IL-2 receptor in mouse. RIN 1 encodes a DNA-binding protein that includes a RING-finger motif related to the zinc-finger. RFP1 encodes a putative transcription factor that is the N-terminal domain of the RET oncogene product. The bottom line contains the C3HC4 consensus zinc-finger sequence showing the positions of cysteines and one histidine that form the zinc ion binding pocket.

FIG. 6 is a diagram of BRCA1 mRNA showing the locations of introns and the variants of BRCA1 mRNA produced by alternative splicing. Intron locations are shown by dark triangles and the exons are numbered below the line representing the CDNA. The top cDNA is the composite used to generate the peptide sequence of BRCA1. Alternative forms identified as cDNA clones or hybrid selection clones are shown below.

FIG. 7 shows the tissue expression pattern of BRCA1. The blot was obtained from Clontech and contains RNA from the indicated tissues. Hybridization conditions were as recommended by the manufacturer using a probe consisting of nucleotide positions 3631 to 3930 of BRCA1. Note that both breast and ovary are heterogeneous tissues and the percentage of relevant epithelial cells can be variable. Molecular weight standards are in kilobases.

FIG. 8 is a diagram of the 5' untranslated region plus the beginning of the translated region of BRCA1 showing the locations of introns and the variants of BRCA1 mRNA produced by alternative splicing. Intron locations are shown by broken dashed lines. Six alternate splice forms are shown.

FIG. 9A shows a nonsense mutation in Kindred 2082. P indicates the person originally screened. b and c are haplotype carriers. a, d, e, f, and g do not carry the BRCA1 haplotype. The C to T mutation results in a stop codon and creates a site for the restriction enzyme AvrII. PCR amplification products are cut with this enzyme. The carriers are heterozygous for the site and therefore show three bands. Non-carriers remain uncut.

FIG. 9B shows a mutation and cosegregation analysis in BRCA1 kindreds. Carrier individuals are represented as filled circles and squares in the pedigree diagrams. Frameshift mutation in Kindred 1910. The first three lanes are control, noncarrier samples. Lanes labeled 1–3 contain sequences from carrier individuals. Lane 4 contains DNA from a kindred member who does not carry the BRCA1 mutation. The diamond is used to prevent identification of the kindred. The frameshift resulting from the additional C is apparent in lanes labeled 1, 2, and 3.

FIG. 9C shows a mutation and cosegregation analysis in BRCA1 kindreds. Carrier individuals are represented as filled circles and squares in the pedigree diagrams. Inferred regulatory mutation in Kindred 2035. ASO analysis of carriers and noncarriers of 2 different polymorphisms (PM1 and PM7) which were examined for heterozygosity in the germline and compared to the heterozygosity of lymphocyte mRNA. The top 2 rows of each panel contain PCR products amplified from genomic DNA and the bottom 2 rows contain PCR products amplified from CDNA. "A" and "G" are the two alleles detected by the ASO. The dark spots indicate that a particular allele is present in the sample. The first three lanes of PM7 represent the three genotypes in the general population.

6

FIGS. 10A–10H show genomic sequence of BRCA1. The lower case letters denote intron sequence while the upper case letters denote exon sequence. Indefinite intervals within introns are designated with vvvvvvvvvvvvvv. Known polymorphic sites are shown as underlined and boldface type.

## DETAILED DESCRIPTION OF THE INVENTION

The present invention relates generally to the field of human genetics. Specifically, the present invention relates to methods and materials used to isolate and detect a human breast cancer predisposing gene (BRCA1), some alleles of which cause susceptibility to cancer, in particular breast and ovarian cancer. More specifically, the present invention relates to germline mutations in the BRCA1 gene and their use in the diagnosis of predisposition to breast and ovarian cancer. The invention further relates to somatic mutations in the BRCA1 gene in human breast cancer and their use in the diagnosis and prognosis of human breast and ovarian cancer. Additionally, the invention relates to somatic mutations in the BRCA1 gene in other human cancers and their use in the diagnosis and prognosis of human cancers. The invention also relates to the therapy of human cancers which have a mutation in the BRCA1 gene, including gene therapy, protein replacement therapy and protein mimetics. The invention further relates to the screening of drugs for cancer therapy. Finally, the invention relates to the screening of the BRCA1 gene for mutations, which are useful for diagnosing the predisposition to breast and ovarian cancer.

The present invention provides an isolated polynucleotide comprising all, or a portion of the BRCA1 locus or of a mutated BRCA1 locus, preferably at least eight bases and not more than about 100 kb in length. Such polynucleotides may be antisense polynucleotides. The present invention also provides a recombinant construct comprising such an isolated polynucleotide, for example, a recombinant construct suitable for expression in a transformed host cell.

Also provided by the present invention are methods of detecting a polynucleotide comprising a portion of the BRCA1 locus or its expression product in an analyte. Such methods may further comprise the step of amplifying the portion of the BRCA1 locus, and may further include a step of providing a set of polynucleotides which are primers for amplification of said portion of the BRCA1 locus. The method is useful for either diagnosis of the predisposition to cancer or the diagnosis or prognosis of cancer.

The present invention also provides isolated antibodies, preferably monoclonal antibodies, which specifically bind to an isolated polypeptide comprised of at least five amino acid residues encoded by the BRCA1 locus.

The present invention also provides kits for detecting in an analyte a polynucleotide comprising a portion of the BRCA1 locus, the kits comprising a polynucleotide complementary to the portion of the BRCA1 locus packaged in a suitable container, and instructions for its use.

The present invention further provides methods of preparing a polynucleotide comprising polymerizing nucleotides to yield a sequence comprised of at least eight consecutive nucleotides of the BRCA1 locus; and methods of preparing a polypeptide comprising polymerizing amino acids to yield a sequence comprising at least five amino acids encoded within the BRCA1 locus.

The present invention further provides methods of screening the BRCA1 gene to identify mutations. Such methods may further comprise the step of amplifying a portion of the BRCA1 locus, and may further include a step of providing

5,753,441

7

a set of polynucleotides which are primers for amplification of said portion of the BRCA1 locus. The method is useful for identifying mutations for use in either diagnosis of the predisposition to cancer or the diagnosis or prognosis of cancer.

The present invention further provides methods of screening suspected BRCA1 mutant alleles to identify mutations in the BRCA1 gene.

In addition, the present invention provides methods of screening drugs for cancer therapy to identify suitable drugs for restoring BRCA1 gene product function.

Finally, the present invention provides the means necessary for production of gene-based therapies directed at cancer cells. These therapeutic agents may take the form of polynucleotides comprising all or a portion of the BRCA1 locus placed in appropriate vectors or delivered to target cells in more direct ways such that the function of the BRCA1 protein is reconstituted. Therapeutic agents may also take the form of polypeptides based on either a portion of, or the entire protein sequence of BRCA1. These may functionally replace the activity of BRCA1 in vivo.

It is a discovery of the present invention that the BRCA1 locus which predisposes individuals to breast cancer and ovarian cancer, is a gene encoding a BRCA1 protein, which has been found to have no significant homology with known protein or DNA sequences. This gene is termed BRCA1 herein. It is a discovery of the present invention that mutations in the BRCA1 locus in the germline are indicative of a predisposition to breast cancer and ovarian cancer. Finally, it is a discovery of the present invention that somatic mutations in the BRCA1 locus are also associated with breast cancer, ovarian cancer and other cancers, which represents an indicator of these cancers or of the prognosis of these cancers. The mutational events of the BRCA1 locus can involve deletions, insertions and point mutations within the coding sequence and the non-coding sequence.

Starting from a region on the long arm of human chromosome 17 of the human genome, 17q, which has a size estimated at about 8 million base pairs, a region which contains a genetic locus, BRCA1, which causes susceptibility to cancer, including breast and ovarian cancer, has been identified.

The region containing the BRCA1 locus was identified using a variety of genetic techniques. Genetic mapping techniques initially defined the BRCA1 region in terms of recombination with genetic markers. Based upon studies of large extended families ("kindreds") with multiple cases of breast cancer (and ovarian cancer cases in some kindreds), a chromosomal region has been pinpointed that contains the BRCA1 gene as well as other putative susceptibility alleles in the BRCA1 locus. Two meiotic breakpoints have been discovered on the distal side of the BRCA1 locus which are expressed as recombinants between genetic markers and the disease, and one recombinant on the proximal side of the BRCA1 locus. Thus, a region which contains the BRCA1 locus is physically bounded by these markers.

The use of the genetic markers provided by this invention allowed the identification of clones which cover the region from a human yeast artificial chromosome (YAC) or a human bacterial artificial chromosome (BAC) library. It also allowed for the identification and preparation of more easily manipulated cosmid, P1 and BAC clones from this region and the construction of a from a subset of the clones. These cosmids, P1s, YACs and BACs provide the basis for cloning the BRCA1 locus and provide the basis for developing reagents effective, for example, in the diagnosis and treat-

8

ment of breast and/or ovarian cancer. The BRCA1 gene and other potential susceptibility genes have been isolated from this region. The isolation was done using software trapping (a computational method for identifying sequences likely to contain coding exons, from contiguous or discontinuous genomic DNA sequences), hybrid selection techniques and direct screening, with whole or partial cDNA inserts from cosmids, P1s and BACs, in the region to screen cDNA libraries. These methods were used to obtain sequences of loci expressed in breast and other tissue. These candidate loci were analyzed to identify sequences which confer cancer susceptibility. We have discovered that there are mutations in the coding sequence of the BRCA1 locus in kindreds which are responsible for the 17q-linked cancer susceptibility known as BRCA1. This gene was not known to be in this region. The present invention not only facilitates the early detection of certain cancers, so vital to patient survival, but also permits the detection of susceptible individuals before they develop cancer.

Population Resources

Large, well-documented Utah kindreds are especially important in providing good resources for human genetic studies. Each large kindred independently provides the power to detect whether a BRCA1 susceptibility allele is segregating in that family. Recombinants informative for localization and isolation of the BRCA1 locus could be obtained only from kindreds large enough to confirm the presence of a susceptibility allele. Large sibships are especially important for studying breast cancer, since penetrance of the BRCA1 susceptibility allele is reduced both by age and sex, making informative sibships difficult to find. Furthermore, large sibships are essential for constructing haplotypes of deceased individuals by inference from the haplotypes of their close relatives.

While other populations may also provide beneficial information, such studies generally require much greater effort, and the families are usually much smaller and thus less informative. Utah's age-adjusted breast cancer incidence is 20% lower than the average U.S. rate. The lower incidence in Utah is probably due largely to an early age at first pregnancy, increasing the probability that cases found in Utah kindreds carry a genetic predisposition.

Genetic Mapping

Given a set of informative families, genetic markers are essential for linking a disease to a region of a chromosome. Such markers include restriction fragment length polymorphisms (RFLPs) (Botstein et al., 1980), markers with a variable number of tandem repeats (VNTRs) (Jeffreys et al., 1985; Nakamura et al., 1987), and an abundant class of DNA polymorphisms based on short tandem repeats (STRs), especially repeats of CpA (Weber and May, 1989; Litt et al., 1989). To generate a genetic map, one selects potential genetic markers and tests them using DNA extracted from members of the kindreds being studied.

Genetic markers useful in searching for a genetic locus associated with a disease can be selected on an ad hoc basis, by densely covering a specific chromosome, or by detailed analysis of a specific region of a chromosome. A preferred method for selecting genetic markers linked with a disease involves evaluating the degree of informativeness of kindreds to determine the ideal distance between genetic markers of a given degree of polymorphism, then selecting markers from known genetic maps which are ideally spaced for maximal efficiency. Informativeness of kindreds is measured by the probability that the markers will be heterozygous in unrelated individuals. It is also most efficient to use STR markers which are detected by amplification of the

5,753,441

9            10

target nucleic acid sequence using PCR; such markers are highly informative, easy to assay (Weber and May, 1989), and can be assayed simultaneously using multiplexing strategies (Skolnick and Wallace, 1988), greatly reducing the number of experiments required.

Once linkage has been established, one needs to find markers that flank the disease locus, i.e., one or more markers proximal to the disease locus, and one or more markers distal to the disease locus. Where possible, candidate markers can be selected from a known genetic map. Where none is known, new markers can be identified by the STR technique, as shown in the Examples.

Genetic mapping is usually an iterative process. In the present invention, it began by defining flanking genetic markers around the BRCA1 locus, then replacing these flanking markers with other markers that were successively closer to the BRCA1 locus. As an initial step, recombination events, defined by large extended kindreds, helped specifically to localize the BRCA1 locus as either distal or proximal to a specific genetic marker (Goldgar et al., 1994).

The region surrounding BRCA1, until the disclosure of the present invention, was not well mapped and there were few markers. Therefore, short repetitive sequences on cosmids subcloned from YACs, which had been physically mapped, were analyzed in order to develop new genetic markers. Using this approach, one marker of the present invention, 42D6, was discovered which replaced pCMM86 as the distal flanking marker for the BRCA1 region. Since 42D6 is approximately 14 cM from pCMM86, the BRCA1 region was thus reduced by approximately 14 centiMorgans (Easton et al., 1993). The present invention thus began by finding a much more closely linked distal flanking marker of the BRCA1 region. BRCA1 was then discovered to be distal to the genetic marker Mfd15. Therefore, BRCA1 was shown to be in a region of 6 to 10 million bases bounded by Mfd15 and 42D6. Marker Mfd191 was subsequently discovered to be distal to Mfd15 and proximal to BRCA1. Thus, Mfd15 was replaced with Mfd191 as the closest proximal genetic marker. Similarly, it was discovered that genetic marker Mfd188 could replace genetic marker 42D6, narrowing the region containing the BRCA1 locus to approximately 1.5 million bases. Then the marker Mfd191 was replaced with tdj 1474 as the proximal marker and Mfd188 was replaced with U5R as the distal marker, further narrowing the BRCA1 region to a small enough region to allow isolation and characterization of the BRCA1 locus (see FIG. 3), using techniques known in the art and described herein.

Physical Mapping

Three distinct methods were employed to physically map the region. The first was the use of yeast artificial chromosomes (YACs) to clone the region which is flanked by tdj 1474 and U5R. The second was the creation of a set of P1, BAC and cosmid clones which cover the region containing the BRCA1 locus.

Yeast Artificial Chromosomes (YACs).

Once a sufficiently small region containing the BRCA1 locus was identified, physical isolation of the DNA in the region proceeded by identifying a set of overlapping YACs which covers the region. Useful YACs can be isolated from known libraries, such as the St. Louis and CEPH YAC libraries, which are widely distributed and contain approximately 50,000 YACs each. The YACs isolated were from these publicly accessible libraries and can be obtained from a number of sources including the Michigan Genome Center. Clearly, others who had access to these YACs, without the disclosure of the present invention, would not have known the value of the specific YACs we selected since they

would not have known which YACs were within, and which YACs outside of, the smallest region containing the BRCA1 locus.

Cosmid, P1 and BAC Clones.

In the present invention, it is advantageous to proceed by obtaining cosmid, P1, and BAC clones to cover this region. The smaller size of these inserts, compared to YAC inserts, makes them more useful as specific hybridization probes. Furthermore, having the cloned DNA in bacterial cells, rather than in yeast cells, greatly increases the ease with which the DNA of interest can be manipulated, and improves the signal-to-noise ratio of hybridization assays. For cosmid subclones of YACs, the DNA is partially digested with the restriction enzyme Sau3A and cloned into the BamHI site of the pWE15 cosmid vector (Stratagene, cat. #1251201). The cosmids containing human sequences are screened by hybridization with human repetitive DNA (e.g., Gibco/BRL, Hfuman $C_0t$–1 DNA, cat. 5279SA), and then fingerprinted by a variety of techniques, as detailed in the Examples.

P1 and BAC clones are obtained by screening libraries constructed from the total human genome with specific sequence tagged sites (STSs) derived from the YACs, cosmids or P1s and BACs, isolated as described herein.

These P1, BAC and cosmid clones can be compared by interspersed repetitive sequence (IRS) PCR and/or restriction enzyme digests followed by gel electrophoresis and comparison of the resulting DNA fragments ("fingerprints") (Maniatis et al., 1982). The clones can also be characterized by the presence of STSs. The fingerprints are used to define an overlapping contiguous set of clones which covers the region but is not excessively redundant, referred to herein as a "minimum tiling path". Such a minimum tiling path forms the basis for subsequent experiments to identify cDNAs which may originate from the BRCA1 locus.

Coverage of the Gap with P1 and BAC Clones.

To cover any gaps in the BRCA1 contig between the identified cosmids with genomic clones, clones in P1 and BAC vectors which contain inserts of genomic DNA roughly twice as large as cosmids for P1s and still greater for BACs (Sternberg, 1990; Sternberg et al., 1990; Pierce et al., 1992; Shizuya et al., 1992) were used. P1 clones were isolated by Genome Sciences using PCR primers provided by us for screening. BACs were provided by hybridization techniques in Dr. Mel Simon's laboratory. The strategy of using P1 clones also permitted the covering of the genomic region with an independent set of clones not derived from YACs. This guards against the possibility of other deletions in YACs that have not been detected. These new sequences derived from the P1 clones provide the material for further screening for candidate genes, as described below.

Gene Isolation

There are many techniques for testing genomic clones for the presence of sequences likely to be candidates for the coding sequence of a locus one is attempting to isolate, including but not limited to:

a. zoo blots

b. identifying HTF islands

c. exon trapping

d. hybridizing cDNA to cosmids or YACs.

e. screening CDNA libraries.

(a) Zoo blots.

The first technique is to hybridize cosmids to Southern blots to identify DNA sequences which are evolutionarily conserved, and which therefore give positive hybridization signals with DNA from species of varying degrees of

A000275

5,753,441

11

relationship to humans (such as monkey, cow, chicken, pig, mouse and rat). Southern blots containing such DNA from a variety of species are commercially available (Clonetech, Cat. 7753-1).

(b) Identifying HTF islands.

The second technique involves finding regions rich in the nucleotides C and G, which often occur near or within coding sequences. Such sequences are called HTF (HpaI tiny fragment) or CpG islands, as restriction enzymes specific for sites which contain CpG dimers cut frequently in these regions (Lindsay et al. 1987).

(c) Exon trapping.

The third technique is exon trapping, a method that identifies sequences in genomic DNA which contain splice junctions and therefore are likely to comprise coding sequences of genes. Exon amplification (Buckler et al. 1991) is used to select and amplify exons from DNA clones described above. Exon amplification is based on the selection of RNA sequences which are flanked by functional 5' and/or 3' splice sites. The products of the exon amplification are used to screen the breast cDNA libraries to identify a manageable number of candidate genes for further study. Exon trapping can also be performed on small segments of sequenced DNA using computer programs or by software trapping.

(d) Hybridizing cDNA to Cosmids, P1s, BACs or YACs.

The fourth technique is a modification of the selective enrichment technique which utilizes hybridization of cDNA to cosmids, P1s, BACs or YACs and permits transcribed sequences to be identified in, and recovered from cloned genomic DNA (Kandpal et al. 1990). The selective enrichment technique, as modified for the present purpose, involves binding DNA from the region of BRCA1 present in a YAC to a column matrix and selecting cDNAs from the relevant libraries which hybridize with the bound DNA, followed by amplification and purification of the bound DNA, resulting in a great enrichment for cDNAs in the region represented by the cloned genomic DNA.

(e) Identification of cDNAs.

The fifth technique is to identify cDNAs that correspond to the BRCA1 locus. Hybridization probes containing putative coding sequences, selected using any of the above techniques, are used to screen various libraries, including breast tissue cDNA libraries, ovarian cDNA libraries, and any other necessary libraries.

Another variation on the theme of direct selection of cDNA was also used to find candidate genes for BRCA1 (Lovett et al. 1991; Futreal, 1993). This method uses cosmid, P1 or BAC DNA as the probe. The probe DNA is digested with a blunt cutting restriction enzyme such as HaeIII. Double stranded adapters are then ligated onto the DNA and serve as binding sites for primers in subsequent PCR amplification reactions using biotinylated primers. Target CDNA is generated from mRNA derived from tissue samples, e.g., breast tissue, by synthesis of either random primed or oligo(dT) primed first strand followed by second strand synthesis. The cDNA ends are rendered blunt and ligated onto double-stranded adapters. These adapters serve as amplification sites for PCR. The target and probe sequences are denatured and mixed with human $C_o t-1$ DNA to block repetitive sequences. Solution hybridization is carried out to high $C_o t-\frac{1}{2}$ values to ensure hybridization of rare target cDNA molecules. The annealed material is then captured on avidin beads, washed at high stringency and the retained cDNAs are eluted and amplified by PCR. The selected cDNA is subjected to further rounds of enrichment before cloning into a plasmid vector for analysis.

12

Testing the cDNA for Candidacy

Proof that the cDNA is the BRCA1 locus is obtained by finding sequences in DNA extracted from affected kindred members which create abnormal BRCA1 gene products or abnormal levels of BRCA1 gene product. Such BRCA1 susceptibility alleles will co-segregate with the disease in large kindreds. They will also be present at a much higher frequency in non-kindred individuals with breast and ovarian cancer than in individuals in the general population. Finally, since tumors often mutate somatically at loci which are in other instances mutated in the germline, we expect to see normal germline BRCA1 alleles mutated into sequences which are identical or similar to BRCA1 susceptibility alleles in DNA extracted from tumor tissue. Whether one is comparing BRCA1 sequences from tumor tissue to BRCA1 alleles from the germline of the same individuals, or one is comparing germline BRCA1 alleles from cancer cases to those from unaffected individuals, the key is to find mutations which are serious enough to cause obvious disruption to the normal function of the gene product. These mutations can take a number of forms. The most severe forms would be frame shift mutations or large deletions which would cause the gene to code for an abnormal protein or one which would significantly alter protein expression. Less severe disruptive mutations would include small in-frame deletions and nonconservative base pair substitutions which would have a significant effect on the protein produced, such as changes to or from a cysteine residue, from a basic to an acidic amino acid or vice versa, from a hydrophobic to hydrophilic amino acid or vice versa, or other mutations which would affect secondary, tertiary or quaternary protein structure. Silent mutations or those resulting in conservative amino acid substitutions would not generally be expected to disrupt protein function.

According to the diagnostic and prognostic method of the present invention, alteration of the wild-type BRCA1 locus is detected. In addition, the method can be performed by detecting the wild-type BRCA1 locus and confirming the lack of a predisposition to cancer at the BRCA1 locus. "Alteration of a wild-type gene" encompasses all forms of mutations including deletions, insertions and point mutations in the coding and noncoding regions. Deletions may be of the entire gene or of only a portion of the gene. Point mutations may result in stop codons, frameshift mutations or amino acid substitutions. Somatic mutations are those which occur only in certain tissues, e.g., in the tumor tissue, and are not inherited in the germline. Germline mutations can be found in any of a body's tissues and are inherited. If only a single allele is somatically mutated, an early neoplastic state is indicated. However, if both alleles are somatically mutated, then a late neoplastic state is indicated. The finding of BRCA1 mutations thus provides both diagnostic and prognostic information. A BRCA1 allele which is not deleted (e.g., found on the sister chromosome to a chromosome carrying a BRCA1 deletion) can be screened for other mutations, such as insertions, small deletions, and point mutations. It is believed that many mutations found in tumor tissues will be those leading to decreased expression of the BRCA1 gene product. However, mutations leading to nonfunctional gene products would also lead to a cancerous state. Point mutational events may occur in regulatory regions, such as in the promoter of the gene, leading to loss or diminution of expression of the mRNA. Point mutations may also abolish proper RNA processing, leading to loss of expression of the BRCA1 gene product, or to a decrease in mRNA stability or translation efficiency.

Useful diagnostic techniques include, but are not limited to fluorescent in situ hybridization (FISH), direct DNA

5,753,441

13

sequencing, PFGE analysis, Southern blot analysis, single stranded conformation analysis (SSCA), RNase protection assay, allele-specific oligonucleotide (ASO), dot blot analysis and PCR-SSCP, as discussed in detail further below.

Predisposition to cancers, such as breast and ovarian cancer, and the other cancers identified herein, can be ascertained by testing any tissue of a human for mutations of the BRCA1 gene. For example, a person who has inherited a germline BRCA1 mutation would be prone to develop cancers. This can be determined by testing DNA from any tissue of the person's body. Most simply, blood can be drawn and DNA extracted from the cells of the blood. In addition, prenatal diagnosis can be accomplished by testing fetal cells, placental cells or amniotic cells for mutations of the BRCA1 gene. Alteration of a wild-type BRCA1 allele, whether, for example, by point mutation or deletion, can be detected by any of the means discussed herein.

There are several methods that can be used to detect DNA sequence variation. Direct DNA sequencing, either manual sequencing or automated fluorescent sequencing, can detect sequence variation. For a gene as large as BRCA1, manual sequencing is very labor-intensive, but under optimal conditions, mutations in the coding sequence of a gene are rarely missed. Another approach is the single-stranded conformation polymorphism assay (SSCA) (Orita et al., 1989). This method does not detect all sequence changes, especially if the DNA fragment size is greater than 200 bp, but can be optimized to detect most DNA sequence variation. The reduced detection sensitivity is a disadvantage, but the increased throughput possible with SSCA makes it an attractive, viable alternative to direct sequencing for mutation detection on a research basis. The fragments which have shifted mobility on SSCA gels are then sequenced to determine the exact nature of the DNA sequence variation. Other approaches based on the detection of mismatches between the two complementary DNA strands include clamped denaturing gel electrophoresis (CDGE) (Sheffield et al., 1991), heteroduplex analysis (HA) (White et al., 1992) and chemical mismatch cleavage (CMC) (Grompe et al., 1989). None of the methods described above will detect large deletions, duplications or insertions, nor will they detect a regulatory mutation which affects transcription or translation of the protein. Other methods which might detect these classes of mutations such as a protein truncation assay or the asymmetric assay, detect only specific types of mutations and would not detect missense mutations. A review of currently available methods of detecting DNA sequence variation can be found in a recent review by Grompe (1993). Once a mutation is known, an allele specific detection approach such as allele specific oligonucleotide (ASO) hybridization can be utilized to rapidly screen large numbers of other samples for that same mutation.

In order to detect the alteration of the wild-type BRCA1 gene in a tissue, it is helpful to isolate the tissue free from surrounding normal tissues. Means for enriching tissue preparation for tumor cells are known in the art. For example, the tissue may be isolated from paraffin or cryostat sections. Cancer cells may also be separated from normal cells by flow cytometry. These techniques, as well as other techniques for separating tumor cells from normal cells, are well known in the art. If the tumor tissue is highly contaminated with normal cells, detection of mutations is more difficult.

A rapid preliminary analysis to detect polymorphisms in DNA sequences can be performed by looking at a series of Southern blots of DNA cut with one or more restriction enzymes, preferably with a large number of restriction

14

enzymes. Each blot contains a series of normal individuals and a series of cancer cases, tumors, or both. Southern blots displaying hybridizing fragments (differing in length from control DNA when probed with sequences near or including the BRCA1 locus) indicate a possible mutation. If restriction enzymes which produce very large restriction fragments are used, then pulsed field gel electrophoresis (PFGE) is employed.

Detection of point mutations may be accomplished by molecular cloning of the BRCA1 allele(s) and sequencing the allele(s) using techniques well known in the art. Alternatively, the gene sequences can be amplified directly from a genomic DNA preparation from the tumor tissue, using known techniques. The DNA sequence of the amplified sequences can then be determined.

There are six well known methods for a more complete, yet still indirect, test for confirming the presence of a susceptibility allele: 1) single stranded conformation analysis (SSCA) (Orita et al., 1989); 2) denaturing gradient gel electrophoresis (DGGE) (Wartell et al., 1990; Sheffield et al., 1989); 3) RNase protection assays (Finkelstein et al., 1990; Kinszler et al., 1991); 4) allele-specific oligonucleotides (ASOs) (Conner et al., 1983); 5) the use of proteins which recognize nucleotide mismatches, such as the *E. Coli* mutS protein (Modrich, 1991); and 6) allele-specific PCR (Rano & Kidd, 1989). For allele-specific PCR, primers are used which hybridize at their 3' ends to a particular BRCA1 mutation. If the particular BRCA1 mutation is not present, an amplification product is not observed. Amplification Refractory Mutation System (ARMS) can also be used, as disclosed in European Patent Application Publication No. 0332435 and in Newton et al., 1989. Insertions and deletions of genes can also be detected by cloning, sequencing and amplification. In addition, restriction fragment length polymorphism (RFLP) probes for the gene or surrounding marker genes can be used to score alteration of an allele or an insertion in a polymorphic fragment. Such a method is particularly useful for screening relatives of an affected individual for the presence of the BRCA1 mutation found in that individual. Other techniques for detecting insertions and deletions as known in the art can be used.

In the first three methods (SSCA, DGGE and RNase protection assay), a new electrophoretic band appears. SSCA detects a band which migrates differentially because the sequence change causes a difference in single-strand, intramolecular base pairing. RNase protection involves cleavage of the mutant polynucleotide into two or more smaller fragments. DGGE detects differences in migration rates of mutant sequences compared to wild-type sequences, using a denaturing gradient gel. In an allele-specific oligonucleotide assay, an oligonucleotide is designed which detects a specific sequence, and the assay is performed by detecting the presence or absence of a hybridization signal. In the mutS assay, the protein binds only to sequences that contain a nucleotide mismatch in a heteroduplex between mutant and wild-type sequences.

Mismatches, according to the present invention, are hybridized nucleic acid duplexes in which the two strands are not 100% complementary. Lack of total homology may be due to deletions, insertions, inversions or substitutions. Mismatch detection can be used to detect point mutations in the gene or in its mRNA product. While these techniques are less sensitive than sequencing, they are simpler to perform on a large number of tumor samples. An example of a mismatch cleavage technique is the RNase protection method. In the practice of the present invention, the method involves the use of a labeled riboprobe which is comple-

A000277

5,753,441

15

mentary to the human wild-type BRCA1 gene coding sequence. The riboprobe and either mRNA or DNA isolated from the tumor tissue are annealed (hybridized) together and subsequently digested with the enzyme RNase A which is able to detect some mismatches in a duplex RNA structure. If a mismatch is detected by RNase A, it cleaves at the site of the mismatch. Thus, when the annealed RNA preparation is separated on an electrophoretic gel matrix, if a mismatch has been detected and cleaved by RNase A, an RNA product will be seen which is smaller than the full length duplex RNA for the riboprobe and the mRNA or DNA. The riboprobe need not be the full length of the BRCA1 mRNA or gene but can be a segment of either. If the riboprobe comprises only a segment of the BRCA1 mRNA or gene, it will be desirable to use a number of these probes to screen the whole mRNA sequence for mismatches.

In similar fashion, DNA probes can be used to detect mismatches, through enzymatic or chemical cleavage. See, e.g., Cotton et al., 1988; Shenk et al., 1975; Novack et al., 1986. Alternatively, mismatches can be detected by shifts in the electrophoretic mobility of mismatched duplexes relative to matched duplexes. See, e.g., Cariello, 1988. With either riboprobes or DNA probes, the cellular mRNA or DNA which might contain a mutation can be amplified using PCR (see below) before hybridization. Changes in DNA of the BRCA1 gene can also be detected using Southern hybridization, especially if the changes are gross rearrangements, such as deletions and insertions.

DNA sequences of the BRCA1 gene which have been amplified by screening using allele-specific probes. These probes are nucleic acid oligomers, each of which contains a region of the BRCA1 gene sequence harboring a known mutation. For example, one oligomer may be about 30 nucleotides in length, corresponding to a portion of the BRCA1 gene sequence. By use of a battery of such allele-specific probes, PCR amplification products can be screened to identify the presence of a previously identified mutation in the BRCA1 gene. Hybridization of allele-specific probes with amplified BRCA1 sequences can be performed, for example, on a nylon filter. Hybridization to a particular probe under stringent hybridization conditions indicates the presence of the same mutation in the tumor tissue as in the allele-specific probe.

The most definitive test for mutations in a candidate locus is to directly compare genomic BRCA1 sequences from cancer patients with those from a control population. Alternatively, one could sequence messenger RNA after amplification, e.g., by PCR, thereby eliminating the necessity of determining the exon structure of the candidate gene.

Mutations from cancer patients falling outside the coding region of BRCA1 can be detected by examining the noncoding regions, such as introns and regulatory sequences near or within the BRCA1 gene. An early indication that mutations in noncoding regions are important may come from Northern blot experiments that reveal messenger RNA molecules of abnormal size or abundance in cancer patients as compared to control individuals.

Alteration of BRCA1 mRNA expression can be detected by any techniques known in the art. These include Northern blot analysis, PCR amplification and RNase protection. Diminished mRNA expression indicates an alteration of the wild-type BRCA1 gene. Alteration of wild-type BRCA1 genes can also be detected by screening for alteration of wild-type BRCA1 protein. For example, monoclonal antibodies immunoreactive with BRCA1 can be used to screen a tissue. Lack of cognate antigen would indicate a BRCA1 mutation. Antibodies specific for products of mutant alleles

16

could also be used to detect mutant BRCA1 gene product. Such immunological assays can be done in any convenient formats known in the art. These include Western blots, immunohistochemical assays and ELISA assays. Any means for detecting an altered BRCA1 protein can be used to detect alteration of wild-type BRCA1 genes. Functional assays, such as protein binding determinations, can be used. In addition, assays can be used which detect BRCA1 biochemical function. Finding a mutant BRCA1 gene product indicates alteration of a wild-type BRCA1 gene.

Mutant BRCA1 genes or gene products can also be detected in other human body samples, such as serum, stool, urine and sputum. The same techniques discussed above for detection of mutant BRCA1 genes or gene products in tissues can be applied to other body samples. Cancer cells are sloughed off from tumors and appear in such body samples. In addition, the BRCA1 gene product itself may be secreted into the extracellular space and found in these body samples even in the absence of cancer cells. By screening such body samples, a simple early diagnosis can be achieved for many types of cancers. In addition, the progress of chemotherapy or radiotherapy can be monitored more easily by testing such body samples for mutant BRCA1 genes or gene products.

The methods of diagnosis of the present invention are applicable to any tumor in which BRCA1 has a role in tumorigenesis. The diagnostic method of the present invention is useful for clinicians, so they can decide upon an appropriate course of treatment.

The primer pairs of the present invention are useful for determination of the nucleotide sequence of a particular BRCA1 allele using PCR. The pairs of single-stranded DNA primers can be annealed to sequences within or surrounding the BRCA1 gene on chromosome 17q21 in order to prime amplifying DNA synthesis of the BRCA1 gene itself. A complete set of these primers allows synthesis of all of the nucleotides of the BRCA1 gene coding sequences, i.e., the exons. The set of primers preferably allows synthesis of both intron and exon sequences. Allele-specific primers can also be used. Such primers anneal only to particular BRCA1 mutant alleles, and thus will only amplify a product in the presence of the mutant allele as a template.

In order to facilitate subsequent cloning of amplified sequences, primers may have restriction enzyme site sequences appended to their 5′ ends. Thus, all nucleotides of the primers are derived from BRCA1 sequences or sequences adjacent to BRCA1, except for the few nucleotides necessary to form a restriction enzyme site. Such enzymes and sites are well known in the art. The primers themselves can be synthesized using techniques which are well known in the art. Generally, the primers can be made using oligonucleotide synthesizing machines which are commercially available. Given the sequence of the BRCA1 open reading frame shown in SEQ ID NO:1, design of particular primers is well within the skill of the art.

The nucleic acid probes provided by the present invention are useful for a number of purposes. They can be used in Southern hybridization to genomic DNA and in the RNase protection method for detecting point mutations already discussed above. The probes can be used to detect PCR amplification products. They may also be used to detect mismatches with the BRCA1 gene or mRNA using other techniques.

It has been discovered that individuals with the wild-type BRCA1 gene do not have cancer which results from the BRCA1 allele. However, mutations which interfere with the function of the BRCA1 protein are involved in the patho-

5,753,441

**17**

genesis of cancer. Thus, the presence of an altered (or a mutant) BRCA1 gene which produces a protein having a loss of function, or altered function, directly correlates to an increased risk of cancer. In order to detect a BRCA1 gene mutation, a biological sample is prepared and analyzed for a difference between the sequence of the BRCA1 allele being analyzed and the sequence of the wild-type BRCA1 allele. Mutant BRCA1 alleles can be initially identified by any of the techniques described above. The mutant alleles are then sequenced to identify the specific mutation of the particular mutant allele. Alternatively, mutant BRCA1 alleles can be initially identified by identifying mutant (altered) BRCA1 proteins, using conventional techniques. The mutant alleles are then sequenced to identify the specific mutation for each allele. The mutations, especially those which lead to an altered function of the BRCA1 protein, are then used for the diagnostic and prognostic methods of the present invention.

Definitions

The present invention employs the following definitions:

"Amplification of Polynucleotides" utilizes methods such as the polymerase chain reaction (PCR), ligation amplification (or ligase chain reaction, LCR) and amplification methods based on the use of Q-beta replicase. These methods are well known and widely practiced in the art. See, e.g., U.S. Pat. Nos. 4,683,195 and 4,683,202 and Innis et al., 1990 (for PCR); and Wu et al., 1989a (for LCR). Reagents and hardware for conducting PCR are commercially available. Primers useful to amplify sequences from the BRCA1 region are preferably complementary to, and hybridize specifically to sequences in the BRCA1 region or in regions that flank a target region therein. BRCA1 sequences generated by amplification may be sequenced directly. Alternatively, but less desirably, the amplified sequence(s) may be cloned prior to sequence analysis. A method for the direct cloning and sequence analysis of enzymatically amplified genomic segments has been described by Scharf, 1986.

"Analyte polynucleotide" and "analyte strand" refer to a single- or double-stranded polynucleotide which is suspected of containing a target sequence, and which may be present in a variety of types of samples, including biological samples.

"Antibodies." The present invention also provides polyclonal and/or monoclonal antibodies and fragments thereof, and immunologic binding equivalents thereof, which are capable of specifically binding to the BRCA1 polypeptides and fragments thereof or to polynucleotide sequences from the BRCA1 region, particularly from the BRCA1 locus or a portion thereof. The term "antibody" is used both to refer to a homogeneous molecular entity, or a mixture such as a serum product made up of a plurality of different molecular entities. Polypeptides may be prepared synthetically in a peptide synthesizer and coupled to a carrier molecule (e.g., keyhole limpet hemocyanin) and injected over several months into rabbits. Rabbit sera is tested for immunoreactivity to the BRCA1 polypeptide or fragment. Monoclonal antibodies may be made by injecting mice with the protein polypeptides, fusion proteins or fragments thereof. Monoclonal antibodies will be screened by ELISA and tested for specific immunoreactivity with BRCA1 polypeptide or fragments thereof. See, Harlow & Lane, 1988. These antibodies will be useful in assays as well as pharmaceuticals.

Once a sufficient quantity of desired polypeptide has been obtained, it may be used for various purposes. A typical use is the production of antibodies specific for binding. These antibodies may be either polyclonal or monoclonal, and may be produced by in vitro or in vivo techniques well known in

**18**

the art. For production of polyclonal antibodies, an appropriate target immune system, typically mouse or rabbit, is selected. Substantially purified antigen is presented to the immune system in a fashion determined by methods appropriate for the animal and by other parameters well known to immunologists. Typical sites for injection are in footpads, intramuscularly, intraperitoneally, or intradermally. Of course, other species may be substituted for mouse or rabbit. Polyclonal antibodies are then purified using techniques known in the art, adjusted for the desired specificity.

An immunological response is usually assayed with an immunoassay. Normally, such immunoassays involve some purification of a source of antigen, for example, that produced by the same cells and in the same fashion as the antigen. A variety of immunoassay methods are well known in the art. See, e.g., Harlow & Lane, 1988, or Goding, 1986.

Monoclonal antibodies with affinities of $10^{-8}$ $M^{-1}$ or preferably $10^{-9}$ to $10^{-10}$ to $M^{-1}$ or stronger will typically be made by standard procedures as described, e.g., in Harlow & Lane, 1988 or Goding, 1986. Briefly, appropriate animals will be selected and the desired immunization protocol followed. After the appropriate period of time, the spleens of such animals are excised and individual spleen cells fused, typically, to immortalized myeloma cells under appropriate selection conditions. Thereafter, the cells are clonally separated and the supernatants of each clone tested for their production of an appropriate antibody specific for the desired region of the antigen.

Other suitable techniques involve in vitro exposure of lymphocytes to the antigenic polypeptides, or alternatively, to selection of libraries of antibodies in phage or similar vectors. See Huse et al., 1989. The polypeptides and antibodies of the present invention may be used with or without modification. Frequently, polypeptides and antibodies will be labeled by joining, either covalently or non-covalently, a substance which provides for a detectable signal. A wide variety of labels and conjugation techniques are known and are reported extensively in both the scientific and patent literature. Suitable labels include radionuclides, enzymes, substrates, cofactors, inhibitors, fluorescent agents, chemiluminescent agents, magnetic particles and the like. Patents teaching the use of such labels include U.S. Pat. Nos. 3,817,837; 3,850,752; 3,939,350; 3,996,345; 4,277,437; 4,275,149 and 4,366,241. Also, recombinant immunoglobulins may be produced (see U.S. Pat. No. 4,816,567).

"Binding partner" refers to a molecule capable of binding a ligand molecule with high specificity, as for example, an antigen and an antigen-specific antibody or an enzyme and its inhibitor. In general, the specific binding partners must bind with sufficient affinity to immobilize the analyte copy/complementary strand duplex (in the case of polynucleotide hybridization) under the isolation conditions. Specific binding partners are known in the art and include, for example, biotin and avidin or streptavidin, IgG and protein A, the numerous, known receptor-ligand couples, and complementary polynucleotide strands. In the case of complementary polynucleotide binding partners, the partners are normally at least about 15 bases in length, and may be at least 40 bases in length. The polynucleotides may be composed of DNA, RNA, or synthetic nucleotide analogs.

A "biological sample" refers to a sample of tissue or fluid suspected of containing an analyte polynucleotide or polypeptide from an individual including, but not limited to, e.g., plasma, serum, spinal fluid, lymph fluid, the external sections of the skin, respiratory, intestinal, and genitourinary tracts, tears, saliva, blood cells, tumors, organs, tissue and samples of in vitro cell culture constituents.

A000279

5,753,441

| 19 | 20 |

As used herein, the terms "diagnosing" or "prognosing," as used in the context of neoplasia, are used to indicate 1) the classification of lesions as neoplasia, 2) the determination of the severity of the neoplasia, or 3) the monitoring of the disease progression, prior to, during and after treatment.

"Encode". A polynucleotide is said to "encode" a polypeptide if, in its native state or when manipulated by methods well known to those skilled in the art, it can be transcribed and/or translated to produce the mRNA for and/or the polypeptide or a fragment thereof. The anti-sense strand is the complement of such a nucleic acid, and the encoding sequence can be deduced therefrom.

"Isolated" or "substantially pure". An "isolated" or "substantially pure" nucleic acid (e.g., an RNA, DNA or a mixed polymer) is one which is substantially separated from other cellular components which naturally accompany a native human sequence or protein, e.g., ribosomes, polymerases, many other human genome sequences and proteins. The term embraces a nucleic acid sequence or protein which has been removed from its naturally occurring environment, and includes recombinant or cloned DNA isolates and chemically synthesized analogs or analogs biologically synthesized by heterologous systems.

"BRCA1 Allele" refers to normal alleles of the BRCA1 locus as well as alleles carrying variations that predispose individuals to develop cancer of many sites including, for example, breast, ovarian, colorectal and prostate cancer. Such predisposing alleles are also called "BRCA1 susceptibility alleles".

"BRCA1 Locus," "BRCA1 Gene," "BRCA1 Nucleic Acids" or "BRCA1 Polynucleotide" each refer to polynucleotides, all of which are in the BRCA1 region, that are likely to be expressed in normal tissue, certain alleles of which predispose an individual to develop breast, ovarian, colorectal and prostate cancers. Mutations at the BRCA1 locus may be involved in the initiation and/or progression of other types of tumors. The locus is indicated in part by mutations that predispose individuals to develop cancer. These mutations fall within the BRCA1 region described infra. The BRCA1 locus is intended to include coding sequences, intervening sequences and regulatory elements controlling transcription and/or translation. The BRCA1 locus is intended to include all allelic variations of the DNA sequence.

These terms, when applied to a nucleic acid, refer to a nucleic acid which encodes a BRCA1 polypeptide, fragment, homolog or variant, including, e.g., protein fusions or deletions. The nucleic acids of the present invention will possess a sequence which is either derived from, or substantially similar to a natural BRCA1-encoding gene or one having substantial homology with a natural BRCA1-encoding gene or a portion thereof. The coding sequence for a BRCA1 polypeptide is shown in SEQ ID NO:1, with the amino acid sequence shown in SEQ ID NO:2.

The polynucleotide compositions of this invention include RNA, cDNA, genomic DNA, synthetic forms, and mixed polymers, both sense and antisense strands, and may be chemically or biochemically modified or may contain non-natural or derivatized nucleotide bases, as will be readily appreciated by those skilled in the art. Such modifications include, for example, labels, methylation, substitution of one or more of the naturally occurring nucleotides with an analog, internucleotide modifications such as uncharged linkages (e.g., methyl phosphonates, phosphotriesters, phosphoamidates, carbamates, etc.), charged linkages (e.g., phosphorothioates, phosphorodithioates, etc.), pendent moieties (e.g.,

polypeptides), intercalators (e.g., acridine, psoralen, etc.), chelators, alkylators, and modified linkages (e.g., alpha anomeric nucleic acids, etc.). Also included are synthetic molecules that mimic polynucleotides in their ability to bind to a designated sequence via hydrogen bonding and other chemical interactions. Such molecules are known in the art and include, for example, those in which peptide linkages substitute for phosphate linkages in the backbone of the molecule.

The present invention provides recombinant nucleic acids comprising all or part of the BRCA1 region. The recombinant construct may be capable of replicating autonomously in a host cell. Alternatively, the recombinant construct may become integrated into the chromosomal DNA of the host cell. Such a recombinant polynucleotide comprises a polynucleotide of genomic, cDNA, semi-synthetic, or synthetic origin which, by virtue of its origin or manipulation, 1) is not associated with all or a portion of a polynucleotide with which it is associated in nature; 2) is linked to a polynucleotide other than that to which it is linked in nature; or 3) does not occur in nature.

Therefore, recombinant nucleic acids comprising sequences otherwise not naturally occurring are provided by this invention. Although the wild-type sequence may be employed, it will often be altered, e.g., by deletion, substitution or insertion.

cDNA or genomic libraries of various types may be screened as natural sources of the nucleic acids of the present invention, or such nucleic acids may be provided by amplification of sequences resident in genomic DNA or other natural sources, e.g., by PCR. The choice of cDNA libraries normally corresponds to a tissue source which is abundant in mRNA for the desired proteins. Phage libraries are normally preferred, but other types of libraries may be used. Clones of a library are spread onto plates, transferred to a substrate for screening, denatured and probed for the presence of desired sequences.

The DNA sequences used in this invention will usually comprise at least about five codons (15 nucleotides), more usually at least about 7–15 codons, and most preferably, at least about 35 codons. One or more introns may also be present. This number of nucleotides is usually about the minimal length required for a successful probe that would hybridize specifically with a BRCA1-encoding sequence.

Techniques for nucleic acid manipulation are described generally, for example, in Sambrook et al., 1989 or Ausubel et al., 1992. Reagents useful in applying such techniques, such as restriction enzymes and the like, are widely known in the art and commercially available from such vendors as New England BioLabs, Boehringer Mannheim, Amersham, Promega Biotec, U. S. Biochemicals, New England Nuclear, and a number of other sources. The recombinant nucleic acid sequences used to produce fusion proteins of the present invention may be derived from natural or synthetic sequences. Many natural gene sequences are obtainable from various cDNA or from genomic libraries using appropriate probes. See, GenBank, National Institutes of Health.

"BRCA1 Region" refers to a portion of human chromosome 17q21 bounded by the markers tdj1474 and U5R. This region contains the BRCA1 locus, including the BRCA1 gene.

As used herein, the terms "BRCA1 locus," "BRCA1 allele" and "BRCA1 region" all refer to the double-stranded DNA comprising the locus, allele, or region, as well as either of the single-stranded DNAs comprising the locus, allele or region.

As used herein, a "portion" of the BRCA1 locus or region or allele is defined as having a minimal size of at least about

5,753,441

21

eight nucleotides, or preferably about 15 nucleotides, or more preferably at least about 25 nucleotides, and may have a minimal size of at least about 40 nucleotides.

"BRCA1 protein" or "BRCA1 polypeptide" refer to a protein or polypeptide encoded by the BRCA1 locus, variants or fragments thereof. The term "polypeptide" refers to a polymer of amino acids and its equivalent and does not refer to a specific length of the product; thus, peptides, oligopeptides and proteins are included within the definition of a polypeptide. This term also does not refer to, or exclude modifications of the polypeptide, for example, glycosylations, acetylations, phosphorylations, and the like. Included within the definition are, for example, polypeptides containing one or more analogs of an amino acid (including, for example, unnatural amino acids, etc.), polypeptides with substituted linkages as well as other modifications known in the art, both naturally and non-naturally occurring. Ordinarily, such polypeptides will be at least about 50% homologous to the native BRCA1 sequence, preferably in excess of about 90%, and more preferably at least about 95% homologous. Also included are proteins encoded by DNA which hybridize under high or low stringency conditions, to BRCA1-encoding nucleic acids and closely related polypeptides or proteins retrieved by antisera to the BRCA1 protein (s).

The length of polypeptide sequences compared for homology will generally be at least about 16 amino acids, usually at least about 20 residues, more usually at least about 24 residues, typically at least about 28 residues, and preferably more than about 35 residues.

"Operably linked" refers to a juxtaposition wherein the components so described are in a relationship permitting them to function in their intended manner. For instance, a promoter is operably linked to a coding sequence if the promoter affects its transcription or expression.

"Probes". Polynucleotide polymorphisms associated with BRCA1 alleles which predispose to certain cancers or are associated with most cancers are detected by hybridization with a polynucleotide probe which forms a stable hybrid with that of the target sequence, under stringent to moderately stringent hybridization and wash conditions. If it is expected that the probes will be perfectly complementary to the target sequence, stringent conditions will be used. Hybridization stringency may be lessened if some mismatching is expected, for example, if variants are expected with the result that the probe will not be completely complementary. Conditions are chosen which rule out nonspecific/ adventitious bindings, that is, which minimize noise. Since such indications identify neutral DNA polymorphisms as well as mutations, these indications need further analysis to demonstrate detection of a BRCA1 susceptibility allele.

Probes for BRCA1 alleles may be derived from the sequences of the BRCA1 region or its cDNAs. The probes may be of any suitable length, which span all or a portion of the BRCA1 region, and which allow specific hybridization to the BRCA1 region. If the target sequence contains a sequence identical to that of the probe, the probes may be short, e.g., in the range of about 8–30 base pairs, since the hybrid will be relatively stable under even stringent conditions. If some degree of mismatch is expected with the probe, i.e., if it is suspected that the probe will hybridize to a variant region, a longer probe may be employed which hybridizes to the target sequence with the requisite specificity.

The probes will include an isolated polynucleotide attached to a label or reporter molecule and may be used to isolate other polynucleotide sequences, having sequence

22

similarity by standard methods. For techniques for preparing and labeling probes see, e.g., Sambrook et al., 1989 or Ausubel et al., 1992. Other similar polynucleotides may be selected by using homologous polynucleotides. Alternatively, polynucleotides encoding these or similar polypeptides may be synthesized or selected by use of the redundancy in the genetic code. Various codon substitutions may be introduced, e.g., by silent changes (thereby producing various restriction sites) or to optimize expression for a particular system. Mutations may be introduced to modify the properties of the polypeptide, perhaps to change ligand-binding affinities, interchain affinities, or the polypeptide degradation or turnover rate.

Probes comprising synthetic oligonucleotides or other polynucleotides of the present invention may be derived from naturally occurring or recombinant single- or double-stranded polynucleotides, or be chemically synthesized. Probes may also be labeled by nick translation, Klenow fill-in reaction, or other methods known in the art.

Portions of the polynucleotide sequence having at least about eight nucleotides, usually at least about 15 nucleotides, and fewer than about 6 kb, usually fewer than about 1.0 kb, from a polynucleotide sequence encoding BRCA1 are preferred as probes. The probes may also be used to determine whether mRNA encoding BRCA1 is present in a cell or tissue.

"Protein modifications or fragments" are provided by the present invention for BRCA1 polypeptides or fragments thereof which are substantially homologous to primary structural sequence but which include, e.g., in vivo or in vitro chemical and biochemical modifications or which incorporate unusual amino acids. Such modifications include, for example, acetylation, carboxylation, phosphorylation, glycosylation, ubiquitination, labeling, e.g., with radionuclides, and various enzymatic modifications, as will be readily appreciated by those well skilled in the art. A variety of methods for labeling polypeptides and of substituents or labels useful for such purposes are well known in the art, and include radioactive isotopes such as $^{32}P$, ligands which bind to labeled antiligands (e.g., antibodies), fluorophores, chemiluminescent agents, enzymes, and antiligands which can serve as specific binding pair members for a labeled ligand. The choice of label depends on the sensitivity required, ease of conjugation with the primer, stability requirements, and available instrumentation. Methods of labeling polypeptides are well known in the art. See, e.g., Sambrook et al., 1989 or Ausubel et al., 1992.

Besides substantially full-length polypeptides, the present invention provides for biologically active fragments of the polypeptides. Significant biological activities include ligand-binding, immunological activity and other biological activities characteristic of BRCA1 polypeptides. Immunological activities include both immunogenic function in a target immune system, as well as sharing of immunological epitopes for binding, serving as either a competitor or substitute antigen for an epitope of the BRCA1 protein. As used herein, "epitope" refers to an antigenic determinant of a polypeptide. An epitope could comprise three amino acids in a spatial conformation which is unique to the epitope. Generally, an epitope consists of at least five such amino acids, and more usually consists of at least 8–10 such amino acids. Methods of determining the spatial conformation of such amino acids are known in the art.

For immunological purposes, tandem-repeat polypeptide segments may be used as immunogens, thereby producing highly antigenic proteins. Alternatively, such polypeptides

A000281

5,753,441

23

will serve as highly efficient competitors for specific binding. Production of antibodies specific for BRCA1 polypeptides or fragments thereof is described below.

The present invention also provides for fusion polypeptides, comprising BRCA1 polypeptides and fragments. Homologous polypeptides may be fusions between two or more BRCA1 polypeptide sequences or between the sequences of BRCA1 and a related protein. Likewise, heterologous fusions may be constructed which would exhibit a combination of properties or activities of the derivative proteins. For example, ligand-binding or other domains may be "swapped" between different new fusion polypeptides or fragments. Such homologous or heterologous fusion polypeptides may display, for example, altered strength or specificity of binding. Fusion partners include immunoglobulins, bacterial β-galactosidase, trpE, protein A, β-lactamase, alpha amylase, alcohol dehydrogenase and yeast alpha mating factor. See, e.g., Godowski et al., 1988.

Fusion proteins will typically be made by either recombinant nucleic acid methods, as described below, or may be chemically synthesized. Techniques for the synthesis of polypeptides are described, for example, in Merrifield, 1963.

"Protein purification" refers to various methods for the isolation of the BRCA1 polypeptides from other biological material, such as from cells transformed with recombinant nucleic acids encoding BRCA1, and are well known in the art. For example, such polypeptides may be purified by immunoaffinity chromatography employing, e.g., the antibodies provided by the present invention. Various methods of protein purification are well known in the art, and include those described in Deutscher, 1990 and Scopes, 1982.

The terms "isolated", "substantially pure", and "substantially homogeneous" are used interchangeably to describe a protein or polypeptide which has been separated from components which accompany it in its natural state. A monomeric protein is substantially pure when at least about 60 to 75% of a sample exhibits a single polypeptide sequence. A substantially pure protein will typically comprise about 60 to 90% W/W of a protein sample, more usually about 95%, and preferably will be over about 99% pure. Protein purity or homogeneity may be indicated by a number of means well known in the art, such as polyacrylamide gel electrophoresis of a protein sample, followed by visualizing a single polypeptide band upon staining the gel. For certain purposes, higher resolution may be provided by using HPLC or other means well known in the art which are utilized for purification.

A BRCA1 protein is substantially free of naturally associated components when it is separated from other native contaminants which accompany it in its natural state. Thus, a polypeptide which is chemically synthesized or synthesized in a cellular system different from the cell from which it naturally originates will be substantially free from its naturally associated components. A protein may also be rendered substantially free of naturally associated components by isolation, using protein purification techniques well known in the art.

A polypeptide produced as an expression product of an isolated and manipulated genetic sequence is an "isolated polypeptide," as used herein, even if expressed in a homologous cell type. Synthetically made forms or molecules expressed by heterologous cells are inherently isolated molecules.

"Recombinant nucleic acid" is a nucleic acid which is not naturally occurring, or which is made by the artificial combination of two otherwise separated segments of sequence. This artificial combination is often accomplished

24

by either chemical synthesis means, or by the artificial manipulation of isolated segments of nucleic acids, e.g., by genetic engineering techniques. Such is usually done to replace a codon with a redundant codon encoding the same or a conservative amino acid, while typically introducing or removing a sequence recognition site. Alternatively, it is performed to join together nucleic acid segments of desired functions to generate a desired combination of functions.

"Regulatory sequences" refers to those sequences normally within 100 kb of the coding region of a locus, but they may also be more distant from the coding region, which affect the expression of the gene (including transcription of the gene, and translation, splicing, stability or the like of the messenger RNA).

"Substantial homology or similarity". A nucleic acid or fragment thereof is "substantially homologous" ("or substantially similar") to another if, when optimally aligned (with appropriate nucleotide insertions or deletions) with the other nucleic acid (or its complementary strand), there is nucleotide sequence identity in at least about 60% of the nucleotide bases, usually at least about 70%, more usually at least about 80%, preferably at least about 90%, and more preferably at least about 95–98% of the nucleotide bases.

Alternatively, substantial homology or (similarity) exists when a nucleic acid or fragment thereof will hybridize to another nucleic acid (or a complementary strand thereof) under selective hybridization conditions, to a strand, or to its complement. Selectivity of hybridization exists when hybridization which is substantially more selective than total lack of specificity occurs. Typically, selective hybridization will occur when there is at least about 55% homology over a stretch of at least about 14 nucleotides, preferably at least about 65%, more preferably at least about 75%, and most preferably at least about 90%. See, Kanehisa, 1984. The length of homology comparison, as described, may be over longer stretches, and in certain embodiments will often be over a stretch of at least about nine nucleotides, usually at least about 20 nucleotides, more usually at least about 24 nucleotides, typically at least about 28 nucleotides, more typically at least about 32 nucleotides, and preferably at least about 36 or more nucleotides.

Nucleic acid hybridization will be affected by such conditions as salt concentration, temperature, or organic solvents, in addition to the base composition, length of the complementary strands, and the number of nucleotide base mismatches between the hybridizing nucleic acids, as will be readily appreciated by those skilled in the art. Stringent temperature conditions will generally include temperatures in excess of 30° C., typically in excess of 37° C., and preferably in excess of 45° C. Stringent salt conditions will ordinarily be less than 1000 mM, typically less than 500 mM, and preferably less than 200 mM. However, the combination of parameters is much more important than the measure of any single parameter. See, e.g., Wetmur & Davidson, 1968.

Probe sequences may also hybridize specifically to duplex DNA under certain conditions to form triplex or other higher order DNA complexes. The preparation of such probes and suitable hybridization conditions are well known in the art.

The terms "substantial homology" or "substantial identity", when referring to polypeptides, indicate that the polypeptide or protein in question exhibits at least about 30% identity with an entire naturally-occurring protein or a portion thereof, usually at least about 70% identity, and preferably at least about 95% identity.

"Substantially similar function" refers to the function of a modified nucleic acid or a modified protein, with reference

A000282

5,753,441

25

to the wild-type BRCA1 nucleic acid or wild-type BRCA1 polypeptide. The modified polypeptide will be substantially homologous to the wild-type BRCA1 polypeptide and will have substantially the same function. The modified polypeptide may have an altered amino acid sequence and/or may contain modified amino acids. In addition to the similarity of function, the modified polypeptide may have other useful properties, such as a longer half-life. The similarity of function (activity) of the modified polypeptide may be substantially the same as the activity of the wild-type BRCA1 polypeptide. Alternatively, the similarity of function (activity) of the modified polypeptide may be higher than the activity of the wild-type BRCA1 polypeptide. The modified polypeptide is synthesized using conventional techniques, or is encoded by a modified nucleic acid and produced using conventional techniques. The modified nucleic acid is prepared by conventional techniques. A nucleic acid with a function substantially similar to the wild-type BRCA1 gene function produces the modified protein described above.

Homology, for polypeptides, is typically measured using sequence analysis software. See, e.g., the Sequence Analysis Software Package of the Genetics Computer Group, University of Wisconsin Biotechnology Center, 910 University Avenue, Madison, Wis. 53705. Protein analysis software matches similar sequences using measure of homology assigned to various substitutions, deletions and other modifications. Conservative substitutions typically include substitutions within the following groups: glycine, alanine; valine, isoleucine, leucine; aspartic acid, glutamic acid; asparagine, glutamine; serine, threonine; lysine, arginine; and phenylalanine, tyrosine.

A polypeptide "fragment," "portion" or "segment" is a stretch of amino acid residues of at least about five to seven contiguous amino acids, often at least about seven to nine contiguous amino acids, typically at least about nine to 13 contiguous amino acids and, most preferably, at least about 20 to 30 or more contiguous amino acids.

The polypeptides of the present invention, if soluble, may be coupled to a solid-phase support, e.g., nitrocellulose, nylon, column packing materials (e.g., Sepharose beads), magnetic beads, glass wool, plastic, metal, polymer gels, cells, or other substrates. Such supports may take the form, for example, of beads, wells, dipsticks, or membranes.

"Target region" refers to a region of the nucleic acid which is amplified and/or detected. The term "target sequence" refers to a sequence with which a probe or primer will form a stable hybrid under desired conditions.

The practice of the present invention employs, unless otherwise indicated, conventional techniques of chemistry, molecular biology, microbiology, recombinant DNA, genetics, and immunology. See, e.g., Maniatis et al., 1982; Sambrook et al., 1989; Ausubel et al., 1992; Glover, 1985; Anand, 1992; Guthrie & Fink, 1991. A general discussion of techniques and materials for human gene mapping, including mapping of human chromosome 17q, is provided, e.g., in White and Lalouel, 1988.

Preparation of recombinant or chemically synthesized nucleic acids; vectors, transformation, host cells

Large amounts of the polynucleotides of the present invention may be produced by replication in a suitable host cell. Natural or synthetic polynucleotide fragments coding for a desired fragment will be incorporated into recombinant polynucleotide constructs, usually DNA constructs, capable of introduction into and replication in a prokaryotic or eukaryotic cell. Usually the polynucleotide constructs will be suitable for replication in a unicellular host, such as yeast

26

or bacteria, but may also be intended for introduction to (with and without integration within the genome) cultured mammalian or plant or other eukaryotic cell lines. The purification of nucleic acids produced by the methods of the present invention is described, e.g., in Sambrook et al., 1989 or Ausubel et al., 1992.

The polynucleotides of the present invention may also be produced by chemical synthesis, e.g., by the phosphoramidite method described by Beaucage & Carruthers, 1981 or the triester method according to Matteucci and Caruthers, 1981, and may be performed on commercial, automated oligonucleotide synthesizers. A double-stranded fragment may be obtained from the single-stranded product of chemical synthesis either by synthesizing the complementary strand and annealing the strands together under appropriate conditions or by adding the complementary strand using DNA polymerase with an appropriate primer sequence.

Polynucleotide constructs prepared for introduction into a prokaryotic or eukaryotic host may comprise a replication system recognized by the host, including the intended polynucleotide fragment encoding the desired polypeptide, and will preferably also include transcription and translational initiation regulatory sequences operably linked to the polypeptide encoding segment. Expression vectors may include, for example, an origin of replication or autonomously replicating sequence (ARS) and expression control sequences, a promoter, an enhancer and necessary processing information sites, such as ribosome-binding sites, RNA splice sites, polyadenylation sites, transcriptional terminator sequences, and mRNA stabilizing sequences. Secretion signals may also be included where appropriate, whether from a native BRCA1 protein or from other receptors or from secreted polypeptides of the same or related species, which allow the protein to cross and/or lodge in cell membranes, and thus attain its functional topology, or be secreted from the cell. Such vectors may be prepared by means of standard recombinant techniques well known in the art and discussed, for example, in Sambrook et al., 1989 or Ausubel et al. 1992.

An appropriate promoter and other necessary vector sequences will be selected so as to be functional in the host, and may include, when appropriate, those naturally associated with BRCA1 genes. Examples of workable combinations of cell lines and expression vectors are described in Sambrook et al., 1989 or Ausubel et al., 1992; see also, e.g., Metzger et al., 1988. Many useful vectors are known in the art and may be obtained from such vendors as Stratagene, New England Biolabs, Promega Biotech, and others. Promoters such as the trp, lac and phage promoters, tRNA promoters and glycolytic enzyme promoters may be used in prokaryotic hosts. Useful yeast promoters include promoter regions for metallothionein, 3-phosphoglycerate kinase or other glycolytic enzymes such as enolase or glyceraldehyde-3-phosphate dehydrogenase, enzymes responsible for maltose and galactose utilization, and others. Vectors and promoters suitable for use in yeast expression are further described in Hitzeman et al., EP 73.675A. Appropriate non-native mammalian promoters might include the early and late promoters from SV40 (Fiers et al., 1978) or promoters derived from murine Moloney leukemia virus, mouse tumor virus, avian sarcoma viruses, adenovirus II, bovine papilloma virus or polyoma. In addition, the construct may be joined to an amplifiable gene (e.g., DHFR) so that multiple copies of the gene may be made. For appropriate enhancer and other expression control sequences, see also *Enhancers and Eukaryotic Gene Expression,* Cold Spring Harbor Press, Cold Spring Harbor, N.Y. (1983).

While such expression vectors may replicate autonomously, they may also replicate by being inserted into the genome of the host cell, by methods well known in the art.

A000283

5,753,441

27

Expression and cloning vectors will likely contain a selectable marker, a gene encoding a protein necessary for survival or growth of a host cell transformed with the vector. The presence of this gene ensures growth of only those host cells which express the inserts. Typical selection genes encode proteins that a) confer resistance to antibiotics or other toxic substances, e.g. ampicillin, neomycin, methotrexate, etc.; b) complement auxotrophic deficiencies, or c) supply critical nutrients not available from complex media, e.g. the gene encoding D-alanine racemase for Bacilli. The choice of the proper selectable marker will depend on the host cell, and appropriate markers for different hosts are well known in the art.

The vectors containing the nucleic acids of interest can be transcribed in vitro, and the resulting RNA introduced into the host cell by well-known methods, e.g., by injection (see, Kubo et al., 1988), or the vectors can be introduced directly into host cells by methods well known in the art, which vary depending on the type of cellular host, including electroporation; transfection employing calcium chloride, rubidium chloride, calcium phosphate, DEAE-dextran, or other substances; microprojectile bombardment; lipofection; infection (where the vector is an infectious agent, such as a retroviral genome); and other methods. See generally, Sambrook et al., 1989 and Ausubel et al., 1992. The introduction of the polynucleotides into the host cell by any method known in the art, including, inter alia, those described above, will be referred to herein as "transformation." The cells into which have been introduced nucleic acids described above are meant to also include the progeny of such cells.

Large quantities of the nucleic acids and polypeptides of the present invention may be prepared by expressing the BRCA1 nucleic acids or portions thereof in vectors or other expression vehicles in compatible prokaryotic or eukaryotic host cells. The most commonly used prokaryotic hosts are strains of *Escherichia coli*, although other prokaryotes, such as *Bacillus subtilis* or Pseudomonas may also be used.

Mammalian or other eukaryotic host cells, such as those of yeast, filamentous fungi, plant, insect, or amphibian or avian species, may also be useful for production of the proteins of the present invention. Propagation of mammalian cells in culture is per se well known. See, Jakoby and Pastan, 1979. Examples of commonly used mammalian host cell lines are VERO and HeLa cells, Chinese hamster ovary (CHO) cells, and WI38, BHK, and COS cell lines, although it will be appreciated by the skilled practitioner that other cell lines may be appropriate, e.g., to provide higher expression, desirable glycosylation patterns, or other features.

Clones are selected by using markers depending on the mode of the vector construction. The marker may be on the same or a different DNA molecule, preferably the same DNA molecule. In prokaryotic hosts, the transformant may be selected, e.g., by resistance to ampicillin, tetracycline or other antibiotics. Production of a particular product based on temperature sensitivity may also serve as an appropriate marker.

Prokaryotic or eukaryotic cells transformed with the polynucleotides of the present invention will be useful not only for the production of the nucleic acids and polypeptides of the present invention, but also, for example, in studying the characteristics of BRCA1 polypeptides.

Antisense polynucleotide sequences are useful in preventing or diminishing the expression of the BRCA1 locus, as will be appreciated by those skilled in the art. For example, polynucleotide vectors containing all or a portion of the BRCA1 locus or other sequences from the BRCA1 region

28

(particularly those flanking the BRCA1 locus) may be placed under the control of a promoter in an antisense orientation and introduced into a cell. Expression of such an antisense construct within a cell will interfere with BRCA1 transcription and/or translation and/or replication.

The probes and primers based on the BRCA1 gene sequences disclosed herein are used to identify homologous BRCA1 gene sequences and proteins in other species. These BRCA1 gene sequences and proteins are used in the diagnostic/prognostic, therapeutic and drug screening methods described herein for the species from which they have been isolated.

Methods of Use: Nucleic Acid Diagnosis and Diagnostic Kits

In order to detect the presence of a BRCA1 allele predisposing an individual to cancer, a biological sample such as blood is prepared and analyzed for the presence or absence of susceptibility alleles of BRCA1. In order to detect the presence of neoplasia, the progression toward malignancy of a precursor lesion, or as a prognostic indicator, a biological sample of the lesion is prepared and analyzed for the presence or absence of mutant alleles of BRCAL. Results of these tests and interpretive information are returned to the health care provider for communication to the tested individual. Such diagnoses may be performed by diagnostic laboratories, or, alternatively, diagnostic kits are manufactured and sold to health care providers or to private individuals for self-diagnosis.

Initially, the screening method involves amplification of the relevant BRCA1 sequences. In another preferred embodiment of the invention, the screening method involves a non-PCR based strategy. Such screening methods include two-step label amplification methodologies that are well known in the art. Both PCR and non-PCR based screening strategies can detect target sequences with a high level of sensitivity.

The most popular method used today is target amplification. Here, the target nucleic acid sequence is amplified with polymerases. One particularly preferred method using polymerase-driven amplification is the polymerase chain reaction (PCR). The polymerase chain reaction and other polymerase-driven amplification assays can achieve over a million-fold increase in copy number through the use of polymerase-driven amplification cycles. Once amplified, the resulting nucleic acid can be sequenced or used as a substrate for DNA probes.

When the probes are used to detect the presence of the target sequences (for example, in screening for cancer susceptibility), the biological sample to be analyzed, such as blood or serum, may be treated, if desired, to extract the nucleic acids. The sample nucleic acid may be prepared in various ways to facilitate detection of the target sequence; e.g. denaturation, restriction digestion, electrophoresis or dot blotting. The targeted region of the analyte nucleic acid usually must be at least partially single-stranded to form hybrids with the targeting sequence of the probe. If the sequence is naturally single-stranded, denaturation will not be required. However, if the sequence is double-stranded, the sequence will probably need to be denatured. Denaturation can be carried out by various techniques known in the art.

Analyte nucleic acid and probe are incubated under conditions which promote stable hybrid formation of the target sequence in the probe with the putative targeted sequence in the analyte. The region of the probes which is used to bind to the analyte can be made completely complementary to the targeted region of human chromosome 17q.

A000284

5,753,441

29

Therefore, high stringency conditions are desirable in order to prevent false positives. However, conditions of high stringency are used only if the probes are complementary to regions of the chromosome which are unique in the genome. The stringency of hybridization is determined by a number of factors during hybridization and during the washing procedure, including temperature, ionic strength, base composition, probe length, and concentration of formamide. These factors are outlined in, for example, Maniatis et al., 1982 and Sambrook et al., 1989. Under certain circumstances, the formation of higher order hybrids, such as triplexes, quadraplexes, etc., may be desired to provide the means of detecting target sequences.

Detection, if any, of the resulting hybrid is usually accomplished by the use of labeled probes. Alternatively, the probe may be unlabeled, but may be detectable by specific binding with a ligand which is labeled, either directly or indirectly. Suitable labels, and methods for labeling probes and ligands are known in the art, and include, for example, radioactive labels which may be incorporated by known methods (e.g., nick translation, random priming or kinasing), biotin, fluorescent groups, chemiluminescent groups (e.g., dioxetanes, particularly triggered dioxetanes), enzymes, antibodies and the like. Variations of this basic scheme are known in the art, and include those variations that facilitate separation of the hybrids to be detected from extraneous materials and/or that amplify the signal from the labeled moiety. A number of these variations are reviewed in, e.g., Matthews & Kricka, 1988; Landegren et al., 1988; Mittlin, 1989; U.S. Patent No. 4,868,105, and in EPO Publication No. 225,807.

As noted above, non-PCR based screening assays are also contemplated in this invention. An exemplary non-PCR based procedure is provided in Example 11. This procedure hybridizes a nucleic acid probe (or an analog such as a methyl phosphonate backbone replacing the normal phosphodiester), to the low level DNA target. This probe may have an enzyme covalently linked to the probe, such that the covalent linkage does not interfere with the specificity of the hybridization. This enzyme-probe-conjugate-target nucleic acid complex can then be isolated away from the free probe enzyme conjugate and a substrate is added for enzyme detection. Enzymatic activity is observed as a change in color development or luminescent output resulting in a $10^3$–$10^6$ increase in sensitivity. For an example relating to the preparation of oligodeoxynucleotide-alkaline phosphatase conjugates and their use as hybridization probes see Jablonski et al., 1986.

Two-step label amplification methodologies are known in the art. These assays work on the principle that a small ligand (such as digoxigenin, biotin, or the like) is attached to a nucleic acid probe capable of specifically binding BRCA1. Exemplary probes are provided in Table 9 of this patent application and additionally include the nucleic acid probe corresponding to nucleotide positions 3631 to 3930 of SEQ ID NO:1. Allele specific probes are also contemplated within the scope of this example and exemplary allele specific probes include probes encompassing the predisposing mutations summarized in Tables 11 and 12 of this patent application.

In one example, the small ligand attached to the nucleic acid probe is specifically recognized by an antibody-enzyme conjugate. In one embodiment of this example, digoxigenin is attached to the nucleic acid probe. Hybridization is detected by an antibody-alkaline phosphatase conjugate which turns over a chemiluminescent substrate. For methods for labeling nucleic acid probes according to this embodiment see Martin et al., 1990. In a second example, the small

30

ligand is recognized by a second ligand-enzyme conjugate that is capable of specifically complexing to the first ligand. A well known embodiment of this example is the biotin-avidin type of interactions. For methods for labeling nucleic acid probes and their use in biotin-avidin based assays see Rigby et al., 1977 and Nguyen et al., 1992.

It is also contemplated within the scope of this invention that the nucleic acid probe assays of this invention will employ a cocktail of nucleic acid probes capable of detecting BRCA1. Thus, in one example to detect the presence of BRCA1 in a cell sample, more than one probe complementary to BRCA1 is employed and in particular the number of different probes is alternatively 2, 3, or 5 different nucleic acid probe sequences. In another example, to detect the presence of mutations in the BRCA1 gene sequence in a patient, more than one probe complementary to BRCA1 is employed where the cocktail includes probes capable of binding to the allele-specific mutations identified in populations of patients with alterations in BRCA1. In this embodiment, any number of probes can be used, and will preferably include probes corresponding to the major gene mutations identified as predisposing an individual to breast cancer. Some candidate probes contemplated within the scope of the invention include probes that include the allele-specific mutations identified in Tables 11 and 12 and those that have the BRCA1 regions corresponding to SEQ ID NO:1 both 5' and 3' to the mutation site.

Methods of Use: Peptide Diagnosis and Diagnostic Kits

The neoplastic condition of lesions can also be detected on the basis of the alteration of wild-type BRCA1 polypeptide. Such alterations can be determined by sequence analysis in accordance with conventional techniques. More preferably, antibodies (polyclonal or monoclonal) are used to detect differences in, or the absence of BRCA1 peptides. The antibodies may be prepared as discussed above under the heading "Antibodies" and as further shown in Examples 12 and 13. Other techniques for raising and purifying antibodies are well known in the art and any such techniques may be chosen to achieve the preparations claimed in this invention. In a preferred embodiment of the invention, antibodies will immunoprecipitate BRCA1 proteins from solution as well as react with BRCA1 protein on Western or immunoblots of polyacrylamide gels. In another preferred embodiment, antibodies will detect BRCA1 proteins in paraffin or frozen tissue sections, using immunocytochemical techniques.

Preferred embodiments relating to methods for detecting BRCA1 or its mutations include enzyme linked immunosorbent assays (ELISA), radioimmunoassays (RIA), immunoradiometric assays (IRMA) and immunoenzymatic assays (IEMA), including sandwich assays using monoclonal and/or polyclonal antibodies. Exemplary sandwich assays are described by David et al. in U.S. Pat. Nos. 4,376,110 and 4,486,530, hereby incorporated by reference, and exemplified in Example 14.

Methods of Use: Drug Screening

This invention is particularly useful for screening compounds by using the BRCA1 polypeptide or binding fragment thereof in any of a variety of drug screening techniques.

The BRCA1 polypeptide or fragment employed in such a test may either be free in solution, affixed to a solid support, or borne on a cell surface. One method of drug screening utilizes eucaryotic or procaryotic host cells which are stably transformed with recombinant polynucleotides expressing the polypeptide or fragment, preferably in competitive binding assays. Such cells, either in viable or fixed form, can be

A000285

5,753,441

31

used for standard binding assays. One may measure, for example, for the formation of complexes between a BRCA1 polypeptide or fragment and the agent being tested, or examine the degree to which the formation of a complex between a BRCA1 polypeptide or fragment and a known ligand is interfered with by the agent being tested.

Thus, the present invention provides methods of screening for drugs comprising contacting such an agent with a BRCA1 polypeptide or fragment thereof and assaying (i) for the presence of a complex between the agent and the BRCA1 polypeptide or fragment, or (ii) for the presence of a complex between the BRCA1 polypeptide or fragment and a ligand, by methods well known in the art. In such competitive binding assays the BRCA1 polypeptide or fragment is typically labeled. Free BRCA1 polypeptide or fragment is separated from that present in a protein:protein complex, and the amount of free (i.e., uncomplexed) label is a measure of the binding of the agent being tested to BRCA1 or its interference with BRCA1:ligand binding, respectively.

Another technique for drug screening provides high throughput screening for compounds having suitable binding affinity to the BRCA1 polypeptides and is described in detail in Geysen, PCT published application WO 84/03564, published on Sep. 13, 1984. Briefly stated, large numbers of different small peptide test compounds are synthesized on a solid substrate, such as plastic pins or some other surface. The peptide test compounds are reacted with BRCA1 polypeptide and washed. Bound BRCA1 polypeptide is then detected by methods well known in the art.

Purified BRCA1 can be coated directly onto plates for use in the aforementioned drug screening techniques. However, non-neutralizing antibodies to the polypeptide can be used to capture antibodies to immobilize the BRCA1 polypeptide on the solid phase.

This invention also contemplates the use of competitive drug screening assays in which neutralizing antibodies capable of specifically binding the BRCA1 polypeptide compete with a test compound for binding to the BRCA1 polypeptide or fragments thereof. In this manner, the antibodies can be used to detect the presence of any peptide which shares one or more antigenic determinants of the BRCA1 polypeptide.

A further technique for drug screening involves the use of host eukaryotic cell lines or cells (such as described above) which have a nonfunctional BRCA1 gene. These host cell lines or cells are defective at the BRCA1 polypeptide level. The host cell lines or cells are grown in the presence of drug compound. The rate of growth of the host cells is measured to determine if the compound is capable of regulating the growth of BRCA1 defective cells.

Methods of Use: Rational Drug Design

The goal of rational drug design is to produce structural analogs of biologically active polypeptides of interest or of small molecules with which they interact (e.g., agonists, antagonists, inhibitors) in order to fashion drugs which are, for example, more active or stable forms of the polypeptide, or which, e.g., enhance or interfere with the function of a polypeptide in vivo. See, e.g., Hodgson, 1991. In one approach, one first determines the three-dimensional structure of a protein of interest (e.g., BRCA1 polypeptide) or, for example, of the BRCA1-receptor or ligand complex, by x-ray crystallography, by computer modeling or most typically, by a combination of approaches. Less often, useful information regarding the structure of a polypeptide may be gained by modeling based on the structure of homologous proteins. An example of rational drug design is the development of HIV protease inhibitors (Erickson et al., 1990). In

32

addition, peptides (e.g., BRCA1 polypeptide) are analyzed by an alanine scan (Wells, 1991). In this technique, an amino acid residue is replaced by Ala, and its effect on the peptide's activity is determined. Each of the amino acid residues of the peptide is analyzed in this manner to determine the important regions of the peptide.

It is also possible to isolate a target-specific antibody, selected by a functional assay, and then to solve its crystal structure. In principle, this approach yields a pharmacore upon which subsequent drug design can be based. It is possible to bypass protein crystallography altogether by generating anti-idio-typic antibodies (anti-ids) to a functional, pharmacologically active antibody. As a mirror image of a mirror image, the binding site of the anti-ids would be expected to be an analog of the original receptor. The anti-id could then be used to identify and isolate peptides from banks of chemically or biologically produced banks of peptides. Selected peptides would then act as the pharmacore.

Thus, one may design drugs which have, e.g., improved BRCA1 polypeptide activity or stability or which act as inhibitors, agonists, antagonists, etc. of BRCA1 polypeptide. activity. By virtue of the availability of cloned BRCA1 sequences, sufficient amounts of the BRCA1 polypeptide may be made available to perform such analytical studies as x-ray crystallography. In addition, the knowledge of the BRCA1 protein sequence provided herein will guide those employing computer modeling techniques in place of, or in addition to x-ray crystallography.

Methods of Use: Gene Therapy

According to the present invention, a method is also provided of supplying wild-type BRCA1 function to a cell which carries mutant BRCA1 alleles. Supplying such a function should suppress neoplastic growth of the recipient cells. The wild-type BRCA1 gene or a part of the gene may be introduced into the cell in a vector such that the gene remains extrachromosomal. In such a situation, the gene will be expressed by the cell from the extrachromosomal location. If a gene fragment is introduced and expressed in a cell carrying a mutant BRCA1 allele, the gene fragment should encode a part of the BRCA1 protein which is required for non-neoplastic growth of the cell. More preferred is the situation where the wild-type BRCA1 gene or a part thereof is introduced into the mutant cell in such a way that it recombines with the endogenous mutant BRCA1 gene present in the cell. Such recombination requires a double recombination event which results in the correction of the BRCA1 gene mutation. Vectors for introduction of genes both for recombination and for extrachromosomal maintenance are known in the art, and any suitable vector may be used. Methods for introducing DNA into cells such as electroporation, calcium phosphate co-precipitation and viral transduction are known in the art, and the choice of method is within the competence of the routineer. Cells transformed with the wild-type BRCA1 gene can be used as model systems to study cancer remission and drug treatments which promote such remission.

As generally discussed above, the BRCA1 gene or fragment, where applicable, may be employed in gene therapy methods in order to increase the amount of the expression products of such genes in cancer cells. Such gene therapy is particularly appropriate for use in both cancerous and pre-cancerous cells, in which the level of BRCA1 polypeptide is absent or diminished compared to normal cells. It may also be useful to increase the level of expression of a given BRCA1 gene even in those tumor cells in which the mutant gene is expressed at a "normal" level, but the gene product is not fully functional.

5,753,441

**33**

Gene therapy would be carried out according to generally accepted methods, for example, as described by Friedman, 1991. Cells from a patient's tumor would be first analyzed by the diagnostic methods described above, to ascertain the production of BRCA1 polypeptide in the tumor cells. A virus or plasmid vector (see further details below), containing a copy of the BRCA1 gene linked to expression control elements and capable of replicating inside the tumor cells, is prepared. Suitable vectors are known, such as disclosed in U.S. Pat. No. 5,252,479 and PCT published application WO 93/07282. The vector is then injected into the patient, either locally at the site of the tumor or systemically (in order to reach any tumor cells that may have metastasized to other sites). If the transfected gene is not permanently incorporated into the genome of each of the targeted tumor cells, the treatment may have to be repeated periodically.

Gene transfer systems known in the art may be useful in the practice of the gene therapy methods of the present invention. These include viral and nonviral transfer methods. A number of viruses have been used as gene transfer vectors, including papovaviruses, e.g., SV40 (Madzak et al., 1992), adenovirus (Berkner, 1992; Berkner et al., 1988; Gorziglia and Kapikian, 1992; Quantin et al., 1992; Rosenfeld et al., 1992; Wilkinson et al., 1992; Stratford-Perricaudet et al., 1990), vaccinia virus (Moss, 1992), adeno-associated virus (Muzyczka, 1992; Ohi et al., 1990), herpesviruses including HSV and EBV (Margolskee, 1992; Johnson et al., 1992; Fink et al., 1992; Breakfield and Geller, 1987; Freese et al., 1990), and retroviruses of avian (Brandyopadhyay and Temin, 1984; Petropoulos et al., 1992), murine (Miller, 1992; Miller el al, 1985; Sorge et al., 1984; Mann and Baltimore, 1985; Miller et al., 1988), and human origin (Shimada et al., 1991; Helseth et al., 1990; Page et al., 1990; Buchschacher and Panganiban, 1992). Most human gene therapy protocols have been based on disabled murine retroviruses.

Nonviral gene transfer methods known in the art include chemical techniques such as calcium phosphate coprecipitation (Graham and van der Eb, 1973; Pellicer et al., 1980); mechanical techniques, for example microinjection (Anderson et al., 1980; Gordon et al., 1980; Brinster et al., 1981; Constantini and Lacy, 1981); membrane fusion-mediated transfer via liposomes (Felgner et al., 1987; Wang and Huang, 1989; Kaneda et al., 1989; Stewart et al., 1992; Nabel et al., 1990; Lim et al., 1992); and direct DNA uptake and receptor-mediated DNA transfer (Wolff et al., 1990; Wu et al., 1991; Zenke et al., 1990; Wu et al., 1989b; Wolff et al., 1991; Wagner et al., 1990; Wagner et al., 1991; Cotten et al., 1990; Curiel et al., 1991a; Curiel et al., 1991b). Viral-mediated gene transfer can be combined with direct in vivo gene transfer using liposome delivery, allowing one to direct the viral vectors to the tumor cells and not into the surrounding nondividing cells. Alternatively, the retroviral vector producer cell line can be injected into tumors (Culver et al., 1992). Injection of producer cells would then provide a continuous source of vector particles. This technique has been approved for use in humans with inoperable brain tumors.

In an approach which combines biological and physical gene transfer methods, plasmid DNA of any size is combined with a polylysine-conjugated antibody specific to the adenovirus hexon protein, and the resulting complex is bound to an adenovirus vector. The trimolecular complex is then used to infect cells. The adenovirus vector permits efficient binding, internalization, and degradation of the endosome before the coupled DNA is damaged.

Liposome/DNA complexes have been shown to be capable of mediating direct in vivo gene transfer. While in

**34**

standard liposome preparations the gene transfer process is nonspecific, localized in vivo uptake and expression have been reported in tumor deposits, for example, following direct in situ administration (Nabel, 1992).

Gene transfer techniques which target DNA directly to breast and ovarian tissues, e.g., epithelial cells of the breast or ovaries, is preferred. Receptor-mediated gene transfer, for example, is accomplished by the conjugation of DNA (usually in the form of covalently closed supercoiled plasmid) to a protein ligand via polylysine. Ligands are chosen on the basis of the presence of the corresponding ligand receptors on the cell surface of the target cell/tissue type. One appropriate receptor/ligand pair may include the estrogen receptor and its ligand, estrogen (and estrogen analogues). These ligand-DNA conjugates can be injected directly into the blood if desired and are directed to the target tissue where receptor binding and internalization of the DNA-protein complex occurs. To overcome the problem of intracellular destruction of DNA, coinfection with adenovirus can be included to disrupt endosome function.

The therapy involves two steps which can be performed singly or jointly. In the first step, prepubescent females who carry a BRCA1 susceptibility allele are treated with a gene delivery vehicle such that some or all of their mammary ductal epithelial precursor cells receive at least one additional copy of a functional normal BRCA1 allele. In this step, the treated individuals have reduced risk of breast cancer to the extent that the effect of the susceptible allele has been countered by the presence of the normal allele. In the second step of a preventive therapy, predisposed young females, in particular women who have received the proposed gene therapeutic treatment, undergo hormonal therapy to mimic the effects on the breast of a full term pregnancy.
Methods of Use: Peptide Therapy

Peptides which have BRCA1 activity can be supplied to cells which carry mutant or missing BRCA1 alleles. The sequence of the BRCA1 protein is disclosed (SEQ ID NO:2). Protein can be produced by expression of the cDNA sequence in bacteria, for example, using known expression vectors. Alternatively, BRCA1 polypeptide can be extracted from BRCA1-producing mammalian cells. In addition, the techniques of synthetic chemistry can be employed to synthesize BRCA1 protein. Any of such techniques can provide the preparation of the present invention which comprises the BRCA1 protein. The preparation is substantially free of other human proteins. This is most readily accomplished by synthesis in a microorganism or in vitro.

Active BRCA1 molecules can be introduced into cells by microinjection or by use of liposomes, for example. Alternatively, some active molecules may be taken up by cells, actively or by diffusion. Extracellular application of the BRCA1 gene product may be sufficient to affect tumor growth. Supply of molecules with BRCA1 activity should lead to partial reversal of the neoplastic state. Other molecules with BRCA1 activity (for example, peptides, drugs or organic compounds) may also be used to effect such a reversal. Modified polypeptides having substantially similar function are also used for peptide therapy.
Methods of Use: Transformed Hosts

Similarly, cells and animals which carry a mutant BRCA1 allele can be used as model systems to study and test for substances which have potential as therapeutic agents. The cells are typically cultured epithelial cells. These may be isolated from individuals with BRCA1 mutations, either somatic or germline. Alternatively, the cell line can be engineered to carry the mutation in the BRCA1 allele, as described above. After a test substance is applied to the cells,

A000287

5,753,441

| 35 | 36 |

the neoplastically transformed phenotype of the cell is determined. Any trait of neoplastically transformed cells can be assessed, including anchorage-independent growth, tumorigenicity in nude mice, invasiveness of cells, and growth factor dependence. Assays for each of these traits are known in the art.

Animals for testing therapeutic agents can be selected after mutagenesis of whole animals or after treatment of germline cells or zygotes. Such treatments include insertion of mutant BRCA1 alleles, usually from a second animal species, as well as insertion of disrupted homologous genes. Alternatively, the endogenous BRCA1 gene(s) of the animals may be disrupted by insertion or deletion mutation or other genetic alterations using conventional techniques (Capecchi, 1989; Valancius and Smithies, 1991; Hasty et al., 1991; Shinkai et al., 1992; Mombaerts et al., 1992; Philpott et al., 1992; Snouwaert et al., 1992; Donehower et al., 1992). After test substances have been administered to the animals, the growth of tumors must be assessed. If the test substance prevents or suppresses the growth of tumors, then the test substance is a candidate therapeutic agent for the treatment of the cancers identified herein. These animal models provide an extremely important testing vehicle for potential therapeutic products.

The present invention is described by reference to the following Examples, which are offered by way of illustration and are not intended to limit the invention in any manner. Standard techniques well known in the art or the techniques specifically described below were utilized.

## EXAMPLE 1

### Ascertain and Study Kindreds Likely to Have a 17q-Linked Breast Cancer Susceptibility Locus

Extensive cancer prone kindreds were ascertained by our University of Utah collaborators from a defined population providing a large set of extended kindreds with multiple cases of breast cancer and many relatives available to study. The large number of meioses present in these large kindreds provided the power to detect whether the BRCA1 locus was segregating, and increased the opportunity for informative recombinants to occur within the small region being investigated. This vastly improved the chances of establishing linkage to the BRCA1 region, and greatly facilitated the

reduction of the BRCA1 region to a manageable size, which permits identification of the BRCA1 locus itself.

Each kindred was extended through all available connecting relatives by our collaborators, and to all informative first degree relatives of each proband or cancer case. For these kindreds, additional breast cancer cases and individuals with cancer at other sites of interest (e.g. ovarian) who also appeared in the kindreds were identified through the tumor registry linked files. All breast cancers reported in the kindred which were not confirmed in the Utah Cancer Registry were researched. Medical records or death certificates were obtained for confirmation of all cancers. Each key connecting individual and all informative individuals were invited by our collaborators to participate by providing a blood sample from which DNA was extracted. They also sampled spouses and relatives of deceased cases so that the genotype of the deceased cases could be inferred from the genotypes of their relatives.

Ten kindreds which had three or more cancer cases with inferable genotypes were selected for linkage studies to 17q markers from a set of 29 kindreds originally ascertained for a study of proliferative breast disease and breast cancer (Skolnick et al., 1990). The criterion for selection of these kindreds was the presence of two sisters or a mother and her daughter with breast cancer. Additionally, two kindreds which have been studied since 1980 as part of their breast cancer linkage studies (K1001, K9018), six kindreds ascertained from for the presence of clusters of breast and/or ovarian cancer (K2019, K2073, K2079, K2080, K2039, K2082) and a self-referred kindred with early onset breast cancer (K2035) were included. These kindreds were investigated and expanded in our collaborators clinic in the manner described above. Table 1 displays the characteristics of these 19 kindreds which are the subject of subsequent exameach kin Table 1, for each kindred the total number of individuals in our database, the number of typed individuals, and the minimum, median, and maximum age at diagnosis of breast/ovarian cancer are reported. Kindreds are sorted in ascending order of median age at diagnosis of breast cancer. Four women diagnosed with both ovarian and breast cancer are counted in both categories.

### TABLE 1

| | Description of the 19 Kindreds | | | | | | | | | |
| | No. of Individuals | | Breast | | | | Ovarian | | | |
| | | | | Age at Dx | | | | Age at Dx | | |
| KINDRED | Total | Sample | # Aff. | Min. | Med. | Max. | # Aff. | Min. | Med. | Max. |
| 1910 | 15 | 10 | 4 | 27 | 34 | 49 | — | — | — | — |
| 1001 | 133 | 98 | 13 | 28 | 37 | 64 | — | — | — | — |
| 2035 | 42 | 25 | 8 | 28 | 37 | 45 | 1 | — | 60 | — |
| 2027 | 21 | 11 | 4 | 34 | 38 | 41 | — | — | — | — |
| 9018 | 54 | 17 | 9 | 30 | 40 | 72 | 2 | 46 | 48 | 50 |
| 1925 | 50 | 27 | 4 | 39 | 42 | 53 | — | — | — | — |
| 1927 | 49 | 29 | 5 | 32 | 42 | 51 | — | — | — | — |
| 1911 | 28 | 21 | 7 | 28 | 42 | 76 | — | — | — | — |
| 1929 | 16 | 11 | 4 | 34 | 43 | 73 | — | — | — | — |
| 1901 | 35 | 19 | 10 | 31 | 44 | 76 | — | — | — | — |
| 2082 | 180 | 105 | 20 | 27 | 47 | 67 | 10 | 45 | 52 | 66 |
| 2019 | 42 | 19 | 10 | 42 | 53 | 79 | — | — | — | — |

A000288

5,753,441

## 37

### TABLE 1-continued

| | | | | Description of the 19 Kindreds | | | | | | |
| | No. of | | Breast | | | | Ovarian | | | |
| | Individuals | | | Age at Dx | | | | Age at Dx | | |
| KINDRED | Total | Sample | # Aff. | Min. | Med. | Max. | # Aff. | Min. | Med. | Max. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1900 | 70 | 23 | 8 | 45 | 55 | 70 | 1 | — | 78 | — |
| 2080 | 264 | 74 | 22+ | 27 | 55 | 92 | 4 | 45 | 53 | 71 |
| 2073 | 57 | 29 | 9 | 35 | 57 | 80 | — | — | — | — |
| 1917 | 16 | 6 | 4 | 43 | 58 | 61 | — | — | — | — |
| 1920 | 22 | 14 | 3 | 62 | 63 | 68 | — | — | — | — |
| 2079 | 136 | 18 | 14 | 38 | 66 | 84 | 4 | 52 | 59 | 65 |
| 2039 | 87 | 40 | 14 | 44 | 68 | 88 | 4 | 41 | 51 | 75 |

+Includes one case of male breast cancer.

## EXAMPLE 2

Selection of Kindreds Which are Linked to Chromosome 17q and Localization of BRCA1 to the Interval Mfd15–Mfd188

For each sample collected in these 19 kindreds, DNA was extracted from blood (or in two cases from paraffin-embedded tissue blocks) using standard laboratory protocols. Genotyping in this study was restricted to short tandem repeat (STR) markers since, in general, they have high heterozygosity and PCR methods offer rapid turnaround while using very small amounts of DNA. To aid in this effort, four such STR markers on chromosome 17 were developed by screening a chromosome specific cosmid library for CA positive clones. Three of these markers localized to the long arm: (46E6, Easton et al., 1993); (42D6, Easton et al., 1993); 26C2 (D17S514, Oliphant et al., 1991), while the other, 12G6 (D17S513, Oliphant et al., 1991), localized to the short arm near the p53 tumor suppressor locus. Two of these, 42D6 and 46E6, were submitted to the Breast Cancer Linkage Consortium for typing of breast cancer families by investigators worldwide. Oligonucleotide sequences for markers not developed in our laboratory were obtained from published reports, or as part of the Breast Cancer Linkage Consortium, or from other investigators. All genotyping films were scored blindly with a standard lane marker used to maintain consistent coding of alleles. Key samples in the four kindreds presented here underwent duplicate typing for all relevant markers. All 19 kindreds have been typed for two polymorphic CA repeat markers: 42D6 (D17S588), a CA repeat isolated in our laboratory, and Mfd15 (D17S250), a CA repeat provided by J. Weber (Weber et al., 1990). Several sources of probes were used to create genetic markers on chromosome 17, specifically chromosome 17 cosmid and lambda phage libraries created from sorted chromosomes by the Los Alamos National Laboratories (van Dilla et al., 1986).

LOD scores for each kindred with these two markers (42D6, Mfd15) and a third marker, Mfd188 (D17S579, Hall et al., 1992), located roughly midway between these two markers, were calculated for two values of the recombination fraction, 0.001 and 0.1. (For calculation of LOD scores, see Oh, 1985). Likelihoods were computed under the model derived by Claus et al., 1991, which assumes an estimated gene frequency of 0.003, a lifetime risk in gene carriers of about 0.80, and population based age-specific risks for breast cancer in non-gene carriers. Allele frequencies for the three markers used for the LOD score calculations were calculated from our own laboratory typings of unrelated individuals in the CEPH panel (White and Lalouel, 1988). Table 2 shows the results of the pairwise linkage analysis of each kindred with the three markers 42D6, Mfd188, and Mfd15.

### TABLE 2

| | Pairwise Linkage Analysis of Kindreds | | | | | |
| | Mfd15 (D17S250) Recombination | | Mfd188 (D17S579) Recombination | | 42D6 (D17S588) Recombination | |
| KINDRED | 0.001 | 0.1 | 0.001 | 0.1 | 0.001 | 0.1 |
|---|---|---|---|---|---|---|
| 1910 | 0.06 | 0.30 | 0.06 | 0.30 | 0.06 | 0.30 |
| 1001 | −0.30 | −0.09 | NT | NT | −0.52 | −0.19 |
| 2035 | 2.34 | 1.85 | 0.94 | 0.90 | 2.34 | 1.82 |
| 2027 | −1.22 | −0.33 | −1.20 | −0.42 | −1.16 | −0.33 |
| 9018 | −0.54 | −0.22 | −0.17 | −0.10 | 0.11 | 0.07 |
| 1925 | 1.08 | 0.79 | 0.55 | 0.38 | −0.11 | −0.07 |
| 1927 | −0.41 | 0.01 | −0.35 | 0.07 | −0.44 | −0.02 |
| 1911 | −0.27 | −0.13 | −0.43 | −0.23 | 0.49 | 0.38 |
| 1929 | −0.49 | −0.25 | NT | NT | −0.49 | −0.25 |
| 1901 | 1.50 | 1.17 | 0.78 | 0.57 | 0.65 | 0.37 |
| 2082 | 4.25 | 3.36 | 6.07 | 5.11 | 2.00 | 3.56 |
| 2019 | −0.10 | −0.01 | −0.11 | −0.05 | −0.18 | −0.10 |

5,753,441

TABLE 2-continued

Pairwise Linkage Analysis of Kindreds

| | Mfd15 (D17S250) Recombination | | Mfd188 (D17S579) Recombination | | 42D6 (D17S588) Recombination | |
|---|---|---|---|---|---|---|
| KINDRED | 0.001 | 0.1 | 0.001 | 0.1 | 0.001 | 0.1 |
| 1900 | −0.14 | −0.11 | NT | NT | −0.12 | −0.05 |
| 2080 | −0.16 | −0.04 | 0.76 | 0.74 | −1.25 | −0.58 |
| 2073 | −0.41 | −0.29 | 0.63 | 0.49 | −0.23 | −0.13 |
| 1917 | −0.02 | −0.02 | NT | NT | −0.01 | 0.00 |
| 1920 | −0.03 | −0.02 | NT | NT | 0.00 | 0.00 |
| 2079 | 0.02 | 0.01 | −0.01 | −0.01 | 0.01 | 0.01 |
| 2039 | −1.67 | −0.83 | 0.12 | 0.59 | −1.15 | 0.02 |

NT - Kindred not typed for Mfd188.

Using a criterion for linkage to 17q of a LOD score>1.0 for at least one locus under the CASH model (Claus et al., 1991), four of the 19 kindreds appeared to be linked to 17q (K1901, K1925, K2035, K2082). A number of additional kindreds showed some evidence of linkage but at this time could not be definitively assigned to the linked category. These included kindreds K1911, K2073, K2039, and K2080. Three of the 17q-linked kindreds had informative recombinants in this region and these are detailed below.

Kindred 2082 is the largest 17q-linked breast cancer family reported to date by any group. The kindred contains 20 cases of breast cancer, and ten cases of ovarian cancer. Two cases have both ovarian and breast cancer. The evidence of linkage to 17q for this family is overwhelming; the LOD score with the linked haplotype is over 6.0, despite the existence of three cases of breast cancer which appear to be sporadic, i.e., these cases share no part of the linked haplotype between Mfd15 and 42D6. These three sporadic cases were diagnosed with breast cancer at ages 46, 47, and 54. In smaller kindreds, sporadic cancers of this type greatly confound the analysis of linkage and the correct identification of key recombinants. The key recombinant in the 2082 kindred is a woman who developed ovarian cancer at age 45 whose mother and aunt had ovarian cancer at ages 58 and 66, respectively. She inherited the linked portion of the haplotype for both Mfd188 and 42D6 while inheriting unlinked alleles at Mfd15; this recombinant event placed BRCA1 distal to Mfd15.

K1901 is typical of early-onset breast cancer kindreds. The kindred contains 10 cases of breast cancer with a median age at diagnosis of 43.5 years of age; four cases were diagnosed under age 40. The LOD score for this kindred with the marker 42D6 is 1.5, resulting in a posterior probability of 17q-linkage of 0.96. Examination of haplotypes in this kindred identified a recombinant haplotype in an obligate male carrier and his affected daughter who was diagnosed with breast cancer at age 45. Their linked allele for marker Mfd15 differs from that found in all other cases in the kindred (except one case which could not be completely inferred from her children). The two haplotypes are identical for Mfd188 and 42D6. Accordingly, data from Kindred 1901 would also place the BRCA1 locus distal to Mfd15.

Kindred 2035 is similar to K1901 in disease phenotype. The median age of diagnosis for the eight cases of breast cancer in this kindred is 37. One case also had ovarian cancer at age 60. The breast cancer cases in this family descend from two sisters who were both unaffected with breast cancer until their death in the eighth decade. Each branch contains four cases of breast cancer with at least one case in each branch having markedly early onset. This

kindred has a LOD score of 2.34 with Mfd15. The haplotypes segregating with breast cancer in the two branches share an identical allele at Mfd15 but differ for the distal loci Mfd188 and NM23 (a marker typed as part of the consortium which is located just distal to 42D6 (Hall et al., 1992)). Although the two haplotypes are concordant for marker 42D6, it is likely that the alleles are shared identical by state (the same allele but derived from different ancestors), rather than identical by descent (derived from a common ancestor) since the shared allele is the second most common allele observed at this locus. By contrast the linked allele shared at Mfd15 has a frequency of 0.04. This is a key recombinant in our dataset as it is the sole recombinant in which BRCA1 segregated with the proximal portion of the haplotype, thus setting the distal boundary to the BRCA1 region. For this event not to be a key recombinant requires that a second mutant BRCA1 gene be present in a spouse marrying into the kindred who also shares the rare Mfd15 allele segregating with breast cancer in both branches of the kindred. This event has a probability of less than one in a thousand. The evidence from this kindred therefore placed the BRCA1 locus proximal to Mfd188.

EXAMPLE 3

Creation of a Fine Structure Map and Refinement of the BRCA1 Region to Mfd191–Mfd188 using Additional STR Polymorphisms

In order to improve the characterization of our recombinants and define closer flanking markers, a dense map of this relatively small region on chromosome 17q was required. The chromosome 17 workshop has produced a consensus map of this region (FIG. 1) based on a combination of genetic and physical mapping studies (Fain, 1992). This map contains both highly polymorphic STR polymorphisms, and a number of nonpolymorphic expressed genes. Because this map did not give details on the evidence for this order nor give any measure of local support for inversions in the order of adjacent loci, we viewed it as a rough guide for obtaining resources to be used for the development of new markers and construction of our own detailed genetic and physical map of a small region containing BRCA1. Our approach was to analyze existing STR markers provided by other investigators and any newly developed markers from our laboratory with respect to both a panel of meiotic (genetic) breakpoints identified using DNA from the CEPH reference families and a panel of somatic cell hybrids (physical breakpoints) constructed for this region. These markers included 26C2 developed in our laboratory which maps proximal to Mfd15. Mfd191 (provided by James Weber),

5,753,441

41

THRA1 (Futreal et al., 1992a), and three polymorphisms kindly provided to us by Dr. Donald Black, NM23 (Hall et al. 1992), SCG40 (D17S181), and 6C1 (D17S293).

Genetic localization of markers.

In order to localize new markers genetically within the region of interest, we have identified a number of key meiotic breakpoints within the region, both in the CEPH reference panel and in our large breast cancer kindred (K2082). Given the small genetic distance in this region, they are likely to be only a relatively small set of recombinants which can be used for this purpose, and they are likely to group markers into sets. The orders of the markers within each set can only be determined by physical mapping. However the number of genotypings necessary to position a new marker is minimized. These breakpoints are illustrated in Tables 3 and 4. Using this approach we were able to genetically order the markers THRA1, 6C1, SCG40, and Mfd191. As can be seen from Tables 3 and 4, THRA1 and MFD191 both map inside the Mfd15–Mfd188 region we had previously identified as containing the BRCA1 locus. In Tables 3 and 4, M/P indicates a maternal or paternal recombinant. A "1" indicates inherited allele is of grandpaternal origin, while a "0" indicates grandmaternal origin, and "-" indicates that the locus was untyped or uninformative.

least a portion of it, therefore lies within an interval bounded by Mfd191 on the proximal side and Mfd188 on the distal side.

EXAMPLE 4

Development of Genetic and Physical Resources in the Region of Interest

To increase the number of highly polymorphic loci in the Mfd191–Mfd188 region, we developed a number of STR markers in our laboratory from cosmids and YACs which physically map to the region. These markers allowed us to further refine the region.

STSs were identified from genes known to be in the desired region to identify YACs which contained these loci, which were then used to identify subclones in cosmids, P1s or BACs. These subclones were then screened for the presence of a CA tandem repeat using a $(CA)_n$ oligonucleotide (Pharmacia). Clones with a strong signal were selected preferentially, since they were more likely to represent CA-repeats which have a large number of repeats and/or are of near-perfect fidelity to the $(CA)_n$ pattern. Both of these characteristics are known to increase the probability of polymorphism (Weber, 1990). These clones were sequenced

TABLE 3

| CEPH Recombinants | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Family | ID | M/P | Mfd15 | THRA1 | Mfd191 | Mfd188 | SCG40 | 6C1 | 42D6 |
| 13292 | 4 | M | 1 | 1 | 1 | 0 | 0 | 0 | 0 |
| 13294 | 4 | M | 1 | 1 | 1 | 0 | 0 | 0 | 0 |
| 13294 | 6 | M | 0 | 0 | 1 | 1 | — | — | — |
| 1334 | 3 | M | 1 | 1 | 1 | 1 | 1 | 0 | 0 |
| 1333 | 4 | M | 1 | 1 | 1 | 0 | — | — | 0 |
| 1333 | 6 | M | 0 | 0 | 1 | 1 | — | — | 1 |
| 1333 | 8 | P | 1 | 0 | 0 | 0 | — | — | 0 |
| 1377 | 8 | M | 0 | — | 0 | 0 | 0 | 0 | 1 |

TABLE 4

| Kindred 2082 Recombinants | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Family | ID | M/P | Mfd15 | Mfd191 | Mfd188 | SCG40 | 6C1 | 42D6 |
| 75 | | M | 0 | 1 | 1 | 1 | — | — |
| 63 | | M | 0 | 0 | 1 | 1 | — | 1 |
| 125 | | M | 1 | 1 | 1 | 0 | — | 0 |
| 40 | | M | 1 | 1 | 0 | 0 | — | 0 |

Analysis of markers Mfd15, Mfd188, Mfd191, and THRA1 in our recombinant families.

Mfd15, Mfd188, Mfd191 and THRA1 were typed in our recombinant families and examined for additional information to localize the BRCA1 locus. In kindred 1901, the Mfd15 recombinant was recombinant for THRA1 but uninformative for Mfd191, thus placing BRCA1 distal to THRA1. In K2082, the recombinant with Mfd15 also was recombinant with Mfd191, thus placing the BRCA1 locus distal to Mfd191 (Goldgar et al., 1994). Examination of THRA1 and Mfd191 in kindred K2035 yielded no further localization information as the two branches were concordant for both markers. However, SCG40 and 6C1 both displayed the same pattern as Mfd188, thus increasing our confidence in the localization information provided by the Mfd188 recombinant in this family. The BRCA1 locus, or at

directly from the vector to locate the repeat. We obtained a unique sequence on one side of the CA-repeat by using one of a set of possible primers complementary to the end of a CA-repeat, such as $(GT)_{10}T$. Based on this unique sequence, a primer was made to sequence back across the repeat in the other direction, yielding a unique sequence for design of a second primer flanking the CA-repeat. STRs were then screened for polymorphism on a small group of unrelated individuals and tested against the hybrid panel to confirm their physical localization. New markers which satisfied these criteria were then typed in a set of 40 unrelated individuals from the Utah and CEPH families to obtain allele frequencies appropriate for the study population. Many of the other markers reported in this study were tested in a smaller group of CEPH unrelated individuals to obtain similarly appropriate allele frequencies.

Using the procedure described above, a total of eight polymorphic STRs was found from these YACS. Of the loci identified in this manner, four were both polymorphic and localized to the BRCA1 region. Four markers did not localize to chromosome 17, reflecting the chimeric nature of the YACs used. The four markers which were in the region were denoted AA1, ED2, 4–7, and YM29. AA1 and ED2 were developed from YACs positive for the RNU2 gene, 4–7 from an EPB3 YAC and YM29 from a cosmid which localized to the region by the hybrid panel. A description of the number of alleles, heterozygosity and source of these

5,753,441

43

four and all other STR polymorphisms analyzed in the breast cancer kindreds is given below in Table 5.

TABLE 5

Polymorphic Short Tandem Repeat Markers Used for Fine Structure Mapping of the BRCA1 Locus

| Clone | Gene | Na** | Hetero-zygosity | Allele* Frequency (%) | | | | | |
|-------|------|------|-----------------|-----|-----|-----|-----|-----|-----|
| | | | | 1 | 2 | 3 | 4 | 5 | 6 |
| Mfd15 | D17S250 | 10 | 0.82 | 26 | 22 | 15 | 7 | 7 | 23 |
| THRA1 | THRA1 | 5 | | | | | | | |
| Mfd191 | D17S776 | 7 | 0.55 | 48 | 20 | 11 | 7 | 7 | 7 |
| ED2 | D17S1327 | 12 | 0.55 | 62 | 9 | 8 | 5 | 5 | 11 |
| AA1 | D17S1326 | 7 | 0.83 | 28 | 28 | 25 | 8 | 6 | 5 |
| CA375 | D17S184 | 10 | 0.75 | 26 | 15 | 11 | 9 | 9 | 20 |
| 4-7 | D17S1183 | 9 | 0.50 | 63 | 15 | 8 | 6 | 4 | 4 |
| YM29 | — | 9 | 0.62 | 42 | 24 | 12 | 7 | 7 | 8 |
| Mfd188 | D17S579 | 12 | 0.92 | 33 | 18 | 8 | 8 | 8 | 25 |
| SCG40 | D17S181 | 14 | 0.90 | 20 | 18 | 18 | 10 | 8 | 35 |
| 42D6 | D17S588 | 11 | 0.86 | 21 | 17 | 11 | 10 | 9 | 32 |
| 6C1 | D17S293 | 7 | 0.75 | 30 | 30 | 11 | 11 | 9 | 9 |
| Z109 | D17S750 | 9 | 0.70 | 33 | 27 | 7 | 7 | 7 | 19 |
| tdj1475 | D17S1321 | 13 | 0.84 | 21 | 16 | 11 | 11 | 8 | 33 |
| CF4 | D17S1320 | 6 | 0.63 | 50 | 27 | 9 | 7 | 4 | 3 |
| tdj1239 | D17S1328 | 10 | 0.80 | 86 | 10 | 9 | 7 | 4 | 14 |
| U5 | D17S1325 | 13 | 0.83 | 19 | 16 | 12 | 10 | 9 | 34 |

*Allele codes 1–5 are listed in decreasing frequency; allele numbers do not correspond to fragment sizes. Allele 6 frequency is the joint frequency of all other alleles for each locus.
**Number of alleles seen in the genetically independent DNA samples used for calculating allele frequencies.

The four STR polymorphisms which mapped physically to the region (4–7, ED2, AA1, YM29) were analyzed in the meiotic, breakpoint panel shown initially in Tables 3 and 4. Tables 6 and 7 contain the relevant CEPH data and Kindred 2082 data for localization of these four markers. In the tables, M/P indicates a maternal or paternal recombinant. A "1" indicates inherited allele is of grandpaternal origin, while a "0" indicates grandmaternal origin, and "-" indicates that the locus was untyped or uninformative.

44

From CEPH 1333-04, we see that AA1 and YM29 must lie distal to Mfd191. From 13292, it can be inferred that both AA1 and ED2 are proximal to 4–7, YM29, and Mfd188. The recombinants found in K2082 provide some additional ordering information. Three independent observations (individual numbers 22, 40, & 63) place AA1, ED2, 4–7, and YM29, and Mfd188 distal to Mfd191, while ID 125 places 4–7, YM29, and Mfd188 proximal to SCG40. No genetic information on the relative ordering within the two clusters of markers AA1/ED2 and 4–7/YM29/Mfd188 was obtained from the genetic recombinant analysis. Although ordering loci with respect to hybrids which are known to contain "holes" in which small pieces of interstitial human DNA may be missing is problematic, the hybrid patterns indicate that 4–7 lies above both YM29 and Mfd188.

EXAMPLE 5

Genetic Analyses of Breast Cancer Kindreds with Markers AA1, 4–7, ED2, and YM29

In addition to the three kindreds containing key recombinants which have been discussed previously, kindred K2039 was shown through analysis of the newly developed STR markers to be linked to the region and to contain a useful recombinant.

Table 8 defines the haplotypes (shown in coded form) of the kindreds in terms of specific marker alleles at each locus and their respective frequencies. In Table 8, alleles are listed in descending order of frequency; frequencies of alleles 1–5 for each locus are given in Table 5. Haplotypes coded H are BRCA1 associated haplotypes. P designates a partial H haplotype, and an R indicates an observable recombinant haplotype. As evident in Table 8, not all kindreds were typed for all markers; moreover, not all individuals within a kindred were typed for an identical set of markers, especially in K2082. With one exception, only haplotypes inherited from affected or at-risk kindred members are shown; haplotypes from spouses marrying into the kindred are not

TABLE 6

Key Recombinants Used for Genetic Ordering of New STR Loci Developed in Our Laboratory Within the BRCA1 Region of 17q

| CEPH Family | ID | M/P | Mfd15 | THRA1 | Mfd191 | ED2 | AA1 | Z109 | 4-7 | YM29 | Mfd188 | SCG40 | 42D6 |
|-------------|----|----|-------|-------|--------|-----|-----|------|-----|------|--------|-------|------|
| 13292 | 4 | M | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13294 | 4 | M | 1 | 0 | 0 | — | 0 | — | — | — | 0 | — | — |
| 13294 | 6 | M | 0 | 0 | 1 | — | 1 | — | — | — | 1 | — | — |
| 1333 | 4 | M | 1 | 1 | 1 | — | 0 | — | — | 0 | 0 | — | 0 |
| 1333 | 6 | M | 0 | 0 | 1 | — | 1 | — | — | 1 | 1 | — | 1 |
| 1333 | 3 | M | 0 | 0 | 1 | — | — | — | 1 | 1 | 1 | — | 1 |

TABLE 7

Kindred 2082 Recombinants

| ID | M/P | Mfd15 | Mfd191 | ED2 | AA1 | 4-7 | YM29 | Mfd188 | SCG40 | 42D6 |
|----|----|-------|--------|-----|-----|-----|------|--------|-------|------|
| 63 | M | 0 | 0 | 1 | — | 1 | 1 | 1 | 1 | 1 |
| 125 | M | 1 | 1 | 1 | — | 1 | 1 | 1 | 0 | 0 |
| 40 | M | 1 | 1 | 0 | — | 0 | — | 0 | 0 | 0 |
| 22 | P | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

5,753,441

| 45 | 46 |
|---|---|

described. Thus in a given sibship, the appearance of haplotypes X and Y indicates that both haplotypes from the affected/at-risk individual were seen and neither was a breast cancer associated haplotype.

affected daughter. In this family the odds in favor of affected individuals carrying BRCA1 susceptibility alleles are extremely high; the only possible interpretations of the data are that BRCA1 is distal to Mfd191 or alternatively that the

TABLE 8

Breast Cancer Linked Haplotypes Found in the Three Kindreds

| Kin. | HAP | Mfd 15 | THRA1 | Mfd 191 | tdj 1475 | ED2 | AA1 | Z109 | CA375 | 4-7 | YM29 | Mfd 188 | SCG40 | 6C1 | 42D6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1901 | H1 | 1 | 5 | 5 | 3 | 1 | 4 | NI | NI | 1 | 1 | 3 | NI | NI | 1 |
| | R2 | 9 | 2 | 5 | 6 | 1 | 4 | NI | NI | 1 | | 3 | NI | NI | 1 |
| 2082 | H1 | 3 | NI | 4 | 6 | 6 | 1 | NI | NI | 2 | 1 | 4 | 2 | NI | 1 |
| | P1 | 3 | NI | 4 | NI | NI | NI | NI | NI | NI | NI | 4 | 2 | NI | 1 |
| | P2 | 3 | NI | NI | NI | NI | NI | NI | NI | NI | NI | 4 | NI | NI | NI |
| | R1 | 6 | NI | 1 | 5 | 6 | 1 | NI | NI | 2 | 1 | 4 | 2 | NI | 1 |
| | R2 | 6 | NI | 4 | 6 | 6 | 1 | NI | NI | 2 | 1 | 4 | 2 | NI | 1 |
| | R3 | 3 | NI | 4 | NI | 6 | 1 | NI | NI | 2 | 1 | 4 | 1 | NI | 7 |
| | R4 | 7 | NI | 1 | NI | 1 | 5 | NI | NI | 4 | 6 | 1 | 2 | NI | 1 |
| | R5 | 3 | NI | 4 | NI | NI | NI | NI | NI | NI | 2 | 1 | NI | NI | NI |
| | R6 | 3 | NI | 4 | 3 | 1 | 2 | NI | NI | 1 | 2 | 2 | 6 | NI | 6 |
| | R7 | 3 | NI | 4 | 3 | 7 | 1 | NI | NI | 1 | 1 | 3 | 7 | NI | 6 |
| 2035 | H1 | 8 | 2 | 1 | NI | 5 | 1 | 1 | 4 | 3 | 1 | 6 | 8 | 2 | 4 |
| | H2 | 8 | 2 | 1 | NI | 5 | 1 | 1 | 2 | 1 | 1 | 2 | 3 | 1 | 4 |
| | R2 | 8 | 2 | 1 | NI | 5 | 1 | 1 | 2 | 1 | 1 | 2 | 3 | 6 | 1 |

In kindred K1901, the new markers showed no observable recombination with breast cancer susceptibility, indicating that the recombination event in this kindred most likely took place between THRA1 and ED2. Thus, no new BRCA1 localization information was obtained based upon studying the four new markers in this kindred. In kindred 2082 the key recombinant individual has inherited the linked alleles for ED2, 4–7, AA1, and YM29, and was recombinant for tdj1474 indicating that the recombination event occurred in this individual between tdj1474 and ED2/AA1.

There are three haplotypes of interest in kindred K2035, H1, H2, and R2 shown in Table 8. H1 is present in the four cases and one obligate male carrier descendant from individual 17 while H2 is present or inferred in two cases and two obligate male carriers in descendants of individual 10. R2 is identical to H2 for loci between and including Mfd15 and SCG40, but has recombined between SCG40 and 42D6. Since we have established that BRCA1 is proximal to 42D6, this H2/R2 difference adds no further localization information. H1 and R2 share an identical allele at Mfd15, THRA1, AA1, and ED2 but differ for loci presumed distal to ED2, i.e., 4–7, Mfd188, SCG40, and 6C1. Although the two haplotypes are concordant for the 5th allele for marker YM29, a marker which maps physically between 4–7 and Mfd188, it is likely that the alleles are shared identical by state rather than identical by descent since this allele is the most common allele at this locus with a frequency estimated in CEPH parents of 0.42. By contrast, the linked alleles shared at the Mfd15 and ED2 loci have frequencies of 0.04 and 0.09, respectively. They also share more common alleles at Mfd191 (frequency=0.52), THRA1, and AA1 (frequency=0.28). This is the key recombinant in the set as it is the sole recombinant in which breast cancer segregated with the proximal portion of the haplotype, thus setting the distal boundary. The evidence from this kindred therefore places the BRCA1 locus proximal to 4–7.

The recombination event in kindred 2082 which places BRCA1 distal to tdj1474 is the only one of the four events described which can be directly inferred; that is, the affected mother's genotype can be inferred from her spouse and offspring, and the recombinant haplotype can be seen in her

purported recombinant is a sporadic case of ovarian cancer at age 44. Rather than a directly observable or inferred recombinant, interpretation of kindred 2035 depends on the observation of distinct 17q-haplotypes segregating in different and sometimes distantly related branches of the kindred. The observation that portions of these haplotypes have alleles in common for some markers while they differ at other markers places the BRCA1 locus in the shared region. The confidence in this placement depends on several factors: the relationship between the individuals carrying the respective haplotypes, the frequency of the shared allele, the certainty with which the haplotypes can be shown to segregate with the BRCA1 locus, and the density of the markers in the region which define the haplotype. In the case of kindred 2035, the two branches are closely related, and each branch has a number of equal cases which carry the respective haplotype. While two of the shared alleles are common, (Mfd191, THRA1), the estimated frequencies of the shared alleles at Mfd15, AA1, and ED2 are 0.04, 0.28, and 0.09, respectively. It is therefore highly likely that these alleles are identical by descent (derived from a common ancestor) rather than identical by state (the same allele but derived from the general population).

EXAMPLE 6

Refined Physical Mapping Studies Place the BRCA1 Gene in a Region Flanked by tdj1474 and U5R

Since its initial localization to chromosome 17q in 1990 (Hall et al., 1990) a great deal of effort has gone into localizing the BRCA1 gene to a region small enough to allow implementation of effective positional cloning strategies to isolate the gene. The BRCA1 locus was first localized to the interval Mfd15 (D17S250)-42D6 (D17S588) by multipoint linkage analysis (Easton et al., 1993) in the collaborative Breast Cancer Linkage Consortium dataset consisting of 214 families collected worldwide. Subsequent refinements of the localization have been based upon individual recombinant events in specific families. The region THRA1-D17S183 was defined by Bowcock et al., 1993; and the region THRA1-D17S78 was defined by Simard et al., 1993.

5,753,441

47

We further showed that the BRCA1 locus must lie distal to the marker Mfd191 (D17S776) (Goldgar et al., 1994). This marker is known to lie distal to THRA1 and RARA. The smallest published region for the BRCA1 locus is thus between D17S776 and D17S78. This region still contains approximately 1.5 million bases of DNA, making the isolation and testing of all genes in the region a very difficult task. We have therefore undertaken the tasks of constructing a physical map of the region, isolating a set of polymorphic STR markers located in the region, and analyzing these new markers in a set of informative families to refine the location of the BRCA1 gene to a manageable interval.

Four families provide important genetic evidence for localization of BRCA1 to a sufficiently small region for the application of positional cloning strategies. Two families (K2082, K1901) provide data relating to the proximal boundary for BRCA1 and the other two (K2035, K1813) fix the distal boundary. These families are discussed in detail below. A total of 15 Short Tandem Repeat markers assayable by PCR were used to refine this localization in the families studied. These markers include D17S7654, D17S975, tdj1474, and tdj1239. Primer sequences for these markers are provided in SEQ ID NO:3 and SEQ ID NO:4 for D17S754; in SEQ ID NO:5 and SEQ ID NO:6 for D17S975; in SEQ ID NO:7 and SEQ ID NO:8 for tdj1474; and, in SEQ ID NO:9 and SEQ ID NO:10 for tdj1239.

Kindred 2082

Kindred 2082 is the largest BRCA1-linked breast/ovarian cancer family studied to date. It has a LOD score of 8.6, providing unequivocal evidence for 17q linkage. This family has been previously described and shown to contain a critical recombinant placing BRCA1 distal to MFD191 (D17S776). This recombinant occurred in a woman diagnosed with ovarian cancer at age 45 whose mother had ovarian cancer at age 63. The affected mother was deceased; however, from her children, she could be inferred to have the linked haplotype present in the 30 other linked cases in the family in the region between Mfd15 and Mfd188. Her affected daughter received the linked allele at the loci ED2, 4–7, and Mfd188, but received the allele on the non-BRCA1 chromosome at Mfd15 and Mfd191. In order to further localize this recombination breakpoint, we tested DNA from the key members of this family for the following markers derived from physical mapping resources: tdj1474, tdj1239, CF4, D17S855. For the markers tdj1474 and CF4, the affected daughter did not receive the linked allele. For the STR locus tdj1239, however, the mother could be inferred to be informative and her daughter did receive the BRCA1-associated allele. D17S855 was not informative in this family. Based on this analysis, the order is 17q centromere—Mfd191—17HSD—CF4—tdj1474—tdj1239—D17S855—ED2—4–7—Mfd188—17q telomere. The recombinant described above therefore places BRCA1 distal to tdj1474, and the breakpoint is localized to the interval between tdj1474 and tdj1239. The only alternative explanation for the data in this family other than that of BRCA1 being located distal to tdj1474, is that the ovarian cancer present in the recombinant individual is caused by reasons independent of the BRCA1 gene. Given that ovarian cancer diagnosed before age 50 is rare, this alternate explanation is exceedingly unlikely.

Kindred 1901

Kindred 1901 is an early-onset breast cancer family with 7 cases of breast cancer diagnosed before 50, 4 of which were diagnosed before age 40. In addition, there were three cases of breast cancer diagnosed between the ages of 50 and 70. One case of breast cancer also had ovarian cancer at age

48

61. This family currently has a LOD score of 1.5 with D17S855. Given this linkage evidence and the presence of at lease one ovarian cancer case, this family has a posterior probability of being due to BRCA1 of over 0.99. In this family, the recombination comes from the fact that an individual who is the brother of the ovarian cancer case from which the majority of the other cases descend, only shares a portion of the haplotype which is cosegregating with the other cases in the family. However, he passed this partial haplotype to his daughter who developed breast cancer at age 44. If this case is due to the BRCA1 gene, then only the part of the haplotype shared between this brother and his sister can contain the BRCA1 gene. The difficulty in interpretation of this kind of information is that while one can be sure of the markers which are not shared and therefore recombinant, markers which are concordant can either be shared because they are non-recombinant, or because their parent was homozygous. Without the parental genotypic data it is impossible to discriminate between these alternatives. Inspection of the haplotype in K1901, shows that he does not share the linked allele at Mfd15 (D17S250), THRA1, CF4 (D17S1320), and tdj1474 (17DS1321). He does share the linked allele at Mfd191 (D17S776), ED2 (D17S1327), tdj1239 (D17S1328), and Mfd188 (D17S579). Although the allele shared at Mfd191 is relatively rare (0.07), we would presume that the parent was homozygous since they are recombinant with markers located nearby on either side, and a double recombination event in this region would be extremely unlikely. Thus the evidence in this family would also place the BRCA1 locus distal to tdj1474. However, the lower limit of this breakpoint is impossible to determine without parental genotype information. It is intriguing that the key recombinant breakpoint in this family confirms the result in Kindred 2082. As before, the localization information in this family is only meaningful if the breast cancer was due to the BRCA1 gene. However, her relatively early age at diagnosis (44) makes this seem very likely since the risk of breast cancer before age 45 in the general population is low (approximately 1%).

Kindred 2035

This family is similar to K1901 in that the information on the critical recombinant events is not directly observed but is inferred from the observation that the two haplotypes which are cosegregating with the early onset breast cancer in the two branches of the family appear identical for markers located in the proximal portion of the 17q BRCA1 region but differ at more distal loci. Each of these two haplotypes occurs in at least four cases of early-onset or bilateral breast cancer. The overall LOD score with ED2 in this family is 2.2, and considering that there is a case of ovarian cancer in the family (indicating a prior probability of BRCA1 linkage of 80%), the resulting posterior probability that this family is linked to BRCA1 is 0.998. The haplotypes are identical for the markers Mfd15, THRA1, Mfd191, ED2, AA1, D17S858 and D17S902. The common allele at Mfd15 and ED2 are both quite rare, indicating that this haplotype is shared identical by descent. The haplotypes are discordant, however, for CA375, 4–7, and Mfd188, and several more distal markers. This indicates that the BRCA1 locus must lie above the marker CA-375. This marker is located approximately 50 kb below D17S78, so it serves primarily as additional confirmation of this previous lower boundary as reported in Simard et al. (1993).

Kindred 1813

Kindred 1813 is a small family with four cases of breast cancer diagnosed at very early ages whose mother also had breast cancer diagnosed at an early age and ovarian cancer

A000294

5,753,441

| 49 | 50 |

some years later. This situation is somewhat complicated by the fact the four cases appear to have three different fathers, only one of whom has been genotyped. However, by typing a number of different markers in the BRCA1 region as well as highly polymorphic markers elsewhere in the genome, the paternity of all children in the family has been determined with a high degree of certainty. This family yields a maximum multipoint LOD score of 0.60 with 17q markers and, given that there is at least one case of ovarian cancer, results in a posterior probability of being a BRCA1 linked family of 0.93. This family contains a directly observable recombination event in individual 18 (see FIG. 5 in Simard et al., *Human Mol. Genet.* 2:1193–1199 (1993)), who developed breast cancer at age 34. The genotype of her affected mother at the relevant 17q loci can be inferred from her genotypes, her affected sister's genotypes, and the genotypes of three other unaffected siblings. Individual 18 inherits the BRCA1-linked alleles for the following loci: Mfd15, THRA1, D17S800, D17S855, AA1, and D17S931. However, for markers below D17S931, i.e., 17SR, vrs31, D17S858, and D17S579, she has inherited the alleles located on the non-disease bearing chromosome. The evidence from this family therefore would place the BRCA1 locus proximal to the marker U5R. Because of her early age at diagnosis (34) it is extremely unlikely that the recombinant individual's cancer is not due to the gene responsible for the other cases of breast/ovarian cancer in this family; the uncertainty in this family comes from our somewhat smaller amount of evidence that breast cancer in this family is due to BRCA1 rather than a second, as yet unmapped, breast cancer susceptibility locus.

Size of the region containing BRCA1

Based on the genetic data described in detail above, the BRCA1 locus must lie in the interval between the markers tdj1474 and U5R, both of which were isolated in our laboratory. Based upon the physical maps shown in FIGS. 2 and 3, we can try to estimate the physical distance between these two loci. It takes approximately 14 P1 clones with an average insert size of approximately 80 kb to span the region. However, because all of these P1s overlap to some unknown degree, the physical region is most likely much smaller than 14 times 80 kb. Based on restriction maps of the clones covering the region, we estimate the size of the region containing BRCA1 to be approximately 650 kb.

EXAMPLE 7

Identification of Candidate cDNA Clones for the BRCA1 Locus by Genomic Analysis of the Contig Region

Complete screen of the plausible region.

The first method to identify candidate cDNAs, although labor intensive, used known techniques. The method comprised the screening of cosmids and P1 and BAC clones in the contig to identify putative coding sequences. The clones containing putative coding sequences were then used as probes on filters of cDNA libraries to identify candidate cDNA clones for future analysis. The clones were screened for putative coding sequences by either of two methods.

Zoo blots.

The first method for identifying putative coding sequences was by screening the cosmid and P1 clones for sequences conserved through evolution across several species. This technique is referred to as "zoo blot analysis" and is described by Monaco, 1986. Specifically, DNAs from cow, chicken, pig, mouse and rat were digested with the

restriction enzymes EcoRI and HindIII (8 µg of DNA per enzyme). The digested DNAs were separated overnight on an 0.7% gel at 20 volts for 16 hours (14 cm gel), and the DNA transferred to Nylon membranes using standard Southern blot techniques. For example, the zoo blot filter was treated at 65° C. in 0.1×SSC, 0.5% SDS, and 0.2M Tris, pH 8.0, for 30 minutes and then blocked overnight at 42° C. in 5× SSC, 10% PEG 8000, 20 mM NaPO$_4$ pH 6.8, 100 µg/ml Salmon Sperm DNA, 1× Denhardt's, 50% formamide, 0.1% SDS, and 2 µg/ml C$_0$t–1DNA.

The cosmid and P1 clones to be analyzed were digested with a restriction enzyme to release the human DNA from the vector DNA. The DNA was separated on a 14 cm, 0.5% agarose gel run overnight at 20 volts for 16 hours. The human DNA bands were cut out of the gel and electroeluted from the gel wedge at 100 volts for at least two hours in 0.5× Tris Acetate buffer (Maniatis et al., 1982). The eluted Not I digested DNA (~15 kb to 25 kb) was then digested with EcoRI restriction enzyme to give smaller fragments (~0.5 kb to 5.0 kb) which melt apart more easily for the next step of labeling the DNA with radionucleotides. The DNA fragments were labeled by means of the hexamer random prime labeling method (Boehringer-Mannheim, Cat. #1004760). The labeled DNA was spermine precipitated (add 100 µl TE, 5 µl 0.1M spermine, and 5 µl of 10 mg/ml salmon sperm DNA) to remove unincorporated radionucleotides. The labeled DNA was then resuspended in 100 µl TE, 0.5M NaCl at 65° C. for 5 minutes and then blocked with Human C$_0$t–1 DNA for 2–4 hrs. as per the manufacturer's instructions (Gibco/BRL, Cat. #5279SA). The C$_0$t–1 blocked probe was incubated on the zoo blot filters in the blocking solution overnight at 42° C. The filters were washed for 30 minutes at room temperature in 2×SSC, 0.1% SDS, and then in the same buffer for 30 minutes at 55° C. The filters were then exposed 1 to 3 days at –70° C. to Kodak XAR-5 film with an intensifying screen. Thus, the zoo blots were hybridized with either the pool of Eco-R1 fragments from the insert, or each of the fragments individually.

HTF island analysis.

The second method for identifying cosmids to use as probes on the cDNA libraries was HTF island analysis. Since the pulsed-field map can reveal HTF islands, cosmids that map to these HTF island regions were analyzed with priority. HTF islands are segments of DNA which contain a very high frequency of unmethylated CpG dinucleotides (Tonolio et al., 1990) and are revealed by the clustering of restriction sites of enzymes whose recognition sequences include CpG dinucleotides. Enzymes known to be useful in HTF-island analysis are AscI, NotI, BssHII, EagI, SacII, NaeI, NarI, SmaI, and MluI (Anand, 1992). A pulsed-field map was created using the enzymes NotI, NruI, EagI, SacII, and SalI, and two HTF islands were found. These islands are located in the distal end of the region, one being distal to the GP2B locus, and the other being proximal to the same locus, both outside the BRCA1 region. The cosmids derived from the YACs that cover these two locations were analyzed to identify those that contain these restriction sites, and thus the HTF islands.

cDNA screening.

Those clones that contain HTF islands or show hybridization to other species DNA besides human are likely to contain coding sequences. The human DNA from these clones was isolated as whole insert or as EcoRI fragments and labeled as described above. The labeled DNA was used to screen filters of various cDNA libraries under the same conditions as the zoo blots except that the CDNA filters

A000295

5,753,441

| 51 | 52 |

undergo a more stringent wash of 0.1×SSC, 0.1% SDS at 65° C. for 30 minutes twice.

Most of the CDNA libraries used to date in our studies (libraries from normal breast tissue, breast tissue from a woman in her eighth month of pregnancy and a breast malignancy) were prepared at Clonetech, Inc. The CDNA library generated from breast tissue of an 8 month pregnant woman is available from Clonetech (Cat. #HL1037a) in the Lambda gt-10 vector, and is grown in C600OHfl bacterial host cells. Normal breast tissue and malignant breast tissue samples were isolated from a 37 year old Caucasian female and one-gram of each tissue was sent to Clonetech for mRNA processing and cDNA library construction. The latter two libraries were generated using both random and oligo-dT priming, with size selection of the final products which were then cloned into the Lambda Zap II vector, and grown in XL1-blue strain of bacteria as described by the manufacturer. Additional tissue-specific CDNA libraries include human fetal brain (Stratagene, Cat. 936206), human testis (Clonetech Cat. HL3024), human thymus (Clonetech Cat. HL1127n), human brain (Clonetech Cat. HL11810), human placenta (Clonetech Cat 1075b), and human skeletal muscle (Clonetech Cat. HL 1124b).

The CDNA libraries were plated with their host cells on NZCYM plates, and filter lifts are made in duplicate from each plate as per Maniatis et al. (1982). Insert (human) DNA from the candidate genomic clones was purified and radioactively labeled to high specific activity. The radioactive DNA was then hybridized to the CDNA filters to identify those cDNAs which correspond to genes located within the candidate cosmid clone. cDNAs identified by this method were picked, replated, and screened again with the labeled clone insert or its derived EcoRI fragment DNA to verify their positive status. Clones that were positive after this second round of screening were then grown up and their DNA purified for Southern blot analysis and sequencing. Clones were either purified as plasmid through in vivo excision of the plasmid from the Lambda vector as described in the protocols from the manufacturers, or isolated from the Lambda vector as a restriction fragment and subcloned into a plasmid vector.

The Southern blot analysis was performed in duplicate, one using the original genomic insert DNA as a probe to verify that cDNA insert contains hybridizing sequences. The second blot was hybridized with cDNA insert DNA from the largest cDNA clone to identify which clones represent the same gene. All cDNAs which hybridize with the genomic clone and are unique were sequenced and the DNA analyzed to determine if the sequences represent known or unique genes. All cDNA clones which appear to be unique were further analyzed as candidate BRCA1 loci. Specifically, the clones are hybridized to Northern blots to look for breast specific expression and differential expression in normal versus breast tumor RNAs. They are also analyzed by PCR on clones in the BRCA1 region to verify their location. To map the extent of the locus, full length cDNAs are isolated and their sequences used as PCR probes on the YACs and the clones surrounding and including the original identifying clones. Intron-exon boundaries are then further defined through sequence analysis.

We have screened the normal breast, 8 month pregnant breast and fetal brain cDNA libraries with zoo blot-positive Eco R1 fragments from cosmid BAC and P1 clones in the region. Potential BRCA1 cDNA clones were identified among the three libraries. Clones were picked, replated, and screened again with the original probe to verify that they were positive.

Analysis of hybrid-selected cDNA.

cDNA fragments obtained from direct selection were checked by Southern blot hybridization against the probe DNA to verify that they originated from the contig. Those that passed this test were sequenced in their entirety. The set of DNA sequences obtained in this way were then checked against each other to find independent clones that overlapped. For example, the clones 694-65, 1240-1 and 1240-33 were obtained independently and subsequently shown to derive from the same contiguous cDNA sequence which has been named EST:489:1.

Analysis of candidate clones.

One or more of the candidate genes generated from above were sequenced and the information used for identification and classification of each expressed gene. The DNA sequences were compared to known genes by nucleotide sequence comparisons and by translation in all frames followed by a comparison with known amino acid sequences. This was accomplished using Genetic Data Environment (GDE) version 2.2 software and the Basic Local Alignment Search Tool (Blast) series of client/server software packages (e.g., BLASTN 1.3.13 MP), for sequence comparison against both local and remote sequence databases (e.g., GenBank), running on Sun SPARC workstations. Sequences reconstructed from collections of cDNA clones identified with the cosmids and P1s have been generated. All candidate genes that represented new sequences were analyzed further to test their candidacy for the putative BRCA1 locus.

Mutation screening.

To screen for mutations in the affected pedigrees, two different approaches were followed. First, genomic DNA isolated from family members known to carry the susceptibility allele of BRCA1 was used as a template for amplification of candidate gene sequences by PCR. If the PCR primers flank or overlap an intron/exon boundary, the amplified fragment will be larger than predicted from the cDNA sequence or will not be present in the amplified mixture. By a combination of such amplification experiments and sequencing of P1, BAC or cosmid clones using the set of designed primers it is possible to establish the intron/exon structure and ultimately obtain the DNA sequences of genomic DNA from the pedigrees.

A second approach that is much more rapid if the intron/exon structure of the candidate gene is complex involves sequencing fragments amplified from pedigree lymphocyte cDNA. cDNA synthesized from lymphocyte mRNA extracted from pedigree blood was used as a substrate for PCR amplification using the set of designed primers. If the candidate gene is expressed to a significant extent in lymphocytes, such experiments usually produce amplified fragments that can be sequenced directly without knowledge of intron/exon junctions.

The products of such sequencing reactions were analyzed by gel electrophoresis to determine positions in the sequence that contain either mutations such as deletions or insertions, or base pair substitutions that cause amino acid changes or other detrimental effects.

Any sequence within the BRCA1 region that is expressed in breast is considered to be a candidate gene for BRCA1. Compelling evidence that a given candidate gene corresponds to BRCA1 comes from a demonstration that pedigree families contain defective alleles of the candidate.

5,753,441

<table>
<tr><td>53</td><td>54</td></tr>
</table>

**53**

### EXAMPLE 8

### Identification of BRCA1

Identification of BRCA1.

Using several strategies, a detailed map of transcripts was developed for the 600 kb region of 17q21 between D17S1321 and D17S1324. Candidate expressed sequences were defined as DNA sequences obtained from: 1) direct screening of breast, fetal brain, or lymphocyte CDNA libraries, 2) hybrid selection of breast, lymphocyte or ovary cDNAs, or 3) random sequencing of genomic DNA and prediction of coding exons by XPOUND (Thomas and Skolnick, 1994). These expressed sequences in many cases were assembled into contigs composed of several independently identified sequences. Candidate genes may comprise more than one of these candidate expressed sequences. Sixty-five candidate expressed sequences within this region were identified by hybrid selection, by direct screening of CDNA libraries, and by random sequencing of P1 subclones. Expressed sequences were characterized by transcript size, DNA sequence, database comparison, expression pattern, genomic structure, and, most importantly, DNA sequence analysis in individuals from kindreds segregating 17q-linked breast and ovarian cancer susceptibility.

Three independent contigs of expressed sequence, 1141:1 (649 bp), 694:5 (213 bp) and 754:2 (1079 bp) were isolated and eventually shown to represent portions of BRCA1. When ESTs for these contigs were used as hybridization probes for Northern analysis, a single transcript of approximately 7.8 kb was observed in normal breast mRNA, suggesting that they encode different portions of a single gene. Screens of breast, fetal brain, thymus, testes, lymphocyte and placental cDNA libraries and PCR experiments with breast mRNA linked the 1141:1, 694:5 and 754:2 contigs. 5' RACE experiments with thymus, testes, and breast mRNA extended the contig to the putative 5' end, yielding a composite full length sequence. PCR and direct sequencing of P1s and BACs in the region were used to identify the location of introns and allowed the determination of splice donor and acceptor sites. These three expressed sequences were merged into a single transcription unit that proved in the final analysis to be BRCA1. This transcription unit is located adjacent to D17S855 in the center of the 600 kb region (FIG. 4).

Combination of sequences obtained from cDNA clones, hybrid selection sequences, and amplified PCR products allowed construction of a composite full length BRCA1 cDNA (SEQ ID NO:1). The sequence of the BRCA1 cDNA (up through the stop codon) has also been deposited in GenBank and assigned accession number U-14680. This deposited sequence is incorporated herein by reference. The cDNA clone extending farthest in the 3' direction contains a poly(A) tract preceded by a polyadenylation signal. Conceptual translation of the cDNA revealed a single long open reading frame of 208 kilodaltons (amino acid sequence: SEQ ID NO:2) with a potential initiation codon flanked by

**54**

sequences resembling the Kozak consensus sequence (Kozak, 1987). Smith-Waterman (Smith and Waterman, 1981) and BLAST (Altschul et al., 1990) searches identified a sequence near the amino terminus with considerable homology to zinc-finger domains (FIG. 5). This sequence contains cysteine and histidine residues present in the consensus C3HC4 zinc-finger motif and shares multiple other residues with zinc-finger proteins in the databases. The BRCA1 gene is composed of 23 coding exons arrayed over more than 100 kb of genomic DNA (FIG. 6). Northern blots using fragments of the BRCA1 cDNA as probes identified a single transcript of about 7.8 kb, present most abundantly in breast, thymus and testis, and also present in ovary (FIG. 7). Four alternatively spliced products were observed as independent cDNA clones; 3 of these were detected in breast and 2 in ovary mRNA (FIG. 6). A PCR survey from tissue cDNAs further supports the idea that there is considerable heterogeneity near the 5' end of transcripts from this gene; the molecular basis for the heterogeneity involves differential choice of the first splice donor site, and the changes detected all alter the transcript in the region 5' of the identified start codon. We have detected six potential alternate splice donors in this 5' untranslated region, with the longest deletion being 1,155 bp. The predominant form of the BRCA1 protein in breast and ovary lacks exon 4. The nucleotide sequence for BRCA1 exon 4 is shown in SEQ ID NO:11, with the predicted amino acid sequence shown in SEQ ID NO:12.

Additional 5' sequence of BRCA1 genomic DNA is set forth in SEQ ID NO:13. The G at position 1 represents the potential start site in testis. The A in position 140 represents the potential start site in somatic tissue. There are six alternative splice forms of this 5' sequence as shown in FIG. 8. The G at position 356 represents the canonical first splice donor site. The G at position 444 represents the first splice donor site in two clones (testis 1 and testis 2). The G at position 889 represents the first splice donor site in thymus 3. A fourth splice donor site is the G at position 1230. The T at position 1513 represents the splice acceptor site for all of the above splice donors. A fifth alternate splice form has a first splice donor site at position 349 with a first acceptor site at position 591 and a second splice donor site at position 889 and a second acceptor site at position 1513. A sixth alternate form is unspliced in this 5' region. The A at position 1532 is the canonical start site, which appears at position 120 of SEQ ID NO:1. Partial genomic DNA sequences determined for BRCA1 are set forth in FIGS. 10A–10H and SEQ ID Numbers:14–34. The lower case letters (in FIGS. 10A–10H) denote intron sequence while the upper case letters denote exon sequence. Indefinite intervals within introns are designated with vvvvvvvvvvvvv in FIGS. 10A–10H. The intron/exon junctions are shown in Table 9. The CAG found at the 5' end of exons 8 and 14 is found in some cDNAs but not in others. Known polymorphic sites are shown in FIGS. 10A–10H in boldface type and are underlined.

TABLE 9

| Exon | Base Position* | | | Intron Borders | |
|------|------|------|--------|------|------|
| No. | 5' | 3' | Length | 5' | 3' |
| e1 | 1 | 100 | 100 | GATAAATTAAAACTGCGACTGCGCGGCGTG[35]• | GTAGTAGAGTCCCGGGAAAGGGACAGGGGG[36] |
| e2 | 101 | 199 | 99 | ATATATATATGTTTTTCTAATGTGTTAAAG[37] | GTAAGTCAGCACAAGAGTGTATTAATTTGG[38] |
| e3 | 200 | 253 | 54 | TTTCTTTTTCTCCCCCCCCTACCCTGCTAG[39] | GTAAGTTTGAATGTGTTATGTGGCTCCATT[40] |

A000297

5,753,441

55    56

TABLE 9-continued

| Exon No. | Base Position* 5' | Base Position* 3' | Length | Intron Borders 5' | Intron Borders 3' |
|---|---|---|---|---|---|
| e4 | *** | *** | 111 | AGCTACTTTTTTTTTTTTTTTTGAGACAG[41] | GTAAGTGCACACCACCATATCCAGCTAAAT[42] |
| e5 | 254 | 331 | 78 | AATTGTTCTTTCTTTCTTTAAATTATAG[43] | GTATATAATTTGGTAAATGATGCTAGGTTGG[44] |
| e6 | 332 | 420 | 89 | GAGTGTGTTTCTTCAAACAATTTAATTCAG[45] | GTAAGTGTTGAATATCCCAAGAATGACACT[46] |
| e7 | 421 | 560 | 140 | AAACATAAATGTTTCCCTTGTATTTACAG[47] | GTAAAACCATTTGTTTTCTTCTTCTTCTTC[48] |
| e8 | 561 | 666 | 106 | TGCTTGACTGTTCTTTACCATACTGTTTAG[49] | GTAAGGGTCTCAGGTTTTTTAAGTATTTAA[50] |
| e9 | 667 | 712 | 46 | TGATTTATTTTTTGGGGGGAAATTTTTTAG[51] | GTGAGTCAAAGAGAACCTTTGTCTATGAAG[52] |
| e10 | 713 | 789 | 77 | TCTTATTAGGACTCTGTCTTTTCCCTATAG[53] | GTAATGGCAAAGTTTGCCAACTTAACAGGC[54] |
| e11 | 790 | 4215 | 3426 | GAGTACCTTGTTATTTTTGTATATTTTCAG[55] | GTATTGGAACCAGGTTTTTTGTGTTTGCCCC[56] |
| e12 | 4216 | 4302 | 87 | ACATCTGAACCTCTGTTTTTGTTATTTAAG[57] | AGGTAAAAAGCGTGTGTGTGTGTGCACATG[58] |
| e13 | 4303 | 4476 | 174 | CATTTTCTTGGTACCATTTATCGTTTTGA[59] | GTGTGTATTGTTGGCCAAACACTGATATCT[60] |
| e14 | 4477 | 4603 | 127 | AGTAGATTTGTTTTCTCATTCCATTTAAAG[61] | GTAAGAAACATCAATGTAAAGATGCTGTGG[62] |
| e15 | 4604 | 4794 | 191 | ATGGTTTTCTCCTTCCATTTATCTTTCTAG[63]** | GTAATATTTCATCTGCTGTATTGGAACAAA[64] |
| e16 | 4795 | 5105 | 311 | TGTAAATTAAACTTCTCCCATTCCTTTCAG[65] | GTGAGTGTATCCATATGTATCTCCCTAATG[66] |
| e17 | 5106 | 5193 | 88 | ATGATAAATGGAAATATTTGATTTAAATTTCAG[67] | GTATACCAAGAACCTTTACAGAAATACCTTG[68] |
| e18 | 5194 | 5271 | 78 | CTAATCCTTTGAGTGTTTTTCATTCTGCAG[69] | GTAAGTATAAATACTAITTTCTCCCCTCCTCC[70] |
| e19 | 5272 | 5312 | 41 | TGTAACCTGTCTTTTCTATGATCTCTTTAG[71] | GTAAGTACTTTGATGTTACAAACTAACCAGA[72] |
| e20 | 5313 | 5396 | 84 | TCCTGATGGGTTGTGTTTGGTTTCTTTCAG[73] | GTAAAGCTCCCTCCCTCAAGTTGACAAAAA[74] |
| e21 | 5397 | 5451 | 55 | CTGTCCCTCTCTTCCTCTCTTCTTCCAG[75] | GTAAGAGCCTGGGAGAACCCCAGAGTTCCA[76] |
| e22 | 5452 | 5525 | 74 | AGTGAITTTACATGTAAATGTCCATTTTAG[77] | GTAAGTATTGGGTGCCCTGTCAGTGTGGGA[78] |
| e23 | 5526 | 5586 | 61 | TTGAATGCTCTTTCCTTCCTGGGGATCCAG[79] | GTAAGGTGCCTCGCATGTACCTGTGCTATT[80] |
| e24 | 5587 | 5914 | 328 | CTAATCTCTGCTTGTGTTCTCTGTCTCCAG[81] | |

*Base numbers in SEQ ID NO: 1.
**Numbers in superscript refer to SEQ ID NOS.
***e4 from SEQ ID NO: 1.

Low stringency blots in which genomic DNA from organisms of diverse phylogenetic background were probed with BRCA1 sequences that lack the zinc-finger region revealed strongly hybridizing fragments in human, monkey, sheep and pig, and very weak hybridization signals in rodents. This result indicates that, apart from the zinc-finger domain, BRCA1 is conserved only at a moderate level through evolution.

**Germline BRCA1 mutations in 17q-linked kindreds.**

The most rigorous test for BRCA1 candidate genes is to search for potentially disruptive mutations in carrier individuals from kindreds that segregate 17q-linked susceptibility to breast and ovarian cancer. Such individuals must contain BRCA1 alleles that differ from the wildtype sequence. The set of DNA samples used in this analysis consisted of DNA from individuals representing 8 different BRCA1 kindreds (Table 10).

TABLE 10

KINDRED DESCRIPTIONS AND ASSOCIATED LOD SCORES

| Kindred | Cases (n) Br | Cases (n) Br < 50 | Cases (n) Ov | Sporadic Cases[1] (n) | LOD Score | Marker(s) |
|---|---|---|---|---|---|---|
| 2082 | 31 | 20 | 22 | 7 | 9.49 | D17S1327 |
| 2099 | 22 | 14 | 2* | 0 | 2.36 | D17S800/D17S855[2] |
| 2035 | 10 | 8 | 1* | 0 | 2.25 | D17S1327 |
| 1901 | 10 | 7 | 1* | 0 | 1.50 | D17S855 |
| 1925 | 4 | 3 | 0 | 0 | 0.55 | D17S855 |
| 1910 | 5 | 4 | 0 | 0 | 0.36 | D17S579/D17S250[2] |
| 1927 | 5 | 4 | 0 | 1 | -0.44 | D17S250 |
| 1911 | 8 | 5 | 0 | 2 | -0.20 | D17S250 |

[1]Number of women with breast cancer (diagnosed under age 50) or ovarian cancer (diagnosed at any age) who do not share the BRCA1-linked haplotype segregating in the remainder of the cases in the kindred.
[2]Multipoint LOD score calculated using both markers
*kindred contains one individual who had both breast and ovarian cancer; this individual is counted as a breast cancer case and as an ovarian cancer case.

The logarithm of the odds (LOD) scores in these kindreds range from 9.49 to -0.44 for a set of markers in 17q21. Four

of the families have convincing LOD scores for linkage, and 4 have low positive or negative LOD scores. The latter kindreds were included because they demonstrate haplotype sharing at chromosome 17q21 for at least 3 affected members. Furthermore, all kindreds in the set display early age of breast cancer onset and 4 of the kindreds include at least one case of ovarian cancer, both hallmarks of BRCA1 kindreds. One kindred, 2082, has nearly equal incidence of breast and ovarian cancer, an unusual occurrence given the relative rarity of ovarian cancer in the population. All of the kindreds except two were ascertained in Utah. K2035 is from the midwest. K2099 is an African-American kindred from the southern U.S.A.

In the initial screen for predisposing mutations in BRCA1, DNA from one individual who carries the predisposing haplotype in each kindred was tested. The 23 coding exons and associated splice junctions were amplified either from genomic DNA samples or from CDNA prepared from lymphocyte mRNA. When the amplified DNA sequences were compared to the wildtype sequence, 4 of the 8 kindred samples were found to contain sequence variants (Table 11).

TABLE 11

PREDISPOSING MUTATIONS

| Kindred Number | Mutation | Coding Effect | Location* |
|---|---|---|---|
| 2082 | C→T | Gln→Stop | 4056 |
| 1910 | extra C | frameshift | 5385 |
| 2099 | T→G | Met→Arg | 5443 |
| 2035 | ? | loss of transcript | |
| 1901 | 11 bp deletion | frameshift | 189 |

*In Sequence ID NO: 1

All four sequence variants are heterozygous and each appears in only one of the kindreds. Kindred 2082 contains a nonsense mutation in exon 11 (FIG. 9A). Kindred 1910 contains a single nucleotide insertion in exon 20 (FIG. 9B), and Kindred 2099 contains a missense mutation in exon 21, resulting in a Met→Arg substitution. The frameshift and

A000298

5,753,441

57

nonsense mutations are likely disruptive to the function of the BRCA1 product. The peptide encoded by the frameshift allele in Kindred 1910 would contain an altered amino acid sequence beginning 108 residues from the wildtype C-terminus. The peptide encoded by the frameshift allele in Kindred 1901 would contain an altered amino acid sequence beginning with the 24th residue from the wildtype N-terminus. The mutant allele in Kindred 2082 would encode a protein missing 551 residues from the C-terminus. The missense substitution observed in Kindred 2099 is potentially disruptive as it causes the replacement of a small hydrophobic amino acid (Met), by a large charged residue (Arg). Eleven common polymorphisms were also identified, 8 in coding sequence and 3 in introns.

The individual studied in Kindred 2035 evidently contains a regulatory mutation in BRCA1. In her cDNA, a polymorphic site (A→G at base 3667) appeared homozygous, whereas her genomic DNA revealed heterozygosity at this position (FIG. 9C). A possible explanation for this observation is that mRNA from her mutated BRCA1 allele is absent due to a mutation that affects its production or stability. This possibility was explored further by examining 5 polymorphic sites in the BRCA1 coding region, which are separated by as much as 3.5 kb in the BRCA1 transcript. In all cases where her genomic DNA appeared heterozygous for a polymorphism, cDNA appeared homozygous. In individuals from other kindreds and in non-haplotype carriers in Kindred 2035, these polymorphic sites could be observed as heterozygous in cDNA, implying that amplification from cDNA was not biased in favor of one allele. This analysis indicates that a BRCA1 mutation in Kindred 2035 either prevents transcription or causes instability or aberrant splicing of the BRCA1 transcript.

Cosegregation of BRCA1 mutations with BRCA1 haplotypes and population frequency analysis.

In addition to potentially disrupting protein function, two criteria must be met for a sequence variant to qualify as a candidate predisposing mutation. The variant must: 1) be present in individuals from the kindred who carry the predisposing BRCA1 haplotype and absent in other members of the kindred, and 2) be rare in the general population.

Each mutation was tested for cosegregation with BRCA1. For the frameshift mutation in Kindred 1910, two other haplotype carriers and one non-carrier were sequenced (FIG. 9B). Only the carriers exhibited the frameshift mutation. The C to T change in Kindred 2082 created a new AvrII restriction site. Other carriers and non-carriers in the kindred were tested for the presence of the restriction site (FIG. 9A). An allele-specific oligonucleotide (ASO) was designed to detect the presence of the sequence variant in Kindred 2099. Several individuals from the kindred, some known to carry the haplotype associated with the predisposing allele, and others known not to carry the associated haplotype, were screened by ASO for the mutation previously detected in the kindred. In each kindred, the corresponding mutant allele was detected in individuals carrying the BRCA1-associated haplotype, and was not detected in noncarriers. In the case of the potential regulatory mutation observed in the individual from Kindred 2035, cDNA and genomic DNA from carriers in the kindred were compared for heterozygosity at polymorphic sites. In every instance, the extinguished allele in the cDNA sample was shown to lie on the chromosome that carries the BRCA1 predisposing allele (FIG. 9C).

To exclude the possibility that the mutations were simply common polymorphisms in the population, ASOs for each mutation were used to screen a set of normal DNA samples.

58

Gene frequency estimates in Caucasians were based on random samples from the Utah population. Gene frequency estimates in African-Americans were based on 39 samples provided by M. Peracek-Vance which originate from African-Americans used in her linkage studies and 20 newborn Utah African-Americans. None of the 4 potential predisposing mutations was found in the appropriate control population, indicating that they are rare in the general population. Thus, two important requirements for candidate predisposing mutations: 1) cosegregation of mutant allele with disease, and 2) absence of the mutant allele in controls, indicating a low gene frequency in the general population.

Phenotypic Expression of BRCA1 Mutations.

The effect of the mutations on the BRCA1 protein correlated with differences in the observed phenotypic expression in the BRCA1 kindreds. Most BRCA1 kindreds have a moderately increased ovarian cancer risk, and a smaller subset have high risks of ovarian cancer, comparable to those for breast cancer (Easton et al., 1993). Three of the four kindreds in which BRCA1 mutations were detected fall into the former category, while the fourth (K2082) falls into the high ovarian cancer risk group. Since the BRCA1 nonsense mutation found in K2082 lies closer to the amino terminus than the other mutations detected, it might be expected to have a different phenotype. In fact, Kindred K2082 mutation has a high incidence of ovarian cancer, and a later mean age at diagnosis of breast cancer cases than the other kindreds (Goldgar et al., 1994). This difference in age of onset could be due to an ascertainment bias in the smaller, more highly penetrant families, or it could reflect tissue-specific differences in the behavior of BRCA1 mutations. The other 3 kindreds that segregate known BRCA1 mutations have, on average, one ovarian cancer for every 10 cases of breast cancer, but have a high proportion of breast cancer cases diagnosed in their late 20's or early 30's. Kindred 1910, which has a frameshift mutation, is noteworthy because three of the four affected individuals had bilateral breast cancer, and in each case the second tumor was diagnosed within a year of the first occurrence. Kindred 2035, which segregates a potential regulatory BRCA1 mutation, might also be expected to have a dramatic phenotype. Eighty percent of breast cancer cases in this kindred occur under age 50. This figure is as high as any in the set, suggesting a BRCA1 mutant allele of high penetrance (Table 10).

Although the mutations described above clearly are deleterious, causing breast cancer in women at very young ages, each of the four kindreds with mutations includes at least one woman who carries the mutation who lived until age 80 without developing a malignancy. It will be of utmost importance in the studies that follow to identify other genetic or environmental factors that may ameliorate the effects of BRCA1 mutations.

In four of the eight putative BRCA1-linked kindreds, potential predisposing mutations were not found. Three of these four have LOD scores for BRCA1-linked markers of less than 0.55. Thus, these kindreds may not in reality segregate BRCA1 predisposing alleles. Alternatively, the mutations in these four kindreds may lie in regions of BRCA1 that, for example, affect the level of transcript and therefore have thus far escaped detection.

Role of BRCA1 in Cancer.

Most tumor suppressor genes identified to date give rise to protein products that are absent, nonfunctional, or reduced in function. The majority of TP53 mutations are missense;

A000299

5,753,441

**59**

some of these have been shown to produce abnormal p53 molecules that interfere with the function of the wildtype product (Shaulian et al., 1992; Srivastava et al., 1993). A similar dominant negative mechanism of action has been proposed for some adenomatous polyposis coli (APC) alleles that produce truncated molecules (Su et al., 1993), and for point mutations in the Wilms' tumor gene (WT1) that alter DNA binding of the protein (Little et al., 1993). The nature of the mutations observed in the BRCA1 coding sequence is consistent with production of either dominant negative proteins or nonfunctional proteins. The regulatory mutation inferred in Kindred 2035 cannot be a dominant negative; rather, this mutation likely causes reduction or complete loss of BRCA1 expression from the affected allele.

The BRCA1 protein contains a $C_3HC_4$ zinc-finger domain, similar to those found in numerous DNA binding proteins and implicated in zinc-dependent binding to nucleic acids. The first 180 amino acids of BRCA1 contain five more basic residues than acidic residues. In contrast, the remainder of the molecule is very acidic, with a net excess of 70 acidic residues. The excess negative charge is particularly concentrated near the C-terminus. Thus, one possibility is that BRCA1 encodes a transcription factor with an N-terminal DNA binding domain and a C-terminal transactivational "acidic blob" domain. Interestingly, another familial tumor suppressor gene, WT1, also contains a zinc-finger motif (Haber et al., 1990). Many cancer predisposing mutations in WT1 alter zinc-finger domains (Little et al., 1993; Haber et al., 1990; Little et al., 1992). WT1 encodes a transcription factor, and alternative splicing of exons that encode parts of the zinc-finger domain alter the DNA binding properties of WT1 (Bickmore et al., 1992). Some alternatively spliced forms of WT1 mRNA generate molecules that act as transcriptional repressors (Drummond et al., 1994). Some BRCA1 splicing variants may alter the zinc-finger motif, raising the possibility that a regulatory mechanism similar to that which occurs in WT1 may apply to BRCA1.

EXAMPLE 9

Analysis of Tumors for BRCA1 Mutations

To focus the analysis on tumors most likely to contain BRCA1 mutations, primary breast and ovarian carcinomas were typed for LOH in the BRCA1 region. Three highly polymorphic, simple tandem repeat markers were used to assess LOH: D17S1323 and D17S855, which are intragenic to BRCA1, and D17S1327, which lies approximately 100 kb distal to BRCA1. The combined LOH frequency in informative cases (i.e., where the germline was heterozygous) was 32/72 (44%) for the breast carcinomas and 12/21 (57%) for the ovarian carcinomas, consistent with previous measurements of LOH in the region (Futreal et al., 1992b; Jacobs et al, 1993; Sato et al., 1990; Eccles et al., 1990; Cropp et al., 1994). The analysis thus defined a panel of 32 breast tumors and 12 ovarian tumors of mixed race and age of onset to be examined for BRCA mutations. The complete 5,589 bp coding region and intron/exon boundary sequences of the gene were screened in this tumor set by direct sequencing alone or by a combination of single-strand conformation analysis (SSCA) and direct sequencing.

A total of six mutations (of which two are identical) was found, one in an ovarian tumor, four in breast tumors and one in a male unaffected haplotype carrier (Table 12). One mutation, Glu1541Ter, introduced a stop codon that would create a truncated protein missing 323 amino acids at the carboxy terminus. In addition, two missense mutations were

**60**

identified. These are Ala1708Glu and Met1775Arg and involve substitutions of small, hydrophobic residues by charged residues. Patients 17764 and 19964 are from the same family. In patient OV24 nucleotide 2575 is deleted and in patients 17764 and 19964 nucleotides 2993–2996 are deleted.

TABLE 12

| | | Predisposing Mutations | | | |
|---|---|---|---|---|---|
| Patient | Codon | Nucleotide Change | Amino Acid Change | Age of Onset | Family History |
| BT098 | 1541 | GAG → TAG | Glu → Stop | 39 | – |
| OV24 | 819 | 1 bp deletion | frameshift | 44 | – |
| BT106 | 1708 | GCG → GAG | Ala → Glu | 24 | + |
| MC44 | 1775 | ATG → AGG | Met → Arg | 42 | + |
| 17764 | 958 | 4 bp deletion | frameshift | 31 | + |
| 19964 | 958 | 4 bp deletion | frameshift | | +* |

*Unaffected haplotype carrier, male

Several lines of evidence suggest that all five mutations, represent BRCA1 susceptibility alleles:

(i) all mutations are present in the germline;

(ii) all are absent in appropriate control populations, suggesting they are not common polymorphisms;

(iii) each mutant allele is retained in the tumor, as is the case in tumors from patients belonging to kindreds that segregate BRCA1 susceptibility alleles (Smith et al., 1992; Kelsell et al., 1993) (if the mutations represented neutral polymorphisms, they should be retained in only 50% of the cases);

(iv) the age of onset in the four breast cancer cases with mutations varied between 24 and 42 years of age, consistent with the early age of onset of breast cancer in individuals with BRCA1 susceptibility; similarly, the ovarian cancer case was diagnosed at 44, an age that falls in the youngest 13% of all ovarian cancer cases; and finally,

(v) three of the five cases have positive family histories of breast or ovarian cancer found retrospectively in their medical records, although the tumor set was not selected with regard to this criterion.

BT106 was diagnosed at a very early age with breast cancer. Her mother had ovarian cancer, her father had melanoma, and her paternal grandmother also had breast cancer. Patient MC44, an African-American, had bilateral breast cancer at an early age. This patient had a sister who died of breast cancer at a very early age, another sister who died of lymphoma, and a brother who died of lung cancer. Her mutation (Met1775Arg) had been detected previously in Kindred 2099, an African-American family that segregates a BRCA1 susceptibility allele, and was absent in African-American and Caucasian controls. Patient MC44, to our knowledge, is unrelated to Kindred 2099. The detection of a rare mutant allele, once in a BRCA1 kindred and once in the germline of an apparently unrelated early-onset breast cancer case, suggests that the Met1775Arg change may be a common predisposing mutation in African-Americans. Collectively, these observations indicate that all four BRCA1 mutations in tumors represent susceptibility alleles; no somatic mutations were detected in the samples analyzed.

The paucity of somatic BRCA1 mutations is unexpected, given the frequency of LOH on 17q, and the usual role of susceptibility genes as tumor suppressors in cancer progression. There are three possible explanations for this result: (i) some BRCA1 mutations in coding sequences were missed

A000300

5,753,441

**61**

by our screening procedure; (ii) BRCA1 somatic mutations fall primarily outside the coding exons; and (iii) LOH events in 17q do not reflect BRCA1 somatic mutations.

If somatic BRCA1 mutations truly are rare in breast and ovary carcinomas, this would have strong implications for the biology of BRCA1. The apparent lack of somatic BRCA1 mutations implies that there may be some fundamental difference in the genesis of tumors in genetically predisposed BRCA1 carriers, compared with tumors in the general population. For example, mutations in BRCA1 may have an effect only on tumor formation at a specific stage early in breast and ovarian development. This possibility is consistent with a primary function for BRCA1 in premenopausal breast cancer. Such a model for the role of BRCA1 in breast and ovarian cancer predicts an interaction between reproductive hormones and BRCA1 function. However, no clinical or pathological differences in familial versus sporadic breast and ovary tumors, other than age of onset, have been described (Lynch et al., 1990). On the other hand, the recent finding of increased TP53 mutation and microsatellite instability in breast tumors from patients with a family history of breast cancer (Glebov et al., 1994) may reflect some difference in tumors that arise in genetically predisposed persons. The involvement of BRCA1 in this phenomenon can now be addressed directly. Alternatively, the lack of somatic BRCA1 mutations may result from the existence of multiple genes that function in the same pathway of tumor suppression as BRCA1, but which collectively represent a more favored target for mutation in sporadic tumors. Since mutation of a single element in a genetic pathway is generally sufficient to disrupt the pathway, BRCA1 might mutate at a rate that is far lower than the sum of the mutational rates of the other elements.

## EXAMPLE 10

### Analysis of the BRCA1 Gene

The structure and function of BRCA1 gene are determined according to the following methods.

Biological Studies.

Mammalian expression vectors containing BRCA1 cDNA are constructed and transfected into appropriate breast carcinoma cells with lesions in the gene. Wild-type BRCA1 cDNA as well as altered BRCA1 cDNA are utilized. The altered BRCA1 cDNA can be obtained from altered BRCA1 alleles or produced as described below. Phenotypic reversion in cultures (e.g., cell morphology, doubling time, anchorage-independent growth) and in animals (e.g., tumorigenicity) is examined. The studies will employ both wild-type and mutant forms (Section B) of the gene.

Molecular Genetics Studies.

In vitro mutagenesis is performed to construct deletion mutants and missense mutants (by single base-pair substitutions in individual codons and cluster charged→alanine scanning mutagenesis). The mutants are used in biological, biochemical and biophysical studies.

Mechanism Studies.

The ability of BRCA1 protein to bind to known and unknown DNA sequences is examined. Its ability to transactivate promoters is analyzed by transient reporter expression systems in mammalian cells. Conventional procedures such as particle-capture and yeast two-hybrid system are used to discover and identify any functional partners. The nature and functions of the partners are characterized. These partners in turn are targets for drug discovery.

**62**

Structural Studies.

Recombinant proteins are produced in E. coli, yeast, insect and/or mammalian cells and are used in crystallographical and NMR studies. Molecular modeling of the proteins is also employed. These studies facilitate structure-driven drug design.

## EXAMPLE 11

### Two Step Assay to Detect the Presence of BRCA1 in a Sample

Patient sample is processed according to the method disclosed by Antonarakis et al. (1985), separated through a 1% agarose gel and transferred to nylon membrane for Southern blot analysis.

Membranes are UV cross linked at 150 mJ using a GS Gene Linker (Bio-Rad). BRCA1 probe corresponding to nucleotide positions 3631–3930 of SEQ ID NO:1 is subcloned into pTZ18U. The phagemids are transformed into E. coli MV1190 infected with M13KO7 helper phage (Bio-Rad, Richmond, Calif.). Single stranded DNA is isolated according to standard procedures (see Sambrook et al., 1989).

Blots are prehybridized for 15–30 min at 65° C. in 7% sodium dodecyl sulfate (SDS) in 0.5M NaPO$_4$. The methods follow those described by Nguyen et al., 1992. The blots are hybridized overnight at 65° C. in 7% SDS, 0.5M NaPO$_4$ with 25–50 ng/ml single stranded probe DNA. Post-hybridization washes consist of two 30 min washes in 5% SDS, 40 mM NaPO$_4$ at 65° C., followed by two 30 min washes in 1% SDS, 40 mM NaPO$_4$ at 65° C.

Next the blots are rinsed with phosphate buffered saline (pH 6.8) for 5 min at room temperature and incubated with 0.2% casein in PBS for 30–60 min at room temperature and rinsed in PBS for 5 min. The blots are then preincubated for 5–10 minutes in a shaking water bath at 45° C. with hybridization buffer consisting of 6M urea, 0.3M NaCl, and 5× Denhardt's solution (see Sambrook, et al., 1989). The buffer is removed and replaced with 50–75 μl/cm$^2$ fresh hybridization buffer plus 2.5 nM of the covalently cross-linked oligonucleotide-alkaline phosphatase conjugate with the nucleotide sequence complementary to the universal primer site (UP-AP, Bio-Rad). The blots are hybridized for 20–30 min at 45° C. and post hybridization washes are incubated at 45° C. as two 10 min washes in 6M urea, 1× standard saline citrate (SSC), 0.1% SDS and one 10 min wash in 1× SSC, 0.1% TRITON®X-100, detergent. The blots are rinsed for 10 min at room temperature with 1× SSC.

Blots are incubated for 10 min at room temperature with shaking in the substrate buffer consisting of 0.1M diethanolamine, 1 mM MgCl$_2$, 0.02% sodium azide, pH 10.0. Individual blots are placed in heat sealable bags with substrate buffer and 0.2 mM AMPPD (3-(2'-spiroadamantane)-4-methoxy-4-(3'-phosphoryloxy)phenyl-1,2-dioxetane, disodium salt, Bio-Rad). After a 20 min incubation at room temperature with shaking, the excess AMPPD solution is removed. The blot is exposed to X-ray film overnight. Positive bands indicate the presence of BRCA1.

## EXAMPLE 12

### Generation of Polyclonal Antibody against BRCA1

Segments of BRCA1 coding sequence were expressed as fusion protein in E. coli. The overexpressed protein was purified by gel elution and used to immunize rabbits and mice using a procedure similar to the one described by

5,753,441

63

Harlow and Lane, 1988. This procedure has been shown to generate Abs against various other proteins (for example, see Kraemer et al., 1993).

Briefly, a stretch of BRCA1 coding sequence was cloned as a fusion protein in plasmid PET5A (Novagen, Inc., Madison, Wis.). The BRCA1 incorporated sequence includes the amino acids corresponding to #1361–1554 of SEQ ID NO:2. After induction with IPTG, the overexpression of a fusion protein with the expected molecular weight was verified by SDS/PAGE. Fusion protein was purified from the gel by electroelution. The identification of the protein as the BRCA1 fusion product was verified by protein sequencing at the N-terminus. Next, the purified protein was used as immunogen in rabbits. Rabbits were immunized with 100 µg of the protein in complete Freund's adjuvant and boosted twice in 3 week intervals, first with 100 µg of immunogen in incomplete Freund's adjuvant followed by 100 µg of immunogen in PBS. Antibody containing serum is collected two weeks thereafter.

This procedure is repeated to generate antibodies against the mutant forms of the BRCA1 gene. These antibodies, in conjunction with antibodies to wild type BRCA1, are used to detect the presence and the relative level of the mutant forms in various tissues and biological fluids.

EXAMPLE 13

Generation of Monoclonal Antibodies Specific for BRCA1

Monoclonal antibodies are generated according to the following protocol. Mice are immunized with immunogen comprising intact BRCA1 or BRCA1 peptides (wild type or mutant) conjugated to keyhole limpet hemocyanin using glutaraldehyde or EDC as is well known.

The immunogen is mixed with an adjuvant. Each mouse receives four injections of 10 to 100 µg of immunogen and after the fourth injection blood samples are taken from the mice to determine if the serum contains antibody to the immunogen. Serum titer is determined by ELISA or RIA. Mice with sera indicating the presence of antibody to the immunogen are selected for hybridoma production.

Spleens are removed from immune mice and a single cell suspension is prepared (see Harlow and Lane, 1988). Cell fusions are performed essentially as described by Kohler and Milstein, 1975. Briefly, P3.65.3 myeloma cells (American Type Culture Collection, Rockville, Md.) are fused with immune spleen cells using polyethylene glycol as described by Harlow and Lane, 1988. Cells are plated at a density of $2\times10^5$ cells/well in 96 well tissue culture plates. Individual wells are examined for growth and the supernatants of wells with growth are tested for the presence of BRCA1 specific antibodies by ELISA or RIA using wild type or mutant BRCA1 target protein. Cells in positive wells are expanded and subcloned to establish and confirm monoclonality.

Clones with the desired specificities are expanded and grown as ascites in mice or in a hollow fiber system to produce sufficient quantities of antibody for characterization and assay development.

EXAMPLE 14

Sandwich Assay for BRCA1

Monoclonal antibody is attached to a solid surface such as a plate, tube, bead, or particle. Preferably, the antibody is attached to the well surface of a 96-well ELISA plate. 100 µl sample (e.g., serum, urine, tissue cytosol) containing the

64

BRCA1 peptide/protein (wild-type or mutant) is added to the solid phase antibody. The sample is incubated for 2 hrs at room temperature. Next the sample fluid is decanted, and the solid phase is washed with buffer to remove unbound material. 100 µl of a second monoclonal antibody (to a different determinant on the BRCA1 peptide/protein) is added to the solid phase. This antibody is labeled with a detector molecule (e.g., $^{125}I$, enzyme, fluorophore, or a chromophore) and the solid phase with the second antibody is incubated for two hrs at room temperature. The second antibody is decanted and the solid phase is washed with buffer to remove unbound material.

The amount of bound label, which is proportional to the amount of BRCA1 peptide/protein present in the sample, is quantitated. Separate assays are performed using monoclonal antibodies which are specific for the wild-type BRCA1 as well as monoclonal antibodies specific for each of the mutations identified in BRCA1.

Industrial Utility

As previously described above, the present invention provides materials and methods for use in testing BRCA1 alleles of an individual and an interpretation of the normal or predisposing nature of the alleles. Individuals at higher than normal risk might modify their lifestyles appropriately. In the case of BRCA1, the most significant non-genetic risk factor is the protective effect of an early, full term pregnancy. Therefore, women at risk could consider early childbearing or a therapy designed to simulate the hormonal effects of an early full-term pregnancy. Women at high risk would also strive for early detection and would be more highly motivated to learn and practice breast self examination. Such women would also be highly motivated to have regular mammograms, perhaps starting at an earlier age than the general population. Ovarian screening could also be undertaken at greater frequency. Diagnostic methods based on sequence analysis of the BRCA1 locus could also be applied to tumor detection and classification. Sequence analysis could be used to diagnose precursor lesions. With the evolution of the method and the accumulation of information about BRCA1 and other causative loci, it could become possible to separate cancers into benign and malignant.

Women with breast cancers may follow different surgical procedures if they are predisposed, and therefore likely to have additional cancers, than if they are not predisposed. Other therapies may be developed, using either peptides or small molecules (rational drug design). Peptides could be the missing gene product itself or a portion of the missing gene product. Alternatively, the therapeutic agent could be another molecule that mimics the deleterious gene's function, either a peptide or a nonpeptidic molecule that seeks to counteract the deleterious effect of the inherited locus. The therapy could also be gene based, through introduction of a normal BRCA1 allele into individuals to make a protein which will counteract the effect of the deleterious allele. These gene therapies may take many forms and may be directed either toward preventing the tumor from forming, curing a cancer once it has occurred, or stopping a cancer from metastasizing.

It will be appreciated that the methods and compositions of the instant invention can be incorporated in the form of a variety of embodiments, only a few of which are disclosed herein. It will be apparent to the artisan that other embodiments exist and do not depart from the spirit of the invention. Thus, the described embodiments are illustrative and should not be construed as restrictive.

LIST OF REFERENCES

Altschul, S. F. et al. (1990). *J. Mol. Biol.* 215: 195–197.

5,753,441

65

American Cancer Society, Cancer Facts & Figures—1992. (American Cancer Society, Atlanta, Ga.).

Anand, R. (1992). Techniques for the Analysis of Complex Genomes. (Academic Press).

Anderson, et al. (1980). Proc. Natl. Acad. Sci. USA 77:5399–5403.

Anderson, D. E. (1972). J. Natl. Cancer Inst. 48:1029–1034.

Anderson, J. A., et al. (1992). J. Otolaryngology 21:321.

Antonarakis, S. E., et al. (1985). New Eng J. Med. 313:842–848.

Ausubel, F. M., et al. (1992). Current Protocols in Molecular Biology. (J. Wiley and Sons, N.Y.)

Beaucage & Carruthers (1981). Tetra. Letts. 22:1859–1862.

Berkner (1992). Curr. Top. Microbiol. Immunol. 158:39–61.

Berkner, et al. (1988). BioTechniques 6:616–629.

Bickmore, W. A., et al. (1992). Science 257:235–7.

Bishop, D. T., et al. (1988). Genet. Epidemiol. 5:151–169.

Bishop, D. T. and Gardner, E. J. (1980). In: Banbury Report 4: Cancer Incidence in Defined Populations (J. Cairns, J. L. Lyon, M. Skolnick, eds.), Cold Spring Harbor Laboratory, Cold Spring Harbor, N.Y., 309–408.

Botstein, et al. (1980). Am. J Hum. Genet. 32:314–331.

Bowcock, A. M., et al. (1993). Am. J. Hum. Genet. 52:718.

Brandyopadhyay and Temin (1984). Mol. Cell. Biol. 4:749–754.

Breakfield and Geller (1987). Mol. Neurobiol. 1:337–371.

Brinster, et al. (1981). Cell 27:223–231.

Buchschacher and Panganiban (1992). J. Virol. 66:2731–2739.

Buckler, et al. (1991). Proc. Natl. Acad. Sci. USA 88:4005–4009.

Cannon-Albright, L., et al. (1994). Cancer Research 54:2378–2385.

Capecchi, M. R. (1989). Science 244:1288.

Cariello (1988). Human Genetics 42:726.

Claus, E., et al (1991). Am. J. Hum. Genet. 48:232–242.

Conner, B. J., et al. (1983). Proc. Natl. Acad. Sci. USA 80:278–282.

Constantini and Lacy (1981). Nature 294:92–94.

Cotten, et al. (1990). Proc. Natl. Acad. Sci. USA 87:4033–4037.

Cotton, et al. (1988). Proc. Natl. Acad. Sci. USA 85:4397.

Cropp, C. S., et al. (1994). Cancer Res. 54:2548–2551.

Culver, et al. (1992). Science 256:1550–1552.

Curiel, et al. (1991a). Proc. Natl. Acad. Sci. USA 88:8850–8854.

Curiel, et al. (1991b). Hum. Gene Ther. 3:147–154.

Deutscher, M. (1990). Meth. Enzymology 182 (Academic Press, San Diego, Calif.).

Donehower, L. A., et al. (1992). Nature 356:215.

Drummond, I. A., et al. (1994). Mol. Cell Biol. 14:3800–9.

Easton, D., et al. (1993). Am. J. Hum. Genet. 52:678–701.

Eccles, D. M., et al (1990). Oncogene 5:1599–1601.

Enhancers and Eurkaryotic Gene Expression, Cold Spring Harbor Press, Cold Spring Harbor, N.Y. (1983).

Erickson, J. et al., (1990). Science 249:527–533.

Fain, P. R. (1992). Cytogen. Cell Genet. 60:178.

Felgner, et al. (1987). Proc. Natl Acad. Sci. USA 84:7413–7417.

Fiers, et al. (1978). Nature 273:113.

Fink, et al. (1992). Hum. Gene Ther. 3:11–19.

Finkelstein, J., et al. (1990). Genomics 7:167–172.

Freese, et al. (1990). Biochem. Pharmacol. 40:2189–2199.

Friedman, T. (1991). In Therapy for Genetic Diseases, T. Friedman, ed., Oxford University Press, pp. 105–121.

Futreal (1993). Ph.D. Thesis, University of North Carolina, Chapel Hill.

66

Futreal, A., et al. (1 992a). Hum. Molec. Genet. 1:66.

Futreal, P. A., et al. (1992b). Cancer Res. 52:2624–2627.

Glebov, O. K., et al. (1994). Cancer Res. 54:3703–3709.

Glover, D. (1985). DNA Cloning. I and II (Oxford Press).

Go, R. C. P., et al (1983). J. Natl. Cancer Inst. 71:455–461.

Goding (1986). Monoclonal Antibodies: Principles and Practice, 2d ed. (Academic Press, N.Y.).

Godowski (1988). Science 241:812–816.

Goldgar, D. E., et al. (1994). J Natl. Can. Inst. 86:3:200–209.

Gordon, et al. (1980). Proc. Natl. Acad. Sci. USA 77:7380–7384.

Gorziglia and Kapikian (1992). J Virol. 66:4407–4412.

Graham and van der Eb (1973). Virology 52:456–467.

Grompe, M., (1993). Nature Genetics 5:111–117.

Grompe, M., et al., (1989). Proc. Natl. Acad. Sci. USA 86:5855–5892.

Guthrie, G. & Fink, G. R. (1991). Guide to Yeast Genetics and Molecular Biology (Academic Press).

Haber, D. A., et al. (1990). Cell 61:1257–69.

Hall, J. M., et al. (1990). Science 250:1684–1689.

Hall, J. M., et al. (1992). Am. J. Hum. Genet. 50:1235–1241.

Harlow & Lanc (1988). Antibodies: A Laboratory Manual (Cold Spring Harbor Laboratory, Cold Spring Harbor, N.Y.

Hasty, P., K., et al. (1991). Nature 350:243.

Helseth, et al. (1990). J. Virol. 64:2416–2420.

Hodgson, J. (1991). Bio/Technology 9:19–21.

Huse, et al. (1989). Science 246:1275–1281.

Innis et al. (1990). PCR Protocols. A Guide to Methods and Applications (Academic Press, San Diego, Calif.).

Jablonski, E., et al. (1986). Nuc. Acids Res. 14:6115–6128.

Jacobs, L J., et al. (1993). i Cancer Res. 53:1218–1221.

Jakoby, W. B. and Pastan, I. H. (eds.) (1979). Cell Culture. Methods in Enzymology, volume 58 (Academic Press, Inc., Harcourt Brace Jovanovich (New York)).

Jeffreys (et al. (1985). Nature 314:67–73.

Johnson, et al. (1992). J. Virol. 66:2952–2965.

Kamb, A. et al. (1994). Science 264:436–440.

Kandpal, et al. (1990). Nucl. Acids Res. 18:1789–1795.

Kaneda, et al. (1989). J. Biol. Chem. 264:12126–12129.

Kanehisa (1984). Nucl. Acids Res. 12:203–213.

Kelsell, D. P., et al. (1993). Human Mol. Genet. 2:1823–1828.

Kinszler, K. W., et al. (1991). Science 251:1366–1370.

Knudson, A. G. (1993). Nature Genet. 5:103.

Kohler, G. and Milstein, C. (1975). Nature 256:495–497.

Kozak, M. (1987). Nucleic Acids Res. 15:8125–8148.

Kraemer, F. B. et al. (1993). J. Lipid Res. 34:663–672.

Kubo, T., et al. (1988). FEBS Letts. 241:119.

Landegren, et al. (1988). Science 242:229.

Lim, et al. (1992). Circulation 83:2007–2011.

Lindsay, S., et al. (1987). Nature 327:336–368.

Litt, et al. (1989). Am. J. Hum. Genet. 44:397–401.

Little, M. H., et al. (1992). Proc. Natl. Acad. Sci. USA 89:4791.

Little, M. H., et al. (1993). Hum. Mol. Genet. 2:259.

Lovett, et al. (1991). Proc. Natl. Acad. Sci. USA 88:9628–9632.

Lynch, H. T., et al. (1990). Gynecol. Oncol. 36:48–55.

Madzak, et al. (1992). J. Gen. Virol. 73:1533–1536.

Malkin, D., et al. (1990). Science 250:1233–1238.

Maniatis, T., et al. (1982). Molecular Cloning: A Laboratory Manual (Cold Spring Harbor Laboratory, Cold Spring Harbor, N.Y.).

Mann and Baltimore (1985). J. Virol. 54:401–407.

Margaritte, et al. (1992). Am. J. Hum. Genet. 50:1231–1234.

A000303

5,753,441

**67**

Margolskee (1992). *Curr. Top. Mvicrobiol. Immunol.* 158:67–90.
Martin, R., et al. (1990). *BioTechniques* 9:762–768.
Matteucci, M. D. and Caruthers, M. H. (1981). *J Am. Chem. Soc.* 103:3185.
Matthews & Kricka (1988). *Anal. Biochem.* 169:1.
Merrifield (1963). *J. Am. Chem. Soc.* 85:2149–2156.
Mettlin, C., et al. (1990). *American Journal of Epidemiology* 131:973–983.
Metzger, et al. (1988). *Nature* 334:31–36.
Miller (1992). *Curr. Top. Microbiol. Immunol.* 158:1–24.
Miller, et al. (1985). *Mol. Cell. Biol.* 5:431–437.
Miller, et al. (1988). *J. Virol.* 62:4337–4345.
Mittlin (1989). *Clinical Chem.* 35:1819.
Modrich, P. (1991). *Ann. Rev. Genet.* 25:229–253.
Mombaerts, P., et al. (1992). *Cell* 68:869.
Monaco, et al. (1986). *Nature* 323:646.
Moss (1992). *Curr. Top. Alicrobiol. Immunol.* 158:25–38.
Muzyczka (1992). *Curr. Top. Microbiol. Immunol.* 158:97–123.
Nabel (1992). *Hum. Gene Ther.* 3:399–410.
Nabel, et al. (1990). *Science* 249:1285–1288.
Nakamura, et al. (1987). *Science* 235:1616–1622.
Narod, S. A., et al. (1991). *The Lancet* 338:82–83.
Newman, B., et al. (1988). *Proc. Natl. Acad. Sci. USA* 85:3044–3048.
Newton, C. R., Graham, A., Heptinstall, L. E., Powell, S. J., Summers, C., Kalsheker, N., Smith, J. C., and Markham, A. F. (1989). *Nucl. Acids Res.* 17:2503–2516.
Nguyen, Q., et al. (1992). *BioTechniques* 13:116–123.
Novack, et al. (1986). *Proc. Natl. Acad. Sci. USA* 83:586.
Oh, J. (1985). *Analysis of Human Genetic Linkage.* Johns Hopkins University Press, Baltimore, Md., pp. 1–216.
Ohi, et al. (1990). *Gene* 89:279–282.
Oliphant, A., et al. (1991). *Nucleic Acid Res.* 19:4794.
Oliphant, A., et al. (1991). *Nucleic Acid Res.* 19:4795.
Orita, et al. (1989). *Proc. Natl. Acad. Sci. USA* 86:2776–2770.
Page, et al. (1990). *J. Virol.* 64:5370–5276.
Pellicer, et al. (1980). *Science* 209:1414–1422.
Petropoulos, et al. (1 992). *J. Virol.* 66:3391–3397.
Philpott, K. L., et al. (1992). *Science* 256:1448.
Pierce, et al. (1992). *Proc. Natl. Acad. Sci.* 89:2056–2060.
Quantin, et al. (1992). *Proc. Natl. Acad Sci. USA* 89:2581–2584.
Rano & Kidd (1989). *Nucl. Acids Res.* 17:8392.
Rigby, P. W. J., et al. (1977). *J. Mol. Biol.* 113:237–251.
Rosenfeld, et al. (1992). *Cell* 68:143–155.
Sambrook, J., et al. (1989). *Molecular Cloning. A Laboratory Manual,* 2nd Ed. (Cold Spring Harbor Laboratory, Cold Spring Harbor, N.Y.).
Sato, T., et al (1990). *Cancer Res.* 50:7184–7189.
Scharf (1986). *Science* 233:1076.
Scopes, R. (1982). *Protein Purification: Principles and Practice,* (Springer-Verlag, N.Y.).
Shaulian, E., et al. (1992). *Mol. Cell Biol.* 12:5581–92.
Sheffield, V. C., et al. (1989). *Proc. Natl. Acad Sci. USA* 86:232–236.
Sheffield, V. C., et al. (1991). *Am. J. Hum. Genet.* 49:699–706.
Shenk, et al. (1975). *Proc. Natl. Acad. Sci. USA* 72:989.
Shimada, et al. (1991). *J. Clin. Invest.* 88:1043–1047.
Shinkai, Y., et al. (1992). *Cell* 68:855.
Shizuya, H., et al. (1992). *Proc. Natl. Acad Sci. USA* 89:8794–8797.
Simard, J., et al. (1993). *Human Mol. Genet.* 2:1193–1199.

**68**

Skolnick, M. H. and Wallace, B. R. (1988). *Genomics* 2:273–279.
Skolnick, M. H., et al. (1990). *Science* 250:1715–1720.
Smith, S. A., et al. (1992). *Nature Genetics* 2:128–131.
Smith, T. F. and Waterman, M. S. (1981). *J. Mol. Biol.* 147:195–197.
Snouwaert, J. N., et al. (1992). *Science* 257:1083.
Sorge, et al. (1984). *Mol. Cell. Biol.* 4:1730–1737.
Srivastava, S., et al. (1993). *Cancer Res.* 53:4452–5.
Sternberg (1990). *Proc. Natl. Acad. Sci. USA* 87:103–107.
Sternberg, et al. (1990). *The New Biologist* 2:151–162.
Stewart, et al (1992). *Hum. Gene Ther.* 3:267–275.
Stratford-Perricaudet, et al. (1990). *Hum. Gene Ther.* 1:241–256.
Swift, M., et al. (1991). *N. Fngl. J. Med.* 325:1831–1836.
Swift, M., et al. (1976). *Cancer Res.* 36:209–215.
Su, L. K., et al. (1993). *Cancer Res.* 53:2728–31.
Thomas, A. and Skolnick, M. H. (1994). *IMA Journal of Mathematics Applied in Medicine and Biology* (in press).
Tonolio, D., et al. (1990). Cold Spring Harbor Conference.
Valancius, V. & Smithies. O. (1991). *Mol. Cell Biol.* 11:1402.
van Dilla, et al. (1986). *Biotechnology* 4:537–552.
Wagner, et al. (1990). *Proc. Natl. Acad. Sci. USA* 87:3410–3414.
Wagner, et al. (1991). *Proc. Natl. Acad Sci. USA* 88:4255–4259.
Wang and Huang (1989). *Biochemistry* 28:9508–9514.
Wartell, R. M., et al. (1990). *Nucl. Acids Res.* 18:2699–2705.
Weber, J. L. (1990). *Genomics* 7:524–530.
Weber and May (1989). *Am. J. Hum. Genet.* 44:388–396.
Weber, J. L., et al. (1990). *Nucleic Acid Res.* 18:4640.
Wells, J. A. (1991). *Methods in Enzymol* 202:390–411.
Wetmur & Davidson (1968). *J. Mol. Biol.* 31:349–370.
White, M. B., et al. (1992). *Genomics* 12:301–306.
White and Lalouel (1988). *Ann. Rev. Genet.* 22:259–279.
Wilkinson, et al. (1992). *Nucleic Acids Res.* 20:2233–2239.
Willams and Anderson (1984). *Genet. Epidemiol.* 1:7–20.
Wolff, et al. (1990). *Science* 247:1465–1468.
Wolff, et al. (1991). *BioTechniques* 11:474–485.
Wooster, R., et al. (1994). *Science* 265:2088.
Wu, et al. (1989a). *Genomics* 4:560–569.
Wu, et al. (1989b). *J. Biol. Chem.* 264:16985–16987.
Wu, et al. (1991). *J. Biol. Chem.* 266:14338–14342.
Zenke, et al. (1990). *Proc. Natl. Acad. Sci.* 87:3655–3659.
List of Patents and Patent Applications:
U.S. Pat. No. 3,817,837
U.S. Pat. No. 3,850,752
U.S. Pat. No. 3,939,350
U.S. Pat. No. 3,996,345
U.S. Pat. No. 4,275,149
U.S. Pat. No. 4,277,437
U.S. Pat. No. 4,366,241
U.S. Pat. No. 4,376,110
U.S. Pat. No. 4,486,530
U.S. Pat. No. 4,683,195
U.S. Pat. No. 4,683,202
U.S. Pat. No. 4,816,567
U.S. Pat. No. 4,868,105
U.S. Pat. No. 5,252,479
EPO Publication No. 225.807
European Patent Application Publication No. 0332435
Geysen, H., PCT published application WO 84/03564, published 13 Sep. 1984
Hitzeman et al., EP 73,675A
PCT published application WO 93/07282

A000304

5,753,441

**69**                                                **70**

---

SEQUENCE LISTING

( 1 ) GENERAL INFORMATION:

    ( i i i ) NUMBER OF SEQUENCES: 85

( 2 ) INFORMATION FOR SEQ ID NO:1:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 5914 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: double
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: cDNA

    ( i i i ) HYPOTHETICAL: NO

    ( i v ) ANTI-SENSE: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

    ( i x ) FEATURE:
        ( A ) NAME/KEY: CDS
        ( B ) LOCATION: 120..5708

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:1:

```
AGCTCGCTGA GACTTCCTGG ACCCCGCACC AGGCTGTGGG GTTTCTCAGA TAACTGGGCC          60

CCTGCGCTCA GGAGGCCTTC ACCCTCTGCT CTGGGTAAAG TTCATTGGAA CAGAAAGAA          119

ATG GAT TTA TCT GCT CTT CGC GTT GAA GAA GTA CAA AAT GTC ATT AAT          167
Met Asp Leu Ser Ala Leu Arg Val Glu Glu Val Gln Asn Val Ile Asn
1               5                   10                  15

GCT ATG CAG AAA ATC TTA GAG TGT CCC ATC TGT CTG GAG TTG ATC AAG          215
Ala Met Gln Lys Ile Leu Glu Cys Pro Ile Cys Leu Glu Leu Ile Lys
            20                  25                  30

GAA CCT GTC TCC ACA AAG TGT GAC CAC ATA TTT TGC AAA TTT TGC ATG          263
Glu Pro Val Ser Thr Lys Cys Asp His Ile Phe Cys Lys Phe Cys Met
        35                  40                  45

CTG AAA CTT CTC AAC CAG AAG AAA GGG CCT TCA CAG TGT CCT TTA TGT          311
Leu Lys Leu Leu Asn Gln Lys Lys Gly Pro Ser Gln Cys Pro Leu Cys
    50                  55                  60

AAG AAT GAT ATA ACC AAA AGG AGC CTA CAA GAA AGT ACG AGA TTT AGT          359
Lys Asn Asp Ile Thr Lys Arg Ser Leu Gln Glu Ser Thr Arg Phe Ser
65                  70                  75                  80

CAA CTT GTT GAA GAG CTA TTG AAA ATC ATT TGT GCT TTT CAG CTT GAC          407
Gln Leu Val Glu Glu Leu Leu Lys Ile Ile Cys Ala Phe Gln Leu Asp
                85                  90                  95

ACA GGT TTG GAG TAT GCA AAC AGC TAT AAT TTT GCA AAA AAG GAA AAT          455
Thr Gly Leu Glu Tyr Ala Asn Ser Tyr Asn Phe Ala Lys Lys Glu Asn
            100                 105                 110

AAC TCT CCT GAA CAT CTA AAA GAT GAA GTT TCT ATC ATC CAA AGT ATG          503
Asn Ser Pro Glu His Leu Lys Asp Glu Val Ser Ile Ile Gln Ser Met
        115                 120                 125

GGC TAC AGA AAC CGT GCC AAA AGA CTT CTA CAG AGT GAA CCC GAA AAT          551
Gly Tyr Arg Asn Arg Ala Lys Arg Leu Leu Gln Ser Glu Pro Glu Asn
    130                 135                 140

CCT TCC TTG CAG GAA ACC AGT CTC AGT GTC CAA CTC TCT AAC CTT GGA          599
Pro Ser Leu Gln Glu Thr Ser Leu Ser Val Gln Leu Ser Asn Leu Gly
145                 150                 155                 160

ACT GTG AGA ACT CTG AGG ACA AAG CAG CGG ATA CAA CCT CAA AAG ACG          647
Thr Val Arg Thr Leu Arg Thr Lys Gln Arg Ile Gln Pro Gln Lys Thr
                165                 170                 175

TCT GTC TAC ATT GAA TTG GGA TCT GAT TCT TCT GAA GAT ACC GTT AAT          695
```

5,753,441

-continued

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ser | Val | Tyr | Ile | Glu | Leu | Gly | Ser | Asp | Ser | Ser | Glu | Asp | Thr | Val | Asn |
| | | | 180 | | | | | | 185 | | | | | 190 | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AAG | GCA | ACT | TAT | TGC | AGT | GTG | GGA | GAT | CAA | GAA | TTG | TTA | CAA | ATC | ACC | 743 |
| Lys | Ala | Thr | Tyr | Cys | Ser | Val | Gly | Asp | Gln | Glu | Leu | Leu | Gln | Ile | Thr | |
| | | 195 | | | | | 200 | | | | | 205 | | | | |

| CCT | CAA | GGA | ACC | AGG | GAT | GAA | ATC | AGT | TTG | GAT | TCT | GCA | AAA | AAG | GCT | 791 |
| Pro | Gln | Gly | Thr | Arg | Asp | Glu | Ile | Ser | Leu | Asp | Ser | Ala | Lys | Lys | Ala | |
| | | 210 | | | | | 215 | | | | | 220 | | | | |

| GCT | TGT | GAA | TTT | TCT | GAG | ACG | GAT | GTA | ACA | ACT | ACT | GAA | CAT | CAT | CAA | 839 |
| Ala | Cys | Glu | Phe | Ser | Glu | Thr | Asp | Val | Thr | Thr | Thr | Glu | His | His | Gln | |
| 225 | | | | | 230 | | | | | 235 | | | | | 240 | |

| CCC | AGT | AAT | AAT | GAT | TTG | AAC | ACC | ACT | GAG | AAG | CGT | GCA | GCT | GAA | AGG | 887 |
| Pro | Ser | Asn | Asn | Asp | Leu | Asn | Thr | Thr | Glu | Lys | Arg | Ala | Ala | Glu | Arg | |
| | | 245 | | | | | 250 | | | | | 255 | | | | |

| CAT | CCA | GAA | AAG | TAT | CAG | GGT | AGT | TCT | GTT | TCA | AAC | TTG | CAT | GTG | GAG | 935 |
| His | Pro | Glu | Lys | Tyr | Gln | Gly | Ser | Ser | Val | Ser | Asn | Leu | His | Val | Glu | |
| | | 260 | | | | | 265 | | | | | 270 | | | | |

| CCA | TGT | GGC | ACA | AAT | ACT | CAT | GCC | AGC | TCA | TTA | CAG | CAT | GAG | AAC | AGC | 983 |
| Pro | Cys | Gly | Thr | Asn | Thr | His | Ala | Ser | Ser | Leu | Gln | His | Glu | Asn | Ser | |
| | | 275 | | | | | 280 | | | | | 285 | | | | |

| AGT | TTA | TTA | CTC | ACT | AAA | GAC | AGA | ATG | AAT | GTA | GAA | AAG | GCT | GAA | TTC | 1031 |
| Ser | Leu | Leu | Leu | Thr | Lys | Asp | Arg | Met | Asn | Val | Glu | Lys | Ala | Glu | Phe | |
| | | 290 | | | | | 295 | | | | | 300 | | | | |

| TGT | AAT | AAA | AGC | AAA | CAG | CCT | GGC | TTA | GCA | AGG | AGC | CAA | CAT | AAC | AGA | 1079 |
| Cys | Asn | Lys | Ser | Lys | Gln | Pro | Gly | Leu | Ala | Arg | Ser | Gln | His | Asn | Arg | |
| 305 | | | | | 310 | | | | | 315 | | | | | 320 | |

| TGG | GCT | GGA | AGT | AAG | GAA | ACA | TGT | AAT | GAT | AGG | CGG | ACT | CCC | AGC | ACA | 1127 |
| Trp | Ala | Gly | Ser | Lys | Glu | Thr | Cys | Asn | Asp | Arg | Arg | Thr | Pro | Ser | Thr | |
| | | | 325 | | | | | 330 | | | | | 335 | | | |

| GAA | AAA | AAG | GTA | GAT | CTG | AAT | GCT | GAT | CCC | CTG | TGT | GAG | AGA | AAA | GAA | 1175 |
| Glu | Lys | Lys | Val | Asp | Leu | Asn | Ala | Asp | Pro | Leu | Cys | Glu | Arg | Lys | Glu | |
| | | | 340 | | | | | 345 | | | | | 350 | | | |

| TGG | AAT | AAG | CAG | AAA | CTG | CCA | TGC | TCA | GAG | AAT | CCT | AGA | GAT | ACT | GAA | 1223 |
| Trp | Asn | Lys | Gln | Lys | Leu | Pro | Cys | Ser | Glu | Asn | Pro | Arg | Asp | Thr | Glu | |
| | | | 355 | | | | | 360 | | | | | 365 | | | |

| GAT | GTT | CCT | TGG | ATA | ACA | CTA | AAT | AGC | AGC | ATT | CAG | AAA | GTT | AAT | GAG | 1271 |
| Asp | Val | Pro | Trp | Ile | Thr | Leu | Asn | Ser | Ser | Ile | Gln | Lys | Val | Asn | Glu | |
| | | 370 | | | | | 375 | | | | | 380 | | | | |

| TGG | TTT | TCC | AGA | AGT | GAT | GAA | CTG | TTA | GGT | TCT | GAT | GAC | TCA | CAT | GAT | 1319 |
| Trp | Phe | Ser | Arg | Ser | Asp | Glu | Leu | Leu | Gly | Ser | Asp | Asp | Ser | His | Asp | |
| 385 | | | | | 390 | | | | | 395 | | | | | 400 | |

| GGG | GAG | TCT | GAA | TCA | AAT | GCC | AAA | GTA | GCT | GAT | GTA | TTG | GAC | GTT | CTA | 1367 |
| Gly | Glu | Ser | Glu | Ser | Asn | Ala | Lys | Val | Ala | Asp | Val | Leu | Asp | Val | Leu | |
| | | | 405 | | | | | 410 | | | | | 415 | | | |

| AAT | GAG | GTA | GAT | TAT | TCT | GGT | TCT | TCA | GAG | AAA | ATA | GAC | TTA | CTG | | 1415 |
| Asn | Glu | Val | Asp | Tyr | Ser | Gly | Ser | Ser | Glu | Lys | Ile | Asp | Leu | Leu | |
| | | | 420 | | | | | 425 | | | | | 430 | | | |

| GCC | AGT | GAT | CCT | CAT | GAG | GCT | TTA | ATA | TGT | AAA | AGT | GAA | AGA | GTT | CAC | 1463 |
| Ala | Ser | Asp | Pro | His | Glu | Ala | Leu | Ile | Cys | Lys | Ser | Glu | Arg | Val | His | |
| | | 435 | | | | | 440 | | | | | 445 | | | | |

| TCC | AAA | TCA | GTA | GAG | AGT | AAT | ATT | GAA | GAC | AAA | ATA | TTT | GGG | AAA | ACC | 1511 |
| Ser | Lys | Ser | Val | Glu | Ser | Asn | Ile | Glu | Asp | Lys | Ile | Phe | Gly | Lys | Thr | |
| | | 450 | | | | | 455 | | | | | 460 | | | | |

| TAT | CGG | AAG | AAG | GCA | AGC | CTC | CCC | AAC | TTA | AGC | CAT | GTA | ACT | GAA | AAT | 1559 |
| Tyr | Arg | Lys | Lys | Ala | Ser | Leu | Pro | Asn | Leu | Ser | His | Val | Thr | Glu | Asn | |
| 465 | | | | | 470 | | | | | 475 | | | | | 480 | |

| CTA | ATT | ATA | GGA | GCA | TTT | GTT | ACT | GAG | CCA | CAG | ATA | ATA | CAA | GAG | CGT | 1607 |
| Leu | Ile | Ile | Gly | Ala | Phe | Val | Thr | Glu | Pro | Gln | Ile | Ile | Gln | Glu | Arg | |
| | | 485 | | | | | 490 | | | | | 495 | | | | |

| CCC | CTC | ACA | AAT | AAA | TTA | AAG | CGT | AAA | AGG | AGA | CCT | ACA | TCA | GGC | CTT | 1655 |

A000306

5,753,441

73               74

-continued

```
Pro Leu Thr Asn Lys Leu Lys Arg Lys Arg Arg Pro Thr Ser Gly Leu
        500               505               510

CAT CCT GAG GAT TTT ATC AAG AAA GCA GAT TTG GCA GTT CAA AAG ACT      1703
His Pro Glu Asp Phe Ile Lys Lys Ala Asp Leu Ala Val Gln Lys Thr
        515               520               525

CCT GAA ATG ATA AAT CAG GGA ACT AAC CAA ACG GAG CAG AAT GGT CAA      1751
Pro Glu Met Ile Asn Gln Gly Thr Asn Gln Thr Glu Gln Asn Gly Gln
        530               535               540

GTG ATG AAT ATT ACT AAT AGT GGT CAT GAG AAT AAA ACA AAA GGT GAT      1799
Val Met Asn Ile Thr Asn Ser Gly His Glu Asn Lys Thr Lys Gly Asp
545               550               555               560

TCT ATT CAG AAT GAG AAA AAT CCT AAC CCA ATA GAA TCA CTC GAA AAA      1847
Ser Ile Gln Asn Glu Lys Asn Pro Asn Pro Ile Glu Ser Leu Glu Lys
        565               570               575

GAA TCT GCT TTC AAA ACG AAA GCT GAA CCT ATA AGC AGC AGT ATA AGC      1895
Glu Ser Ala Phe Lys Thr Lys Ala Glu Pro Ile Ser Ser Ser Ile Ser
        580               585               590

AAT ATG GAA CTC GAA TTA AAT ATC CAC AAT TCA AAA GCA CCT AAA AAG      1943
Asn Met Glu Leu Glu Leu Asn Ile His Asn Ser Lys Ala Pro Lys Lys
        595               600               605

AAT AGG CTG AGG AGG AAG TCT TCT ACC AGG CAT ATT CAT GCG CTT GAA      1991
Asn Arg Leu Arg Arg Lys Ser Ser Thr Arg His Ile His Ala Leu Glu
        610               615               620

CTA GTA GTC AGT AGA AAT CTA AGC CCA CCT AAT TGT ACT GAA TTG CAA      2039
Leu Val Val Ser Arg Asn Leu Ser Pro Pro Asn Cys Thr Glu Leu Gln
625               630               635               640

ATT GAT AGT TGT TCT AGC AGT GAA GAG ATA AAG AAA AAA AAG TAC AAC      2087
Ile Asp Ser Cys Ser Ser Ser Glu Glu Ile Lys Lys Lys Lys Tyr Asn
        645               650               655

CAA ATG CCA GTC AGG CAC AGC AGG AAC CTA CAA CTC ATG GAA GGT AAA      2135
Gln Met Pro Val Arg His Ser Arg Asn Leu Gln Leu Met Glu Gly Lys
        660               665               670

GAA CCT GCA ACT GGA GCC AAG AAG AGT AAC AAG CCA AAT GAA CAG ACA      2183
Glu Pro Ala Thr Gly Ala Lys Lys Ser Asn Lys Pro Asn Glu Gln Thr
        675               680               685

AGT AAA AGA CAT GAC AGC GAT ACT TTC CCA GAG CTG AAG TTA ACA AAT      2231
Ser Lys Arg His Asp Ser Asp Thr Phe Pro Glu Leu Lys Leu Thr Asn
        690               695               700

GCA CCT GGT TCT TTT AAA ACC AAG TGT TCA AAT ACC AGT GAA CTT AAA GAA      2279
Ala Pro Gly Ser Phe Thr Lys Cys Ser Asn Thr Ser Glu Leu Lys Glu
705               710               715               720

TTT GTC AAT CCT AGC CTT CCA AGA GAA GAA AAA GAA GAG AAA CTA GAA      2327
Phe Val Asn Pro Ser Leu Pro Arg Glu Glu Lys Glu Glu Lys Leu Glu
        725               730               735

ACA GTT AAA GTG TCT AAT AAT GCT GAA GAC CCC AAA GAT CTC ATG TTA      2375
Thr Val Lys Val Ser Asn Asn Ala Glu Asp Pro Lys Asp Leu Met Leu
        740               745               750

AGT GGA GAA AGG GTT TTG CAA ACT GGA AGA TCT GTA GAG AGT AGC AGT      2423
Ser Gly Glu Arg Val Leu Gln Thr Gly Arg Ser Val Glu Ser Ser Ser
        755               760               765

ATT TCA TTG GTA CCT GGT ACT GAT TAT GGC ACT CAG GAA AGT ATC TCG      2471
Ile Ser Leu Val Pro Gly Thr Asp Tyr Gly Thr Gln Glu Ser Ile Ser
        770               775               780

TTA CTG GAA GTT AGC ACT CTA GGG AAG GCA AAA ACA GAA CCA AAT AAA      2519
Leu Leu Glu Val Ser Thr Leu Gly Lys Ala Lys Thr Glu Pro Asn Lys
785               790               795               800

TGT GTG AGT CAG TGT GCA GCA TTT GAA AAC CCC AAG GGG CTA ATT CAT      2567
Cys Val Ser Gln Cys Ala Ala Phe Glu Asn Pro Lys Gly Leu Ile His
        805               810               815

GGT TGT TCC AAA GAT AAT AGA AAT GAC ACA GAA GGC TTT AAG TAT CCA      2615
```

**A000307**

5,753,441

<table>
<tr><td>75</td><td>76</td></tr>
</table>

-continued

```
Gly Cys Ser Lys Asp Asn Arg Asn Asp Thr Glu Gly Phe Lys Tyr Pro
        820                 825                 830

TTG GGA CAT GAA GTT AAC CAC AGT CGG GAA ACA AGC ATA GAA ATG GAA   2663
Leu Gly His Glu Val Asn His Ser Arg Glu Thr Ser Ile Glu Met Glu
        835                 840                 845

GAA AGT GAA CTT GAT GCT CAG TAT TTG CAG AAT ACA TTC AAG GTT TCA   2711
Glu Ser Glu Leu Asp Ala Gln Tyr Leu Gln Asn Thr Phe Lys Val Ser
        850                 855                 860

AAG CGC CAG TCA TTT GCT CCG TTT TCA AAT CCA GGA AAT GCA GAA GAG   2759
Lys Arg Gln Ser Phe Ala Pro Phe Ser Asn Pro Gly Asn Ala Glu Glu
865                 870                 875                 880

GAA TGT GCA ACA TTC TCT GCC CAC TCT GGG TCT CTA AAG AAA CAA AGT   2807
Glu Cys Ala Thr Phe Ser Ala His Ser Gly Ser Leu Lys Lys Gln Ser
                885                 890                 895

CCA AAA GTC ACT TTT GAA TGT GAA CAA AAG GAA GAA AAT CAA GGA AAG   2855
Pro Lys Val Thr Phe Glu Cys Glu Gln Lys Glu Glu Asn Gln Gly Lys
        900                 905                 910

AAT GAG TCT AAT ATC AAG CCT GTA CAG ACA GTT AAT ATC ACT GCA GGC   2903
Asn Glu Ser Asn Ile Lys Pro Val Gln Thr Val Asn Ile Thr Ala Gly
        915                 920                 925

TTT CCT GTG GTT GGT CAG AAA GAT AAG CCA GTT GAT AAT GCC AAA TGT   2951
Phe Pro Val Val Gly Gln Lys Asp Lys Pro Val Asp Asn Ala Lys Cys
        930                 935                 940

AGT ATC AAA GGA GGC TCT AGG TTT TGT CTA TCA TCT CAG TTC AGA GGC   2999
Ser Ile Lys Gly Gly Ser Arg Phe Cys Leu Ser Ser Gln Phe Arg Gly
945                 950                 955                 960

AAC GAA ACT GGA CTC ATT ACT CCA AAT AAA CAT GGA CTT TTA CAA AAC   3047
Asn Glu Thr Gly Leu Ile Thr Pro Asn Lys His Gly Leu Leu Gln Asn
                965                 970                 975

CCA TAT CGT ATA CCA CCA CTT TTT CCC ATC AAG TCA TTT GTT AAA ACT   3095
Pro Tyr Arg Ile Pro Pro Leu Phe Pro Ile Lys Ser Phe Val Lys Thr
        980                 985                 990

AAA TGT AAG AAA AAT CTG CTA GAG GAA AAC TTT GAG GAA CAT TCA ATG   3143
Lys Cys Lys Lys Asn Leu Leu Glu Glu Asn Phe Glu Glu His Ser Met
        995                 1000                1005

TCA CCT GAA AGA GAA ATG GGA AAT GAG AAC ATT CCA AGT ACA GTG AGC   3191
Ser Pro Glu Arg Glu Met Gly Asn Glu Asn Ile Pro Ser Thr Val Ser
        1010                1015                1020

ACA ATT AGC CGT AAT AAC ATT AGA GAA AAT GTT TTT AAA GAA GCC AGC   3239
Thr Ile Ser Arg Asn Asn Ile Arg Glu Asn Val Phe Lys Glu Ala Ser
1025                1030                1035                1040

TCA AGC AAT ATT AAT GAA GTA GGT TCC AGT ACT AAT GAA GTG GGC TCC   3287
Ser Ser Asn Ile Asn Glu Val Gly Ser Ser Thr Asn Glu Val Gly Ser
                1045                1050                1055

AGT ATT AAA ATA GGT TCC AGT GAT GAA AAT ATT CAA GCA GAA CTA         3335
Ser Ile Asn Glu Ile Gly Ser Ser Asp Glu Asn Ile Gln Ala Glu Leu
                1060                1065                1070

GGT AGA AAC AAC GGG CCA AAA TTG AAT GCT ATG CTT AGA TTA GGG GTT   3383
Gly Arg Asn Asn Gly Pro Lys Leu Asn Ala Met Leu Arg Leu Gly Val
        1075                1080                1085

TTG CAA CCT GAG GTC TAT AAA CAA AGT CTT CCT GGA AGT AAT TGT AAG   3431
Leu Gln Pro Glu Val Tyr Lys Gln Ser Leu Pro Gly Ser Asn Cys Lys
        1090                1095                1100

CAT CCT GAA ATA AAA AAG CAA GAA TAT GAA GAA GTA GTT CAG ACT GTT   3479
His Pro Glu Ile Lys Lys Gln Glu Tyr Glu Glu Val Val Gln Thr Val
1105                1110                1115                1120

AAT ACA GAT TTC TCT CCA TAT CTG ATT TCA GAT AAC TTA GAA CAG CCT   3527
Asn Thr Asp Phe Ser Pro Tyr Leu Ile Ser Asp Asn Leu Glu Gln Pro
                1125                1130                1135

ATG GGA AGT AGT CAT GCA TCT CAG GTT TGT TCT GAG ACA CCT GAT GAC   3575
Met Gly Ser Ser His Ala Ser Gln Val Cys Ser Glu Thr Pro Asp Asp
```

A000308

5,753,441

| 77 | | 78 |
|---|---|---|

-continued

```
Met Gly Ser Ser His Ala Ser Gln Val Cys Ser Glu Thr Pro Asp Asp
        1140                1145                1150

CTG TTA GAT GAT GGT GAA ATA AAG GAA GAT ACT AGT TTT GCT GAA AAT    3623
Leu Leu Asp Asp Gly Glu Ile Lys Glu Asp Thr Ser Phe Ala Glu Asn
        1155                1160                1165

GAC ATT AAG GAA AGT TCT GCT GTT TTT AGC AAA AGC GTC CAG AAA GGA    3671
Asp Ile Lys Glu Ser Ser Ala Val Phe Ser Lys Ser Val Gln Lys Gly
        1170                1175                1180

GAG CTT AGC AGG AGT CCT AGC CCT TTC ACC CAT ACA CAT TTG GCT CAG    3719
Glu Leu Ser Arg Ser Pro Ser Pro Phe Thr His Thr His Leu Ala Gln
    1185                1190                1195                1200

GGT TAC CGA AGA GGG GCC AAG AAA TTA GAG TCC TCA GAA GAG AAT TTA    3767
Gly Tyr Arg Arg Gly Ala Lys Lys Leu Glu Ser Ser Glu Glu Asn Leu
        1205                1210                1215

TCT AGT GAG GAT GAA GAG CTT CCC TGC TTC CAA CAC TTG TTA TTT GGT    3815
Ser Ser Glu Asp Glu Glu Leu Pro Cys Phe Gln His Leu Leu Phe Gly
        1220                1225                1230

AAA GTA AAC AAT ATA CCT TCT CAG TCT ACT AGG CAT AGC ACC GTT GCT    3863
Lys Val Asn Asn Ile Pro Ser Gln Ser Thr Arg His Ser Thr Val Ala
        1235                1240                1245

ACC GAG TGT CTG TCT AAG AAC ACA GAG GAG AAT TTA TTA TCA TTG AAG    3911
Thr Glu Cys Leu Ser Lys Asn Thr Glu Glu Asn Leu Leu Ser Leu Lys
        1250                1255                1260

AAT AGC TTA AAT GAC TGC AGT AAC CAG GTA ATA TTG GCA AAG GCA TCT    3959
Asn Ser Leu Asn Asp Cys Ser Asn Gln Val Ile Leu Ala Lys Ala Ser
    1265                1270                1275                1280

CAG GAA CAT CAC CTT AGT GAG GAA ACA AAA TGT TCT GCT AGC TTG TTT    4007
Gln Glu His His Leu Ser Glu Glu Thr Lys Cys Ser Ala Ser Leu Phe
        1285                1290                1295

TCT TCA CAG TGC AGT GAA TTG GAA GAC TTG ACT GCA AAT ACA AAT ACC    4055
Ser Ser Gln Cys Ser Glu Leu Glu Asp Leu Thr Ala Asn Thr Asn Thr
        1300                1305                1310

CAG GAT CCT TTC TTG ATT GGT TCT TCC AAA CAA ATG AGG CAT CAG TCT    4103
Gln Asp Pro Phe Leu Ile Gly Ser Ser Lys Gln Met Arg His Gln Ser
        1315                1320                1325

GAA AGC CAG GGA GTT GGT CTG AGT GAC AAG GAA TTG GTT TCA GAT GAT    4151
Glu Ser Gln Gly Val Gly Leu Ser Asp Lys Glu Leu Val Ser Asp Asp
        1330                1335                1340

GAA GAA AGA GGA ACG GGC TTG GAA GAA AAT AAT CAA GAA GAG CAA AGC    4199
Glu Glu Arg Gly Thr Gly Leu Glu Glu Asn Asn Gln Glu Glu Gln Ser
    1345                1350                1355                1360

ATG GAT TCA AAC TTA GGT GAA GCA GCA TCT GGG TGT GAG AGT CAA ACA    4247
Met Asp Ser Asn Leu Gly Glu Ala Ala Ser Gly Cys Glu Ser Gln Thr
        1365                1370                1375

AGC GTC TCT GAA GAC TGC TCA GGG CTA TCC TCT CAG AGT GAC ATT TTA    4295
Ser Val Ser Glu Asp Cys Ser Gly Leu Ser Ser Gln Ser Asp Ile Leu
        1380                1385                1390

ACC ACT CAG CAA GGG GAT ACC ATG CAA CAT AAC CTG ATA AAG CTC CAG    4343
Thr Thr Gln Gln Gly Asp Thr Met Gln His Asn Leu Ile Lys Leu Gln
        1395                1400                1405

CAG GAA ATG GCT GAA CTA GAA GCT GTG TTA GAA CAG CAT GGG AGC CAG    4391
Gln Glu Met Ala Glu Leu Glu Ala Val Leu Glu Gln His Gly Ser Gln
    1410                1415                1420

CCT TCT AAC AGC TAC CCT TCC ATC ATA AGT GAC TCT TCT GCC CTT GAG    4439
Pro Ser Asn Ser Tyr Pro Ser Ile Ile Ser Asp Ser Ser Ala Leu Glu
    1425                1430                1435                1440

GAC CTG CGA AAT CCA GAA CAA AGC ACA TCA CAA AGA GCA GTA TTA ACT    4487
Asp Leu Arg Asn Pro Glu Gln Ser Thr Ser Glu Lys Ala Val Leu Thr
        1445                1450                1455

TCA CAG AAA AGT AGT GAA TAC CCT ATA AGC CAG AAT CCA GAA GGC CTT    4535
```

A000309

5,753,441

**79**                                 **80**

-continued

```
Ser  Gln  Lys  Ser  Ser  Glu  Tyr  Pro  Ile  Ser  Gln  Asn  Pro  Glu  Gly  Leu
               1460                          1465                     1470

TCT  GCT  GAC  AAG  TTT  GAG  GTG  TCT  GCA  GAT  AGT  TCT  ACC  AGT  AAA  AAT      4583
Ser  Ala  Asp  Lys  Phe  Glu  Val  Ser  Ala  Asp  Ser  Ser  Thr  Ser  Lys  Asn
               1475                          1480                     1485

AAA  GAA  CCA  GGA  GTG  GAA  AGG  TCA  TCC  CCT  TCT  AAA  TGC  CCA  TCA  TTA      4631
Lys  Glu  Pro  Gly  Val  Glu  Arg  Ser  Ser  Pro  Ser  Lys  Cys  Pro  Ser  Leu
          1490                     1495                     1500

GAT  GAT  AGG  TGG  TAC  ATG  CAC  AGT  TGC  TCT  GGG  AGT  CTT  CAG  AAT  AGA      4679
Asp  Asp  Arg  Trp  Tyr  Met  His  Ser  Cys  Ser  Gly  Ser  Leu  Gln  Asn  Arg
          1505                     1510                     1515                1520

AAC  TAC  CCA  TCT  CAA  GAG  GAG  CTC  ATT  AAG  GTT  GTT  GAT  GTG  GAG  GAG      4727
Asn  Tyr  Pro  Ser  Gln  Glu  Glu  Leu  Ile  Lys  Val  Val  Asp  Val  Glu  Glu
               1525                          1530                     1535

CAA  CAG  CTG  GAA  GAG  TCT  GGG  CCA  CAC  GAT  TTG  ACG  GAA  ACA  TCT  TAC      4775
Gln  Gln  Leu  Glu  Glu  Ser  Gly  Pro  His  Asp  Leu  Thr  Glu  Thr  Ser  Tyr
               1540                          1545                     1550

TTG  CCA  AGG  CAA  GAT  CTA  GAG  GGA  ACC  CCT  TAC  CTG  GAA  TCT  GGA  ATC      4823
Leu  Pro  Arg  Gln  Asp  Leu  Glu  Gly  Thr  Pro  Tyr  Leu  Glu  Ser  Gly  Ile
               1555                          1560                     1565

AGC  CTC  TTC  TCT  GAT  GAC  CCT  GAA  TCT  GAT  CCT  TCT  GAA  GAC  AGA  GCC      4871
Ser  Leu  Phe  Ser  Asp  Asp  Pro  Glu  Ser  Asp  Pro  Ser  Glu  Asp  Arg  Ala
               1570                          1575                     1580

CCA  GAG  TCA  GCT  CGT  GTT  GGC  AAC  ATA  CCA  TCT  TCA  ACC  TCT  GCA  TTG      4919
Pro  Glu  Ser  Ala  Arg  Val  Gly  Asn  Ile  Pro  Ser  Ser  Thr  Ser  Ala  Leu
          1585                     1590                     1595                1600

AAA  GTT  CCC  CAA  TTG  AAA  GTT  GCA  GAA  TCT  GCC  CAG  AGT  CCA  GCT  GCT      4967
Lys  Val  Pro  Gln  Leu  Lys  Val  Ala  Glu  Ser  Ala  Gln  Ser  Pro  Ala  Ala
               1605                          1610                     1615

GCT  CAT  ACT  ACT  GAT  ACT  GCT  GGG  TAT  AAT  GCA  ATG  GAA  GAA  AGT  GTG      5015
Ala  His  Thr  Thr  Asp  Thr  Ala  Gly  Tyr  Asn  Ala  Met  Glu  Glu  Ser  Val
               1620                          1625                     1630

AGC  AGG  GAG  AAG  CCA  GAA  TTG  ACA  GGT  TCA  ACA  GAA  AGG  GTC  AAC  AAA      5063
Ser  Arg  Glu  Lys  Pro  Glu  Leu  Thr  Gly  Ser  Thr  Glu  Arg  Val  Asn  Lys
               1635                          1640                     1645

AGA  ATG  TCC  ATG  GTG  GTG  TCT  GGC  CTG  ACC  CCA  GAA  GAA  TTT  ATG  CTC      5111
Arg  Met  Ser  Met  Val  Val  Ser  Gly  Leu  Thr  Pro  Glu  Glu  Phe  Met  Leu
               1650                          1655                     1660

GTG  TAC  AAG  TTT  GCC  AGA  AAA  CAC  CAC  ATC  ACT  TTA  ACT  AAT  CTA  ATT      5159
Val  Tyr  Lys  Phe  Ala  Arg  Lys  His  His  Ile  Thr  Leu  Thr  Asn  Leu  Ile
               1665                          1670                     1675

ACT  GAA  GAG  ACT  ACT  CAT  GTT  GTT  ATG  AAA  ACA  GAT  GCT  GAG  TTT  GTG      5207
Thr  Glu  Glu  Thr  Thr  His  Val  Val  Met  Lys  Thr  Asp  Ala  Glu  Phe  Val
               1685                          1690                     1695

TGT  GAA  CGG  ACA  CTG  AAA  TAT  TTT  CTA  GGA  ATT  GCG  GGA  GGA  AAA  TGG      5255
Cys  Glu  Arg  Thr  Leu  Lys  Tyr  Phe  Leu  Gly  Ile  Ala  Gly  Gly  Lys  Trp
               1700                          1705                     1710

GTA  GTT  AGC  TAT  TTC  TGG  GTG  ACC  CAG  TCT  ATT  AAA  GAA  AGA  AAA  ATG      5303
Val  Val  Ser  Tyr  Phe  Trp  Val  Thr  Gln  Ser  Ile  Lys  Glu  Arg  Lys  Met
               1715                          1720                     1725

CTG  AAT  GAG  CAT  GAT  TTT  GAA  GTC  AGA  GGA  GAT  GTG  GTC  AAT  GGA  AGA      5351
Leu  Asn  Glu  His  Asp  Phe  Glu  Val  Arg  Gly  Asp  Val  Val  Asn  Gly  Arg
               1730                          1735                     1740

AAC  CAC  CAA  GGT  CCA  AAG  CGA  GCA  AGA  GAA  TCC  CAG  GAC  AGA  AAG  ATC      5399
Asn  His  Gln  Gly  Pro  Lys  Arg  Ala  Arg  Glu  Ser  Gln  Asp  Arg  Lys  Ile
          1745                     1750                     1755                1760

TTC  AGG  GGG  CTA  GAA  ATC  TGT  TGC  TAT  GGG  CCC  TTC  ACC  AAC  ATG  CCC      5447
Phe  Arg  Gly  Leu  Glu  Ile  Cys  Cys  Tyr  Gly  Pro  Phe  Thr  Asn  Met  Pro
               1765                          1770                     1775

ACA  GAT  CAA  CTG  GAA  TGG  ATG  GTA  CAG  CTG  TGT  GGT  GCT  TCT  GTG  GTG      5495
```

A000310

5,753,441

81                     82

-continued

```
Thr Asp Gln Leu Glu Trp Met Val Gln Leu Cys Gly Ala Ser Val Val
        1780                1785                1790

AAG GAG CTT TCA TCA TTC ACC CTT GGC ACA GGT GTC CAC CCA ATT GTG    5543
Lys Glu Leu Ser Ser Phe Thr Leu Gly Thr Gly Val His Pro Ile Val
        1795                1800                1805

GTT GTG CAG CCA GAT GCC TGG ACA GAG GAC AAT GGC TTC CAT GCA ATT    5591
Val Val Gln Pro Asp Ala Trp Thr Glu Asp Asn Gly Phe His Ala Ile
    1810                1815                1820

GGG CAG ATG TGT GAG GCA CCT GTG GTG ACC CGA GAG TGG GTG TTG GAC    5639
Gly Gln Met Cys Glu Ala Pro Val Val Thr Arg Glu Trp Val Leu Asp
1825                1830                1835                1840

AGT GTA GCA CTC TAC CAG TGC CAG GAG CTG GAC ACC TAC CTG ATA CCC    5687
Ser Val Ala Leu Tyr Gln Cys Gln Glu Leu Asp Thr Tyr Leu Ile Pro
                1845                1850                1855

CAG ATC CCC CAC AGC CAC TAC TGA CTGCAGCCAG CCACAGGTAC AGAGCCACAG    5741
Gln Ile Pro His Ser His Tyr
                1860

GACCCCAAGA ATGAGCTTAC AAAGTGGCCT TTCCAGGCCC TGGGAGCTCC TCTCACTCTT    5801

CAGTCCTTCT ACTGTCCTGG CTACTAAATA TTTTATGTAC ATCAGCCTGA AAAGGACTTC    5861

TGGCTATGCA AGGGTCCCTT AAAGATTTTC TGCTTGAAGT CTCCCTTGGA AAT           5914
```

( 2 ) INFORMATION FOR SEQ ID NO:2:

        ( i ) SEQUENCE CHARACTERISTICS:
                ( A ) LENGTH: 1863 amino acids
                ( B ) TYPE: amino acid
                ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: protein

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:2:

```
Met Asp Leu Ser Ala Leu Arg Val Glu Glu Val Gln Asn Val Ile Asn
1               5               10                  15

Ala Met Gln Lys Ile Leu Glu Cys Pro Ile Cys Leu Glu Leu Ile Lys
            20                  25                  30

Glu Pro Val Ser Thr Lys Cys Asp His Ile Phe Cys Lys Phe Cys Met
                35                  40                  45

Leu Lys Leu Leu Asn Gln Lys Lys Gly Pro Ser Gln Cys Pro Leu Cys
        50                  55                  60

Lys Asn Asp Ile Thr Lys Arg Ser Leu Gln Glu Ser Thr Arg Phe Ser
65                  70                  75                  80

Gln Leu Val Glu Glu Leu Leu Lys Ile Ile Cys Ala Phe Gln Leu Asp
                85                  90                  95

Thr Gly Leu Glu Tyr Ala Asn Ser Tyr Asn Phe Ala Lys Lys Glu Asn
            100                 105                 110

Asn Ser Pro Glu His Leu Lys Asp Glu Val Ser Ile Ile Gln Ser Met
        115                 120                 125

Gly Tyr Arg Asn Arg Ala Lys Arg Leu Leu Gln Ser Glu Pro Glu Asn
    130                 135                 140

Pro Ser Leu Gln Glu Thr Ser Leu Ser Val Gln Leu Ser Asn Leu Gly
145                 150                 155                 160

Thr Val Arg Thr Leu Arg Thr Lys Gln Arg Ile Gln Pro Gln Lys Thr
                165                 170                 175

Ser Val Tyr Ile Glu Leu Gly Ser Asp Ser Ser Glu Asp Thr Val Asn
            180                 185                 190

Lys Ala Thr Tyr Cys Ser Val Gly Asp Gln Glu Leu Leu Gln Ile Thr
        195                 200                 205
```

A000311

5,753,441

**83**                                                    **84**

-continued

```
Pro Gln Gly Thr Arg Asp Glu Ile Ser Leu Asp Ser Ala Lys Lys Ala
210                 215                 220

Ala Cys Glu Phe Ser Glu Thr Asp Val Thr Asn Thr Glu His His Gln
225             230                 235                 240

Pro Ser Asn Asn Asp Leu Asn Thr Thr Glu Lys Arg Ala Ala Glu Arg
                245                 250                 255

His Pro Glu Lys Tyr Gln Gly Ser Ser Val Ser Asn Leu His Val Glu
        260                 265                 270

Pro Cys Gly Thr Asn Thr His Ala Ser Ser Leu Gln His Glu Asn Ser
        275                 280                 285

Ser Leu Leu Leu Thr Lys Asp Arg Met Asn Val Glu Lys Ala Glu Phe
    290                 295                 300

Cys Asn Lys Ser Lys Gln Pro Gly Leu Ala Arg Ser Gln His Asn Arg
305                 310                 315                 320

Trp Ala Gly Ser Lys Glu Thr Cys Asn Asp Arg Arg Thr Pro Ser Thr
                325                 330                 335

Glu Lys Lys Val Asp Leu Asn Ala Asp Pro Leu Cys Glu Arg Lys Glu
            340                 345                 350

Trp Asn Lys Gln Lys Leu Pro Cys Ser Glu Asn Pro Arg Asp Thr Glu
        355                 360                 365

Asp Val Pro Trp Ile Thr Leu Asn Ser Ser Ile Gln Lys Val Asn Glu
        370                 375                 380

Trp Phe Ser Arg Ser Asp Glu Leu Leu Gly Ser Asp Asp Ser His Asp
385                 390                 395                 400

Gly Glu Ser Glu Ser Asn Ala Lys Val Ala Asp Val Leu Asp Val Leu
                405                 410                 415

Asn Glu Val Asp Glu Tyr Ser Gly Ser Ser Glu Lys Ile Asp Leu Leu
            420                 425                 430

Ala Ser Asp Pro His Glu Ala Leu Ile Cys Lys Ser Glu Arg Val His
        435                 440                 445

Ser Lys Ser Val Glu Ser Asn Ile Glu Asp Lys Ile Phe Gly Lys Thr
    450                 455                 460

Tyr Arg Lys Lys Ala Ser Leu Pro Asn Leu Ser His Val Thr Glu Asn
465                 470                 475                 480

Leu Ile Ile Gly Ala Phe Val Thr Glu Pro Gln Ile Ile Gln Glu Arg
                485                 490                 495

Pro Leu Thr Asn Lys Leu Lys Arg Lys Arg Arg Pro Thr Ser Gly Leu
            500                 505                 510

His Pro Glu Asp Phe Ile Lys Lys Ala Asp Leu Ala Val Gln Lys Thr
        515                 520                 525

Pro Glu Met Ile Asn Gln Gly Thr Asn Gln Thr Glu Gln Asn Gly Gln
    530                 535                 540

Val Met Asn Ile Thr Asn Ser Gly His Glu Asn Lys Thr Lys Gly Asp
545                 550                 555                 560

Ser Ile Gln Asn Glu Lys Asn Pro Asn Pro Ile Glu Ser Leu Glu Lys
                565                 570                 575

Glu Ser Ala Phe Lys Thr Lys Ala Glu Pro Ile Ser Ser Ser Ile Ser
            580                 585                 590

Asn Met Glu Leu Glu Leu Asn Ile His Asn Ser Lys Ala Pro Lys Lys
        595                 600                 605

Asn Arg Leu Arg Arg Lys Ser Ser Thr Arg His Ile His Ala Leu Glu
    610                 615                 620

Leu Val Val Ser Arg Asn Leu Ser Pro Pro Asn Cys Thr Glu Leu Gln
625                 630                 635                 640
```

5,753,441

-continued

```
Ile Asp Ser Cys Ser Ser Ser Glu Glu Ile Lys Lys Lys Lys Tyr Asn
                645             650                 655

Gln Met Pro Val Arg His Ser Arg Asn Leu Gln Leu Met Gly Gly Lys
        660                 665                 670

Glu Pro Ala Thr Gly Ala Lys Lys Ser Asn Lys Pro Asn Glu Gln Thr
    675                 680                 685

Ser Lys Arg His Asp Ser Asp Thr Phe Pro Glu Leu Lys Leu Thr Asn
    690                 695                 700

Ala Pro Gly Ser Phe Thr Lys Cys Ser Asn Thr Ser Glu Leu Lys Glu
705                 710                 715                 720

Phe Val Asn Pro Ser Leu Pro Arg Glu Glu Lys Glu Glu Lys Leu Glu
                725                 730                 735

Thr Val Lys Val Ser Asn Asn Ala Glu Asp Pro Lys Asp Leu Met Leu
                740                 745                 750

Ser Gly Glu Arg Val Leu Gln Thr Glu Arg Ser Val Glu Ser Ser Ser
        755                 760                 765

Ile Ser Leu Val Pro Gly Thr Asp Tyr Gly Thr Gln Glu Ser Ile Ser
        770                 775                 780

Leu Leu Glu Val Ser Thr Leu Gly Lys Ala Lys Thr Glu Pro Asn Lys
785                 790                 795                 800

Cys Val Ser Gln Cys Ala Ala Phe Glu Asn Pro Lys Gly Leu Ile His
                805                 810                 815

Gly Cys Ser Lys Asp Asn Arg Asn Asp Thr Glu Gly Phe Lys Tyr Pro
        820                 825                 830

Leu Gly His Glu Val Asn His Ser Arg Glu Thr Ser Ile Glu Met Glu
        835                 840                 845

Glu Ser Glu Leu Asp Ala Gln Tyr Leu Gln Asn Thr Phe Lys Val Ser
    850                 855                 860

Lys Arg Gln Ser Phe Ala Pro Phe Ser Asn Pro Gly Asn Ala Glu Glu
865                 870                 875                 880

Glu Cys Ala Thr Phe Ser Ala His Ser Gly Ser Leu Lys Lys Gln Ser
                885                 890                 895

Pro Lys Val Thr Phe Glu Cys Glu Gln Lys Glu Glu Asn Gln Gly Lys
    900                 905                 910

Asn Glu Ser Asn Ile Lys Pro Val Gln Thr Val Asn Ile Thr Ala Gly
        915                 920                 925

Phe Pro Val Val Gly Gln Lys Asp Lys Pro Val Asp Asn Ala Lys Cys
930                 935                 940

Ser Ile Lys Gly Gly Ser Arg Phe Cys Leu Ser Ser Gln Phe Arg Gly
945                 950                 955                 960

Asn Glu Thr Gly Leu Ile Thr Pro Asn Lys His Gly Leu Leu Gln Asn
                965                 970                 975

Pro Tyr Arg Ile Pro Pro Leu Phe Pro Ile Lys Ser Phe Val Lys Thr
        980                 985                 990

Lys Cys Lys Lys Asn Leu Leu Glu Glu Asn Phe Glu Glu His Ser Met
    995                 1000                1005

Ser Pro Glu Arg Glu Met Gly Asn Glu Asn Ile Pro Ser Thr Val Ser
    1010                1015                1020

Thr Ile Ser Arg Asn Asn Ile Arg Glu Asn Val Phe Lys Glu Ala Ser
1025                1030                1035                1040

Ser Ser Asn Ile Asn Glu Val Gly Ser Ser Thr Asn Glu Val Gly Ser
                1045                1050                1055

Ser Ile Asn Glu Ile Gly Ser Ser Asp Glu Asn Ile Gln Ala Glu Leu
```

A000313

5,753,441

87                                                                    88

-continued

```
           1060              1065              1070

Gly Arg Asn Arg Gly Pro Lys Leu Asn Ala Met Leu Arg Leu Gly Val
    1075                1080                1085

Leu Gln Pro Glu Val Tyr Lys Gln Ser Leu Pro Gly Ser Asn Cys Lys
    1090                1095                1100

His Pro Glu Ile Lys Lys Gln Glu Tyr Glu Glu Val Val Gln Thr Val
1105                1110                1115                1120

Asn Thr Asp Phe Ser Pro Tyr Leu Ile Ser Asp Asn Leu Glu Gln Pro
                    1125                1130                1135

Met Gly Ser Ser His Ala Ser Gln Val Cys Ser Glu Thr Pro Asp Asp
            1140                1145                1150

Leu Leu Asp Asp Gly Glu Ile Lys Glu Asp Thr Ser Phe Ala Glu Asn
            1155                1160                1165

Asp Ile Lys Glu Ser Ser Ala Val Phe Ser Lys Ser Val Gln Lys Gly
    1170                1175                1180

Glu Leu Ser Arg Ser Pro Ser Pro Phe Thr His Thr His Leu Ala Gln
1185                1190                1195                1200

Gly Tyr Arg Arg Gly Ala Lys Lys Leu Glu Ser Ser Glu Glu Asn Leu
                    1205                1210                1215

Ser Ser Glu Asp Glu Glu Leu Pro Cys Phe Gln His Leu Leu Phe Gly
            1220                1225                1230

Lys Val Asn Asn Ile Pro Ser Gln Ser Thr Arg His Ser Thr Val Ala
            1235                1240                1245

Thr Glu Cys Leu Ser Lys Asn Thr Glu Glu Asn Leu Leu Ser Leu Lys
    1250                1255                1260

Asn Ser Leu Asn Asp Cys Ser Asn Gln Val Ile Leu Ala Lys Ala Ser
1265                1270                1275                1280

Gln Glu His His Leu Ser Glu Glu Thr Lys Cys Ser Ala Ser Leu Phe
                    1285                1290                1295

Ser Ser Gln Cys Ser Glu Leu Glu Asp Leu Thr Ala Asn Thr Asn Thr
            1300                1305                1310

Gln Asp Pro Phe Leu Ile Gly Ser Ser Lys Gln Met Arg His Gln Ser
    1315                1320                1325

Glu Ser Gln Gly Val Gly Leu Ser Asp Lys Glu Leu Val Ser Asp Asp
    1330                1335                1340

Glu Glu Arg Gly Thr Gly Leu Glu Glu Asn Asn Gln Glu Glu Gln Ser
1345                1350                1355                1360

Met Asp Ser Asn Leu Gly Glu Ala Ala Ser Gly Cys Glu Ser Glu Thr
                    1365                1370                1375

Ser Val Ser Glu Asp Cys Ser Gly Leu Ser Ser Gln Ser Asp Ile Leu
            1380                1385                1390

Thr Thr Gln Gln Arg Asp Thr Met Gln His Asn Leu Ile Lys Leu Gln
    1395                1400                1405

Gln Glu Met Ala Glu Leu Glu Ala Val Leu Glu Gln His Gly Ser Gln
    1410                1415                1420

Pro Ser Asn Ser Tyr Pro Ser Ile Ile Ser Asp Ser Ser Ala Leu Glu
1425                1430                1435                1440

Asp Leu Arg Asn Pro Glu Gln Ser Thr Ser Glu Lys Ala Val Leu Thr
                    1445                1450                1455

Ser Gln Lys Ser Ser Glu Tyr Pro Ile Ser Gln Asn Pro Glu Gly Leu
            1460                1465                1470

Ser Ala Asp Lys Phe Glu Val Ser Ala Asp Ser Ser Thr Ser Lys Asn
    1475                1480                1485
```

.

A000314

5,753,441

**89**                                    **90**

-continued

```
Lys Glu Pro Gly Val Glu Arg Ser Ser Pro Ser Lys Cys Pro Ser Leu
    1490                    1495                1500

Asp Asp Arg Trp Tyr Met His Ser Cys Ser Gly Ser Leu Gln Asn Arg
1505                1510                1515                1520

Asn Tyr Pro Ser Gln Glu Glu Leu Ile Lys Val Val Asp Val Glu Glu
                1525                1530                1535

Gln Gln Leu Glu Glu Ser Gly Pro His Asp Leu Thr Glu Thr Ser Tyr
                1540                1545                1550

Leu Pro Arg Gln Asp Leu Glu Gly Thr Pro Tyr Leu Glu Ser Gly Ile
            1555                1560                1565

Ser Leu Phe Ser Asp Asp Pro Glu Ser Asp Pro Ser Glu Asp Arg Ala
        1570                1575                1580

Pro Glu Ser Ala Arg Val Gly Asn Ile Pro Ser Ser Thr Ser Ala Leu
1585                1590                1595                1600

Lys Val Pro Gln Leu Lys Val Ala Glu Ser Ala Gln Ser Pro Ala Ala
            1605                1610                1615

Ala His Thr Thr Asp Thr Ala Gly Tyr Asn Ala Met Glu Glu Ser Val
        1620                1625                1630

Ser Arg Glu Lys Pro Glu Leu Thr Ala Ser Thr Glu Arg Val Asn Lys
        1635                1640                1645

Arg Met Ser Met Val Val Ser Gly Leu Thr Pro Glu Glu Phe Met Leu
    1650                1655                1660

Val Tyr Lys Phe Ala Arg Lys His His Ile Thr Leu Thr Asn Leu Ile
1665                1670                1675                1680

Thr Glu Glu Thr Thr His Val Val Met Lys Thr Asp Ala Glu Phe Val
                1685                1690                1695

Cys Glu Arg Thr Leu Lys Tyr Phe Leu Gly Ile Ala Gly Gly Lys Trp
            1700                1705                1710

Val Val Ser Tyr Phe Trp Val Thr Gln Ser Ile Lys Glu Arg Lys Met
        1715                1720                1725

Leu Asn Glu His Asp Phe Glu Val Arg Gly Asp Val Val Asn Gly Arg
    1730                1735                1740

Asn His Gln Gly Pro Lys Arg Ala Arg Glu Ser Gln Asp Arg Lys Ile
1745                1750                1755                1760

Phe Arg Gly Leu Glu Ile Cys Cys Tyr Gly Pro Phe Thr Asn Met Pro
            1765                1770                1775

Thr Asp Gln Leu Glu Trp Met Val Gln Leu Cys Gly Ala Ser Val Val
        1780                1785                1790

Lys Glu Leu Ser Ser Phe Thr Leu Gly Thr Gly Val His Pro Ile Val
        1795                1800                1805

Val Val Gln Pro Asp Ala Trp Thr Glu Asp Asn Gly Phe His Ala Ile
    1810                1815                1820

Gly Gln Met Cys Glu Ala Pro Val Val Thr Arg Glu Trp Val Leu Asp
1825                1830                1835                1840

Ser Val Ala Leu Tyr Gln Cys Gln Glu Leu Asp Thr Tyr Leu Ile Pro
            1845                1850                1855

Gln Ile Pro His Ser His Tyr
            1860
```

( 2 ) INFORMATION FOR SEQ ID NO:3:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 20 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

5,753,441

| 91 | 92 |
|---|---|

-continued

( i i ) MOLECULE TYPE: DNA (genomic)

( i i i ) HYPOTHETICAL: NO

( v i ) ORIGINAL SOURCE:
    ( A ) ORGANISM: Homo sapiens

( v i i ) IMMEDIATE SOURCE:
    ( B ) CLONE: s754 A

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:3:

CTAGCCTGGG CAACAAACGA                                      20

( 2 ) INFORMATION FOR SEQ ID NO:4:

( i ) SEQUENCE CHARACTERISTICS:
    ( A ) LENGTH: 20 base pairs
    ( B ) TYPE: nucleic acid
    ( C ) STRANDEDNESS: single
    ( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: DNA (genomic)

( i i i ) HYPOTHETICAL: NO

( v i ) ORIGINAL SOURCE:
    ( A ) ORGANISM: Homo sapiens

( v i i ) IMMEDIATE SOURCE:
    ( B ) CLONE: s754 B

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:4:

GCAGGAAGCA GGAATGGAAC                                      20

( 2 ) INFORMATION FOR SEQ ID NO:5:

( i ) SEQUENCE CHARACTERISTICS:
    ( A ) LENGTH: 20 base pairs
    ( B ) TYPE: nucleic acid
    ( C ) STRANDEDNESS: single
    ( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: DNA (genomic)

( i i i ) HYPOTHETICAL: NO

( v i ) ORIGINAL SOURCE:
    ( A ) ORGANISM: Homo sapiens

( v i i ) IMMEDIATE SOURCE:
    ( B ) CLONE: s975 A

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:5:

TAGGAGATGG ATTATTGGTG                                      20

( 2 ) INFORMATION FOR SEQ ID NO:6:

( i ) SEQUENCE CHARACTERISTICS:
    ( A ) LENGTH: 20 base pairs
    ( B ) TYPE: nucleic acid
    ( C ) STRANDEDNESS: single
    ( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: DNA (genomic)

( i i i ) HYPOTHETICAL: NO

( v i ) ORIGINAL SOURCE:
    ( A ) ORGANISM: Homo sapiens

( v i i ) IMMEDIATE SOURCE:
    ( B ) CLONE: s975 B

5,753,441

-continued

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:6:

AGGCAACTTT GCAATGAGTG                                                           20

( 2 ) INFORMATION FOR SEQ ID NO:7:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 22 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

    ( v i i ) IMMEDIATE SOURCE:
        ( B ) CLONE: tdj1474 A

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:7:

CAGAGTGAGA CCTTGTCTCA AA                                                         22

( 2 ) INFORMATION FOR SEQ ID NO:8:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 23 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

    ( v i i ) IMMEDIATE SOURCE:
        ( B ) CLONE: tdj1474 B

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:8:

TTCTGCAAAC ACCTTAAACT CAG                                                        23

( 2 ) INFORMATION FOR SEQ ID NO:9:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 20 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

    ( v i i ) IMMEDIATE SOURCE:
        ( B ) CLONE: tdj1239 A

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:9:

AACCTGGAAG GCAGAGGTTG                                                            20

( 2 ) INFORMATION FOR SEQ ID NO:10:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 21 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single

5,753,441

-continued

     ( D ) TOPOLOGY: linear

   ( i i ) MOLECULE TYPE: DNA (genomic)

 ( i i i ) HYPOTHETICAL: NO

   ( v i ) ORIGINAL SOURCE:
     ( A ) ORGANISM: Homo sapiens

 ( v i i ) IMMEDIATE SOURCE:
     ( B ) CLONE: nlj1239 B

   ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:10:

```
TCTGTACCTG CTAAGCAGTG G                                          21
```

( 2 ) INFORMATION FOR SEQ ID NO:11:

   ( i ) SEQUENCE CHARACTERISTICS:
     ( A ) LENGTH: 111 base pairs
     ( B ) TYPE: nucleic acid
     ( C ) STRANDEDNESS: double
     ( D ) TOPOLOGY: linear

   ( i i ) MOLECULE TYPE: cDNA

 ( i i i ) HYPOTHETICAL: NO

   ( v i ) ORIGINAL SOURCE:
     ( A ) ORGANISM: Homo sapiens

   ( i x ) FEATURE:
     ( A ) NAME/KEY: CDS
     ( B ) LOCATION: 2..111

   ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:11:

```
G GKC TTA CTC TGT TGT CCC AGC TGG AGT ACA GWG TGC GAT CAT GAG        46
  Xaa Leu Leu Cys Cys Pro Ser Trp Ser Thr Xaa Cys Asp His Glu
  1865                    1870                    1875

GCT TAC TGT TGC TTG ACT CCT AGG CTC AAG CGA TCC TAT CAC CTC AGT      94
Ala Tyr Cys Cys Leu Thr Pro Arg Leu Lys Arg Ser Tyr His Leu Ser
1880                    1885                    1890                1895

CTC CAA GTA GCT GGA   CT                                             111
Leu Gln Val Ala Gly
                1900
```

( 2 ) INFORMATION FOR SEQ ID NO:12:

   ( i ) SEQUENCE CHARACTERISTICS:
     ( A ) LENGTH: 36 amino acids
     ( B ) TYPE: amino acid
     ( D ) TOPOLOGY: linear

   ( i i ) MOLECULE TYPE: protein

   ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:12:

```
Xaa Leu Leu Cys Cys Pro Ser Trp Ser Thr Xaa Cys Asp His Glu Ala
1               5                   10                  15

Tyr Cys Cys Leu Thr Pro Arg Leu Lys Arg Ser Tyr His Leu Ser Leu
            20                  25                  30

Gln Val Ala Gly
        35
```

( 2 ) INFORMATION FOR SEQ ID NO:13:

   ( i ) SEQUENCE CHARACTERISTICS:
     ( A ) LENGTH: 1534 base pairs
     ( B ) TYPE: nucleic acid
     ( C ) STRANDEDNESS: double
     ( D ) TOPOLOGY: linear

5,753,441

**97**                                    **98**

-continued

```
       ( i i ) MOLECULE TYPE: DNA (genomic)

     ( i i i ) HYPOTHETICAL: NO

       ( i v ) ANTI-SENSE: NO

         ( v i ) ORIGINAL SOURCE:
               ( A ) ORGANISM: Homo sapiens

       ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:13:

GAGGCTAGAG GGCAGGCACT TTATGGCAAA CTCAGGTAGA ATTCTTCCTC TTCCGTCTCT       60

TTCCTTTTAC GTCATCGGGG AGACTGGGTG GCAATCGCAG CCCGAGAGAC GCATGGCTCT      120

TTCTGCCCTC CATCCTCTGA TGTACCTTGA TTTCGTATTC TGAGAGGCTG CTGCTTAGCG      180

GTAGCCCCTT GGTTTCCGTG GCAACGGAAA AGCGCGGGAA TTACAGATAA ATTAAAACTG      240

CGACTGCGCG GCGTGAGCTC GCTGAGACTT CCTGGACCCC GCACCAGGCT GTGGGGTTTC      300

TCAGATAACT GGGCCCCTGC GCTCAGGAGG CCTTCACCCT CTGCTCTGGG TAAAGGTAGT      360

AGAGTCCCGG GAAAGGGACA GGGGGCCCAA GTGATGCTCT GGGGTACTGG CGTGGGAGAG      420

TGGATTTCCG AAGCTGACAG ATGGGTATTC TTTGACGGGG GGTAGGGGCG GAACCTGAGA      480

GGCGTAAGGC GTTGTGAACC CTGGGGAGGG GGGCAGTTTG TAGGTCGCGA GGGAAGCGCT      540

GAGGATCAGG AAGGGGGCAC TGAGTGTCCG TGGGGGAATC CTCGTGATAG GAACTGGAAT      600

ATGCCTTGAG GGGGACACTA TGTCTTTAAA AACGTCGGCT GGTCATGAGG TCAGGAGTTC      660

CAGACCAGCC TGACCAACGT GGTGAAACTC CGTCTCTACT AAAAATACNA AAATTAGCCG      720

GGCGTGGTGC CGCTCCAGCT ACTCAGGAGG CTGAGGCAGG AGAATCGCTA GAACCCGGGA      780

GGCGGAGGTT GCAGTGAGCC GAGATCGCGC CATTGCACTC CAGCCTGGGC GACAGAGCGA      840

GACTGTCTCA AAACAAAACA AAACAAAACA AAACAAAAAA CACCGGCTGG TATGTATGAG      900

AGGATGGGAC CTTGTGGAAG AAGAGGTGCC AGGAATATGT CTGGGAAGGG GAGGAGACAG      960

GATTTTGTGG GAGGGAGAAC TTAAGAACTG GATCCATTTG CGCCATTGAG AAAGCGCAAG     1020

AGGGAAGTAG AGGAGCGTCA GTAGTAACAG ATGCTGCCGG CAGGGATGTG CTTGAGGAGG     1080

ATCCAGAGAT GAGAGCAGGT CACTGGGAAA GGTTAGGGGC GGGGAGGCCT TGATTGGTGT     1140

TGGTTTGGTC GTTGTTGATT TTGGTTTTAT GCAAGAAAAA GAAAACAACC AGAAACATTG     1200

GAGAAAGCTA AGGCTACCAC CACCTACCCG GTCAGTCACT CCTCTGTAGC TTTCTCTTTC     1260

TTGGAGAAAG GAAAAGACCC AAGGGGTTGG CAGCGATATG TGAAAAAATT CAGAATTTAT     1320

GTTGTCTAAT TACAAAAAGC AACTTCTAGA ATCTTTAAAA ATAAAGGACG TTGTCATTAG     1380

TTCTTCTGGT TTGTATTATT CTAAAACTTT CCAAATCTTC AAATTTACTT TATTTTAAAA     1440

TGATAAAATG AAGTTGTCAT TTTATAAACC TTTTAAAAAG ATATATATAT ATGTTTTTCT     1500

AATGTGTTAA AGTTCATTGG AACAGAAAGA AATG                                1534
```

```
    ( 2 ) INFORMATION FOR SEQ ID NO:14:

           ( i ) SEQUENCE CHARACTERISTICS:
                 ( A ) LENGTH: 1924 base pairs
                 ( B ) TYPE: nucleic acid
                 ( C ) STRANDEDNESS: double
                 ( D ) TOPOLOGY: linear

         ( i i ) MOLECULE TYPE: DNA (genomic)

       ( i i i ) HYPOTHETICAL: NO

         ( i v ) ANTI-SENSE: NO

           ( v i ) ORIGINAL SOURCE:
                 ( A ) ORGANISM: Homo sapiens
```

A000319

5,753,441

**99** **100**

-continued

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:14:

```
GAGGCTAGAG GGCAGGCACT TTATGGCAAA CTCAGGTAGA ATTCTTCCTC TTCCGTCTCT      60
TTCCTTTTAC GTCATCGGGG AGACTGGGTG GCAATCGCAG CCCGAGAGAC GCATGGCTCT     120
TTCTGCCCTC CATCCTCTGA TGTACCTTGA TTTCGTATTC TGAGAGGCTG CTGCTTAGCG     180
GTAGCCCCTT GGTTTCCGTG GCAACGGAAA AGCGCGGGAA TTACAGATAA ATTAAAACTG     240
CGACTCGCGC GCGTGAGCTC GCTGAGACTT CCTGGACCCC GCACCAGGCT GTGGGGTTTC     300
TCAGATAACT GGGCCCCTGC GCTCAGGAGG CCTTCACCCT CTGCTCTGGG TAAAGGTAGT     360
AGAGTCCCGG GAAAGGGACA GGGGGCCCAA GTGATGCTCT GGGGTACTGG CGTGGGAGAG     420
TGGATTTCCG AAGCTGACAG ATGGGTATTC TTTGACGGGG GGTAGGGGCG GAACCTGAGA     480
GGCGTAAGGC GTTGTGAACC CTGGGGAGGG GGGCAGTTTG TAGGTCGCGA GGGAAGCGCT     540
GAGGATCAGG AAGGGGGCAC TCAGTGTCCG TGGGGGAATC CTCGTGATAG GAACTGGAAT     600
ATGCCTTGAG GGGGACACTA TGTCTTTAAA AACGTCGGCT GGTCATGAGG TCAGGGAGTTC     660
CAGACCAGCC TGACCAACGT GGTGAAACTC CGTCTCTACT AAAAATACNA AAATTAGCCG     720
GGCGTGGTGC CGCTCCAGCT ACTCAGGAGG CTGAGGCAGG AGAATCGCTA GAACCCGGGA     780
GGCGGAGGTT GCAGTGAGCC GAGATCGCGC CATTGCACTC CAGCCTGGGC GACAGAGCGA     840
GACTGTCTCA AAACAAAACA AAACAAAACA AAACAAAAAA CACCGGCTGG TATGTATGAG     900
AGGATGGGAC CTTGTGGAAG AAGAGGTGCC AGGAATATGT CTGGGAAGGG GAGGAGACAG     960
GATTTTGTGG GAGGGAGAAC TTAAGAACTG GATCCATTTG CGCCATTGAG AAAGCGCAAG    1020
AGGGAAGTAG AGGAGCGTCA GTAGTAACAG ATGCTGCCGG CAGGGGATGTG CTTGAGGAGG    1080
ATCCAGAGAT GAGAGCAGGT CACTGGGAAA GGTTAGGGGC GGGGAGGCCT TGATTGGTGT    1140
TGGTTTGGTC GTTGTTGATT TTGGTTTTAT GCAAGAAAAA GAAAACAACC AGAAACATTG    1200
GAGAAAGCTA AGGCTACCAC CACCTACCCG GTCAGTCACT CCTCTGTAGC TTTCTCTTTC    1260
TTGGAGAAAG GAAAAGACCC AAGGGGTTGG CAGCGATATG TGAAAAAATT CAGAATTTAT    1320
GTTGTCTAAT TACAAAAAGC AACTTCTAGA ATCTTTAAAA ATAAAGGACG TTGTCATTAG    1380
TTCTTCTGGT TTGTATTATT CTAAAACCTT CCAAATCTTC AAATTTACTT TATTTTAAAA    1440
TGATAAAATG AAGTTGTCAT TTTATAAACC TTTTAAAAAG ATATATATAT ATGTTTTTCT    1500
AATGTGTTAA AGTTCATTGG AACAGAAAGA AATGGATTTA TCTGCTCTTC GCGTTGAAGA    1560
AGTACAAAAT GTCATTAATG CTATGCAGAA AATCTTAGAG TGTCCCATCT GGTAAGTCAG    1620
CACAAGAGTG TATTAATTTG GGATTCCTAT GATTATCTCC TATGCAAATG AACAGAATTG    1680
ACCTTACATA CTAGGGAAGA AAAGACATGT CTAGTAAGAT TAGGCTATTG TAATTGCTGA    1740
TTTTCTTAAC TGAAGAACTT TAAAAATATA GAAAATGATT CCTTGTTCTC CATCCACTCT    1800
GCCTCTCCCA CTCCTCTCCT TTTCAACACA ATCCTGTGGT CCGGGAAAGA CAGGGCTCTG    1860
TCTTGATGG TTCTGCACTG GGCAGGATCT GTTAGATACT GCATTGCTT TCTCCAGCTC    1920
TAAA                                                                1924
```

( 2 ) INFORMATION FOR SEQ ID NO:15:

　　( i ) SEQUENCE CHARACTERISTICS:
　　　　( A ) LENGTH: 631 base pairs
　　　　( B ) TYPE: nucleic acid
　　　　( C ) STRANDEDNESS: double
　　　　( D ) TOPOLOGY: linear

　　( i i ) MOLECULE TYPE: DNA (genomic)

5,753,441

**101** **102**

-continued

( i i i ) HYPOTHETICAL: NO

( i v ) ANTI-SENSE: NO

( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:15:

```
AAAATGCTGAT GATAGTATAG AGTATTGAAG GGATCAATAT AATTCTGTTT TGATATCTGA      60
AAGCTCACTG AAGGTAAGGA TCGTATTCTC TGCTGTATTC TCAGTTCCTG ACACAGCAGA     120
CATTTAATAA ATATTGAACG AACTTGAGGC CTTATGTTGA CTCAGTCATA ACAGCTCAAA     180
GTTGAACTTA TTCACTAAGA ATAGCTTTAT TTTTAAATAA ATTATTGAGC CTCATTTATT     240
TTCTTTTTCT CCCCCCCCTA CCCTGCTAGT CTGGAGTTGA TCAAGGAACC TGTCTCCACA     300
AAGTGTGACC ACATATTTTG CAAGTAAGTT TGAATGTGTT ATGTGGCTCC ATTATTAGCT     360
TTTGTTTTTG TCCTTCATAA CCCAGGAAAC ACCTAACTTT ATAGAAGCTT TACTTTCTTC     420
AATTAAGTGA GAACGAAAAT CCAACTCCAT TTCATTCTTT CTCAGAGAGT ATATAGTTAT     480
CAAAAGTTGG TTGTAATCAT AGTTCCTGGT AAAGTTTTGA CATATATTAT CTTTTTTTTT     540
TTTTGAGACA AGTCTCGCTC TGTCGCCCAG GCTGGAGTGC AGTGGCATGA GGCTTGCTCA     600
CTGCCACCTCC GCCCCCGAGT TCAGCGCACTC T                                 631
```

( 2 ) INFORMATION FOR SEQ ID NO:16:

        ( i ) SEQUENCE CHARACTERISTICS:
                ( A ) LENGTH: 481 base pairs
                ( B ) TYPE: nucleic acid
                ( C ) STRANDEDNESS: double
                ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: DNA (genomic)

( i i i ) HYPOTHETICAL: NO

( i v ) ANTI-SENSE: NO

( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:16:

```
TGAGATCTAG ACCACATGGT CAAAGAGATA GAATGTGAGC AATAAATGAA CCTTAAATTT      60
TTCAACAGCT ACTTTTTTTT TTTTTTTTTG AGACAGGGKC TTACTCTGTT GTCCCAGCTG     120
GAGTACAGWG TGCGATCATG AGGCTTACTG TTGCTTGACT CCTAGGCTCA AGCGATCCTA     180
TCACCTCAGT CTCCAAGTAG CTGGACTGTA AGTGCACACC ACCATATCCA GCTAAATTTT     240
GTGTTTTCTG TAGAGACGGG GTTTCGCCAT GTTTCCCAGG CTGGTCTTGA ACTTTGGGCT     300
TAACCCGTCT GCCCACCTAG GCATCCCAAA GTGCTAGGAT TACAGGTGTG AGTCATCATG     360
CCTGGCCAGT ATTTTAGTTA GCTCTGTCTT TTCAAGTCAT ATACAAGTTC ATTTTCTTTT     420
AAGTTTAGTT AACAACCTTA TATCATGTAT TCTTTTCTAG CATAAAGAAA GATTCGAGGC     480
C                                                                     481
```

( 2 ) INFORMATION FOR SEQ ID NO:17:

        ( i ) SEQUENCE CHARACTERISTICS:
                ( A ) LENGTH: 522 base pairs
                ( B ) TYPE: nucleic acid
                ( C ) STRANDEDNESS: double
                ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: DNA (genomic)

5,753,441

103                                   104

-continued

(iii) HYPOTHETICAL: NO

(iv) ANTI-SENSE: NO

(vi) ORIGINAL SOURCE:
    (A) ORGANISM: Homo sapiens

(xi) SEQUENCE DESCRIPTION: SEQ ID NO:17:

```
TGTGATCATA ACAGTAAGCC ATATGCATGT AAGTTCAGTT TTCATAGATC ATTGCTTATG      60

TAGTTTAGGT TTTTGCTTAT GCAGCATCCA AAAACAATTA GGAAACTATT GCTTGTAATT     120

CACCTGCCAT TACTTTTTAA ATGGCTCTTA AGGGCAGTTG TGAGATTATC TTTTCATGGC     180

TATTTGCCTT TTGAGTATTC TTTCTACAAA AGGAAGTAAA TTAAATTGTT CTTTCTTTCT     240

TTATAATTTA TAGATTTTGC ATGCTGAAAC TTCTCAACCA GAAGAAAGGG CCTTCACAGT     300

GTCCTTTATG TAAGAATGAT ATAACCAAAA GGTATATAAT TTGGTAATGA TGCTAGGTTG     360

GAAGCAACCA CAGTAGGAAA AAGTAGAAAT TATTTAATAA CATAGCGTTC CTATAAAACC     420

ATTCATCAGA AAAATTTATA AAAGAGTTTT TAGCACACAG TAAATTTATTT CCAAAGTTAT     480

TTTCCTGAAA GTTTTATGGG CATCTGCCTT ATACAGGTAT TG                        522
```

(2) INFORMATION FOR SEQ ID NO:18:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 465 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: double
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

    (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
        (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:18:

```
GGTAGGCTTA AATGAATGAC AAAAAGTTAC TAAATCACTG CCATCACACG GTTTATACAG      60

ATGTCAATGA TGTATTGATT ATAGAGGTTT TCTACTGTTG CTGCATCTTA TTTTTATTTG     120

TTTACATGTC TTTTCTTATT TTAGTGTCCT TAAAAGGTTG ATAATCACTT GCTGAGTGTG     180

TTTCTCAAAC AATTTAATTT CAGGAGCCTA CAAGAAAGTA CGAGATTTAG TCAACTTGTT     240

GAAGAGCTAT TGAAAATCAT TTGTGCTTTT CAGCTTGACA CAGGTTTGGA GTGTAAGTGT     300

TGAATATCCC AAGAATGACA CTCAAGTGCT GTCCATGAAA ACTCAGGAAG TTTGCACAAT     360

TACTTTCTAT GACGTGGTGA TAAGACCTTT TAGTCTAGGT TAATTTTAGT TCTGTATCTG     420

TAATCTATTT TAAAAAATTA CTCCCACTGG TCTCACACCT TATTT                     465
```

(2) INFORMATION FOR SEQ ID NO:19:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 513 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: double
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

    (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
        (A) ORGANISM: Homo sapiens

5,753,441

**105**                                                      **106**

-continued

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:19:

```
AAAAAAATCAC  AGGTAACCTT  AATGCATTGT  CTTAACACAA  CAAAGAGCAT  ACATAGGGTT     60

TCTCTTGGTT  TCTTTGATTA  TAATTCATAC  ATTTTTCTCT  AACTGCAAAC  ATAATGTTTT    120

CCCTTGTATT  TTACAGATGC  AAACAGCTAT  AATTTTGCAA  AAAAGGAAAA  TAACTCTCCT    180

GAACATCTAA  AAGATGAAGT  TTCTATCATC  CAAAGTATGG  GCTACAGAAA  CCGTGCCAAA    240

AGACTTCTAC  AGAGTGAACC  CGAAAATCCT  TCCTTGGTAA  AACCATTTGT  TTTCTTCTTC    300

TTCTTCTTCT  TCTTTTCTTT  TTTTTTTCTT  TTTTTTTTTG  AGATGGAGTC  TTGCTCTGTG    360

GCCCAGGCTA  GAAGCAGTCC  TCCTGCCTTA  GCCNCCTTAG  TAGCTGGGAT  TACAGGCACG    420

CGCACCATGC  CAGGCTAATT  TTTGTATTTT  TAGTAGAGAC  GGGGTTTCAT  CATGTTGGCC    480

AGGCTGGTCT  CGAACTCCTA  ACCTCAGGTG  ATC                                   513
```

( 2 ) INFORMATION FOR SEQ ID NO:20:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 6769 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: double
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( i v ) ANTI-SENSE: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:20:

```
ATGATGGAGA  TCTTAAAAAG  TAATCATTCT  GGGGCTGGGC  GTAGTAGCTT  GCACCTGTAA     60

TCCCAGCACT  TCGGGAGGCT  GAGGCAGGCA  GATAAATTTGA  GGTCAGGAGT  TTGAGACCAG    120

CCTGGCCAAC  ATGGTGAAAC  CCATCTCTAC  TAAAAATACA  AAAATTAGCT  GGGTGTGGTG    180

GCACGTACCT  GTAATCCCAG  CTACTCGGGA  GGCGGAGGCA  CAAGAATTGC  TTGAACCTAG    240

GACGCGGAGG  TTGCAGCGAG  CCAAGATCGC  GCCACTGCAC  TCCAGCCTGG  GCCGTAGAGT    300

GAGACTCTGT  CTCAAAAAAG  AAAAAAAAGT  AATTGTTCTA  GCTGGGCGCA  GTGGCTCTTG    360

CCTGTAATCC  CAGCACTTTG  GGAGGCCAAG  GCGGGTGGAT  CTCGAGTCCT  AGAGTTCAAG    420

ACCAGCCTAG  GCAATGTGGT  GAAACCCCAT  CGCTACAAAA  AATACAAAAA  TTAGCCAGGC    480

ATGGTGGCGT  GCGCATGTAG  TCCCAGCTCC  TTGGGAGGCT  GAGGTGGGAG  GATCACTTGA    540

ACCCAGGAGA  CAGAGGTTGC  AGTGAACCGA  GATCACGCCA  CCACGCTCCA  GCCTGGGCAA    600

CAGAACAAGA  CTCTGTCTAA  AAAAATACAA  ATAAAATAAA  AGTAGTTCTC  ACAGTACCAG    660

CATTCATTTT  TCAAAAGATA  TAGAGCTAAA  AAGGAAGGAA  AAAAAAAGTA  ATGTTGGGCT    720

TTTAAATACT  CGTTCCTATA  CTAAATGTTC  TTAGGAGTGC  TGGGGTTTTA  TTGTCATCAT    780

TTATCCTTTT  TAAAAATGTT  ATTGGGCCAGG  CACGGTGGCT  CATGGCTGTA  ATCCCAGCAC    840

TTTGGGAGGC  CGAGGCAGGC  AGATCACCTG  AGGTCAGGAG  TGTGAGACCA  GCCTGGCCAA    900

CATGGCGAAA  CCTGTCTCTA  CTAAAAATAC  AAAAATTAAC  TAGGCGTGGT  GGTGTACGCC    960

TGTAGTCCCA  GCTACTCGGG  AGGCTGAGGC  AGGAGAATCA  ACTGAACCAG  GGAGGTGGAG   1020

GTTGCAGTGT  GCCGAGATCA  CGCCACTGCA  CTCTAGCCTG  GCAACAGAGC  AAGATTCTGT   1080

CTCAAAAAAA  AAAAACATAT  ATACACATAT  ATCCCAAAGT  GCTGGGATTA  CATATATATA   1140

TATATATATA  TATTATATAT  ATATATATAT  ATATATGTGA  TATATATGTG  TATATATAT    1200
```

5,753,441

107                                                 108

-continued

```
AACATATATA TATGTAATAT ATATGTGATA TATATATAAT ATATATATGT AATATATATG    1260
TGATATATAT ATACACAC ACACACACAT ATATGTGTAT GTGTGTGTAC ACACACCAC        1320
ACAAATTAGC CAGGCATAGT TGCACACGGT TGGTAGACCC AGCTACTCAG GAGGCTGAGG     1380
GAGGGAGAATC TCTTGAACTT AGGAGGCGGA GGTTGCAGTG AGCTGAGATT GCGCCACTGC   1440
ACTCCAGCCT GGGTGACAGA GCAGGGACTCT GTACACCCCC CAAAACAAAA AAAAAAGTTA   1500
TCAGATGTGA TTGGAATGTA TATCAAGTAT CAGCTTCAAA ATATGCTATA TTAATACTTC    1560
AAAAATTACA CAAATAATAC ATAATCAGGT TTGAAAAATT TAAGACAACM SAARAAAAA     1620
WYCMAATCAC AMATATCCCA CACATTTTAT TATTMCTMCT MCWATTATTT TGWAGAGMCT     1680
GGGTCTCACY CYKTTGCTWA TGCTGGTCTT TGAACYCCYK GCCYCAARCA RTCCTSCTCC     1740
ABCCTCCCAA RGTGCTGGGG ATWATAGGCA TGARCTAACC GCACCCAGCC CCAGACATTT    1800
TAGTGTGTAA ATTCCTGGGC ATTTTTCAA GGCATCATAC ATGTTAGCTG ACTGATGATG     1860
GTCAATTTAT TTTGTCCATG GTGTCAAGTT TCTCTTCAGG AGGAAAAGCA CAGAACTGGC    1920
CAACAATTGC TTGACTGTTC TTTACCTAC TGTTTAGCAG GAAACCAGTC TCAGTGTCCA     1980
ACTCTCTAAC CTTGGAACTG TGAGAACTCT GAGGACAAAG CAGCGGATAC AACCTCAAAA    2040
GACGTCTGTC TACATTGAAT TGGGTAAGGG TCTCAGGTTT TTTAAGTATT TAATAATAAT    2100
TGCTGGATTC CTTATCTTAT AGTTTTGCCA AAAATCTTGG TCATAATTTG TATTTGTGGT    2160
AGGCAGCTTT GGGAAGTGAA TTTTATGAGC CCTATGGTGA GTTATAAAAA ATGTAAAAGA    2220
CGCAGTTCCC ACCTTGAAGA ATCTTACTTT AAAAAGGGAG CAAAAGAGGC CAGGCATGGT    2280
GGCTCACACC TGTAATCCCA GCACTTTGGG AGGCCAAAGT GGGTGGATCA CCTGAGGTCG    2340
GGAGTTCGAG ACCAGCCTAG CCAACATGGA GAAACTCTGT CTGTACCAAA AAATAAAAAA   2400
TTAGCCAGGT GTGGTGGCAC ATAACTGTAA TCCCAGCTAC TCGGGAGGCT GAGGCAGGAG   2460
AATCACTTGA ACCCGGGAGG TGGAGGTTGC GGTGAACCGA GATCGCACCA TTGCACTCCA    2520
GCCTGGGCAA AAATAGCGAA ACTCCATCTA AAAAAAAAA AGAGAGCAAA AGAAAGAMTM    2580
TCTGGTTTTA AMTMTGTGTA AATATGTTTT TGGAAAGATG GAGAGTAGCA ATAAGAAAAA    2640
ACATGATGGA TTGCTACAGT ATTTAGTTCC AAGATAAATT GTACTAGATG AGGAAGCCTT    2700
TTAAGAAGAG CTGAATTGCC AGGCGCAGTG GCTCACGCCT GTAATCCCAG CACTTTGGGA    2760
GGCCGAGGTG GGCGGATCAC CTGAGGTCGG GAGTTCAAGA CCAGCCTGAC CAACATGGAG    2820
AAACCCCATC TCTACTAAAA AAAAAAAAAA AAAATTAGC CGGGGTGGTG GCTTATGCCT     2880
GTAATCCCAG CTACTCAGGA GGCTGAGGCA GGAGAATCGC TTGAACCCAG GAAGCAGAGG   2940
TTGCAGTGAG CCAAGATCGC ACCATTGCAC TCCAGCCTAG GCAACAAGAG TGAAACTCCA    3000
TCTCAAAAAA AAAAAAAAG AGCTGAATCT TGGCTGGGCA GGATGGCTCG TGCCTGTAAT    3060
CCTAACGCTT TGGAAGACCG AGGCAGAAGG ATTGGTTGAG TCCACGAGTT TAAGACCAGC    3120
CTGGCCAACA TAGGGGAACC CTGTCTCTAT TTTTAAAATA ATAATACATT TTTGGCCGGT    3180
GCGGTGGCTC ATGCCTGTAA TCCCAATACT TTGGGAGGCT GAGGCAGGTA GATCACCTGA    3240
GGTCAGAGTT CGAGACCAGC CTGGATAACC TGGTGAAACC CCTCTTTACT AAAAATACAA    3300
AAAAAAAAA AAATTAGCTG GGTGTGGTAG CACATGCTTG TAATCCCAGC TACTTGGGAG    3360
GCTGAGGCAG GAGAATCGCT TGAACCAGGG AGGCGGAGGT TACAATGAGC CAACACTACA    3420
CCACTGCACT CCAGCCTGGG CAATAGAGTG AGACTGCATC TCAAAAAAAT AATAATTTTT    3480
AAAAATAATA AATTTTTTTA AGCTTATAAA AAGAAAAGTT GAGGCCAGCA TAGTAGCTCA    3540
CATCTGTAAT CTCAGCAGTG GCAGAGGATT GCTTGAAGCC AGGAGTTTGA GACCAGCCTG    3600
```

5,753,441

```
GGCAACATAG CAAGACCTCA TCTCTACAAA AAAATTTCTT TTTTAAATTA GCTGGGTGTG   3660
GTGGTGTGCA TCTGTGCTCC CAGCTACTCA GGAGGCAGAG GTGATGGGAT ACATTGAACC   3720
CAGGAGTTTG AGGCTGTAGT GAGCTATGAT CATGCCACTG CACTCCAACC TGGGTGACAG   3780
AGCAAGACCT CCAAAAAAAA AAAAAAAAGA GCTGCTGAGC TCAGAATTCA AACTGGGCTC   3840
TCAAATTGGA TTTTCTTTTA GAATATATTT ATAATTAAAA AGGATAGCCA TCTTTTGAGC   3900
TCCCAGGCAC CACCATCTAT TTATCATAAC ACTTACTGTT TTCCCCCCTT ATGATCATAA   3960
ATTCCTAGAC AACAGGCATT GTAAAAATAG TTATAGTAGT TGATATTTAG GAGCACTTAA   4020
CTATATTCCA GGCACTATTG TGCTTTTCTT GTATAACTCA TTAGATGCTT GTCAGACCTC   4080
TGAGATTGTT CCTATTATAC TTATTTTACA GATGAGAAAA TTAAGGCACA GAGAAGTTAT   4140
GAAATTTTTC CAAGGTATTA AACCTAGTAA GTGGCTGAGC CATGATTCAA ACCTAGGAAG   4200
TTAGATGTCA GAGCCTGTGC TTTTTTTTTG TTTTGTTTT  TGTTTCAGT  AGAAACGGGG   4260
GTCTCACTTT GTTGGCCAGG CTGGTCTTGA ACTCCTAACC TCAAATAATC CACCCATCTC   4320
GGCCTCCTCA AGTGCTGGGA TTACAGGTGA GAGCCACTGT GCCTGGCGAA GCCCATGCCT   4380
TTAACCACTT CTCTGTATTA CATACTAGCT TAACTAGCAT TGTACCTGCC ACAGTAGATG   4440
CTCAGTAAAT ATTTCTAGTT GAATATCTGT TTTTCAACAA GTACATTTTT TTAACCCTTT   4500
TAATTAAGAA AACTTTTATT GATTTATTTT TTGGGGGGAA ATTTTTTAGG ATCTGATTCT   4560
TCTGAAGATA CCGTTAATAA GGCAACTTAT TGCAGGTGAG TCAAAGAGAA CCTTTGTCTA   4620
TGAAGCTGGT ATTTTCCTAT TTAGTTAATA TTAAGGATTG ATGTTTCTCT CTTTTTAAAA   4680
ATATTTTAAC TTTTATTTTA GGTTCAGGGA TGTATGTGCA GTTTGTTATA TAGGTAAACA   4740
CACGACTTGG GATTTGGTGT ATAGATTTTT TTCATCATCC GGGTACTAAG CATACCCCAC   4800
AGTTTTTTGT TTGCTTTCTT TCTGAATTTC TCCCTCTTCC CACCTTCCTC CCTCAAGTAG   4860
GCTGGTGTTT CTCCAGACTA GAATCATGGT ATTGGAAGAA ACCTTAGAGA TCATCTAGTT   4920
TAGTTCTCTC ATTTTATAGT GGAGGAAATA CCCTTTTTGT TTGTTGGATT TAGTTATTAG   4980
CACTGTCCAA AGGAATTTAG GATAACAGTA GAACTCTGCA CATGCTTGCT TCTAGCAGAT   5040
TGTTCTCTAA GTTCCTCATA TACAGTAATA TTGACACAGC AGTAATTGTG ACTGATGAAA   5100
ATGTTCAAGG ACTTCATTTC CAACTCTTTC TTTCCTCTGT TCCTTATTTC CACATATCTC   5160
TCAAGCTTTG TCTGTATGTT ATATAATAAA CTACAAGCAA CCCCAACTAT GTTACCTACC   5220
TTCCTTAGGA ATTATTGCTT GACCCAGGTT TTTTTTTTTT TTTTTTTGGA GACGGGGTCT   5280
TGCCCTGTTG CCAGGATGGA GTGTAGTGGC GCCATCTCGG CTCACTGCAA TCTCCAACTC   5340
CCTGGTTCAA GCGATTCTCC TGTCTCAATC TCACGAGTAG CTGGGACTAC AGGTATACAC   5400
CACCACGCCC GGTTAATTGA CCATTCCATT TCTTTCTTTC TCTCTTTTTT TTTTTTTTTT   5460
TTGAGACAGA GTCTTGCTCT GTTGCCCAGG CTGGAGTACA GAGGTGTGAT CTCACCTCTC   5520
CGCAACGTCT GCCTCCCAGG TTGAAGCCAT ACTCCTGCCT CAGCCTCTCT AGTAGCTGGG   5580
ACTACAGGCG CGCGCCACCA CACCCGGCTA ATTTTTGTAT TTTTAGTAGA GATGGGGTTT   5640
CACCATGTTG GCCAGGCTGG TCTTGAACTC ATGACCTCAA GTGGTCCACC CGCCTCAGCC   5700
TCCCAAAGTG CTGGGATTAC AGGCTTGAGC CACCGTGCCC AGCAACCATT TCATTTCAAC   5760
TAGAAGTTTC TAAAGGAGAG AGCAGCTTTC ACTAACTAAA TAAGATTGGT CAGCTTTCTG   5820
TAATCGAAAG AGCTAAAATG TTTGATCTTG GTCATTGAAC AGTTCTGCAT ACATGTAACT   5880
AGTGTTTCTT ATTAGGGACTC TGTCTTTTCC CTATAGTGTG GGAGATCAAG AATTGTTACA   5940
AATCACCCCT CAAGGAACCA GGGATGAAAT CAGTTTGGAT TCTGCAAAAA AGGGTAATGG   6000
```

5,753,441

**111**                                    **112**

-continued

```
CAAAGTTTGC  CAACTTAACA  GGCACTGAAA  AGAGAGTGGG  TAGATACAGT  ACTGTAATTA    6060
GATTATTCTG  AAGACCATTT  GGGACCTTTA  CAACCCACAA  AATCTCTTGG  CAGAGTTAGA    6120
GTATCATTCT  CTGTCAAATG  TCGTGGTATG  GTCTGATAGA  TTTAAATGGT  ACTAGACTAA    6180
TGTACCTATA  ATAAGACCTT  CTTGTAACTG  ATTGTTGCCC  TTTCGCTTTT  TTTTTTGTTT    6240
GTTTGTTTGT  TTTTTTTTGA  GATGGGGTCT  CACTCTGTTG  CCCAGGCTGG  AGTGCAGTGA    6300
TGCAATCTTG  GCTCACTGCA  ACCTCCACCT  CCAAAGGCTC  AAGCTATCCT  CCCACTTCAG    6360
CCTCCTGAGT  AGCTGGGACT  ACAGGCGCAT  GCCACCACAC  CCGGTTAATT  TTTTGTGGTT    6420
TTATAGAGAT  GGGGTTTCAC  CATGTTACCG  AGGCTGGTCT  CAAACTCCTG  GACTCAAGCA    6480
GTCTGCCCAC  TTCAGCCTCC  CAAAGTGCTG  CAGTTACAGG  CTTGAGCCAC  TGTGCCTGGC    6540
CTGCCCTTTA  CTTTTAATTG  GTGTATTTGT  GTTTCATCTT  TTACCTACTG  GTTTTTAAAT    6600
ATAGGGAGTG  GTAAGTCTGT  AGATAGAACA  GAGTATTAAG  TAGACTTAAT  GGCCAGTAAT    6660
CTTTAGAGTA  CATCAGAACC  AGTTTTCTGA  TGGCCAATCT  GCTTTTAATT  CACTCTTAGA    6720
CGTTAGAGAA  ATAGGTGTGG  TTTCTGCATA  GGGAAAATTC  TGAAATTAA                  6769
```

( 2 ) INFORMATION FOR SEQ ID NO:21:

     ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 4249 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: double
        ( D ) TOPOLOGY: linear

     ( i i ) MOLECULE TYPE: DNA (genomic)

     ( i i i ) HYPOTHETICAL: NO

     ( i v ) ANTI-SENSE: NO

     ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

     ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:21:

```
GATCCTAAGT  GGAAATAATC  TAGGTAAATA  GGAATTAAAT  GAAAGAGTAT  GAGCTACATC      60
TTCAGTATAC  TTGGTAGTTT  ATGAGGTTAG  TTTCTCTAAT  ATAGCCAGTT  GGTTGATTTC     120
CACCTCCAAG  GTGTATGAAG  TATGTATTTT  TTTAATGACA  ATTCAGTTTT  TGAGTACCTT     180
GTTATTTTTG  TATATTTTCA  GCTGCTTGTG  AATTTTCTGA  GACGGGATGTA  ACAAATACTG     240
AACATCATCA  ACCCAGTAAT  AATGATTTGA  ACACCACTGA  GAAGCGTGCA  GCTGAGAGGC     300
ATCCAGAAAA  GTATCAGGGT  AGTTCTGTTT  CAAACTTGCA  TGTGGAGCCA  TGTGGCACAA     360
ATACTCATGC  CAGCTCATTA  CAGCATGAGA  ACAGCAGTTT  ATTACTCACT  AAAGACAGAA     420
TGAATGTAGA  AAAGGCTGAA  TTCTGTAATA  AAAGCAAACA  GCCTGGCTTA  GCAAGGAGCC     480
AACATAACAG  ATGGGCTGGA  AGTAAGGAAA  CATGTAATGA  TAGGCGGACT  CCCAGCACAG     540
AAAAAAAGGT  AGATCTGAAT  GCTGATCCCC  TGTGTGTGAGAG  AAAAGAATGG  AATAAGCAGA    600
AACTGCCATG  CTCAGAGAAT  CCTAGAGATA  CTGAAGTAGT  TCCTTGGATA  ACACTAAATA     660
GCAGCATTCA  GAAAGTTAAT  GAGTGGTTTT  CCAGAAGTGA  TGAACTGTTA  GGTTCTGATG     720
ACTCACATGA  TGGGGAGTCT  GAATCAAATG  CCAAAGTAGC  TGATGTATTG  GACGTTCTAA     780
ATGAGGTAGA  TGAATATTCT  GGTTCTTCAG  AGAAAATAGA  CTTACTGGCC  AGTGATCCTT     840
ATGAGGCTTT  AATATGTAAA  AGTGAAAGAG  TTCACTCCAA  ATCAGTAGAG  AGTAATATTG     900
AAGGCCAAAT  ATTTGGGAAA  ACCTATCGGA  AGAAGGCAAG  CCTCCCCAAC  TTAAGCCATG     960
TAACTGAAAA  TCTAATTATA  GGAGCATTTG  TTACTGAGCC  ACAGATAATA  CAAGAGCGTC    1020
```

5,753,441

**113**                                                **114**

-continued

```
CCCTCACAAA TAAATTAAAG CGTAAAAGGA GACCTACATC AGGCCTTCAT CCTGAGGATT   1080
TTATCAAGAA AGCAGATTTG GCAGTTCAAA AGACTCCTGA AATGATAAAT CAGGGAACTA   1140
ACCAAACGGA GCAGAATGGT CAAGTGATGA ATATTACTAA TAGTGGTCAT GAGAATAAAA   1200
CAAAAGGTGA TTCTATTCAG AATGAGAAAA ATCCTAACCC AATAGAATCA CTCGAAAAAG   1260
AATCTGCTTT CAAAACGAAA GCTGAACCTA TAAGCAGCAG TATAAGCAAT ATGGAACTCG   1320
AATTAAATAT CCACAATTCA AAAGCACCTA AAAAGAATAG GCTGAGGAGG AAGTCTTCTA   1380
CCAGGCATAT TCATGCGCTT GAACTAGTAG TCAGTAGAAA TCTAAGCCCA CCTAATTGTA   1440
CTGAATTGCA AATTGATAGT TGTTCTAGCA GTGAAGAGAT AAAGAAAAAA AAGTACAACC   1500
AAATGCCAGT CAGGCACAGC AGAAACCTAC AACTCATGGA AGGTAAAGAA CCTGCAACTG   1560
GAGCCAAGAA GAGTAACAAG CCAAATGAAC AGACAAGTAA AAGACATGAC AGCGATACTT   1620
TCCCAGAGCT GAAGTTAACA AATGCACCTG GTTCTTTTAC TAAGTGTTCA AATACCAGTG   1680
AACTTAAAGA ATTTGTCAAT CCTAGCCTTC CAAGAGAAGA AAAAGAAGAG AACTAGAAAC   1740
AGTTAAAGTG TCTAATAATG CTGAAGACCC CAAAGATCTC ATGTTAAGTG GAGAAAGGGT   1800
TTTGCAAACT GAAAGATCTG TAGAGAGTAG CAGTATTTCA TTGGTACCTG GTACTGATTA   1860
TGGCACTCAG GAAAGTATCT CGTTACTGGA AGTTAGCACT CTAGGGAAGG CAAAAACAGA   1920
ACCAAATAAA TGTGTGAGTC AGTGTGCAGC ATTTGAAAAC CCCAAGGGAC TAATTCATGG   1980
TTGTTCCAAA GATAATAGAA ATGCACAGA AGGCTTTAAG TATCCATTGG GACATGAAGT   2040
TAACCACAGT CGGGAAACAA GCATAGAAAT GGAAGAAAGT GAACTTGATG CTCAGTATTT   2100
GCAGAATACA TTCAAGGTTT CAAAGCGCCA GTCATTTGCT CCGTTTTCAA ATCCAGGAAA   2160
TGCAGAAGAG GAATGTGCAA CATTCTCTGC CCACTCTGGG TCCTTAAAGA AACAAAGTCC   2220
AAAAGTCACT TTTGAATGTG AACAAAAGGA AGAAAATCAA GGAAAGAATG AGTCTAATAT   2280
CAAGCCTGTA CAGACAGTTA ATATCACTGC AGGCTTTCCT GTGGTTGGTC AGAAAGATAA   2340
GCCAGTTGAT AATGCCAAAT GTAGTATCAA AGGAGGCTCT AGGTTTGTC TATCATCTCA   2400
GTTCAGAGGC AACGAAACTG GACTCATTAC TCCAAATAAA CATGGACTTT TACAAAACCC   2460
ATATCGTATA CCACCACTTT TTCCCATCAA GTCATTTGTT AAAACTAAAT GTAAGAAAAA   2520
TCTGCTAGAG GAAAACTTTG AGGAACATTC AATGTCACCT GAAAGAGAAA TGGGAAATGA   2580
GAACATTCCA AGTACAGTGA GCACAATTAG CCGTAATAAC ATTAGAGAAA ATGTTTTTAA   2640
AGAAGCCAGC TCAAGCAATA TTAATGAAGT AGGTTCCAGT ACTAATGAAG TGGGCTCCAG   2700
TATTAATGAA ATAGGTTCCA GTGATGAAAA CATTCAAGCA GAACTAGGTA GAAACAGAGG   2760
GCCAAAATTG AATGCTATGC TTAGATTAGG GGTTTTGCAA CCTGAGGTCT ATAAACAAAG   2820
TCTTCCTGGA AGTAATTGTA AGCATCCTGA AATAAAAAAG CAAGAATATG AAGAAGTAGT   2880
TCAGACTGTT AATACAGATT TCTCTCCATA TCTGATTTCA GATAACTTAG AACAGCCTAT   2940
GGGAAGTAGT CATGCATCTC AGGTTTGTTC TGAGACACCT GATGACCTGT TAGATGATGG   3000
TGAAATAAAG GAAGATACTA GTTTTGCTGA AAATGACATT AAGGAAAGTT CTGCTGTTTT   3060
TAGCAAAAGC GTCCAGAAAG GAGAGCTTAG CAGGAGTCCT AGCCCTTTCA CCCATACACA   3120
TTTGGCTCAG GGTTACCGAA GAGGGGCCAA GAAATTAGAG TCCTCAGAAG AGAACTTATC   3180
TAGTGAGGAT GAAGAGCTTC CCTGCTTCCA ACACTTGTTA TTTGGTAAAG TAAACAATAT   3240
ACCTTCTCAG TCTACTAGGC ATAGCACCGT TGCTACCGAG TGTCTGTCTA AGAACACAGA   3300
GGAGAATTTA TTATCATTGA AGAATAGCTT AAATGACTGC AGTAACCAGG TAATATTGGC   3360
AAAGGCATCT CAGGAACATC ACCTTAGTGA GGAAACAAAA TGTTCTGCTA GCTTGTTTTC   3420
```

5,753,441

**115**            **116**

-continued

```
TTCACAGTGC AGTGAATTGG AAGACTTGAC TGCAAATACA AACACCCAGG ATCCTTTCTT   3480
GATTGGTTCT TCCAAACAAA TGAGGCATCA GTCTGAAAGC CAGGGAGTTG GTCTGAGTGA   3540
CAAGGAATTG GTTTCAGATG ATGAAGAAAG AGGAACGGGC TTGGAAGAAA ATAATCAAGA   3600
AGAGCAAAGC ATGGATTCAA ACTTAGGTAT TGGAACCAGG TTTTTGTGTT TGCCCCAGTC   3660
TATTTATAGA AGTGAGCTAA ATGTTTATGC TTTTGGGGAG CACATTTTAC AAATTTCCAA   3720
GTATAGTTAA AGGAACTGCT TCTTAAACTT GAAACATGTT CCTCCTAAGG TGCTTTTCAT   3780
AGAAAAAGT CCTTCACACA GCTAGGACGT CATCTTTGAC TGAATGAGCT TTAACATCCT   3840
AATTACTGGT GGACTTACTT CTGGTTTCAT TTTATAAAGC AAATCCCGGT GTCCCAAAGC   3900
AAGGAATTTA ATCATTTTGT GTGACATGAA AGTAAATCCA GTCCTGCCAA TGAGAAGAAA   3960
AAGACACAGC AAGTTGCAGC GTTTATAGTC TGCTTTTACA TCTGAACCTC TGTTTTTGTT   4020
ATTTAAGGTG AAGCAGCATC TGGGTGTGAG AGTGAAACAA GCGTCTCTGA AGACTGCTCA   4080
GGGCTATCCT CTCAGAGTGA CATTTTAACC ACTCAGGTAA AAAGCGTGTG TGTGTGTGCA   4140
CATGCGTGTG TGTGGTGTCC TTTGCATTCA GTAGTATGTA TCCCACATTC TTAGGTTTGC   4200
TGACATCATC TCTTTGAATT AATGGCACAA TTGTTTGTGG TTCATTGTC            4249
```

( 2 ) INFORMATION FOR SEQ ID NO:22:

  ( i ) SEQUENCE CHARACTERISTICS:
    ( A ) LENGTH: 710 base pairs
    ( B ) TYPE: nucleic acid
    ( C ) STRANDEDNESS: double
    ( D ) TOPOLOGY: linear

  ( i i ) MOLECULE TYPE: DNA (genomic)

  ( i i i ) HYPOTHETICAL: NO

  ( i v ) ANTI-SENSE: NO

  ( v i ) ORIGINAL SOURCE:
    ( A ) ORGANISM: Homo sapiens

  ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:22:

```
NGNGAATGTA ATCCTAATAT TTCNCNCCNA CTTAAAAGAA TACCACTCCA ANGGCATCNC   60
AATACATCAA TCAATTGGGG AATTGGGATT TTCCCTCNCT AACATCANTG GAATAATTTC   120
ATGGCATTAA TTGCATGAAT GTGGTTAGAT TAAAAGGTGT TCATGCTAGA ACTTGTAGTT   180
CCATACTAGG TGATTTCAAT TCCTGTGCTA AAATTAATTT GTATGATATA TTNTCATTTA   240
ATGGAAAGCT TCTCAAAGTA TTTCATTTTC TTGGTACCAT TTATCGTTTT TGAAGCAGAG   300
GGATACCATG CAACATAACC TGATAAAGCT CCAGCAGGAA ATGGCTGAAC TAGAAGCTGT   360
GTTAGAACAG CATGGGAGCC AGCCTTCTAA CAGCTACCCT TCCATCATAA GTGACTCTTC   420
TGCCCTTGAG GACCTGCGAA ATCCAGAACA AAGCACATCA GAAAAAGGTG TGTATTGTTG   480
GCCAAACACT GATATCTTAA GCAAAATTCT TTCCTTCCCC TTTATCTCCT TCTGAAGAGT   540
AAGGACCTAG CTCCAACATT TTATGATCCT TGCTCAGCAC ATGGGTAATT ATGGAGCCTT   600
GGTTCTTGTC CCTGCTCACA ACTAATATAC CAGTCAGAGG GACCCAAGGC AGTCATTCAT   660
GTTGTCATCT GAGATACCTA CAACAAGTAG ATGCTATGGG GAGCCCATGG            710
```

( 2 ) INFORMATION FOR SEQ ID NO:23:

  ( i ) SEQUENCE CHARACTERISTICS:
    ( A ) LENGTH: 473 base pairs
    ( B ) TYPE: nucleic acid
    ( C ) STRANDEDNESS: double

5,753,441

-continued

( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: DNA (genomic)

( i i i ) HYPOTHETICAL: NO

( i v ) ANTI-SENSE: NO

( v i ) ORIGINAL SOURCE:
    ( A ) ORGANISM: Homo sapiens

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:23:

```
CCATTGGTGC TAGCATCTGT CTGTTGCATT GCTTGTGTTT ATAAAATTCT GCCTGATATA        60

CTTGTTAAAA ACCAATTTGT GTATCATAGA TTGATGCTTT TGAAAAAAAT CAGTATTCTA       120

ACCTGAATTA TCACTATCAG AACAAAGCAG TAAAGTAGAT TTGTTTTCTC ATTCCATTTA       180

AAGCAGTATT AACTTCACAG AAAAGTAGTG AATACCCTAT AAGCCAGAAT CCAGAAGGCC       240

TTTCTGCTGA CAAGTTTGAG GTGTCTGCAG ATAGTTCTAC CAGTAAAAAT AAAGAACCAG       300

GAGTGGAAAG GTAAGAAACA TCAATGTAAA GATGCTGTGG TATCTGACAT CTTTATTTAT       360

ATTGAACTCT GATTGTTAAT TTTTTTCACC ATACTTTCTC CAGTTTTTTT GCATACAGGC       420

ATTTATACAC TTTTATTGCT CTAGGATACT TCTTTTGTTT AATCCTATAT AGG             473
```

( 2 ) INFORMATION FOR SEQ ID NO:24:

    ( i ) SEQUENCE CHARACTERISTICS:
      ( A ) LENGTH: 421 base pairs
      ( B ) TYPE: nucleic acid
      ( C ) STRANDEDNESS: double
      ( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: DNA (genomic)

( i i i ) HYPOTHETICAL: NO

( i v ) ANTI-SENSE: NO

( v i ) ORIGINAL SOURCE:
    ( A ) ORGANISM: Homo sapiens

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:24:

```
GGATAAGNTC AAGAGATATT TTGATAGGTG ATGCAGTGAT NAATTGNGAA AATTTNCTGC        60

CTGCTTTTAA TCTTCCCCCG TTCTTTCTTC CTNCTCCCT CCCTTCCTNC CTCCCGTCCT       120

TNCCTTCCT TTCCCTCCCT TCCNCCTTCT TTCCNTCTNT CTTTCCTTTC TTTCCTGTCT       180

ACCTTTCTTT CCTTCCTCCC TTCCTTTTCT TTTCTTTCTT TCCTTTCCTT TTCTTTCCTT       240

TCTTTCCTTT CCTTTCTTTC TTGACAGAGT CTTGCTCTGT CACTCAGGCT GGAGTGCAGT       300

GGCGTGATCT CGNCTCACTG CAACCTCTGT CTCCCAGGTT CAAGCAATTT TCCTGCCTCA       360

GCCTCCCGAG TAGCTGAGAT TACAGGCGCC AGCCACCACA CCCAGCTACT GACCTGCTTT       420

T                                                                       421
```

( 2 ) INFORMATION FOR SEQ ID NO:25:

    ( i ) SEQUENCE CHARACTERISTICS:
      ( A ) LENGTH: 997 base pairs
      ( B ) TYPE: nucleic acid
      ( C ) STRANDEDNESS: double
      ( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: DNA (genomic)

( i i i ) HYPOTHETICAL: NO

( i v ) ANTI-SENSE: NO

5,753,441

**119**                                                                    **120**

-continued
_____

```
        ( v i ) ORIGINAL SOURCE:
              ( A ) ORGANISM: Homo sapiens

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:25:

AAAACAGCTGG GAGATATGGT GCCTCAGACC AACCCCATGT TATATGTCAA CCCTGACATA        60

TTGGCAGGCA ACATGAATCC AGACTTCTAG GCTGTCATGC GGGCTCTTTT TTGCCAGTCA       120

TTTCTGATCT CTCTGACATG AGCTGTTTCA TTTATGCTTT GGCTGCCCAG CAAGTATGAT       180

TTGTCCTTTC ACAATTGGTG GCGATGGTTT TCTCCTTCCA TTTATCTTTC TAGGTCATCC       240

CCTTCTAAAT GCCCATCATT AGATGATAGG TGGTACATGC ACAGTTGCTC TGGGAGTCTT       300

CAGAATAGAA ACTACCCATC TCAAGAGGAG CTCATTAAGG TTGTTGATGT GGAGGAGCAA       360

CAGCTGGAAG AGTCTGGGCC ACACGATTTG ACGGAAACAT CTTACTTGCC AAGGCAAGAT       420

CTAGGTAATA TTTCATCTGC TGTATTGGAA CAAACACTYT GATTTTACTC TGAATCCTAC       480

ATAAAGATAT TCTGGTTAAC CAACTTTTAG ATGTACTAGT CTATCATGCA CACTTTTGTT       540

ATACTTAATT AAGCCCACTT TAGAAAAATA GCTCAAGTGT TAATCAAGGT TTACTTGAAA       600

ATTATTGAAA CTGTTAATCC ATCTATATTT TAATTAATGG TTTAACTAAT GATTTGAGG       660

ATGWGGGAGT CKTGGTGTAC TCTAMATGTA TTATTTCAGG CCAGGCATAG TGGCTCACGC       720

CTGGTAATCC CAGTAYYCMR GAGCCCGAGG CAGGTGGAGC CAGCTGAGGT CAGGAGTTCA       780

AGACCTGTCT TGGCCAACAT GGGNGAAACC CTGTCTTCTT CTTAAAAAAN ACAAAAAAAA       840

TTAACTGGGT TGTGCTTAGG TGNATGCCCC GNATCCTAGT TNTTCTTGNG GGTTGAGGGA       900

GGAGATCACN TTGGACCCCG GAGGGGNGGG TGGGGGNGAG CAGGNCAAAA CACNGACCCA       960

GCTGGGGTGG AAGGGAAGCC CACTCNAAAA AANNTTN                               997


   ( 2 ) INFORMATION FOR SEQ ID NO:26:

        ( i ) SEQUENCE CHARACTERISTICS:
              ( A ) LENGTH: 639 base pairs
              ( B ) TYPE: nucleic acid
              ( C ) STRANDEDNESS: double
              ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: DNA (genomic)

        ( i i i ) HYPOTHETICAL: NO

        ( i v ) ANTI-SENSE: NO

        ( v i ) ORIGINAL SOURCE:
              ( A ) ORGANISM: Homo sapiens

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:26:

TTTTTAGGAA ACAAGCTACT TTGGATTTCC ACCAACACCT GTATTCATGT ACCCATTTTT        60

CTCTTAACCT AACTTTATTG GTCTTTTTAA TTCTTAACAG AGACCAGAAC TTTGTAATTC       120

AACATTCATC GTTGTGTAAA TTAAACTTCT CCCATTCCTT TCAGAGGGAA CCCCTTACCT       180

GGAATCTGGA ATCAGCCTCT TCTCTGATGA CCCTGAATCT GATCCTTCTG AAGACAGAGC       240

CCCAGAGTCA GCTCGTGTTG GCAACATACC ATCTTCAACC TCTGCATTGA AAGTTCCCCA       300

ATTGAAAGTT GCAGAATCTG CCCAGAGTCC AGCTGCTGCT CATACTACTG ATACTGCTGG       360

GTATAAATGCA ATGGAAGAAA GTGTGAGCAG GGAGAAGCCA GAATTGACAG CTTCAACAGA       420

AAGGGTCAAC AAAAGAAATGT CCATGGTGGT GTCTGGCCTG ACCCCAGAAG AATTTGTGAG       480

TGTATCCATA TGTATCTCCC TAATGACTAA GACTTAACAA CATTCTGAAA AGAGTTTTAT       540

GTAGGTATTG TCAATTAATA ACCTAGAGGA AGAAATCTAG AAAACAATCA CAGTTCTGTG       600

TAATTTAATT TCGATTACTA ATTTCTGAAA ATTTAGAAY                             639
```

**A000330**

5,753,441

121       122

-continued

( 2 ) INFORMATION FOR SEQ ID NO:27:

    ( i ) SEQUENCE CHARACTERISTICS:
       ( A ) LENGTH: 922 base pairs
       ( B ) TYPE: nucleic acid
       ( C ) STRANDEDNESS: double
       ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( i v ) ANTI-SENSE: NO

    ( v i ) ORIGINAL SOURCE:
       ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:27:

```
NCCCNNCCCC CNAATCTGAA ATGGGGGTAA CCCCCCCCCA ACCGANACNT GGGTNGCNTA        60
GAGANTTTAA TGGCCCNTTC TGAGGNACAN AAGCTTAAGC CAGGNGACGT GGANCNATGN       120
GTTGTTTNTT GTTTGGTTAC CTCCAGCCTG GGTGACAGAG CAAGACTCTG TCTAAAAAAA       180
AAAAAAAAAA AAATCGACTT TAAATAGTTC CAGGACACGT GTAGAACGTG CAGGATTGCT       240
ACGTAGGTAA ACATATGCCA TGGTGGGATA ACTAGTATTC TGAGCTGTGT GCTAGAGGTA       300
ACTCATGATA ATGGAATATT TGATTTAATT TCAGATGCTC GTGTACAAGT TTGCCAGAAA       360
ACACCACATC ACTTTAACTA ATCTAATTAC TGAAGAGACT ACTCATGTTG TTATGAAAAC       420
AGGTATACCA AGAACCTTTA CAGAATACCT TGCATCTGCT GCATAAAACC ACATGAGGCG       480
AGGCACGGTG GCGCATGCCT GTAATCGCAG CACTTTGGGA GGCCGAGGCG GGCAGATCAC       540
GAGATTAGGA GATCGAGACC ATCCTGGCCA GCATGGTGAA ACCCCGTCTC TACTANNAAA       600
TGGNAAAATT ANCTGGGTGT GGTCGCGTGC NCCTGTAGTC CCAGCTACTC GTGAGGCTGA       660
GGCAGGAGAA TCACTTGAAC CGGGGAAATG GAGGTTTCAG TGAGCAGAGA TCATNCCCCT       720
NCATTCCAGC CTGGCGACAG AGCAAGGCTC CGTCNCCNAA AAAATAAAAA AAAACGTGAA       780
CAAAATAAGAA TATTTGTTGA GCATAGCATG GATGATAGTC TTCTAATAGT CAATCAATTA       840
CTTTATGAAA GACAAATAAT AGTTTTGCTG CTTCCTTACC TCCTTTTGTT TTGGGTTAAG       900
ATTTGGAGTG TGGGCCAGGC AC                                               922
```

( 2 ) INFORMATION FOR SEQ ID NO:28:

    ( i ) SEQUENCE CHARACTERISTICS:
       ( A ) LENGTH: 867 base pairs
       ( B ) TYPE: nucleic acid
       ( C ) STRANDEDNESS: double
       ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( i v ) ANTI-SENSE: NO

    ( v i ) ORIGINAL SOURCE:
       ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:28:

```
GATCTATAGC TAGCCTTGGC GTCTAGAAGA TGGGTGTTGA GAAGAGGGAG TGGAAAGATA        60
TTTCCTCTGG TCTTAACTTC ATATCAGCCT CCCCTAGACT TCCAAATATC CATACCTGCT       120
GGTTATAATT AGTGGTGTTT TCAGCCTCTG ATTCTGTCAC CAGGGGTTTT AGAATCATAA       180
ATCCAGATTG ATCTTGGGAG TGTAAAAAAC TGAGGCTCTT TAGCTTCCTTA GGACAGCACT       240
```

A000331

.

5,753,441

**123**                                           **124**

-continued
_____

```
TCCTGATTTT  GTTTTCAACT  TCTAATCCTT  TGAGTGTTTT  TCATTCTGCA  GATGCTGAGT    300
TTGTGTGTGA  ACGGACACTG  AAATATTTTC  TAGGAATTGC  GGGAGGAAAA  TGGGTAGTTA    360
GCTATTTCTG  TAAGTATAAT  ACTATTTCTC  CCCTCCTCCC  TTTAACACCT  CAGAATTGCA    420
TTTTTACACC  TAACATTTAA  CACCTAAGGT  TTTTGCTGAT  GCTGAGTCTG  AGTTACCAAA    480
AGGTCTTTAA  ATTGTAATAC  TAAACTACTT  TTATCTTTAA  TATCACTTTG  TTCAAGATAA    540
GCTGGTGATG  CTGGGAAAAT  GGGTCTCTTT  TATAACTAAT  AGGACCTAAT  CTGCTCCTAG    600
CAATGTTAGC  ATATGAGCTA  GGGATTTATT  TAATAGTCGG  CAGGAATCCA  TGTGCARCAG    660
NCAAACTTAT  AATGTTTAAA  TTAAACATCA  ACTCTGTCTC  CAGAAGGAAA  CTGCTGCTAC    720
AAGCCTTATT  AAAGGGCTGT  GGCTTTAGAG  GGAAGGACCT  CTCCTCTGTC  ATTCTTCCTG    780
TGCTCTTTTG  TGAATCGCTG  ACCTCTCTAT  CTCCGTGAAA  AGAGCACGTT  CTTCTGCTGT    840
ATGTAACCTG  TCTTTTCTAT  GATCTCT                                         867
```

( 2 ) INFORMATION FOR SEQ ID NO:29:

   ( i ) SEQUENCE CHARACTERISTICS:
         ( A ) LENGTH: 561 base pairs
         ( B ) TYPE: nucleic acid
         ( C ) STRANDEDNESS: double
         ( D ) TOPOLOGY: linear

   ( i i ) MOLECULE TYPE: DNA (genomic)

   ( i i i ) HYPOTHETICAL: NO

   ( i v ) ANTI-SENSE: NO

   ( v i ) ORIGINAL SOURCE:
         ( A ) ORGANISM: Homo sapiens

   ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:29:

```
NAAAAACGGG  GNNGGGANTG  GGCCTTAAAN  CCAAAGGGCN  AACTCCCCAA  CCATTNAAAA     60
ANTGACNGGG  GATTATTAAA  ANCGGCGGGA  AACATTTCAC  NGCCCAACTA  ATATTGTTAA    120
ATTAAAACCA  CCACCNCTGC  NCCAAGGAGG  GAAACTGCTG  CTACAAGCCT  TATTAAAGGG    180
CTGTGGCTTT  AGAGGGAAGG  ACCTCTCCTC  TGTCATTCTT  CCTGTGCTCT  TTTGTGAATC    240
GCTGACCTCT  CTATGTCCGT  GAAAAGAGCA  CGTTCTTCGT  CTGTATGTAA  CCTGTCTTTT    300
CTATGATCTC  TTTAGGGGTG  ACCCAGTCTA  TTAAAGAAAG  AAAAATGCTG  AATGAGGTAA    360
GTACTTGATG  TTACAAACTA  ACCAGAGATA  TTCATTCAGT  CATATAGTTA  AAAATGTATT    420
TGCTTCCTTC  CATCAATGCA  CCACTTTCCT  TAACAATGCA  CAAATTTTCC  ATGATAATGA    480
GGATCATCAA  GAATTATGCA  GGCCTGCACT  GTGGCTCATA  CCTATAATCC  CAGCGCTTTG    540
GGAGGCCGAG  GCGCTTGGAT  C                                               561
```

( 2 ) INFORMATION FOR SEQ ID NO:30:

   ( i ) SEQUENCE CHARACTERISTICS:
         ( A ) LENGTH: 567 base pairs
         ( B ) TYPE: nucleic acid
         ( C ) STRANDEDNESS: double
         ( D ) TOPOLOGY: linear

   ( i i ) MOLECULE TYPE: DNA (genomic)

   ( i i i ) HYPOTHETICAL: NO

   ( i v ) ANTI-SENSE: NO

   ( v i ) ORIGINAL SOURCE:
         ( A ) ORGANISM: Homo sapiens

5,753,441

**125** **126**

-continued

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:30:

```
AATTTTTTGT ATTTTTAGTA GAGATGAGGT TCACCATGTT GGTGCTAGATC TGGTGTCGAA        60

CGTCCTGACC TCAAGTGATC TGCCAGCCTC AGTCTCCCAA AGTGCTAGGA TTACAGGGGT        120

GAGCCACTGC GCCTGGCCTG AATGCCTAAA ATATGACGTG TCTGCTCCAC TTCCATTGAA        180

GGAAGCTTCT CTTTCTCTTA TCCTGATGGG TTGTGTTTGG TTTCTTTCAG CATGATTTTG        240

AAGTCAGAGG AGATGTGGTC AATGGAAGAA ACCACCAAGG TCCAAAGCGA GCAAGAGAAT        300

CCCAGGACAG AAAGGTAAAG CTCCCTCCCT CAAGTTGACA AAAATCTCAC CCCACCACTC        360

TGTATTCCAC TCCCCTTTGC AGAGATGGGC CGCTTCATTT TGTAAGACTT ATTACATACA        420

TACACAGTGC TAGATACTTT CACACAGGTT CTTTTTTCAC TCTTCCATCC CAACCACATA        480

AATAAGTATT GTCTCTACTT TATGAATGAT AAAACTAAGA GATTTAGAGA GGCTGTGTAA        540

TTTGGATTCC CGTCTCGGGT TCAGATC        567
```

( 2 ) INFORMATION FOR SEQ ID NO:31:

   ( i ) SEQUENCE CHARACTERISTICS:
      ( A ) LENGTH: 633 base pairs
      ( B ) TYPE: nucleic acid
      ( C ) STRANDEDNESS: double
      ( D ) TOPOLOGY: linear

   ( i i ) MOLECULE TYPE: DNA (genomic)

   ( i i i ) HYPOTHETICAL: NO

   ( i v ) ANTI-SENSE: NO

   ( v i ) ORIGINAL SOURCE:
      ( A ) ORGANISM: Homo sapiens

   ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:31:

```
TTGGCCTGAT TGGTGACAAA AGTGAGATGC TCAGTCCTTG AATGACAAAG AATGCCTGTA        60

GAGTTGCAGG TCCAACTACA TATGCACTTC AAGAAGATCT TCTGAAATCT AGTAGTGTTC        120

TGGACATTGG ACTGCTTGTC CCTGGGAAGT AGCAGCAGAA ATGATCGGTG GTGAACAGAA        180

GAAAAAGAAA AGCTCTTCCT TTTTGAAAGT CTGTTTTTTG AATAAAAGCC AATATTCTTT        240

TATAACTAGA TTTTCCTTCT CTCCATTCCC CTGTCCCTCT CTCTTCCTCT CTTCTTCCAG        300

ATCTTCAGGG GGCTAGAAAT CTGTTGCTAT GGGCCCTTCA CCAACATGCC CACAGGTAAG        360

AGCCTGGGAG AAACCCCAGAG TTCCAGCACC AGCCTTTGTC TTACATAGTG GAGTATTATA        420

AGCAAGGTCC CACGATGGGG GTTCCTCAGA TTGCTGAAAT GTTCTAGAGG CTATTCTATT        480

TCTCTACCAC TCTCCAAACA AAACAGCACC TAAATGTTAT CCTATGGCAA AAAAAAACTA        540

TACCTTGTCC CCCTTCTCAA GAGCATGAAG GTGGTTAATA GTTAGGGATTC AGTATGTTAT        600

GTGTTCAGAT GGCGTTGAGC TGCTGTTAGT GCC        633
```

( 2 ) INFORMATION FOR SEQ ID NO:32:

   ( i ) SEQUENCE CHARACTERISTICS:
      ( A ) LENGTH: 470 base pairs
      ( B ) TYPE: nucleic acid
      ( C ) STRANDEDNESS: double
      ( D ) TOPOLOGY: linear

   ( i i ) MOLECULE TYPE: DNA (genomic)

   ( i i i ) HYPOTHETICAL: NO

   ( i v ) ANTI-SENSE: NO

5,753,441

|       |       |
|-------|-------|
| 127   | 128   |

-continued

---

( v i ) ORIGINAL SOURCE:
    ( A ) ORGANISM: Homo sapiens

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:32:

```
TTTGAGAGAC TATCAAACCT TATACCAAGT GGCCTTATGG AGACTGATAA CCAGAGTACA        60
TGGCATATCA GTGGCAAATT GACTTAAAAT CCATACCCCT ACTATTTTAA GACCATTGTC       120
CTTTGGAGCA GAGAGACAGA CTCTCCCATT GAGAGGTCTT GCTATAAGCC TTCATCCGGA       180
GAGTGTAGGG TAGAGGGCCT GGGTTAAGTA TGCAGATTAC TGCAGTGATT TTACATGTAA       240
ATGTCCATTT TAGATCAACT GGAATGGATG GTACAGCTGT GTGGTGCTTC TGTGGTGAAG       300
GAGCTTTCAT CATTCACCCT TGGCACAGTA AGTATTGGGT GCCCTGTCAG TGTGGGAGGA       360
CACAATATTC TCTCCTGTGA GCAAGACTGG CACCTGTCAG TCCCTATGGA TGCCCCTACT       420
GTAGCCTCAG AAGTCTTCTC TGCCCACATA CCTGTGCCAA AAGACTCCAT                  470
```

( 2 ) INFORMATION FOR SEQ ID NO:33:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 517 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: double
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( i v ) ANTI-SENSE: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:33:

```
GGTGGTACGT GTCTGTAGTT CCAGCTACTT GGGAGGCTGA GATGGAGGGA TTGCTTGAGC        60
CCAGGAGGCA GAGGTTGGNAN NTTACGCTGA GATCACACCA CTGCACTCCA GCCTGGGTGA       120
CAGAGCAAGA CCCTGTCTCA AAAACAAACA AAAAAAATGA TGAAGTGACA GTTCCAGTAG       180
TCCTACTTTG ACACTTTGAA TGCTCTTTCC TTCCTGGGGA TCCAGGGTGT CCACCCAATT       240
GTGGTTGTGC AGCCAGATGC CTGGACAGAG GACAATGGCT TCCATGGTAA GGTGCCTCGC       300
ATGTACCTGT GCTATTAGTG GGGTCCTTGT GCATGGGTTT GGTTTATCAC TCATTACCTG       360
GTGCTTGAGT AGCACAGTTC TTGGCACATT TTTAAATATT TGTTGAATGA ATGGCTAAAA       420
TGTCTTTTTG ATGTTTTTAT TGTTATTTGT TTTATATTGT AAAAGTAATA CATGAACTGT       480
TTCCATGGGG TGGGAGTAAG ATATGAATGT TCATCAC                                517
```

( 2 ) INFORMATION FOR SEQ ID NO:34:

    ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 434 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: double
        ( D ) TOPOLOGY: linear

    ( i i ) MOLECULE TYPE: DNA (genomic)

    ( i i i ) HYPOTHETICAL: NO

    ( i v ) ANTI-SENSE: NO

    ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

    ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:34:

```
CAGTAATCCT NAGAACTCAT ACGACCGGGC CCCTGGGAGTC GNTGNTTNGA GCCTAGTCCN        60
```

5,753,441

129                                                          130

-continued

```
GGAGAATGAA TTGACACTAA TCTCTGCTTG TGTTCTCTGT CTCCAGCAAT TGGGCAGATG    120

TGTGAGGCAC CTGTGGTGAC CCGAGAGTGG GTGTTGGACA GTGTAGCACT CTACCAGTGC    180

CAGGAGCTGG ACACCTACCT GATACCCCAG ATCCCCCACA GCCACTACTG ACTGCAGCCA    240

GCCACAGGTA CAGAGCCACA GGACCCCAAG AATGAGCTTA CAAAGTGGCC TTTCCAGGCC    300

CTGGGGACTC CTCTCACTCT TCAGTCCTTC TACTGTCCTG GCTACTAAAT ATTTTATGTA    360

CATCAGCCTG AAAAGGACTT CTGGCTATGC AAGGGTCCCT TAAAGATTTT CTGCTTGAAG    420

TCTCCCTTGG AAAT                                                      434
```

( 2 ) INFORMATION FOR SEQ ID NO:35:

      ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 30 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

      ( i i ) MOLECULE TYPE: DNA (genomic)

      ( i i i ) HYPOTHETICAL: NO

      ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

      ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:35:

```
GATAAATTAA AACTGCGACT GCGCGGCGTG                                       30
```

( 2 ) INFORMATION FOR SEQ ID NO:36:

      ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 30 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

      ( i i ) MOLECULE TYPE: DNA (genomic)

      ( i i i ) HYPOTHETICAL: NO

      ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

      ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:36:

```
GTAGTAGAGT CCCGGGAAAG GGACAGGGGG                                       30
```

( 2 ) INFORMATION FOR SEQ ID NO:37:

      ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 30 base pairs
        ( B ) TYPE: nucleic acid
        ( C ) STRANDEDNESS: single
        ( D ) TOPOLOGY: linear

      ( i i ) MOLECULE TYPE: DNA (genomic)

      ( i i i ) HYPOTHETICAL: NO

      ( v i ) ORIGINAL SOURCE:
        ( A ) ORGANISM: Homo sapiens

      ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:37:

```
ATATATATAT GTTTTTCTAA TGTGTTAAAG                                       30
```

( 2 ) INFORMATION FOR SEQ ID NO:38:

      ( i ) SEQUENCE CHARACTERISTICS:
        ( A ) LENGTH: 30 base pairs

5,753,441

-continued

    ( B ) TYPE: nucleic acid
    ( C ) STRANDEDNESS: single
    ( D ) TOPOLOGY: linear

  ( i i ) MOLECULE TYPE: DNA (genomic)

 ( i i i ) HYPOTHETICAL: NO

   ( v i ) ORIGINAL SOURCE:
    ( A ) ORGANISM: Homo sapiens

  ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:38:

GTAAGTCAGC  ACAAGAGTGT  ATTAATTTGG                                          3 0

( 2 ) INFORMATION FOR SEQ ID NO:39:

   ( i ) SEQUENCE CHARACTERISTICS:
    ( A ) LENGTH: 30 base pairs
    ( B ) TYPE: nucleic acid
    ( C ) STRANDEDNESS: single
    ( D ) TOPOLOGY: linear

  ( i i ) MOLECULE TYPE: DNA (genomic)

 ( i i i ) HYPOTHETICAL: NO

   ( v i ) ORIGINAL SOURCE:
    ( A ) ORGANISM: Homo sapiens

  ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:39:

TTTCTTTTTC  TCCCCCCCCT  ACCCTGCTAG                                          3 0

( 2 ) INFORMATION FOR SEQ ID NO:40:

   ( i ) SEQUENCE CHARACTERISTICS:
    ( A ) LENGTH: 30 base pairs
    ( B ) TYPE: nucleic acid
    ( C ) STRANDEDNESS: single
    ( D ) TOPOLOGY: linear

  ( i i ) MOLECULE TYPE: DNA (genomic)

 ( i i i ) HYPOTHETICAL: NO

   ( v i ) ORIGINAL SOURCE:
    ( A ) ORGANISM: Homo sapiens

  ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:40:

GTAAGTTTGA  ATGTGTTATG  TGGCTCCATT                                          3 0

( 2 ) INFORMATION FOR SEQ ID NO:41:

   ( i ) SEQUENCE CHARACTERISTICS:
    ( A ) LENGTH: 30 base pairs
    ( B ) TYPE: nucleic acid
    ( C ) STRANDEDNESS: single
    ( D ) TOPOLOGY: linear

  ( i i ) MOLECULE TYPE: DNA (genomic)

 ( i i i ) HYPOTHETICAL: NO

   ( v i ) ORIGINAL SOURCE:
    ( A ) ORGANISM: Homo sapiens

  ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:41:

AGCTACTTTT  TTTTTTTTTT  TTTGAGACAG                                          3 0

( 2 ) INFORMATION FOR SEQ ID NO:42:

   ( i ) SEQUENCE CHARACTERISTICS:
    ( A ) LENGTH: 30 base pairs

5,753,441

<table>
<tr><td>133</td><td>134</td></tr>
</table>

-continued

```
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: single
                    ( D ) TOPOLOGY: linear

            ( i i ) MOLECULE TYPE: DNA (genomic)

        ( i i i ) HYPOTHETICAL: NO

            ( v i ) ORIGINAL SOURCE:
                    ( A ) ORGANISM: Homo sapiens

            ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:42:

GTAAGTGCAC ACCACCATAT CCAGCTAAAT                                           3 0


( 2 ) INFORMATION FOR SEQ ID NO:43:

            ( i ) SEQUENCE CHARACTERISTICS:
                    ( A ) LENGTH: 30 base pairs
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: single
                    ( D ) TOPOLOGY: linear

            ( i i ) MOLECULE TYPE: DNA (genomic)

        ( i i i ) HYPOTHETICAL: NO

            ( v i ) ORIGINAL SOURCE:
                    ( A ) ORGANISM: Homo sapiens

            ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:43:

AATTGTTCTT TCTTTCTTTA TAATTTATAG                                           3 0


( 2 ) INFORMATION FOR SEQ ID NO:44:

            ( i ) SEQUENCE CHARACTERISTICS:
                    ( A ) LENGTH: 30 base pairs
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: single
                    ( D ) TOPOLOGY: linear

            ( i i ) MOLECULE TYPE: DNA (genomic)

        ( i i i ) HYPOTHETICAL: NO

            ( v i ) ORIGINAL SOURCE:
                    ( A ) ORGANISM: Homo sapiens

            ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:44:

GTATATAATT TGGTAATGAT GCTAGGTTGG                                           3 0


( 2 ) INFORMATION FOR SEQ ID NO:45:

            ( i ) SEQUENCE CHARACTERISTICS:
                    ( A ) LENGTH: 30 base pairs
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: single
                    ( D ) TOPOLOGY: linear

            ( i i ) MOLECULE TYPE: DNA (genomic)

        ( i i i ) HYPOTHETICAL: NO

            ( v i ) ORIGINAL SOURCE:
                    ( A ) ORGANISM: Homo sapiens

            ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:45:

GAGTGTGTTT CTCAAACAAT TTAATTTCAG                                           3 0


( 2 ) INFORMATION FOR SEQ ID NO:46:

            ( i ) SEQUENCE CHARACTERISTICS:
                    ( A ) LENGTH: 30 base pairs
```

A000337

5,753,441

135                                                    136

-continued

                ( B ) TYPE: nucleic acid
                ( C ) STRANDEDNESS: single
                ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: DNA (genomic)

      ( i i i ) HYPOTHETICAL: NO

        ( v i ) ORIGINAL SOURCE:
                ( A ) ORGANISM: Homo sapiens

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:46:

GTAAGTGTTG AATATCCCAA GAATGACACT                                    30


( 2 ) INFORMATION FOR SEQ ID NO:47:

        ( i ) SEQUENCE CHARACTERISTICS:
                ( A ) LENGTH: 30 base pairs
                ( B ) TYPE: nucleic acid
                ( C ) STRANDEDNESS: single
                ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: DNA (genomic)

      ( i i i ) HYPOTHETICAL: NO

        ( v i ) ORIGINAL SOURCE:
                ( A ) ORGANISM: Homo sapiens

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:47:

AAACATAATG TTTTCCCTTG TATTTTACAG                                    30


( 2 ) INFORMATION FOR SEQ ID NO:48:

        ( i ) SEQUENCE CHARACTERISTICS:
                ( A ) LENGTH: 30 base pairs
                ( B ) TYPE: nucleic acid
                ( C ) STRANDEDNESS: single
                ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: DNA (genomic)

      ( i i i ) HYPOTHETICAL: NO

        ( v i ) ORIGINAL SOURCE:
                ( A ) ORGANISM: Homo sapiens

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:48:

GTAAAACCAT TTGTTTTCTT CTTCTTCTTC                                    30


( 2 ) INFORMATION FOR SEQ ID NO:49:

        ( i ) SEQUENCE CHARACTERISTICS:
                ( A ) LENGTH: 30 base pairs
                ( B ) TYPE: nucleic acid
                ( C ) STRANDEDNESS: single
                ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: DNA (genomic)

      ( i i i ) HYPOTHETICAL: NO

        ( v i ) ORIGINAL SOURCE:
                ( A ) ORGANISM: Homo sapiens

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:49:

TGCTTGACTG TTCTTTACCA TACTGTTTAG                                    30


( 2 ) INFORMATION FOR SEQ ID NO:50:

        ( i ) SEQUENCE CHARACTERISTICS:
                ( A ) LENGTH: 30 base pairs

A000338

5,753,441

-continued

```
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: single
                    ( D ) TOPOLOGY: linear

          ( i i ) MOLECULE TYPE: DNA (genomic)

        ( i i i ) HYPOTHETICAL: NO

          ( v i ) ORIGINAL SOURCE:
                    ( A ) ORGANISM: Homo sapiens

          ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:50:

GTAAGGGTCT CAGGTTTTTT AAGTATTTAA                                    30


( 2 ) INFORMATION FOR SEQ ID NO:51:

          ( i ) SEQUENCE CHARACTERISTICS:
                    ( A ) LENGTH: 30 base pairs
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: single
                    ( D ) TOPOLOGY: linear

          ( i i ) MOLECULE TYPE: DNA (genomic)

        ( i i i ) HYPOTHETICAL: NO

          ( v i ) ORIGINAL SOURCE:
                    ( A ) ORGANISM: Homo sapiens

          ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:51:

TGATTTATTT TTTGGGGGGA AATTTTTTAG                                    30


( 2 ) INFORMATION FOR SEQ ID NO:52:

          ( i ) SEQUENCE CHARACTERISTICS:
                    ( A ) LENGTH: 30 base pairs
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: single
                    ( D ) TOPOLOGY: linear

          ( i i ) MOLECULE TYPE: DNA (genomic)

        ( i i i ) HYPOTHETICAL: NO

          ( v i ) ORIGINAL SOURCE:
                    ( A ) ORGANISM: Homo sapiens

          ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:52:

GTGAGTCAAA GAGAACCTTT GTCTATGAAG                                    30


( 2 ) INFORMATION FOR SEQ ID NO:53:

          ( i ) SEQUENCE CHARACTERISTICS:
                    ( A ) LENGTH: 30 base pairs
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: single
                    ( D ) TOPOLOGY: linear

          ( i i ) MOLECULE TYPE: DNA (genomic)

        ( i i i ) HYPOTHETICAL: NO

          ( v i ) ORIGINAL SOURCE:
                    ( A ) ORGANISM: Homo sapiens

          ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:53:

TCTTATTAGG ACTCTGTCTT TTCCCTATAG                                    30


( 2 ) INFORMATION FOR SEQ ID NO:54:

          ( i ) SEQUENCE CHARACTERISTICS:
                    ( A ) LENGTH: 30 base pairs
```

5,753,441

| 139 | 140 |
|---|---|

-continued

( B ) TYPE: nucleic acid
( C ) STRANDEDNESS: single
( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: DNA (genomic)

( i i i ) HYPOTHETICAL: NO

( v i ) ORIGINAL SOURCE:
( A ) ORGANISM: Homo sapiens

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:54:

GTAATGGCAA AGTTTGCCAA CTTAACAGGC                                    30


( 2 ) INFORMATION FOR SEQ ID NO:55:

( i ) SEQUENCE CHARACTERISTICS:
( A ) LENGTH: 30 base pairs
( B ) TYPE: nucleic acid
( C ) STRANDEDNESS: single
( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: DNA (genomic)

( i i i ) HYPOTHETICAL: NO

( v i ) ORIGINAL SOURCE:
( A ) ORGANISM: Homo sapiens

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:55:

GAGTACCTTG TTATTTTTGT ATATTTTCAG                                    30


( 2 ) INFORMATION FOR SEQ ID NO:56:

( i ) SEQUENCE CHARACTERISTICS:
( A ) LENGTH: 30 base pairs
( B ) TYPE: nucleic acid
( C ) STRANDEDNESS: single
( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: DNA (genomic)

( i i i ) HYPOTHETICAL: NO

( v i ) ORIGINAL SOURCE:
( A ) ORGANISM: Homo sapiens

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:56:

GTATTGGAAC CAGGTTTTTG TGTTTGCCCC                                    30


( 2 ) INFORMATION FOR SEQ ID NO:57:

( i ) SEQUENCE CHARACTERISTICS:
( A ) LENGTH: 30 base pairs
( B ) TYPE: nucleic acid
( C ) STRANDEDNESS: single
( D ) TOPOLOGY: linear

( i i ) MOLECULE TYPE: DNA (genomic)

( i i i ) HYPOTHETICAL: NO

( v i ) ORIGINAL SOURCE:
( A ) ORGANISM: Homo sapiens

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:57:

ACATCTGAAC CTCTGTTTTT GTTATTTAAG                                    30


( 2 ) INFORMATION FOR SEQ ID NO:58:

( i ) SEQUENCE CHARACTERISTICS:
( A ) LENGTH: 30 base pairs

5,753,441

-continued

```
                ( B ) TYPE: nucleic acid
                ( C ) STRANDEDNESS: single
                ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: DNA (genomic)

        ( i i i ) HYPOTHETICAL: NO

        ( v i ) ORIGINAL SOURCE:
                ( A ) ORGANISM: Homo sapiens

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:58:

A G G T A A A A A G   C G T G T G T G T G   T G T G C A C A T G                                    3 0


( 2 ) INFORMATION FOR SEQ ID NO:59:

        ( i ) SEQUENCE CHARACTERISTICS:
                ( A ) LENGTH: 30 base pairs
                ( B ) TYPE: nucleic acid
                ( C ) STRANDEDNESS: single
                ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: DNA (genomic)

        ( i i i ) HYPOTHETICAL: NO

        ( v i ) ORIGINAL SOURCE:
                ( A ) ORGANISM: Homo sapiens

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:59:

C A T T T C T T G   G T A C C A T T T A   T C G T T T T T G A                                    3 0


( 2 ) INFORMATION FOR SEQ ID NO:60:

        ( i ) SEQUENCE CHARACTERISTICS:
                ( A ) LENGTH: 30 base pairs
                ( B ) TYPE: nucleic acid
                ( C ) STRANDEDNESS: single
                ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: DNA (genomic)

        ( i i i ) HYPOTHETICAL: NO

        ( v i ) ORIGINAL SOURCE:
                ( A ) ORGANISM: Homo sapiens

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:60:

G T G T G T A T T G   T T G G C C A A A C   A C T G A T A T C T                                    3 0


( 2 ) INFORMATION FOR SEQ ID NO:61:

        ( i ) SEQUENCE CHARACTERISTICS:
                ( A ) LENGTH: 30 base pairs
                ( B ) TYPE: nucleic acid
                ( C ) STRANDEDNESS: single
                ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: DNA (genomic)

        ( i i i ) HYPOTHETICAL: NO

        ( v i ) ORIGINAL SOURCE:
                ( A ) ORGANISM: Homo sapiens

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:61:

A G T A G A T T T G   T T T T C T C A T T   C C A T T T A A A G                                    3 0


( 2 ) INFORMATION FOR SEQ ID NO:62:

        ( i ) SEQUENCE CHARACTERISTICS:
                ( A ) LENGTH: 30 base pairs
```

5,753,441

-continued

```
          ( B ) TYPE: nucleic acid
          ( C ) STRANDEDNESS: single
          ( D ) TOPOLOGY: linear

     ( i i ) MOLECULE TYPE: DNA (genomic)

   ( i i i ) HYPOTHETICAL: NO

     ( v i ) ORIGINAL SOURCE:
          ( A ) ORGANISM: Homo sapiens

     ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:62:

GTAAGAAACA TCAATGTAAA GATGCTGTGG                                    3 0


( 2 ) INFORMATION FOR SEQ ID NO:63:

     ( i ) SEQUENCE CHARACTERISTICS:
          ( A ) LENGTH: 30 base pairs
          ( B ) TYPE: nucleic acid
          ( C ) STRANDEDNESS: single
          ( D ) TOPOLOGY: linear

     ( i i ) MOLECULE TYPE: DNA (genomic)

   ( i i i ) HYPOTHETICAL: NO

     ( v i ) ORIGINAL SOURCE:
          ( A ) ORGANISM: Homo sapiens

     ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:63:

ATGGTTTTCT CCTTCCATTT ATCTTTCTAG                                    3 0


( 2 ) INFORMATION FOR SEQ ID NO:64:

     ( i ) SEQUENCE CHARACTERISTICS:
          ( A ) LENGTH: 30 base pairs
          ( B ) TYPE: nucleic acid
          ( C ) STRANDEDNESS: single
          ( D ) TOPOLOGY: linear

     ( i i ) MOLECULE TYPE: DNA (genomic)

   ( i i i ) HYPOTHETICAL: NO

     ( v i ) ORIGINAL SOURCE:
          ( A ) ORGANISM: Homo sapiens

     ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:64:

GTAATATTTC ATCTGCTGTA TTGGAACAAA                                    3 0


( 2 ) INFORMATION FOR SEQ ID NO:65:

     ( i ) SEQUENCE CHARACTERISTICS:
          ( A ) LENGTH: 30 base pairs
          ( B ) TYPE: nucleic acid
          ( C ) STRANDEDNESS: single
          ( D ) TOPOLOGY: linear

     ( i i ) MOLECULE TYPE: DNA (genomic)

   ( i i i ) HYPOTHETICAL: NO

     ( v i ) ORIGINAL SOURCE:
          ( A ) ORGANISM: Homo sapiens

     ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:65:

TGTAAATTAA ACTTCTCCCA TTCCTTTCAG                                    3 0


( 2 ) INFORMATION FOR SEQ ID NO:66:

     ( i ) SEQUENCE CHARACTERISTICS:
          ( A ) LENGTH: 30 base pairs
```

5,753.441

**145**                                          **146**

-continued

```
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: single
                    ( D ) TOPOLOGY: linear

          ( i i ) MOLECULE TYPE: DNA (genomic)

        ( i i i ) HYPOTHETICAL: NO

          ( v i ) ORIGINAL SOURCE:
                    ( A ) ORGANISM: Homo sapiens

          ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:66:

GTGAGTGTAT  CCATATGTAT  CTCCCTAATG                                        3 0


( 2 ) INFORMATION FOR SEQ ID NO:67:

          ( i ) SEQUENCE CHARACTERISTICS:
                    ( A ) LENGTH: 30 base pairs
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: single
                    ( D ) TOPOLOGY: linear

          ( i i ) MOLECULE TYPE: DNA (genomic)

        ( i i i ) HYPOTHETICAL: NO

          ( v i ) ORIGINAL SOURCE:
                    ( A ) ORGANISM: Homo sapiens

          ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:67:

ATGATAATGG  AATATTTGAT  TTAATTTCAG                                        3 0


( 2 ) INFORMATION FOR SEQ ID NO:68:

          ( i ) SEQUENCE CHARACTERISTICS:
                    ( A ) LENGTH: 30 base pairs
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: single
                    ( D ) TOPOLOGY: linear

          ( i i ) MOLECULE TYPE: DNA (genomic)

        ( i i i ) HYPOTHETICAL: NO

          ( v i ) ORIGINAL SOURCE:
                    ( A ) ORGANISM: Homo sapiens

          ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:68:

GTATACCAAG  AACCTTTACA  GAATACCTTG                                        3 0


( 2 ) INFORMATION FOR SEQ ID NO:69:

          ( i ) SEQUENCE CHARACTERISTICS:
                    ( A ) LENGTH: 30 base pairs
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: single
                    ( D ) TOPOLOGY: linear

          ( i i ) MOLECULE TYPE: DNA (genomic)

        ( i i i ) HYPOTHETICAL: NO

          ( v i ) ORIGINAL SOURCE:
                    ( A ) ORGANISM: Homo sapiens

          ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:69:

CTAATCCTTT  GAGTGTTTTT  CATTCTGCAG                                        3 0


( 2 ) INFORMATION FOR SEQ ID NO:70:

          ( i ) SEQUENCE CHARACTERISTICS:
                    ( A ) LENGTH: 30 base pairs
```

A000343

5,753,441

-continued

```
              ( B ) TYPE: nucleic acid
              ( C ) STRANDEDNESS: single
              ( D ) TOPOLOGY: linear

       ( i i ) MOLECULE TYPE: DNA (genomic)

      ( i i i ) HYPOTHETICAL: NO

        ( v i ) ORIGINAL SOURCE:
              ( A ) ORGANISM: Homo sapiens

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:70:

GTAAGTATAA  TACTATTTCT  CCCCTCCTCC                                30


( 2 ) INFORMATION FOR SEQ ID NO:71:

        ( i ) SEQUENCE CHARACTERISTICS:
              ( A ) LENGTH: 30 base pairs
              ( B ) TYPE: nucleic acid
              ( C ) STRANDEDNESS: single
              ( D ) TOPOLOGY: linear

       ( i i ) MOLECULE TYPE: DNA (genomic)

      ( i i i ) HYPOTHETICAL: NO

        ( v i ) ORIGINAL SOURCE:
              ( A ) ORGANISM: Homo sapiens

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:71:

TGTAACCTGT  CTTTTCTATG  ATCTCTTTAG                                30


( 2 ) INFORMATION FOR SEQ ID NO:72:

        ( i ) SEQUENCE CHARACTERISTICS:
              ( A ) LENGTH: 30 base pairs
              ( B ) TYPE: nucleic acid
              ( C ) STRANDEDNESS: single
              ( D ) TOPOLOGY: linear

       ( i i ) MOLECULE TYPE: DNA (genomic)

      ( i i i ) HYPOTHETICAL: NO

        ( v i ) ORIGINAL SOURCE:
              ( A ) ORGANISM: Homo sapiens

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:72:

GTAAGTACTT  GATGTTACAA  ACTAACCAGA                                30


( 2 ) INFORMATION FOR SEQ ID NO:73:

        ( i ) SEQUENCE CHARACTERISTICS:
              ( A ) LENGTH: 30 base pairs
              ( B ) TYPE: nucleic acid
              ( C ) STRANDEDNESS: single
              ( D ) TOPOLOGY: linear

       ( i i ) MOLECULE TYPE: DNA (genomic)

      ( i i i ) HYPOTHETICAL: NO

        ( v i ) ORIGINAL SOURCE:
              ( A ) ORGANISM: Homo sapiens

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:73:

TCCTGATGGG  TTGTGTTTGG  TTTCTTTCAG                                30


( 2 ) INFORMATION FOR SEQ ID NO:74:

        ( i ) SEQUENCE CHARACTERISTICS:
              ( A ) LENGTH: 30 base pairs
```

5,753,441

-continued

```
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: single
                    ( D ) TOPOLOGY: linear

          ( i i ) MOLECULE TYPE: DNA (genomic)

        ( i i i ) HYPOTHETICAL: NO

          ( v i ) ORIGINAL SOURCE:
                    ( A ) ORGANISM: Homo sapiens

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:74:

GTAAAGCTCC CTCCCTCAAG TTGACAAAAA                                          3 0


( 2 ) INFORMATION FOR SEQ ID NO:75:

          ( i ) SEQUENCE CHARACTERISTICS:
                    ( A ) LENGTH: 30 base pairs
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: single
                    ( D ) TOPOLOGY: linear

          ( i i ) MOLECULE TYPE: DNA (genomic)

        ( i i i ) HYPOTHETICAL: NO

          ( v i ) ORIGINAL SOURCE:
                    ( A ) ORGANISM: Homo sapiens

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:75:

CTGTCCCTCT CTCTTCCTCT CTTCTTCCAG                                          3 0


( 2 ) INFORMATION FOR SEQ ID NO:76:

          ( i ) SEQUENCE CHARACTERISTICS:
                    ( A ) LENGTH: 30 base pairs
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: single
                    ( D ) TOPOLOGY: linear

          ( i i ) MOLECULE TYPE: DNA (genomic)

        ( i i i ) HYPOTHETICAL: NO

          ( v i ) ORIGINAL SOURCE:
                    ( A ) ORGANISM: Homo sapiens

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:76:

GTAAGAGCCT GGGAGAACCC CAGAGTTCCA                                          3 0


( 2 ) INFORMATION FOR SEQ ID NO:77:

          ( i ) SEQUENCE CHARACTERISTICS:
                    ( A ) LENGTH: 30 base pairs
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: single
                    ( D ) TOPOLOGY: linear

          ( i i ) MOLECULE TYPE: DNA (genomic)

        ( i i i ) HYPOTHETICAL: NO

          ( v i ) ORIGINAL SOURCE:
                    ( A ) ORGANISM: Homo sapiens

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:77:

AGTGATTTTA CATGTAAATG TCCATTTTAG                                          3 0


( 2 ) INFORMATION FOR SEQ ID NO:78:

          ( i ) SEQUENCE CHARACTERISTICS:
                    ( A ) LENGTH: 30 base pairs
```

5,753,441

-continued

```
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: single
                    ( D ) TOPOLOGY: linear

          ( i i ) MOLECULE TYPE: DNA (genomic)

        ( i i i ) HYPOTHETICAL: NO

          ( v i ) ORIGINAL SOURCE:
                    ( A ) ORGANISM: Homo sapiens

          ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:78:

  GTAAGTATTG GGTGCCCTGT CAGTGTGGGA                                          3 0


( 2 ) INFORMATION FOR SEQ ID NO:79:

          ( i ) SEQUENCE CHARACTERISTICS:
                    ( A ) LENGTH: 30 base pairs
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: single
                    ( D ) TOPOLOGY: linear

          ( i i ) MOLECULE TYPE: DNA (genomic)

        ( i i i ) HYPOTHETICAL: NO

          ( v i ) ORIGINAL SOURCE:
                    ( A ) ORGANISM: Homo sapiens

          ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:79:

  TTGAATGCTC TTTCCTTCCT GGGGATCCAG                                          3 0


( 2 ) INFORMATION FOR SEQ ID NO:80:

          ( i ) SEQUENCE CHARACTERISTICS:
                    ( A ) LENGTH: 30 base pairs
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: single
                    ( D ) TOPOLOGY: linear

          ( i i ) MOLECULE TYPE: DNA (genomic)

        ( i i i ) HYPOTHETICAL: NO

          ( v i ) ORIGINAL SOURCE:
                    ( A ) ORGANISM: Homo sapiens

          ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:80:

  GTAAGGTGCC TCGCATGTAC CTGTGCTATT                                          3 0


( 2 ) INFORMATION FOR SEQ ID NO:81:

          ( i ) SEQUENCE CHARACTERISTICS:
                    ( A ) LENGTH: 30 base pairs
                    ( B ) TYPE: nucleic acid
                    ( C ) STRANDEDNESS: single
                    ( D ) TOPOLOGY: linear

          ( i i ) MOLECULE TYPE: DNA (genomic)

        ( i i i ) HYPOTHETICAL: NO

          ( v i ) ORIGINAL SOURCE:
                    ( A ) ORGANISM: Homo sapiens

          ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:81:

  CTAATCTCTG CTTGTGTTCT CTGTCTCCAG                                          3 0


( 2 ) INFORMATION FOR SEQ ID NO:82:

          ( i ) SEQUENCE CHARACTERISTICS:
                    ( A ) LENGTH: 42 amino acids
```

5,753,441

153                                                           154

-continued

```
                    ( B ) TYPE: amino acid
                    ( C ) STRANDEDNESS:
                    ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: peptide

        ( i i i ) HYPOTHETICAL: NO

            ( v i ) ORIGINAL SOURCE:
                    ( A ) ORGANISM: Homo sapiens

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:82:

        Cys Pro Ile Cys Leu Glu Leu Ile Lys Glu Pro Val Ser Thr Lys Cys
        1                   5                   10                  15

        Asp His Ile Phe Cys Lys Phe Cys Met Leu Lys Leu Leu Asn Gln Lys
                        20                  25                  30

        Lys Gly Pro Ser Gln Cys Pro Leu Cys Lys
                    35                  40


    ( 2 ) INFORMATION FOR SEQ ID NO:83:

        ( i ) SEQUENCE CHARACTERISTICS:
                    ( A ) LENGTH: 45 amino acids
                    ( B ) TYPE: amino acid
                    ( C ) STRANDEDNESS:
                    ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: peptide

        ( i i i ) HYPOTHETICAL: NO

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:83:

        Cys Pro Ile Cys Leu Glu Leu Leu Lys Glu Pro Val Ser Ala Asp Cys
        1                   5                   10                  15

        Asn His Ser Phe Cys Arg Ala Cys Ile Thr Leu Asn Tyr Glu Ser Asn
                        20                  25                  30

        Arg Asn Thr Asp Gly Lys Gly Asn Cys Pro Val Cys Arg
                    35                  40                  45


    ( 2 ) INFORMATION FOR SEQ ID NO:84:

        ( i ) SEQUENCE CHARACTERISTICS:
                    ( A ) LENGTH: 41 amino acids
                    ( B ) TYPE: amino acid
                    ( C ) STRANDEDNESS:
                    ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: peptide

        ( i i i ) HYPOTHETICAL: NO

        ( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:84:

        Cys Pro Ile Cys Leu Asp Met Leu Lys Asn Thr Met Thr Thr Lys Glu
        1                   5                   10                  15

        Cys Leu His Arg Phe Cys Ser Asp Cys Ile Val Thr Ala Leu Arg Ser
                        20                  25                  30

        Gly Asn Lys Glu Cys Pro Thr Cys Arg
                    35                  40


    ( 2 ) INFORMATION FOR SEQ ID NO:85:

        ( i ) SEQUENCE CHARACTERISTICS:
                    ( A ) LENGTH: 42 amino acids
                    ( B ) TYPE: amino acid
                    ( C ) STRANDEDNESS:
                    ( D ) TOPOLOGY: linear

        ( i i ) MOLECULE TYPE: peptide
```

A000347

5,753,441

155                                                          156

-continued

```
( i i i ) HYPOTHETICAL: NO

( x i ) SEQUENCE DESCRIPTION: SEQ ID NO:85:

Cys  Pro  Val  Cys  Leu  Gln  Tyr  Phe  Ala  Glu  Pro  Met  Met  Leu  Asp  Cys
1                    5                        10                        15

Gly  His  Asn  Ile  Cys  Cys  Ala  Cys  Leu  Ala  Arg  Cys  Trp  Gly  Thr  Ala
               20                   25                        30

Cys  Thr  Asn  Val  Ser  Cys  Pro  Gln  Cys  Arg
          35                   40
```

What is claimed is:

1. A method for screening germline of a human subject for an alteration of a BRCA1 gene which comprises comparing germline sequences of a BRCA1 gene or BRCA1 RNA from a tissue sample from said subject or a sequence of BRCA1 cDNA made from mRNA from said sample with germline sequences of wild-type BRCA1 gene, wild-type BRCA1 RNA or wild-type BRCA1 cDNA. wherein a difference in the sequence of the BRCA1 gene, BRCA1 RNA or BRCA1 cDNA of the subject from wild-type indicates an alteration in the BRCA1 gene in said subject.

2. The method of claim 1 wherein the wild-type BRCA1 gene has the sequence set forth in SEQ ID NO:1.

3. The method of claim 1 wherein the nucleic acid sequence of BRCA1 RNA from the subject is compared to nucleic acid sequences of wild-type BRCA1 gene, BRCA1 RNA or BRCA1 cDNA.

4. The method of claim 3 wherein the nucleic acid sequence is compared by hybridizing a BRCA1 gene probe which specifically hybridizes to a BRCA1 allele to RNA isolated from said subject and detecting of the presence of a hybridization product, wherein a presence of said product indicates the presence of said allele in the subject.

5. The method of claim 1 wherein a regulatory region of the BRCA1 gene from said subject is compared with a regulatory region of wild-type BRCA1 gene sequences, said regulatory region corresponding to nucleotides 1-1531 of SEQ ID NO:13.

6. The method of claim 1 wherein a germline nucleic acid sequence is compared by obtaining a first BRCA1 gene fragment from a BRCA1 gene from a human sample and a second BRCA1 gene fragment from a wild-1ype BRCA1 gene, said second fragment corresponding to said first fragment forming single-stranded DNA from said first BRCA1 gene fragment and from said second BRCA1 gene fragment, electrophoresing said single-stranded DNAs on a non-denaturing polyacrylamide gel, comparing the mobility of said single-stranded DNAs on said gel to determine if said single-stranded DNA from said first BRCA1 gene fragment is shifted relative to said second BRCA1 gene fragment and sequencing said single-stranded DNA from said first BRCA1 gene fragment having a shift in electrophoretic mobility.

7. The method of claim 1 wherein a germline nucleic acid sequence is compared by hybridizing a BRCA1 gene probe which specifically hybridizes to a BRCA1 allele to genomic DNA isolated from said sample and detecting the presence of a hybridization product wherein a presence of said product indicates the presence of said allele in the subject.

8. The method of claim 1 wherein a germline nucleic acid sequence is compared by amplifying all or part of a BRCA1 gene from said sample using a set of primers to produce amplified nucleic acids and sequencing the amplified nucleic acids.

9. The method of claim 1 wherein a germline nucleic acid sequence is compared by amplifying all or part of a BRCA1 gene using a primer specific for a specific BRCA1 mutant allele and detecting the presence of an amplified product, wherein the presence of said product indicates the presence of said specific allele.

10. The method of claim 1 wherein a germline nucleic acid sequence is compared by molecularly cloning all or part of a BRCA1 gene from said sample to produce a cloned nucleic acid and sequencing the cloned nucleic acid.

11. The method of claim 1 wherein a germline nucleic acid sequence is compared by obtaining a first BRCA1 gene fragment from (a) BRCA1 gene genomic DNA isolated from said sample, (b) BRCA1 RNA isolated from said sample or (c) BRCA1 CDNA made from mRNA isolated from said sample, obtaining a second BRCA1 gene fragment from (a) wild-type BRCA1 genomic DNA, (b) wild-type BRCA1 RNA or (c) wild-type cDNA made from wild-type mRNA, said second BRCA1 gene fragment corresponding to said first BRCA1 gene fragment, forming single-stranded DNA from said first BRCA1 gene fragment and from said second BRCA1 gene fragment, forming a heteroduplex consisting of single-stranded DNA from said BRCA1 gene fragment and single-stranded DNA from said second BRCA1 gene fragment, analyzing the heteroduplex to determine if said single-stranded DNA from said first BRCA1 gene fragment has a mismatch relative to said single-stranded DNA from said second BRCA1 gene fragment and sequencing said first single-stranded DNA from said first BRCA1 gene fragment having a mismatch.

12. The method of claim 1 wherein a germline nucleic acid sequence is compared by amplifying BRCA1 nucleic acids from said sample to produce amplified nucleic acids, hybridizing the amplified nucleic acids to a BRCA1 DNA probe specific for a BRCA1 allele and detecting the presence of a hybridization product, wherein the presence of said product indicates the presence of said allele in the subject.

13. The method of claim 1 wherein a germline nucleic acid sequence is compared by analyzing BRCA1 nucleic acids in said sample for a deletion mutation.

14. The method of claim 1 wherein a germline nucleic acid sequence is compared by analyzing BRCA1 nucleic acids in said sample for a point mutation.

15. The method of claim 1 wherein a germline nucleic acid sequence is compared by analyzing BRCA1 nucleic acids in said sample for an insertion mutation.

16. The method of claim 1 wherein a germline nucleic acid sequence is compared by hybridizing the tissue sample in situ with a nucleic acid probe specific for a BRCA1 allele and detecting the presence of a hybridization product, wherein a presence of said product indicates the presence of said allele in the subject.

17. The method of claim 1 wherein a nucleic acid of a germline BRCA1 cDNA made from mRNA from said

5,753,441

157

sample is compared to nucleic acid sequences of wild-type BRCA1 gene, BRCA1 RNA or BRCA1 cDNA.

18. The method of claim 1 wherein a nucleic acid sequence of a germline BRCA1 gene from the subject is compared to nucleic acid sequences of wild-type BRCA1 gene, BRCA1 RNA or BRCA1 CDNA.

19. The method of claim 1 wherein said difference is selected from the group consisting of missense mutations within the zinc finger motif, deletions, insertions, frameshift mutations, nonsense mutations and splice site mutations.

20. A method for detecting a germline alteration in a BRCA1 gene, said alteration selected from the group consisting of the alterations set forth in Tables 11 and 12 which comprises analyzing a sequence of the BRCA1 gene or BRCA1 RNA from a human sample or analyzing the sequence of BRCA1 CDNA made from mRNA from said sample.

21. The method of claim 20 wherein a germline alteration is detected by hybridizing a BRCA1 gene probe which specifically hybridizes to an allele of one of said alterations to RNA isolated from said human sample and detecting the presence of a hybridization product, wherein the presence of said product indicates the presence of said allele in the sample.

22. The method of claim 20 wherein a germline alteration is detected by hybridizing a BRCA1 gene probe which specifically hybridizes to one of said alterations to genomic DNA isolated from said sample and detecting of the presence of a hybridization product, wherein the presence of said product indicates the presence of said alteration in the sample.

23. The method of claim 20 wherein a germline alteration is detected by amplifying all or part of a BRCA1 gene in said sample using a set of primers to produce amplified nucleic acids and sequencing the amplified nucleic acids.

24. The method of claim 20 wherein a germline alteration is detected by amplifying part of a BRCA1 gene in said sample using a primer specific for an allele having one of said alterations and detecting the presence of an amplified product, wherein the presence of said product indicates the presence of said allele in the sample.

25. The method of claim 20 wherein a germline alteration is detected by molecularly cloning all or part of a BRCA1 gene in said sample to produce a cloned nucleic acid and sequencing the cloned nucleic acid.

26. The method of claim 20 wherein a germline alteration is detected by amplifying BRCA1 gene nucleic acids in said sample, hybridizing the amplified nucleic acids to a BRCA1 DNA probe specific for one of said alterations and detecting

158

the presence of a hybridization product, wherein the presence of said product indicates the presence of said alteration.

27. A method for screening for a germline alteration in a BRCA1 gene in a human subject which comprises analyzing a BRCA1 polypeptide from a tissue sample from said subject for an altered BRCA1 polypeptide by (i) detecting either a full length BRCA1 polypeptide or a truncated BRCA1 polypeptide or (ii) contacting an antibody which specifically binds to an epitope of an altered BRCA1 polypeptide to the BRCA1 polypeptide from said sample and detecting bound antibody, wherein the presence of a truncated protein or bound antibody indicates the presence of a germline alteration in the BRCA1 gene.

28. The method of claim 27 wherein a BRCA1 polypeptide is analyzed by detecting a truncated BRCA1 polypeptide.

29. The method of claim 27 wherein a BRCA1 polypeptide is analyzed by contacting an antibody which specifically binds to an epitope of an altered BRCA1 polypeptide to the BRCA1 polypeptide from said sample.

30. The method of claim 20 wherein said alteration consists of a deletion of 11 nucleotides corresponding to base numbers 189-199 in SEQ ID NO:1.

31. The method of claim 21 wherein said alteration consists of a deletion of 11 nucleotides corresponding to base numbers 189-199 in SEQ ID NO:1.

32. The method of claim 22 wherein said alteration consists of a deletion of 11 nucleotides corresponding to base numbers 189-199 in SEQ ID NO:1.

33. The method of claim 23 wherein said alteration consists of a deletion of 11 nucleotides corresponding to base numbers 189-199 in SEQ ID NO:1.

34. The method of claim 24 wherein said alteration consists of a deletion of 11 nucleotides corresponding to base numbers 189-199 in SEQ ID NO:1.

35. The method of claim 25 wherein said alteration consists of a deletion of 11 nucleotides corresponding to base numbers 189-199 in SEQ ID NO:1.

36. The method of claim 26 wherein said alteration consists of a deletion of 11 nucleotides corresponding to base numbers 189-199 in SEQ ID NO:1.

37. A kit for screening for an alteration in a BRCA1 gene in a human subject which comprises at least one antibody (i) which specifically binds to wild-type BRCA1 polypeptide but not a truncated BRCA1 polypeptide or (ii) which specifically binds to an epitope of an altered BRCA1 polypeptide.

*  *  *  *  *

A000349

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 5,753,441                                    Page 1 of 1
DATED         : May 19, 1998
INVENTOR(S)   : Mark H. Skolnick et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Title page,
Item [22], "Jan. 5, 1996" should be -- June 7, 1995 --.

Signed and Sealed this

Thirtieth Day of July, 2002

Attest:

JAMES E. ROGAN
Director of the United States Patent and Trademark Office

Attesting Officer

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 5,753,441                                    Page 1 of 1
DATED         : May 19, 1998
INVENTOR(S)   : Mark H. Skolnick et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title page,
Item [22], "Jan. 5, 1996" should be -- June 7, 1995 --.

Signed and Sealed this

Thirtieth Day of July, 2002

Attest:

JAMES E. ROGAN
Director of the United States Patent and Trademark Office

Attesting Officer

US006033857A

# United States Patent [19]

## Tavtigian et al.

[11] Patent Number: 6,033,857

[45] Date of Patent: Mar. 7, 2000

[54] **CHROMOSOME 13-LINKED BREAST CANCER SUSCEPTIBILITY GENE**

[75] Inventors: **Sean V. Tavtigian; Alexander Kamb**, both of Salt Lake City, Utah; **Jacques Simard**, St. Augustin de Desmuures, Canada; **Fergus Couch**, St. Davids, Pa.; **Johanna M. Rommens**, Toronto, Canada; **Barbara L. Weber**, Merion, Pa.

[73] Assignees: **Myriad Genetics, Inc.**, Salt Lake City, Utah; **Endo Recherche, Inc.**; **HSC Research & Development Limited Parntership**, both of Canada; **Trustees of the Univ. of Pennsylvania**, Philadelphia, Pa.

[21] Appl. No.: **09/044,946**

[22] Filed: **Mar. 20, 1998**

### Related U.S. Application Data

[60] Division of application No. 08/639,501, Apr. 29, 1996, Pat. No. 5,837,492, which is a continuation-in-part of application No. 08/585,391, Jan. 11, 1996, abandoned, which is a continuation-in-part of application No. 08/576,559, Dec. 21, 1995, abandoned, which is a continuation-in-part of application No. 08/575,359, Dec. 20, 1995, abandoned, which is a continuation-in-part of application No. 08/573,779, Dec. 18, 1995, abandoned.

[51] Int. Cl.[7] .......................... **C07H 21/00**; C12N 15/63; C12N 15/79; C12N 15/11; C12N 15/09

[52] U.S. Cl. .............................. **435/6**; 435/7.2; 435/69.1; 435/325; 435/320.1; 536/23.1; 536/23.5

[58] Field of Search .................................. 435/6, 7.2, 69.1, 435/325, 320.1; 536/23.1, 23.5

[56] **References Cited**

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 2307477 | 5/1997 | United Kingdom . |
| 9515334 | 6/1995 | WIPO . |
| 9519369 | 7/1995 | WIPO . |
| 9719110 | 5/1997 | WIPO . |

#### OTHER PUBLICATIONS

"Isolation of expressed sequences that include a gene for familial breast cancer (BRCA2) and other novel transcripts from a five megabase region on chromosome 13q12," ANK Jacob et al., Oncogene (1996) 13, pp. 213–221.

"Generation of an Integrated Transcription Map of the BRCA2 Region on Chromosome 13q12–q13," Fergus J. Couch et al., Genomics 36, Article No. 0428 (1996), pp. 86–99.

"A Strong Candidate for the Breast and Ovarian Cancer Susceptibility Gene BRCA1," Yoshiio Miki et al., Science, vol. 266, Oct. 7, 1994, pp. 66–71.

"Different Tumor types from BRCA2 Carriers Show Wild–Type Chromosome Deletions on 13q12–q13[1]," Julius Gudmundsson et al., Cancer Research 55, Nov. 1, 1995, pp. 4830–4832.

"Somatic and Germline Mutations of the BRCA2 Gene in Sporadic Ovarian Cancer[1]," Karen A. Foster et al., Cancer Research 56, Aug. 15, 1996, pp. 3622–3625.

"A Common Mutation in BRCA2 That Predisposes to a Variety of Cancers Is Found in Both Jewish Ashkenazi and Non–Jewish Individuals[1]," David B. Berman et al., Cancer Research 56, Aug. 1, 1996, pp. 3409–3414.

"Patterns of Loss of Heterozygosity at Loci From Chromosome Arm 13q Suggest a Possible Involvement of BRCA2 in Sproadic Breast Tumors," Fabienne Kerangueven et al., Gene, Chromosomes on Cancer 13, (1995), p. 291–294.

"Loss of heterozygosity in sporadic breast tumours at the BRCA2 locus on chromosome 13q12–q13," A–M Cleton–Jansen, et al., British Journal of Cancer (1995) 72, pp. 1241–1244.

"Consistent loss of the wild type allele in breast cancers from a family linked to the BRCA2 gene on chromosome 13q12–13," Nadine Collins et al., Short Report, Revised Jan. 30, 1995, accepted Jan. 30, 1995, pp. 1673–1675.

"Loss of Heterozygosity on Chomosome 13 is Common Only in the Biologically More Aggressive Subtypes of Ovarian Epithelial Tumors and Is Associated with Normal Retinoblastoma Gene Expression[1]," Timothy M. Kim et al., Advances in Brief, Accepted Dec. 17, 1993, pp. 605–609.

"BRCA2 germline mutations in male breast cancer cases and breast cancer families," Fergus J. Couch et al., Nature Genetics, vol. 13, May 1996, pp. 123–125.

"Mutation analysis of the BRCA2 gene in 49 site–specific breast cancer families," Catherine M. Phelan et al., Nature Genetics, vol. 13, May 1996, pp. 120–122.

"Recurrent BRCA2 6174delT mutations in Ashkenazi Jewish woman affected by breast cancer," Susan Neuhausen et al., Nature Genetics, vol. 13, May 1996, pp. 126–128.

"Loss of heterozygosity in human ductal breast tumors indicated a recessive mutation on chromosome 13," Catharina Lundberg et al., Proc. Natl. Acad. Sci. USA, vol. 84, Apr. 1987, pp. 2372–2376.

(List continued on next page.)

*Primary Examiner*—Karen M. Hauda
*Attorney, Agent, or Firm*—Rothwell, Figg, Ernst & Kurz, P.C.

[57] **ABSTRACT**

The present invention relates generally to the field of human genetics. Specifically, the present invention relates to methods and materials used to isolate and detect a human breast cancer predisposing gene (BRCA2), some mutant alleles of which cause susceptibility to cancer, in particular breast cancer. More specifically, the invention relates to germline mutations in the BRCA2 gene and their use in the diagnosis of predisposition to breast cancer. The present invention further relates to somatic mutations in the BRCA2 gene in human breast cancer and their use in the diagnosis and prognosis of human breast cancer. Additionally, the invention relates to somatic mutations in the BRCA2 gene in other human cancers and their use in the diagnosis and prognosis of human cancers. The invention also relates to the therapy of human cancers which have a mutation in the BRCA2 gene, including gene therapy, protein replacement therapy and protein mimetics. The invention further relates to the screening of drugs for cancer therapy. Finally, the invention relates to the screening of the BRCA2 gene for mutations, which are useful for diagnosing the predisposition to breast cancer.

**8 Claims, 9 Drawing Sheets**

**6,033,857**

Page 2

## OTHER PUBLICATIONS

"Identification by representational difference analysis of a homozygous deletion in pancreatic carcinoma that lies within the BRCA2 region," Mieke Schuttle et al., Proc. Natl. Acad. Sci. USA, vol. 92, Jun. 1995, pp. 5950–5954.

"Linkage to BRCA2 region in hereditary male breast cancer," Steinunn Thorlacius et al., The Lancet, vol. 346, No. 8974, Aug. 26, 1995, pp. 544–545.

"Localization of a Breast Cancer Susceptibility Gene, BRCA2, to Chromosome 13q12–13," Richard Wooster et al., Science, vol. 265, Sep. 30, 1994, pp. 2088–2090.

"Identification of the breast cancer susceptibility gene BRCA2," Richard Wooster et al., Nature, vol. 378, Dec. 21/28, 1995, pp. 789–792.

"Regulating gene expression in transgenic animals," Catherine A. Kappel et al., Biotechnology 1992, 3, pp. 548–553.

"The complete BRCA2 gene and mutations in chromosome 13q–linked kindreds," S. V. Tavtigian et al., Nature Genetics, vol. 12, Mar. 1996, pp. 333–337.

"Confirmation of a susceptibility locus on chromosome 13 in Australian breast cancer families," Sean M. Grimmond et al., Hum Genet (1996) 98, pp. 80–85.

"Further enigmatic variations," Kevin Davies, Nature, vol. 378, Dec. 21/28, 1995, pp. 762–763.



FIG. 1

A000449

U.S. Patent

Mar. 7, 2000

Sheet 2 of 9

6,033,857



FIG. 2

```
   1 GGTGGCGCGA GCTTCTGAAA CTAGGCGGCA GAGGCGGAGC CGCTGTGGCA CTGCTGCGCC
  61 TCTGCTGCGC CTCGGGTGTC TTTTGCGGCG GTGGGTCGCC GCCGGGAGAA GCGTGAGGGG
 121 ACAGATTTGT GACCGGCGCG GTTTTTGTCA GCTTACTCCG GCCAAAAAAG AACTGCACCT
 181 CTGGAGCGGA CTTATTTACC AAGCATTGGA GGAATATCGT AGGTAAAAAT GCCTATTGGA
 241 TCCAAAGAGA GGCCAACATT TTTTGAAATT TTTAAGACAC GCTGCAACAA AGCAGATTTA
 301 GGACCAATAA GTCTTAATTG GTTTGAAGAA CTTTCTTCAG AAGCTCCACC CTATAATTCT
 361 GAACCTGCAG AGGAATCTGA ACATAAAAAC AACAATTACG AACCAAACCT ATTTAAAACT
 421 CCACAAAGGA AACCATCTTA TAATCAGCTG GCTTCAACTC CAATAATATT CAAAGAGCAA
 481 GGGCTGACTC TGCCGCTGTA CCAATCTCCT GTAAAAGAAT TAGATAAATT CAAATTAGAC
 541 TTAGGAAGGA ATGTTCCCAA TAGTAGACAT AAAAGTCTTC GCACAGTGAA AACTAAAATG
 601 GATCAAGCAG ATGATGTTTC CTGTCCACTT CTAAATTCTT GTCTTAGTGA AAGTCCTGTT
 661 GTTCTACAAT GTACACATGT AACACCACAA AGAGATAAGT CAGTGGTATG TGGGAGTTTG
 721 TTTCATACAC CAAAGTTTGT GAAGGGTCGT CAGACACCAA AACATATTTC TGAAAGTCTA
 781 GGAGCTGAGG TGGATCCTGA TATGTCTTGG TCAAGTTCTT TAGCTACACC ACCCACCCTT
 841 AGTTCTACTG TGCTCATAGT CAGAAATGAA GAAGCATCTG AAACTGTATT TCCTCATGAT
 901 ACTACTGCTA ATGTGAAAAG CTATTTTTCC AATCATGATG AAAGTCTGAA GAAAAATGAT
 961 AGATTTATCG CTTCTGTGAC AGACAGTGAA AACACAAATC AAAGAGAAGC TGCAAGTCAT
1021 GGATTTGGAA AAACATCAGG GAATTCATTT AAAGTAAATA GCTGCAAAGA CCACATTGGA
1081 AAGTCAATGC CAAATGTCCT AGAAGATGAA GTATATGAAA CAGTTGTAGA TACCTCTGAA
1141 GAAGATAGTT TTTCATTATG TTTTTCTAAA TGTAGAACAA AAAATCTACA AAAAGTAAGA
1201 ACTAGCAAGA CTAGGAAAAA AATTTTCCAT GAAGCAAACG CTGATGAATG TGAAAAATCT
1261 AAAAACCAAG TGAAAGAAAA ATACTCATTT GTATCTGAAG TGGAACCAAA TGATACTGAT
1321 CCATTAGATT CAAATGTAGC ACATCAGAAG CCCTTTGAGA GTGGAAGTGA CAAAATCTCC
1381 AAGGAAGTTG TACCGTCTTT GGCCTGTGAA TGGTCTCAAC TAACCCTTTC AGGTCTAAAT
1441 GGAGCCCAGA TGGAGAAAAT ACCCCTATTG CATATTTCTT CATGTGACCA AAATATTTCA
1501 GAAAAAGACC TATTAGACAC AGAGAACAAA AGAAAGAAAG ATTTTCTTAC TTCAGAGAAT
1561 TCTTTGCCAC GTATTTCTAG CCTACCAAAA TCAGAGAAGC CATTAAATGA GGAAACAGTG
1621 GTAAATAAGA GAGATGAAGA GCAGCATCTT GAATCTCATA CAGACTGCAT TCTTGCAGTA
1681 AAGCAGGCAA TATCTGGAAC TTCTCCAGTG GCTTCTTCAT TTCAGGGTAT CAAAAAGTCT
1741 ATATTCAGAA TAAGAGAATC ACCTAAAAGAG ACTTTCAATG CAAGTTTTTC AGGTCATATG
1801 ACTGATCCAA ACTTTAAAAA AGAAACTGAA GCCTCTGAAA GTGGACTGGA AATACATACT
1861 GTTTGCTCAC AGAAGGAGGA CTCCTTATGT CCAAATTTAA TTGATAATGG AAGCTGGCCA
1921 GCCACCACCA CACAGAATTC TGTAGCTTTG AAGAATGCAG GTTTAATATC CACTTTGAAA
1981 AAGAAAACAA ATAAGTTTAT TTATGCTATA CATGATGAAA CATCTTATAA AGGAAAAAAA
2041 ATACCGAAAG ACCAAAAATC AGAACTAATT AACTGTTCAG CCCAGTTTGA AGCAAATGCT
2101 TTTGAAGCAC CACTTACATT TGCAAATGCT GATTCAGGTT TATTGCATTC TTCTGTGAAA
2161 AGAAGCTGTT CACAAAATGA TTCTGAAGAA CCAACTTTGT CCTTAACTAG CTCTTTTGGG
2221 ACAATTCTGA GGAAATGTTC TAGAAATGAA ACATGTTCTA ATAATACAGT AATCTCTCAG
2281 GATCTTGATT ATAAAGAAGC AAAATGTAAT AAGGAAAAAC TACAGTTATT TATTACCCCA
2341 GAAGCTGATT CTCTGTCATG CCTGCAGGAA GGACAGTGTG AAAATGATCC AAAAAGCAAA
2401 AAAGTTTCAG ATATAAAAGA AGAGGTCTTG GCTGCAGCAT GTCACCCAGT ACAACATTCA
2461 AAAGTGGAAT ACAGTGATAC TGACTTTCAA TCCCAGAAAA GTCTTTTATA TGATCATGAA
2521 AATGCCAGCA CTCTTATTTT AACTCCTACT TCCAAGGATG TTCTGTCAAA CCTAGTCATG
2581 ATTTCTAGAG GCAAAGAATC ATACAAAATG TCAGACAAGC TCAAAGGTAA CAATTATGAA
2641 TCTGATGTTG AATTAACCAA AAATATTCCC ATGGAAAAGA ATCAAGATGT ATGTGCTTTA
2701 AATGAAAATT ATAAAAACGT TGAGCTGTTG CCACCTGAAA AATACATGAG AGTAGCATCA
2761 CCTTCAAGAA AGGTACAATT CAACCAAAAC ACAAATCTAA GAGTAATCCA AAAAAATCAA
2821 GAAGAAACTA CTTCAATTTC AAAAATAACT GTCAATCCAG GCTAATCAAA ACTTTTCTCA
2881 GACAATGACA ATAATTTTGT CTTCCAAGTA GCTAATGAAA GGAATAATCT TGCTTTAGGA
2941 AATACTAAGG AACTTCATGA AACAGACTTG ACTTGTGTAA ACGAACCCAT TTTCAAGAAC
3001 TCTACCATGG TTTTATATGG AGACACAGGT GATAAACAAG CAACCCAAGT GTCAATTAAA
3061 AAAGATTTGG TTTATGTTCT TGCAGAGGAG AACAAAAAATA GTGTAAAGCA GCATATAAAA
3121 ATGACTCTAG GTCAAGATTT AAAATCGGAT AATCCTTGA ATATAGATAA AATACCAGAA
3181 AAAAATAATG ATTACATGAA CAAATGGGCA GGACTCTTAG GTCCAATTTC AAATCACAGT
3241 TTTGGAGGTA GCTTCAGAAC AGCTTCAAAT AAGGAAATCA AGCTCTCTGA ACATAACATT
```

FIG. 3A

A000451

```
3301 AAGAAGAGCA AAATGTTCTT CAAAGATATT GAAGAACAAT ATCCTACTAG TTTAGCTTGT
3361 GTTGAAATTG TAAATACCTT GGCATTAGAT AATCAAAAGA AACTGAGCAA GCCTCAGTCA
3421 ATTAATACTG TATCTGCACA TTTACAGAGT AGTGTAGTTG TTTCTGATTG TAAAAATAGT
3481 CATATAACCC CTCAGATGTT ATTTTCCAAG CAGGATTTTA ATTCAAACCA TAATTTAACA
3541 CCTAGCCAAA AGGCAGAAAT TACAGAACTT TCTACTATAT TAGAAGAATC AGGAAGTCAG
3601 TTTGAATTTA CTCAGTTTAG AAAACCAAGC TACATATTGC AGAAGAGTAC ATTTGAAGTG
3661 CCTGAAAACC AGATGACTAT CTTAAAGACC ACTTCTGAGG AATGCAGAGA TGCTGATCTT
3721 CATGTCATAA TGAATGCCCC ATCGATTGGT CAGGTAGACA GCAGCAAGCA ATTTGAAGGT
3781 ACAGTTGAAA TTAAACGGAA GTTTGCTGGC CTGTTGAAAA ATGACTGTAA CAAAAGTGCT
3841 TCTGGTTATT TAACAGATGA AAATGAAGTG GGGTTTAGGG GCTTTTATTC TGCTCATGGC
3901 ACAAAACTGA ATGTTTCTAC TGAAGCTCTG CAAAAAGCTG TGAAACTGTT TAGTGATATT
3961 GAGAATATTA GTGAGGAAAC TTCTGCAGAG GTACATCCAA TAAGTTTATC TTCAAGTAAA
4021 TGTCATGATT CTGTTGTTTC AATGTTTAAG ATAGAAAATC ATAATGATAA AACTGTAAGT
4081 GAAAAAAATA ATAAATGCCA ACTGATATTA CAAAATAATA TTGAAATGAC TACTGGCACT
4141 TTTGTTGAAG AAATTACTGA AAATTACAAG AGAAATACTG AAAATGAAGA TAACAAATAT
4201 ACTGCTGCCA GTAGAAATTC TCATAACTTA GAATTTGATG GCAGTGATTC AAGTAAAAAT
4261 GATACTGTTT GTATTCATAA AGATGAAACG GACTTGCTAT TTACTGATCA GCACAACATA
4321 TGTCTTAAAT TATCTGGCCA GTTTATGAAG GAGGGAAACA CTCAGATTAA AGAAGATTTG
4381 TCAGATTTAA CTTTTTTGGA AGTTGCGAAA GCTCAAGAAG CATGTCATGG TAATACTTCA
4441 AATAAAGAAC AGTTAACTGC TACTAAAACG GAGCAAAATA TAAAAGATTT TGAGACTTCT
4501 GATACATTTT TTCAGACTGC AAGTGGGAAA AATATTAGTG TCGCCAAAGA GTCATTTAAT
4561 AAAGATACAA ATTCTTTGA TCAGAAACCA GAAGAATTGC ATAACTTTTC CTTAAATTCT
4621 GAATTACATT CTGACATAAG AAAGAACAAA ATGGACATTC TAAGTTATGA GGAAACAGAC
4681 ATAGTTAAAC ACAAAATACT GAAAGAAAGT GTCCCAGTTG GTACTGGAAA TCAACTAGTG
4741 ACCTTCCAGG GACAACCCGA ACGTGATGAA AAGATCAAAG AACCTACTCT GTTGGGTTTT
4801 CATACAGCTA GCGGGAAAAA AGTTAAAATT GCAAAGGAAT CTTTGGACAA AGTGAAAAAC
4861 CTTTTTGATG AAAAAGAGCA AGGTACTAGT GAAATCACCA GTTTTAGCCA TCAATGGGCA
4921 AAGACCCTAA AGTACAGAGA GGCCTGTAAA GACCTTGAAT TAGCCATGTGA GACCATTGAG
4981 ATCACAGCTG CCCCAAAGTG TAAAGAAATG CAGAATTCTC TCAATAATGA TAAAAACCTT
5041 GTTTCTATTG AGACTGTGGT GCCACCTAAG CTCTTAAGTG ATAATTTATG TAGACAAACT
5101 GAAAATCTCA AAACATCAAA AAGTATCTTT TTGAAAGTTA AAGTACATGA AAATGTAGAA
5161 AAAGAAACAG CAAAAAGTCC TGCAACTTGT TACAACAATC AGTCCCCTTA TTCAGTCATT
5221 GAAAATTCAG CCTTAGCTTT TTACACAAGT TGTAGTAGAA AAACTTCTGT GAGTCAGACT
5281 TCATTACTTG AAGCAAAAAA ATGGCTTAGA GAAGGAATAT TTGATGGTCA ACCAGAAAGA
5341 ATAAATACTG CAGATTATGT AGGAAATTAT TTGTATGAAA ATAATTCAAA CAGTACTATA
5401 GCTGAAAATG ACAAAAATCA TCTCTCCGAA AAACAAGATA CTTATTTAAG TAACAGTAGC
5461 ATGTCTAACA GCTATTCCTA CCATTCTGAT GAGGTATATA ATGATTCAGG ATATCTCTCA
5521 AAAAATAAAC TTGATTCTGG TATTGAGCCA GTATTGAAGA ATGTTGAAGA TCAAAAAAAC
5581 ACTAGTTTTT CCAAAGTAAT ATCCAATGTA AAAGATGCAA ATGCATACCC ACAAACTGTA
5641 AATGAAGATA TTTGCGTTGA GGAAAGTTGTG ACCATCTTT CACCCTGCAA AAATAAAAAT
5701 GCAGCCATTA AATTGTCCAT ATCTAATAGT AATAATTTTG AGGTAGGGCC ACCTGCATTT
5761 AGGATAGCCA GTGGTAAAAT CGTTTGTGTT TCACATGAAA CAATTAAAAA AGTGAAAGAC
5821 ATATTTACAG ACAGTTTCAG TAAAGTAATT AAGGAAAACA ACGAGAATAA ATCAAAAAATT
5881 TGCCAAACGA AAATTATGGC AGGTTGTTAC GAGGCATTGG ATGATTCAGA GGATATTCTT
5941 CATAACTCTC TAGATAATGA TGAATGTAGC ACGCATTCAC ATAAGGTTTT TGCTGACATT
6001 CAGAGTGAAG AAATTTTACA ACATAACCAA AATATGTCTG GATTGGAGAA AGTTTCTAAA
6061 ATATCACCTT GTGATGTTGA TTTGGAAACT TCAGATATAT GTAAATGTAG TATAGGGAAG
6121 CTTCATAAGT CAGTCTCATC TGCAAATACT TGTGGGATTT TTAGCACAGC AAGTGGAAAA
6181 TCTGTCCAGG TATCAGATGC TTCATTACAA AACGCAAGAC AAGTGTTTTC TGAAATAGAA
6241 GATAGTACCA AGCAAGTCTT TTCCAAAGTA TTGTTTAAAA GTAACGAACA TTCAGACCAG
6301 CTCACAAGAG AAGAAAATAC TGCTATAGCT ACTCCAGAAC ATTTAATATC CCAAAAAGGC
6361 TTTTCATATA ATGTGGTAAA TTCATCTGCT TTCTCTGGAT TTAGTACAGC AAGTGGAAAG
6421 CAAGTTTCCA TTTTAGAAAG TTCCTTACAC AAAGTTAAGG GAGTGTTAGA GGAATTTGAT
6481 TTAATCAGAA CTGAGCATAG TCTTCACTAT TCACCTACGT CTAGACAAAA TGTATCAAAA
```

FIG. 3B

A000452

```
6541 ATACTTCCTC GTGTTGATAA GAGAAACCCA GAGCACTGTG TAAACTCAGA AATGGAAAAA
6601 ACCTGCAGTA AAGAATTTAA ATTATCAAAT AACTTAAATG TTGAAGGTGG TTCTTCAGAA
6661 AATAATCACT CTATTAAAGT TTCTCCATAT CTCTCTCAAT TTCAACAAGA CAAACAACAG
6721 TTGGTATTAG GAACCAAAGT CTCACTTGTT GAGAACATTC ATGTTTTGGG AAAAGAACAG
6781 GCTTCACCTA AAAACGTAAA AATGGAAATT GGTAAAACTG AAACTTTTTC TGATGTTCCT
6841 GTGAAAACAA ATATAGAAGT TTGTTCTACT TACTCCAAAG ATTCAGAAAA CTACTTTGAA
6901 ACAGAAGCAG TGAAATTGC TAAAGCTTTT ATGGAAGATG ATGAACTGAC AGATTCTAAA
6961 CTGCCAAGTC ATGCCACACA TTCTCTTTTT ACATGTCCCG AAAATGAGGA AATGGTTTTG
7021 TCAAATTCAA GAATTGGAAA AAGAAGAGGA GAGCCCCTTA TCTTAGTGGG AGAACCCTCA
7081 ATCAAAAGAA ACTTATTAAA TGAATTTGAC AGGAATAATG AAAATCAAGA AAAATCCTTA
7141 AAGGCTTCAA AAAGCACTCC AGATGGCACA ATAAAAGATC GAAGATTGTT TATGCATCAT
7201 GTTTCTTTAG AGCCGATTAC CTGTGTACCC TTTCGCACAA CTAAGGAACG TCAAGAGATA
7261 CAGAATCCAA ATTTTACCGC ACCTGGTCAA GAATTTCTGT CTAAATCTCA TTTGTATGAA
7321 CATCTGACTT TGGAAAAATC TTCAAGCAAT TTAGCAGTTT CAGGACATCC ATTTTATCAA
7381 GTTTCTGCTA CAAGAAATGA AAAAATGAGA CACTTGATTA CTACAGGCAG ACCAACCAAA
7441 GTCTTTGTTC CACCTTTTAA AACTAAATCA CATTTTCACA GAGTTGAACA GTGTGTTAGG
7501 AATATTAACT TGGAGGAAAA CAGACAAAAG CAAAACATTG ATGGACATGG CTCTGATGAT
7561 AGTAAAAATA AGATTAATGA CAATGAGATT CATCAGTTTA ACAAAAACAA CTCCAATCAA
7621 GCAGCAGCTG TAACTTTCAC AAAGTGTGAA AGAAACCTT TAGATTTAAT TACAAGTCTT
7681 CAGAATGCCA GAGATATACA GGATATGCCGA ATTAAGAAGA AACAAAGGCA ACGCGTCTTT
7741 CCACAGCCAG GCAGTCTGTA TCTTGCAAAA ACATCCACTC TGCCTCGAAT CTCTCTGAAA
7801 GCAGCAGTAG GAGGCCAAGT TCCCTCTGCG TGTTCTCATA AACAGCTGTA TACGTATGGC
7861 GTTTCTAAAC ATTGCATAAA AATTAACAGC AAAAATGCAG AGTCTTTTCA GTTTCACACT
7921 GAAGATTATT TTGGTAAGCA AAGTTTATGG ACTGGAAAAG GAATACAGTT GGCTGATGGT
7981 GGATGGCTCA TACCCTCCAA TGATGGAAAG GCTGGAAAAG AAGAATTTTA TAGGGCTCTG
8041 TGTGCACACTC CAGGTGTGGA TCCAAAGCTT ATTTCTAGAA TTTGGGTTTA TAATCACTAT
8101 AGATGGATCA TATGGAAACT GGCAGCTATG GAATGTGCCT TTCCTAAGGA ATTTGCTAAT
8161 AGATGCCTAA GCCCAGAAAG GGTGCTTCTT CAACTAAAAT ACAGATATGA TACGGAAATT
8221 GATAGAAGCA GAAGATCGGC TATAAAAAAG ATAATGGAAA GGGATGACAC AGCTGCAAAA
8281 ACACTTGTTC TCTGTGTTTC TGACATAATT TCATTGAGCG CAAATATATC TGAAACTTCT
8341 AGCAATAAAA CTAGTAGTGC AGATACCCAA AAAGTGGCCA TTATTGAACT TACAGATGGG
•8461 CTGACAGTTG GTCAGAAGAT TATTCTTCAT GGAGCAGAAC TGGTGGGCTC TCCTGATGCC
8521 TGTACACCTC TTGAAGCCCC AGAATCTCTT ATGTTAAAGA TTTCTGCTAA CAGTACTCGG
8581 CCTGCTCCGT GGTATACCAA ACTTGGATTC TTTCCTGACC CTAGACCTTT TCCTCTGCCC
8641 TTATCATCGC TTTTCAGTGA TGGAGGAAAT GTTGGTTGTG TTGATGTAAT TATTCAAAGA
8701 GCATACCCTA TACAGTGGAT GGAGAAGACA TCATCTGGAT TATACATATT TCGCAATGAA
8761 AGAGAGGAAG AAAAGGAAGC AGCAAAATAT GTGGAGGCCC AACAAAAGAG ACTAGAAGCC
8821 TTATTCACTA AAATTCAGGA GGAATTTGAA GAACATGAAG AAAACACAAC AAAACCATAT
8881 TTACCATCAC GTGCACTAAC AGAAGCCACA GTTCGTGCTT TGCAAGATGG TGCAGAGCTT
8941 TATGAAGCAG TGAAGAATGC AGCAGACCCA GCTTACCTTG AGGGTTATTT CAGTGAAGAG
9001 CAGTTAAGAG CCTTGAATAA TCACAGGCAA ATGTTGAATG ATAAGAAACA AGCTCAGATC
9061 CAGTTGGAAA TTAGGAAGGC CATGGAATCT GCTGAACAAA AGGAACAAGG TTTATCAAGG
9121 GATCTCACAA CCGTGTGGAA GTTGCGTATT GTAAGCTATT CAAAAAAGAA AAAAGATTCA
9181 GTTATACTGA GTATTTGGCG TCCATCATCA GATTTATATT CTCTGTTAAC AGGAAGGAAG
9241 AGATACAGAA TTTATCATCT TGCAACTTCA AAATCTAAAA GTAAATCTGA AAGAGCTAAC
9301 ATACAGTTAG CAGCGACAAA AAAAACTCAG TATCAACAAC TACCGGTTTC AGATGAAATT
9361 TTATTTCAGA TTTACCAGCC ACGGGAGCCC CTTCACTTCA GCAAATTTTT AGATCCAGAC
9421 TTTCAGCCAT CTTGTTCTGA GGTGGACCTA ATAGGATTTG TCGTTTCTGT TGTGAAAAAA
9481 ACAGGACTTG CCCCTTTCGT CTATTTGTCA GACGAATGTT ACAATTTACT GGCAATAAAG
9541 TTTTGGATAG ACCTTAATGA GGACATTATT AAGCCTCATA TGTTAATTGC TGCAGCAAC
9601 CTCCAGTCGC GACCAGAATC CAAATCAGGC CTTCTTACTT TATTTGCTGG AGATTTTTCT
9661 GTGTTTTCTG CTAGTCCAAA AGAGGGCCAC TTTCAAGAGA CATTCAACAA AATGAAAAAT
9721 ACTGTTGAGA ATATTGACAT ACTTTGCAAT GAAGCAGAAA ACAAGCTTAT GCATATACTG
```

FIG. 3C

A000453

Case: 14-1361    Case: 14-1361    Document: 84    Page: 429    Filed: 04/18/2014

```
 9781 CATGCAAATG ATCCCAAGTG GTCCACCCCA ACTAAAGACT GTACTTCAGG GCCGTACACT
 9841 GCTCAAATCA TTCCTGGTAC AGGAAACAAG CTTCTGATGT CTTCTCCTAA TTGTGAGATA
 9901 TATTATCAAA GTCCTTTATC ACTTTGTATG GCCAAAAGGA AGTCTGTTTC CACACCTGTC
 9961 TCAGCCCAGA TGACTTCAAA GTCTTGTAAA GGGGAGAAAG AGATTGATGA CCAAAAGAAC
10021 TGCAAAAAGA GAAGAGCCTT GGATTTCTTG AGTAGACTGC CTTTACCTCC ACCTGTTAGT
10081 CCCATTTGTA CATTTGTTTC TCCGGCTGCA CAGAAGGCAT TTCAGCCACC AAGGAGTTGT
10141 GGCACCAAAT ACGAAACACC CATAAAGAAA AAAGAACTGA ATTCTCCTCA GATGACTCCA
10201 TTTAAAAAAT TCAATGAAAT TTCTCTTTTG GAAAGTAATT CAATAGCTGA CGAAGAACTT
10261 GCATTGATAA ATACCCAAGC TCTTTTGTCT GGTTCAACAG GAGAAAAACA ATTTATATCT
10321 GTCAGTGAAT CCACTAGGAC TGCTCCCACC AGTTCAGAAG ATTATCTCAG ACTGAAACGA
10381 CGTTGTACTA CATCTCTGAT CAAAGAACAG GAGAGTTCCC AGGCCAGTAC GGAAGAATGT
10441 GAGAAAAATA AGCAGGACAC AATTACAACT AAAAAATATA TCTAAGCATT TGCAAAGGCG
10501 ACAATAAATT ATTGACGCTT AACCTTTCCA GTTTATAAGA CTGGAATATA ATTTCAAACC
10561 ACACATTAGT ACTTATGTTG CACAATGAGA AAAGAAATTA GTTTCAAATT TACCTCAGCG
10621 TTTGTGTATC GGGCAAAAAT CGTTTTGCCC GATTCCGTAT TGGTATACTT TTGCTTCAGT
10681 TGCATATCTT AAAACTAAAT GTAATTTATT AACTAATCAA GAAAAACATC TTTGGCTGAG
10741 CTCCGGTGGCT CATGCCTGTA ATCCCAACAC TTTGAGAAGC TGAGGTGGGA GGAGTGCTTG
10801 AGGCCAGGAG TTCAAGACCA GCCTGGGCAA CATAGGGAGA CCCCCATCTT TACGAAGAAA
10861 AAAAAAAAGG GGAAAAGAAA ATCTTTTAAA TCTTTGGATT TGATCACTAC AAGTATTATT
10921 TTACAAGTGA AATAAACATA CCATTTTCTT TTAGATTGTG TCATTAAATG GAATGAGGTC
10981 TCTTAGTACA GTTATTTTGA TGCAGATAAT TCCTTTTAGT TTAGCTACTA TTTTAGGGGA
11041 TTTTTTTTAG AGGTAACTCA CTATGAAAATA GTTCTCCTTA ATGCAAATAT GTTGGTTCTG
11101 CTATAGTTCC ATCCTGTTCA AAAGTCAGGA TGAATATGAA GAGTGGTGTT TCCTTTTGAG
11161 CAATTCTTCA TCCTTAAGTC AGCATGATTA TAAGAAAAAT AGAACCCTCA GTGTAACTCT
11221 AATTCCTTTT TACTATTCCA GTGTGATCTC TGAAATTAAA TTACTTCAAC TAAAAATTCA
11281 AATACTTTAA ATCAGAAGAT TTCATAGTTA ATTTATTTTT TTTTTCAACA AAATGGTCAT
11341 CCAAACTCAA ACTTGAGAAA ATATCTTGCT TTCAAATTGA CACTA
```

FIG. 3D

A000454

U.S. Patent

Mar. 7, 2000

Sheet 7 of 9

6,033,857



FIG. 4



FIG. 5A



FIG. 5B

Case: 14-1361 Case: 14-1361 Document: 84 Document: 23 Page: 433 Page: 433 Filed: 04/18/2014 Filed: 04/18/2014



FIG. 5C



FIG. 5D

6,033,857

1

## CHROMOSOME 13-LINKED BREAST CANCER SUSCEPTIBILITY GENE

### CROSS REFERENCE TO RELATED APPLICATION

This application is a divisional of application Ser. No. 08/639,501, U.S. Pat. No. 5,837,492; filed on Apr. 29, 1996, U.S. Pat. No. 5,837,492; which is a continuation-in-part of application Ser. No. 08/585,391, filed on Jan. 11, 1996, now abandoned; which is a continuation-in-part of application Ser. No. 08/576,559 filed on Dec. 21, 1995, now abandoned; which is a continuation-in-part of application Ser. No. 08/575,359, filed on Dec. 20, 1995, now abandoned; which is a continuation-in-part of application Ser. No. 08/573,779, filed on Dec. 18, 1995, now abandoned; all of which are incorporated herein by reference.

### FIELD OF THE INVENTION

The present invention relates generally to the field of human genetics. Specifically, the present invention relates to methods and materials used to isolate and detect a human cancer as predisposing gene (BRCA2), some mutant alleles of which cause susceptibility to cancer, in particular, breast cancer in females and males. More specifically, the invention relates to germline mutations in the BRCA2 gene and their use in the diagnosis of predisposition to breast cancer. The present invention further relates to somatic mutations in the BRCA2 gene in human breast cancer and their use in the diagnosis and prognosis of human breast cancer. Additionally, the invention relates to somatic mutations in the BRCA2 gene in other human cancers and their use in the diagnosis and prognosis of human cancers. The invention also relates to the therapy of human cancers which have a mutation in the BRCA2 gene, including gene therapy, protein replacement therapy and protein mimetics. The invention further relates to the screening of drugs for cancer therapy. Finally, the invention relates to the screening of the BRCA2 gene for mutations, which are useful for diagnosing the predisposition to breast cancer.

The publications and other materials used herein to illuminate the background of the invention, and in particular, cases to provide additional details respecting the practice, are incorporated herein by reference, and for convenience, are referenced by author and date in the following text and respectively grouped in the appended List of References.

### BACKGROUND OF THE INVENTION

The genetics of cancer is complicated, involving multiple dominant, positive regulators of the transformed state (oncogenes) as well as multiple recessive, negative regulators (tumor suppressor genes). Over one hundred oncogenes have been characterized. Fewer than a dozen tumor suppressor genes have been identified, but the number is expected to increase beyond fifty (Knudson, 1993).

The involvement of so many genes underscores the complexity of the growth control mechanisms that operate in cells to maintain the integrity of normal tissue. This complexity is manifest in another way. So far, no single gene has been shown to participate in the development of all, or even the majority of human cancers. The most common oncogenic mutations are in the H-ras gene, found in 10–15% of all solid tumors (Anderson et al., 1992). The most frequently mutated tumor suppressor genes are the TP53 gene, homozygously deleted in roughly 50% of all tumors, and CDKN2, which was homozygously deleted in 46% of tumor

2

cell lines examined (Kamb et al., 1994a). Without a target that is common to all transformed cells, the dream of a "magic bullet" that can destroy or revert cancer cells while leaving normal tissue unharmed is improbable. The hope for a new generation of specifically targeted antitumor drugs may rest on the ability to identify tumor suppressor genes or oncogenes that play general roles in control of cell division.

The tumor suppressor genes which have been cloned and characterized influence susceptibility to: 1) Retinoblastoma (RB1); 2) Wilms' tumor (WT1); 3) Li-Fraumeni (TP53); 4) Familial adenomatous polyposis (APC); 5) Neurofibromatosis type 1 (NF1); 6) Neurofibromatosis type 2 (NF2); 7) von Hippel-Lindau syndrome (VHL); 8) Multiple endocrine neoplasia type 2A (MEN2A), and 9) Melanoma (CDKN2).

Tumor suppressor loci that have been mapped genetically but not yet isolated include genes for: Multiple endocrine neoplasia type 1 (MEN1); Lynch cancer family syndrome 2 (LCFS2); Neuroblastoma (NB); Basal cell nevus syndrome (BCNS); Beckwith-Wiedemann syndrome (BWS); Renal cell carcinoma (RCC); Tuberous sclerosis 1 (TSC1); and Tuberous sclerosis 2 (TSC2). The tumor suppressor genes that have been characterized to date encode products with similarities to a variety of protein types, including DNA binding proteins (WT1), ancillary transcription regulators (RB1), GTPase activating proteins or GAPs (NF1), cytoskeletal components (NF2), membrane bound receptor kinases (MEN2A), cell cycle regulators (CDKN2) and others with no obvious similarity to known proteins (APC and VHL).

In many cases, the tumor suppressor gene originally identified through genetic studies has been shown to be lost or mutated in some sporadic tumors. This result suggests that regions of chromosomal aberration may signify the position of important tumor suppressor genes involved both in genetic predisposition to cancer and in sporadic cancer.

One of the hallmarks of several tumor suppressor genes characterized to date is that they are deleted at high frequency in certain tumor types. The deletions often involve loss of a single allele, a so-called loss of heterozygosity (LOH), but may also involve homozygous deletion of both alleles. For LOH, the remaining allele is presumed to be nonfunctional, either because of a preexisting inherited mutation, or because of a secondary sporadic mutation. Breast cancer is one of the most significant diseases that affects women. At the current rate, American women have a 1 in 8 risk of developing breast cancer by age 95 (American Cancer Society, 1992). Treatment of breast cancer at later stages is often futile and disfiguring, making early detection a high priority in medical management of the disease. Ovarian cancer, although less frequent than breast cancer, is often rapidly fatal and is the fourth most common cause of cancer mortality in American women. Genetic factors contribute to an ill-defined proportion of breast cancer incidence, estimated to be about 5% of all cases but approximately 25% of cases diagnosed before age 40 (Claus el al., 1991). Breast cancer has been subdivided into two types, early-age onset and late-age onset, based on an inflection in the age-specific incidence curve around age 50. Mutation of one gene, BRCA1, is thought to account for approximately 45% of familial breast cancer, but at least 80% of families with both breast and ovarian cancer (Easton et al., 1993).

The BRCA1 gene has been isolated (Futreal et al., 1994; Miki et al., 1994) following an intense effort following its mapping in 1990 (Hall et al., 1990; Narod et al., 1991). A second locus, BRCA2, has recently been mapped to chromosome 13 (Wooster et al., 1994) and appears to account for a proportion of early-onset breast cancer roughly equal to

A000458

6,033,857

3

BRCA1, but confers a lower risk of ovarian cancer. The remaining susceptibility to early-onset breast cancer is divided between as-yet unmapped genes for familial cancer, and rarer germline mutations in genes such as TP53 (Malkin et al., 1990). It has also been suggested that heterozygote carriers for defective forms of the Ataxia-Telangiectasia gene are at higher risk for breast cancer (Swift et al., 1976; Swift el al., 1991). Late-age onset breast cancer is also often familial although the risks in relatives are not as high as those for early-onset breast cancer (Cannon-Albright et al., 1994; Mettlin et al., 1990). However, the percentage of such cases due to genetic susceptibility is unknown.

Breast cancer has long been recognized to be, in part, a familial disease (Anderson, 1972). Numerous investigators have examined the evidence for genetic inheritance and concluded that the data are most consistent with dominant inheritance for a major susceptibility locus or loci (Bishop and Gardner, 1980; Go et al., 1983; Williams and Anderson, 1984; Bishop et al., 1988; Newman et al., 1988; Claus et al., 1991). Recent results demonstrate that at least three loci exist which convey susceptibility to breast cancer as well as other cancers. These loci are the TP53 locus on chromosome 17p (Malkin et al., 1990), a 17q-linked susceptibility locus known as BRCA1 (Hall et al., 1990), and one or more loci responsible for the unmapped residual. Hall et al. (1990) indicated that the inherited breast cancer susceptibility in kindreds with early age onset is linked to chromosome 17q21; although subsequent studies by this group using a more appropriate genetic model partially refuted the limitation to early onset breast cancer (Margaritte et al., 1992).

Most strategies for cloning the chromosome 13-linked breast cancer predisposing gene (BRCA2) require precise genetic localization studies. The simplest model for the functional role of BRCA2 holds that alleles of BRCA2 that predispose to cancer are recessive to wild type alleles; that is, cells that contain at least one wild type BRCA2 allele are not cancerous. However, cells that contain one wild type BRCA2 allele and one predisposing allele may occasionally suffer loss of the wild type allele either by random mutation or by chromosome loss during cell division (nondisjunction). All the progeny of such a mutant cell lack the wild type function of BRCA2 and may develop into tumors. According to this model, predisposing alleles of BRCA2 are recessive, yet susceptibility to cancer is inherited in a dominant fashion: women who possess one predisposing allele (and one wild type allele) risk developing cancer, because their mammary epithelial cells may spontaneously lose the wild type BRCA2 allele. This model applies to a group of cancer susceptibility loci known as tumor suppressors or antioncogenes, a class of genes that includes the retinoblastoma gene and neurofibromatosis gene. By inference this model may explain the BRCA1 function, as has recently been suggested (Smith et al., 1992).

A second possibility is that BRCA2 predisposing alleles are truly dominant; that is, a wild type allele of BRCA2 cannot overcome the tumor forming role of the predisposing allele. Thus, a cell that carries both wild type and mutant alleles would not necessarily lose the wild type copy of BRCA2 before giving rise to malignant cells. Instead, mammary cells in predisposed individuals would undergo some other stochastic change(s) leading to cancer.

If BRCA2 predisposing alleles are recessive, the BRCA2 gene is expected to be expressed in normal mammary tissue but not functionally expressed in mammary tumors. In contrast, if BRCA2 predisposing alleles are dominant, the wild type BRCA2 gene may or may not be expressed in normal mammary tissue. However, the predisposing allele will likely be expressed in breast tumor cells.

4

The chromosome 13 linkage of BRCA2 was independently confirmed by studying fifteen families that had multiple cases of early-onset breast cancer cases that were not linked to BRCA1 (Wooster et al., 1994). These studies claimed to localize the gene within a large region, 6 centi-Morgans (cM), or approximately 6 million base pairs, between the markers D13S289 and D13S267, placing BRCA2 in a physical region defined by 13q12–13. The size of these regions and the uncertainty associated with them has made it difficult to design and implement physical mapping and/or cloning strategies for isolating the BRCA2 gene. Like BRCA1, BRCA2 appears to confer a high risk of early-onset breast cancer in females. However, BRCA2 does not appear to confer a substantially elevated risk of ovarian cancer, although it does appear to confer an elevated risk of male breast cancer (Wooster, et al., 1994).

Identification of a breast cancer susceptibility locus would permit the early detection of susceptible individuals and greatly increase our ability to understand the initial steps which lead to cancer. As susceptibility loci are often altered during tumor progression, cloning these genes could also be important in the development of better diagnostic and prognostic products, as well as better cancer therapies.

SUMMARY OF THE INVENTION

The present invention relates generally to the field of human genetics. Specifically, the present invention relates to methods and materials used to isolate and detect a human breast cancer predisposing gene (BRCA2), some alleles of which cause susceptibility to cancer, in particular breast cancer in females and males. More specifically, the present invention relates to germline mutations in the BRCA2 gene and their use in the diagnosis of predisposition to breast cancer. The invention further relates to somatic mutations in the BRCA2 gene in human breast cancer and their use in the diagnosis and prognosis of human breast cancer. Additionally, the invention relates to somatic mutations in the BRCA2 gene in other human cancers and their use in the diagnosis and prognosis of human cancers. The invention also relates to the therapy of human cancers which have a mutation in the BRCA2 gene, including gene therapy, protein replacement therapy and protein mimetics. The invention further relates to the screening of drugs for cancer therapy. Finally, the invention relates to the screening of the BRCA2 gene for mutations, which are useful for diagnosing the predisposition to breast cancer.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows a schematic map of STSs, P1s, BACs and YACs in the BRCA2 region.

FIG. 2 shows the sequence-space relationship between the cDNA clones, hybrid selected clones, cDNA PCR products and genomic sequences used to assemble the BRCA2 transcript sequence. 2-Br-C:RACE is a biotin-capture RACE product obtained from both human breast and human thymus cDNA. The cDNA clone λ sC713.1 was identified by screening a pool of human testis and HepG2 cDNA libraries with hybrid selected clone GT 713. The sequence 1-BR:CG026 →5 kb was generated from a PCR product beginning at the exon ⅞ junction (within λ sC713.1) and terminating within an hybrid selected clone that is part of exon 11. The sequence of exon 11 was corrected by comparison to hybrid selected clones, genomic sequence in the public domain and radioactive DNA sequencing gels. Hybrid selected clones located within that exon (clone names beginning with nH or GT) are placed below it. The

6,033,857

5

cDNA clones λ. wCBF1B8.1, λ. wCBF1A5.1, λ. wCBF1 A5.12, λ. wCBF1B6.2 and λ. wCBF1B6.3 were identified by screening a pool of human mammary gland, placenta, testis and HepG2 cDNA libraries with the exon trapped clones wXBF1B8, wXPF1A5 and wXBF1B6. The clone λ. wCBF1B6.3 is chimeric (indicated by the dashed line), but its 5' end contained an important overlap with λ. wCBF1A5.1. denotes the translation initiator. denotes the translation terminator.

FIGS. 3A–3D show the DNA sequence of the BRCA2 gene (which is also set forth in SEQ ID NO:1).

FIG. 4 shows the genomic organization of the BRCA2 gene. The exons (boxes and/or vertical lines) are parsed across the genomic sequences (ftp://genome.wustl.edu/pub/gscl/brca;) (horizontal lines) such that their sizes and spacing are proportional. The name of each genomic sequence is given at the left side of the figure. The sequences 92M18.00541 and 92M18.01289 actually overlap. Distances between the other genomic sequences are not known. Neither the public database nor our sequence database contained genomic sequences overlapping with exon 21.

Exons 1, 11 and 21 are numbered. "*" denotes two adjacent exons spaced closely enough that they are not resolved at this scale.

FIGS. 5A–5D show a loss of heterozygosity (LOH) analysis of primary breast tumors. Alleles of STR markers are indicated below the chromatogram. Shown are one example of a tumor heterozygous at BRCA2 (FIGS. 5A and 5B) and an example of a tumor with LOH at BRCA2 (FIGS. 5C and 5D). Fluorescence units are on the ordinate; size in basepairs is on the abscissa. N is for normal (FIGS. 5A and 5C) and T is for tumor (FIGS. 5B and 5D).

DETAILED DESCRIPTION OF THE
INVENTION

The present invention relates generally to the field of human genetics. Specifically, the present invention relates to methods and materials used to isolate and detect a human breast cancer predisposing gene (BRCA2), some alleles of which cause susceptibility to cancer, in particular breast cancer in females and males. More specifically, the present invention relates to germline mutations in the BRCA2 gene and their use in the diagnosis of predisposition to breast cancer. The invention further relates to somatic mutations in the BRCA2 gene in human breast cancer and their use in the diagnosis and prognosis of human breast cancer. Additionally, the invention relates to somatic mutations in the BRCA2 gene in other human cancers and their use in the diagnosis and prognosis of human cancers. The invention also relates to the therapy of human cancers which have a mutation in the BRCA2 gene, including gene therapy, protein replacement therapy and protein mimetics. The invention further relates to the screening of drugs for cancer therapy. Finally, the invention relates to the screening of the BRCA2 gene for mutations, which are useful for diagnosing the predisposition to breast cancer.

The present invention provides an isolated polynucleotide comprising all, or a portion of the BRCA2 locus or of a mutated BRCA2 locus, preferably at least eight bases and not more than about 100 kb in length. Such polynucleotides may be antisense polynucleotides. The present invention also provides a recombinant construct comprising such an isolated polynucleotide, for example, a recombinant construct suitable for expression in a transformed host cell.

Also provided by the present invention are methods of detecting a polynucleotide comprising a portion of the

6

BRCA2 locus or its expression product in an analyte. Such methods may further comprise the step of amplifying the portion of the BRCA2 locus, and may further include a step of providing a set of polynucleotides which are primers for amplification of said portion of the BRCA2 locus. The method is useful for either diagnosis of the predisposition to cancer or the diagnosis or prognosis of cancer.

The present invention also provides isolated antibodies, preferably monoclonal antibodies, which specifically bind to an isolated polypeptide comprised of at least five amino acid residues encoded by the BRCA2 locus.

The present invention also provides kits for detecting in an analyte a polynucleotide comprising a portion of the BRCA2 locus, the kits comprising a polynucleotide complementary to the portion of the BRCA2 locus packaged in a suitable container, and instructions for its use.

The present invention further provides methods of preparing a polynucleotide comprising polymerizing nucleotides to yield a sequence comprised of at least eight consecutive nucleotides of the BRCA2 locus; and methods of preparing a polypeptide comprising polymerizing amino acids to yield a sequence comprising at least five amino acids encoded within the BRCA2 locus.

The present invention further provides methods of screening the BRCA2 gene to identify mutations. Such methods may further comprise the step of amplifying a portion of the BRCA2 locus, and may further include a step of providing a set of polynucleotides which are primers for amplification of said portion of the BRCA2 locus. The method is useful for identifying mutations for use in either diagnosis of the predisposition to cancer or the diagnosis or prognosis of cancer.

The present invention further provides methods of screening suspected BRCA2 mutant alleles to identify mutations in the BRCA2 gene.

In addition, the present invention provides methods of screening drugs for cancer therapy to identify suitable drugs for restoring BRCA2 gene product function.

Finally, the present invention provides the means necessary for production of gene-based therapies directed at cancer cells. These therapeutic agents may take the form of polynucleotides comprising all or a portion of the BRCA2 locus placed in appropriate vectors or delivered to target cells in more direct ways such that the function of the BRCA2 protein is reconstituted. Therapeutic agents may also take the form of polypeptides based on either a portion of, or the entire protein sequence of BRCA2. These may functionally replace the activity of BRCA2 in vivo.

It is a discovery of the present invention that the BRCA2 locus which predisposes individuals to breast cancer, is a gene encoding a BRCA2 protein. This gene is termed BRCA2 herein. It is a discovery of the present invention that mutations in the BRCA2 locus in the germline are indicative of a predisposition to breast cancer in both men and women. Finally, it is a discovery of the present invention that somatic mutations in the BRCA2 locus are also associated with breast cancer and other cancers, which represents an indicator of these cancers or of the prognosis of these cancers. The mutational events of the BRCA2 locus can involve deletions, insertions and point mutations within the coding sequence and the non-coding sequence.

Starting from a region on human chromosome 13 of the human genome, which has a size estimated at about 6 million base pairs, a smaller region of 1 to 1.5 million bases which contains a genetic locus, BRCA2, which causes susceptibility to cancer, including breast cancer, has been identified.

A000460

6,033,857

7

The region containing the BRCA2 locus was identified using a variety of genetic techniques. Genetic mapping techniques initially defined the BRCA2 region in terms of recombination with genetic markers. Based upon studies of large extended families ("kindreds") with multiple cases of breast cancer, a chromosomal region has been pinpointed that contains the BRCA2 gene. A region which contains the BRCA2 locus is physically bounded by the markers D13S289 and D13S267.

The use of the genetic markers provided by this invention allowed the identification of clones which cover the region from a human yeast artificial chromosome (YAC) or a human bacterial artificial chromosome (BAC) library. It also allowed for the identification and preparation of more easily manipulated P1 and BAC clones from this region and the construction of a contig from a subset of the clones. These P1s, YACs and BACs provide the basis for cloning the BRCA2 locus and provide the basis for developing reagents effective, for example, in the diagnosis and treatment of breast and/or ovarian cancer. The BRCA2 gene and other potential susceptibility genes have been isolated from this region. The isolation was done using software trapping (a computational method for identifying sequences likely to contain coding exons, from contiguous or discontinuous genomic DNA sequences), hybrid selection techniques and direct screening, with whole or partial cDNA inserts from P1s and BACs, in the region to screen cDNA libraries. These methods were used to obtain sequences of loci expressed in breast and other tissue. These candidate loci were analyzed to identify sequences which confer cancer susceptibility. We have discovered that there are mutations in the coding sequence of the BRCA2 locus in kindreds which are responsible for the chromosome 13-linked cancer susceptibility known as BRCA2. The present invention not only facilitates the early detection of certain cancers, so vital to patient survival, but also permits the detection of susceptible individuals before they develop cancer.

Population Resources

Large, well-documented Utah kindreds are especially important in providing good resources for human genetic studies. Each large kindred independently provides the power to detect whether a BRCA2 susceptibility allele is segregating in that family. Recombinants informative for localization and isolation of the BRCA2 locus could be obtained only from kindreds large enough to confirm the presence of a susceptibility allele. Large sibships are especially important for studying breast cancer, since penetrance of the BRCA2 susceptibility allele is reduced both by age and sex, making informative sibships difficult to find. Furthermore, large sibships are essential for constructing haplotypes of deceased individuals by inference from the haplotypes of their close relatives.

While other populations may also provide beneficial information, such studies generally require much greater effort, and the families are usually much smaller and thus less informative. Utah's age-adjusted breast cancer incidence is 20% lower than the average U.S. rate. The lower incidence in Utah is probably due largely to an early age at first pregnancy, increasing the probability that cases found in Utah kindreds carry a genetic predisposition.

Genetic Mapping

Given a set of informative families, genetic markers are essential for linking a disease to a region of a chromosome. Such markers include restriction fragment length polymorphisms (RFLPs) (Botstein et al., 1980), markers with a variable number of tandem repeats (VNTRs) (Jeffreys et cl., 1985, Nakamura et al., 1987), and an abundant class of DNA

8

polymorphisms based on short tandem repeats (STRs), especially repeats of CpA (Weber and May, 1989; Litt et al., 1989). To generate a genetic map, one selects potential genetic markers and tests them using DNA extracted from members of the kindreds being studied.

Genetic markers useful in searching for a genetic locus associated with a disease can be selected on an ad hoc basis, by densely covering a specific chromosome, or by detailed analysis of a specific region of a chromosome. A preferred method for selecting genetic markers linked with a disease involves evaluating the degree of informativeness of kindreds to determine the ideal distance between genetic markers of a given degree of polymorphism, then selecting markers from known genetic maps which are ideally spaced for maximal efficiency. Informativeness of kindreds is measured by the probability that the markers will be heterozygous in unrelated individuals. It is also most efficient to use STR markers which are detected by amplification of the target nucleic acid sequence using PCR; such markers are highly informative, easy to assay (Weber and May, 1989), and can be assayed simultaneously using multiplexing strategies (Skolnick and Wallace, 1988), greatly reducing the number of experiments required.

Once linkage has been established, one needs to find markers that flank the disease locus, i.e., one or more markers proximal to the disease locus, and one or more markers distal to the disease locus. Where possible, candidate markers can be selected from a known genetic map. Where none is known, new markers can be identified by the STR technique, as shown in the Examples.

Genetic mapping is usually an iterative process. In the present invention, it began by defining flanking genetic markers around the BRCA2 locus, then replacing these flanking markers with other markers that were successively closer to the BRCA2 locus. As an initial step, recombination events, defined by large extended kindreds, helped specifically to localize the BRCA2 locus as either distal or proximal to a specific genetic marker (Wooster el al., 1994).

The region surrounding BRCA2, until the disclosure of the present invention, was not well mapped and there were few markers. Therefore, short repetitive sequences were developed from cosmids, P1s, BACs and YACs, which physically map to the region and were analyzed in order to develop new genetic markers. Novel STRs were found which were both polymorphic and which mapped to the BRCA2 region.

Physical Mapping

Three distinct methods were employed to physically map the region. The first was the use of yeast artificial chromosomes (YACs) to clone the BRCA2 region. The second was the creation of a set of P1, BAC and cosmid clones which cover the region containing the BRCA2 locus.

Yeast Artificial Chromosomes (YACs). Once a sufficiently small region containing the BRCA2 locus was identified, physical isolation of the DNA in the region proceeded by identifying a set of overlapping YACs which covers the region. Useful YACs can be isolated from known libraries, such as the St. Louis and CEPH YAC libraries, which are widely distributed and contain approximately 50,000 YACs each. The YACs isolated were from these publicly accessible libraries and can be obtained from a number of sources including the Michigan Genome Center.

Clearly, others who had access to these YACs, without the disclosure of the present invention, would not have known the value of the specific YACs we selected since they would not have known which YACs were within, and which YACs outside of, the smallest region containing the BRCA2 locus.

A000461

6,033,857

9

P1 and BAC Clones. In the present invention, it is advantageous to proceed by obtaining P1 and BAC clones to cover this region. The smaller size of these inserts, compared to YAC inserts, makes them more useful as specific hybridization probes. Furthermore, having the cloned DNA in bacterial cells, rather than in yeast cells, greatly increases the ease with which the DNA of interest can be manipulated, and improves the signal-to-noise ratio of hybridization assays.

P1 and BAC clones are obtained by screening libraries constructed from the total human genome with specific sequence tagged sites (STSs) derived from the YACs, P1 s and BACs, isolated as described herein.

These P1 and BAC clones can be compared by interspersed repetitive sequence (IRS) PCR and/or restriction enzyme digests followed by gel electrophoresis and comparison of the resulting DNA fragments ("fingerprints") (Maniatis el al., 1982). The clones can also be characterized by the presence of STSs. The fingerprints are used to define an overlapping contiguous set of clones which covers the region but is not excessively redundant, referred to herein as a "minimum tiling path". Such a minimum tiling path forms the basis for subsequent experiments to identify cDNAs which may originate from the BRCA2 locus.

P1 clones (Sternberg, 1990; Sternberg et al., 1990; Pierce el al., 1992; Shizuya et al., 1992) were isolated by Genome Sciences using PCR primers provided by us for screening. BACs were provided by hybridization techniques in Dr. Mel Simon's laboratory and by analysis of PCR pools in our laboratory. The strategy of using P1 and BAC clones also permitted the covering of the genomic region with an independent set of clones not derived from YACs. This guards against the possibility of deletions in YACs. These new sequences derived from the P1 and BAC clones provide the material for further screening for candidate genes, as described below.

Gene Isolation.

There are many techniques for testing genomic clones for the presence of sequences likely to be candidates for the coding sequence of a locus one is attempting to isolate, including but not limited to: (a) zoo blots, (b) identifying HTF islands, (c) exon trapping, (d) hybridizing cDNA to P1s, BAC or YACs and (e) screening cDNA libraries.

(a) Zoo blots. The first technique is to hybridize cosmids to Southern blots to identify DNA sequences which are evolutionarily conserved, and which therefore give positive hybridization signals with DNA from species of varying degrees of relationship to humans (such as monkey, cow, chicken, pig, mouse and rat). Southern blots containing such DNA from a variety of species are commercially available (Clonetech, Cat. 7753-1).

(b) Identifying HTF islands. The second technique involves finding regions rich in the nucleotides C and G, which often occur near or within coding sequences. Such sequences are called HTF (HpaI tiny fragment) or CpG islands, as restriction enzymes specific for sites which contain CpG dimers cut frequently in these regions (Lindsay et al., 1987).

(c) Exon trapping. The third technique is exon trapping, a method that identifies sequences in genomic DNA which contain splice junctions and therefore are likely to comprise coding sequences of genes. Exon amplification (Buckler et al., 1991) is used to select and amplify exons from DNA clones described above. Exon amplification is based on the selection of RNA sequences which are flanked by functional 5' and/or 3' splice sites. The products of the exon amplification are

10

used to screen the breast cDNA libraries to identify a manageable number of candidate genes for further study. Exon trapping can also be performed on small segments of sequenced DNA using computer programs or by software trapping.

(d) Hybridizing cDNA to P1s. BACs or YACs. The fourth technique is a modification of the selective enrichment technique which utilizes hybridization of cDNA to cosmids, P1s, BACs or YACs and permits transcribed sequences to be identified in, and recovered from cloned genomic DNA (Kandpal et al., 1990). The selective enrichment technique, as modified for the present purpose, involves binding DNA from the region of BRCA2 present in a YAC to a column matrix and selecting cDNAs from the relevant libraries which hybridize with the bound DNA, followed by amplification and purification of the bound DNA, resulting in a great enrichment for cDNAs in the region represented by the cloned genomic DNA.

(e) Identification of cDNAs. The fifth technique is to identify cDNAs that correspond to the BRCA2 locus. Hybridization probes containing putative coding sequences, selected using any of the above techniques, are used to screen various libraries, including breast tissue cDNA libraries and any other necessary libraries.

Another variation on the theme of direct selection of cDNA can be used to find candidate genes for BRCA2 (Lovett et al., 1991; Futreal, 1993). This method uses cosmid, P1 or BAC DNA as the probe. The probe DNA is digested with a blunt cutting restriction enzyme such as HaeIII. Double stranded adapters are then ligated onto the DNA and serve as binding sites for primers in subsequent PCR amplification reactions using biotinylated primers. Target cDNA is generated from mRNA derived from tissue samples, e.g., breast tissue, by synthesis of either random primed or oligo(dT) primed first strand followed by second strand synthesis. The cDNA ends are rendered blunt and ligated onto double-stranded adapters. These adapters serve as amplification sites for PCR. The target and probe sequences are denatured and mixed with human $C_o$t-1 DNA to block repetitive sequences. Solution hybridization is carried out to high $C_o$t-½ values to ensure hybridization of rare target cDNA molecules. The annealed material is then captured on avidin beads, washed at high stringency and the retained cDNAs are eluted and amplified by PCR. The selected cDNA is subjected to further rounds of enrichment before cloning into a plasmid vector for analysis.

Testing the cDNA for Candidacy

Proof that the cDNA is the BRCA2 locus is obtained by finding sequences in DNA extracted from affected kindred members which create abnormal BRCA2 gene products or abnormal levels of BRCA2 gene product. Such BRCA2 susceptibility alleles will co-segregate with the disease in large kindreds. They will also be present at a much higher frequency in non-kindred individuals with breast cancer then in individuals in the general population. Finally, since tumors often mutate somatically at loci which are in other instances mutated in the germline, we expect to see normal germline BRCA2 alleles mutated into sequences which are identical or similar to BRCA2 susceptibility alleles in DNA extracted from tumor tissue. Whether one is comparing BRCA2 sequences from tumor tissue to BRCA2 alleles from the germline of the same individuals, or one is comparing germline BRCA2 alleles from cancer cases to those from unaffected individuals, the key is to find mutations which are serious enough to cause obvious disruption to the normal function of the gene product. These mutations can take a

A000462

6,033,857

11

number of forms. The most severe forms would be frame shift mutations or large deletions which would cause the gene to code for an abnormal protein or one which would significantly alter protein expression. Less severe disruptive mutations would include small in-frame deletions and non-conservative base pair substitutions which would have a significant effect on the protein produced, such as changes to or from a cysteine residue, from a basic to an acidic amino acid or vice versa, from a hydrophobic to hydrophilic amino acid or vice versa, or other mutations which would affect secondary, tertiary or quaternary protein structure. Silent mutations or those resulting in conservative amino acid substitutions would not generally be expected to disrupt protein function.

According to the diagnostic and prognostic method of the present invention, alteration of the wild-type BRCA2 locus is detected. In addition, the method can be performed by detecting the wild-type BRCA2 locus and confirming the lack of a predisposition to cancer at the BRCA2 locus. "Alteration of a wild-type gene" encompasses all forms of mutations including deletions, insertions and point mutations in the coding and noncoding regions. Deletions may be of the entire gene or of only a portion of the gene. Point mutations may result in stop codons, frameshift mutations or amino acid substitutions. Somatic mutations are those which occur only in certain tissues, e.g., in the tumor tissue, and are not inherited in the germline. Germline mutations can be found in any of a body's tissues and are inherited. If only a single allele is somatically mutated, an early neoplastic state is indicated. However, if both alleles are somatically mutated, then a late neoplastic state is indicated. The finding of BRCA2 mutations thus provides both diagnostic and prognostic information. A BRCA2 allele which is not deleted (e.g., found on the sister chromosome to a chromosome carrying a BRCA2 deletion) can be screened for other mutations, such as insertions, small deletions, and point mutations. It is believed that many mutations found in tumor tissues will be those leading to decreased expression of the BRCA2 gene product. However, mutations leading to non-functional gene products would also lead to a cancerous state. Point mutational events may occur in regulatory regions. Such as in the promoter of the gene, leading to loss or diminution of expression of the mRNA. Point mutations may also abolish proper RNA processing, leading to loss of expression of the BRCA2 gene product, or to a decrease in mRNA stability or translation efficiency.

Useful diagnostic techniques include, but are not limited to fluorescent in situ hybridization (FISH), direct DNA sequencing, PFGE analysis, Southern blot analysis, single stranded conformation analysis (SSCA), RNase protection assay, allele-specific oligonucleotide (ASO), dot blot analysis and PCR-SSCP, as discussed in detail further below.

Predisposition to cancers, such as breast cancer, and the other cancers identified herein, can be ascertained by testing any tissue of a human for mutations of the BRCA2 gene. For example, a person who has inherited a germline BRCA2 mutation would be prone to develop cancers. This can be determined by testing DNA from any tissue of the person's body. Most simply, blood can be drawn and DNA extracted from the cells of the blood. In addition, prenatal diagnosis can be accomplished by testing fetal cells, placental cells or amniotic cells for mutations of the BRCA2 gene. Alteration of a wild-type BRCA2 allele, whether, for example, by point mutation or deletion, can be detected by any of the means discussed herein.

There are several methods that can be used to detect DNA sequence variation. Direct DNA sequencing, either manual

12

sequencing or automated fluorescent sequencing can detect sequence variation. For a gene as large as BRCA2, manual sequencing is very labor-intensive, but under optimal conditions, mutations in the coding sequence of a gene are rarely missed. Another approach is the single-stranded conformation polymorphism assay (SSCA) (Orita el al., 1989). This method does not detect all sequence changes, especially if the DNA fragment size is greater than 200 bp, but can be optimized to detect most DNA sequence variation. The reduced detection sensitivity is a disadvantage but the increased throughput possible with SSCA makes it an attractive, viable alternative to direct sequencing for mutation detection on a research basis. The fragments which have shifted mobility on SSCA gels are then sequenced to determine the exact nature of the DNA sequence variation. Other approaches based on the detection of mismatches between the two complementary DNA strands include clamped denaturing gel electrophoresis (CDGE) (Sheffield et al., 1991), heteroduplex analysis (HA) (White et al., 1992) and chemical mismatch cleavage (CMC) (Grompe el al., 1989). None of the methods described above will detect large deletions, duplications or insertions, nor will they detect a regulatory mutation which affects transcription or translation of the protein. Other methods which might detect these classes of mutations such as a protein truncation assay or the asymmetric assay, detect only specific types of mutations and would not detect missense mutations. A review of currently available methods of detecting DNA sequence variation can be found in a recent review by Grompe (1993). Once a mutation is known, an allele specific detection approach such as allele specific oligonucleotide (ASO) hybridization can be utilized to rapidly screen large numbers of other samples for that same mutation.

In order to detect the alteration of the wild-type BRCA2 gene in a tissue, it is helpful to isolate the tissue free from surrounding normal tissues. Means for enriching tissue preparation for tumor cells are known in the art. For example, the tissue may be isolated from paraffin or cryostat sections. Cancer cells may also be separated from normal cells by flow cytometry. These techniques, as well as other techniques for separating tumor cells from normal cells, are well known in the art. If the tumor tissue is highly contaminated with normal cells, detection of mutations is more difficult.

A rapid preliminary analysis to detect polymorphisms in DNA sequences can be performed by looking at a series of Southern blots of DNA cut with one or more restriction enzymes, preferably with a large number of restriction enzymes. Each blot contains a series of normal individuals and a series of cancer cases, tumors, or both. Southern blots displaying hybridizing fragments (differing in length from control DNA when probed with sequences near or including the BRCA2 locus) indicate a possible mutation. If restriction enzymes which produce very large restriction fragments are used, then pulsed field gel electrophoresis (PFGE) is employed.

Detection of point mutations may be accomplished by molecular cloning of the BRCA2 allele(s) and sequencing the allele(s) using techniques well known in the art. Alternatively, the gene sequences can be amplified directly from a genomic DNA preparation from the tumor tissue, using known techniques. The DNA sequence of the amplified sequences can then be determined.

There are six well known methods for a more complete, yet still indirect, test for confirming the presence of a susceptibility allele: I) single stranded conformation analysis (SSCA) (Orita et al., 1989); 2) denaturing gradient gel

6,033,857

13

electrophoresis (DGGE) (Wartell et al., 1990; Sheffield et al., 1989); 3) RNase protection assays (Finkelstein et al., 1990; Kinszler et al., 1991); 4) allele-specific oligonucleotides (ASOs) (Conner et al., 1983); 5) the use of proteins which recognize nucleotide mismatches, such as the E. coli mutS protein (Modrich, 1991); and 6) allele-specific PCR (Rano & Kidd, 1989). For allele-specific PCR, primers are used which hybridize at their 3' ends to a particular BRCA2 mutation. If the particular BRCA2 mutation is not present, an amplification product is not observed. Amplification Refractory Mutation System (ARMS) can also be used, as disclosed in European Patent Application Publication No. 0332435 and in Newton et al., 1989.

Insertions and deletions of genes can also be detected by cloning, sequencing and amplification. In addition, restriction fragment length polymorphism (RFLP) probes for the gene or surrounding marker genes can be used to score alteration of an allele or an insertion in a polymorphic fragment. Such a method is particularly useful for screening relatives of an affected individual for the presence of the BRCA2 mutation found in that individual. Other techniques for detecting insertions and deletions as known in the art can be used.

In the first three methods (SSCA, DGGE and RNase protection assay), a new electrophoretic band appears. SSCA detects a band which migrates differentially because the sequence change causes a difference in single-strand, intramolecular base pairing. RNase protection involves cleavage of the mutant polynucleotide into two or more smaller fragments. DGGE detects differences in migration rates of mutant sequences compared to wild-type sequences, using a denaturing gradient gel. In an allele-specific oligonucleotide assay, an oligonucleotide is designed which detects a specific sequence, and the assay is performed by detecting the presence or absence of a hybridization signal. In the mutS assay, the protein binds only to sequences that contain a nucleotide mismatch in a heteroduplex between mutant and wild-type sequences.

Mismatches, according to the present invention, are hybridized nucleic acid duplexes in which the two strands are not 100% complementary. Lack of total homology may be due to deletions insertions, inversions or substitutions. Mismatch detection can be used to detect point mutations in the gene or in its mRNA product. While these techniques are less sensitive than sequencing, they are simpler to perform on a large number of tumor samples. An example of a mismatch cleavage technique is the RNase protection method. In the practice of the present invention, the method involves the use of a labeled riboprobe which is complementary to the human wild-type BRCA2 gene coding sequence. The riboprobe and either mRNA or DNA isolated from the tumor tissue are annealed (hybridized) together and subsequently digested with the enzyme RNase A which is able to detect some mismatches in a duplex RNA structure. If a mismatch is detected by RNase A, it cleaves at the site of the mismatch. Thus, when the annealed RNA preparation is separated on an electrophoretic gel matrix, if a mismatch has been detected and cleaved by RNase A, an RNA product will be seen which is smaller than the full length duplex RNA for the riboprobe and the mRNA or DNA. The riboprobe need not be the full length of the BRCA2 mRNA or gene but can be a segment of either. If the riboprobe comprises only a segment of the BRCA2 mRNA or gene it will be desirable to use a number of these probes to screen the whole mRNA sequence for mismatches.

In similar fashion, DNA probes can be used to detect mismatches, through enzymatic or chemical cleavage. See,

14

e.g., Cotton et al., 1988; Shenk et al., 1975; Novack et al., 1986. Alternatively, mismatches can be detected by shifts in the electrophoretic mobility of mismatched duplexes relative to matched duplexes. See, e.g., Cariello, 1988. With either riboprobes or DNA probes, the cellular mRNA or DNA which might contain a mutation can be amplified using PCR (see below) before hybridization. Changes in DNA of the BRCA2 gene can also be detected using Southern hybridization, especially if the changes are gross rearrangements, such as deletions and insertions.

DNA sequences of the BRCA2 gene which have been amplified by use of PCR may also be screened using allele-specific probes. These probes are nucleic acid oligomers, each of which contains a region of the BRCA2 gene sequence harboring a known mutation. For example, one oligomer may be about 30 nucleotides in length, corresponding to a portion of the BRCA2 gene sequence. By use of a battery of such allele-specific probes, PCR amplification products can be screened to identify the presence of a previously identified mutation in the BRCA2 gene. Hybridization of allele-specific probes with amplified BRCA2 sequences can be performed, for example, on a nylon filter. Hybridization to a particular probe under stringent hybridization conditions indicates the presence of the same mutation in the tumor tissue as in the allele-specific probe.

The most definitive test for mutations in a candidate locus is to directly compare genomic BRCA2 sequences from cancer patients with those from a control population. Alternatively, one could sequence messenger RNA after amplification, e.g., by PCR, thereby eliminating the necessity of determining the exon structure of the candidate gene.

Mutations from cancer patients falling outside the coding region of BRCA2 can be detected by examining the non-coding regions, such as introns and regulatory sequences near or within the BRCA2 gene. An early indication that mutations in noncoding regions are important may come from Northern blot experiments that reveal messenger RNA molecules of abnormal size or abundance in cancer patients as compared to control individuals.

Alteration of BRCA2 mRNA expression can be detected by any techniques known in the art.

These include Northern blot analysis, PCR amplification and RNase protection. Diminished mRNA expression indicates an alteration of the wild-type BRCA2 gene. Alteration of wild-type BRCA2 genes can also be detected by screening for alteration of wild-type BRCA2 protein. For example, monoclonal antibodies immunoreactive with BRCA2 can be used to screen a tissue. Lack of cognate antigen would indicate a BRCA2 mutation. Antibodies specific for products of mutant alleles could also be used to detect mutant BRCA2 gene product. Such immunological assays can be done in any convenient formats known in the art. These include Western blots, immunohistochemical assays and ELISA assays. Any means for detecting an altered BRCA2 protein can be used to detect alteration of wild-type BRCA2 genes. Functional assays, such as protein binding determinations, can be used. In addition, assays can be used which detect BRCA2 biochemical function. Finding a mutant BRCA2 gene product indicates alteration of a wild-type BRCA2 gene.

Mutant BRCA2 genes or gene products can also be detected in other human body samples, such as serum, stool, urine and sputum. The same techniques discussed above for detection of mutant BRCA2 genes or gene products in tissues can be applied to other body samples. Cancer cells are sloughed off from tumors and appear in such body

A000464

6,033,857

15

samples. In addition, the BRCA2 gene product itself may be secreted into the extracellular space and found in these body samples even in the absence of cancer cells. By screening such body samples, a simple early diagnosis can be achieved for many types of cancers. In addition, the progress of chemotherapy or radiotherapy can be monitored more easily by testing such body samples for mutant BRCA2 genes or gene products.

The methods of diagnosis of the present invention are applicable to any tumor in which BRCA2 has a role in tumorigenesis. The diagnostic method of the present invention is useful for clinicians, so they can decide upon an appropriate course of treatment.

The primer pairs of the present invention are useful for determination of the nucleotide sequence of a particular BRCA2 allele using PCR. The pairs of single-stranded DNA primers can be annealed to sequences within or surrounding the BRCA2 gene on chromosome 13 in order to prime amplifying DNA synthesis of the BRCA2 gene itself. A complete set of these primers allows synthesis of all of the nucleotides of the BRCA2 gene coding sequences, i.e., the exons. The set of primers preferably allows synthesis of both intron and exon sequences. Allele-specific primers can also be used. Such primers anneal only to particular BRCA2 mutant alleles, and thus will only amplify a product in the presence of the mutant allele as a template.

In order to facilitate subsequent cloning of amplified sequences, primers may have restriction enzyme site sequences appended to their 5′ ends. Thus, all nucleotides of the primers are derived from BRCA2 sequences or sequences adjacent to BRCA2, except for the few nucleotides necessary to form a restriction enzyme site. Such enzymes and sites are well known in the art. The primers themselves can be synthesized using techniques which are well known in the art. Generally, the primers can be made using oligonucleotide synthesizing machines which are commercially available. Given the sequence of the BRCA2 open reading frame shown in SEQ ID NO:1 and in FIG. 3, design of particular primers, in addition to those disclosed below, is well within the skill of the art.

The nucleic acid probes provided by the present invention are useful for a number of purposes. They can be used in Southern hybridization to genomic DNA and in the RNase protection method for detecting point mutations already discussed above. The probes can be used to detect PCR amplification products. They may also be used to detect mismatches with the BRCA2 gene or mRNA using other techniques.

It has been discovered that individuals with the wild-type BRCA2 gene do not have cancer which results from the BRCA2 allele. However, mutations which interfere with the function of the BRCA2 protein are involved in the pathogenesis of cancer. Thus, the presence of an altered (or a mutant) BRCA2 gene which produces a protein having a loss of function, or altered function, directly correlates to an increased risk of cancer. In order to detect a BRCA2 gene mutation, a biological sample is prepared and analyzed for a difference between the sequence of the BRCA2 allele being analyzed and the sequence of the wild-type BRCA2 allele. Mutant BRCA2 alleles can be initially identified by any of the techniques described above. The mutant alleles are then sequenced to identify the specific mutation of the particular mutant allele. Alternatively, mutant BRCA2 alleles can be initially identified by identifying mutant (altered) BRCA2 proteins, using conventional techniques. The mutant alleles are then sequenced to identify the specific mutation for each allele. The mutations, especially those

16

which lead to an altered function of the BRCA2 protein, are then used for the diagnostic and prognostic methods of the present invention.

Definitions

The present invention employs the following definitions:

"Amplification of Polynucleotides" utilizes methods such as the polymerase chain reaction (PCR), ligation amplification (or ligase chain reaction, LCR) and amplification methods based on the use of Q-beta replicase. These methods are well known and widely practiced in the art. See, e.g. U.S. Pat. Nos. 4,683,195 and 4,683,202 and Innis et al., 1990 (for PCR); and Wu et al., 1989a (for LCR). Reagents and hardware for conducting PCR are commercially available. Primers useful to amplify sequences from the BRCA2 region are preferably complementary to, and hybridize specifically to sequences in the BRCA2 region or in regions that flank a target region therein. BRCA2 sequences generated by amplification may be sequenced directly. Alternatively, but less desirably, the amplified sequence(s) may be cloned prior to sequence analysis. A method for the direct cloning and sequence analysis of enzymatically amplified genomic segments has been described by Scharf, 1986.

"Analyte polynucleotide" and "analyte strand" refer to a single- or double-stranded polynucleotide which is suspected of containing a target sequence, and which may be present in a variety of types of samples, including biological samples.

"Antibodies." The present invention also provides polyclonal and/or monoclonal antibodies and fragments thereof, and immunologic binding equivalents thereof, which are capable of specifically binding to the BRCA2 polypeptides and fragments thereof or to polynucleotide sequences from the BRCA2 region, particularly from the BRCA2 locus or a portion thereof. The term "antibody" is used both to refer to a homogeneous molecular entity, or a mixture such as a serum product made up of a plurality of different molecular entities. Polypeptides may be prepared synthetically in a peptide synthesizer and coupled to a carrier molecule (e.g., keyhole limpet hemocyanin) and injected over several months into rabbits. Rabbit sera is tested for immunoreactivity to the BRCA2 polypeptide or fragment. Monoclonal antibodies may be made by injecting mice with the protein polypeptides, fusion proteins or fragments thereof. Monoclonal antibodies will be screened by ELISA and tested for specific immunoreactivity with BRCA2 polypeptide or fragments thereof. See, Harlow & Lane, 1988. These antibodies will be useful in assays as well as pharmaceuticals.

Once a sufficient quantity of desired polypeptide has been obtained, it may be used for various purposes. A typical use is the production of antibodies specific for binding. These antibodies may be either polyclonal or monoclonal, and may be produced by in vitro or in vivo techniques well known in the art. For production of polyclonal antibodies, an appropriate target immune system, typically mouse or rabbit, is selected. Substantially purified antigen is presented to the immune system in a fashion determined by methods appropriate for the animal and by other parameters well known to immunologists. Typical sites for injection are in footpads, intramuscularly, intraperitoneally, or intradermally. Of course, other species may be substituted for mouse or rabbit. Polyclonal antibodies are then purified using techniques known in the art, adjusted for the desired specificity.

An immunological response is usually assayed with an immunoassay. Normally, such immunoassays involve some purification of a source of antigen, for example, that produced by the same cells and in the same fashion as the antigen. A variety of immunoassay methods are well known in the art. See, e.g., Harlow & Lane, 1988, or Goding, 1986.

6,033,857

17

Monoclonal antibodies with affinities of $10^{-8}$ M$^{-1}$ or preferably $10^{-9}$ to $10^{-10}$ M$^{-1}$ or stronger will typically be made by standard procedures as described, e.g., in Harlow & Lane, 1988 or Goding, 1986. Briefly, appropriate animals will be selected and the desired immunization protocol followed. After the appropriate period of time, the spleens of such animals are excised and individual spleen cells fused, typically, to immortalized myeloma cells under appropriate selection conditions. Thereafter, the cells are clonally separated and the supernatants of each clone tested for their production of an appropriate antibody specific for the desired region of the antigen.

Other suitable techniques involve in vitro exposure of lymphocytes to the antigenic polypeptides, or alternatively, to selection of libraries of antibodies in phage or similar vectors. See Huse et al. 1989. The polypeptides and antibodies of the present invention may be used with or without modification. Frequently, polypeptides and antibodies will be labeled by joining, either covalently or non-covalently, a substance which provides for a detectable signal. A wide variety of labels and conjugation techniques are known and are reported extensively in both the scientific and patent literature. Suitable labels include radionuclides, enzymes, substrates, cofactors, inhibitors, fluorescent agents, chemiluminescent agents, magnetic particles and the like. Patents teaching the use of such labels include U.S. Pat. Nos. 3,817,837; 3,850,752; 3,939,350; 3,996,345; 4,277,437; 4,275,149 and 4,366,241. Also, recombinant immunoglobulins may be produced (see U.S. Pat. No. 4,816,567).

"Binding partner" refers to a molecule capable of binding a ligand molecule with high specificity, as for example, an antigen and an antigen-specific antibody or an enzyme and its inhibitor. In general, the specific binding partners must bind with sufficient affinity to immobilize the analyte copy/ complementary strand duplex (in the case of polynucleotide hybridization) under the isolation conditions. Specific binding partners are known in the art and include, for example, biotin and avidin or streptavidin, IgG and protein A, the numerous, known receptor-ligand couples, and complementary polynucleotide strands. In the case of complementary polynucleotide binding partners, the partners are normally at least about 15 bases in length, and may be at least 40 bases in length. The polynucleotides may be composed of DNA, RNA, or synthetic nucleotide analogs.

A "biological sample" refers to a sample of tissue or fluid suspected of containing an analyte polynucleotide or polypeptide from an individual including, but not limited to, e.g., plasma, serum, spinal fluid, lymph fluid, the external sections of the skin, respiratory, intestinal, and genitourinary tracts, tears, saliva, blood cells, tumors, organs, tissue and samples of in vitro cell culture constituents.

As used herein, the terms "diagnosing" or "prognosing," as used in the context of neoplasia, are used to indicate 1) the classification of lesions as neoplasia, 2) the determination of the severity of the neoplasia, or 3) the monitoring of the disease progression, prior to, during and after treatment.

"Encode". A polynucleotide is said to "encode" a polypeptide if, in its native state or when manipulated by methods well known to those skilled in the art, it can be transcribed and/or translated to produce the mRNA for and/or the polypeptide or a fragment thereof. The anti-sense strand is the complement of such a nucleic acid, and the encoding sequence can be deduced therefrom.

"Isolated" or "substantially pure". An "isolated" or "substantially pure" nucleic acid (e.g., an RNA, DNA or a mixed polymer) is one which is substantially separated from other cellular components which naturally accompany a native

18

human sequence or protein, e.g., ribosomes, polymerases, many other human genome sequences and proteins. The term embraces a nucleic acid sequence or protein which has been removed from its naturally occurring environment, and includes recombinant or cloned DNA isolates and chemically synthesized analogs or analogs biologically synthesized by heterologous systems.

"BRCA2 Allele" refers to normal alleles of the BRCA2 locus as well as alleles carrying variations that predispose individuals to develop cancer of many sites including, for example, breast, ovarian and stomach cancer. Such predisposing alleles are also called "BRCA2 susceptibility alleles".

"BRCA2 Locus," "BRCA2 Gene," "BRCA2 Nucleic Acids" or "BRCA2 Polynucleotide" each refer to polynucleotides, all of which are in the BRCA2 region, that are likely to be expressed in normal tissue, certain alleles of which predispose an individual to develop breast, ovarian and stomach cancers. Mutations at the BRCA2 locus may be involved in the initiation and/or progression of other types of tumors. The locus is indicated in part by mutations that predispose individuals to develop cancer. These mutations fall within the BRCA2 region described infra. The BRCA2 locus is intended to include coding sequences, intervening sequences and regulatory elements controlling transcription and/or translation. The BRCA2 locus is intended to include all allelic variations of the DNA sequence.

These terms, when applied to a nucleic acid, refer to a nucleic acid which encodes a BRCA2 polypeptide, fragment, homolog or variant, including, e.g., protein fusions or deletions. The nucleic acids of the present invention will possess a sequence which is either derived from, or substantially similar to a natural BRCA2-encoding gene or one having substantial homology with a natural BRCA2-encoding gene or a portion thereof. The coding sequence for a BRCA2 polypeptide is shown in SEQ ID NO:1 and FIG. 3, with the amino acid sequence shown in SEQ ID NO:2.

The polynucleotide compositions of this invention include RNA, cDNA, genomic DNA, synthetic forms, and mixed polymers, both sense and antisense strands, and may be chemically or biochemically modified or may contain non-natural or derivatized nucleotide bases, as will be readily appreciated by those skilled in the art. Such modifications include, for example, labels, methylation, substitution of one or more of the naturally occurring nucleotides with an analog, internucleotide modifications such as uncharged linkages (e.g., methyl phosphonates, phosphotriesters, phosphoamidates, carbamates, etc.), charged linkages (e.g., phosphorothioates, phosphorodithioates, etc.), pendent moieties (e.g., polypeptides), intercalators (e.g., acridine, psoralen, etc.), chelators, alkylators, and modified linkages (e.g., alpha anomeric nucleic acids, etc.). Also included are synthetic molecules that mimic polynucleotides in their ability to bind to a designated sequence via hydrogen bonding and other chemical interactions. Such molecules are known in the art and include, for example, those in which peptide linkages substitute for phosphate linkages in the backbone of the molecule.

The present invention provides recombinant nucleic acids comprising all or part of the BRCA2 region. The recombinant construct may be capable of replicating autonomously in a host cell. Alternatively, the recombinant construct may become integrated into the chromosomal DNA of the host cell. Such a recombinant polynucleotide comprises a polynucleotide of genomic, cDNA, semi-synthetic, or synthetic origin which, by virtue of its origin or manipulation, 1) is not

6,033,857

19                                                          20

associated with all or a portion of a polynucleotide with which it is associated in nature; 2) is linked to a polynucleotide other than that to which it is linked in nature; or 3) does not occur in nature.

Therefore, recombinant nucleic acids comprising sequences otherwise not naturally occurring are provided by this invention. Although the wild-type sequence may be employed, it will often be altered, e.g., by deletion, substitution or insertion.

cDNA or genomic libraries of various types may be screened as natural sources of the nucleic acids of the present invention, or such nucleic acids may be provided by amplification of sequences resident in genomic DNA or other natural sources, e.g., by PCR. The choice of cDNA libraries normally corresponds to a tissue source which is abundant in mRNA for the desired proteins. Phage libraries are normally preferred, but other types of libraries may be used. Clones of a library are spread onto plates, transferred to a substrate for screening, denatured and probed for the presence of desired sequences.

The DNA sequences used in this invention will usually comprise at least about five codons (15 nucleotides), more usually at least about 7–15 codons, and most preferably, at least about 35 codons. One or more introns may also be present. This number of nucleotides is usually about the minimal length required for a successful probe that would hybridize specifically with a BRCA2-encoding sequence.

Techniques for nucleic acid manipulation are described generally, for example, in Sambrook el al., 1989 or Ausubel el al., 1992. Reagents useful in applying such techniques, such as restriction enzymes and the like, are widely known in the art and commercially available from such vendors as New England BioLabs, Boehringer Mannheim, Amersham, Promega Biotec, U. S. Biochemicals, New England Nuclear, and a number of other sources. The recombinant nucleic acid sequences used to produce fusion proteins of the present invention may be derived from natural or synthetic sequences. Many natural gene sequences are obtainable from various cDNA or from genomic libraries using, appropriate probes. See, GenBank, National Institutes of Health.

"BRCA2 Region" refers to a portion of human chromosome 13 bounded by the markers tdj3820 and YS-G-B10T. This region contains the BRCA2 locus, including the BRCA2 gene.

As used herein, the terms "BRCA2 locus," "BRCA2 allele" and "BRCA2 region" all refer to the double-stranded DNA comprising the locus, allele, or region, as well as either of the single-stranded DNAs comprising the locus, allele or region.

As used herein, a "portion" of the BRCA2 locus or region or allele is defined as having a minimal size of at least about eight nucleotides, or preferably about 15 nucleotides, or more preferably at least about 25 nucleotides, and may have a minimal size of at least about 40 nucleotides.

"BRCA2 protein" or "BRCA2 polypeptide" refer to a protein or polypeptide encoded by the BRCA2 locus, variants or fragments thereof. The term "polypeptide" refers to a polymer of amino acids and its equivalent and does not refer to a specific length of the product; thus, peptides, oligopeptides and proteins are included within the definition of a polypeptide. This term also does not refer to, or exclude modifications of the polypeptide, for example, glycosylations, acetylations, phosphorylations, and the like. Included within the definition are, for example, polypeptides containing one or more analogs of an amino acid (including, for example, unnatural amino acids, etc.), polypeptides with substituted linkages as well as other modifications known in

the art, both naturally and non-naturally occurring. Ordinarily, such polypeptides will be at least about 50% homologous to the native BRCA2 sequence, preferably in excess of about 90%, and more preferably at least about 95% homologous. Also included are proteins encoded by DNA which hybridize under high or low stringency conditions, to BRCA2-encoding nucleic acids and closely related polypeptides or proteins retrieved by antisera to the BRCA2 protein (s).

The length of polypeptide sequences compared for homology will generally be at least about 16 amino acids, usually at least about 20 residues, more usually at least about 24 residues, typically at least about 28 residues, and preferably more than about 35 residues. "Operably linked" refers to a juxtaposition wherein the components so described are in a relationship permitting them to function in their intended manner. For instance, a promoter is operably linked to a coding sequence if the promoter affects its transcription or expression.

"Probes". Polynucleotide polymorphisms associated with BRCA2 alleles which predispose to certain cancers or are associated with most cancers are detected by hybridization with a polynucleotide probe which forms a stable hybrid with that of the target sequence, under stringent to moderately stringent hybridization and wash conditions. If it is expected that the probes will be perfectly complementary to the target sequence, stringent conditions will be used. Hybridization stringency may be lessened if some mismatching is expected, for example, if variants are expected with the result that the probe will not be completely complementary. Conditions are chosen which rule out nonspecific/ adventitious bindings, that is, which minimize noise. Since such indications identify neutral DNA polymorphisms as well as mutations, these indications need further analysis to demonstrate detection of a BRCA2 susceptibility allele.

Probes for BRCA2 alleles may be derived from the sequences of the BRCA2 region or its cDNAs. The probes may be of any suitable length, which span all or a portion of the BRCA2 region, and which allow specific hybridization to the BRCA2 region. If the target sequence contains a sequence identical to that of the probe, the probes may be short, e.g., in the range of about 8–30 base pairs, since the hybrid will be relatively stable under even stringent conditions. If some degree of mismatch is expected with the probe, i.e., if it is suspected that the probe will hybridize to a variant region, a longer probe may be employed which hybridizes to the target sequence with the requisite specificity.

The probes will include an isolated polynucleotide attached to a label or reporter molecule and may be used to isolate other polynucleotide sequences, having sequence similarity by standard methods. For techniques for preparing and labeling probes see, e.g., Sambrook et al., 1989 or Ausubel et al., 1992. Other similar polynucleotides may be selected by using homologous polynucleotides. Alternatively, polynucleotides encoding these or similar polypeptides may be synthesized or selected by use of the redundancy in the genetic code. Various codon substitutions may be introduced, e.g., by silent changes (thereby producing various restriction sites) or to optimize expression for a particular system. Mutations may be introduced to modify the properties of the polypeptide, perhaps to change ligand-binding affinities, interchain affinities, or the polypeptide degradation or turnover rate.

Probes comprising synthetic oligonucleotides or other polynucleotides of the present invention may be derived from naturally occurring or recombinant single- or double-

6,033,857

21

stranded polynucleotides, or be chemically synthesized. Probes may also be labeled by nick translation, Klenow fill-in reaction, or other methods known in the art.

Portions of the polynucleotide sequence having at least about eight nucleotides, usually at least about 15 nucleotides, and fewer than about 6 kb, usually fewer than about 1.0 kb, from a polynucleotide sequence encoding BRCA2 are preferred as probes. The probes may also be used to determine whether mRNA encoding BRCA2 is present in a cell or tissue.

"Protein modifications or fragments" are provided by the present invention for BRCA2 polypeptides or fragments thereof which are substantially homologous to primary structural sequence but which include, e.g., in vivo or in vitro chemical and biochemical modifications or which incorporate unusual amino acids. Such modifications include, for example, acetylation, carboxylation, phosphorylation, glycosylation, ubiquitination, labeling, e.g., with radionuclides, and various enzymatic modifications, as will be readily appreciated by those well skilled in the art. A variety of methods for labeling polypeptides and of substituents or labels useful for such purposes are well known in the art, and include radioactive isotopes such as $^{32}$p, ligands which bind to labeled antiligands (e.g., antibodies), fluorophores, chemiluminescent agents, enzymes, and antiligands which can serve as specific binding pair members for a labeled ligand. The choice of label depends on the sensitivity required, ease of conjugation with the primer, stability requirements, and available instrumentation. Methods of labeling polypeptides are well known in the art. See, e.g., Sambrook et al., 1989 or Ausubel et al., 1992.

Besides substantially full-length polypeptides, the present invention provides for biologically active fragments of the polypeptides. Significant biological activities include ligand-binding, immunological activity and other biological activities characteristic of BRCA2 polypeptides. Immunological activities include both immunogenic function in a target immune system, as well as sharing of immunological epitopes for binding, serving as either a competitor or substitute antigen for an epitope of the BRCA2 protein. As used herein, "epitope" refers to an antigenic determinant of a polypeptide. An epitope could comprise three amino acids in a spatial conformation which is unique to the epitope. Generally, an epitope consists of at least five such amino acids, and more usually consists of at least 8–10 such amino acids. Methods of determining the spatial conformation of such amino acids are known in the art.

For immunological purposes, tandem-repeat polypeptide segments may be used as immunogens, thereby producing highly antigenic proteins. Alternatively, such polypeptides will serve as highly efficient competitors for specific binding. Production of antibodies specific for BRCA2 polypeptides or fragments thereof is described below.

The present invention also provides for fusion polypeptides, comprising BRCA2 polypeptides and fragments. Homologous polypeptides may be fusions between two or more BRCA2 polypeptide sequences or between the sequences of BRCA2 and a related protein. Likewise, heterologous fusions may be constructed which would exhibit a combination of properties or activities of the derivative proteins. For example, ligand-binding or other domains may be "swapped" between different new fusion polypeptides or fragments. Such homologous or heterologous fusion polypeptides may display, for example, altered strength or specificity of binding. Fusion partners include immunoglobulins, bacterial β-galactosidase, trpE, protein A,

22

β-lactamase, alpha amylase, alcohol dehydrogenase and yeast alpha mating factor. See, e.g., Godowski et al., 1988.

Fusion proteins will typically be made by either recombinant nucleic acid methods, as described below, or may be chemically synthesized. Techniques for the synthesis of polypeptides are described, for example, in Merrifield, 1963.

"Protein purification" refers to various methods for the isolation of the BRCA2 polypeptides from other biological material, such as from cells transformed with recombinant nucleic acids encoding BRCA2, and are well known in the art. For example, such polypeptides may be purified by immunoaffinity chromatography employing, e.g., the antibodies provided by the present invention. Various methods of protein purification are well known in the art, and include those described in Deutscher, 1990 and Scopes, 1982.

The terms "isolated", "substantially pure", and "substantially homogeneous" are used interchangeably to describe a protein or polypeptide which has been separated from components which accompany it in its natural state. A monomeric protein is substantially pure when at least about 60 to 75% of a sample exhibits a single polypeptide sequence. A substantially pure protein will typically comprise about 60 to 90% w/w of a protein sample, more usually about 95%, and preferably will be over about 99% pure. Protein purity or homogeneity may be indicated by a number of means well known in the art, such as polyacrylamide gel electrophoresis of a protein sample, followed by visualizing a single polypeptide band upon staining the gel. For certain purposes, higher resolution may be provided by using HPLC or other means well known in the art which are utilized for purification.

A BRCA2 protein is substantially free of naturally associated components when it is separated from the native contaminants which accompany it in its natural state. Thus, a polypeptide which is chemically synthesized or synthesized in a cellular system different from the cell from which it naturally originates will be substantially free from its naturally associated components. A protein may also be rendered substantially free of naturally associated components by isolation, using protein purification techniques well known in the art.

A polypeptide produced as an expression product of an isolated and manipulated genetic sequence is an "isolated polypeptide," as used herein, even if expressed in a homologous cell type.

Synthetically made forms or molecules expressed by heterologous cells are inherently isolated molecules. "Recombinant nucleic acid" is a nucleic acid which is not naturally occurring, or which is made by the artificial combination of two otherwise separated segments of sequence. This artificial combination is often accomplished by either chemical synthesis means, or by the artificial manipulation of isolated segments of nucleic acids, e.g., by genetic engineering techniques. Such is usually done to replace a codon with a redundant codon encoding the same or a conservative amino acid, while typically introducing or removing a sequence recognition site. Alternatively, it is performed to join together nucleic acid segments of desired functions to generate a desired combination of functions.

"Regulatory sequences" refers to those sequences normally within 100 kb of the coding region of a locus, but they may also be more distant from the coding region, which affect the expression of the gene (including transcription of the gene, and translation, splicing, stability or the like of the messenger RNA).

"Substantial homology or similarity". A nucleic acid or fragment thereof is "substantially homologous" ("or sub-

A000468

6,033,857

23

stantially similar") to another if, when optimally aligned (with appropriate nucleotide insertions or deletions) with the other nucleic acid (or its complementary strand), there is nucleotide sequence identity in at least about 60% of the nucleotide bases, usually at least about 70%, more usually at least about 80%, preferably at least about 90%, and more preferably at least about 95–98% of the nucleotide bases.

Alternatively, substantial homology or (similarity) exists when a nucleic acid or fragment thereof will hybridize to another nucleic acid (or a complementary strand thereof) under selective hybridization conditions, to a strand, or to its complement. Selectivity of hybridization exists when hybridization which is substantially more selective than total lack of specificity occurs. Typically, selective hybridization will occur when there is at least about 55% homology over a stretch of at least about 14 nucleotides, preferably at least about 65%, more preferably at least about 75%, and most preferably at least about 90%. See, Kanehisa, 1984. The length of homology comparison, as described, may be over longer stretches, and in certain embodiments will often be over a stretch of at least about nine nucleotides, usually at least about 20 nucleotides, more usually at least about 24 nucleotides, typically at least about 28 nucleotides, more typically at least about 32 nucleotides, and preferably at least about 36 or more nucleotides.

Nucleic acid hybridization will be affected by such conditions as salt concentration, temperature, or organic solvents, in addition to the base composition, length of the complementary strands, and the number of nucleotide base mismatches between the hybridizing nucleic acids, as will be readily appreciated by those skilled in the art. Stringent temperature conditions will generally include temperatures in excess of 30° C., typically in excess of 37° C., and preferably in excess of 45° C. Stringent salt conditions will ordinarily be less than 1000 mM, typically less than 500 mM, and preferably less than 200 mM. However, the combination of parameters is much more important than the measure of any single parameter. See, e.g., Wetmur & Davidson, 1968.

Probe sequences may also hybridize specifically to duplex DNA under certain conditions to form triplex or other higher order DNA complexes. The preparation of such probes and suitable hybridization conditions are well known in the art.

The terms "substantial homology" or "substantial identity", when referring to polypeptides, indicate that the polypeptide or protein in question exhibits at least about 30% identity with an entire naturally-occurring protein or a portion thereof, usually at least about 70% identity, and preferably at least about 95% identity.

"Substantially similar function" refers to the function of a modified nucleic acid or a modified protein, with reference to the wild-type BRCA2 nucleic acid or wild-type BRCA2 polypeptide. The modified polypeptide will be substantially homologous to the wild-type BRCA2 polypeptide and will have substantially the same function. The modified polypeptide may have an altered amino acid sequence and/or may contain modified amino acids. In addition to the similarity of function, the modified polypeptide may have other useful properties, such as a longer half-life. The similarity of function (activity) of the modified polypeptide may be substantially the same as the activity of the wild-type BRCA2 polypeptide. Alternatively, the similarity of function (activity) of the modified polypeptide may be higher than the activity of the wild-type BRCA2 polypeptide. The modified polypeptide is synthesized using conventional techniques, or is encoded by a modified nucleic acid and produced using conventional techniques. The modified

24

nucleic acid is prepared by conventional techniques. A nucleic acid with a function substantially similar to the wild-type BRCA2 gene function produces the modified protein described above.

Homology, for polypeptides, is typically measured using( sequence analysis software. See, e.g., the Sequence Analysis Software Package of the Genetics Computer Group, University of Wisconsin Biotechnology Center, 910 University Avenue, Madison, Wis. 53705. Protein analysis software matches similar sequences using measure of homology assigned to various substitutions, deletions and other modifications. Conservative substitutions typically include substitutions within the following groups: glycine, alanine; valine, isoleucine, leucine; aspartic acid, glutamic acid; asparagine, glutamine; serine, threonine; lysine, arginine; and phenylalanine, tyrosine.

A polypeptide "fragment," "portion" or "segment" is a stretch of amino acid residues of at least about five to seven contiguous amino acids, often at least about seven to nine contiguous amino acids, typically at least about nine to 13 contiguous amino acids and, most preferably, at least about 20 to 30 or more contiguous amino acids. The polypeptides of the present invention, if soluble, may be coupled to a solid-phase support, e.g., nitrocellulose, nylon, column packing materials (e.g., Sepharose beads), magnetic beads, glass wool, plastic, metal, polymer gels, cells, or other substrates. Such supports may take the form, for example, of beads, wells, dipsticks, or membranes.

"Target region" refers to a region of the nucleic acid which is amplified and/or detected. The term "target sequence" refers to a sequence with which a probe or primer will form a stable hybrid under desired conditions.

The practice of the present invention employs, unless otherwise indicated, conventional techniques of chemistry, molecular biology, microbiology, recombinant DNA, genetics, and immunology. See, e.g., Maniatis et al., 1982; Sambrook et al., 1989; Ausubel et al., 1992; Glover, 1985; Anand, 1992; Guthrie & Fink, 1991. A general discussion of techniques and materials for human gene mapping, including mapping of human chromosome 13, is provided, e.g., in White and Lalouel, 1988.
Preparation of recombinant or chemically synthesized nucleic acids; vectors, transformation, host cells

Large amounts of the polynucleotides of the present invention may be produced by replication in a suitable host cell. Natural or synthetic polynucleotide fragments coding for a desired fragment will be incorporated into recombinant polynucleotide constructs, usually DNA constructs, capable of introduction into and replication in a prokaryotic or eukaryotic cell. Usually the polynucleotide constructs will be suitable for replication in a unicellular host, such as yeast or bacteria, but may also be intended for introduction to (with and without integration within the genome) cultured mammalian or plant or other eukaryotic cell lines. The purification of nucleic acids produced by the methods of the present invention is described, e.g., in Sambrook et al., 1989 or Ausubel et al., 1992.

The polynucleotides of the present invention may also be produced by chemical synthesis, e.g., by the phosphoramidite method described by Beaucage & Carruthers, 1981 or the triester method according to Matteucci and Caruthers, 1981, and may be performed on commercial, automated oligonucleotide synthesizers. A double-stranded fragment may be obtained from the single-stranded product of chemical synthesis either by synthesizing the complementary strand and annealing the strands together under appropriate conditions or by adding the complementary strand using DNA polymerase with an appropriate primer sequence.

6,033,857

25

Polynucleotide constructs prepared for introduction into a prokaryotic or eukaryotic host may comprise a replication system recognized by the host, including the intended polynucleotide fragment encoding the desired polypeptide, and will preferably also include transcription and translational initiation regulatory sequences operably linked to the polypeptide encoding segment. Expression vectors may include, for example, an origin of replication or autonomously replicating sequence (ARS) and expression control sequences, a promoter, an enhancer and necessary processing information sites, such as ribosome-binding sites, RNA splice sites, polyadenylation sites, transcriptional terminator sequences, and mRNA stabilizing sequences. Secretion signals may also be included where appropriate, whether from a native BRCA2 protein or from other receptors or from secreted polypeptides of the same or related species, which allow the protein to cross and/or lodge in cell membranes, and thus attain its functional topology, or be secreted from the cell. Such vectors may be prepared by means of standard recombinant techniques well known in the art and discussed, for example, in Sambrook el al, 1989 or Ausubel et al. 1992.

An appropriate promoter and other necessary vector sequences will be selected so as to be functional in the host, and may include, when appropriate, those naturally associated with BRCA2 genes. Examples of workable combinations of cell lines and expression vectors are described in Sambrook et al., 1989 or Ausubel et al., 1992; see also, e.g., Metzger et al., 1988. Many useful vectors are known in the art and may be obtained from such vendors as Stratagene, New England BioLabs, Promega Biotech, and others. Promoters such as the trp, lac and phage promoters, tRNA promoters and glycolytic enzyme promoters may be used in prokaryotic hosts. Useful yeast promoters include promoter regions for metallothionein, 3-phosphoglycerate kinase or other glycolytic enzymes such as enolase or glyceraldehyde-3-phosphate dehydrogenase, enzymes responsible for maltose and galactose utilization, and others. Vectors and promoters suitable for use in yeast expression are further described in Hitzeman et al., EP 73,675A. Appropriate non-native mammalian promoters might include the early and late promoters from SV40 (Fiers et al, 1978) or promoters derived from murine Moloney leukemia virus, mouse tumor virus, avian sarcoma viruses, adenovirus II, bovine papilloma virus or polyoma. In addition, the construct may be joined to an amplifiable gene (e.g., DHFR) so that multiple copies of the gene may be made. For appropriate enhancer and other expression control sequences, see also *Enhancers and Eukaryotic Gene Expression,* Cold Spring Harbor Press, Cold Spring Harbor, N.Y. (1983).

While such expression vectors may replicate autonomously, they may also replicate by being inserted into the genome of the host cell, by methods well known in the art.

Expression and cloning vectors will likely contain a selectable marker, a gene encoding a protein necessary for survival or growth of a host cell transformed with the vector. The presence of this gene ensures growth of only those host cells which express the inserts. Typical selection genes encode proteins that a) confer resistance to antibiotics or other toxic substances, e.g. ampicillin, neomycin, methotrexate, etc.; b) complement auxotrophic deficiencies, or c) supply critical nutrients not available from complex media, e.g., the gene encoding D-alanine racemase for Bacilli. The choice of the proper selectable marker will depend on the host cell, and appropriate markers for different hosts are well known in the art.

The vectors containing the nucleic acids of interest can be transcribed in vitro, and the resulting RNA introduced into

26

the host cell by well-known methods, e.g., by injection (see, Kubo et al. 1988), or the vectors can be introduced directly into host cells by methods well known in the art, which vary depending on the type of cellular host, including electroporation; transfection employing calcium chloride, rubidium chloride, calcium phosphate, DEAE-dextran, or other substances; microprojectile bombardment; lipofection; infection (where the vector is an infectious agent, such as a retroviral genome); and other methods. See generally, Sambrook et al, 1989 and Ausubel et al, 1992. The introduction of the polynucleotides into the host cell by any method known in the art, including inter alia, those described above, will be referred to herein as "transformation." The cells into which have been introduced nucleic acids described above are meant to also include the progeny of such cells.

Large quantities of the nucleic acids and polypeptides of the present invention may be prepared by expressing the BRCA2 nucleic acids or portions thereof in vectors or other expression vehicles in compatible prokaryotic or eukaryotic host cells. The most commonly used prokaryotic hosts are strains of *Escherichia coli,* although other prokaryotes, such as *Bacillus subtilis* or Pseudomonas may also be used.

Mammalian or other eukaryotic host cells, such as those of yeast, filamentous fungi, plant, insect, or amphibian or avian species, may also be useful for production of the proteins of the present invention. Propagation of mammalian cells in culture is per se well known. See, Jakoby and Pastan, 1979. Examples of commonly used mammalian host cell lines are VERO and HeLa cells, Chinese hamster ovary (CHO) cells, and WI38. BHK, and COS cell lines, although it will be appreciated by the skilled practitioner that other cell lines may be appropriate, e.g., to provide higher expression, desirable glycosylation patterns, or other features.

Clones are selected by using markers depending on the mode of the vector construction. The marker may be on the same or a different DNA molecule, preferably the same DNA molecule. In prokaryotic hosts, the transformant may be selected, e.g., by resistance to ampicillin, tetracycline or other antibiotics. Production of a particular product based on temperature sensitivity may also serve as an appropriate marker.

Prokaryotic or eukaryotic cells transformed with the polynucleotides of the present invention will be useful not only for the production of the nucleic acids and polypeptides of the present invention, but also, for example in studying the characteristics of BRCA2 polypeptides.

Antisense polynucleotide sequences are useful in preventing or diminishing the expression of the BRCA2 locus, as will be appreciated by those skilled in the art. For example, polynucleotide vectors containing all or a portion of the BRCA2 locus or other sequences from the BRCA2 region (particularly those flanking the BRCA2 locus) may be placed under the control of a promoter in an antisense orientation and introduced into a cell. Expression of such an antisense construct within a cell will interfere with BRCA2 transcription and/or translation and/or replication.

The probes and primers based on the BRCA2 gene sequences disclosed herein are used to identify homologous BRCA2 gene sequences and proteins in other species. These BRCA2 gene sequences and proteins are used in the diagnostic/prognostic, therapeutic and drug screening methods described herein for the species from which they have been isolated.

Methods of Use: Nucleic Acid Diagnosis and Diagnostic Kits

In order to detect the presence of a BRCA2 allele predisposing an individual to cancer, a biological sample such

A000470

6,033,857

27

as blood is prepared and analyzed for the presence or absence of susceptibility alleles of BRCA2. In order to detect the presence of neoplasia, the progression toward malignancy of a precursor lesion, or as a prognostic indicator, a biological sample of the lesion is prepared and analyzed for the presence or absence of mutant alleles of BRCA2. Results of these tests and interpretive information are returned to the health care provider for communication to the tested individual. Such diagnoses may be performed by diagnostic laboratories, or, alternatively, diagnostic kits are manufactured and sold to health care providers or to private individuals for self-diagnosis.

Initially, the screening method involves amplification of the relevant BRCA2 sequences. In another preferred embodiment of the invention, the screening method involves a non-PCR based strategy. Such screening methods include two-step label amplification methodologies that are well known in the art. Both PCR and non-PCR based screening strategies can detect target sequences with a high level of sensitivity.

The most popular method used today is target amplification. Here, the target nucleic acid sequence is amplified with polymerases. One particularly preferred method using polymerase-driven amplification is the polymerase chain reaction (PCR). The polymerase chain reaction and other polymerase-driven amplification assays can achieve over a million-fold increase in copy number through the use of polymerase-driven amplification cycles. Once amplified, the resulting nucleic acid can be sequenced or used as a substrate for DNA probes.

When the probes are used to detect the presence of the target sequences (for example, in screening for cancer susceptibility), the biological sample to be analyzed, such as blood or serum, may be treated, if desired, to extract the nucleic acids. The sample nucleic acid may be prepared in various ways to facilitate detection of the target sequence; e.g. denaturation, restriction digestion, electrophoresis or dot blotting. The targeted region of the analyte nucleic acid usually must be at least partially single-stranded to form hybrids with the targeting sequence of the probe. If the sequence is naturally single-stranded, denaturation will not be required. However, if the sequence is double-stranded, the sequence will probably need to be denatured. Denaturation can be carried out by various techniques known in the art.

Analyte nucleic acid and probe are incubated under conditions which promote stable hybrid formation of the target sequence in the probe with the putative targeted sequence in the analyte.

The region of the probes which is used to bind to the analyte can be made completely complementary to the targeted region of human chromosome 13. Therefore, high stringency conditions are desirable in order to prevent false positives. However, conditions of high stringency are used only if the probes are complementary to regions of the chromosome which are unique in the genome. The stringency of hybridization is determined by a number of factors during hybridization and during the washing procedure, including temperature, ionic strength, base composition, probe length, and concentration of formamide. These factors are outlined in, for example, Maniatis el al., 1982 and Sambrook et al., 1989. Under certain circumstances, the formation of higher order hybrids, such as triplexes, quadraplexes, etc., may be desired to provide the means of detecting target sequences.

Detection, if any, of the resulting hybrid is usually accomplished by the use of labeled probes. Alternatively, the probe

28

may be unlabeled, but may be detectable by specific binding with a ligand which is labeled, either directly or indirectly. Suitable labels, and methods for labeling probes and ligands are known in the art, and include, for example, radioactive labels which may be incorporated by known methods (e.g., nick translation, random priming or kinasing), biotin, fluorescent groups, chemiluminescent groups (e.g., dioxetanes, particularly triggered dioxetanes) enzymes, antibodies and the like. Variations of this basic scheme are known in the art, and include those variations that facilitate separation of the hybrids to be detected from extraneous materials and/or that amplify the signal from the labeled moiety. A number of these variations are reviewed in, e.g., Matthews & Kricka, 1988, Landegren et al., 1988; Mittlin, 1989; U.S. Pat. No. 4,868,105, and in EPO Publication No. 225,807.

As noted above, non-PCR based screening assays are also contemplated in this invention. An exemplary non-PCR based procedure is provided in Example 6. This procedure hybridizes a nucleic acid probe (or an analog such as a methyl phosphonate backbone replacing the normal phosphodiester), to the low level DNA target. This probe may have an enzyme covalently linked to the probe, such that the covalent linkage does not interfere with the specificity of the hybridization. This enzyne-probe-conjugate-target nucleic acid complex can then be isolated away from the free probe enzyme conjugate and a substrate is added for enzyme detection. Enzymatic activity is observed as a change in color development or luminescent output resulting in a $10^3$–$10^6$ increase in sensitivity. For an example relating to preparation of oligodeoxynucleotide-alkaline phosphatase conjugates and their use as hybridization probes, see Jablonski et al., 1986.

Two-step label amplification methodologies are known in the art. These assays work on the principle that a small ligand (such as digoxigenin, biotin, or the like) is attached to a nucleic acid probe capable of specifically binding BRCA2. Exemplary probes can be developed on the basis of the sequence set forth in SEQ ID NO:1 and FIG. 3 of this patent application. Allele-specific probes are also contemplated within the scope of this example, and exemplary allele specific probes include probes encompassing the predisposing mutations described below, including those described in Table 2.

In one example, the small ligand attached to the nucleic acid probe is specifically recognized by an antibody-enzyme conjugate. In one embodiment of this example, digoxigenin is attached to the nucleic acid probe. Hybridization is detected by an antibody-alkaline phosphatase conjugate which turns over a chemiluminescent substrate. For methods for labeling nucleic acid probes according to this embodiment see Martin et al., 1990. In a second example, the small ligand is recognized by a second ligand-enzyme conjugate that is capable of specifically complexing to the first ligand. A well known embodiment of this example is the biotin-avidin type of interactions.

For methods for labeling nucleic acid probes and their use in biotin-avidin based assays see Rigby et al., 1977 and Nguyen et al., 1992.

It is also contemplated within the scope of this invention that the nucleic acid probe assays of this invention will employ a cocktail of nucleic acid probes capable of detecting BRCA2. Thus, in one example to detect the presence of BRCA2 in a cell sample, more than one probe complementary to BRCA2 is employed and in particular the number of different probes is alternatively 2, 3, or 5 different nucleic acid probe sequences. In another example, to detect the presence of mutations in the BRCA2 gene sequence in a

A000471

6,033,857

29

patient, more than one probe complementary to BRCA2 is employed where the cocktail includes probes capable of binding to the allele-specific mutations identified in populations of patients with alterations in BRCA2. In this embodiment, any number of probes can be used, and will preferably include probes corresponding to the major gene mutations identified as predisposing an individual to breast cancer. Some candidate probes contemplated within the scope of the invention include probes that include the allele-specific mutations described below and those that have the BRCA2 regions shown in SEQ ID NO:1 and FIG. 3, both 5' and 3' to the mutation site.

Methods of Use: Peptide Diagnosis and Diagnostic Kits

The neoplastic condition of lesions can also be detected on the basis of the alteration of wild-type BRCA2 polypeptide. Such alterations can be determined by sequence analysis in accordance with conventional techniques. More preferably, antibodies (polyclonal or monoclonal) are used to detect differences in, or the absence of BRCA2 peptides. The antibodies may be prepared as discussed above under the heading "Antibodies" and as further shown in Examples 9 and 10. Other techniques for raising and purifying antibodies are well known in the art and any such techniques may be chosen to achieve the preparations claimed in this invention. In a preferred embodiment of the invention, antibodies will immunoprecipitate BRCA2 proteins from solution as well as react with BRCA2 protein on Western or immunoblots of polyacrylamide gels. In another preferred embodiment, antibodies will detect BRCA2 proteins in paraffin or frozen tissue sections, using immunocytochemical techniques.

Preferred embodiments relating to methods for detecting BRCA2 or its mutations include enzyme linked immunosorbent assays (ELISA), radioimmunoassays (RIA), immunoradiometric assays (IRMA) and immunoenzymatic assays (IEMA), including sandwich assays using monoclonal and/or polyclonal antibodies. Exemplary sandwich assays are described by David el al. in U.S. Pat. Nos. 4,376,110 and 4,486,530, hereby incorporated by reference, and exemplified in Example 9.

Methods of Use: Drug Screening

This invention is particularly useful for screening compounds by using the BRCA2 polypeptide or binding fragment thereof in any of a variety of drug screening techniques.

The BRCA2 polypeptide or fragment employed in such a test may either be free in solution, affixed to a solid support, or home on a cell surface. One method of drug screening utilizes eucaryotic or procaryotic host cells which are stably transformed with recombinant polynucleotides expressing the polypeptide or fragment, preferably in competitive binding assays. Such cells, either in viable or fixed form, can be used for standard binding assays. One may measure, for example, for the formation of complexes between a BRCA2 polypeptide or fragment and the agent being tested, or examine the degree to which the formation of a complex between a BRCA2 polypeptide or fragment and a known ligand is interfered with by the agent being tested.

Thus, the present invention provides methods of screening for drugs comprising contacting such an agent with a BRCA2 polypeptide or fragment thereof and assaying (i) for the presence of a complex between the agent and the BRCA2 polypeptide or fragment, or (ii) for the presence of a complex between the BRCA2 polypeptide or fragment and a ligand, by methods well known in the art. In such competitive binding assays the BRCA2 polypeptide or fragment is typically labeled. Free BRCA2 polypeptide or fragment is

30

separated from that present in a protein:protein complex, and the amount of free (i.e., uncomplexed) label is a measure of the binding of the agent being tested to BRCA2 or its interference with BRCA2:ligand binding, respectively.

Another technique for drug screening provides high throughput screening for compounds having suitable binding affinity to the BRCA2 polypeptides and is described in detail in Geysen, PCT published application WO 84/03564, published on Sep. 13, 1984. Briefly stated, large numbers of different small peptide test compounds are synthesized on a solid substrate, such as plastic pins or some other surface. The peptide test compounds are reacted with BRCA2 polypeptide and washed. Bound BRCA2 polypeptide is then detected by methods well known in the art. Purified BRCA2 can be coated directly onto plates for use in the aforementioned drug screening techniques. However non-neutralizing antibodies to the polypeptide can be used to capture antibodies to immobilize the BRCA2 polypeptide on the solid phase.

This invention also contemplates the use of competitive drug screening assays in which neutralizing antibodies capable of specifically binding the BRCA2 polypeptide compete with a test compound for binding to the BRCA2 polypeptide or fragments thereof. In this manner, the antibodies can be used to detect the presence of any peptide which shares one or more antigenic determinants of the BRCA2 polypeptide.

A further technique for drug screening involves the use of host eukaryotic cell lines or cells (such as described above) which have a nonfunctional BRCA2 gene. These host cell lines or cells are defective at the BRCA2 polypeptide level. The host cell lines or cells are grown in the presence of drug compound. The rate of growth of the host cells is measured to determine if the compound is capable of regulating the growth of BRCA2 defective cells.

Methods of Use: Rational Drug Design

The goal of rational drug design is to produce structural analogs of biologically active polypeptides of interest or of small molecules with which they interact (e.g., agonists, antagonists, inhibitors) in order to fashion drugs which are, for example, more active or stable forms of the polypeptide, or which, e.g., enhance or interfere with the function of a polypeptide in vivo. See, e.g., Hodgson, 1991. In one approach, one first determines the three-dimensional structure of a protein of interest (e.g., BRCA2 polypeptide) or, for example, of the BRCA2-receptor or ligand complex, by x-ray crystallography, by computer modeling or most typically, by a combination of approaches. Less often, useful information regarding the structure of a polypeptide may be gained by modeling based on the structure of homologous proteins. An example of rational drug design is the development of HIV protease inhibitors (Erickson et al., 1990). In addition, peptides (e.g., BRCA2 polypeptide) are analyzed by an alanine scan (Wells, 1991). In this technique, an amino acid residue is replaced by Ala, and its effect on the peptide's activity is determined. Each of the amino acid residues of the peptide is analyzed in this manner to determine the important regions of the peptide.

It is also possible to isolate a target-specific antibody, selected by a functional assay, and then to solve its crystal structure. In principle, this approach yields a pharmacore upon which subsequent drug design can be based. It is possible to bypass protein crystallography altogether by generating anti-idiotypic antibodies (anti-ids) to a functional, pharmacologically active antibody. As a mirror image of a mirror image, the binding site of the anti-ids would be expected to be an analog of the original receptor.

A000472

6,033,857

31

The anti-id could then be used to identify and isolate peptides from banks of chemically or biologically produced banks of peptides. Selected peptides would then act as the pharmacore.

Thus, one may design drugs which have, e.g., improved BRCA2 polypeptide activity or stability or which act as inhibitors, agonists, antagonists, etc. of BRCA2 polypeptide activity. By virtue of the availability of cloned BRCA2 sequences, sufficient amounts of the BRCA2 polypeptide may be made available to perform such analytical studies as x-ray crystallography. In addition, the knowledge of the BRCA2 protein sequence provided herein will guide those employing computer modeling techniques in place of, or in addition to x-ray crystallography.

Methods of Use: Gene Therapy

According to the present invention, a method is also provided of supplying wild-type BRCA2 function to a cell which carries mutant BRCA2 alleles. Supplying such a function should suppress neoplastic growth of the recipient cells. The wild-type BRCA2 gene or a part of the gene may be introduced into the cell in a vector such that the gene remains extrachromosomal. In such a situation, the gene will be expressed by the cell from the extrachromosomal location. If a gene fragment is introduced and expressed in a cell carrying a mutant BRCA2 allele, the gene fragment should encode a part of the BRCA2 protein which is required for non-neoplastic growth of the cell. More preferred is the situation where the wild-type BRCA2 gene or a part thereof is introduced into the mutant cell in such a way that it recombines with the endogenous mutant BRCA2 gene present in the cell. Such recombination requires a double recombination event which results in the correction of the BRCA2 gene mutation. Vectors for introduction of genes both for recombination and for extrachromosomal maintenance are known in the art, and any suitable vector may be used. Methods for introducing DNA into cells such as electroporation, calcium phosphate co-precipitation and viral transduction are known in the art, and the choice of method is within the competence of the routineer. Cells transformed with the wild-type BRCA2 gene can be used as model systems to study cancer remission and drug treatments which promote such remission.

As generally discussed above, the BRCA2 gene or fragment, where applicable, may be employed in gene therapy methods in order to increase the amount of the expression products of such genes in cancer cells. Such gene therapy is particularly appropriate for use in both cancerous and pre-cancerous cells, in which the level of BRCA2 polypeptide is absent or diminished compared to normal cells. It may also be useful to increase the level of expression of a given BRCA2 gene even in those tumor cells in which the mutant gene is expressed at a "normal" level, but the gene product is not fully functional.

Gene therapy would be carried out according to generally accepted methods, for example, as described by Friedman, 1991. Cells from a patient's tumor would be first analyzed by the diagnostic methods described above, to ascertain the production of BRCA2 polypeptide in the tumor cells. A virus or plasmid vector (see further details below), containing a copy of the BRCA2 gene linked to expression control elements and capable of replicating inside the tumor cells, is prepared. Suitable vectors are known, such as disclosed in U.S. Pat. No. 5,252,479 and PCT published application WO 93/07282. The vector is then injected into the patient, either locally at the site of the tumor or systemically (in order to reach any tumor cells that may have metastasized to other sites). If the transfected gene is not permanently incorpo-

32

rated into the genome of each of the targeted tumor cells, the treatment may have to be repeated periodically.

Gene transfer systems known in the art may be useful in the practice of the gene therapy methods of the present invention. These include viral and nonviral transfer methods. A number of viruses have been used as gene transfer vectors, including papovaviruses, e.g., SV40 (Madzak et al., 1992), adenovirus (Berkner, 1992; Berkner et al., 1988; Gorziglia and Kapikian, 1992; Quantin et al., 1992; Rosenfeld et al., 1992; Wilkinson et al., 1992; Stratford-Perricaudet et al., 1990), vaccinia virus (Moss, 1992), adeno-associated virus (Muzyczka, 1992; Ohi el al., 1990), herpesviruses including HSV and EBV (Margolskee, 1992; Johnson et al., 1992; Fink et al., 1992; Breakfield and Geller, 1987; Freese et al., 1990), and retroviruses of avian (Brandyopadhyay and Temin, 1984; Petropoulos et al., 1992), murine (Miller, 1992; Miller et al., 1985; Sorge et al., 1984; Mann and Baltimore. 1985; Miller el al., 1988), and human origin (Shimada et al., 1991; Helseth et al., 1990; Page et al., 1990; Buchschacher and Panganiban, 1992). Most human gene therapy protocols have been based on disabled murine retroviruses.

Nonviral gene transfer methods known in the art include chemical techniques such as calcium phosphate coprecipitation (Graham and van der Eb, 1973; Pellicer et al., 1980); mechanical techniques, for example microinjection (Anderson et al., 1980; Gordon et al., 1980; Brinster el al., 1981; Constantini and Lacy, 1981); membrane fusion-mediated transfer via liposomes (Felgner et al., 1987; Wang and Huang, 1989; Kaneda et al, 1989; Stewart et al., 1992; Nabel et al., 1990; Lim el al., 1992); and direct DNA uptake and receptor-mediated DNA transfer (Wolff el al., 1990; Wu el al. 1991; Zenke el al., 1990; Wu et al., 1989b; Wolff et al., 1991; Wagner et al., 1990; Wagner el al., 1991; Cotten el al., 1990; Curiel et al., 1991a; Curiel et al., 1991b). Viral-mediated gene transfer can be combined with direct in vivo gene transfer using liposome delivery, allowing one to direct the viral vectors to the tumor cells and not into the surrounding nondividing cells. Alternatively, the retroviral vector producer cell line can be injected into tumors (Culver et al., 1992). Injection of producer cells would then provide a continuous source of vector particles. This technique has been approved for use in humans with inoperable brain tumors.

In an approach which combines biological and physical gene transfer methods, plasmid DNA of any size is combined with a polylysine-conjugated antibody specific to the adenovirus hexon protein, and the resulting complex is bound to an adenovirus vector. The trimolecular complex is then used to infect cells. The adenovirus vector permits efficient binding, internalization, and degradation of the endosome before the coupled DNA is damaged.

Liposome/DNA complexes have been shown to be capable of mediating direct in vivo gene transfer. While in standard liposome preparations the gene transfer process is nonspecific, localized in vivo uptake and expression have been reported in tumor deposits, for example, following direct in situ administration (Nabel, 1992).

Gene transfer techniques which target DNA directly to breast and ovarian tissues, e.g., epithelial cells of the breast or ovaries, is preferred. Receptor-mediated gene transfer, for example, is accomplished by the conjugation of DNA (usually in the form of covalently closed supercoiled plasmid) to a protein ligand via polylysine. Ligands are chosen on the basis of the presence of the corresponding ligand receptors on the cell surface of the target cell/tissue type. One appropriate receptor/ligand pair may include the

A000473

6,033,857

33

estrogen receptor and its ligand, estrogen (and estrogen analogues). These ligand-DNA conjugates can be injected directly into the blood if desired and are directed to the target tissue where receptor binding and internalization of the DNA-protein complex occurs. To overcome the problem of intracellular destruction of DNA, coinfection with adenovirus can be included to disrupt endosome function.

The therapy involves two steps which can be performed singly or jointly. In the first step, prepubescent females who carry a BRCA2 susceptibility allele are treated with a gene delivery vehicle such that some or all of their mammary ductal epithelial precursor cells receive at least one additional copy of a functional normal BRCA2 allele. In this step, the treated individuals have reduced risk of breast cancer to the extent that the effect of the susceptible allele has been countered by the presence of the normal allele. In the second step of a preventive therapy, predisposed young females, in particular women who have received the proposed gene therapeutic treatment, undergo hormonal therapy to mimic the effects on the breast of a full term pregnancy.

Methods of Use: Peptide Therapy

Peptides which have BRCA2 activity can be supplied to cells which carry mutant or missing BRCA2 alleles. The sequence of the BRCA2 protein is disclosed in SEQ ID NO:2. Protein can be produced by expression of the cDNA sequence in bacteria, for example, using known expression vectors. Alternatively, BRCA2 polypeptide can be extracted from BRCA2-producing mammalian cells. In addition, the techniques of synthetic chemistry can be employed to synthesize BRCA2 protein. Any of such techniques can provide the preparation of the present invention which comprises the BRCA2 protein. The preparation is substantially free of other human proteins. This is most readily accomplished by synthesis in a microorganism or in vitro.

Active BRCA2 molecules can be introduced into cells by microinjection or by use of liposomes, for example. Alternatively, some active molecules may be taken up by cells, actively or by diffusion. Extracellular application of the BRCA2 gene product may be sufficient to affect tumor growth. Supply of molecules with BRCA2 activity should lead to partial reversal of the neoplastic state. Other molecules with BRCA2 activity (for example, peptides, drugs or organic compounds) may also be used to effect such a reversal. Modified polypeptides having substantially similar function are also used for peptide therapy.

Methods of Use: Transformed Hosts

Similarly, cells and animals which carry a mutant BRCA2 allele can be used as model systems to study and test for substances which have potential as therapeutic agents. The cells are typically cultured epithelial cells. These may be isolated from individuals with BRCA2 mutations, either somatic or germline. Alternatively, the cell line can be engineered to carry the mutation in the BRCA2 allele, as described above. After a test substance is applied to the cells, the neoplastically transformed phenotype of the cell is determined. Any trait of neoplastically transformed cells can be assessed, including anchorage-independent growth, tumorigenicity in nude mice, invasiveness of cells, and growth factor dependence. Assays for each of these traits are known in the art.

Animals for testing therapeutic agents can be selected after mutagenesis of whole animals or after treatment of germline cells or zygotes. Such treatments include insertion of mutant BRCA2 alleles, usually from a second animal species, as well as insertion of disrupted homologous genes.

Alternatively, the endogenous BRCA2 gene(s) of the animals may be disrupted by insertion or deletion mutation

34

or other genetic alterations using conventional techniques (Capecchi, 1989; Valancius and Smithies, 1991; Hasty et al., 1991; Shinkai et al., 1992; Mombaerts et al., 1992; Philpott el al., 1992; Snouwaert et al., 1992; Donehower el al., 1992). After test substances have been administered to the animals, the growth of tumors must be assessed. If the test substance prevents or suppresses the growth of tumors, then the test substance is a candidate therapeutic agent for the treatment of the cancers identified herein. These animal models provide an extremely important testing vehicle for potential therapeutic products.

The present invention is described by reference to the following Examples, which are offered by way of illustration and are not intended to limit the invention in any manner. Standard techniques well known in the art or the techniques specifically described below were utilized.

EXAMPLE 1

Ascertain and Study Kindreds Likely to Have a Chromosome 13-Linked Breast Cancer Susceptibility Locus

Extensive cancer prone kindreds were ascertained from a defined population providing a large set of extended kindreds with multiple cases of breast cancer and many relatives available to study. The large number of meioses present in these large kindreds provided the power to detect whether the BRCA2 locus was segregating, and increased the opportunity for informative recombinants to occur within the small region being investigated. This vastly improved the chances of establishing linkage to the BRCA2 region, and greatly facilitated the reduction of the BRCA2 region to a manageable size, which permits identification of the BRCA2 locus itself.

Each kindred was extended through all available connecting relatives, and to all informative first degree relatives of each proband or cancer case. For these kindreds, additional breast cancer cases and individuals with cancer at other sites of interest who also appeared in the kindreds were identified through the tumor registry linked files. All breast cancers reported in the kindred which were not confirmed in the Utah Cancer Registry were researched. Medical records or death certificates were obtained for confirmation of all cancers. Each key connecting individual and all informative individuals were invited to participate by providing a blood sample from which DNA was extracted. We also sampled spouses and relatives of deceased cases so that the genotype of the deceased cases could be inferred from the genotypes of their relatives.

Kindreds which had three or more cancer cases with inferable genotypes were selected for linkage studies to chromosome 13 markers. These included kindreds originally ascertained from the linked databases for a study of proliferative breast disease and breast cancer (Skolnick et al., 1990). The criterion for selection of these kindreds was the presence of two sisters or a mother and her daughter with breast cancer. Additionally, kindreds which have been studied since 1980 as part of our breast cancer linkage studies and kindreds ascertained from the linked databases for the presence of clusters of male and female breast cancer and self-referred kindreds with early onset breast cancer were included. These kindreds were investigated and expanded in our clinic in the manner described above.

For each sample collected in these kindreds, DNA was extracted from blood or paraffin-embedded tissue blocks using standard laboratory protocols. Genotyping in this

A000474

6,033,857

35

study was restricted to short tandem repeat (STR) markers since, in general, they have high heterozygosity and PCR methods offer rapid turnaround while using very small amounts of DNA. To aid in this effort, STR markers on chromosome 13 were developed by screening a chromosome specific cosmid library for clones which contained short tandem repeats of 2, 3 or 4, localized to the short arm in the region of the Rb tumor suppressor locus. Oligonucleotide sequences for markers not developed in our laboratory were obtained from published reports, or as part of the Breast Cancer Linkage Consortium, or from other investi-

36

relatively small region on chromosome 13 was required. Our approach was to analyze existing STR markers provided by other investigators and any newly developed markers from our laboratory in our chromosome linked kindreds. FIG. 1 shows the location of ten markers used in the genetic analysis. Table 1 gives the LOD scores for linkage for each of the 19 kindreds in our study, which reduced the region to approximately 1.5 Mb.

TABLE 1

Haplotype and Phenotype Data for the 18 Families

| | | | | | | | | | | STRs Examined | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number of Cancer Cases(1) | | | Posterior | tdj | | D13S | | | mb | D13S | 5370- | | D13S | D13S |
| Kindred | FBR | MBR | OV | LOD | Probability (2) | 3820 | 4247 | 260 | GA9 | 561 | 171 | 2C | A6C | 310 | 267 |
| 107* | 22 | 3 | 2 | 5.06 | 1.00 | 8 | 28 | 4 | 10 | 8 | 3 | 2 | 6 | 4 | 12 |
| 8001 | 0 | 3 | 0 | n.d. | 0.90 | 8 | 30 | 6 | 10 | 7 | 10 | 5 | 5 | 5 | 4 |
| 8004 | 1 | 2 | 0 | n.d. | 0.90 | 9 | 11 | 4 | 4 | 7 | 8 | 6 | 8 | 4 | 12 |
| 2044* | 8 | 1 | 4 | 2.13 | 1.00 | 9 | 12 | 10 | 7 | 5 | 9 | 6 | 5 | 4 | 12 |
| 2043* | 2 | 1 | 1 | 0.86 | 0.98 | 6 | 30 | 3 | 12 | 7 | 10 | 5 | 8 | 4 | 12 |
| 2018 | 3 | 1 | 0 | n.d. | 0.90 | 9 | 12 | 7 | 3 | 8 | 3 | 6 | 6 | 5 | 8 |
| 937 | 3 | 1 | 0 | n.d. | 0.90 | 8 | 10 | 4 | — | | 8 | 10 | 6 | 7 | 7 |
| 1018* | 9 | 1 | 0 | 2.47 | 1.00 | 6 | 17 | 8 | 10 | 5 | 8 | 2 | 5 | 4 | 8 |
| 2328 | 11 | 1 | 0 | 0.42 | 0.96 | 9 | 10 | 3 | 10 | 5 | 8 | 5 | 7 | 7 | 12 |
| 2263 | 2 | 1 | 0 | n.d. | 0.90 | 9 | 28 | 8 | — | 8 | 4 | — | | 7 | 12 |
| 8002 | 2 | 1 | 0 | n.d. | 0.90 | 3 | 29 | 7 | 10 | 5 | 8 | 5 | 5 | 5 | 4 |
| 8003 | 2 | 1 | 0 | 0.90 | 4 | 12 | 6 | 10 | 6 | 3 | 4 | 5 | 4 | 8 |
| 2367 | 6 | 0 | 1 | 0.40 | 0.85 | 6 | 28 | 7 | 10 | 12 | 3 | 7 | 5 | 5 | 4 |
| 2388 | 3 | 0 | 1 | 0.92 | 0.95 | 8 | 16 | 7 | 12 | 4 | 10 | 4 | 5 | 7 | 12 |
| 2027* | 4 | 0 | 0 | 0.39 | 0.85 | 4 | 11 | 3 | 10 | 7 | 10 | 5 | 6 | 7 | 12 |
| 4328 | 4 | 0 | 0 | 0.44 | 0.87 | 9 | 10 | 8 | 4 | 8 | 3 | 7 | 8 | 5 | 12 |
| 2355 | 3 | 0 | 0 | 0.36 | 0.84 | 9 | 10 | 6 | 4 | 6 | 3 | 7 | 3 | 5 | 8 |
| 2327 | 11 | 0 | 0 | 1.92 | 0.99 | 3 | 12 | 2 | 9 | 5 | 10 | 5 | 5 | 3 | 4 |
| 1019 | 2 | 2 | 0 | | | | | | | | | | | | |

*Families reported in Wooster et al. (1994).

n.d. = not determined

(1)Excludes cases known to be sporadic (i.e., do not share the BRCA2 haplotype segregating in the family).

FBR = female breast cancer under 60 years.

MBR = male breast cancer

OV = ovarian cancer

(2) Posterior probability assumes that, a priori, 90% of families with male breast and early onset female breast cancers that are unlinked to BRCA1 are due to BRCA2, and 70% of female breast cancer families unlinked to BRCA1 are due to BRCA1.

gators. All genotyping films were scored blindly with a standard lane marker used to maintain consistent coding of alleles. Key samples underwent duplicate typing for all relevant markers.

LOD scores for each kindred were calculated for two recombination fraction values, 0.001 and 0.1. (For calculation of LOD scores, see Ott 1985). Likelihoods were computed under the model derived by Claus et al., 1991, which assumes an estimated gene frequency of 0.003, a lifetime risk in female gene carriers of about 0.80, and population based age-specific risks for breast cancer in non-gene carriers. Allele frequencies for the markers used for the LOD score calculations were calculated from our own laboratory typings of unrelated individuals in the CEPH panel (White and Lalouel, 1988).

Kindred 107 is the largest chromosome 13-linked breast cancer family reported to date by any group. The evidence of linkage to chromosome 13 for this family is overwhelming. In smaller kindreds, sporadic cancers greatly confound the analysis of linkage and the correct identification of key recombinants.

In order to improve the characterization of our recombinants and define closer flanking markers, a dense map of this

Table 1 also gives the posterior probability of a kindred having a BRCA2 mutation based on LOD scores and prior probabilities. Four of these markers (D13S171, D13S260, D13S310 and D13S267) were previously known. The other six markers were found as part of our search for BRCA2. We were able to reduce the region to 1.5 megabases based on a recombinant in Kindred 107 with marker tdj3820 at the left boundary, and a second recombinant in Kindred 2043 with marker YS-G-B10T at the right boundary (see FIG. 1) which is at approximately the same location as AC6 and D13S 10. Furthermore, a homozygous deletion was found in a pancreatic tumor cell line in the BRCA2 region which may have been driven by BRCA2 itself; this deletion is referred to as the Schutte/Kern deletion in FIG. 1 (Schutte et al., 1995). The Schutte/Kern contig in FIG. 1 refers to these authors' physical map which covers the deletion.

EXAMPLE 2

Development of Genetic and Physical Resources in the Region of Interest

To increase the number of highly polymorphic loci in the BRCA2 region, we developed a number of STR markers in

6,033,857

**37**

our laboratory from P1s, BACs and YACs which physically map to the region. These markers allowed us to further refine the region (see Table 1 and the discussion above).

STSs in the desired region were used to identify YACs which contained them. These YACs were then used to identify subclones in P1s or BACs. These subclones were then screened for the presence of a short tandem repeats. Clones with a strong signal were selected preferentially, since they were more likely to represent repeats which have a large number of repeats and/or are of near-perfect fidelity to the pattern. Both of these characteristics are known to increase the probability of polymorphism (Weber et al., 1990). These clones were sequenced directly from the vector to locate the repeat. We obtained a unique sequence on one side of the short tandem repeat by using one of a set of possible primers complementary to the end of the repeat. Based on this unique sequence, a primer was made to sequence back across the repeat in the other direction, yielding a unique sequence for design of a second primer flanking it. STRs were then screened for polymorphism in a small group of unrelated individuals and tested against the hybrid panel to confirm their physical localization. New markers which satisfied these criteria were then typed in a set of unrelated individuals from Utah to obtain allele frequencies appropriate for the study of this population. Many of the other markers reported in this study were also tested in unrelated individuals to obtain similarly appropriate allele frequencies.

Using the procedure described above, novel STRs were found from these YACs which were both polymorphic and localized to the BRCA2 region. FIG. 1 shows a schematic map of STSs, P1s. BACs and YACs in the BRCA2 region.

EXAMPLE 3

Identification of Candidate cDNA Clones for the BRCA2 Locus by Genomic Analysis of the Contig Region

1. General Methods

Complete screen of the plausible region. The first method to identify candidate cDNAs, although labor intensive, used known techniques. The method comprised the screening of P1 and BAC clones in the contig to identify putative coding sequences. The clones containing putative coding sequences were then used as probes on filters of cDNA libraries to identify candidate cDNA clones for future analysis. The clones were screened for putative coding sequences by either of two methods.

The P1 clones to be analyzed were digested with a restriction enzyme to release the human DNA from the vector DNA. The DNA was separated on a 14 cm, 0.5% agarose gel run overnight at 20 volts for 16 hours. The human DNA bands were cut out of the gel and electroeluted from the gel wedge at 100 volts for at least two hours in 0.5× Tris Acetate buffer (Maniatis et al., 1982).

The eluted Not I digested DNA (~15 kb to 25 kb) was then digested with EcoRI restriction enzyme to give smaller fragments (~0.5 kb to 5.0 kb) which melt apart more easily for the next step of labeling the DNA with radionucleotides. The DNA fragments were labeled by means of the hexamer random prime labeling method (Boehringer-Mannheim, Cat. #1004760). The labeled DNA was spermine precipitated (add 100 μl TE, 5 μl 0.1 M spermine, and 5 μl of 10 mg/ml salmon sperm DNA) to remove unincorporated radionucleotides. The labeled DNA was then resuspended in 100 μl TE, 0.5 M NaCl at 65° C. for 5 minutes and then blocked with Human $C_{o}t$-1 DNA for 2–4 hrs. as per the manufacturer's

**38**

instructions (Gibco/BRL, Cat. #5279SA). The $C_{o}t$-1 blocked probe was incubated on the filters in the blocking solution overnight at 42° C. The filters were washed for 30 minutes at room temperature in 2×SSC, 0.1% SDS, and then in the same buffer for 30 minutes at 55° C. The filters were then exposed 1 to 3 days at −70° C. to Kodak XAR-5 film with an intensifying screen. Thus, the blots were hybridized with either the pool of Eco-RI fragments from the insert, or each of the fragments individually.

The human DNA from clones in the region was isolated as whole insert or as EcoRI fragments and labeled as described above. The labeled DNA was used to screen filters of various cDNA libraries under the same conditions described above except that the cDNA filters undergo a more stringent wash of 0.1×SSC, 0.1% SDS at 65° C. for 30 minutes twice.

Most of the cDNA libraries used to date in our studies (libraries from normal breast tissue, breast tissue from a woman in her eighth month of pregnancy and a breast malignancy) were prepared at Clonetech, Inc. The cDNA library generated from breast tissue of an 8 month pregnant woman is available from Clonetech (Cat. #HL1037a) in the Lambda gt-10 vector, and is grown in C600Hfl bacterial host cells. Normal breast tissue and malignant breast tissue samples were isolated from a 37 year old Caucasian female and one-gram of each tissue was sent to Clonetech for mRNA processing and cDNA library construction. The latter two libraries were generated using both random and oligo-dT priming, with size selection of the final products which were then cloned into the Lambda Zap II vector, and grown in XL1-blue strain of bacteria as described by the manufacturer. Additional tissue-specific cDNA libraries include human fetal brain (Stratagene, Cat. 936206), human testis (Clonetech Cat. HL3024), human thymus (Clonetech Cat. HL1127n), human brain (Clonetech Cat. HL11810), human placenta (Clonetech Cat 1075b), and human skeletal muscle (Clonetech Cat. HL1124b).

The cDNA libraries were plated with their host cells on NZCYM plates, and filter lifts are made in duplicate from each plate as per Maniatis et al. (1982). Insert (human) DNA from the candidate genomic clones was purified and radio-actively labeled to high specific activity. The radioactive DNA was then hybridized to the cDNA filters to identify those cDNAs which correspond to genes located within the candidate cosmid clone. cDNAs identified by this method were picked, replated, and screened again with the labeled clone insert or its derived EcoRI fragment DNA to verify their positive status. Clones that were positive after this second round of screening were then grown up and their DNA purified for Southern blot analysis and sequencing. Clones were either purified as plasmid through in vivo excision of the plasmid from the Lambda vector as described in the protocols from the manufacturers, or isolated from the Lambda vector as a restriction fragment and subcloned into plasmid vector.

The Southern blot analysis was performed in duplicate, one using the original genomic insert DNA as a probe to verify that cDNA insert contains hybridizing sequences. The second blot was hybridized with cDNA insert DNA from the largest cDNA clone to identify which clones represent the same gene. All cDNAs which hybridize with the genomic clone and are unique were sequenced and the DNA analyzed to determine if the sequences represent known or unique genes.

All cDNA clones which appear to be unique were further analyzed as candidate BRCA2 loci. Specifically, the clones are hybridized to Northern blots to look for breast specific

6,033,857

**39**

expression and differential expression in normal versus breast tumor RNAs. They are also analyzed by PCR on =clones in the BRCA2 region to verify their location. To map the extent of the locus, full length cDNAs are isolated and their sequences used as PCR probes on the YACs and the clones surrounding and including the original identifying clones. Intron-exon boundaries are then further defined through sequence analysis.

We have screened the normal breast, 8 month pregnant breast and fetal brain cDNA libraries with Eco RI fragments from cosmid BAC and P1 clones in the region. Potential BRCA2 cDNA clones were identified among the three libraries. Clones were picked, replated, and screened again with the original probe to verify that they were positive.

Analysis of hybrid-selected cDNA. cDNA fragments obtained from direct selection were checked by Southern blot hybridization against the probe DNA to verify that they originated from the contig. Those that passed this test were sequenced in their entirety. The set of DNA sequences obtained in this way were then checked against each other to find independent clones that overlapped.

The direct selection of cDNA method (Lovett et al., 1991; Futreal, 1993) is utilized with P1 and BAC DNA as the probe. The probe DNA is digested with a blunt cutting restriction enzyme such as HaeIII. Double-stranded adapters are then ligated onto the DNA and serve as binding sites for primers in subsequent PCR amplification reactions using biotinylated primers. Target cDNA is (generated from mRNA derived from tissue samples, e.g., breast tissue, by synthesis of either random primed or oligo(dT) primed first strand, followed by second strand synthesis. The cDNA ends are rendered blunt and ligated onto double-stranded adapters. These adapters serve as amplification sites for PCR. The target and probe sequences are denatured and mixed with human $C_0t$-1 DNA to block repetitive sequences. Solution hybridization is carried out to high $C_0t$-½ values to ensure hybridization of rare target cDNA molecules. The annealed material is then captured on avidin beads, washed at high stringency and the retained cDNAs are eluted and amplified by PCR. The selected cDNA is subjected to further rounds of enrichment before cloning into a plasmid vector for analysis.

HTF island analysis. A method for identifying cosmids to use as probes on the cDNA libraries was HTF island analysis. HTF islands are segments of DNA which contain a very high frequency of unmethylated CpG dinucleotides (Tonolio et al., 1990) and are revealed by the clustering of restriction sites of enzymes whose recognition sequences include CpG dinucleotides. Enzymes known to be useful in HTF-island analysis are AscI, NotI, BssHIII, EagI, SacII, NaeI, NarI, SmaI, and MluI (Anand, 1992).

Analysis of candidate clones. One or more of the candidate genes generated from above were sequenced and the information used for identification and classification of each expressed gene. The DNA sequences were compared to known genes by nucleotide sequence comparisons and by translation in all frames followed by a comparison with known amino acid sequences. This was accomplished using Genetic Data Environment (GDE) version 2.2 software and the Basic Local Alignment Search Tool (Blast) series of client/server software packages (e.g., BLASTN 1.3.13MP), for sequence comparison against both local and remote sequence databases (e.g., GenBank), running on Sun SPARC workstations. Sequences reconstructed from collections of cDNA clones identified with the cosmids and P1s have been generated. All candidate genes that represented new sequences were analyzed further to test their candidacy for the putative BRCA2 locus.

**40**

Mutation screening. To screen for mutations in the affected pedigrees, two different approaches were followed. First, genomic DNA isolated from family members known to carry the susceptibility allele of BRCA2 was used as a template for amplification of candidate gene sequences by PCR. If the PCR primers flank or overlap an intron/exon boundary, the amplified fragment will be larger than predicted from the cDNA sequence or will not be present in the amplified mixture. By a combination of such amplification experiments and sequencing of P1 or BAC clones using the set of designed primers it is possible to establish the intron/exon structure and ultimately obtain the DNA sequences of genomic DNA from the kindreds.

A second approach that is much more rapid if the intron/exon structure of the candidate gene is complex involves sequencing fragments amplified from cDNA synthesized from lymphocyte mRNA extracted from pedigree blood which was used as a substrate for PCR amplification using the set of designed primers. If the candidate gene is expressed to a significant extent in lymphocytes, such experiments usually produce amplified fragments that can be sequenced directly without knowledge of intron/exon junctions.

The products of such sequencing reactions were analyzed by gel electrophoresis to determine positions in the sequence that contain either mutations such as deletions or insertions, or base pair substitutions that cause amino acid changes or other detrimental effects.

Any sequence within the BRCA2 region that is expressed in breast is considered to be a =candidate gene for BRCA2. Compelling evidence that a given candidate gene corresponds to BRCA2 comes from a demonstration that kindred families contain defective alleles of the candidate.

2. Specific Methods

Hybrid selection. Two distinct methods of hybrid selection were used in this work.

Method 1: cDNA preparation and selection. Randomly primed cDNA was prepared from poly (A)$^+$RNA of mammary gland, ovary testis, fetal brain and placenta tissues and from total RNA of the cell line Caco-2 (ATCC HTB 37). cDNAs were homopolymer tailed and then hybrid selected for two consecutive rounds of hybridization to immobilized P1 or BAC DNA as described previously. (Parimoo et al., 1991; Rommens et al., 1994). Groups of two to four overlapping P1 and/or BAC clones were used in individual selection experiments. Hybridizing cDNA was collected, passed over a G50 Fine Sephadex column and amplified using tailed primers. The products were then digested with EcoRI, size selected on agarose gels, and ligated into pBluescript (Stratagene) that had been digested with EcoRI and treated with calf alkaline phosphatase (Boehringer Mannheim). Ligation products were transformed into competent DH5α E. coli cells (Life Technologies, Inc.).

Characterization of Retrieved cDNAs. 200 to 300 individual colonies from each ligation (from each 250 kbases of genomic DNA) were picked and gridded into microtiter plates for ordering and storage. Cultures were replica transferred onto Hybond N membranes (Amersham) supported by LB agar with ampicillin. Colonies were allowed to propagate and were subsequently lysed with standard procedures. Initial analysis of the cDNA clones involved a prescreen for ribosomal sequences and subsequent cross screenings for detection of overlap and redundancy.

Approximately 10–25% of the clones were eliminated as they hybridized strongly with radiolabeled cDNA obtained from total RNA. Plasmids from 25 to 50 clones from each selection experiment that did not hybridize in prescreening

A000477

6,033,857

41

were isolated for further analysis. The retrieved cDNA fragments were verified to originate from individual starting genomic clones by hybridization to restriction digests of DNAs of the starting clones, of a hamster hybrid cell line (GM10898A) that contains chromosome 13 as its only human material and to human genomic DNA. The clones were tentatively assigned into groups based on the overlapping or non-overlapping intervals of the genomic clones. Of the clones tested, approximately 85% mapped appropriately to the starting clones.

Method 2 (Lovett et al., 1991): cDNA Preparation. Poly (A) enriched RNA from human mammary gland, brain, lymphocyte and stomach were reverse-transcribed using the tailed random primer $XN_{12}$

[5'-(NH$_2$)-GTAGTGCAAGGCTCGAGAACNNNNNNNNNN] (SEQ ID NO:3)

and Superscript II reverse transcriptase (Gibco BRL). After second strand synthesis and end polishing, the ds cDNA was purified on Sepharose CL-4B columns (Pharmacia). cDNAs were "anchored" by ligation of a double-stranded oligo RP

[5'-(NH$_2$)-TGAGTAGAATTCTAACGGCCGTCATTGTTC (SEQ ID NO:4)

annealed to

5'-GAACAATGACGGCCGTTAGAATTCTACTCA-(NH$_2$) (SEQ ID NO:5)]

to their 5' ends (5' relative to mRNA) using T4 DNA ligase. Anchored ds cDNA was then repurified on Sepharose CL-4B columns.

Selection. cDNAs from mammary gland, brain, lymphocyte and stomach tissues were first amplified using a nested version of RP

(RP.A: 5'-TGAGTAGAATTCTAACGGCCGTCAT) (SEQ ID NO:6)

and

XPCR [5'-(PO$_4$)-GTAGTGCAAGGCTCGAGAAC (SEQ ID NO:7)]

and purified by fractionation on Sepharose CL-4B. Selection probes were prepared from purified P1s, BACs or PACs by digestion with HinfI and Exonuclease III. The single-stranded probe was photolabelled with photobiotin (Gibco BRL) according to the manufacturer's recommendations. Probe, cDNA and Cot-1 DNA were hybridized in 2.4M TEA-Cl, 10 mM NaPO$_4$, 1 mM EDTA. Hybridized cDNAs were captured on streptavidin-paramagnetic particles (Dynal), eluted, reamplified with a further nested version of RP

[RP.B: 5'-(PO$_4$)-TGAGTAGAATTCTAACGGCCGTCATTG (SEQ ID NO:8)]

and XPCR and, size-selected on Sepharose CL-6B. The selected, amplified cDNA was hybridized with an additional aliquot of probe and C$_o$t-1 DNA. Captured and eluted products were amplified again with RP.B and XPCR, size-selected by gel electrophoresis and cloned into dephosphorylated HincII cut pUC18. Ligation products were transformed into XL2-Blue ultra-competent cells (Stratagene).

Analysis. Approximately 192 colonies for each single-probe selection experiment were amplified by colony PCR using vector primers and blotted in duplicate onto Zeta Probe nylon filters (Bio-Rad). The filters were hybridized

42

using standard procedures with either random primed C$_o$t-1 DNA or probe DNA (P1, BAC or PAC). Probe-positive, C$_o$t-1 negative clones were sequenced in both directions using vector primers on an ABI 377 sequencer.

Exon Trapping. Exon amplification was performed using a minimally overlapping set of BACs, P1s and PACs in order to isolate a number of gene sequences from the BRCA2 candidate region. Pools of genomic clones were assembled, containing from 100–300 kb of DNA in the form of 1–3 overlapping genomic clones. Genomic clones were digested with PstI or BamHI+BglIII and ligated into PstI or BamHI sites of the pSPL3 splicing vector. The exon amplification technique was performed (Church et al., 1993) and the end products were cloned in the pAMP1 plasmid from the Uracil DNA Glycosylase cloning system (BRL). Approximately 6000 clones were picked, propagated in 96 well plates, stamped onto filters, and analyzed for the presence of vector and repeat sequences by hybridization. Each clone insert was PCR amplified and tested for redundancy, localization and human specificity by hybridization to grids of exons and dot blots of the parent genomic DNA. Unique candidate exons were sequenced, searched against the databases, and used for hybridization to cDNA libraries.

5' RACE. The 5' end of BRCA2 was identified by a modified RACE protocol called biotin capture RACE. Poly (A) enriched RNA from human mammary gland and thymus was reverse-transcribed using the tailed random primer $XN_{12}$

[5'(NH$_2$)-GTAGTGCAAGGCTCGAGAACNNN (SEQ ID NO:3)]

and Superscript II reverse transcriptase (Gibco BRL). The RNA strand was hydrolyzed in NaOH and first strand cDNA purified by fractionation on Sepharose CL-4B (Pharmacia). First strand cDNAs were "anchored" by ligation of a double-stranded oligo with a 7 bp random 5' overhang [ds UCA: 5'-CCTTCACACGCGTATCGATTAGTCACNNNNNNN-(NH$_2$) (SEQ ID NO:9) annealed to 5'-(PO$_4$)-GTGACTAATCGATACGCGTGTGAAGGTGC (SEQ ID NO:10)] to their 3' ends using T4 DNA ligase. After ligation, the anchored cDNA was repurified by fractionation on Sepharose CL-4B. The 5' end of BRCA2 was amplified using a biotinylated reverse primer [5'-(B)-TTGAAGAACAACAGGACTTTCACTA] (SEQ ID NO:11) and a nested version of UCA [UCP.A: 5'-CACCTTCACACGCGTATCG (SEQ ID NO:12)]. PCR products were fractionated. on an agarose gel, gel purified, and captured on streptavidin-paramagnetic particles (Dynal). Captured cDNA was reamplified using a nested reverse primer [5'-GTTCGTAATTGTTGTTTTTAATGTTCAG] (SEQ ID NO:13) and a further nested version of UCA [UCP.B: 5'-CCTTCACACGCGTATCGATTAG] (SEQ ID NO:14)]. This PCR reaction gave a single sharp band on an agarose gel; the DNA was gel purified and sequenced in both directions on an ABI 377 sequencer.

cDNA Clones. Human cDNA libraries were screened with $^{32}$P-labeled hybrid selected or exon trapped clones. Phage eluted from tertiary plaques were PCR amplified with vector-specific primers and then sequenced on an ABI 377 sequencer.

Northern Blots. Multiple Tissue Northern (MTN) filters, which are loaded with 2 $\mu$g per lane of poly(A)+RNA derived from a number of human tissues, were purchased from Clonetech. $^{32}$P-random-primer labeled probes corresponding to retrieved cDNAs GT 713 (BRCA2 exons 3–7), k wCPF1B8.1 (3' end of exon 11 into exon 20), and glyceraldehyde-3-phosphate dehydrogenase (GAPDH) were

A000478

6,033,857

**43**

used to probe the filters. Prehybridizations were at 42° C. in 50% formamide, 5×SSPE, 1% SDS, 5×Denhardt's mixture, 0.2 mg/ml denatured salmon testis DNA and 2 μg/ml poly (A). Hybridizations were in the same solution with the addition of dextran sulfate to 4% and probe. Stringency washes were in 0.1×SSC/0.1% SDS at

RT-PCR Analysis. Ten μg of total RNA extracted from five human breast cancer cell lines (ZR-75-1, T-47D, MDA-MB-231, MDA-MB468 and BT-20) and three human prostate cancer cell lines (LNCaP, DU145 and PC-3) (RNAs provided by Dr. Claude Labrie, CHUL Research Center) were reverse transcribed using the primer mH20-D105#RA

[5'-TTTGGATCATTTTCACACTGTC] (SEQ ID NO:15)]

and Superscript II reverse transcriptase (Gibco BRL). Thereafter, the single strand cDNAs were amplified using the primers CG0269FB:

[5'-GTGCTCATAGTCAGAAATGAAG] (SEQ ID NO:16)]

and mH20-1D05#RA (this is the primer pair that was used to island hop from the exon ⅞ junction into exon 11; the PCR product is about 1.55 kb). PCR products were fractionated on a 1.2% agarose gel.

PCR Amplification and Mutation Screening. All 26 coding exons of BRCA2 and their associated splice sites were amplified from genomic DNA as described (Kamb et al.,

**44**

1994b). The DNA sequences of the primers, some of which lie in flanking intron sequence, used for amplification and sequencing appear in Table 2. Some of the exons (2 through 10, 11-5, 11-6, 11-7 and 23 through 27) were amplified by a simple one-step method. The PCR conditions for those exons were: single denaturing step of 95° C. (1 min.); 40 cycles of 96° C. (6 sec.), $T_{anm}$=55° C. (15 sec.), 72° C. (1 min.). Other exons (11–22) required nested reamplification after the primary PCR reaction. In these cases, the initial amplification was carried out with the primers in the first two columns of Table 2 for 19 cycles as described above. Nested reamplification for these exons was carried out for 28 or 32 cycles at the same conditions with the primers appearing in the third column of Table 2. The buffer conditions were as described (Kamb et al., 1994b). The products were purified from 0.8% agarose gels using Qiaex beads (Qiagen). The purified products were analyzed by cycle sequencing with α-P³²dATP with Ampli-Cycle™ Sequencing Kit (Perkin Elmer, Branchburg, N.J.). The reaction products were fractionated on 6% polyacrylamide gels. All (A) reactions were loaded adjacent each other, followed by the (C) reactions, etc. Detection of polymorphisms was carried out visually and confirmed on the other strand.

TABLE 2

Primers for Amplifying BRCA2 Exons

| EXON | FORWARD PRIMER | REVERSE PRIMER | NESTED PRIMER |
|---|---|---|---|
| 2 | TGTTCCCATCCTCACAGTAAG*[17] | GTACTGGGTTTTTAGCAAGCA*[18] | |
| 3 | GGTTAAAACTAAGGTGGGA*[19] | ATTTGCCCAGCATGACACA*[20] | |
| 4 | TTTCCCAGTATAGAGGAGA*[21] | GTAGGAAAATGTTTCATTTAA*[22] | |
| 5 | ATCTAAAGTAGTATTCCAACA*[23] | GGGGGTAAAAAAAGGGGAA*[24] | |
| 6 | GAGATAAGTCAGGTATGATT*[25] | AATTGCCTGTATGAGTGCGAA*[26] | |
| 7 | GGCAATTCAGTAAACGTTAA*[27] | ATTGTCAGTTACTAACACAC*[28] | |
| 8 | GTGTCATGTAATCAAATAGT*[29] | CAGGTTTAGAGACTTTCTC*[30] | |
| 9 | GGACCTAGGTTGATTGCA*[31] | GTCAAGAAAGGTAAGGTAA*[32] | |
| 10-1 | CTATGAGAAAGGTTGTGAG*[33] | CCTAGTCTTGCTAGTTCTT*[34] | |
| 10-2 | AACAGTTGTAGATACCTCTGAA*[35] | GACTTTTTGATACCCTGAAATG*[36] | |
| 10-3 | CAGCATCTTGAATCTCATACAG*[37] | CATGTATACAGATGATGCCTAAG*[38] | |
| 11-1 | AACTTAGTGAAAAATATTTAGTGA[39] | ATACATCTTGATTCTTTTCCAT*[40] | TTTAGTGAATGTGATTGATGGT*[41] |
| 11-2 | AGAACCAACTTTGTCCTTAA*[42] | TTAGATTTGTTTTGGTTGAA*[43] | TAGCTCTTTTGGGACAATTC*[44] |
| 11-3 | ATGGAAAAGAATCAAGATGTAT*[45] | CCTAATGTTATGTTCAGAGAG[46] | GCTACCTCCAAAACTGTGA*[47] |
| 11-4 | GTGTAAAGCAGCATATAAAAAT*[48] | CTTGCTGCTGTCTACCTG*[49] | AGTGGTCTTAAGATAGTCAT*[50] |
| 11-5 | CCATAATTTAACACCTAGCCA**[51] | CCAAAAAAGTTAAATCTGACA**[52] | |
| | GGCTTTTATTCTGCTCATGGC*[53] | CCTCTGCAGAGTTTCCTCAC*[54] | |
| 11-6 | AACGGACTTGCTATTTACTGA*[55] | AGTACCTTGCTCTTTTTCATC*[56] | |
| 11-7 | CAGCTAGCGGGAAAAAAGTTA*[57] | TTCGGAGAGAATTTTTGTC*[58] | |
| 11-8 | GCCTTAGCTTTTTACACAA*[59] | TTTTTGATTATATCTCGTTG[60] | TTATTCTCGTTGTTTTCCTTA*[61] |
| 11-9 | CCATTAAATTGTCCATATCTA*[62] | GACGTAGGTGAATAGTGAAGA[63] | TCAAATTCCTCTAACACTCC*[64] |
| 11-10 | GAAGATAGTACCAAGCAAGTC[65] | TGAGACTTTTGGTTCCTAATAC*[66] | AGTAACGAACATTCAGACCAG*[67] |
| 11-11 | GTCTTCACTATTCACCTACG*[68] | CCCCCAAACTGACTACACAA*[69] | AGCATACCAAGTCTACTGAAT*[70] |
| 12 | ACTCTTTCAAACATTAGGTCA*[71] | TTGGAGAGGCAGGTGGAT*[72] | CTATAGAGGGAGAACAGAT*[73] |
| 13 | TTTATGCTGATTTCTGTTGTAT*[74] | ATAAAACGGGAAGTGTTAACT*[75] | CTGTGAGTTATTTGGTGCAT*[76] |
| 14 | GAATACAAAACAGTTACCAGA*[77] | CACCACCAAAGGGGGAAA*[78] | AAATGAGGGTCTGCAACAAA*[79] |
| 15 | GTCCGACCAGAACTTGAG*[80] | AGCCATTTGTAGGATACTAG*[81] | CTACTAGACGGGCGGAG*[82] |
| 16 | ATGTTTTTGTAGTGAAGATTCT*[83] | TAGTTCGAGAGACAGTTAAG*[84] | CAGTTTTGGTTTGTTATAATTG*[85] |
| 17 | CAGAACCATGATTGTAGTTGTT*[86] | AACCTTAACCCATACTGC*[87] | TTCAGTATCATCCTATGTGG*[88] |
| 18 | TTTTATTCTCAGTTATTCAGTG[89] | GAAATTGAGCATCCTTAGTAA*[90] | AATTCTAGAGTCACACTTCC*[91] |
| 19 | ATATTTTTAAGGACTTGTAGTTGTT[92] | TTACACACACCAAAAAGA*[93] | TGAAAACTCTTTATGATATCTGT*[94] |
| 20 | TGAATGTTATATATGTGACTTTT*[95] | CTTGTTGCTATTCTTTGTCTA[96] | CCCTAGATACTAAAAAAATAAAG*[97] |
| 21 | CTTTTAGCAGTTATATAGTTTC*[98] | GCCAGAGAGTCTAAAACAG*[99] | CTTTGGGTGTTTTATGCTTG*[100] |
| 22 | TTTGTTGTATTTGTCCTGTTTA[101] | ATTTTGTTAGTAAGGTCATTTTT*[102] | GTTCTGATTGCTTTTTATTCC*[103] |

A000479

6,033,857

45                  46

TABLE 2-continued

Primers for Amplifying BRCA2 Exons

| EXON | FORWARD PRIMER | REVERSE PRIMER | NESTED PRIMER |
|---|---|---|---|
| 23 | ATCACTTCTTCCATTGCATC*[104] | CCGTGGCTGGTAAATCTG*[105] | |
| 24 | CTGGTAGCTCCAACTAATC*[106] | ACCGGTACAAACCTTTCATTG*[107] | |
| 25 | CTATTTTGATTTGCTTTTATTATT*[108] | GCTATTTCCTTGATACTGGAC*[109] | |
| 26 | TTGGAAACATAAATATGTGGG*[110] | ACTTACAGGAGCCACATAAC*[111] | |
| 27 | CTACATTAATTATGATAGGCTNCG**[112] | GTACTAATGTGTGGTTTGAAA**[113] | |
| | | TCAATGCAAGTTCTTCGTCAGC*[114] | |

Primers with an "*" were used for sequencing.
Primers without an "*" were replaced by the internal nested primer for both the second round of PCR and sequencing.
For large exons requiring internal sequencing primers, primers with an "**" were used to amplify the exon
Number in parathensis referes to the SEQ ID NO: for each primer.

EXAMPLE 4

Identification of BRCA2

Assembly of the full-length BRCA2 sequence. The full-length sequence of BRCA2 was assembled by combination of several smaller sequences obtained from hybrid selection, exon trapping, cDNA library screening, genomic sequencing, and PCR experiments using cDNA as template for amplification (i.e., "island hopping") (FIG. 2). The extreme 5' end of the mRNA including the predicted translational start site was identified by a modified 5'RACE protocol (Stone et al., 1995). The first nucleotide in the sequence (nucleotide 1) is a non-template G, an indication that the mRNA cap is contained in the sequence. One of the exons (exon 11) located on the interior of the BRCA2 cDNA is nearly 5 kb. A portion of exon 11 was identified by analysis of roughly 900 kb of genomic sequence in the public domain (ftp://genome.wust1.edu/pub/gscl/brca). This genomic sequence was condensed with genomic sequence determined by us into a set of 160 sequence contigs. When the condensed genomic sequence was scanned for open reading frames (ORFs), a contiguous stretch of nearly 5 kb was identified that was spanned by long ORFs. This sequence was linked together by island hopping experiments with two previously identified candidate gene fragments. The current composite BRCA2 cDNA sequence consists of 11,385 bp, but does not include the polyadenylation signal or poly(A) tail. This cDNA sequence is set forth in SEQ ID NO:1 and FIG. 3.

Structure of the BRCA2 gene and BRCA2 polypeptide. Conceptual translation of the cDNA revealed an ORF that began at nucleotide 229 and encoded a predicted protein of 3418 amino acids. The peptide bears no discernible similarity to other proteins apart from sequence composition. There is no signal sequence at the amino terminus, and no obvious membrane-spanning regions. Like BRCA1, the BRCA2 protein is highly charged. Roughly one quarter of the residues are acidic or basic.

The BRCA2 gene structure was determined by comparison of cDNA and genomic sequences. BRCA2 is composed of 27 exons distributed over roughly 70 kb of genomic DNA.

A CpG-rich region at the 5' end of BRCA2 extending upstream suggests the presence of regulatory signals often associated with CpG "islands." Based on Southern blot experiments, BRCA2 appears to be unique, with no close homologs in the human genome.

Expression studies of BRCA2. Hybridization of labeled cDNA to human multiple tissue Northern filters revealed an 11–12 kb transcript that was detectable in testis only. The size of this transcript suggests that little of the BRCA2 mRNA sequence is missing from our composite cDNA. Because the Northern filters did not include mammary gland RNA, RT-PCR experiments using a BRCA2 cDNA amplicon were performed on five breast and three prostate cancer cell line RNAs. All of the lines produced positive signals. In addition, PCR of a BRCA2 amplicon (1-BrCGO26→5kb) and 5' RACE were used to compare mammary gland and thymus cDNA as templates for amplification. In both cases, the product amplified more efficiently from breast than from thymus.

Germline mutations in BRCA2. Individuals from eighteen putative BRCA2 kindreds were screened for BRCA2 germline mutations by DNA sequence analysis (Wooster et al., 1994). Twelve kindreds have at least one case of male breast cancer, four have two or more cases; and, four include at least one individual affected with ovarian cancer who shares the linked BRCA2 haplotype. Each of the 18 kindreds has a posterior probability of harboring a BRCA2 mutation of at least 69%, and nine kindreds have posterior probabilities greater than 90%. Based on these combined probabilities, 16 of 18 kindreds are expected to segregate BRCA2 mutations. The entire coding sequence and associated splice junctions were screened for mutations in multiple individuals from nine kindreds using either cDNA or genomic DNA (Table 3). Individuals from the remaining nine kindreds were screened for mutations using only genomic DNA. These latter screening experiments encompassed 99% of the coding sequence (all exons excluding exon 15) and all but two of the splice junctions.

A000480

6,033,857

47                                                                              48

TABLE 3

Set of Families Screened for BRCA2 Mutations

| Family | FBC | FBC <50 yrs | Ov | MBC | LOD | Prior Probability | BRCA2 Mutation | Exon | Codon | Effect |
|---|---|---|---|---|---|---|---|---|---|---|
| UT-107[1] | 20 | 18 | 2 | 3 | 5.06 | 1.00 | 277 delAC | 2 | 17 | termination codon at 29 |
| UT-1018[1] | 11 | 9 | 0 | 1 | 2.47 | 1.00 | 982 del4 | 9 | 252 | termination codon at 275 |
| UT-2044[1] | 8 | 6 | 4 | 1 | 2.13 | 1.00 | 4706 del4 | 11 | 1493 | termination codon at 1502 |
| UT-2367[1] | 6 | 5 | 1 | 0 | 2.09 | 0.99 | IR | | | |
| UT-2327[1] | 13 | 6 | 0 | 0 | 1.92 | 0.99 | ND | | | |
| UT-2388[1] | 3 | 3 | 1 | 0 | 0.92 | 0.92 | ND | | | |
| UT-2328[1] | 10 | 4 | 0 | 1 | 0.21 | 0.87 | ND | | | |
| UT-4328[1] | 4 | 3 | 0 | 0 | 0.18 | 0.69 | ND | | | |
| MI-1016[1] | 4 | 2 | 0 | 1 | 0.04 | 0.81 | ND | | | |
| CU-20[2] | 4 | 3 | 2 | 2 | 1.09 | 1.00 | 8525 delC | 18 | 2766 | termination codon at 2776 |
| CU-159[2] | 8 | 4 | 0 | 0 | 0.99 | 0.94 | 9254 del 5 | 23 | 3009 | termination codon at 3015 |
| UT-2043[2] | 2 | 2 | 1 | 1 | 0.86 | 0.97 | 4075 delGT | 11 | 1283 | termination codon at 1285 |
| IC-2204[2] | 3 | 1 | 0 | 4 | 0.51 | 0.98 | 999 del5 | 9 | 257 | termination codon at 273 |
| MS-075[2] | 4 | 1 | 0 | 1 | 0.50 | 0.93 | 6174 delT | 11 | 1982 | termination codon at 2003 |
| UT-1019[2] | 5 | 1 | 0 | 2 | nd | 0.95 | 4132 del3 | 11 | 1302 | deletion of thr$_{1302}$ |
| UT-2027[2] | 4 | 4 | 0 | 1 | 0.39 | 0.79 | ND | | | |
| UT-2263[2] | 3 | 2 | 0 | 1 | nd | 0.9 | ND | | | |
| UT-2171[2] | 5 | 4 | 2 | 0 | nd | nd | ND | | | |

[1]Families screened for complete coding sequence and with informative cDNA sample.
[2]Families screened for all BRCA2 exons except 15 and for which there was no informative cDNA sample available.
IR — inferred regulatory mutuation
ND — non detected
nd — not determined
FBC — Female Breast Cancer
Ov — Ovarian Cancer
MBC — Male Breast Cancer

Sequence alterations were identified in 9 of 18 kindreds. All except one involved nucleotide deletions that altered the reading frame, leading to truncation of the predicted BRCA2 protein. The single exception contained a deletion of three nucleotides (kindred 1019). All nine mutations differed from one another. A subset of kindreds was tested for transcript loss. cDNA samples were available for a group of nine kindreds, but three of the nine kindreds in the group contained frameshift mutations. Specific polymorphic sites know to be heterozygous in genomic DNA were examined in cDNA from kindred individuals. The appearance of hemizygosity at these polymorphic sites was interpreted as evidence for a mutation leading to reduction in mRNA levels. In only one of the six cases with no detectable sequence alteration (kindred 2367) could such a regulatory mutation be inferred. In addition, one of the three kindreds with a frameshift mutation (kindred 2044) displayed signs of transcript loss. This implies that some mutations in the BRCA2 coding sequence may destabilize the transcript in addition to disrupting the protein sequence. Such mutations have been observed in BRCA1 (Friedman et al., 1995). Thus, 56% of the kindreds (10 of 18) contained an altered BRCA2 gene.

Role of BRCA2 in Cancer. Most tumor suppressor genes identified to date give rise to protein products that are absent, nonfunctional, or reduced in function. The majority of TP53 mutations are missense; some of these have been shown to produce abnormal p53 molecules that interfere with the function of the wildtype product (Shaulian et al., 1992; Srivastava et al., 1993). A similar dominant negative mechanism of action has been proposed for some adenomatous polyposis coli (APC) alleles that produce truncated molecules (Su et al., 1993), and for point mutations in the Wilms' tumor gene (WT1) that alter DNA binding of the protein (Little et al., 1993). The nature of the mutations observed in the BRCA2 coding sequence is consistent with production of either dominant negative proteins or nonfunctional proteins.

EXAMPLE 5

Analysis of the BRCA2 Gene

The structure and function of BRCA2 gene are determined according to the following methods.

Biological Studies. Mammalian expression vectors containing BRCA2 cDNA are constructed and transfected into appropriate breast carcinoma cells with lesions in the gene. Wild-type BRCA2 cDNA as well as altered BRCA2 cDNA are utilized. The altered BRCA2 cDNA can be obtained from altered BRCA2 alleles or produced as described below. Phenotypic reversion in cultures (e.g., cell morphology, doubling time, anchorage-independent growth) and in animals (e.g., tumorigenicity) is examined. The studies will employ both wild-type and mutant forms (Section B) of the gene.

Molecular Genetics Studies. In vitro mutagenesis is performed to construct deletion mutants and missense mutants (by single base-pair substitutions in individual codons and cluster charged→alanine scanning mutagenesis). The mutants are used in biological, biochemical and biophysical studies.

Mechanism Studies. The ability of BRCA2 protein to bind to known and unknown DNA sequences is examined. Its ability to transactivate promoters is analyzed by transient reporter expression systems in mammalian cells. Conventional procedures such as particle-capture and yeast two-hybrid system are used to discover and identify any functional partners. The nature and functions of the partners are characterized. These partners in turn are targets for drug discovery.

Structural Studies. Recombinant proteins are produced in E. coli, yeast, insect and/or mammalian cells and are used in crystallographical and NMR studies. Molecular modeling of the proteins is also employed. These studies facilitate structure-driven drug design.

A000481

6,033,857

**49**

EXAMPLE 6

Two Step Assay to Detect the Presence of BRCA2
in a Sample

Patient sample is processed according to the method disclosed by Antonarakis et al. (1985), separated through a 1% agarose gel and transferred to nylon membrane for Southern blot analysis.

Membranes are UV cross linked at 150 mJ using a GS Gene Linker (Bio-Rad). A BRCA2 probe selected from the sequence shown in FIG. **3** is subcloned into pTZ18U. The phagemids are transformed into *E. Coli* MV 1190 infected with M13K07 helper phage (Bio-Rad, Richmond, Calif.). Single stranded DNA is isolated according to standard procedures (see Sambrook et al., 1989).

Blots are prehybridized for 15–30 min at 65° C. in 7% sodium dodecyl sulfate (SDS) in 0.5 M NaPO$_4$. The methods follow those described by Nguyen et al., 1992. The blots are hybridized overnight at 65° C. in 7% SDS, 0.5 M NaPO$_4$ with 25–50 ng/ml single stranded probe DNA. Post-hybridization washes consist of two 30 min washes in 5% SDS, 40 mM NaPO$_4$ at 65° C., followed by two 30 min washes in 1% SDS, 40 mM NaPO$_4$ at 65° C.

Next the blots are rinsed with phosphate buffered saline (pH 6.8) for 5 min at room temperature and incubated with 0.2% casein in PBS for 30–60 min at room temperature and rinsed in PBS for 5 min. The blots are then preincubated for 5–10 minutes in a shaking water bath at 45° C. with hybridization buffer consisting of 6 M urea, 0.3 M NaCl, and 5×Denhardt's solution (see Sambrook, et al., 1989). The buffer is removed and replaced with 50–75 $\mu$l/cm$^2$ fresh hybridization buffer plus 2.5 nM of the covalently cross-linked oligonucleotide-alkaline phosphatase conjugate with the nucleotide sequence complementary to the universal primer site (UP-AP, Bio-Rad). The blots are hybridized for 20–30 min at 45° C. and post hybridization washes are incubated at 45° C. as two 10 min washes in 6 M urea, 1×standard saline citrate (SSC), 0.1% SDS and one 10 min wash in 1×SSC, 0.1% Triton®X-100. The blots are rinsed for 10 min at room temperature with 1×SSC.

Blots are incubated for 10 min at room temperature with shaking in the substrate buffer consisting of 0.1 M diethanolamine, 1 mM MgCl$_2$, 0.02% sodium azide, pH 10.0. Individual blots are placed in heat sealable bags with substrate buffer and 0.2 mM AMPPD (3-(2'-spiroadamantane)-4-methoxy-4-(3'-phosphoryloxy)phenyl-1,2-dioxetane, disodium salt, Bio-Rad).

After a 20 min incubation at room temperature with shaking, the excess AMPPD solution is removed. The blot is exposed to X-ray film overnight. Positive bands indicate the presence of BRCA2.

EXAMPLE 7

Generation of Polyclonal Antibody against BRCA2

Segments of BRCA2 coding sequence are expressed as fusion protein in *E. coli*. The overexpressed protein is purified by gel elution and used to immunize rabbits and mice using a procedure similar to the one described by Harlow and Lane, 1988. This procedure has been shown to generate Abs against various other proteins (for example, see Kraemer et al., 1993).

Briefly, a stretch of BRCA2 coding sequence selected from the sequence shown in FIG. **3** is cloned as a fusion protein in plasmid PET5A (Novagen, Inc., Madison, Wis.).

**50**

After induction with IPTG, the overexpression of a fusion protein with the expected molecular weight is verified by SDS/PAGE. Fusion protein is purified from the gel by electroelution. The identification of the protein as the BRCA2 fusion product is verified by protein sequencing at the N-terminus. Next, the purified protein is used as immunogen in rabbits. Rabbits are immunized with 100 $\mu$g of the protein in complete Freund's adjuvant and boosted twice in 3 week intervals, first with 100 $\mu$g of immunogen in incomplete Freund's adjuvant followed by 100 $\mu$g of immunogen in PBS. Antibody containing serum is collected two weeks thereafter.

This procedure is repeated to generate antibodies against the mutant forms of the BRCA2 gene. These antibodies, in conjunction with antibodies to wild type BRCA2, are used to detect the presence and the relative level of the mutant forms in various tissues and biological fluids.

EXAMPLE 8

Generation of Monoclonal Antibodies Specific for
BRCA2

Monoclonal antibodies are generated according to the following protocol. Mice are immunized with immunogen comprising intact BRCA2 or BRCA2 peptides (wild type or mutant) conjugated to keyhole limpet hemocyanin using glutaraldehyde or EDC as is well known.

The immunogen is mixed with an adjuvant. Each mouse receives four injections of 10 to 100 $\mu$g of immunogen and after the fourth injection blood samples are taken from the mice to determine if the serum contains antibody to the immunogen. Serum titer is determined by ELISA or RIA. Mice with sera indicating the presence of antibody to the immunogen are selected for hybridoma production.

Spleens are removed from immune mice and a single cell suspension is prepared (see Harlow and Lane, 1988). Cell fusions are performed essentially as described by Kohler and Milstein, 1975. Briefly, P3.65.3 myeloma cells (American Type Culture Collection, Rockville, Md.) are fused with immune spleen cells using polyethylene glycol as described by Harlow and Lane, 1988.

Cells are plated at a density of 2×10$^5$ cells/well in 96 well tissue culture plates. Individual wells are examined for growth and the supernatants of wells with growth are tested for the presence of BRCA2 specific antibodies by ELISA or RIA using wild type or mutant BRCA2 target protein. Cells in positive wells are expanded and subcloned to establish and confirm monoclonality.

Clones with the desired specificities are expanded and grown as ascites in mice or in a hollow fiber system to produce sufficient quantities of antibody for characterization and assay development.

EXAMPLE 9

Sandwich Assay for BRCA2

Monoclonal antibody is attached to a solid surface such as a plate, tube, bead, or particle.

Preferably, the antibody is attached to the well surface of a 96-well ELISA plate. 100 $\mu$l sample (e.g., serum, urine, tissue cytosol) containing the BRCA2 peptide/protein (wild-type or mutant) is added to the solid phase antibody. The sample is incubated for 2 hrs at room temperature. Next the sample fluid is decanted, and the solid phase is washed with buffer to remove unbound material. 100 $\mu$l of a second

A000482

6,033,857

51

52

monoclonal antibody (to a different determinant on the BRCA2 peptide/protein) is added to the solid phase. This antibody is labeled with a detector molecule (e.g., $^{125}$I, enzyme, fluorophore, or a chromophore) and the solid phase with the second antibody is incubated for two hrs at room temperature. The second antibody is decanted and the solid phase is washed with buffer to remove unbound material.

The amount of bound label, which is proportional to the amount of BRCA2 peptide/protein present in the sample, is quantitated. Separate assays are performed using mono- clonal antibodies which are specific for the wild-type BRCA2 as well as monoclonal antibodies specific for each of the mutations identified in BRCA2.

EXAMPLE 10

The 6174delT Mutation is Common in Ashkenazi Jewish Women Affected by Breast Cancer

The 6174delT mutation (see Table 3) has been found to be present in many cases of Ashkenazi Jewish women who have had breast cancer (Neuhausen et al., 1996). Two groups of probands comprised the ascertainment for this study. The first group was ascertained based on both age-of-onset and a positive family history. The first group consisted of probands affected with breast cancer on or before 41 years of age with or without a family history of breast cancer. Inclusion criteria for the second group were that the proband was affected with breast cancer between the ages of 41 and 51 with one or more first degree relatives affected with breast or ovarian cancer on or before the age of 50; or the proband was affected with breast cancer between the ages of 41 and 51 with two or more second degree relatives affected with breast or ovarian cancer, 1 on or before age 50; or the proband was affected between the ages of 41 and 51 with both primary breast and primary ovarian cancer. Probands were ascertained through medical oncology and genetic counseling clinics, with an effort to offer study participation to all eligible patients. Family history was obtained by a self-report questionnaire. Histologic confirmation of diag- nosis was obtained for probands in all cases. Religious background was confirmed on all probands by self report or interview.

Mutation Detection

The BRCA2 6174delT mutation was detected by ampli- fying genomic DNA from each patient according to standard polymerase chain reaction (PCR) procedures (Saiki et al., 1985; Mullis et al., 1986; Weber and May, 1989). The primers used for the PCR are:

BC11-RP: GGGAAGCTTCATAAGTCAGTC (SEQ ID NO:115)

(forward primer) and

BC11-LP: TTTGTAATGAAGCATCTGATACC (SEQ ID NO:116)

(reverse primer).

The reactions were performed in a total volume of 10.0 $\mu$l containing 20 $\mu$g DNA with annealing at 55° C. This produces a PCR product 97 bp long in wild-type samples and 96 bp long when the 6174delT mutation is present. The radiolabeled PCR products were electrophoresed on stan- dard 6% polyacrylamide denaturing sequencing gels at 50 W for 2 hours. The gels were then dried and autoradiographed. All the cases exhibiting the 1 bp deletion were sequenced to confirm the 6174delT mutation. For sequencing, half of the samples were amplified with one set of PCR primers and the coding strand was sequenced and the other half of the samples were amplified with a second set of PCR primers

and the noncoding strand was sequenced. For one set the PCR primers were:

TD-SFB: AATGATGAATGTAGCACGC (SEQ ID NO:117)

(forward primer) and

CGORF-RH: GTCTGAATGTTCGTTACT (SEQ ID NO:118)

(reverse primer).

This results in an amplified product of 342 bp in wild-type and 341 bp for samples containing the 6174delT mutation. For this set of samples the amplified DNA was sequenced using the CGORF-RH primer for the sequencing primer. The other half of the samples were amplified using the BC11 -RP forward primer and the CGORF-RH reverse primer resulting in a fragment of 183 bp in wild-type samples and 182 bp in samples containing the 6174delT mutation. This was sequenced using BC11-RP as the sequencing primer.

Results

Six out of eighty women of Ashkenazi Jewish ancestry with breast cancer before the age of 42 had the 6174delT mutation. This compares to zero cases of the mutation being present in a control group of non-Jewish women who had breast cancer before the age of 42. These cases were ascertained without regard to family history. Table 4 shows the results of the study. Four of the six cases with the 6174delT mutation had a family history of breast or ovarian cancer in a first or second degree relative. In each of two kindreds where multiple samples were available for analysis, the 6174delT mutation co-segregated with two or more cases of breast or ovarian cancer. A second cohort of 27 Ashkenazim with breast cancer at age 42–50 and a history of at least one additional relative affected with breast or ovarian cancer provided an additional estimate of the fre- quency of the 6174delT mutation. In this group of 27 women, two were heterozygous for the BRCA2 6174delT mutation. One of these individuals had first degree relatives with both ovarian and breast cancer. From the data presented, and assuming a penetrance similar to BRCA1 mutations (Offit et al., 1996; Langston et al., 1996), the frequency of the 6174delT mutation in Ashkenazim can be estimated to be approximately 3 per thousand. However, if the penetrance of this mutation is lower than BRCA1, then the frequency of this mutation will be higher. A more precise estimate of the carrier frequency of the 6174delT mutation in individuals of Ashkenazi Jewish ancestry will emerge from large-scale population studies.

TABLE 4

| Group | Number of subjects tested, n = | Number with 6174delT, n = | % |
|---|---|---|---|
| Group 1a | | | |
| Diagnosis before age 42, Non-Jewish[a] | 93 | 0 | (0) |
| Group 1b | | | |
| Diagnosis before age 42, Jewish[a] | 80 | 6 | (8) |
| Before age 37 | 40 | 4 | (10) |
| age 37–41 | 40 | 2 | (5) |

A000483

6,033,857

53

54

TABLE 4-continued

| Group | Number of subjects tested, n = | Number with 6174delT, n = | % |
|---|---|---|---|
| Group 2 | | | |
| Diagnosis ages 42–50 and family history positive[b] | 27 | 2 | (27) |

Key:
[a]Ascertained regardless of family history
[b]Family history for this group was defined as one first degree or two second degree relatives diagnosed with breast or ovarian cancer, one before age 50.

EXAMPLE 11

BRCA2 Shows a Low Somatic Mutation Rate in Breast Carcinoma and Other Cancers Including Ovarian and Pancreatic Cancers

BRCA2 is a tumor suppressor gene. A homozygous deletion of this gene may lead to breast cancer as well as other cancers. A homozygous deletion in a pancreatic xenograft was instrumental in the effort to isolate BRCA2 by positional cloning. Cancer may also result if there is a loss of one BRCA2 allele and a mutation in the remaining allele (loss of heterozygosity or LOH).

Mutations in both alleles may also lead to development of cancer. For studies here, an analysis of 150 cell lines derived from different cancers revealed no cases in which there was a homozygous loss of the BRCA2 gene. Because homozygous loss is apparently rare, investigations were made to study smaller lesions such as point mutations in BRCA2. Since compound mutant heterozygotes and mutant homozygotes are rare, tumor suppressor gene inactivation nearly always involves LOH. The remaining allele, if inactive, typically contains disruptive mutations. To identify these it is useful to preselect tumors or cell lines that exhibit LOH at the locus of interest.

Identification of tumors and cell lines that exhibit LOH

A group of 104 primary breast tumor samples and a set of 269 cell lines was tested for LOH in the BRCA2 region. For primary tumors, amplifications of three short tandem repeat markers (STRs) were compared quantitatively using fluorescence. Approximately 10 ng of genomic DNA was amplified by PCR with the following three sets of fluorescently tagged STRs:

(1) mM4247.4A.2F1 ACCATCAAACACATCATCC (SEQ ID NO: 119)
mM4247.4A.2R2 AGAAAGTAACTTGGAGGGAG (SEQ ID NO: 120)
(2) STR257-FC CTCCTGAAACTGTTCCCTTGG (SEQ ID NO: 121)
STR257-RD TAATGGTGCTGGGATATTTGG (SEQ ID NO: 122)
(3) mMB561A-3.1FA2 GAATGTCGAAGAGCTTGTC (SEQ ID NO: 123)
mMB561A-3.1RB AAACATACGCTTAGCCAGAC (SEQ ID NO: 124)

The PCR products were resolved using an ABI 377 sequencer and quantified with Genescan software (ABI). For tumors, clear peak height differences between alleles amplified from normal and tumor samples were scored as having LOH. For cell lines, if one STR was heterozygous, the sample was scored as non-LOH. In only one case was a cell line or tumor miscalled based on later analysis of single base polymorphisms. The heterozygosity indices for the markers

are: STR4247 =0.89; STR257=0.72; STR561A=0.88 (S. Neuhausen, personal communication; B. Swedlund, unpublished data). Based on their combined heterozygosity indices, the chance that the markers are all homozygous in a particular individual (assuming linkage equilibrium) is only one in 250. Due to the presence of normal cells in the primary tumor sample, LOH seldom eliminates the signal entirely from the allele lost in the tumor. Rather, the relative intensities of the two alleles are altered. This can be seen clearly by comparing the allelic peak heights from normal tissue with peak heights from the tumor (FIGS. 5A–5D). Based on this analysis, 30 tumors (29%) were classified as having LOH at the BRCA2 locus (Table 5), a figure that is similar to previous estimates (Collins et al., 1995; Cleton-Jansen et al., 1995).

LOH was assessed in the set of cell lines in a different fashion. Since homozygosity of all three STRs was improbable, and since normal cells were not present, apparent homozygosity at all STRs was interpreted as LOH in the BRCA2 region. Using this criterion, 85/269 of the cell lines exhibited LOH (see Table 5). The frequencies varied according to the particular tumor cell type under consideration. For example, 4/6 ovarian cell lines and 31/62 lung cancer lines displayed LOH compared with 17/81 melanoma lines and 2/11 breast cancer lines.

Sequence Analysis of LOH Primary Breast Tumors and Cell Lines

The 30 primary breast cancers identified above which showed LOH in the BRCA2 region were screened by DNA sequence analysis for sequence variants. Greater than 95% of the coding sequence and splice junctions was examined. DNA sequencing was carried out either on the ABI 377 (Applied Biosystems Division, Perkin-Elmer) or manually. For the radioactive mutation screen, the amplified products were purified by Qiagen beads (Qiagen, Inc.). DNA sequence was generated using the Cyclist sequencing kit (Stratagene) and resolved on 6% polyacrylamide gels. In parallel, non-radioactive sequencing using fluorescent labeling dyes was performed using the TaqFS sequencing kit followed by electrophoresis on ABI 377 sequencers. Samples were gridded into 96-well trays to facilitate PCR and sequencing. Dropouts of particular PCR and sequencing reactions were repeated until>95% coverage was obtained for every sample. Sequence information was analyzed with the Sequencher software (Gene Codes Corporation). All detected mutations were confirmed by sequencing a newly amplified PCR product to exclude the possibility that the sequence alteration was due to a PCR artifact.

TABLE 5

| Type | # LOH/# Screened | Percentage LOH | # Sequenced |
|---|---|---|---|
| Astrocytoma | 6/19 | 32% | 6 |
| Bladder | 6/17 | 35% | 4 |
| Breast | 2/11 | 18% | 2 |
| Colon | 2/8 | 25% | 2 |
| Glioma | 11/36 | 31% | 5 |
| Lung | 31/62 | 50% | 20 |
| Lymphoma | 0/4 | 0% | 0 |
| Melanoma | 17/81 | 21% | 9 |
| Neuroblastoma | 1/10 | 10% | 1 |
| Ovarian | 4/6 | 67% | 4 |
| Pancreatic | 1/3 | 33% | 1 |
| Prostate | 0/2 | 0% | 0 |
| Renal | 4/10 | 40% | 4 |
| Total | 85/269 | 33% (avg. = 28%) | 58 |
| Primary Breast | 30/104 | 29% | 42 |

6,033,857

## 55

LOH analysis of cell lines and primary breast tumors. Percentage LOH was calculated two ways: as total and as a mean of percentages (avg.).

Of the 30 samples, two specimens contained frameshift mutations, one a nonsense mutation, and two contained missense changes (although one of these tumors also contained a frameshift). The nonsense mutation would delete 156 codons at the C-terminus suggesting that the C-terminal end of BRCA2 is important for tumor suppressor activity. All sequence variants were also present in the corresponding normal DNA from these cancer patients. To exclude the unlikely possibility that preselection for LOH introduced a systematic bias against detecting mutations (e.g., dominant behavior of mutations, compound heterozygotes), 12 samples shown to be heterozygous at BRCA2 were also screened. Three of these revealed missense changes that were also found in the normal samples. Thus, in a set of 42 breast carcinoma samples, 30 of which displayed LOH at the BRCA2 locus, no somatic mutations were identified. The frameshift and nonsense changes are likely to be predisposing mutations that influenced development of breast cancer in these patients. The missense variants are rare; they were each observed only once during analysis of 115 chromosomes. From these data it is not possible to distinguish between rare neutral polymorphisms and predisposing mutations.

Of the 85 cell lines which displayed LOH (see Table 5), 58 were also screened for sequence changes. Greater than 95% of the coding sequence of each sample was screened. Only a single frameshift mutation was identified by this DNA sequence analysis. This mutation (6174delT) was present in a pancreatic cancer cell line and it is identical to one found in the BT111 primary tumor sample and to a previously detected germline frameshift (Tavtigian et al., 1996). This suggests that this particular frameshift may be a relatively common germline BRCA2 mutation. In addition, a number of missense sequence variants were detected (Tables 6A and 6B).

Detection of a probable germline BRCA2 mutation in a pancreatic tumor cell line suggests that BRCA2 mutations may predispose to pancreatic cancer, a possibility that has not been explored thoroughly. This mutation also adds weight to the involvement of BRCA2 in sporadic pancreatic cancer, implied previously by the homozygous deletion observed in a pancreatic xenograft (Schutte et al., 1995). Because only three pancreatic cell lines were examined in our study, further investigation of BRCA2 mutations in pancreatic cancers is warranted.

TABLE 6A

| Sample | Type | LOH | Change | Effect | Germline |
|---|---|---|---|---|---|
| 4H5 | Renal | yes | G451C | Ala→Pro | |
| 4G1 | Ovarian | yes | A1093C | Asn→His | |
| 2F8 | Lung | yes | G1291C | Val→Leu | |
| BT110 | Primary breast | yes | 1493delA | Frameshift | yes |
| 4F8 | Ovarian | yes | C2117T | Thr→Ile | |
| BT163 | Primary breast | no | A2411C | Asp→Ala | yes |
| 1D6 | Bladder | no | G4813A | Gly→Arg | |
| BT333 | Primary breast | no | T5868G | Asn→Lys | yes |
| 2A2 | Glioma | yes | C5972T | Thr→Met | |
| 2I4 | Lung | yes | C5972T | Thr→Met | |
| BT111 | Primary breast | yes | 6174delT | Frameshift | yes |
| 4G3 | Pancreatic | yes | 6174delT | Frameshift | |
| 1B7 | Astrocytoma | yes | C6328T | Arg→Cys | |
| BT118 | Primary breast | no | G7049T | Gly→Val | yes |
| BT115 | Primary breast | yes | G7491C | Gln→His | yes |
| 3D5 | Melanoma | yes | A9537G | Ile→Met | |

## 56

TABLE 6A-continued

| Sample | Type | LOH | Change | Effect | Germline |
|---|---|---|---|---|---|
| BT85 | Primary breast | yes | A10204T | Lys→Stop | yes |
| 1E4 | Breast | yes | C10298G | Thr→Arg | |
| BT110 | Primary breast | yes | A10462G | Ile→Val | yes |

Germline mutations identified in BRCA2. Listed are the mutation positions based on the Genbank entry of BRCA2 (Schutte et al., 1995).

TABLE 6B

| Position | Change | Effect | Frequency |
|---|---|---|---|
| 5'UTR(203) | G/A | — | 0.32 (0.26) |
| PM(1342) | C/A | His→Asn | 0.32 (0.37) |
| PM(2457) | T/C | silent | 0.04 (0.05) |
| PM(3199) | A/G | Asn→Asp | 0.04 (0.08) |
| PM(3624) | A/G | silent | 0.35 |
| PM(3668) | A/G | Asn→Ser | 0 (0.15) |
| PM(4035) | T/C | silent | 0.24 (0.10) |
| PM(7470) | A/G | silent | 0.26 (0.15) |
| 1593 | A→G | silent | <0.01 |
| 4296 | G→A | silent | <0.01 |
| 5691 | A→G | silent | <0.01 |
| 6051 | A→G | silent | <0.01 |
| 6828 | T→C | silent | <0.01 |
| 6921 | T→C | silent | <0.01 |

Common polymorphisms and silent substitutions detected in BRCA2 by DNA sequencing. Since some rare silent variants may affect gene function (e.g., splicing (Richard and Beckmann, 1995)), these are not preceded by "PM". The frequencies of polymorphisms shown involve the second of the nucleotide pair. Frequencies reported in a previous study are shown in parentheses (Tavtigian et al., 1996). Numbering is as in Table 6A.

Industrial Utility

As previously described above, the present invention provides materials and methods for use in testing BRCA2 alleles of an individual and an interpretation of the normal or predisposing nature of the alleles. Individuals at higher than normal risk might modify their lifestyles appropriately. In the case of BRCA2, the most significant non-genetic risk factors are the protective effect of an early, full term pregnancy. Therefore, women at risk could consider early childbearing or a therapy designed to simulate the hormonal effects of an early full-term pregnancy. Women at high risk would also strive for early detection and would be more highly motivated to learn and practice breast self examination. Such women would also be highly motivated to have regular mammograms, perhaps starting at an earlier age than the general population. Ovarian screening could also be undertaken at greater frequency. Diagnostic methods based on sequence analysis of the BRCA2 locus could also be applied to tumor detection and classification. Sequence analysis could be used to diagnose precursor lesions. With the evolution of the method and the accumulation of information about BRCA2 and other causative loci, it could become possible to separate cancers into benign and malignant.

Women with breast cancers may follow different surgical procedures if they are predisposed, and therefore likely to have additional cancers, than if they are not predisposed. Other therapies may be developed, using either peptides or small molecules (rational drug design). Peptides could be the missing gene product itself or a portion of the missing gene product. Alternatively, the therapeutic agent could be another molecule that mimics the deleterious gene's

6,033,857

**57**

function, either a peptide or a nonpeptidic molecule that seeks to counteract the deleterious effect of the inherited locus. The therapy could also be gene based, through introduction of a normal BRCA2 allele into individuals to make a protein which will counteract the effect of the deleterious allele. These gene therapies may take many forms and may be directed either toward preventing the tumor from forming, curing a cancer once it has occurred, or stopping a cancer from metastasizing.

It will be appreciated that the methods and compositions of the instant invention can be incorporated in the form of a variety of embodiments, only a few of which are disclosed herein. It will be apparent to the artisan that other embodiments exist and do not depart from the spirit of the invention. Thus, the described embodiments are illustrative and should not be construed as restrictive.

### LIST OF REFERENCES

American Cancer Society, Cancer Facts & Figures—1992. (American Cancer Society, Atlanta, Ga).

Anand, R. (1992). Techniques for the Analysis of Complex Genomes, (Academic Press).

Anderson, et al. (1980). Proc. Natl. Acad Sci. USA 77:5399–5403.

Anderson, D. E. (1972). J. Natl. Cancer Inst. 48:1029–1034.

Anderson, J. A., et al. (1 992). J. Otolaryngology 21:321.

Antonarakis, S. E., et al. (1985). New Eng. J. Med. 313:842–848.

Ausubel, F. M., et al. (1992). Current Protocols in Molecular Biology, (J. Wiley and Sons, N.Y.)

Beaucage & Carruthers (1981). Tetra. Letts. 22:1859–1862.

Berkner (1992). Curr. Top. Microbiol. Immunol. 158:39–61.

Berkner, et al. (1988). BioTechniques 6:616–629.

Bishop, D. T., et al. (1988). Genet. Epidemiol. 5:151–169.

Bishop, D. T. and Gardner, E. J. (1980). In: Banbury Report 4: Cancer Incidence in Defined Populations (J. Cairns, J. L. Lyon, M. Skolnick, eds.), Cold Spring Harbor Laboratory, Cold Spring Harbor, N.Y., 309–408.

Botstein, et al. (1980). Am. J. Hum. Genet. 32:314–331.

Brandyopadhyay and Temin (1984). Mol. Cell. Biol. 4:749–754.

Breakfield and Geller (1987). Mol. Neurobiol. 1:337–371.

Brinster, et al. (1981). Cell 27:223–231.

Buchschacher and Panganiban (1992). J. Virol. 66:2731–2739.

Buckler, et al. (1991). Proc. Natl. Acad Sci. USA 88:4005–4009.

Cannon-Albright, L., et al. (1994). Cancer Research 54:2378–2385.

Capecchi, M. R. (1989). Science 244:1288.

Cariello (1988). Human Genetics 42:726.

Church, D. M., et al., (1993). Hum. Molec. Genet. 2:1915.

Claus, E., et al. (1991). Am. J. Hum. Genet. 48:232–242.

Cleton-Jansen, A. M., et al. (1995). Br. J. Cancer 72:1241–1244.

Collins, N., et al. (1995). Oncogene 10:1673–1675.

Conner, B. J., et al. (1983). Proc. Natl. Acad. Sci. USA 80:278–282.

Constantini and Lacy (1981). Nature 294:92–94.

Cotten, et al. (1990). Proc. Natl. Acad. Sci. USA 87:4033–4037.

Cotton, et al. (1988). Proc. Natl. Acad Sci. USA 85:4397.

Culver, et al. (1992). Science 256:1550–1552.

Curiel, et al. (1991a). Proc. Natl. Acad. Sci. USA 88:8850–8854.

Curiel, et al. (1991 b). Hum. Gene Ther. 3:147–154.

Deutscher, M. (1990). Meth. Enzymology 182 (Academic Press, San Diego, Calif.).

**58**

Donehower, L. A., et al. (1992). Nature 356:215.

Enhancers and Eukaryotic Gene Expression, Cold Spring Harbor Press, Cold Spring Harbor, N.Y. (1983).

Easton et al. (1993). Am. J. Hum. Gen. 52:678–701.

Erickson, J. et al., (1990). Science 249:527–533.

Felgner, et al. (1987). Proc. Natl. Acad Sci. USA 84:7413–7417.

Fiers, et al. (1978). Nature 273:113.

Fink, et al. (1992). Hum. Gene Ther. 3:11–19.

Finkelstein, J., et al. (1990). Genomics 7:167–172.

Freese, et al. (1990). Biochem. Pharmaco. 40:2189–2199.

Friedman, T. (1991). In Therapy for Genetic Diseases, T. Friedman, ed., Oxford University Press, pp. 105–121.

Friedman, L. S., et al. (1995). Am. J. Hum. Genet. 57:1284–1297.

Futreal (1993). Ph.D. Thesis, University of North Carolina, Chapel Hill.

Futreal et al. (1994). Science 266:120–122.

Glover, D. (1985). DNA Cloning, I and II (Oxford Press).

Go, R. C. P., et al. (1983). J. Natl. Cancer Inst. 71:455–461.

Goding (1986). Monoclonal Antibodies: Principles and Practice, 2d ed. (Academic Press, N.Y.).

Godowski, et al. (1988). Science 241:812–816.

Gordon, et al. (1980). Proc. Natl. Acad. Sci. USA 77:7380–7384.

Gorziglia and Kapikian (1992). J. Virol. 66:4407–4412.

Graham and van der Eb (1973). Virology 52:456–467.

Grompe, M., (1993). Nature Genetics 5:111–117.

Grompe, M., et al., (1989). Proc. Natl. Acad. Sci. USA 86:5855–5892.

Guthrie, G. & Fink, G. R. (1991). Guide to Yeast Genetics and Molecular Biology (Academic Press).

Hall, J. M., et al. (1990). Science 250:1684–1689.

Harlow & Lane (1988). Antibodies: A Laboratory Manual (Cold Spring Harbor Laboratory, Cold Spring Harbor, N.Y.

Hasty, P., K., et al. (1991). Nature 350:243.

Helseth, et al. (1990). J. Virol. 64:2416–2420.

Hodgson, J. (1991). Bio/Technology 9:19–21.

Huse, et al. (1989). Science 246:1275–1281.

Innis et al. (1990). PCR Protocols. A Guide to Methods and Applications (Academic Press, San Diego, Calif.)

Jablonski, E., et al. (1986). Nuc. Acids Res. 14:6115–6128.

Jakoby, W. B. and Pastan, I. H. (eds.) (1979). Cell Culture. Methods in Enzymology, volume 58 (Academic Press, Inc., Harcourt Brace Jovanovich (N.Y.)).

Jeffreys, et al. (1985). Nature 314:67–73.

Johnson, et al. (1 992). J. Virol. 66:2952–2965.

Kamb, A. et al. (1994a). Science 264:436–440.

Kamb, A. et al. (1994b). Nature Genetics 8:22.

Kandpal, et al. (1990). Nucl. Acids Res. 18:1789–1795.

Kaneda, et al. (1989). J. Biol. Chem. 264:12126–12129.

Kanehisa (1984). Nucl. Acids Res. 12:203–213.

Kinszler, K. W., et al. (1991). Science 251:1366–1370.

Knudson, A. G. (1993). Nature Genet. 5:103.

Kohler, G. and Milstein, C. (1975). Nature 256:495–497.

Kraemer, F. B. et al. (1993). J. Lipid Res. 34:663–672.

Kubo, T., et al. (1988). FEBS Letts. 241:119.

Landegren, et al. (1988). Science 242:229.

Langston, A. A., et al. (1996). N. Engl. J. Med. 334:137–142.

Lim, et al. (1992). Circulation 83:2007–2011.

Lindsay, S., et al. (1987). Nature 327:336–368.

Litt, et al. (1989). Am. J. Hum. Genet. 44:397–401.

Little, M. H., et al. (1993). Hum. Mol. Genet. 2:259.

Lovett, et al. (1991). Proc. Natl. Acad. Sci. USA 88:9628–9632.

Madzak, et al. (1992). J. Gen. Virol. 73:1533–1536.

6,033,857

59

Malkin, D., et al. (1990). *Science* 250:1233–1238.

Maniatis. T. et al. (1982). *Molecular Cloning. A Laboratory Manual* (Cold Spring Harbor Laboratory, Cold Spring Harbor, N.Y.).

Mann and Baltimore (1985). *J. Virol.* 54:401–407.

Margaritte, et al. (1992). *Am. J. Hum. Genet.* 50:1231–1234.

Margolskee (1992). *Curr. Top. Microbiol. Immunol.* 158:67–90.

Martin, R., et al. (1990). *Bio Techniques* 9:762–768.

Matteucci, M. D. and Caruthers, M. H. (1981). *J. Am. Chem. Soc.* 103:3185.

Matthews & Kricka (1988). *Anal. Biochem.* 169:1.

Merrifield (1963). *J. Am. Chem. Soc.* 85:2149–2156.

Mettlin, C., et al. (1990). *American Journal of Epidemiology* 131:973–983.

Metzger, et al. (1988). *Nature* 334:31–36.

Miller (1992). *Curr. Top. Microbiol. Immunol.* 158:1–24.

Miller, et al. (1985). *Mol. Cell. Biol.* 5:431–437.

Miller, et al. (1988). *J. Virol.* 62:4337–4345.

Mittlin (1989). *Clinical Chem.* 35:1819.

Modrich, P. (1991). *Ann. Rev. Genet.* 25:229–253.

Mombaerts, P., et al. (1992). *Cell* 68:869.

Moss (1992). *Curr. Top. Microbiol. Immunol.* 158:25–38.

Mullis, K., et al. (1986). *Cold Spring Harbor Symp. Quant. Biol.* 51:263–273.

Muzyczka (1992). *Curr. Top. Microbiol. Immunol.* 158:97–123.

Nabel (1992). *Hum. Gene Ther.* 3:399–410.

Nabel, et al. (1990). *Science* 249:1285–1288.

Nakamura, et al. (1987). *Science* 235:1616–1622.

Narod, S. A., et al. (1991). *The Lancet* 338:82–83.

Neuhausen, et al. (1996). *Nature Genetics* 13:(in press, May 1996 issue).

Newman, B., et al. (1988). *Proc. Natl. Acad Sci. USA* 85:3044–3048.

Newton, C. R., Graham, A., Heptinstall, L. E., Powell, S. J., Summers, C., Kalsheker, N., Smith, J. C., and Markham, A. F. (1989). *Nucl. Acids Res.* 17:2503–2516.

Nguyen, Q., et al. (1992). *BioTechniques* 13:116–123.

Novack, et al. (1986). *Proc. Natl. Acad Sci. USA* 83:586.

Offit, K., et al. (1996). *Lancet* (In press).

Ohi, et al. (1990). *Gene* 89:279–282.

Orita, et al. (1989). *Proc. Natl. Acad Sci. USA* 86:2776–2770.

Ott, J. (1985). *Analysis of Human Genetic Linkage, Johns Hopkins University Press, Baltimore, Md., pp.* 1–216.

Page, et al. (1990). *J. Virol.* 64:5370–5276.

Parimoo, S., et al. (1991). *Proc. Natl. Acad Sci. USA* 88:9623–9627.

Pellicer, et al. (1980). *Science* 209:1414–1422.

Petropoulos, et al. (1992). *J. Virol.* 66:3391–3397.

Philpott, K. L., et al. (1992). *Science* 256:1448.

Pierce, et al. (1992). *Proc. Natl Acad Sci. USA* 89:2056–2060.

Quantin, et al. (1992). *Proc. Natl. Acad Sci. USA* 89:2581–2584.

Rano & Kidd (1989). *Nucl. Acids Res.* 17:8392.

Richard, L. and Beckmann, J. S. (1995). *Nature Genetics* 10:259.

Rigby, P. W. J., et al. (1977). *J. Mol. Biol.* 113:237–251.

Rommens, J. M. et al. (1994). In *Identification of Transcribed Sequences,* (U. Hochgeschwender & K. Gardiner, Eds.), Plenum Press, New York, 65–79.

Rosenfeld, et al. (1992). *Cell* 68:143–155.

Saiki, R. K., et al. (1985). *Science* 230:1350–1354.

Sambrook, J., et al. (1989). *Molecular Cloning: A Laboratory Manual,* 2nd Ed. (Cold Spring Harbor Laboratory, Cold Spring Harbor, N.Y.).

60

Scharf (1986). *Science* 233:1076.

Schutte, M., et al. (1995). *Proc. Natl. Acad Sci.* 92:5950–5954.

Scopes, R. (1982). *Protein Purification. Principles and Practice,* (Springer-Verlag, N.Y.).

Shaulian, E., et al. (1992). *Mol. Cell Biol.* 12:5581–92.

Sheffield, V. C., et al. (1989). *Proc. Natl. Acad. Sci. USA* 86:232–236.

Sheffield, V. C., et al. (1991). *Am. J. Hum. Genet.* 49:699–706.

Shenk, et al. (1975). *Proc. Natl. Acad Sci. USA* 72:989.

Shimada, et al. (1991). *J. Clin. Invest.* 88:1043–1047.

Shinkai, Y., et al. (1992). *Cell* 68:855.

Shizuya, H., et al. (1992). *Proc. Natl. Acad Sci. USA* 89:8794–8797.

Skolnick, M. H. and Wallace, B. R. (1988). *Genomics* 2:273–279.

Skolnick, M. H., et al. (1990). *Science* 250:1715–1720.

Smith, S. A., et al. (1992). *Nature Genetics* 2:128–131.

Snouwaert, J. N., et al. (1992). *Science* 257:1083.

Sorge, et al. (1984). *Mol. Cell. Biol.* 4:1730–1737.

Srivastava, S., et al. (1993). *Cancer Res.* 53:4452–5.

Sternberg (1990). *Proc. Natl. Acad Sci. USA* 87:103–107.

Sternberg, et al. (1990). *The New Biologist* 2:151–162.

Stewart, et al. (1992). *Hum. Gene Ther.* 3:267–275.

Stone, S., et al. (1995). *Cancer Research* 55:2988–2994.

Stratford-Perricaudet, et al. (1990). *Hum. Gene Ther.* 1:241–256.

Swift, M., et al. (1991). *N. Engl. J. Med.* 325:1831–1836.

Swift, M., et al. (1976). *Cancer Res.* 36:209–215.

Su, L. K., et al. (1993). *Cancer Res.* 53:2728–31.

Tavtigian, S. V., et al. (1996). *Nature Genetics* 12:1–6.

Thomas, A. and Skolnick, M. H. (1994). *IMA Journal of Mathematics Applied in Medicine and Biology* (in press).

Tonolio, D., et al. (1990). Cold Spring Harbor Conference.

Valancius, V. & Smithies, O. (1991). *Mol. Cell Biol.* 11:1402.

Wagner, et al. (1990). *Proc. Natl. Acad. Sci. USA* 87:3410–3414.

Wagner, et al. (1991). *Proc. Natl. Acad. Sci. USA* 88:4255–4259.

Wang and Huang (1989). *Biochemistry* 28:9508–9514.

Wartell, R. M., et al. (1990). *Nucl. Acids Res.* 18:2699–2705.

Weber, J. L. (1990). *Genomics* 7:524–530.

Weber and May (1989). *Am. J. Hum. Genet.* 44:388–396.

Weber, J. L., et al. (1990). *Nucleic Acid Res.* 18:4640.

Wells, J. A. (1991). *Methods in Enzymol.* 202:390–411.

Wetmur &Davidson (1968). *J. Mol. Biol.* 31:349–370.

White, M. B., et al., (1992). *Genomics* 12:301–306.

White and Lalouel (1988). *Ann. Rev. Genet.* 22:259–279.

Wilkinson, et al. (1992). *Nucleic Acids Res.* 20:2233–2239.

Williams and Anderson (1984). *Genet. Epidemiol.* 1:7–20.

Wolff, et al. (1990). *Science* 247:1465–1468.

Wolff, et al. (1991). *BioTechniques* 11:474–485.

Wooster, R., et al. (1994). *Science* 265:2088.

Wu, et al. (1989a). *Genomics* 4:560–569.

Wu, et al. (1989b). *J. Biol. Chem.* 264:16985–16987.

Wu, et al. (1991). *J. Biol. Chem.* 266:14338–14342.

Zenke, et al. (1990). *Proc. Natl. Acad Sci. USA* 87:3655–3659.

List of Patents and Patent Applications:

U.S. Pat. No. 3,817,837

U.S. Pat. No. 3,850,752

U.S. Pat. No. 3,939,350

U.S. Pat. No. 3,996,345

U.S. Pat. No. 4,275,149

U.S. Pat. No. 4,277,437

6,033,857

**61**

U.S. Pat. No. 4,366,241
U.S. Pat. No. 4,376,110
U.S. Pat. No. 4,486,530
U.S. Pat. No. 4,683,195
U.S. Pat. No. 4,683,202
U.S. Pat. No. 4,816,567
U.S. Pat. No. 4,868,105

**62**

U.S. Pat. No. 5,252,479
EPO Publication No. 225,807
European Patent Application Publication No. 0332435
5  Geysen, H., PCT published application WO 84/03564, published Sep. 13, 1984
Hitzeman el al., EP 73,675A
PCT published application WO 93/07282

---

SEQUENCE LISTING

(1) GENERAL INFORMATION:

    (iii) NUMBER OF SEQUENCES: 124

(2) INFORMATION FOR SEQ ID NO:1:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 11385 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: cDNA

    (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
        (A) ORGANISM: Homo sapiens

    (ix) FEATURE:
        (A) NAME/KEY: CDS
        (B) LOCATION: 229..10482

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:1:

```
GGTGGCGCGA GCTTCTGAAA CTAGGCGGCA GAGGCGGAGC CGCTGTGGCA CTGCTGCGCC     60

TCTGCTGCGC CTCGGGTGTC TTTTGCGGCG GTGGGTCGCC GCCGGGAGAA GCGTGAGGGG    120

ACAGATTTGT GACCGGCGCG GTTTTTGTCA GCTTACTCCG GCCAAAAAAG AACTGCACCT    180

CTGGAGCGGA CTTATTTACC AAGCATTGGA GGAATATCGT AGGTAAAA ATG CCT ATT     237
                                                    Met Pro Ile
                                                     1

GGA TCC AAA GAG AGG CCA ACA TTT TTT GAA ATT TTT AAG ACA CGC TGC     285
Gly Ser Lys Glu Arg Pro Thr Phe Phe Glu Ile Phe Lys Thr Arg Cys
 5                  10                  15

AAC AAA GCA GAT TTA GGA CCA ATA AGT CTT AAT TGG TTT GAA GAA CTT     333
Asn Lys Ala Asp Leu Gly Pro Ile Ser Leu Asn Trp Phe Glu Glu Leu
 20                  25                  30                  35

TCT TCA GAA GCT CCA CCC TAT AAT TCT GAA CCT GCA GAA GAA TCT GAA     381
Ser Ser Glu Ala Pro Pro Tyr Asn Ser Glu Pro Ala Glu Glu Ser Glu
                 40                  45                  50

CAT AAA AAC AAC AAT TAC GAA CCA AAC CTA TTT AAA ACT CCA CAA AGG     429
His Lys Asn Asn Asn Tyr Glu Pro Asn Leu Phe Lys Thr Pro Gln Arg
             55                  60                  65

AAA CCA TCT TAT AAT CAG CTG GCT TCA ACT CCA ATA ATA TTC AAA GAG     477
Lys Pro Ser Tyr Asn Gln Leu Ala Ser Thr Pro Ile Ile Phe Lys Glu
         70                  75                  80

CAA GGG CTG ACT CTG CCG CTG TAC CAA TCT CCT GTA AAA GAA TTA GAT     525
Gln Gly Leu Thr Leu Pro Leu Tyr Gln Ser Pro Val Lys Glu Leu Asp
     85                  90                  95

AAA TTC AAA TTA GAC TTA GGA AGG AAT GTT CCC AAT AGT AGA CAT AAA     573
Lys Phe Lys Leu Asp Leu Gly Arg Asn Val Pro Asn Ser Arg His Lys
100                 105                 110                 115
```

6,033,857

-continued

```
AGT CTT CGC ACA GTG AAA ACT AAA ATG GAT CAA GCA GAT GAT GTT TCC        621
Ser Leu Arg Thr Val Lys Thr Lys Met Asp Gln Ala Asp Asp Val Ser
            120                 125                 130

TGT CCA CTT CTA AAT TCT TGT CTT GAT GAA AGT CCT GTT GTT CTA CAA        669
Cys Pro Leu Leu Asn Ser Cys Leu Asp Glu Ser Pro Val Val Leu Gln
                135                 140                 145

TGT ACA CAT GTA ACA GTC ACA CAA AGA GAT AAG TCA GTA TGT GGG AGT        717
Cys Thr His Val Thr Pro Gln Arg Asp Lys Ser Val Cys Gly Ser
        150                 155                 160

TTG TTT CAT ACA CCA AAG TTT GTG AAG GGT CGT CAG ACA CCA AAA CAT        765
Leu Phe His Thr Pro Lys Phe Val Lys Gly Arg Gln Thr Pro Lys His
            165                 170                 175

ATT TCT GAA AGT CTA GGA GCT GAG GTG GAT CCT GAT ATG TCT TGG TCA        813
Ile Ser Glu Ser Leu Gly Ala Glu Val Asp Pro Asp Met Ser Trp Ser
        180                 185                 190

AGT TCT TTA GCT ACA CCA CCC ACC CTT AGT TCT TCT ACT GTC GTC ATA GTG    861
Ser Ser Leu Ala Thr Pro Pro Thr Leu Ser Ser Thr Val Leu Ile Val
                200                 205                 210

AGA AAT GAA GAA GCA TCT GAA ACT GTA TTT CCT CAT GAT ACT ACT GCT        909
Arg Asn Glu Glu Ala Ser Glu Thr Val Phe Pro His Asp Thr Thr Ala
            215                 220                 225

AAT GTG AAA AGC TAT TTT TCC AAT CAT GAT GAA AGT CTG AAG AAA AAT        957
Asn Val Lys Ser Tyr Phe Ser Asn His Asp Glu Ser Leu Lys Lys Asn
            230                 235                 240

GAT AGA TTT ATC GCT TCT GTG ACA GAC AGT GAA AAC ACA AAT CAA AGA        1005
Asp Arg Phe Ile Ala Ser Val Thr Asp Ser Glu Asn Thr Asn Gln Arg
        245                 250                 255

GAA GCT GCA AGT CAT GGA TTT GGA AAA ACA TCA GGG AAT TCA TTT AAA        1053
Glu Ala Ala Ser His Gly Phe Gly Lys Thr Ser Gly Asn Ser Phe Lys
        260                 265                 270                 275

GTA AAT AGC TGC AAA GAC CAC ATT GGA AAG TCA ATG CCA AAT GTC CTA        1101
Val Asn Ser Cys Lys Asp His Ile Gly Lys Ser Met Pro Asn Val Leu
                280                 285                 290

GAA GAT GAA GTA TAT GAA ACA GTT GTA GAT ACC TCT GAA GAA GAT AGT        1149
Glu Asp Glu Val Tyr Glu Thr Val Val Asp Thr Ser Glu Glu Asp Ser
            295                 300                 305

TTT TCA TTA TGT TTT TCT AAA TGT AGA ACA AAA AAT CTA CAA AAA GTA        1197
Phe Ser Leu Cys Phe Ser Lys Cys Arg Thr Lys Asn Leu Gln Lys Val
        310                 315                 320

AGA ACT AGC AAG ACT AGG AAA AAA ATT TTC CAT GAA GCA AAC GCT GAT        1245
Arg Thr Ser Lys Thr Arg Lys Lys Ile Phe His Glu Ala Asn Ala Asp
        325                 330                 335

GAA TGT GAA AAA TCT AAA AAC CAA GTG AAA AAA TAC TCA TTT GTA        1293
Glu Cys Glu Lys Ser Lys Asn Gln Val Lys Lys Tyr Ser Phe Val
        340                 345                 350                 355

TCT GAA GTG GAA CCA AAT GAT ACT GAT CCA TTA GAT TCA AAT GTA GCA        1341
Ser Glu Val Glu Pro Asn Asp Thr Asp Pro Leu Asp Ser Asn Val Ala
                360                 365                 370

CAT CAG AAG CCC TTT GAG AGT GGA AGT GAC AAA ATC TCC AAG GAA GTT        1389
His Gln Lys Pro Phe Glu Ser Gly Ser Asp Lys Ile Ser Lys Glu Val
        375                 380                 385

GTA CCG TCT TTG GCC TGT GAA TGG TCT CAA CTA GCT CTT TCA GGT CTA        1437
Val Pro Ser Leu Ala Cys Glu Trp Ser Gln Leu Thr Leu Ser Gly Leu
        390                 395                 400

AAT GGA GCC CAG ATG GAG AAA ATA CCC CTA TTG CAT ATT TCT TCA TGT        1485
Asn Gly Ala Gln Met Glu Lys Ile Pro Leu Leu His Ile Ser Ser Cys
        405                 410                 415

GAC CAA AAT ATT TCA GAA AAA GAC CTA TTA GAC ACA GAG AAC AAA AGA        1533
Asp Gln Asn Ile Ser Glu Lys Asp Leu Leu Asp Thr Glu Asn Lys Arg
420                 425                 430                 435
```

6,033,857

**65** **66**

-continued

```
AAG AAA GAT TTT CTT ACT TCA GAG AAT TCT TTG CCA CGT ATT TCT AGC    1581
Lys Lys Asp Phe Leu Thr Ser Glu Asn Ser Leu Pro Arg Ile Ser Ser
            440                 445                 450

CTA CCA AAA TCA GAG AAG CCA TTA AAT GAG GAA ACA GTG GTA AAT AAG    1629
Leu Pro Lys Ser Glu Lys Pro Leu Asn Glu Glu Thr Val Val Asn Lys
            455                 460                 465

AGA GAT GAA GAG CAG CAT CTT GAA TCT CAT ACA GAC TGC ATT CTT GCA    1677
Arg Asp Glu Glu Gln His Leu Glu Ser His Thr Asp Cys Ile Leu Ala
            470                 475                 480

GTA AAG CAG GCA ATA TCT GGA ACT TCT CCA GTG GCT TCT TCA TTT CAG    1725
Val Lys Gln Ala Ile Ser Gly Thr Ser Pro Val Ala Ser Ser Phe Gln
            485                 490                 495

GGT ATC AAA AAG TCT ATA TTC AGA ATA AGA GAA TCA CCT AAA GAG ACT    1773
Gly Ile Lys Lys Ser Ile Phe Arg Ile Arg Glu Ser Pro Lys Glu Thr
            500                 505                 510                 515

TTC AAT GCA AGT TTT TCA GGT CAT ATG ACT GAT CCA AAC TTT AAA AAA    1821
Phe Asn Ala Ser Phe Ser Gly His Met Thr Asp Pro Asn Phe Lys Lys
            520                 525                 530

GAA ACT GAA GCC TCT GAA AGT GGA CTG GAA ATA CAT ACT GTT TGC TCA    1869
Glu Thr Glu Ala Ser Glu Ser Gly Leu Glu Ile His Thr Val Cys Ser
            535                 540                 545

CAG AAG GAG GAC TCC TTA TGT CCA AAT TTA ATT GAT AAT GGA AGC TGG    1917
Gln Lys Glu Asp Ser Leu Cys Pro Asn Leu Ile Asp Asn Gly Ser Trp
            550                 555                 560

CCA GCC ACC ACC ACA CAG AAT TCT GTA GCT TTG AAG AAT GCA GGT TTA    1965
Pro Ala Thr Thr Thr Gln Asn Ser Val Ala Leu Lys Asn Ala Gly Leu
            565                 570                 575

ATA TCC ACT TTG AAA AAG ACA AAT AAG TTT ATT TAT GCT ATA CAT        2013
Ile Ser Thr Leu Lys Lys Thr Asn Lys Phe Ile Tyr Ala Ile His
580                 585                 590                 595

GAT GAA ACA TCT TAT AAA GGA AAA AAA ATA CCG AAA GAC CAA AAA TCA    2061
Asp Glu Thr Ser Tyr Lys Gly Lys Lys Ile Pro Lys Asp Gln Lys Ser
            600                 605                 610

GAA CTA ATT AAC TGT TCA GCC CAG TTT GGA GCA AAT GCT TTT GAA GCA    2109
Glu Leu Ile Asn Cys Ser Ala Gln Phe Gly Ala Asn Ala Phe Glu Ala
            615                 620                 625

CCA CTT ACA TTT GCA AAT GCT GAT TCA GGT TTA TTG CAT TCT TCT GTG    2157
Pro Leu Thr Phe Ala Asn Ala Asp Ser Gly Leu Leu His Ser Ser Val
            630                 635                 640

AAA AGA AGC TGT TCA CAG AAT GAT TCT GAA GAA CCA ACT TTG TCC TTA    2205
Lys Arg Ser Cys Ser Gln Asn Asp Ser Glu Glu Pro Thr Leu Ser Leu
            645                 650                 655

ACT AGC TCT TTT GGG ACA ATT CTG AGG AAA TGT TCT AGA AAT GAA ACA    2253
Thr Ser Ser Phe Gly Thr Ile Leu Arg Lys Cys Ser Arg Asn Glu Thr
            660                 665                 670                 675

TGT TCT AAT AAT ACA GTA ATC TCT CAG GAT CTT GAT TAT AAA GAA GCA    2301
Cys Ser Asn Asn Thr Val Ile Ser Gln Asp Leu Asp Tyr Lys Glu Ala
            680                 685                 690

AAA TGT AAT AAG GAA AAA CTA CAG TTA TTT ATT ACC CCA GAA GCT GAT    2349
Lys Cys Asn Lys Glu Lys Leu Gln Leu Phe Ile Thr Pro Glu Ala Asp
            695                 700                 705

TCT CTG TCA TGC CTG CAG GAA GGA CAG TGT GAA AAT GAT CCA AAA AGC    2397
Ser Leu Ser Cys Leu Gln Glu Gly Gln Cys Glu Asn Asp Pro Lys Ser
            710                 715                 720

AAA AAA GTT TCA GAT ATA AAA GAG GAG GTC TTG GCT GCA GCA TGT CAC    2445
Lys Lys Val Ser Asp Ile Lys Glu Glu Val Leu Ala Ala Ala Cys His
            725                 730                 735

CCA GTA CAA CAT TCA AAA GTG GAA TAC AGT GAT ACT GAC TTT CAA TCC    2493
Pro Val Gln His Ser Lys Val Glu Tyr Ser Asp Thr Asp Phe Gln Ser
```

**A000490**

6,033,857

**67**

**68**

-continued

```
740             745             750             755
CAG AAA AGT CTT TTA TAT GAT CAT GAA AAT GCC AGC ACT CTT ATT TTA    2541
Gln Lys Ser Leu Leu Tyr Asp His Glu Asn Ala Ser Thr Leu Ile Leu
                760                 765                 770

ACT CCT ACT TCC AAG GAT GTT CTG TCA AAC CTA GTC ATG ATT TCT AGA    2589
Thr Pro Thr Ser Lys Asp Val Leu Ser Asn Leu Val Met Ile Ser Arg
            775                 780                 785

GGC AAA GAA TCA TAC AAA ATG TCA GAC AAG CTC AAA GGT AAC AAT TAT    2637
Gly Lys Glu Ser Tyr Lys Met Ser Asp Lys Leu Lys Gly Asn Asn Tyr
        790                 795                 800

GAA TCT GAT GTT GAA TTA ACC AAA AAT AAT CCC ATG GAA AAG AAT CAA    2685
Glu Ser Asp Val Glu Leu Thr Lys Asn Asn Pro Met Glu Lys Asn Gln
            805                 810                 815

GAT GTA TGT GCT TTA AAT GAA AAT TAT AAA AAC GTT GAG CTG TTG CCA    2733
Asp Val Cys Ala Leu Asn Glu Asn Tyr Lys Asn Val Glu Leu Leu Pro
        820                 825                 830                 835

CCT GAA AAA TAC ATG AGA GTA GCA TCA CCT TCA AGA AAG GTA CAA TTC    2781
Pro Glu Lys Tyr Met Arg Val Ala Ser Pro Ser Arg Lys Val Gln Phe
                840                 845                 850

AAC CAA AAC ACA AAT CTA AGA GTA ATC CAA AAA AAT CAA GAA GAA ACT    2829
Asn Gln Asn Thr Asn Leu Arg Val Ile Gln Lys Asn Gln Glu Glu Thr
            855                 860                 865

ACT TCA ATT TCA AAA ATA ACT GTC AAT CCA GAC TCT GAA GAA CTT TTC    2877
Thr Ser Ile Ser Lys Ile Thr Val Asn Pro Asp Ser Glu Glu Leu Phe
        870                 875                 880

TCA GAC AAT GAG AAT AAT TTT GTC TTC CAA GTA GCT AAT GAA AGG AAT    2925
Ser Asp Asn Glu Asn Asn Phe Val Phe Gln Val Ala Asn Glu Arg Asn
        885                 890                 895

AAT CTT GCT TTA GGA AAT ACT AAG GAA CTT CAT GAA ACA GAC TTG ACT    2973
Asn Leu Ala Leu Gly Asn Thr Lys Glu Leu His Glu Thr Asp Leu Thr
    900                 905                 910                 915

TGT GTA AAC GAA CCC ATT TTC AAG AAC TCT ACC ATG GTT TTA TAT GGA    3021
Cys Val Asn Glu Pro Ile Phe Lys Asn Ser Thr Met Val Leu Tyr Gly
                920                 925                 930

GAC ACA GGT GAT AAA CAA GCA ACC CAA GTG TCA ATT AAA AAA GAT TTG    3069
Asp Thr Gly Asp Lys Gln Ala Thr Gln Val Ser Ile Lys Lys Asp Leu
            935                 940                 945

GTT TAT GTT CTT GCA GAG GAG AAC AAA AAT AGT GTA AAG CAG CAT ATA    3117
Val Tyr Val Leu Ala Glu Glu Asn Lys Asn Ser Val Lys Gln His Ile
        950                 955                 960

AAA ATG ACT CTA GGT CAA GAT TTA AAA TCG GAC ATC TCC TTG AAT ATA    3165
Lys Met Thr Leu Gly Gln Asp Leu Lys Ser Asp Ile Ser Leu Asn Ile
        965                 970                 975

GAT AAA ATA CCA GAA AAT AAT GAT TAC ATG AAC AAT TGG GCA GGA    3213
Asp Lys Ile Pro Glu Lys Asn Asn Asp Tyr Met Asn Asn Trp Ala Gly
    980                 985                 990                 995

CTC TTA GGT CCA ATT TCA AAT CAC AGT TTT GGA GGT AGC TTC AGA ACA    3261
Leu Leu Gly Pro Ile Ser Asn His Ser Phe Gly Gly Ser Phe Arg Thr
                1000                1005                1010

GCT TCA AAT AAG GAA ATC AAG CTC TCT GAA CAT AAC ATT AAG AAG AGC    3309
Ala Ser Asn Lys Glu Ile Lys Leu Ser Glu His Asn Ile Lys Lys Ser
            1015                1020                1025

AAA ATG TTC TTC AAA GAT ATT GAA GAA CAA TAT CCT ACT AGT TTA GCT    3357
Lys Met Phe Phe Lys Asp Ile Glu Glu Gln Tyr Pro Thr Ser Leu Ala
        1030                1035                1040

TGT GTT GAA ATT GTA AAT ACC TTG GCA TTA GAT AAT CAA AAG AAA CTG    3405
Cys Val Glu Ile Val Asn Thr Leu Ala Leu Asp Asn Gln Lys Lys Leu
    1045                1050                1055

AGC AAG CCT CAG TCA ATT AAT ACT GTA TCT GCA CAT TTA CAG AGT AGT    3453
```

**A000491**

6,033,857

**69**                                                                      **70**

-continued

```
Ser Lys Pro Gln Ser Ile Asn Thr Val Ser Ala His Leu Gln Ser Ser
1060                1065                1070                1075

GTA GTT GTT TCT GAT TGT AAA AAT AGT CAT ATA ACC CCT CAG ATG TTA    3501
Val Val Val Ser Asp Cys Lys Asn Ser His Ile Thr Pro Gln Met Leu
                1080                1085                1090

TTT TCC AAG CAG GAT TTT AAT TCA AAC CAT AAT TTA ACA CCT AGC CAA    3549
Phe Ser Lys Gln Asp Phe Asn Ser Asn His Asn Leu Thr Pro Ser Gln
                1095                1100                1105

AAG GCA GAA ATT ACA GAA CTT TCT ACT ATA TTA GAA GAA TCA GGA AGT    3597
Lys Ala Glu Ile Thr Glu Leu Ser Thr Ile Leu Glu Glu Ser Gly Ser
                1110                1115                1120

CAG TTT GAA TTT ACT CAG TTT AGA AAA CCA AGC TAC ATA TTG CAG AAG    3645
Gln Phe Glu Phe Thr Gln Phe Arg Lys Pro Ser Tyr Ile Leu Gln Lys
                1125                1130                1135

AGT ACA TTT GAA GTG CCT GAA AAC CAG ATG ACT ATC TTA AAG ACC ACT    3693
Ser Thr Phe Glu Val Pro Glu Asn Gln Met Thr Ile Leu Lys Thr Thr
1140                1145                1150                1155

TCT GAG GAA TGC AGA GAT GCT GAT CTT CAT GTC ATA ATG AAT GCC CCA    3741
Ser Glu Glu Cys Arg Asp Ala Asp Leu His Val Ile Met Asn Ala Pro
                1160                1165                1170

TCG ATT GGT CAG GTA GAC AGC AGC AAG CAA TTT GAA GGT ACA GTT GAA    3789
Ser Ile Gly Gln Val Asp Ser Ser Lys Gln Phe Glu Gly Thr Val Glu
                1175                1180                1185

ATT AAA CGG AAG TTT GCT GGC CTG TTG AAA AAT GAC TGT AAC AAA AGT    3837
Ile Lys Arg Lys Phe Ala Gly Leu Leu Lys Asn Asp Cys Asn Lys Ser
                1190                1195                1200

GCT TCT GGT TAT TTA ACA GAT GAA AAT GAA GTG GGG TTT AGG GGC TTT    3885
Ala Ser Gly Tyr Leu Thr Asp Glu Asn Glu Val Gly Phe Arg Gly Phe
                1205                1210                1215

TAT TCT GCT CAT GGC ACA AAA CTG AAT GTT TCT ACT GAA GCA CTG CAA    3933
Tyr Ser Ala His Gly Thr Lys Leu Asn Val Ser Thr Glu Ala Leu Gln
1220                1225                1230                1235

AAA GCT GTG AAA CTG TTT AGT GAT ATT GAG AAT ATT AGT GAG GAA ACT    3981
Lys Ala Val Lys Leu Phe Ser Asp Ile Glu Asn Ile Ser Glu Glu Thr
                1240                1245                1250

TCT GCA GAG GTA CAT CCA ATA AGT TTA TCT TCA AGT AAA TGT CAT GAT    4029
Ser Ala Glu Val His Pro Ile Ser Leu Ser Ser Ser Lys Cys His Asp
                1255                1260                1265

TCT GTT GTT TCA ATG TTT AAG ATA GAA AAT CAT AAT AAA ACT GTA       4077
Ser Val Val Ser Met Phe Lys Ile Glu Asn His Asn Asp Lys Thr Val
                1270                1275                1280

AGT GAA AAA AAT AAT AAA TGC CAA CTG ATA TTA CAA AAT AAT ATT GAA    4125
Ser Glu Lys Asn Asn Lys Cys Gln Leu Ile Leu Gln Asn Asn Ile Glu
                1285                1290                1295

ATG ACT ACT GGC ACT TTT GTT GAA GAA ATT ACT GAA AAT TAC AAG AGA    4173
Met Thr Thr Gly Thr Phe Val Glu Glu Ile Thr Glu Asn Tyr Lys Arg
1300                1305                1310                1315

AAT ACT GAA AAT GAA GAT AAC AAA TAT ACT GCT GCC AGT AGA AAT TCT    4221
Asn Thr Glu Asn Glu Asp Asn Lys Tyr Thr Ala Ala Ser Arg Asn Ser
                1320                1325                1330

CAT AAC TTA GAA TTT GAT GGC AGT GAT TCA AGT AAA AAT GAT ACT GTT    4269
His Asn Leu Glu Phe Asp Gly Ser Asp Ser Ser Lys Asn Asp Thr Val
                1335                1340                1345

TGT ATT CAT AAA GAT GAA ACG GAC TTG CTA TTT ACT GAT CAG CAC AAC    4317
Cys Ile His Lys Asp Glu Thr Asp Leu Leu Phe Thr Asp Gln His Asn
                1350                1355                1360

ATA TGT CTT AAA TTA TCT GGC CAG TTT ATG AAG GGA GGA AAC ACT CAG    4365
Ile Cys Leu Lys Leu Ser Gly Gln Phe Met Lys Glu Gly Asn Thr Gln
1365                1370                1375
```

**A000492**

6,033,857

-continued

```
ATT AAA GAA GAT TTG TCA GAT TTA ACT TTT TTG GAA GTT GCG AAA GCT     4413
Ile Lys Glu Asp Leu Ser Asp Leu Thr Phe Leu Glu Val Ala Lys Ala
1380             1385             1390             1395

CAA GAA GCA TGT CAT GGT AAT ACT TCA AAT AAT GAA CAG TTA ACT GCT     4461
Gln Glu Ala Cys His Gly Asn Thr Ser Asn Lys Glu Gln Leu Thr Ala
            1400             1405             1410

ACT AAA ACG GAG CAA AAT ATA AAA GAT TTT GAA GGT TCT GAT ACA TTT     4509
Thr Lys Thr Glu Gln Asn Ile Lys Asp Phe Glu Gly Ser Asp Thr Phe
        1415             1420             1425

TTT CAG ACT GCA AGT GGG AAA AAT ATT AGT GTC GCC AAA GAG TCA TTT     4557
Phe Gln Thr Ala Ser Gly Lys Asn Ile Ser Val Ala Lys Glu Ser Phe
        1430             1435             1440

AAT AAA ATT GTA AAT TTC TTT GAT CAG AAA CCA GAA GAA TTG CAT AAC     4605
Asn Lys Ile Val Asn Phe Phe Asp Gln Lys Pro Glu Glu Leu His Asn
        1445             1450             1455

TTT TCC TTA AAT TCT GAA TTA CAT TCT GAC ATA GTT AAA CAC AAA ATA ATG 4653
Phe Ser Leu Asn Ser Glu Leu His Ser Asp Ile Val Lys His Lys Ile Met
1460             1465             1470             1475

GAC ATT CTA AGT TAT GAG GAA ACA GAC ATA GTT AAA CAC AAA ATA CTG     4701
Asp Ile Leu Ser Tyr Glu Glu Thr Asp Ile Val Lys His Lys Ile Leu
            1480             1485             1490

AAA GAA AGT GTC CCA GTT GGT ACT GGA AAT CAA CTA GTG ACC TTC CAG     4749
Lys Glu Ser Val Pro Val Gly Thr Gly Asn Gln Leu Val Thr Phe Gln
            1495             1500             1505

GGA CAA CCC GAA CGT GAT GAA AAG ATC AAA GAA CCT ACT CTG TTG GGT     4797
Gly Gln Pro Glu Arg Asp Glu Lys Ile Lys Glu Pro Thr Leu Leu Gly
        1510             1515             1520

TTT CAT ACA GCT AGC GGG AAA AAA GTT AAA ATT GCA AAG GAA TCT TTG     4845
Phe His Thr Ala Ser Gly Lys Lys Val Lys Ile Ala Lys Glu Ser Leu
        1525             1530             1535

GAC AAA GTG AAA AAC CTT TTT GAT GAA AAA GAG CAA GGT ACT AGT GAA     4893
Asp Lys Val Lys Asn Leu Phe Asp Glu Lys Glu Gln Gly Thr Ser Glu
1540             1545             1550             1555

ATC ACC AGT TTT AGC CAT CAA TGG GCA AAG ACC CTA AAG TAC AGA GAG     4941
Ile Thr Ser Phe Ser His Gln Trp Ala Lys Thr Leu Lys Tyr Arg Glu
        1560             1565             1570

GCC TGT AAA GAC CTT GAA TTA GCA TGT GGA ACC ATT GAG ATC ACA GCT     4989
Ala Cys Lys Asp Leu Glu Leu Ala Cys Gly Thr Ile Glu Ile Thr Ala
        1575             1580             1585

GCC CCA AAG TGT AAA GAA ATG CAG AAT TCT CTC AAT AAT GAT AAA AAC     5037
Ala Pro Lys Cys Lys Glu Met Gln Asn Ser Leu Asn Asn Asp Lys Asn
        1590             1595             1600

CTT GTT TCT ATT GAA ACT GTG GTG CCA CCT AAA CTC TTA AGT GAT AAT     5085
Leu Val Ser Ile Glu Thr Val Val Pro Pro Lys Leu Leu Ser Asp Asn
        1605             1610             1615

TTA TGT AGA CAA ACT GAA AAT CTC AAA ACA TCA AAA AGT ATC TTT TTG     5133
Leu Cys Arg Gln Thr Glu Asn Leu Lys Thr Ser Lys Ser Ile Phe Leu
1620             1625             1630             1635

AAA GTT AAA GTA CAT GAA AAT GTA GCA AAA GAA ACA GCA AAA AGT CCT     5181
Lys Val Lys Val His Glu Asn Val Glu Lys Glu Thr Ala Lys Ser Pro
            1640             1645             1650

GCA ACT TGT TAC ACA AAT CAG TCC CCT TAT TCA GTC ATT GAA AAT TCA     5229
Ala Thr Cys Tyr Thr Asn Gln Ser Pro Tyr Ser Val Ile Glu Asn Ser
        1655             1660             1665

GCC TTA GCT TTT TAC ACA AGT TGT AGT AGA AAA ACT TCT GTG AGT CAG     5277
Ala Leu Ala Phe Tyr Thr Ser Cys Ser Arg Lys Thr Ser Val Ser Gln
        1670             1675             1680

ACT TCA TTA CTT GAA GCA AAA AAA TGG CTT AGA GAA GGA ATA TTT GAT     5325
Thr Ser Leu Leu Glu Ala Lys Lys Trp Leu Arg Glu Gly Ile Phe Asp
        1685             1690             1695
```

6,033,857

-continued

```
GGT CAA CCA GAA AGA ATA AAT ACT GCA GAT TAT GTA GGA AAT TAT TTG      5373
Gly Gln Pro Glu Arg Ile Asn Thr Ala Asp Tyr Val Gly Asn Tyr Leu
1700                1705                1710                1715

TAT GAA AAT AAT TCA AAC AGT ACT ATA GCT GAA AAT GAC AAA AAT CAT      5421
Tyr Glu Asn Asn Ser Asn Ser Thr Ile Ala Glu Asn Asp Lys Asn His
                    1720                1725                1730

CTC TCC GAA AAA CAA GAT ACT TAT TTA AGT AAC AGT AGC ATG TCT AAC      5469
Leu Ser Glu Lys Gln Asp Thr Tyr Leu Ser Asn Ser Ser Met Ser Asn
                1735                1740                1745

AGC TAT TCC TAC CAT TCT GAT GAG GTA TAT AAT GAT TCA GGA TAT CTC      5517
Ser Tyr Ser Tyr His Ser Asp Glu Val Tyr Asn Asp Ser Gly Tyr Leu
            1750                1755                1760

TCA AAA AAT AAA CTT GAT TCT GGT ATT GAG CCA GTA TTG AAG AAT GTT      5565
Ser Lys Asn Lys Leu Asp Ser Gly Ile Glu Pro Val Leu Lys Asn Val
            1765                1770                1775

GAA GAT CAA AAA AAC ACT AGT TTT TCC AAA GTA ATA TCC AAT GTA AAA      5613
Glu Asp Gln Lys Asn Thr Ser Phe Ser Lys Val Ile Ser Asn Val Lys
1780                1785                1790                1795

GAT GCA AAT GCA TAC CCA CAA ACT GTA AAT GAA GAT ATT TGC GTT GAG      5661
Asp Ala Asn Ala Tyr Pro Gln Thr Val Asn Glu Asp Ile Cys Val Glu
                    1800                1805                1810

GAA CTT GTG ACT AGC TCT TCA CCC TGC AAA AAT AAA AAT GCA GCC ATT      5709
Glu Leu Val Thr Ser Ser Ser Pro Cys Lys Asn Lys Asn Ala Ala Ile
                1815                1820                1825

AAA TTG TCC ATA TCT AAT AGT AAT AAT TTT GAG GTA GGG CCA CCT GCA      5757
Lys Leu Ser Ile Ser Asn Ser Asn Asn Phe Glu Val Gly Pro Pro Ala
            1830                1835                1840

TTT AGG ATA GCC AGT GGT AAA ATC GTT TGT GTT TCA CAT CAA ACA ATT      5805
Phe Arg Ile Ala Ser Gly Lys Ile Val Cys Val Ser His Glu Thr Ile
            1845                1850                1855

AAA AAA GTG AAA GAC ATA TTT ACA GAC AGT TTC AGT AAA GTA ATT AAG      5853
Lys Lys Val Lys Asp Ile Phe Thr Asp Ser Phe Ser Lys Val Ile Lys
1860                1865                1870                1875

GAA AAC AAC GAG AAT AAA TCA AAA ATT TGC CAA ACG AAA ATT ATG GCA      5901
Glu Asn Asn Glu Asn Lys Ser Lys Ile Cys Gln Thr Lys Ile Met Ala
                1880                1885                1890

GGT TGT TAC GAG GCA TTG GAT GAT TCA GAG GAT ATT CTT CAT AAC TCT      5949
Gly Cys Tyr Glu Ala Leu Asp Asp Ser Glu Asp Ile Leu His Asn Ser
                1895                1900                1905

CTA GAT AAT GAT GAA TGT AGC ACG CAT TCA CAT AAG GTT TTT GCT GAC      5997
Leu Asp Asn Asp Glu Cys Ser Thr His Ser His Lys Val Phe Ala Asp
            1910                1915                1920

ATT CAG AGT GAA GAA ATT TTA CAA CAT AAC CAA AAT ATG TCT GGA TTG      6045
Ile Gln Ser Glu Glu Ile Leu Gln His Asn Gln Asn Met Ser Gly Leu
            1925                1930                1935

GAG AAA GTT TCT AAA ATA TCA CCT TGT GAT GTT AGT TTG GAA ACT TCA      6093
Glu Lys Val Ser Lys Ile Ser Pro Cys Asp Val Ser Leu Glu Thr Ser
1940                1945                1950                1955

GAT ATA TGT AAA TGT AGT ATA GGG AAG CTT CAT AAG TCA GTC TCA TCT      6141
Asp Ile Cys Lys Cys Ser Ile Gly Lys Leu His Lys Ser Val Ser Ser
                1960                1965                1970

GCA AAT ACT TGT GGG ATT TTT AGC ACA GCA AGT GGA AAA TCT GTC CAG      6189
Ala Asn Thr Cys Gly Ile Phe Ser Thr Ala Ser Gly Lys Ser Val Gln
            1975                1980                1985

GTA TCA GAT GCT TCA TTA CAA AAC GCA AGA CAA GTG TTT TCT GAA ATA      6237
Val Ser Asp Ala Ser Leu Gln Asn Ala Arg Gln Val Phe Ser Glu Ile
            1990                1995                2000

GAA GAT AGT ACC AAG CAA GTC TTT TCC AAA GTA TTG TTT AAA AGT AAC      6285
Glu Asp Ser Thr Lys Gln Val Phe Ser Lys Val Leu Phe Lys Ser Asn
```

**A000494**

6,033,857

-continued

```
           2005             2010             2015

GAA CAT TCA GAC CAG CTC ACA AGA GAA GAA AAT ACT GCT ATA CGT ACT    6333
Glu His Ser Asp Gln Leu Thr Arg Glu Glu Asn Thr Ala Ile Arg Thr
2020             2025             2030             2035

CCA GAA CAT TTA ATA TCC CAA AAA GGC TTT TCA TAT AAT GTG GTA AAT    6381
Pro Glu His Leu Ile Ser Gln Lys Gly Phe Ser Tyr Asn Val Val Asn
                 2040             2045             2050

TCA TCT GCT TTC TCT GGA TTT AGT ACA GCA AGT GGA AAG CAA GTT TCC    6429
Ser Ser Ala Phe Ser Gly Phe Ser Thr Ala Ser Gly Lys Gln Val Ser
                 2055             2060             2065

ATT TTA GAA AGT TCC TTA CAC AAA GTT AAG GGA GTG TTA GAG GAA TTT    6477
Ile Leu Glu Ser Ser Leu His Lys Val Lys Gly Val Leu Glu Glu Phe
                 2070             2075             2080

GAT TTA ATC AGA ACT GAG CAT AGT CTT CAC TAT TCA CCT ACG TCT AGA    6525
Asp Leu Ile Arg Thr Glu His Ser Leu His Tyr Ser Pro Thr Ser Arg
                 2085             2090             2095

CAA AAT GTA TCA AAA ATA CTT CCT CGT GTT GAT AAG AAG CGT AAC CCA GAG    6573
Gln Asn Val Ser Lys Ile Leu Pro Arg Val Asp Lys Arg Asn Pro Glu
2100             2105             2110             2115

CAC TGT GTA AAC TCA GAA ATG GAA AAC TGC AGT AAA GAA TTT AAA    6621
His Cys Val Asn Ser Glu Met Glu Asn Cys Ser Lys Glu Phe Lys
                 2120             2125             2130

TTA TCA AAT AAC TTA AAT GTT GGA GGT GGT TCT TCA GAA AAT AAT CAC    6669
Leu Ser Asn Asn Leu Asn Val Glu Gly Gly Ser Ser Glu Asn Asn His
                 2135             2140             2145

TCT ATT AAA GTT TCT CCA TAT CTC TCT CAA TTT CAA GAC GAC AAA CAA    6717
Ser Ile Lys Val Ser Pro Tyr Leu Ser Gln Phe Gln Gln Asp Lys Gln
                 2150             2155             2160

CAG TTG GTA TTA GGA ACC AAA GTC TCA CTT GTT GAG AAC ATT CAT GTT    6765
Gln Leu Val Leu Gly Thr Lys Val Ser Leu Val Glu Asn Ile His Val
                 2165             2170             2175

TTG GGA AAA GAA CAG GCT TCA CCT AAA AAC GTA AAA ATG GAA ATT GGT    6813
Leu Gly Lys Glu Gln Ala Ser Pro Lys Asn Val Lys Met Glu Ile Gly
2180             2185             2190             2195

AAA ACT GAA ACT TTT TCT GAT GTT CCT GTG AAA ACA AAT ATA GAA GTT    6861
Lys Thr Glu Thr Phe Ser Asp Val Pro Val Lys Thr Asn Ile Glu Val
                 2200             2205             2210

TGT TCT ACT TAC TCC AAA GAT TCA GAA AAC TAC TTT GAA ACA GAA GCA    6909
Cys Ser Thr Tyr Ser Lys Asp Ser Glu Asn Tyr Phe Glu Thr Glu Ala
                 2215             2220             2225

GTA GAA ATT GCT AAA GCT TTT ATG GAA GAT GAT GAA CTG ACA GAT TCT    6957
Val Glu Ile Ala Lys Ala Phe Met Glu Asp Asp Glu Leu Thr Asp Ser
                 2230             2235             2240

AAA CTG CCA AGT CAT GCC ACA CAT TCT CTT TTT ACA TGT CCC GAA AAT    7005
Lys Leu Pro Ser His Ala Thr His Ser Leu Phe Thr Cys Pro Glu Asn
                 2245             2250             2255

GAG GAA ATG GTT TTG TCA AAT TCA AGA ATT GGA AAA AGA AGA GGA GAG    7053
Glu Glu Met Val Leu Ser Asn Ser Arg Ile Gly Lys Arg Arg Gly Glu
2260             2265             2270             2275

CCC CTT ATC TTA GTG GGA GAA CCC TCA ATC AAA AGA AAC TTA TTA AAT    7101
Pro Leu Ile Leu Val Gly Glu Pro Ser Ile Lys Arg Asn Leu Leu Asn
                 2280             2285             2290

GAA TTT GAC AGG ATA ATA GAA AAT CAA GAA AAA TCC TTA AAG GCT TCA    7149
Glu Phe Asp Arg Ile Ile Glu Asn Gln Glu Lys Ser Leu Lys Ala Ser
                 2295             2300             2305

AAA AGC ACT CCA GAT GGC ACA ATA AAA GAT CGA AGA TTG TTT ATG CAT    7197
Lys Ser Thr Pro Asp Gly Thr Ile Lys Asp Arg Arg Leu Phe Met His
                 2310             2315             2320

CAT GTT TCT TTA GAG CCG ATT ACC TGT GTA CCC TTT CGC ACA ACT AAG    7245
His Val Ser Leu Glu Pro Ile Thr Cys Val Pro Phe Arg Thr Thr Lys
```

**A000495**

6,033,857

77                                                                                      78

-continued

```
His Val Ser Leu Glu Pro Ile Thr Cys Val Pro Phe Arg Thr Thr Lys
2325                2330                2335

GAA CGT CAA GAG ATA CAG AAT CCA AAT TTT ACC GCA CCT GGT CAA GAA      7293
Glu Arg Gln Glu Ile Gln Asn Pro Asn Phe Thr Ala Pro Gly Gln Glu
2340                2345                2350                2355

TTT CTG TCT AAA TCT CAT TTG TAT GAA CAT CTG ACT TTG GAA AAA TCT      7341
Phe Leu Ser Lys Ser His Leu Tyr Glu His Leu Thr Leu Glu Lys Ser
               2360                2365                2370

TCA AGC AAT TTA GCA GTT TCA GGA CAT CCA TTT TAT CAA GTT TCT GCT      7389
Ser Ser Asn Leu Ala Val Ser Gly His Pro Phe Tyr Gln Val Ser Ala
               2375                2380                2385

ACA AGA AAT GAA AAA ATG AGA CAC TTG ATT ACT ACA GGA CGA CCA ACC      7437
Thr Arg Asn Glu Lys Met Arg His Leu Ile Thr Thr Gly Arg Pro Thr
               2390                2395                2400

AAA GTC TTT GTT CCA CCT TTT AAA ACT AAA TCA CAT TTT CAC AGA GTT      7485
Lys Val Phe Val Pro Pro Phe Lys Thr Lys Ser His Phe His Arg Val
          2405                2410                2415

GAA CAG TGT GTT AGG AAT ATT AAC TTG GAG GAA AAC AGA CAA AAG CAA      7533
Glu Gln Cys Val Arg Asn Ile Asn Leu Glu Glu Asn Arg Gln Lys Gln
2420                2425                2430                2435

AAC ATT GAT GGA CAT GGC TCT GAT GAT AGT AAA AAG ATT AAT GAC          7581
Asn Ile Asp Gly His Gly Ser Asp Asp Ser Lys Asn Lys Ile Asn Asp
               2440                2445                2450

AAT GAG ATT CAT CAG TTT AAC AAA AAC AAC TCC AAT CAA GCA GCA GCT      7629
Asn Glu Ile His Gln Phe Asn Lys Asn Asn Ser Asn Gln Ala Ala Ala
               2455                2460                2465

GTA ACT TTC ACA AAG TGT GAA GAA GAA CCT TTA GAT TTA ATT ACA AGT      7677
Val Thr Phe Thr Lys Cys Glu Glu Glu Pro Leu Asp Leu Ile Thr Ser
               2470                2475                2480

CTT CAG AAT GCC AGA GAT ATA CAG GAT ATG CGA ATT AAG AAG AAA CAA      7725
Leu Gln Asn Ala Arg Asp Ile Gln Asp Met Arg Ile Lys Lys Lys Gln
          2485                2490                2495

AGG CAA CGC GTC TTT CCA CAG CCA GGC AGT CTG TAT CTT GCA AAA ACA      7773
Arg Gln Arg Val Phe Pro Gln Pro Gly Ser Leu Tyr Leu Ala Lys Thr
2500                2505                2510                2515

TCC ACT CTG CCT CGA ATC TCT CTG AAA GCA GCA GTA GGA GGC CAA GTT      7821
Ser Thr Leu Pro Arg Ile Ser Leu Lys Ala Ala Val Gly Gly Gln Val
               2520                2525                2530

CCC TCT GCG TGT TCT CAT AAA CAG CTG TAT ACG TAC GTT TCT AAA          7869
Pro Ser Ala Cys Ser His Lys Gln Leu Tyr Thr Tyr Gly Val Ser Lys
               2535                2540                2545

CAT TGC ATA AAA ATT AAC AGC AAA AAT GCA GAG TCT TTT CAG TTT CAC      7917
His Cys Ile Lys Ile Asn Ser Lys Asn Ala Glu Ser Phe Gln Phe His
               2550                2555                2560

ACT GAA GAT TAT TTT GGT AAG GAA AGT TTA TGG ACT GGA AAA GGA ATA      7965
Thr Glu Asp Tyr Phe Gly Lys Glu Ser Leu Trp Thr Gly Lys Gly Ile
               2565                2570                2575

CAG TTG GCT GAT GGT GGA TGG CTC ATA CCC TCC AAT GAT GGA AAG GCT      8013
Gln Leu Ala Asp Gly Gly Trp Leu Ile Pro Ser Asn Asp Gly Lys Ala
2580                2585                2590                2595

GGA AAA GAA GAA TTT TAT AGG GCT CTG TGT GAC ACT CCA GGT GTG GAT      8061
Gly Lys Glu Glu Phe Tyr Arg Ala Leu Cys Asp Thr Pro Gly Val Asp
               2600                2605                2610

CCA AAG CTT ATT TCT AGA ATT TGG GTT TAT AAT CAC TAT AGA TGG ATC      8109
Pro Lys Leu Ile Ser Arg Ile Trp Val Tyr Asn His Tyr Arg Trp Ile
          2615                2620                2625

ATA TGG AAA CTG GCA GCT ATG GAA TGT GCC TTT CCT AAG GAA TTT GCT      8157
Ile Trp Lys Leu Ala Ala Met Glu Cys Ala Phe Pro Lys Glu Phe Ala
               2630                2635                2640
```

A000496

6,033,857

**79**                                                                                          **80**

-continued

```
AAT AGA TGC CTA AGC CCA GAA AGG GTG CTT CTT CAA CTA AAA TAC AGA    8205
Asn Arg Cys Leu Ser Pro Glu Arg Val Leu Leu Gln Leu Lys Tyr Arg
    2645                2650                2655

TAT GAT ACG GAA ATT GAT AGA AGC AGA AGA TCG GCT ATA AAA AAG ATA    8253
Tyr Asp Thr Glu Ile Asp Arg Ser Arg Arg Ser Ala Ile Lys Lys Ile
2660                2665                2670                2675

ATG GAA AGG GAT GAC ACA GCT GCA AAA ACA CTT GTT CTC TGT GTT TCT    8301
Met Glu Arg Asp Asp Thr Ala Ala Lys Thr Leu Val Leu Cys Val Ser
                2680                2685                2690

GAC ATA ATT TCA TTG AGC GCA AAT ATA TCT GAA ACT TCT AGC AAT AAA    8349
Asp Ile Ile Ser Leu Ser Ala Asn Ile Ser Glu Thr Ser Ser Asn Lys
            2695                2700                2705

ACT AGT AGT GCA GAT ACC CAA AAA GTG GCC ATT ATT GAA CTT ACA GAT    8397
Thr Ser Ser Ala Asp Thr Gln Lys Val Ala Ile Ile Glu Leu Thr Asp
        2710                2715                2720

GGG TGG TAT GCT GTT AAG GCC CAG TTA GAT CCT CCC CTC TTA GCT GTC    8445
Gly Trp Tyr Ala Val Lys Ala Gln Leu Asp Pro Pro Leu Leu Ala Val
    2725                2730                2735

TTA AAG AAT GGC AGA CTG ACA GTT GGT CAG AAG ATT ATT CTT CAT GGA    8493
Leu Lys Asn Gly Arg Leu Thr Val Gly Gln Lys Ile Ile Leu His Gly
2740                2745                2750                2755

GCA GAA CTG GTG GGC TCT CCT GAT GGT TGT ACA CCT CTT GAA GCC CCA    8541
Ala Glu Leu Val Gly Ser Pro Asp Gly Cys Thr Pro Leu Glu Ala Pro
                2760                2765                2770

GAA TCT CTT ATG TTA AAG ATT TCT GCT AAC AGT CCT CGG CCT GCT CGC    8589
Glu Ser Leu Met Leu Lys Ile Ser Ala Asn Ser Pro Arg Pro Ala Arg
            2775                2780                2785

TGG TAT ACC AAA CTT GGA TTC TTT CCT GAC CCT AGA CCT TTT CCT CTG    8637
Trp Tyr Thr Lys Leu Gly Phe Phe Pro Asp Pro Arg Pro Phe Pro Leu
        2790                2795                2800

CCC TTA TCA TCG CTT TTC AGT GAT GGA GGA AAT GTT GGT TGT GTT GAT    8685
Pro Leu Ser Ser Leu Phe Ser Asp Gly Gly Asn Val Gly Cys Val Asp
    2805                2810                2815

GTA ATT ATT CAA AGA GCA TAC CCT ATA CAG TGG ATG GAG AAG ACA TCA    8733
Val Ile Ile Gln Arg Ala Tyr Pro Ile Gln Trp Met Glu Lys Thr Ser
2820                2825                2830                2835

TCT GGA TTA TAC ATA TTT CGC AAT GAA GAG GAA GAA AAG GAA GCA        8781
Ser Gly Leu Tyr Ile Phe Arg Asn Glu Glu Glu Glu Lys Glu Ala
                2840                2845                2850

GCA AAA TAT GTG GAG GCC CAA CAA AAG CTA GAA GCC TTA TTC ACT        8829
Ala Lys Tyr Val Glu Ala Gln Gln Lys Arg Leu Glu Ala Leu Phe Thr
            2855                2860                2865

AAA ATT CAG GAG GAG TTT GAA GAA CAT GAA GAA AAC ACA ACA AAA CCA    8877
Lys Ile Gln Glu Glu Phe Glu Glu His Glu Glu Asn Thr Thr Lys Pro
        2870                2875                2880

TAT TTA CCA TCA CGT GCA CTA ACA AGA CAA CAA GTT CGT GCT TTG CAA    8925
Tyr Leu Pro Ser Arg Ala Leu Thr Arg Gln Gln Val Arg Ala Leu Gln
    2885                2890                2895

GAT GGT GCA GAG CTT TAT GAA GCA GTG AAG AAT GCA GCA GAC CCA GCT    8973
Asp Gly Ala Glu Leu Tyr Glu Ala Val Lys Asn Ala Ala Asp Pro Ala
2900                2905                2910                2915

TAC CTT GAG GGT TAT TTC AGT GAA GAG CAG TTA AAG GCC TTG AAT AAT    9021
Tyr Leu Glu Gly Tyr Phe Ser Glu Glu Gln Leu Lys Arg Ala Leu Asn Asn
                2920                2925                2930

CAC AGG CAA ATG TTG AAT GAT AAG AAG CAA GCT CAG ATC CAG TTG GAA    9069
His Arg Gln Met Leu Asn Asp Lys Lys Gln Ala Gln Ile Gln Leu Glu
            2935                2940                2945

ATT AGG AAG GCC ATG GAA TCT GCT GAA CAA AAG GAA CAA GGT TTA TCA    9117
Ile Arg Lys Ala Met Glu Ser Ala Glu Gln Lys Glu Gln Gly Leu Ser
        2950                2955                2960
```

**A000497**

6,033,857

81 82

-continued

```
AGG GAT GTC ACA ACC GTG TGG AAG TTG CGT ATT GTA AGC TAT TCA AAA       9165
Arg Asp Val Thr Thr Val Trp Lys Leu Arg Ile Val Ser Tyr Ser Lys
          2965                2970                2975

AAA GAA AAA GAT TCA GTT ATA CTG AGT ATT TGG CGT CCA TCA TCA GAT       9213
Lys Glu Lys Asp Ser Val Ile Leu Ser Ile Trp Arg Pro Ser Ser Asp
     2980                2985                2990           2995

TTA TAT TCT CTG TTA ACA GAA GGA AGA AGA TAC AGA ATT TAT CAT CTT       9261
Leu Tyr Ser Leu Leu Thr Glu Gly Arg Arg Tyr Arg Ile Tyr His Leu
               3000                3005                3010

GCA ACT TCA AAA TCT AAA AGT AAA TCT GAA AGA GCT AAC ATA CAG TTA       9309
Ala Thr Ser Lys Ser Lys Ser Lys Ser Glu Arg Ala Asn Ile Gln Leu
          3015                3020                3025

GCA GCG ACA AAA AAA ACT CAG TAT CAA CAA CTA CCG GTT TCA GAT GAA       9357
Ala Ala Thr Lys Lys Thr Gln Tyr Gln Gln Leu Pro Val Ser Asp Glu
          3030                3035                3040

ATT TTA TTT CAG ATT TAC CAG CCA CGG GAG CCC CTT CAC TTC AGC AAA       9405
Ile Leu Phe Gln Ile Tyr Gln Pro Arg Glu Pro Leu His Phe Ser Lys
          3045                3050                3055

TTT TTA GAT CCA GAC TTT CAG CCA TCT TGT TCT GAG GTG GAC CTA ATA       9453
Phe Leu Asp Pro Asp Phe Gln Pro Ser Cys Ser Glu Val Asp Leu Ile
3060                3065                3070           3075

GGA TTT GTC GTT TCT GTT GTG AAA AAA ACA GGA CTT GCC CCT TTC GTC       9501
Gly Phe Val Val Ser Val Val Lys Lys Thr Gly Leu Ala Pro Phe Val
               3080                3085                3090

TAT TTG TCA GAC GAA TGT TAC AAT TTA CTG GCA ATA AAG TTT TGG ATA       9549
Tyr Leu Ser Asp Glu Cys Tyr Asn Leu Leu Ala Ile Lys Phe Trp Ile
               3095                3100                3105

GAC CTT AAT GAG GAC ATT ATT AAG CCT CAT ATG CTT ATT GCT GCA AGC       9597
Asp Leu Asn Glu Asp Ile Ile Lys Pro His Met Leu Ile Ala Ala Ser
          3110                3115                3120

AAC CTC CAG TGG CGA CCA GAA TCC AAA TCA GGC CTT CTT ACT TTA TTT       9645
Asn Leu Gln Trp Arg Pro Glu Ser Lys Ser Gly Leu Leu Thr Leu Phe
          3125                3130                3135

GCT GGA GAT TTT TCT GTG TTT TCT GCT AGT CCA AAA GAG GGC CAC TTT       9693
Ala Gly Asp Phe Ser Val Phe Ser Ala Ser Pro Lys Glu Gly His Phe
3140                3145                3150                3155

CAA GAG ACA TTC AAC AAA ATG AAA AAT ACT GTT GAG AAT ATT GAC ATA       9741
Gln Glu Thr Phe Asn Lys Met Lys Asn Thr Val Glu Asn Ile Asp Ile
               3160                3165                3170

CTT TGC AAT GAA GCA GAA AAC AAG CTT ATG CAT ATA CTG CAT GCA AAT       9789
Leu Cys Asn Glu Ala Glu Asn Lys Leu Met His Ile Leu His Ala Asn
          3175                3180                3185

GAT CCC AAG TGG TCC ACC CCA ACT AAA GAC TGT ACT TCA GGG CCG TAC       9837
Asp Pro Lys Trp Ser Thr Pro Thr Lys Asp Cys Thr Ser Gly Pro Tyr
          3190                3195                3200

ACT GCT CAA ATC ATT CCT GGT ACA GGA AAC AAG CTT CTG ATG TCT TCT       9885
Thr Ala Gln Ile Ile Pro Gly Thr Gly Asn Lys Leu Leu Met Ser Ser
          3205                3210                3215

CCT AAT TGT GAG ATA TAT TAT CAA AGT CCT TTA TCA CTT TGT ATG GCC       9933
Pro Asn Cys Glu Ile Tyr Tyr Gln Ser Pro Leu Ser Leu Cys Met Ala
3220                3225                3230                3235

AAA AGG AAG TCT GTT TCC ACA CCT GTC TCA GCC CAG ATG ACT TCA AAG       9981
Lys Arg Lys Ser Val Ser Thr Pro Val Ser Ala Gln Met Thr Ser Lys
               3240                3245                3250

TCT TGT AAA GGG GAG AAA GAG ATT GAT GAC CAA AAG AAC TGC AAA AAG       10029
Ser Cys Lys Gly Glu Lys Glu Ile Asp Asp Gln Lys Asn Cys Lys Lys
               3255                3260                3265

AGA AGA GCC TTG GAT TTC TTG AGT AGA CTG CCT TTA CCT CCA CCT GTT       10077
Arg Arg Ala Leu Asp Phe Leu Ser Arg Leu Pro Leu Pro Pro Pro Val
```

6,033,857

**83**                                                                 **84**

-continued

```
      3270              3275              3280
AGT CCC ATT TGT ACA TTT GTT TCT CCG GCT GCA CAG AAG GCA TTT CAG   10125
Ser Pro Ile Cys Thr Phe Val Ser Pro Ala Ala Gln Lys Ala Phe Gln
      3285              3290              3295

CCA CCA AGG AGT TGT GGC ACC AAA TAC GAA ACA CCC ATA AAG AAA AAA   10173
Pro Pro Arg Ser Cys Gly Thr Lys Tyr Glu Thr Pro Ile Lys Lys Lys
3300              3305              3310              3315

GAA CTG AAT TCT CCT CAG ATG ACT CCA TTT AAA AAA TTC AAT GAA ATT   10221
Glu Leu Asn Ser Pro Gln Met Thr Pro Phe Lys Lys Phe Asn Glu Ile
                  3320              3325              3330

TCT CTT TTG GAA AGT AAT TCA ATA GCT GAC GAA GAA CTT GCA TTG ATA   10269
Ser Leu Leu Glu Ser Asn Ser Ile Ala Asp Glu Glu Leu Ala Leu Ile
                  3335              3340              3345

AAT ACC CAA GCT CTT TTG TCT GGT TCA ACA GGA GAA AAA CAA TTT ATA   10317
Asn Thr Gln Ala Leu Leu Ser Gly Ser Thr Gly Glu Lys Gln Phe Ile
                  3350              3355              3360

TCT GTC AGT GAA TCC ACT AGG ACT GCT CCC ACT TCA GAA GAT TAT       10365
Ser Val Ser Glu Ser Thr Arg Thr Ala Pro Thr Ser Glu Asp Tyr
            3365              3370              3375

CTC AGA CTG AAA CGA CGT TGT ACT ACA TCT CTG ATC AAA GAA CAG GAG   10413
Leu Arg Leu Lys Arg Arg Cys Thr Thr Ser Leu Ile Lys Glu Gln Glu
3380              3385              3390              3395

AGT TCC CAG GCC AGT ACG GAA GAA TGT GAG AAA AAT AAG CAG GAC ACA   10461
Ser Ser Gln Ala Ser Thr Glu Glu Cys Glu Lys Asn Lys Gln Asp Thr
                  3400              3405              3410

ATT ACA ACT AAA AAA TAT ATC TAAGCATTTG CAAAGGCAAC AATAAATTAT      10512
Ile Thr Thr Lys Lys Tyr Ile
            3415

TGACGCTTAA CCTTTCCAGT TTATAAGACT GGAATATAAT TTCAAACCAC ACATTAGTAC  10572

TTATGTTGCA CAATGAGAAA AGAAATTAGT TTCAAATTTA CCTCAGCGTT TGTGTATCGG  10632

GCAAAAATCG TTTTGCCCGA TTCCGTATTG GTATACTTTT GCTTCAGTTG CATATCTTAA  10692

AACTAAATGT AATTTATTAA CTAATCAAGA AAAACATCTT TGGCTGAGCT CGGTGGCTCA  10752

TGCCTGTAAT CCCAACACTT TGAGAAGCTG AGGTGGGAGG AGTGCTTGAG GCCAGGAGTT  10812

CAAGACCAGC CTGGGCAACA TAGGGAGACC CCCATCTTTA CGAAGAAAAA AAAAAAGGGG  10872

AAAAGAAAAT CTTTTAAATC TTTGGATTTG ATCACTACAA GTATTATTTT ACAAGTGAAA  10932

TAAACATACC ATTTTCTTTT AGATTGTGTC ATTAAATGGA ATGAGGTCTC TTAGTACAGT  10992

TATTTTGATG CAGATAATTC CTTTTAGTTT AGCTACTATT TTAGGGGATT TTTTTTAGAG  11052

GTAACTCACT ATGAAATAGT TCTCCTTAAT GCAAATATGT TGGTTCTGCT ATAGTTCCAT  11112

CCTGTTCAAA AGTCAGGATG AATATGAAGA GTGGTGTTTC CTTTTGAGCA ATTCTTCATC  11172

CTTAAGTCAG CATGATTATA AGAAAAATAG AACCCTCAGT GTAACTCTAA TTCCTTTTTA  11232

CTATTCCAGT GTGATCTCTG AAATTAAATT ACTTCAACTA AAAATTCAAA TACTTTAAAT  11292

CAGAAGATTT CATAGTTAAT TTATTTTTTT TTTCAACAAA ATGGTCATCC AAACTCAAAC  11352

TTGAGAAAAT ATCTTGCTTT CAAATTGACA CTA                              11385
```

```
(2) INFORMATION FOR SEQ ID NO:2:

     (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 3418 amino acids
         (B) TYPE: amino acid
         (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: protein

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:2:
```

6,033,857

85          86

-continued

```
Met Pro Ile Gly Ser Lys Glu Arg Pro Thr Phe Phe Glu Ile Phe Lys
1               5                   10                  15

Thr Arg Cys Asn Lys Ala Asp Leu Gly Pro Ile Ser Leu Asn Trp Phe
            20                  25                  30

Glu Glu Leu Ser Ser Glu Ala Pro Pro Tyr Asn Ser Glu Pro Ala Glu
            35                  40                  45

Glu Ser Glu His Lys Asn Asn Asn Tyr Glu Pro Asn Leu Phe Lys Thr
        50                  55                  60

Pro Gln Arg Lys Pro Ser Tyr Asn Gln Leu Ala Ser Thr Pro Ile Ile
65                  70                  75                  80

Phe Lys Glu Gln Gly Leu Thr Leu Pro Leu Tyr Gln Ser Pro Val Lys
                85                  90                  95

Glu Leu Asp Lys Phe Lys Leu Asp Leu Gly Arg Asn Val Pro Asn Ser
                100                 105                 110

Arg His Lys Ser Leu Arg Thr Val Lys Thr Lys Met Asp Gln Ala Asp
            115                 120                 125

Asp Val Ser Cys Pro Leu Leu Asn Ser Cys Leu Ser Glu Ser Pro Val
        130                 135                 140

Val Leu Gln Cys Thr His Val Thr Pro Gln Arg Asp Lys Ser Val Val
145                 150                 155                 160

Cys Gly Ser Leu Phe His Thr Pro Lys Phe Val Lys Gly Arg Gln Thr
                165                 170                 175

Pro Lys His Ile Ser Glu Ser Leu Gly Ala Glu Val Asp Pro Asp Met
            180                 185                 190

Ser Trp Ser Ser Ser Leu Ala Thr Pro Pro Thr Leu Ser Ser Thr Val
        195                 200                 205

Leu Ile Val Arg Asn Glu Glu Ala Ser Glu Thr Val Phe Pro His Asp
210                 215                 220

Thr Thr Ala Asn Val Lys Ser Tyr Phe Ser Asn His Asp Glu Ser Leu
225                 230                 235                 240

Lys Lys Asn Asp Arg Phe Ile Ala Ser Val Thr Asp Ser Glu Asn Thr
                245                 250                 255

Asn Gln Arg Glu Ala Ala Ser His Gly Phe Gly Lys Thr Ser Gly Asn
            260                 265                 270

Ser Phe Lys Val Asn Ser Cys Lys Asp His Ile Gly Lys Ser Met Pro
        275                 280                 285

Asn Val Leu Glu Asp Glu Val Tyr Glu Thr Val Val Asp Thr Ser Glu
        290                 295                 300

Glu Asp Ser Phe Ser Leu Cys Phe Ser Lys Cys Arg Thr Lys Asn Leu
305                 310                 315                 320

Gln Lys Val Arg Thr Ser Lys Thr Arg Lys Lys Ile Phe His Glu Ala
                325                 330                 335

Asn Ala Asp Glu Cys Glu Lys Ser Lys Asn Gln Val Lys Glu Lys Tyr
            340                 345                 350

Ser Phe Val Ser Glu Val Glu Pro Asn Asp Thr Asp Pro Leu Asp Ser
        355                 360                 365

Asn Val Ala His Gln Lys Pro Phe Glu Ser Gly Ser Asp Lys Ile Ser
        370                 375                 380

Lys Glu Val Val Pro Ser Leu Ala Cys Glu Trp Ser Gln Leu Thr Leu
385                 390                 395                 400

Ser Gly Leu Asn Gly Ala Gln Met Glu Lys Ile Pro Leu Leu His Ile
                405                 410                 415
```

**A000500**

6,033,857

-continued

```
Ser Ser Cys Asp Gln Asn Ile Ser Glu Lys Asp Leu Leu Asp Thr Glu
        420                 425                 430

Asn Lys Arg Lys Lys Asp Phe Leu Thr Ser Glu Asn Ser Leu Pro Arg
        435                 440                 445

Ile Ser Ser Leu Pro Lys Ser Glu Lys Pro Leu Asn Glu Glu Thr Val
    450                 455                 460

Val Asn Lys Arg Asp Glu Glu Gln His Leu Glu Ser His Thr Asp Cys
465                 470                 475                 480

Ile Leu Ala Val Lys Gln Ala Ile Ser Gly Thr Ser Pro Val Ala Ser
        485                 490                 495

Ser Phe Gln Gly Ile Lys Lys Ser Ile Phe Arg Ile Arg Glu Ser Pro
        500                 505                 510

Lys Glu Thr Phe Asn Ala Ser Phe Ser Gly His Met Thr Asp Pro Asn
        515                 520                 525

Phe Lys Lys Glu Thr Glu Ala Ser Glu Ser Gly Leu Glu Ile His Thr
    530                 535                 540

Val Cys Ser Gln Lys Glu Asp Ser Leu Cys Pro Asn Leu Ile Asp Asn
545                 550                 555                 560

Gly Ser Trp Pro Ala Thr Thr Thr Gln Asn Ser Val Ala Leu Lys Asn
                565                 570                 575

Ala Gly Leu Ile Ser Thr Leu Lys Lys Lys Thr Asn Lys Phe Ile Tyr
        580                 585                 590

Ala Ile His Asp Glu Thr Phe Tyr Lys Gly Lys Lys Ile Pro Lys Asp
        595                 600                 605

Gln Lys Ser Glu Leu Ile Asn Cys Ser Ala Gln Phe Glu Ala Asn Ala
    610                 615                 620

Phe Glu Ala Pro Leu Thr Phe Ala Asn Ala Asp Ser Gly Leu Leu His
625                 630                 635                 640

Ser Ser Val Lys Arg Ser Cys Ser Gln Asn Asp Ser Glu Glu Pro Thr
                645                 650                 655

Leu Ser Leu Thr Ser Ser Phe Gly Thr Ile Leu Arg Lys Cys Ser Arg
        660                 665                 670

Asn Glu Thr Cys Ser Asn Asn Thr Val Ile Ser Gln Asp Leu Asp Tyr
        675                 680                 685

Lys Glu Ala Lys Cys Asn Lys Glu Lys Leu Gln Leu Phe Ile Thr Pro
    690                 695                 700

Glu Ala Asp Ser Leu Ser Cys Leu Gln Gly Gln Cys Glu Asn Asp
705                 710                 715                 720

Pro Lys Ser Lys Lys Val Ser Asp Ile Lys Glu Glu Val Leu Ala Ala
                725                 730                 735

Ala Cys His Pro Val Gln His Ser Lys Val Glu Tyr Ser Asp Thr Asp
        740                 745                 750

Phe Gln Ser Gln Lys Ser Leu Leu Tyr Asp His Glu Asn Ala Ser Thr
        755                 760                 765

Leu Ile Leu Thr Pro Thr Ser Lys Asp Val Leu Ser Asn Leu Val Met
770                 775                 780

Ile Ser Arg Gly Lys Glu Ser Tyr Lys Met Ser Asp Lys Leu Lys Gly
785                 790                 795                 800

Asn Asn Tyr Glu Ser Asp Val Glu Leu Thr Lys Asn Ile Pro Met Glu
                805                 810                 815

Lys Asn Gln Asp Val Cys Ala Leu Asn Glu Asn Tyr Lys Asn Val Glu
        820                 825                 830

Leu Leu Pro Pro Glu Lys Tyr Met Arg Val Ala Ser Pro Ser Arg Lys
```

A000501

6,033,857

**89**
**90**

-continued

```
          835               840               845
Val Gln Phe Asn Gln Asn Thr Asn Leu Arg Val Ile Gln Lys Asn Gln
850               855               860
Glu Glu Thr Thr Ser Ile Ser Lys Ile Thr Val Asn Pro Asp Ser Glu
865               870               875               880
Glu Leu Phe Ser Ser Asp Asn Glu Asn Asn Phe Val Phe Gln Val Ala Asn
885               890               895
Glu Arg Asn Asn Leu Ala Leu Gly Asn Thr Lys Glu Leu His Glu Thr
900               905               910
Asp Leu Thr Cys Val Asn Glu Pro Ile Phe Lys Asn Ser Thr Met Val
915               920               925
Leu Tyr Gly Asp Thr Gly Asp Lys Gln Ala Thr Gln Val Ser Ile Lys
930               935               940
Lys Asp Leu Val Tyr Val Leu Ala Glu Glu Asn Lys Asn Ser Val Lys
945               950               955               960
Gln His Ile Lys Met Thr Leu Gln Asp Leu Lys Ser Asp Ile Ser
965               970               975
Leu Asn Ile Asp Lys Ile Pro Glu Lys Asn Asn Asp Tyr Met Asn Lys
980               985               990
Trp Ala Gly Leu Leu Gly Pro Ile Ser Asn His Ser Phe Gly Gly Ser
995               1000              1005
Phe Arg Thr Ala Ser Asn Lys Glu Ile Lys Leu Ser Glu His Asn Ile
1010              1015              1020
Lys Lys Ser Lys Met Phe Phe Lys Asp Ile Glu Glu Gln Tyr Pro Thr
1025              1030              1035              1040
Ser Leu Ala Cys Val Glu Ile Val Asn Thr Leu Ala Leu Asp Asn Gln
1045              1050              1055
Lys Lys Leu Ser Lys Pro Gln Ser Ile Asn Thr Val Ser Ala His Leu
1060              1065              1070
Gln Ser Ser Val Val Val Ser Asp Cys Lys Asn Ser His Ile Thr Pro
1075              1080              1085
Gln Met Leu Phe Ser Lys Gln Asp Phe Asn Ser Asn His Asn Leu Thr
1090              1095              1100
Pro Ser Gln Lys Ala Glu Ile Thr Glu Leu Ser Thr Ile Leu Glu Glu
1105              1110              1115              1120
Ser Gly Ser Gln Phe Glu Phe Thr Gln Phe Arg Lys Pro Ser Tyr Ile
1125              1130              1135
Leu Gln Lys Ser Thr Phe Glu Val Pro Glu Asn Gln Met Thr Ile Leu
1140              1145              1150
Lys Thr Thr Ser Glu Glu Cys Arg Asp Ala Asp Leu His Val Ile Met
1155              1160              1165
Asn Ala Pro Ser Ile Gly Gln Val Asp Ser Ser Lys Gln Phe Glu Gly
1170              1175              1180
Thr Val Glu Ile Lys Arg Lys Phe Ala Gly Leu Leu Lys Asn Asp Cys
1185              1190              1195              1200
Asn Lys Ser Ala Ser Gly Tyr Leu Thr Asp Glu Asn Glu Val Gly Phe
1205              1210              1215
Arg Gly Phe Tyr Ser Ala His Gly Thr Lys Leu Asn Val Ser Thr Glu
1220              1225              1230
Ala Leu Gln Lys Ala Val Lys Leu Phe Ser Asp Ile Glu Asn Ile Ser
1235              1240              1245
Glu Glu Thr Ser Ala Glu Val His Pro Ile Ser Leu Ser Ser Ser Lys
1250              1255              1260
```

**A000502**

6,033,857

**91**                                                      **92**

-continued

Cys His Asp Ser Val Val Ser Met Phe Lys Ile Glu Asn His Asn Asp
1265                1270                1275                1280

Lys Thr Val Ser Glu Lys Asn Asn Lys Cys Gln Leu Ile Leu Gln Asn
                1285                1290                1295

Asn Ile Glu Met Thr Thr Gly Thr Phe Val Glu Glu Ile Thr Glu Asn
                1300                1305                1310

Tyr Lys Arg Asn Thr Glu Asn Glu Asp Asn Lys Tyr Thr Ala Ala Ser
        1315                1320                1325

Arg Asn Ser His Asn Leu Glu Phe Asp Gly Ser Asp Ser Ser Lys Asn
    1330                1335                1340

Asp Thr Val Cys Ile His Lys Asp Glu Thr Asp Leu Leu Phe Thr Asp
1345                1350                1355                1360

Gln His Asn Ile Cys Leu Lys Leu Ser Gly Gln Phe Met Lys Glu Gly
            1365                1370                1375

Asn Thr Gln Ile Lys Glu Asp Leu Ser Asp Leu Thr Phe Leu Glu Val
            1380                1385                1390

Ala Lys Ala Gln Glu Ala Cys His Gly Asn Thr Ser Asn Lys Glu Gln
        1395                1400                1405

Leu Thr Ala Thr Lys Thr Glu Gln Asn Ile Lys Asp Phe Glu Thr Ser
    1410                1415                1420

Asp Thr Phe Phe Gln Thr Ala Ser Gly Lys Asn Ile Ser Val Ala Lys
1425                1430                1435                1440

Glu Ser Phe Asn Lys Ile Val Asn Phe Phe Asp Gln Lys Pro Glu Glu
                1445                1450                1455

Leu His Asn Phe Ser Leu Asn Ser Glu Leu His Ser Asp Ile Arg Lys
            1460                1465                1470

Asn Lys Met Asp Ile Leu Ser Tyr Glu Glu Thr Asp Ile Val Lys His
    1475                1480                1485

Lys Ile Leu Lys Glu Ser Val Pro Val Gly Thr Gly Asn Gln Leu Val
    1490                1495                1500

Thr Phe Gln Gly Gln Pro Glu Arg Asp Glu Lys Ile Lys Glu Pro Thr
1505                1510                1515                1520

Leu Leu Gly Phe His Thr Ala Ser Gly Lys Lys Val Lys Ile Ala Lys
                1525                1530                1535

Glu Ser Leu Asp Lys Val Lys Asn Leu Phe Glu Lys Glu Gln Gly
        1540                1545                1550

Thr Ser Glu Ile Thr Ser Phe Ser His Gln Trp Ala Lys Thr Leu Lys
    1555                1560                1565

Tyr Arg Glu Ala Cys Lys Asp Leu Glu Leu Ala Cys Glu Thr Ile Glu
    1570                1575                1580

Ile Thr Ala Ala Pro Lys Cys Lys Glu Met Gln Asn Ser Leu Asn Asn
1585                1590                1595                1600

Asp Lys Asn Leu Val Ser Ile Glu Thr Val Val Pro Pro Lys Leu Leu
                1605                1610                1615

Ser Asp Asn Leu Cys Arg Gln Thr Glu Asn Leu Lys Thr Ser Lys Ser
        1620                1625                1630

Ile Phe Leu Lys Val Lys Val His Glu Asn Val Glu Lys Glu Thr Ala
        1635                1640                1645

Lys Ser Pro Ala Thr Cys Tyr Thr Asn Gln Ser Pro Tyr Ser Val Ile
1650                1655                1660

Glu Asn Ser Ala Leu Ala Phe Tyr Thr Ser Cys Ser Arg Lys Thr Ser
1665                1670                1675                1680

**A000503**

6,033,857

**93**

**94**

–continued

```
Val Ser Gln Thr Ser Leu Leu Glu Ala Lys Lys Trp Leu Arg Glu Gly
         1685                1690                1695

Ile Phe Asp Gly Gln Pro Glu Arg Ile Asn Thr Ala Asp Tyr Val Gly
         1700                1705                1710

Asn Tyr Leu Tyr Glu Asn Asn Ser Asn Ser Thr Ile Ala Glu Asn Asp
         1715                1720                1725

Lys Asn His Leu Ser Glu Lys Gln Asp Thr Tyr Leu Ser Asn Ser Ser
    1730                1735                1740

Met Ser Asn Ser Tyr Ser Tyr His Ser Asp Glu Val Tyr Asn Asp Ser
1745                1750                1755                1760

Gly Tyr Leu Ser Lys Asn Lys Leu Asp Ser Gly Ile Glu Pro Val Leu
              1765                1770                1775

Lys Asn Val Glu Asp Gln Lys Asn Thr Ser Phe Ser Lys Val Ile Ser
         1780                1785                1790

Asn Val Lys Asp Ala Asn Ala Tyr Pro Gln Thr Val Asn Glu Asp Ile
         1795                1800                1805

Cys Val Glu Glu Leu Val Thr Ser Ser Ser Pro Cys Lys Asn Lys Asn
    1810                1815                1820

Ala Ala Ile Lys Leu Ser Ile Ser Asn Ser Asn Asn Phe Glu Val Gly
1825                1830                1835                1840

Pro Pro Ala Phe Arg Ile Ala Ser Gly Lys Ile Val Cys Val Ser His
              1845                1850                1855

Glu Thr Ile Lys Lys Val Lys Asp Ile Phe Thr Asp Ser Phe Ser Lys
         1860                1865                1870

Val Ile Lys Glu Asn Asn Glu Asn Lys Ser Lys Ile Cys Gln Thr Lys
         1875                1880                1885

Ile Met Ala Gly Cys Tyr Glu Ala Leu Asp Asp Ser Glu Asp Ile Leu
    1890                1895                1900

His Asn Ser Leu Asp Asn Asp Glu Cys Ser Thr His Ser His Lys Val
1905                1910                1915                1920

Phe Ala Asp Ile Gln Ser Glu Glu Ile Leu Gln His Asn Gln Asn Met
              1925                1930                1935

Ser Gly Leu Glu Lys Val Ser Lys Ile Ser Pro Cys Asp Val Ser Leu
         1940                1945                1950

Glu Thr Ser Asp Ile Cys Lys Cys Ser Ile Gly Lys Leu His Lys Ser
    1955                1960                1965

Val Ser Ser Ala Asn Thr Cys Gly Ile Phe Ser Thr Ala Ser Gly Lys
1970                1975                1980

Ser Val Gln Val Ser Asp Ala Ser Leu Gln Asn Ala Arg Gln Val Phe
1985                1990                1995                2000

Ser Glu Ile Glu Asp Ser Thr Lys Gln Val Phe Ser Lys Val Leu Phe
              2005                2010                2015

Lys Ser Asn Glu His Ser Asp Gln Leu Thr Arg Glu Glu Asn Thr Ala
         2020                2025                2030

Ile Arg Thr Pro Glu His Leu Ile Ser Gln Lys Gly Phe Ser Tyr Asn
    2035                2040                2045

Val Val Asn Ser Ser Ala Phe Ser Gly Phe Ser Thr Ala Ser Gly Lys
2050                2055                2060

Gln Val Ser Ile Leu Glu Ser Ser Leu His Lys Val Lys Gly Val Leu
2065                2070                2075                2080

Glu Glu Phe Asp Leu Ile Arg Thr Glu His Ser Leu His Tyr Ser Pro
              2085                2090                2095

Thr Ser Arg Gln Asn Val Ser Lys Ile Leu Pro Arg Val Asp Lys Arg
```

6,033,857

**95**　　　　　　　　　　　　　　　　　　　　　　**96**

-continued

```
            2100            2105            2110
Asn Pro Glu His Cys Val Asn Ser Glu Met Glu Lys Thr Cys Ser Lys
        2115            2120            2125
Glu Phe Lys Leu Ser Asn Asn Leu Asn Val Gly Gly Ser Ser Glu
        2130            2135            2140
Asn Asn His Ser Ile Lys Val Ser Pro Tyr Leu Ser Gln Phe Gln Gln
2145            2150            2155            2160
Asp Lys Gln Gln Leu Val Leu Gly Thr Lys Val Ser Leu Val Glu Asn
        2165            2170            2175
Ile His Val Leu Gly Lys Glu Gln Ala Ser Pro Lys Asn Val Lys Met
        2180            2185            2190
Glu Ile Gly Lys Thr Glu Thr Phe Ser Asp Val Pro Val Lys Thr Asn
        2195            2200            2205
Ile Glu Val Cys Ser Thr Tyr Ser Lys Asp Ser Gln Asn Tyr Phe Glu
        2210            2215            2220
Thr Glu Ala Val Glu Ile Ala Lys Ala Phe Met Glu Asp Asp Glu Leu
2225            2230            2235            2240
Thr Asp Ser Lys Leu Pro Ser His Ala Thr His Ser Leu Phe Thr Cys
        2245            2250            2255
Pro Glu Asn Glu Glu Met Val Leu Ser Asn Ser Arg Ile Gly Lys Arg
        2260            2265            2270
Arg Gly Glu Pro Leu Ile Leu Val Gly Glu Pro Ser Ile Glu Lys Arg Asn
        2275            2280            2285
Leu Leu Asn Glu Phe Asp Arg Ile Ile Glu Asn Gln Glu Lys Ser Leu
        2290            2295            2300
Lys Ala Ser Lys Ser Thr Pro Asp Gly Thr Ile Lys Asp Arg Arg Leu
2305            2310            2315            2320
Phe Met His His Val Ser Leu Glu Pro Ile Thr Cys Val Pro Phe Arg
        2325            2330            2335
Thr Thr Lys Glu Arg Gln Glu Ile Gln Asn Pro Asn Phe Thr Ala Pro
        2340            2345            2350
Gly Gln Glu Phe Leu Ser Lys Ser His Leu Tyr Glu His Leu Thr Leu
        2355            2360            2365
Glu Lys Ser Ser Ser Asn Leu Ala Val Ser Gly His Pro Phe Tyr Gln
        2370            2375            2380
Val Ser Ala Thr Arg Asn Glu Lys Met Arg His Leu Ile Thr Thr Gly
2385            2390            2395            2400
Arg Pro Thr Lys Val Phe Val Pro Pro Phe Lys Thr Lys Ser His Phe
        2405            2410            2415
His Arg Val Glu Gln Cys Val Arg Asn Ile Asn Leu Glu Glu Asn Arg
        2420            2425            2430
Gln Lys Gln Asn Ile Asp Gly His Gly Ser Asp Asp Ser Lys Asn Lys
        2435            2440            2445
Ile Asn Asp Asn Glu Ile His Gln Phe Asn Lys Asn Asn Ser Asn Gln
2450            2455            2460
Ala Ala Ala Val Thr Phe Thr Lys Cys Glu Glu Glu Pro Leu Asp Leu
2465            2470            2475            2480
Ile Thr Ser Leu Gln Asn Ala Arg Asp Ile Gln Asp Met Arg Ile Lys
        2485            2490            2495
Lys Lys Gln Arg Gln Arg Val Phe Pro Gln Pro Gly Ser Leu Tyr Leu
        2500            2505            2510
Ala Lys Thr Ser Thr Leu Pro Arg Ile Ser Leu Lys Ala Ala Val Gly
        2515            2520            2525
```

**A000505**

6,033,857

97 98

-continued

```
Gly Gln Val Pro Ser Ala Cys Ser His Lys Gln Leu Thr Tyr Gly
    2530                2535                2540

Val Ser Lys His Cys Ile Lys Ile Asn Ser Lys Asn Ala Glu Ser Phe
    2545                2550                2555                2560

Gln Phe His Thr Glu Asp Tyr Phe Gly Lys Glu Ser Leu Trp Thr Gly
                2565                2570                2575

Lys Gly Ile Gln Leu Ala Asp Gly Gly Trp Leu Ile Pro Ser Asn Asp
                2580                2585                2590

Gly Lys Ala Gly Lys Glu Glu Phe Tyr Arg Ala Leu Cys Asp Thr Pro
    2595                2600                2605

Gly Val Asp Pro Lys Leu Ile Ser Arg Ile Trp Val Tyr Asn His Tyr
    2610                2615                2620

Arg Trp Ile Ile Trp Lys Leu Ala Ala Met Glu Cys Ala Phe Pro Lys
2625                2630                2635                2640

Glu Phe Ala Asn Arg Cys Leu Ser Pro Glu Arg Val Leu Leu Gln Leu
                2645                2650                2655

Lys Tyr Arg Tyr Asp Thr Glu Ile Asp Arg Ser Arg Arg Ser Ala Ile
                2660                2665                2670

Lys Lys Ile Met Glu Arg Asp Asp Thr Ala Ala Lys Thr Leu Val Leu
    2675                2680                2685

Cys Val Ser Asp Ile Ile Ser Leu Ser Ala Asn Ile Ser Glu Thr Ser
    2690                2695                2700

Ser Asn Lys Thr Ser Ser Ala Asp Thr Gln Lys Val Ala Ile Ile Glu
2705                2710                2715                2720

Leu Thr Asp Gly Trp Tyr Ala Val Lys Ala Gln Leu Asp Pro Pro Leu
                2725                2730                2735

Leu Ala Val Leu Lys Asn Gly Arg Leu Thr Val Gly Gln Lys Ile Ile
                2740                2745                2750

Leu His Gly Ala Glu Leu Val Gly Ser Pro Asp Ala Cys Thr Pro Leu
    2755                2760                2765

Glu Ala Pro Glu Ser Leu Met Leu Lys Ile Ser Ala Asn Ser Thr Arg
    2770                2775                2780

Pro Ala Arg Trp Tyr Thr Lys Leu Gly Phe Phe Pro Asp Pro Arg Pro
2785                2790                2795                2800

Phe Pro Leu Pro Leu Ser Ser Leu Phe Ser Asp Gly Gly Asn Val Gly
                2805                2810                2815

Cys Val Asp Val Ile Ile Gln Arg Ala Tyr Pro Ile Gln Trp Met Glu
    2820                2825                2830

Lys Thr Ser Ser Gly Leu Tyr Ile Phe Arg Asn Glu Arg Glu Glu Glu
    2835                2840                2845

Lys Glu Ala Ala Lys Tyr Val Glu Ala Gln Gln Lys Arg Leu Glu Ala
    2850                2855                2860

Leu Phe Thr Lys Ile Gln Glu Glu Phe Glu Glu His Glu Glu Asn Thr
2865                2870                2875                2880

Thr Lys Pro Tyr Leu Pro Ser Arg Ala Leu Thr Arg Gln Gln Val Arg
                2885                2890                2895

Ala Leu Gln Asp Gly Ala Glu Leu Tyr Glu Ala Val Lys Asn Ala Ala
                2900                2905                2910

Asp Pro Ala Tyr Leu Glu Gly Tyr Phe Ser Glu Glu Gln Leu Arg Ala
                2915                2920                2925

Leu Asn Asn His Arg Gln Met Leu Asn Asp Lys Lys Gln Ala Gln Ile
    2930                2935                2940
```

6,033,857

**99**                                                    **100**

-continued

```
Gln Leu Glu Ile Arg Lys Ala Met Glu Ser Ala Glu Gln Lys Glu Gln
2945                2950                2955                2960

Gly Leu Ser Arg Arg Asp Val Thr Thr Val Trp Lys Leu Arg Ile Val Ser
                2965                2970                2975

Tyr Ser Lys Lys Glu Lys Asp Ser Val Ile Leu Ser Ile Trp Arg Pro
                2980                2985                2990

Ser Ser Asp Leu Tyr Ser Leu Leu Thr Glu Gly Lys Arg Tyr Arg Ile
                2995                3000                3005

Tyr His Leu Ala Thr Ser Lys Ser Lys Ser Lys Ser Glu Arg Ala Asn
                3010                3015                3020

Ile Gln Leu Ala Ala Thr Lys Lys Thr Gln Tyr Gln Gln Leu Pro Val
3025                3030                3035                3040

Ser Asp Glu Ile Leu Phe Gln Ile Tyr Gln Pro Arg Glu Pro Leu His
                3045                3050                3055

Phe Ser Lys Phe Leu Asp Pro Asp Phe Gln Pro Ser Cys Ser Glu Val
                3060                3065                3070

Asp Leu Ile Gly Phe Val Val Ser Val Val Lys Thr Gly Leu Ala
                3075                3080                3085

Pro Phe Val Tyr Leu Ser Ser Asp Glu Cys Tyr Asn Leu Leu Ala Ile Lys
3090                3095                3100

Phe Trp Ile Asp Leu Asn Glu Asp Ile Ile Lys Pro His Met Leu Ile
3105                3110                3115                3120

Ala Ala Ser Asn Leu Gln Trp Arg Pro Glu Ser Lys Ser Gly Leu Leu
                3125                3130                3135

Thr Leu Phe Ala Gly Asp Phe Ser Val Phe Ser Ala Ser Pro Lys Glu
3140                3145                3150

Gly His Phe Gln Glu Thr Phe Asn Lys Met Lys Asn Thr Val Glu Asn
                3155                3160                3165

Ile Asp Ile Leu Cys Asn Glu Ala Glu Asn Lys Leu Met His Ile Leu
3170                3175                3180

His Ala Asn Asp Pro Lys Trp Ser Thr Pro Thr Lys Asp Cys Thr Ser
3185                3190                3195                3200

Gly Pro Tyr Thr Ala Gln Ile Ile Pro Gly Thr Gly Asn Lys Leu Leu
                3205                3210                3215

Met Ser Ser Pro Asn Cys Glu Ile Tyr Tyr Gln Ser Pro Leu Ser Leu
                3220                3225                3230

Cys Met Ala Lys Arg Lys Ser Val Ser Thr Pro Val Ser Ala Gln Met
                3235                3240                3245

Thr Ser Lys Ser Cys Lys Gly Glu Lys Gly Ile Asp Asp Gln Lys Asn
3250                3255                3260

Cys Lys Lys Arg Arg Ala Leu Asp Phe Leu Ser Arg Leu Pro Leu Pro
3265                3270                3275                3280

Pro Pro Val Ser Pro Ile Cys Thr Phe Val Ser Pro Ala Ala Gln Lys
                3285                3290                3295

Ala Phe Gln Pro Pro Arg Ser Cys Gly Thr Lys Tyr Glu Thr Pro Ile
                3300                3305                3310

Lys Lys Lys Glu Leu Asn Ser Pro Gln Met Thr Pro Phe Lys Lys Phe
                3315                3320                3325

Asn Glu Ile Ser Leu Leu Glu Ser Asn Ser Ile Ala Ala Asp Glu Glu Leu
                3330                3335                3340

Ala Leu Ile Asn Thr Gln Ala Leu Leu Ser Gly Ser Thr Gly Glu Lys
3345                3350                3355                3360

Gln Phe Ile Ser Val Ser Glu Ser Thr Arg Thr Ala Pro Thr Ser Ser
```

**A000507**

6,033,857

101 102

-continued

```
              3365            3370            3375
Glu Asp Tyr Leu Arg Leu Lys Arg Arg Cys Thr Thr Ser Leu Ile Lys
          3380            3385            3390

Glu Gln Glu Ser Ser Gln Ala Ser Thr Glu Glu Cys Glu Lys Asn Lys
      3395            3400            3405

Gln Asp Thr Ile Thr Thr Lys Lys Tyr Ile
    3410            3415


(2) INFORMATION FOR SEQ ID NO:3:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 32 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

       (ii) MOLECULE TYPE: DNA (genomic)

      (iii) HYPOTHETICAL: NO

       (iv) ANTI-SENSE: NO

       (vi) ORIGINAL SOURCE:
            (A) ORGANISM: Homo sapiens

       (ix) FEATURE:
            (A) NAME/KEY: misc_feature
            (B) LOCATION: 1..2
            (D) OTHER INFORMATION: /note= "(NH2) at nucleotide 1"

       (xi) SEQUENCE DESCRIPTION: SEQ ID NO:3:

GTAGTGCAAG GCTCGAGAAC NNNNNNNNNN NN                              32


(2) INFORMATION FOR SEQ ID NO:4:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 30 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

       (ii) MOLECULE TYPE: other nucleic acid
            (A) DESCRIPTION: /desc = "primer"

      (iii) HYPOTHETICAL: NO

       (iv) ANTI-SENSE: NO

       (vi) ORIGINAL SOURCE:
            (A) ORGANISM: Homo sapiens

       (ix) FEATURE:
            (A) NAME/KEY: misc_feature
            (B) LOCATION: 1..2
            (D) OTHER INFORMATION: /note= "(NH2) at nucleotide 1"

       (xi) SEQUENCE DESCRIPTION: SEQ ID NO:4:

TGAGTAGAAT TCTAACGGCC GTCATTGTTC                                 30


(2) INFORMATION FOR SEQ ID NO:5:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 30 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

       (ii) MOLECULE TYPE: other nucleic acid
            (A) DESCRIPTION: /desc = "primer"

      (iii) HYPOTHETICAL: NO
```

6,033,857

103 104

–continued

```
    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
         (A) ORGANISM: Homo sapiens

    (ix) FEATURE:
         (A) NAME/KEY: misc_feature
         (B) LOCATION: 29..30
         (D) OTHER INFORMATION: /note= "(NH2) at nucleotide 30"

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:5:

GAACAATGAC GGCCGTTAGA ATTCTCACTCA                                    30


(2) INFORMATION FOR SEQ ID NO:6:

    (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 25 base pairs
         (B) TYPE: nucleic acid
         (C) STRANDEDNESS: single
         (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: other nucleic acid
         (A) DESCRIPTION: /desc = "primer"

   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
         (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:6:

TCAGTAGAAT TCTAACGGCC GTCAT                                         25


INFORMATION FOR SEQ ID NO:7:

    (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 20 base pairs
         (B) TYPE: nucleic acid
         (C) STRANDEDNESS: single
         (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: other nucleic acid
         (A) DESCRIPTION: /desc = "primer"

   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
         (A) ORGANISM: Homo sapiens

    (ix) FEATURE:
         (A) NAME/KEY: misc_feature
         (B) LOCATION: 1..2
         (D) OTHER INFORMATION: /note= "(PO4) at nucleotide 1"

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:7:

GTAGTGCAAG GCTCGAGAAC                                               20


(2) INFORMATION FOR SEQ ID NO:8:

    (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 27 base pairs
         (B) TYPE: nucleic acid
         (C) STRANDEDNESS: single
         (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: other nucleic acid
         (A) DESCRIPTION: /desc = "primer"

   (iii) HYPOTHETICAL: NO
```

6,033,857

**105**
**106**

-continued

```
      (iv) ANTI-SENSE: NO

      (vi) ORIGINAL SOURCE:
           (A) ORGANISM: Homo sapiens

      (ix) FEATURE:
           (A) NAME/KEY: misc_feature
           (B) LOCATION: 1..2
           (D) OTHER INFORMATION: /note= "(PO4) at nucleotide 1"

      (xi) SEQUENCE DESCRIPTION: SEQ ID NO:8:

TGAGTAGAAT TCTAACGGCC GTCATTG                                    27


(2) INFORMATION FOR SEQ ID NO:9:

      (i) SEQUENCE CHARACTERISTICS:
           (A) LENGTH: 33 base pairs
           (B) TYPE: nucleic acid
           (C) STRANDEDNESS: single
           (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: other nucleic acid
           (A) DESCRIPTION: /desc = "primer"

    (iii) HYPOTHETICAL: NO

     (iv) ANTI-SENSE: NO

     (vi) ORIGINAL SOURCE:
           (A) ORGANISM: Homo sapiens

     (ix) FEATURE:
           (A) NAME/KEY: misc_feature
           (B) LOCATION: 32..33
           (D) OTHER INFORMATION: /note= "(NH2) at nucleotide 33"

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:9:

CCTTCACACG CGTATCGATT AGTCACNNNN NNN                             33


(2) INFORMATION FOR SEQ ID NO:10:

      (i) SEQUENCE CHARACTERISTICS:
           (A) LENGTH: 29 base pairs
           (B) TYPE: nucleic acid
           (C) STRANDEDNESS: single
           (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: other nucleic acid
           (A) DESCRIPTION: /desc = "primer"

    (iii) HYPOTHETICAL: NO

     (iv) ANTI-SENSE: NO

     (vi) ORIGINAL SOURCE:
           (A) ORGANISM: Homo sapiens

     (ix) FEATURE:
           (A) NAME/KEY: misc_feature
           (B) LOCATION: 1..2
           (D) OTHER INFORMATION: /note= "(PO4) at nucleotide 1"

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:10:

GTGACTAATC GATACGCGTG TGAAGGTGC                                  29


(2) INFORMATION FOR SEQ ID NO:11:

      (i) SEQUENCE CHARACTERISTICS:
           (A) LENGTH: 25 base pairs
           (B) TYPE: nucleic acid
           (C) STRANDEDNESS: single
           (D) TOPOLOGY: linear
```

A000510

6,033,857

**107**                                                                    **108**

–continued

```
      (ii) MOLECULE TYPE: other nucleic acid
           (A) DESCRIPTION: /desc = "primer"

     (iii) HYPOTHETICAL: NO

      (iv) ANTI-SENSE: NO

      (vi) ORIGINAL SOURCE:
           (A) ORGANISM: Homo sapiens

      (ix) FEATURE:
           (A) NAME/KEY: misc_feature
           (B) LOCATION: 1..2
           (D) OTHER INFORMATION: /note= "Biotinylated at nucleotide
               1"

      (xi) SEQUENCE DESCRIPTION: SEQ ID NO:11:

TTGAAGAACA ACAGGACTTT CACTA                                         25


     (2) INFORMATION FOR SEQ ID NO:12:

       (i) SEQUENCE CHARACTERISTICS:
           (A) LENGTH: 19 base pairs
           (B) TYPE: nucleic acid
           (C) STRANDEDNESS: single
           (D) TOPOLOGY: linear

      (ii) MOLECULE TYPE: other nucleic acid
           (A) DESCRIPTION: /desc = "primer"

     (iii) HYPOTHETICAL: NO

      (iv) ANTI-SENSE: NO

      (vi) ORIGINAL SOURCE:
           (A) ORGANISM: Homo sapiens

      (xi) SEQUENCE DESCRIPTION: SEQ ID NO:12:

CACCTTCACA CGCGTATCG                                                19


     (2) INFORMATION FOR SEQ ID NO:13:

       (i) SEQUENCE CHARACTERISTICS:
           (A) LENGTH: 27 base pairs
           (B) TYPE: nucleic acid
           (C) STRANDEDNESS: single
           (D) TOPOLOGY: linear

      (ii) MOLECULE TYPE: other nucleic acid
           (A) DESCRIPTION: /desc = "primer"

     (iii) HYPOTHETICAL: NO

      (iv) ANTI-SENSE: NO

      (vi) ORIGINAL SOURCE:
           (A) ORGANISM: Homo sapiens

      (xi) SEQUENCE DESCRIPTION: SEQ ID NO:13:

GTTCGTAATT GTTGTTTTTA TGTTCAG                                       27


     (2) INFORMATION FOR SEQ ID NO:14:

       (i) SEQUENCE CHARACTERISTICS:
           (A) LENGTH: 22 base pairs
           (B) TYPE: nucleic acid
           (C) STRANDEDNESS: single
           (D) TOPOLOGY: linear

      (ii) MOLECULE TYPE: other nucleic acid
           (A) DESCRIPTION: /desc = "primer"
```

6,033,857

**109**                                                                                      **110**

-continued

```
 (iii) HYPOTHETICAL: NO

  (iv) ANTI-SENSE: NO

  (vi) ORIGINAL SOURCE:
       (A) ORGANISM: Homo sapiens

  (xi) SEQUENCE DESCRIPTION: SEQ ID NO:14:

CCTTCACACG CGTATCGATT AG                                              22


(2) INFORMATION FOR SEQ ID NO:15:

   (i) SEQUENCE CHARACTERISTICS:
       (A) LENGTH: 22 base pairs
       (B) TYPE: nucleic acid
       (C) STRANDEDNESS: single
       (D) TOPOLOGY: linear

  (ii) MOLECULE TYPE: other nucleic acid
       (A) DESCRIPTION: /desc = "primer"

 (iii) HYPOTHETICAL: NO

  (iv) ANTI-SENSE: NO

  (vi) ORIGINAL SOURCE:
       (A) ORGANISM: Homo sapiens

  (xi) SEQUENCE DESCRIPTION: SEQ ID NO:15:

TTTGGATCAT TTTCACACTG TC                                              22


(2) INFORMATION FOR SEQ ID NO:16:

   (i) SEQUENCE CHARACTERISTICS:
       (A) LENGTH: 22 base pairs
       (B) TYPE: nucleic acid
       (C) STRANDEDNESS: single
       (D) TOPOLOGY: linear

  (ii) MOLECULE TYPE: other nucleic acid
       (A) DESCRIPTION: /desc = "primer"

 (iii) HYPOTHETICAL: NO

  (iv) ANTI-SENSE: NO

  (vi) ORIGINAL SOURCE:
       (A) ORGANISM: Homo sapiens

  (xi) SEQUENCE DESCRIPTION: SEQ ID NO:16:

GTGCTCATAG TCAGAAATGA AG                                              22


(2) INFORMATION FOR SEQ ID NO:17:

   (i) SEQUENCE CHARACTERISTICS:
       (A) LENGTH: 21 base pairs
       (B) TYPE: nucleic acid
       (C) STRANDEDNESS: single
       (D) TOPOLOGY: linear

  (ii) MOLECULE TYPE: DNA (genomic)

 (iii) HYPOTHETICAL: NO

  (iv) ANTI-SENSE: NO

  (vi) ORIGINAL SOURCE:
       (A) ORGANISM: Homo sapiens

  (xi) SEQUENCE DESCRIPTION: SEQ ID NO:17:

TCTTCCCATC CTCACAGTAA G                                               21
```

6,033,857

111                                                                                         112

---continued

---

(2) INFORMATION FOR SEQ ID NO:18:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 21 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

    (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
        (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:18:

GTACTGGGTT TTTAGCAAGC A                                                         21


(2) INFORMATION FOR SEQ ID NO:19:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 19 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

    (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
        (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:19:

GGTTAAAACT AAGGTGGGA                                                            19


(2) INFORMATION FOR SEQ ID NO:20:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 19 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

    (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
        (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:20:

ATTTGCCCAG CATGACACA                                                            19


(2) INFORMATION FOR SEQ ID NO:21:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 19 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

    (iii) HYPOTHETICAL: NO

6,033,857

<div style="text-align:center">**113**              **114**</div>

-continued

```
     (iv) ANTI-SENSE: NO

     (vi) ORIGINAL SOURCE:
          (A) ORGANISM: Homo sapiens

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:21:

TTTCCCAGTA TAGAGGAGA                                        19


(2) INFORMATION FOR SEQ ID NO:22:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 21 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: DNA (genomic)

    (iii) HYPOTHETICAL: NO

     (iv) ANTI-SENSE: NO

     (vi) ORIGINAL SOURCE:
          (A) ORGANISM: Homo sapiens

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:22:

GTAGGAAAAT GTTTCATTTA A                                     21


(2) INFORMATION FOR SEQ ID NO:23:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 21 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: DNA (genomic)

    (iii) HYPOTHETICAL: NO

     (iv) ANTI-SENSE: NO

     (vi) ORIGINAL SOURCE:
          (A) ORGANISM: Homo sapiens

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:23:

ATCTAAAGTA GTATTCCAAC A                                     21


(2) INFORMATION FOR SEQ ID NO:24:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 19 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: DNA (genomic)

    (iii) HYPOTHETICAL: NO

     (iv) ANTI-SENSE: NO

     (vi) ORIGINAL SOURCE:
          (A) ORGANISM: Homo sapiens

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:24:

GGGGGTAAAA AAAGGGGAA                                        19


(2) INFORMATION FOR SEQ ID NO:25:

      (i) SEQUENCE CHARACTERISTICS:
```

A000514

6,033,857

-continued

```
          (A) LENGTH: 20 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: DNA (genomic)

    (iii) HYPOTHETICAL: NO

     (iv) ANTI-SENSE: NO

     (vi) ORIGINAL SOURCE:
          (A) ORGANISM: Homo sapiens

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:25:

GAGATAAGTC AGGTATGATT                                          20


(2) INFORMATION FOR SEQ ID NO:26:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 20 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: DNA (genomic)

    (iii) HYPOTHETICAL: NO

     (iv) ANTI-SENSE: NO

     (vi) ORIGINAL SOURCE:
          (A) ORGANISM: Homo sapiens

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:26:

AATTGCCTGT ATGAGGCAGA                                          20


(2) INFORMATION FOR SEQ ID NO:27:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 20 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: DNA (genomic)

    (iii) HYPOTHETICAL: NO

     (iv) ANTI-SENSE: NO

     (vi) ORIGINAL SOURCE:
          (A) ORGANISM: Homo sapiens

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:27:

GGCAATTCAG TAAACGTTAA                                          20


(2) INFORMATION FOR SEQ ID NO:28:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 20 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: DNA (genomic)

    (iii) HYPOTHETICAL: NO

     (iv) ANTI-SENSE: NO

     (vi) ORIGINAL SOURCE:
          (A) ORGANISM: Homo sapiens
```

6,033,857

-continued

```
    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:28:

ATTGTCAGTT ACTAACACAC                                        20


(2) INFORMATION FOR SEQ ID NO:29:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 20 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

   (ii) MOLECULE TYPE: DNA (genomic)

  (iii) HYPOTHETICAL: NO

   (iv) ANTI-SENSE: NO

   (vi) ORIGINAL SOURCE:
        (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:29:

GTGTCATGTA ATCAAATAGT                                        20


(2) INFORMATION FOR SEQ ID NO:30:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 19 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

   (ii) MOLECULE TYPE: DNA (genomic)

  (iii) HYPOTHETICAL: NO

   (iv) ANTI-SENSE: NO

   (vi) ORIGINAL SOURCE:
        (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:30:

CAGGTTTAGA GACTTTCTC                                         19


(2) INFORMATION FOR SEQ ID NO:31:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 18 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

   (ii) MOLECULE TYPE: DNA (genomic)

  (iii) HYPOTHETICAL: NO

   (iv) ANTI-SENSE: NO

   (vi) ORIGINAL SOURCE:
        (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:31:

GGACCTAGGT TGATTGCA                                          18


(2) INFORMATION FOR SEQ ID NO:32:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 19 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear
```

A000516

6,033,857

119                                                              120

--continued

```
     (ii) MOLECULE TYPE: DNA (genomic)

     (iii) HYPOTHETICAL: NO

      (iv) ANTI-SENSE: NO

      (vi) ORIGINAL SOURCE:
           (A) ORGANISM: Homo sapiens

      (xi) SEQUENCE DESCRIPTION: SEQ ID NO:32:

GTCAAGAAAG GTAAGGTAA                                          19


(2) INFORMATION FOR SEQ ID NO:33:

       (i) SEQUENCE CHARACTERISTICS:
           (A) LENGTH: 19 base pairs
           (B) TYPE: nucleic acid
           (C) STRANDEDNESS: single
           (D) TOPOLOGY: linear

      (ii) MOLECULE TYPE: DNA (genomic)

     (iii) HYPOTHETICAL: NO

      (iv) ANTI-SENSE: NO

      (vi) ORIGINAL SOURCE:
           (A) ORGANISM: Homo sapiens

      (xi) SEQUENCE DESCRIPTION: SEQ ID NO:33:

CTATGAGAAA GGTTGTGAG                                          19


(2) INFORMATION FOR SEQ ID NO:34:

       (i) SEQUENCE CHARACTERISTICS:
           (A) LENGTH: 19 base pairs
           (B) TYPE: nucleic acid
           (C) STRANDEDNESS: single
           (D) TOPOLOGY: linear

      (ii) MOLECULE TYPE: DNA (genomic)

     (iii) HYPOTHETICAL: NO

      (iv) ANTI-SENSE: NO

      (vi) ORIGINAL SOURCE:
           (A) ORGANISM: Homo sapiens

      (xi) SEQUENCE DESCRIPTION: SEQ ID NO:34:

CCTAGTCTTG CTAGTTCTT                                          19


(2) INFORMATION FOR SEQ ID NO:35:

       (i) SEQUENCE CHARACTERISTICS:
           (A) LENGTH: 22 base pairs
           (B) TYPE: nucleic acid
           (C) STRANDEDNESS: single
           (D) TOPOLOGY: linear

      (ii) MOLECULE TYPE: DNA (genomic)

     (iii) HYPOTHETICAL: NO

      (iv) ANTI-SENSE: NO

      (vi) ORIGINAL SOURCE:
           (A) ORGANISM: homo sapiens

      (xi) SEQUENCE DESCRIPTION: SEQ ID NO:35:

AACAGTTGTA GATACCTCTG AA                                      22
```

6,033,857

121                                                   122

---

–continued

(2) INFORMATION FOR SEQ ID NO:36:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 22 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

    (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
        (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:36:

GACTTTTGA TACCCTGAAA TG                                           22

(2) INFORMATION FOR SEQ ID NO:37:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 22 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

    (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
        (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:37:

CAGCATCTTG AATCTCATAC AG                                          22

(2) INFORMATION FOR SEQ ID NO:38:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 23 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

    (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
        (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:38:

CATGTATACA GATGATGCCT AAG                                         23

(2) INFORMATION FOR SEQ ID NO:39:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 24 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

    (iii) HYPOTHETICAL: NO

6,033,857

**123** **124**

---

−continued

```
    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
         (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:39:

AACTTAGTGA AAAATATTTA GTGA                                    24


(2) INFORMATION FOR SEQ ID NO:40:

     (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 22 base pairs
         (B) TYPE: nucleic acid
         (C) STRANDEDNESS: single
         (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
         (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:40:

ATACATCTTG ATTCTTTTCC AT                                      22


(2) INFORMATION FOR SEQ ID NO:41:

     (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 22 base pairs
         (B) TYPE: nucleic acid
         (C) STRANDEDNESS: single
         (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
         (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:41:

TTTAGTGAAT GTGATTGATG GT                                      22


(2) INFORMATION FOR SEQ ID NO:42:

     (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 20 base pairs
         (B) TYPE: nucleic acid
         (C) STRANDEDNESS: single
         (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
         (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:42:

AGAACCAACT TTGTCCTTAA                                         20


(2) INFORMATION FOR SEQ ID NO:43:
```

A000519

6,033,857

125                                                                 126

–continued

```
        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 22 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

       (ii) MOLECULE TYPE: DNA (genomic)

      (iii) HYPOTHETICAL: NO

       (iv) ANTI-SENSE: NO

       (vi) ORIGINAL SOURCE:
            (A) ORGANISM: Homo sapiens

       (xi) SEQUENCE DESCRIPTION: SEQ ID NO:43:

TTAGATTTGT GTTTTGGTTG AA                                          22


(2) INFORMATION FOR SEQ ID NO:44:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 20 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

       (ii) MOLECULE TYPE: DNA (genomic)

      (iii) HYPOTHETICAL: NO

       (iv) ANTI-SENSE: NO

       (vi) ORIGINAL SOURCE:
            (A) ORGANISM: Homo sapiens

       (xi) SEQUENCE DESCRIPTION: SEQ ID NO:44:

TAGCTCTTTT GGGACAATTC                                            20


(2) INFORMATION FOR SEQ ID NO:45:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 22 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

       (ii) MOLECULE TYPE: DNA (genomic)

      (iii) HYPOTHETICAL: NO

       (iv) ANTI-SENSE: NO

       (vi) ORIGINAL SOURCE:
            (A) ORGANISM: Homo sapiens

       (xi) SEQUENCE DESCRIPTION: SEQ ID NO:45:

ATGGAAAAGA ATCAAGATGT AT                                          22


(2) INFORMATION FOR SEQ ID NO:46:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 21 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

       (ii) MOLECULE TYPE: DNA (genomic)

      (iii) HYPOTHETICAL: NO

       (iv) ANTI-SENSE: NO

       (vi) ORIGINAL SOURCE:
```

6,033,857

127                                                        128

−continued

---

        (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:46:

CCTAATGTTA TGTTCAGAGA G                                    21


(2) INFORMATION FOR SEQ ID NO:47:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 19 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

    (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
        (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:47:

GCTACCTCCA AAACTGTGA                                       19


(2) INFORMATION FOR SEQ ID NO:48:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 22 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

    (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
        (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:48:

GTGTAAAGCA GCATATAAAA AT                                   22


(2) INFORMATION FOR SEQ ID NO:49:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 18 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

    (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
        (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:49:

CTTGCTGCTG TCTACCTG                                        18


(2) INFORMATION FOR SEQ ID NO:50:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 20 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single

6,033,857

**129**                                                                              **130**

–continued

```
          (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
          (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:50:

AGTGGTCTTA AGATAGTCAT                                               20


(2) INFORMATION FOR SEQ ID NO:51:

     (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 21 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
          (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:51:

CCATAATTTA ACACCTAGCC A                                             21


(2) INFORMATION FOR SEQ ID NO:52:

     (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 21 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
          (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:52:

CCAAAAAAGT TAAATCTGAC A                                             21


(2) INFORMATION FOR SEQ ID NO:53:

     (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 21 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
          (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:53:
```

6,033,857

131                                                                                                    132

—continued

```
GGCTTTTATT CTGCTCATGG C                                        21


(2) INFORMATION FOR SEQ ID NO:54:

     (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 21 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
          (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:54:

CCTCTGCAGA AGTTTCCTCA C                                        21


(2) INFORMATION FOR SEQ ID NO:55:

     (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 21 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
          (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:55:

AACGGACTTG CTATTTACTG A                                        21


(2) INFORMATION FOR SEQ ID NO:56:

     (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 21 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
          (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:56:

AGTACCTTGC TCTTTTTCAT C                                        21


(2) INFORMATION FOR SEQ ID NO:57:

     (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 21 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)
```

6,033,857

133                                          134

–continued

```
   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
         (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:57:

CAGCTAGCGG GAAAAAAGTT A                                    21


(2) INFORMATION FOR SEQ ID NO:58:

     (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 21 base pairs
         (B) TYPE: nucleic acid
         (C) STRANDEDNESS: single
         (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
         (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:58:

TTCGGAGAGA TGATTTTTGT C                                    21


(2) INFORMATION FOR SEQ ID NO:59:

     (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 19 base pairs
         (B) TYPE: nucleic acid
         (C) STRANDEDNESS: single
         (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
         (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:59:

GCCTTAGCTT TTTACACAA                                       19


(2) INFORMATION FOR SEQ ID NO:60:

     (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 20 base pairs
         (B) TYPE: nucleic acid
         (C) STRANDEDNESS: single
         (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
         (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:60:

TTTTTGATTA TATCTCGTTG                                      20


(2) INFORMATION FOR SEQ ID NO:61:
```

6,033,857

**135**                                                              **136**

-continued

```
    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 21 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

   (ii) MOLECULE TYPE: DNA (genomic)

  (iii) HYPOTHETICAL: NO

   (iv) ANTI-SENSE: NO

   (vi) ORIGINAL SOURCE:
        (A) ORGANISM: Homo sapiens

   (xi) SEQUENCE DESCRIPTION: SEQ ID NO:61:

TTATTCTCGT TGTTTTCCTT A                                       21


(2) INFORMATION FOR SEQ ID NO:62:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 21 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

   (ii) MOLECULE TYPE: DNA (genomic)

  (iii) HYPOTHETICAL: NO

   (iv) ANTI-SENSE: NO

   (vi) ORIGINAL SOURCE:
        (A) ORGANISM: Homo sapiens

   (xi) SEQUENCE DESCRIPTION: SEQ ID NO:62:

CCATTAAATT GTCCATATCT A                                       21


(2) INFORMATION FOR SEQ ID NO:63:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 21 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

   (ii) MOLECULE TYPE: DNA (genomic)

  (iii) HYPOTHETICAL: NO

   (iv) ANTI-SENSE: NO

   (vi) ORIGINAL SOURCE:
        (A) ORGANISM: Homo sapiens

   (xi) SEQUENCE DESCRIPTION: SEQ ID NO:63:

GACGTAGGTG AATAGTGAAG A                                       21


(2) INFORMATION FOR SEQ ID NO:64:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 20 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

   (ii) MOLECULE TYPE: DNA (genomic)

  (iii) HYPOTHETICAL: NO

   (iv) ANTI-SENSE: NO
```

6,033,857

137                                                             138

-continued

```
        (vi) ORIGINAL SOURCE:
             (A) ORGANISM: Homo sapiens

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:64:

TCAAATTCCT CTAACACTCC                                                    20


(2) INFORMATION FOR SEQ ID NO:65:

        (i) SEQUENCE CHARACTERISTICS:
             (A) LENGTH: 21 base pairs
             (B) TYPE: nucleic acid
             (C) STRANDEDNESS: single
             (D) TOPOLOGY: linear

        (ii) MOLECULE TYPE: DNA (genomic)

       (iii) HYPOTHETICAL: NO

        (iv) ANTI-SENSE: NO

        (vi) ORIGINAL SOURCE:
             (A) ORGANISM: Homo sapiens

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:65:

GAAGATAGTA CCAAGCAAGT C                                                  21


(2) INFORMATION FOR SEQ ID NO:66:

        (i) SEQUENCE CHARACTERISTICS:
             (A) LENGTH: 21 base pairs
             (B) TYPE: nucleic acid
             (C) STRANDEDNESS: single
             (D) TOPOLOGY: linear

        (ii) MOLECULE TYPE: DNA (genomic)

       (iii) HYPOTHETICAL: NO

        (iv) ANTI-SENSE: NO

        (vi) ORIGINAL SOURCE:
             (A) ORGANISM: Homo sapiens

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:66:

TGAGACTTTG GTTCCTAATA C                                                  21


(2) INFORMATION FOR SEQ ID NO:67:

        (i) SEQUENCE CHARACTERISTICS:
             (A) LENGTH: 21 base pairs
             (B) TYPE: nucleic acid
             (C) STRANDEDNESS: single
             (D) TOPOLOGY: linear

        (ii) MOLECULE TYPE: DNA (genomic)

       (iii) HYPOTHETICAL: NO

        (iv) ANTI-SENSE: NO

        (vi) ORIGINAL SOURCE:
             (A) ORGANISM: Homo sapiens

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:67:

AGTAACGAAC ATTCAGACCA G                                                  21


(2) INFORMATION FOR SEQ ID NO:68:

        (i) SEQUENCE CHARACTERISTICS:
             (A) LENGTH: 20 base pairs
             (B) TYPE: nucleic acid
```

6,033,857

**139**                                                        **140**

-continued

```
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

      (ii) MOLECULE TYPE: DNA (genomic)

     (iii) HYPOTHETICAL: NO

      (iv) ANTI-SENSE: NO

      (vi) ORIGINAL SOURCE:
            (A) ORGANISM: Homo sapiens

      (xi) SEQUENCE DESCRIPTION: SEQ ID NO:68:

GTCTTCACTA TTCACCTACG                                          20


 (2) INFORMATION FOR SEQ ID NO:69:

       (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 20 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

      (ii) MOLECULE TYPE: DNA (genomic)

     (iii) HYPOTHETICAL: NO

      (iv) ANTI-SENSE: NO

      (vi) ORIGINAL SOURCE:
            (A) ORGANISM: Homo sapiens

      (xi) SEQUENCE DESCRIPTION: SEQ ID NO:69:

CCCCCAAACT GACTACACAA                                          20


 (2) INFORMATION FOR SEQ ID NO:70:

       (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 21 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

      (ii) MOLECULE TYPE: DNA (genomic)

     (iii) HYPOTHETICAL: NO

      (iv) ANTI-SENSE: NO

      (vi) ORIGINAL SOURCE:
            (A) ORGANISM: Homo sapiens

      (xi) SEQUENCE DESCRIPTION: SEQ ID NO:70:

AGCATACCAA GTCTACTGAA T                                        21


 (2) INFORMATION FOR SEQ ID NO:71:

       (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 21 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

      (ii) MOLECULE TYPE: DNA (genomic)

     (iii) HYPOTHETICAL: NO

      (iv) ANTI-SENSE: NO

      (vi) ORIGINAL SOURCE:
            (A) ORGANISM: Homo sapiens

      (xi) SEQUENCE DESCRIPTION: SEQ ID NO:71:
```

6,033,857

**141** **142**

--continued

---

ACTCTTTCAA ACATTAGGTC A                                              21


(2) INFORMATION FOR SEQ ID NO:72:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 18 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
        (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:72:

TTGGAGAGGC AGGTGGAT                                                  18


(2) INFORMATION FOR SEQ ID NO:73:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 19 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
        (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:73:

CTATAGAGGG AGAACAGAT                                                 19


(2) INFORMATION FOR SEQ ID NO:74:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 22 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
        (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:74:

TTTATGCTGA TTTCTGTTGT AT                                             22


(2) INFORMATION FOR SEQ ID NO:75:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 21 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

6,033,857

**143**                                                    **144**

-continued
_____

```
    (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
         (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:75:

ATAAAACGGG AAGTGTTAAC T                                        21


(2) INFORMATION FOR SEQ ID NO:76:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 20 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

    (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
         (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:76:

CTGTGAGTTA TTTGGTGCAT                                          20


(2) INFORMATION FOR SEQ ID NO:77:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 21 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

    (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
         (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:77:

GAATACAAAA CAGTTACCAG A                                        21


(2) INFORMATION FOR SEQ ID NO:78:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 18 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

    (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
         (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:78:

CACCACCAAA GGGGGAAA                                            18
```

6,033,857

145                                                     146

---

−continued

```
(2) INFORMATION FOR SEQ ID NO:79:

     (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 20 base pairs
         (B) TYPE: nucleic acid
         (C) STRANDEDNESS: single
         (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
         (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:79:

AAATGAGGGT CTGCAACAAA                                         20


(2) INFORMATION FOR SEQ ID NO:80:

     (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 18 base pairs
         (B) TYPE: nucleic acid
         (C) STRANDEDNESS: single
         (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
         (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:80:

GTCCGACCAG AACTTGAG                                           18


(2) INFORMATION FOR SEQ ID NO:81:

     (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 20 base pairs
         (B) TYPE: nucleic acid
         (C) STRANDEDNESS: single
         (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
         (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:81:

AGCCATTTGT AGGATACTAG                                         20


(2) INFORMATION FOR SEQ ID NO:82:

     (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 17 base pairs
         (B) TYPE: nucleic acid
         (C) STRANDEDNESS: single
         (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO
```

6,033,857

**147**                                                                   **148**

-continued
---

    (vi) ORIGINAL SOURCE:
        (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:82:

CTACTAGACG GGCGGAG                                                17

(2) INFORMATION FOR SEQ ID NO:83:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 22 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

    (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
        (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:83:

ATGTTTTTGT AGTGAAGATT CT                                          22

(2) INFORMATION FOR SEQ ID NO:84:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 20 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

    (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
        (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:84:

TAGTTCGAGA GACAGTTAAG                                             20

(2) INFORMATION FOR SEQ ID NO:85:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 22 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

    (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
        (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:85:

CAGTTTTGGT TTGTTATAAT TG                                          22

(2) INFORMATION FOR SEQ ID NO:86:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 21 base pairs

A000531

6,033,857

**149**                                                           **150**

-continued

```
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: DNA (genomic)

    (iii) HYPOTHETICAL: NO

     (iv) ANTI-SENSE: NO

     (vi) ORIGINAL SOURCE:
          (A) ORGANISM: Homo sapiens

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:86:

CAGAGAATAG TTGTAGTTGT T                                             21


(2) INFORMATION FOR SEQ ID NO:87:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 19 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: DNA (genomic)

    (iii) HYPOTHETICAL: NO

     (iv) ANTI-SENSE: NO

     (vi) ORIGINAL SOURCE:
          (A) ORGANISM: Homo sapiens

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:87:

AACCTTAACC CATACTGCC                                                19


(2) INFORMATION FOR SEQ ID NO:88:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 20 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: DNA (genomic)

    (iii) HYPOTHETICAL: NO

     (iv) ANTI-SENSE: NO

     (vi) ORIGINAL SOURCE:
          (A) ORGANISM: Homo sapiens

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:88:

TTCAGTATCA TCCTATGTGG                                               20


(2) INFORMATION FOR SEQ ID NO:89:

      (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 22 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: DNA (genomic)

    (iii) HYPOTHETICAL: NO

     (iv) ANTI-SENSE: NO

     (vi) ORIGINAL SOURCE:
          (A) ORGANISM: Homo sapiens
```

6,033,857

151                                                                              152

-continued

```
        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:89:

TTTTATTCTC AGTTATTCAG TG                                        22


(2) INFORMATION FOR SEQ ID NO:90:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 21 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

        (ii) MOLECULE TYPE: DNA (genomic)

        (iii) HYPOTHETICAL: NO

        (iv) ANTI-SENSE: NO

        (vi) ORIGINAL SOURCE:
            (A) ORGANISM: Homo sapiens

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:90:

GAAATTGAGC ATCCTTAGTA A                                         21


(2) INFORMATION FOR SEQ ID NO:91:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 20 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

        (ii) MOLECULE TYPE: DNA (genomic)

        (iii) HYPOTHETICAL: NO

        (iv) ANTI-SENSE: NO

        (vi) ORIGINAL SOURCE:
            (A) ORGANISM: Homo sapiens

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:91:

AATTCTAGAG TCACACTTCC                                           20


(2) INFORMATION FOR SEQ ID NO:92:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 22 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

        (ii) MOLECULE TYPE: DNA (genomic)

        (iii) HYPOTHETICAL: NO

        (iv) ANTI-SENSE: NO

        (vi) ORIGINAL SOURCE:
            (A) ORGANISM: Homo sapiens

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:92:

ATATTTTTAA GGCAGTTCTA GA                                        22


(2) INFORMATION FOR SEQ ID NO:93:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 21 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear
```

6,033,857

153                154

-continued

```
      (ii) MOLECULE TYPE: DNA (genomic)

     (iii) HYPOTHETICAL: NO

      (iv) ANTI-SENSE: NO

      (vi) ORIGINAL SOURCE:
           (A) ORGANISM: Homo sapiens

      (xi) SEQUENCE DESCRIPTION: SEQ ID NO:93:

TTACACACAC CAAAAAAGTC A                                       21


(2) INFORMATION FOR SEQ ID NO:94:

       (i) SEQUENCE CHARACTERISTICS:
           (A) LENGTH: 22 base pairs
           (B) TYPE: nucleic acid
           (C) STRANDEDNESS: single
           (D) TOPOLOGY: linear

      (ii) MOLECULE TYPE: DNA (genomic)

     (iii) HYPOTHETICAL: NO

      (iv) ANTI-SENSE: NO

      (vi) ORIGINAL SOURCE:
           (A) ORGANISM: Homo sapiens

      (xi) SEQUENCE DESCRIPTION: SEQ ID NO:94:

TGAAAACTCT TATGATATCT GT                                      22


(2) INFORMATION FOR SEQ ID NO:95:

       (i) SEQUENCE CHARACTERISTICS:
           (A) LENGTH: 23 base pairs
           (B) TYPE: nucleic acid
           (C) STRANDEDNESS: single
           (D) TOPOLOGY: linear

      (ii) MOLECULE TYPE: DNA (genomic)

     (iii) HYPOTHETICAL: NO

      (iv) ANTI-SENSE: NO

      (vi) ORIGINAL SOURCE:
           (A) ORGANISM: Homo sapiens

      (xi) SEQUENCE DESCRIPTION: SEQ ID NO:95:

TGAATGTTAT ATATGTGACT TTT                                     23


(2) INFORMATION FOR SEQ ID NO:96:

       (i) SEQUENCE CHARACTERISTICS:
           (A) LENGTH: 21 base pairs
           (B) TYPE: nucleic acid
           (C) STRANDEDNESS: single
           (D) TOPOLOGY: linear

      (ii) MOLECULE TYPE: DNA (genomic)

     (iii) HYPOTHETICAL: NO

      (iv) ANTI-SENSE: NO

      (vi) ORIGINAL SOURCE:
           (A) ORGANISM: Homo sapiens

      (xi) SEQUENCE DESCRIPTION: SEQ ID NO:96:

CTTGTTGCTA TTCTTTGTCT A                                       21
```

6,033,857

**155**                                                             **156**

—continued

(2) INFORMATION FOR SEQ ID NO:97:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 22 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

    (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
        (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:97:

CCCTAGATAC TAAAAAATAA AG                                            22

(2) INFORMATION FOR SEQ ID NO:98:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 22 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

    (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
        (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:98:

CTTTTAGCAG TTATATAGTT TC                                            22

(2) INFORMATION FOR SEQ ID NO:99:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 19 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

    (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
        (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:99:

GCCAGAGAGT CTAAAACAG                                                19

(2) INFORMATION FOR SEQ ID NO:100:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 20 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

    (iii) HYPOTHETICAL: NO

6,033,857

157                                                                  158

–continued
<hr>

```
    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
         (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:100:

CTTTGGGTGT TTTATGCTTG                                          20


(2) INFORMATION FOR SEQ ID NO:101:

     (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 22 base pairs
         (B) TYPE: nucleic acid
         (C) STRANDEDNESS: single
         (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
         (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:101:

TTTGTTGTAT TTGTCCTGTT TA                                       22


(2) INFORMATION FOR SEQ ID NO:102:

     (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 23 base pairs
         (B) TYPE: nucleic acid
         (C) STRANDEDNESS: single
         (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
         (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:102:

ATTTTGTTAG TAAGGTCATT TTT                                      23


(2) INFORMATION FOR SEQ ID NO:103:

     (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 21 base pairs
         (B) TYPE: nucleic acid
         (C) STRANDEDNESS: single
         (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
         (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:103:

GTTCTGATTG CTTTTTATTC C                                        21


(2) INFORMATION FOR SEQ ID NO:104:

     (i) SEQUENCE CHARACTERISTICS:
```

6,033,857

**159**                                                              **160**

-continued

```
            (A) LENGTH: 20 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: DNA (genomic)

    (iii) HYPOTHETICAL: NO

     (iv) ANTI-SENSE: NO

     (vi) ORIGINAL SOURCE:
            (A) ORGANISM: Homo sapiens

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:104:

ATCACTTCTT CCATTGCATC                                         20


(2) INFORMATION FOR SEQ ID NO:105:

      (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 18 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: DNA (genomic)

    (iii) HYPOTHETICAL: NO

     (iv) ANTI-SENSE: NO

     (vi) ORIGINAL SOURCE:
            (A) ORGANISM: Homo sapiens

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:105:

CCGTGGCTGG TAAATCTG                                           18


(2) INFORMATION FOR SEQ ID NO:106:

      (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 19 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: DNA (genomic)

    (iii) HYPOTHETICAL: NO

     (iv) ANTI-SENSE: NO

     (vi) ORIGINAL SOURCE:
            (A) ORGANISM: Homo sapiens

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:106:

CTGGTAGCTC CAACTAATC                                          19


(2) INFORMATION FOR SEQ ID NO:107:

      (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 21 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: DNA (genomic)

    (iii) HYPOTHETICAL: NO

     (iv) ANTI-SENSE: NO

     (vi) ORIGINAL SOURCE:
            (A) ORGANISM: Homo sapiens
```

6,033,857

**161**                                                               **162**

-continued

```
    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:107:

ACCGGTACAA ACCTTTCATT G                                     21


(2) INFORMATION FOR SEQ ID NO:108:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 24 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
        (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:108:

CTATTTTGAT TTGCTTTTAT TATT                                  24


(2) INFORMATION FOR SEQ ID NO:109:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 21 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
        (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:109:

GCTATTTCCT TGATACTGGA C                                     21


(2) INFORMATION FOR SEQ ID NO:110:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 21 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
        (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:110:

TTGGAAACAT AAATATGTGG G                                     21


(2) INFORMATION FOR SEQ ID NO:111:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 20 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear
```

6,033,857

163                                                    164

-continued

```
    (ii) MOLECULE TYPE: DNA (genomic)

   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
         (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:111:

ACTTACAGGA GCCACATAAC                                          20


(2) INFORMATION FOR SEQ ID NO:112:

     (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 23 base pairs
         (B) TYPE: nucleic acid
         (C) STRANDEDNESS: single
         (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
         (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:112:

CTACATTAAT TATGATAGGC TCG                                      23


(2) INFORMATION FOR SEQ ID NO:113:

     (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 21 base pairs
         (B) TYPE: nucleic acid
         (C) STRANDEDNESS: single
         (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
         (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:113:

GTACTAATGT GTGGTTTGAA A                                        21


(2) INFORMATION FOR SEQ ID NO:114:

     (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 22 base pairs
         (B) TYPE: nucleic acid
         (C) STRANDEDNESS: single
         (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: DNA (genomic)

   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
         (A) ORGANISM: Homo sapiens

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:114:

TCAATGCAAG TTCTTCGTCA GC                                       22
```

6,033,857

165                                                                                             166

−continued

(2) INFORMATION FOR SEQ ID NO:115:

    (i) SEQUENCE CHARACTERISTICS:
      (A) LENGTH: 21 base pairs
      (B) TYPE: nucleic acid
      (C) STRANDEDNESS: single
      (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: other nucleic acid
      (A) DESCRIPTION: /desc = "Primer"

    (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:115:

GGGAAGCTTC ATAAGTCAGT C                                                 21


(2) INFORMATION FOR SEQ ID NO:116:

    (i) SEQUENCE CHARACTERISTICS:
      (A) LENGTH: 23 base pairs
      (B) TYPE: nucleic acid
      (C) STRANDEDNESS: single
      (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: other nucleic acid
      (A) DESCRIPTION: /desc = "Primer"

    (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: YES

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:116:

TTTGTAATGA AGCATCTGAT ACC                                               23


(2) INFORMATION FOR SEQ ID NO:117:

    (i) SEQUENCE CHARACTERISTICS:
      (A) LENGTH: 19 base pairs
      (B) TYPE: nucleic acid
      (C) STRANDEDNESS: single
      (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: other nucleic acid
      (A) DESCRIPTION: /desc = "Primer"

    (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:117:

AATGATGAAT GTAGCACGC                                                    19


(2) INFORMATION FOR SEQ ID NO:118:

    (i) SEQUENCE CHARACTERISTICS:
      (A) LENGTH: 18 base pairs
      (B) TYPE: nucleic acid
      (C) STRANDEDNESS: single
      (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: other nucleic acid
      (A) DESCRIPTION: /desc = "Primer"

    (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: YES

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:118:

A000540

6,033,857

**167** **168**

---

-continued

GTCTGAATGT TCGTTACT                                                     18


(2) INFORMATION FOR SEQ ID NO:119:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 19 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: other nucleic acid
        (A) DESCRIPTION: /desc = "Primer"

   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:119:

ACCATCAAAC ACATCATCC                                                    19


(2) INFORMATION FOR SEQ ID NO:120:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 20 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: other nucleic acid
        (A) DESCRIPTION: /desc = "Primer"

   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: YES

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:120:

AGAAAGTAAC TTGGAGGGAG                                                   20


(2) INFORMATION FOR SEQ ID NO:121:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 21 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: other nucleic acid
        (A) DESCRIPTION: /desc = "Primer"

   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:121:

CTCCTGAAAC TGTTCCCTTG G                                                 21


(2) INFORMATION FOR SEQ ID NO:122:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 21 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: single
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: other nucleic acid
        (A) DESCRIPTION: /desc = "Primer"

   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: YES

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:122:

6,033,857

169                                                                          170

-continued

```
TAATGGTGCT GGGATATTTG G                                          21


(2) INFORMATION FOR SEQ ID NO:123:

     (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 19 base pairs
         (B) TYPE: nucleic acid
         (C) STRANDEDNESS: single
         (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: other nucleic acid
         (A) DESCRIPTION: /desc = "Primer"

   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:123:

GAATGTCGAA GAGCTTGTC                                             19


(2) INFORMATION FOR SEQ ID NO:124:

     (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 20 base pairs
         (B) TYPE: nucleic acid
         (C) STRANDEDNESS: single
         (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: other nucleic acid
         (A) DESCRIPTION: /desc = "Primer"

   (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: YES

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:124:

AAACATACGC TTAGCCAGAC                                            20
```

What is claimed is:

1. A method for identifying a mutant BRCA2 nucleotide sequence in a suspected mutant BRCA2 allele which comprises comparing the nucleotide sequence of the suspected mutant BRCA2 allele with the wild-type BRCA2 nucleotide sequence, wherein a difference between the suspected mutant and the wild-type sequences identifies a mutant BRCA2 nucleotide sequence.

2. A method for diagnosing a predisposition for breast cancer in a human subject which comprises comparing the germline sequence of the BRCA2 gene or the sequence of its mRNA in a tissue sample from said subject with the germline sequence of the wild-type BRCA2 gene or the sequence of its mRNA, wherein an alteration in the germline sequence of the BRCA2 gene or the sequence of its mRNA of the subject indicates a predisposition to said cancer.

3. The method of claim 2 wherein an alteration is detected in a regulatory region of the BRCA2 gene.

4. The method of claim 2 wherein the detection in the alteration in the germline sequence is determined by an assay selected from the group consisting of (a) observing shifts in electrophoretic mobility of single-stranded DNA on non-denaturing polyacrylamide gels, (b) hybridizing a BRCA2 gene probe to genomic DNA isolated from said tissue sample, (c) hybridizing an allele-specific probe to genomic DNA of the tissue sample, (d) amplifying all or part of the BRCA2 gene from said tissue sample to produce an amplified sequence and sequencing the amplified sequence, (e) amplifying all or part of the BRCA2 gene from said tissue sample using primers for a specific BRCA2 mutant allele, (f) molecularly cloning all or part of the BRCA2 gene from said tissue sample to produce a cloned sequence and sequencing the cloned sequence, (g) identifying a mismatch between (1) a BRCA2 gene or a BRCA2 mRNA isolated from said tissue sample, and (2) a nucleic acid probe complementary to the human wild-type BRCA2 gene sequence, when molecules (1) and (2) are hybridized to each other to form a duplex, (h) amplification of BRCA2 gene sequences in said tissue sample and hybridization of the amplified sequences to nucleic acid probes which comprise wild-type BRCA2 gene sequences, (i) amplification of BRCA2 gene sequences in said tissue sample and hybridization of the amplified sequences to nucleic acid probes which comprise mutant BRCA2 gene sequences, (j) screening for a point mutation in said tissue sample, (k) screening for a deletion mutation in said tissue sample, (l) screening for an insertion mutation in said tissue sample, (m) in situ hybridization of the BRCA2 gene of said tissue sample with nucleic acid probes which comprise the BRCA2 gene.

5. A method for detecting a mutation in a neoplastic lesion at the BRCA2 gene in a human subject which comprises comparing the sequence of the BRCA2 gene or the sequence of its mRNA in a tissue sample from a lesion of said subject with the sequence of the wild-type BRCA2 gene or the sequence of its mRNA, wherein an alteration in the sequence of the BRCA2 gene or the sequence of its mRNA of the subject indicates a mutation at the BRCA2 gene of the neoplastic lesion.

6,033,857

**171**

6. The method of claim **5** wherein an alteration is detected in the a regulatory regions of the BRCA2 gene.

7. The method of claim **5** wherein the detection in the alteration in the BRCA2 sequence is determined by an assay selected from the group consisting of (a) observing shifts in electrophoretic mobility of single-stranded DNA on non-denaturing polyacrylamide gels, (b) hybridizing a BRCA2 gene probe to DNA isolated from said tissue sample, (c) hybridizing an allele-specific probe to DNA of the tissue sample, (d) amplifying all or part of the BRCA2 gene from said tissue sample to produce an amplified sequence and sequencing the amplified sequence, (e) amplifying all or part of the BRCA2 gene from said tissue sample using primers for a specific BRCA2 mutant allele, (f) molecularly cloning all or part of the BRCA2 gene from said tissue sample to produce a cloned sequence and sequencing the cloned sequence, (g) identifying a mismatch between (1) a BRCA2 gene or a BRCA2 mRNA isolated from said tissue sample, and (2) a nucleic acid probe complementary to the human wild-type BRCA2 gene sequence, when molecules (1) and (2) are hybridized to each other to form a duplex, (h) amplification of BRCA2 gene sequences in said tissue

**172**

sample and hybridization of the amplified sequences to nucleic acid probes which comprise wild-type BRCA2 gene sequences, (i) amplification of BRCA2 gene sequences in said tissue sample and hybridization of the amplified sequences to nucleic acid probes which comprise mutant BRCA2 gene sequences., (0) screening for a deletion mutation in said tissue sample, (k) screening for a point mutation in said tissue sample, (l) screening for an insertion mutation in said tissue sample, (m) in situ hybridization of the BRCA2 gene of said tissue sample with nucleic acid probes which comprise the BRCA2 gene.

8. A method for confirming the lack of a BRCA2 mutation in a neoplastic lesion from a human subject which comprises comparing the sequence of the BRCA2 gene or the sequence of its mRNA in a tissue sample from a lesion of said subject with the sequence of the wild-type BRCA2 gene or the sequence of its RNA, wherein the presence of the wild-type sequence in the tissue sample indicates the lack of a mutation at the BRCA2 gene.

\* \* \* \* \*

A000543

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.           : 6,033,857                                    Page 1 of 1
APPLICATION NO. : 09/044946
DATED                   : March 7, 2000
INVENTOR(S)        : Tavtigian et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Col. 172, Claim 7, line 6, please change "(0)" to --(j)--.

Col. 172, Claim 8, line 17, please change "RNA" to --mRNA--.

Signed and Sealed this

Twenty-fourth Day of November, 2009

David J. Kappos
*Director of the United States Patent and Trademark Office*



US006951721B2

(12) **United States Patent**

Murphy

(10) Patent No.: **US 6,951,721 B2**

(45) Date of Patent: **\*Oct. 4, 2005**

(54) **METHOD FOR DETERMINING THE HAPLOTYPE OF A HUMAN BRCA1 GENE**

(75) Inventor: **Patricia D. Murphy**, Slingerlands, NY (US)

(73) Assignee: **Gene Logic Inc.**, Gaithersburg, MD (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 87 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/923,327**

(22) Filed: **Aug. 8, 2001**

(65) **Prior Publication Data**

US 2003/0096236 A1 May 22, 2003

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/084,471, filed on May 22, 1998, and a continuation-in-part of application No. 08/905,772, filed on Aug. 4, 1997, now abandoned, which is a continuation-in-part of application No. 08/798,691, filed on Feb. 12, 1997, now Pat. No. 5,750,400, which is a continuation-in-part of application No. 08/598,591, filed on Feb. 12, 1996, now Pat. No. 5,654,155.

(51) **Int. Cl.7** ......................... **C12Q 1/68**; C12P 19/34; C07H 21/02; C07H 21/04

(52) **U.S. Cl.** ........................ **435/6**; 435/91.1; 435/91.2; 536/23.1; 536/23.5; 536/24.31

(58) **Field of Search** ........................ 435/6, 91.1, 91.2; 536/23.1, 23.5, 24.31; 530/300, 350, 386

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,458,066 A | | 7/1984 | Caruthers et al. .............. 536/27 |
| 5,498,324 A | | 3/1996 | Yeung et al. ................. 204/452 |
| 5,561,058 A | | 10/1996 | Gelfand et al. ............. 435/912 |
| 5,578,443 A | \* | 11/1996 | Santamaria et al. ........... 435/6 |
| 5,593,840 A | | 1/1997 | Bhatnagar et al. ............ 435/6 |
| 5,642,936 A | | 7/1997 | Evans ......................... 128/630 |
| 5,654,155 A | \* | 8/1997 | Murphy et al. ............... 435/6 |
| 5,686,246 A | | 11/1997 | Kornman et al. ............. 435/6 |
| 5,750,400 A | \* | 5/1998 | Murphy et al. ............... 435/6 |
| 5,763,183 A | \* | 6/1998 | Pesonen et al. ............... 435/6 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 699 754 A1 | 3/1996 |
| EP | 0 705 902 A1 | 4/1996 |
| EP | 0 705 903 A1 | 4/1996 |
| WO | WO 95/19369 | 7/1995 |
| WO | WO 98/05677 | 2/1998 |
| WO | WO 98/44157 | 10/1998 |

OTHER PUBLICATIONS

Beaucage et al., "Deoxynucleoside Phosphoramidites—A New Class of Key Intermediates for Deoxypolynucleotide Synthesis," *Tetrahedron Letters* 22(20):1859–1862 (1981).

Beutler et al., "Molecular Heterogeneity of Glucose–6–Phosphate Dehydrogenase A," *Blood* 74(7):2550–2555 (1989).

Beutler et al., "Mutation analysis of glucose–6–phosphate dehydrogenase (G6PD) variants in Costa Rica," *Human Genetics* 87:462–464 (1991).

Connor et al., "Detection of sickle cell $\beta^S$–globin allele by hybridization with synthetic oligonucleotides," *Proc. Natl. Acad. Sci. U.S.A.* 80:278–282 (1983).

Cooke et al., "Pt$^{A2}$ polymorphism and efficcy of aspirin," *The Lancet* 351:1253 (1998).

Couch et al., "Mutations and Polymorphisms in the Familial Early–Onset Breast Cancer (BRCA1) Gene)," *Human Mutation* 8:8–18 (1996).

Dunning et al., "Common BRCA1 variants and susceptibility to breast and ovarian cancer in the general population," *Human Molecular Genetics* 6(2):285–289 (1997).

Durocher et al., "Comparison of BRCA1 polymorphisms, rare sequence variants and/or missense mutations in unaffected and breast/ovarian cancer populations," *Human Molecular Genetics* 5(6):835–842 (1996).

Easton et al., "Genetic Linkage Analysis in Familial Breast and Ovarian Cancer: Results from 214 Families," *American Journal of Human Genetics* 52:678–701 (1993).

Friedman et al., "Confirmation of BRCA1 by analysis of germline mutations linked to breast and ovarian cancer in ten families," *Nature Genetics* 8:399–404 (1994).

Friend et al., Breast cancer information on the web, *Nature Genetics* 11:238–239 (1995).

Hirono, A. and Beutler, E., "Molecular cloning and nucleotide sequence of cDNA for human glucose–6–phosphate dehydrogenase variant A(–)," *Proc. Natl. Acad. Sci. U.S.A.* 85:3951–3954 (1988).

Holt et al., "Growth retardation and tumour inhibition by BRCA1," *Nature Genetics* 12(3):298–302 (1996).

Landgren et al., "A Ligase–Mediated Gene Detection Technique," *Science* 241:1077–1021 (1988).

Landgren et al., "DNA Diagnostics—Molecular Techniques and Automation," *Science* 242:229–237 (1988).

Liaw et al., "Germline mutations of the PTEN gene in Cowden disease, an inherited breast and thyroid cancer syndrome," *Nature Genetics* 16(1):64–67 (1997).

(Continued)

*Primary Examiner*—Carla J. Myers

(74) *Attorney, Agent, or Firm*—Morgan, Lewis & Bockius LLP

(57) **ABSTRACT**

Methods for identifying functional allele profiles of a given gene are disclosed. Functional allele profiles comprise the commonly occurring alleles in a population, and the relative frequencies at which such alleles of a given gene occur. Functional allele profiles are useful in treatment and diagnosis of diseases, for genetic and pharmacogenetic applications and for evaluating the degree to which the gene(s) are under selective pressure.

**19 Claims, 1 Drawing Sheet**

US 6,951,721 B2

Page 2

OTHER PUBLICATIONS

Maniatis et al., *Molecular Cloning: A Laboratory Manual*, Cold Spring Harbor Laboratory, NY, pp. 280–281 (1982).

Miki et al., "A Strong Candidate for the Breast and Ovarian Cancer Susceptibility Gene BRCA1," *Science* 266:66–71 (1994).

Newman et al., "The Human Platelet Alloantigens, $Pl^{A1}$ and $Pl^{A2}$ Are Associated with a Leucine[33]/Proline[33] Amino Acid Polymorphism in Membrane Glycoprotein IIIa, and Are Distinguishable by DNA Typing," *Journal of Clinical Investigation* 83:1778–1781 (1989).

*PCR, A Practical Approach*, ILR Press, Eds. M.J. McPherson, P. Quirke, and G.R. Taylor (1992).

Ridker et al., "$Pl^{A1/A2}$ polymorphism of platelet glycoprotein IIIa and risks of myocardial infarction, stroke, and venous thrombosis," *The Lancet* 349:385–388 (1997).

Saiki et al., "A Novel Method for the Detection of Polymorphic Restriction Sites by Cleavage of Oligonucleotide Probes: Application to Sickle–Cell Anemia," *Bio/Technology* 3:1008–1012 (1985).

Sambrook et al., *Molecular Cloning, A Laboratory Manual*, 2nd Ed.; Cold Spring Harbor Laboratory Press, at 9.16–9.19 (1989).

Sharan et al., "Murine Brce1: sequence and significance for human missense mutations," *Human Molecular Genetics* 4(12):2275–2278 (1995).

Shuldiner et al., *Handbook of Endocrine Research Techniques*, de Pablo, F., Scanes, C., and Weintraub, B., eds., Academic Press, Inc., pp. 457–486 (1993).

Storey et al., "Role of a p53 polymorphism in the development of human papilloma–virus–associated cancer," *Nature* 393:229–234 (1998).

Vogelstein et al., "p53 Function and Dysfunction," *Cell* 70:523–526 (1992).

Weiss et al., "A monoclonal antibody (SZ21) specific for platelet GPIIIa distinguishes $Pl^{A1}$ from $Pl^{A2}$," *Tissue Antigens* 46:374–381 (1995).

Weiss et al., "A Polymorphism of a Platelet Glycoprotein Receptor as an Inherited Risk Factor for Coronary Thrombosis," *The New England Journal of Medicine* 334(17):1090–1094 (1996).

Molecular Biology, 2d ed., David Freifelder, auth., Jones and Bartlett Publishers, Inc. Boston, p. 37 (1987).

Mattila, P. et al., "Extensive Allelic Sequence Variation in the J Region of the Human Immunoglobulin Heavy Chain Gene Locus", *Eur. J. Immunol.—25*:2578–2582 (1995).

Morrison, N., et al., "Frequent Alleles of the Human Vitamin D Receptor Gene Are Functionally Distinct", *Garvan Institute of Medical Research—20* (Feb. 21, 1992).

Moudallal, J., et al., "Monoclonal Antibodies as Probes of the Antigenic Structure of Tobacco Mosaic Virus", *The EMBO Journal—I*(8):1005–1010 (1982).

Hacia, J., et al., "Detection of Heterozygous Mutations in BRCA1 Using High Density Oligonucleotide Arrays and Two–Colour Fluorescence Analysis", *Nature Genetics* 14:441–447 (Dec. 1996).

Merajver, S., et al., "Risk Assessment and Presymptomatic Molecular Diagnosis in Hereditary Breast Cancer", *DNA Technology—16*(1):139–137 (Mar. 1996).

Madsen, H., et al., "A New Frequent Allele is the Missing Link in the Structural Polymorphism of the Human Mannan–Binding Protein", *Immunogenetics—40*:37–44 (1994).

Wainscoat, J., et al., "Evolutionary Relationships of Human Populations From an Analysis of Nuclear DNA Polymorphisms", *Nature—319*:491–493 (Feb. 6, 1986).

* cited by examiner



FIGURE 1

A000547

US 6,951,721 B2

1

# METHOD FOR DETERMINING THE HAPLOTYPE OF A HUMAN BRCA1 GENE

This application is a continuation-in-part of U.S. application Ser. No. 08/905,772 filed Aug. 4, 1997 now abandoned, which is a continuation-in-part of U.S. application Ser. No. 08/798,691 filed Feb. 12, 1997 now U.S. Pat. No. 5,750,400 issued May 12, 1998, which is a continuation-in-part of U.S. application Ser. No. 08/598,591 filed now Feb. 12, 1996 U.S. Pat. No. 5,654,155 issued Aug. 5, 1997. This application is also a continuation-in-part of U.S. application Ser. No. 09/084,471 filed May 22, 1998, each of which is hereby incorporated by reference in its entirety.

## FIELD OF THE INVENTION

The invention relates to methods for identifying functional alleles commonly occurring in a population, for finding new functional alleles, for determining the relative frequencies at which such alleles, for genetic and pharmacogenetic applications of the methods and products produced thereby.

## BACKGROUND OF THE INVENTION

An increasing number of genes which play a role in many different diseases are being identified. Detection of mutations in such genes is instrumental in determining susceptibility to or diagnosing these diseases. Some diseases, such as sickle cell disease, are known to be monomorphic; i.e., the disease is generally caused by a single mutation present in the population. In such cases where one or only a few known mutations are responsible for the disease, methods for detecting the mutations are targeted to the site within the gene at which they are known to occur. However, the mutation responsible for such a monomorphic disease can only be established in the first instance if there exists an accurate reference sequence for the non-pathological state.

In many other cases individuals affected by a given disease display extensive allelic heterogeneity. For example, more than 125 mutations in the human BRCA1 gene have been reported (Breast Cancer Information Core world wide web site at http://www.nchgr.nih.gov/dir/lab_transfer/bic, which became publicly available on Nov. 1, 1995; Friend, S. et al., 1995, Nature Genetics 11:238). Mutations in the BRCA1 gene are thought to account for roughly 45% of inherited breast cancer and 80–90% of families with increased risk of early onset breast and ovarian cancer (Easton, 1993, et al., American Journal of Human Genetics 52: 678–701).

Other examples of genes for which the population displays extensive allelic heterogeneity and which have been implicated in disease include CFTR (cystic fibrosis), dystrophin (Duchenne muscular dystrophy, and Becker muscular dystrophy), and p53 (Li-Fraumeni syndrome).

Breast cancer is also an example of a disease in which, in addition to allelic heterogeneity, there is genetic heterogeneity. In addition to BRCA1, the BRCA2 and BRCA3 genes have been linked to breast cancer. Similarly, the NFI and NFII genes are involved in neurofibromatosis (types I and II, respectively). Furthermore, hereditary non-polyposis colorectal cancer (HNPCC) is a disease in which four genes, MSH2, MLH1, PMS1, and PMS2, have been implicated. It is yet another example of a disease in which there is both allelic and genetic heterogeneity of mutations. A cDNA sequence for MSH2 has been deposited in GenBank as Accession No. U03911; and a cDNA sequence for MLH1 has been deposited in GenBank as Accession No. U40978.

2

Additionally, disease or disease susceptibility also results from the interaction of more than one gene or the interaction of an environmental, chemical or biological influence on one or more genes. For example, measles virus infects many people; some are immune due to vaccination or previous infection, some are infected but asymptomatic, some become sick with a rash, some develop an encephalitis and some die. Genetic susceptibility and many other factors are involved in the outcome.

A common misconception in the field of molecular genetics is that for any given gene there exists a single "normal" or "wild-type" sequence. Often, research into such wild-type sequences ends once a single sequence associated with normal function is identified. For example, information in GenBank concerning the BRCA1 sequence represented by GenBank Accession No. U14680 does not indicate a basis for whether this sequence is representative of the population at large. Even when polymorphisms of the BRCA1 gene were identified, no analysis was provided of the arrangement of such sequence variations in a given allele (i.e., the haplotype) (Miki et al., 1994, Science 266: 66–71).

In the fields of plant and animal breeding, the "wild-type" may not be the desirable or may be one of several possibilities. For some domesticated plants and animals, the "wild-type" of any gene may not even be known. In the Brassica family, debate exists as to exactly what is a wild cabbage plant, much less which of the many genes or traits constitutes a "wild-type". By definition, a wild-type is not pathological but sometimes this definition seems inappropriate. For example, the MacIntosh apple is propagated asexually exclusively. An inability to reproduce naturally may be considered the result of pathological mutation(s) but is none the less the desired trait. In other situations, different strains of a plant are cross-breed where each set of genes from each parent strain may be considered "wild-type".

Identification of a mutation provides for early diagnosis which is essential for effective treatment of many diseases. However, in order to identify a mutation, it is necessary to have an accurate understanding of the proper reference sequences which encode the non-pathological functional gene products occurring in the population. Prior research efforts and publications have neither suggested nor taught a systematic approach to both identify a functional allele of a given gene and determine the relative frequency with which the allele occurs in the population.

Certain wild-type sequences of a gene may be otherwise indistinguishable from others except under certain circumstances. For example, a gene involved in resistance or susceptibility to a certain infectious agent is only recognized when the individual plant or animal is exposed to the infectious agent. Likewise chemical sensitivity may be a wild-type which is pathological under only certain circumstances which may never occur in the individual. Drought tolerance traits are significant only under environmental stress which may or may not occur. Therefore, the type of wild-type sequence is of importance.

## SUMMARY OF THE INVENTION

It is an object of the invention to provide an integrated, systematic process for determining the functional allele profile for a given gene in a population. In accordance with the invention, a functional allele profile contains 1) the identity of the key functional allele or alleles for a given gene in the population, including the "consensus" sequence, and 2) the relative frequency with which these functional alleles occur in the population. Thus, the functional allele

US 6,951,721 B2

3

profile includes the identification of the consensus normal sequence, i.e., the most commonly occurring functional allele.

The present invention, therefore, provides a normal sequence which is the most likely sequence to be found in the majority of the normal population, the (i.e., "consensus normal DNA sequence"). A consensus normal allele sequence of a gene more accurately reflects the most likely sequence to be found in the population. Determining the consensus sequence is useful in both the diagnosis and treatment of disease. For example, use of the consensus normal gene sequence reduces the likelihood of misinterpreting a "sequence variation" found in the normal population with a pathologic "mutation" (i.e. causes disease in the individual or puts the individual at a high risk of developing the disease). A consensus normal DNA sequence makes it possible for true pathological mutations to be easily identified or differentiated from polymorphisms.

With large interest in mutation and polymorphism testing such as cancer predisposition testing, misinterpretation of sequence data is a particular concern. Individuals diagnosed with cancer want to know their prognosis and whether their disease is caused by a heritable genetic mutation. Likewise for other disease and traits and those who manage or manipulate these traits. Relatives of those with cancer who have not yet been diagnosed with the disease are also concerned whether they carry such a heritable mutation. Carrying such a mutation may increase risk of contracting the disease sufficiently to warrant an aggressive surveillance program. Accurate and efficient identification of mutations in genes linked to disease is crucial for widespread diagnostic screening for hereditary diseases.

In addition, the consensus sequence, or other sequences identified in the functional allele profile, allow for the selection of therapeutically optimal nucleotide sequences to be administered in gene therapy or gene replacement, or optimal amino acid sequence in the therapeutic administration of active proteins or peptides. The consensus sequence is generally the easiest target for various agonists, antagonists and measuring interactions with the gene or expression product appropriate for pharmacogenetic analysis.

Moreover, determining a functional allele profile of genes allows for an evaluation of the degree to which the gene is under selective pressure.

It is another embodiment of the present invention to find a new allele having a different wild-type haplotype from that previously known.

It is another embodiment of the present invention to determine the haplotype of a sample by determining the polymorphisms constituting the haplotype. Such a technique applies to one and plural genes, especially genes which interact or express products which interact with each other directly, interact with the same or similar other compound or are along the same metabolic pathway. As such, the method of the present invention determines combinations of haplotypes in different genes.

It is another embodiment of the present invention is determining how an individual will react to a particular chemical, environmental or biological influence. It is a premise of the present invention that different wild-type genes or their expression products interact differently in some circumstances.

Another embodiment of the present invention is the determination of traits and susceptibilities of plants and animals during breeding experiments by detecting the polymorphisms constituting the gene haplotype associated with the trait or susceptibility of interest.

4

BRIEF DESCRIPTION OF THE FIGURE

FIG. 1: FIG. 1 shows alternative alleles containing polymorphic (non-mutation causing variations) sites along the BRCA1 gene, represented as individual "haplotypes" of the BRCA1 gene. The alternative allelic variations occurring at nucleotide positions 2201, 2430, 2731, 3232, 3667, 4427, and 4956 are shown. The BRCA1$^{(cons1)}$ haplotype (SEQ ID NO: 263) is indicated with dark shading. For comparison, the haplotype available in GenBank is completely unshaded and designated as "GB". Two additional haplotypes (BRCA1$^{(cons2)}$) haplotype (SEQ ID NO: 265) and BRCA1 $^{(cons3)}$ haplotype (SEQ ID NO: 267) are represented with mixed shaded and unshaded positions, numbers 7 and 9 from left to right).

DETAILED DESCRIPTION OF THE INVENTION

The invention provides an integrated, systematic process for determining the functional allele profile for a given gene or combination of genes in a population. In accordance with the invention, a functional allele profile contains 1) the identity of the key functional allele or alleles for a given gene in the population, including the "consensus" sequence, and 2) the relative frequency with which these functional alleles occur in the population. Thus, the functional allele profile includes the identification of the consensus normal sequence, i.e., the most commonly occurring functional allele.

The present invention, therefore, provides a normal sequence which is the most likely sequence to be found in the majority of the normal population, the (i.e., "consensus normal DNA sequence"). A consensus normal allele sequence of a gene more accurately reflects the most likely sequence to be found in the population. In the process for determining functional alleles or afterward, one may search for and discover or synthesize a heretofor unknown or "new" allele.

A functional allele profile can be determined for any gene in which an altered or deficient function produces a recognizable, phenotypic trait, including, but not limited to, pathology. The invention is set forth for the purpose of illustration, and not by way of limitation, for determining the functional allele profile of three different genes associated with disease—for example, the MSH2 and MLH1 genes, each associated with hereditary non-polyposis colorectal cancer (HNPCC), and the BRCA1 gene, associated with breast, ovarian, prostate and other cancers.

The following terms as used herein are defined as follows:

"Allele" refers to an alternative version (i.e., nucleotide sequence) of a gene or DNA sequence at a specific chromosomal locus.

"Allelic variation" or "sequence variation" refers to a particular alternative nucleotide or nucleotide sequence at a position within a gene (e.g., a polymorphic site or mutation) whose sequence varies from one allele to another.

"Coding sequence" or "DNA coding sequence" refers to those portions of a gene which, taken together, code for a peptide (protein), or which nucleic acid itself has function.

"Composite genomic sequence" refers to the combination of the two allelic nucleotide sequences (i.e., maternal and paternal) obtained from sequencing a diploid genomic sample.

"Consensus" refers to the most commonly occurring in the population.

"Functional allele" refers to an allele which is naturally transcribed and translated into a functioning protein.

A000549

US 6,951,721 B2

5

"Functional Allele Profile" refers to a set of functional alleles which are representative of the most common alleles occurring in a population, wherein the functional alleles are identified by nucleotide sequence and the relative frequencies with which the functional alleles occur in the population.

"Haplotype" refers to a set of nucleotides or nucleotide sequences occurring at sites of allelic variation occurring within a locus on a single chromosome (of either maternal or paternal origin). The "locus" includes the entire coding sequence.

"Mutation" refers to a base change or a gain or loss of base pair(s) in a DNA sequence, which results in a DNA sequence which codes for a non-functioning protein or a protein with substantially reduced or altered function.

"Agent for polymerization" refers to an enzyme which may be heat stable, e.g. Taq polymerase, or function at lower temperatures, e.g., room temperature, that effects an extension of DNA from a short primer sequence annealed to the target DNA of interest.

"Polymorphism" refers to an allelic variation which occurs in greater than or equal to 1% of the normal healthy population.

"Single nucleotide polymorphism" (SNP) refers to an allelic variation which is defined by two (and only two) alternative bases found at a specific and particular nucleotide in genomic DNA. It may be within a gene (i.e., exonic or intronic) or outside of a gene (such as in a promoter or other regulatory structure) or lastly found between genes.

"Individual" refers to a single organism which may be human, plant or non-human animal. The individual may be intact or a biological sample taken from the individual which contains sufficient substances or information regarding the individual.

"Protein variant" and "variant amino acid sequence" refers to different amino acid sequences from that in one naturally occurring wild-type protein and is generally considered the same protein. Some different haplotypes have variant amino acid sequences.

"Expression product" refers to an RNA, spliced or unspliced, a pre-, pro-, prepro- or a peptide which alone or in conjunction with other peptides constitutes a protein.

"Pharmaceutical" refers to any bio-effecting chemical drug or biological agent which alters or induces an alteration in the metabolism of an "individual". Pharmaceuticals include compositions for use on veternary animals and agricultural and ornamental plants.

"Trait" refers to a phenotypically determinable characteristic resulting from the influence of one or more genes, alone or in conjunction with an environmental condition or exposure to other agents. Traits include susceptibilities to chemicals, infectious agents and environmental conditions (temperature, drought etc.).

Utility of the Invention

A person skilled in the art of genetic testing will find the present invention useful for diagnosis and treatment of diseases and susceptibility thereto. The invention is especially useful for establishing the "standard" (i.e., consensus normal DNA sequence) and new haplotypes for clinical diagnostic, therapeutic, genetic testing and breeding uses.

Diagnostics

The diagnostic applications for which determining a functional allele profile in accordance with the invention include, but are not limited to, the following:

a) identifying individuals having a gene with no coding mutations, which individuals are therefore not at risk or

6

have no increased susceptibility to the pathology(s) associated with a mutation in the gene in question;

b) avoiding misinterpretation of functional polymorphisms detected in the gene as mutations;

c) identifying individuals having a potentially abnormal gene that does not match the Consensus Normal DNA sequence;

d) determining ethnic founder haplotypes so that clinical analysis is appropriate for an individual from this ethnic group;

e) determining a sequence under strongest selective pressure; and

f) determining an amino acid and/or short nucleic acid sequence which may be derived from the consensus normal DNA sequence to make diagnostic and probes antibodies. Labeled diagnostic probes may be used by any hybridization method to determine the level of protein in serum or lysed cell suspension of a patient, or solid surface cell sample such as for immunohistochemical analysis.

g) detecting a new haplotype and determining the polymorphisms constituting the new haplotype.

h) detecting a new protein variant type and determining the variant amino acids constituting the new protein variant.

i) determining the combination of one haplotype or polymorphism for one gene and the haplotype or polymorphism for another different gene in the same individual. Generally, the genes or their expression products interact with each other directly, e.g. bind to each other, or indirectly by functioning with each other on the same substrate, are in different stages in a metabolic pathway, or are related to the same disease, susceptibility, condition or trait.

j) determining whether to administer a bioeffecting composition to an individual wherein individuals with different haplotypes for one or more genes respond differently to the composition.

k) determining susceptibility to disease or other pathology to decide on prophylaxis, therapy or differential monitoring.

l) determining a trait by quick assay of a genetic engineered or selectively bred individual. This permits one to determine the trait without actually measuring the trait phenotypically.

m) developing probe chips and panels of allele-specific oligonucleotide(s) to assay for the haplotypes or polymorphisms in one or more genes.

Therapeutics

Certain "normal" alleles may be more functional or hyper-functional than the minimum needed to maintain a normal phenotype in an individual, particularly when stressed. By determining the most common allele in a population one may be observing empiric data for such suitability for survival (the effects may be so subtle that scientists have not determined the basis of this selection). For example, alleles with longer mRNA or protein half-lives (i.e., stability) may produce healthier cells, and, thus, healthier people. Conversely, there may also be a selective advantage to a very short RNA half-life such as in proteins involved in the cell cycle pathway. Furthermore, proteases are known to have favored cutting sites which may be present or absent in different normal alleles leading to peptides that have intrinsic activity themselves.

A000550

US 6,951,721 B2

7

Thus the determination of the functional allele profile or a new functional allele in accordance with the invention is useful in clinical therapy for:

    a) selecting optimal alleles for performing gene repair or gene therapy; and

    b) selecting optimal amino acid sequence for administration of functional protein in treatment or prevention of diseases.

Evolution and Population Genetics Analysis

The determination of the functional allele profile or a new functional allele in accordance with the invention is useful for:

    a) determining whether a particular gene is under strong selective pressure; and

    b) determining which of two or more genes which encode proteins with similar functions represents a redundant, or back-up copy of the gene.

Stepwise Process for Determining Functional Allele Profile

For the purpose of illustration, and not by way of limitation, the invention is described below for determining the functional allele profile of three cancer genes. However,

8

In accordance with the invention, a group of individuals determined to be at low risk for carrying a mutation in the gene of interest is used as a source for genetic material. Any standard method known in the art for performing pedigree analysis can be used for this selection process. See, for example, Harper, P. S., *Practical Genetic Counseling,* 3d. ed., 1988 (Wright/Butterworth & Co. Ltd.: Boston), especially at pages 4–7. For example, individuals can be screened in order to identify those with no disease history in their immediate family, i.e., among their first and second degree relatives. A first degree relative is a parent, sibling, or offspring. A second degree relative is an aunt, uncle, grandparent, grandchild, niece, nephew, or half-sibling.

In a preferred embodiment for when a functional allele profile of an autosomal dominant disorder with relatively high penetrance (e.g., greater than 50%) is desired, each person is asked to fill out a hereditary cancer prescreening questionnaire. More preferably, when an autosomal dominant cancer gene with such relatively high penetrance is the gene of interest, the questionnaire set forth in Table 1, below, is used.

TABLE 1

| Hereditary Cancer Pre-Screening Questionnaire |
|---|
| Part A: Answer the following questions about your family |
| 1. To your knowledge, has anyone in your family been diagnosed with a very specific hereditary colon disease called Familial Adenomatous Polyposis (FAP)? |
| 2. To your knowledge, have you or any aunt had breast cancer diagnosed before the age 35? |
| 3. Have you had Inflammatory Bowel Disease, also called Crohn's Disease or Ulcerative Colitis, for <u>more</u> than 7 years? |
| Part B: Refer to the list of cancers below for your responses only to questions in Part B |
| Bladder Cancer, Lung Cancer, Pancreatic Cancer, Breast Cancer, Gastric Cancer, Prostate Cancer, Colon Cancer, Malignant Melanoma, Renal Cancer, Endometrial Cancer, Ovarian Cancer, Thyroid Cancer |
| 4. Have your mother or father, your sisters or brothers or your children had any of the listed cancers? |
| 5. Have there been diagnosed in your <u>mother's</u> brothers or sisters, or your <u>mother's</u> parents <u>more than one</u> of the cancers in the above list? |
| 6. Have there been diagnosed in your <u>father's</u> brothers or sisters, or your <u>father's</u> parents <u>more than one</u> of the cancers in the above list? |
| Part C: Refer to the list of relatives below for responses only to questions in Part C |
| You, Your mother, Your sisters or brothers, Your mothers's sisters or brothers (maternal aunts and uncles), Your children, Your mother's parents (maternal grandparents) |
| 7. Have there been diagnosed in these relatives <u>2 or more identical</u> types of cancer? Do not count "simple" skin cancer, also called basal cell or squamous cell skin cancer. |
| 8. Is there a <u>total of 4 or more</u> of any cancers of relatives above other than "simple" skin cancers? |
| Part D: Refer to the list of relatives below for responses only to questions in Part D. |
| You, Your father, Your sisters or brothers, Your fathers's sisters or brothers (paternal aunts and uncles) Your children, Your father's parents (paternal grandparents) |
| 9. Have there been diagnosed in these relatives <u>2 or more identical</u> types of cancer? Do not count "simple" skin cancer, also called basal cell or squamous cell skin cancer. |
| 10. Is there a <u>total of 4 or more</u> of any cancers in the list of relatives above other than "simple" skin cancers? |
| © Copyright 1996, OncorMed, Inc. |

the same principles can be applied in accordance with the invention to any gene in which a sequence variation results in a phenotypic trait, in any population within any species.

Screening for Individuals with Functional Allele Phenotype

Individuals who answer no to all questions in Table 1 are designated as low risk of being carriers of mutations in the gene of interest and, therefore, in accordance with the invention, are candidates for further analysis set forth below.

A000551

US 6,951,721 B2

**9**

Sequencing

From the group of individuals determined to have a low risk of being carriers for a mutant allele of the gene of interest, a group is selected for genomic DNA sequence analysis. Any number of samples may be analyzed. Preferably, a number of samples which is small enough for convenient, accurate sequence analysis, but large enough to provide a reliable representation of the population is analyzed. Most preferably, initial sequencing may be performed on ten different chromosomes by analyzing samples from five unrelated individuals.

Preferably, sequencing template is obtained by amplifying the coding region and optionally one or more related sequences (e.g. splice site junctions, enhancers, introns, promotors and other regulatory elements) of the gene of interest. Any nucleic acid specimen, in purified or non-purified form, can be utilized as the starting nucleic acid or acids, providing it contains, or is suspected of containing, the specific nucleic acid sequence containing a polymorphic locus. Thus, the process may amplify, for example, DNA or RNA, including messenger RNA, wherein DNA or RNA may be single stranded or double stranded. In the event that RNA is to be used as a template, enzymes, and/or conditions optimal for reverse transcribing the template to DNA would be utilized. In addition, a DNA-RNA hybrid which contains one strand of each may be utilized. A mixture of nucleic acids may also be employed, or the nucleic acids produced in a previous amplification reaction herein, using the same or different primers may be so utilized. The specific nucleic acid sequence to be amplified, i.e., the polymorphic locus, may be a fraction of a larger molecule or can be present initially as a discrete molecule, so that the specific sequence constitutes the entire nucleic acid. It is not necessary that the sequence to be amplified be present initially in a pure form; it may be a minor fraction of a complex mixture, such as contained in whole human DNA.

While the primer pairs used are greater than required to amplify the particular polymorphisms, the primer set actually used is listed below. For larger scale testing of polymorphisms for haplotype determination, only the primer pairs actually amplifying the polymorphism are required. Additionally, primers which amplify a shorter region, as short as the one nucleotide polymorphism may be used.

When a gene containing exons is analyzed, preferably the exonic sequences are individually amplified from genomic template DNA using a pair of primers specific for the intronic regions proximally bordering each individual exon.

DNA utilized herein may be extracted from a body sample, such as blood, tissue material and the like by a variety of techniques such as that described by Maniatis, et. al. in *Molecular Cloning: A Laboratory Manual*, Cold Spring Harbor, N.Y., pp. 280–281, 1982). If the extracted sample is impure, it may be treated before amplification with an amount of a reagent effective to open the cells, or animal cell membranes of the sample, and to expose and/or separate the strand(s) of the nucleic acid(s). This lysing and nucleic acid denaturing step to expose and separate the strands will allow amplification to occur much more readily.

The deoxyribonucleotide triphosphates dATP, dCTP, dGTP, and dTTP are added to the synthesis mixture, either separately or together with the primers, in adequate amounts and the resulting solution is heated to about 90°–100° C. from about 1 to 10 minutes, preferably from 1 to 4 minutes. After this heating period, the solution is allowed to cool, which is preferable for the primer hybridization. To the cooled mixture is added an appropriate agent for effecting the primer extension reaction (called herein "agent for

**10**

polymerization"), and the reaction is allowed to occur under conditions known in the art. The agent for polymerization may also be added together with the other reagents if it is heat stable. This synthesis (or amplification) reaction may occur at room temperature up to a temperature above which the agent for polymerization no longer functions. Thus, for example, if DNA polymerase is used as the agent, the temperature is generally no greater than about 40° C. Most conveniently the reaction occurs at room temperature.

The primers used to carry out this invention embrace oligonucleotides of sufficient length and appropriate sequence to provide initiation of polymerization. Environmental conditions conducive to synthesis include the presence of nucleoside triphosphates and an agent for polymerization, such as DNA polymerase, and a suitable temperature and pH. The primer is preferably single stranded for maximum efficiency in amplification, but may be double stranded. If double stranded, the primer is first treated to separate its strands before being used to prepare extension products. The primer must be sufficiently long to prime the synthesis of extension products in the presence of the inducing agent for polymerization. The exact length of primer will depend on many factors, including temperature, buffer, and nucleotide composition. The oligonucleotide primer typically contains 12–20 or more nucleotides, although it may contain fewer nucleotides.

Primers used to carry out this invention are designed to be substantially complementary to each strand of the genomic locus to be amplified. This means that the primers must be sufficiently complementary to hybridize with their respective strands under conditions which allow the agent for polymerization to perform. In other words, the primers should have sufficient complementarity with the 5' and 3' sequences flanking the mutation to hybridize therewith and permit amplification of the genomic locus.

Oligonucleotide primers of the invention are employed in the amplification process which is an enzymatic chain reaction that produces exponential quantities of polymorphic locus relative to the number of reaction steps involved. Typically, one primer is complementary to the negative (−) strand of the polymorphic locus and the other is complementary to the positive (+) strand. Annealing the primers to denatured nucleic acid followed by extension with an enzyme, such as the large fragment of DNA polymerase I (Klenow) and nucleotides, results in newly synthesized + and − strands containing the target polymorphic locus sequence. Because these newly synthesized sequences are also templates, repeated cycles of denaturing, primer annealing, and extension results in exponential production of the region (i.e., the target polymorphic locus sequence) defined by the primers. The product of the chain reaction is a discreet nucleic acid duplex with termini corresponding to the ends of the specific primers employed.

The oligonucleotide primers of the invention may be prepared using any suitable method, such as conventional phosphotriester and phosphodiester methods or automated embodiments thereof. In one such automated embodiment, diethylphosphoramidites are used as starting materials and may be synthesized as described by Beaucage, et al., *Tetrahedron Letters,* 22:1859–1862, (1981). One method for synthesizing oligonucleotides on a modified solid support is described in U.S. Pat. No. 4,458,066.

The agent for polymerization may be any compound or system which will function to accomplish the synthesis of primer extension products, including enzymes. Suitable enzymes for this purpose include, for example, *E. coli* DNA polymerase I, Klenow fragment of *E. coli* DNA polymerase, polymerase muteins, reverse transcriptase, other enzymes,

US 6,951,721 B2

11

including heat-stable enzymes (i.e., those enzymes which perform primer extension after being subjected to temperatures sufficiently elevated to cause denaturation), such as Taq polymerase. Suitable enzyme will facilitate combination of the nucleotides in the proper manner to form the primer extension products which are complementary to each polymorphic locus nucleic acid strand. Generally, the synthesis will be initiated at the 3′ end of each primer and proceed in the 5′ direction along the template strand, until synthesis terminates, producing molecules of different lengths.

The newly synthesized strand and its complementary nucleic acid strand will form a double-stranded molecule under hybridizing conditions described above and this hybrid is used in subsequent steps of the process. In the next step, the newly synthesized double-stranded molecule is subjected to denaturing conditions using any of the procedures described above to provide single-stranded molecules.

The steps of denaturing, annealing, and extension product synthesis can be repeated as often as needed to amplify the target polymorphic locus nucleic acid sequence to the extent necessary for detection. The amount of the specific nucleic acid sequence produced will accumulate in an exponential fashion. Amplification is described in PCR. A Practical Approach, ILR Press, Eds. M. J. McPherson, P. Quirke, and G. R. Taylor, 1992.

The amplification products may be detected by Southern blots analysis, without using radioactive probes. In such a process, for example, a small sample of DNA containing a very low level of the nucleic acid sequence of the polymorphic locus is amplified, and analyzed via a Southern blotting technique or similarly, using dot blot analysis. The use of non-radioactive probes or labels is facilitated by the high level of the amplified signal. Alternatively, probes used to detect the amplified products can be directly or indirectly detectably labeled, for example, with a radioisotope, a fluorescent compound, a bioluminescent compound, a chemiluminescent compound, a metal chelator or an enzyme. Those of ordinary skill in the art will know of other suitable labels for binding to the probe, or will be able to ascertain such, using routine experimentation.

Sequences amplified by the methods of the invention can be further evaluated, detected, cloned, sequenced, and the like, either in solution or after binding to a solid support, by any method usually applied to the detection of a specific DNA sequence such as PCR, oligomer restriction (Saiki, et al., Bio/Technology, 3:1008–1012, (1985)), allele-specific oligonucleotide (ASO) probe analysis (Conner, et al., Proc. Natl. Acad. Sci. U.S.A., 80:278, (1983)), oligonucleotide ligation assays (OLAs) (Landgren, et al., Science, 241:1007, (1988)), heteroduplex analysis, chromatographic separation and the like. Molecular techniques for DNA analysis have been reviewed (Landgren, et al., Science, 242:229–237, (1988)).

Preferably, the method of amplifying is by PCR, as described herein and as is commonly used by those of ordinary skill in the art. Alternative methods of amplification have been described and can also be employed as long as the genetic locus amplified by PCR using primers of the invention is similarly amplified by the alternative means. Such alternative amplification systems include but are not limited to self-sustained sequence replication, which begins with a short sequence of RNA of interest and a T7 promoter. Reverse transcriptase copies the RNA into cDNA and degrades the RNA, followed by reverse transcriptase polymerizing a second strand of DNA. Another nucleic acid amplification technique is nucleic acid sequence-based amplification (NASBA) which uses reverse transcription

12

and T7 RNA polymerase and incorporates two primers to target its cycling scheme. NASBA can begin with either DNA or RNA and finish with either, and amplifies to 10^8 copies within 60 to 90 minutes. Alternatively, nucleic acid can be amplified by ligation activated transcription (LAT). LAT works from a single-stranded template with a single primer that is partially single-stranded and partially double-stranded. Amplification is initiated by ligating a cDNA to the promoter oligonucleotide and within a few hours, amplification is 10^8 to 10^9 fold. Another amplification system useful in the method of the invention is the QB Replicase System. The QB replicase system can be utilized by attaching an RNA sequence called MDV-1 to RNA complementary to a DNA sequence of interest. Upon mixing with a sample, the hybrid RNA finds its complement among the specimen's mRNAs and binds, activating the replicase to copy the tag-along sequence of interest. Another nucleic acid amplification technique, ligase chain reaction (LCR), works by using two differently labeled halves of a sequence of interest which are covalently bonded by ligase in the presence of the contiguous sequence in a sample, forming a new target. The repair chain reaction (RCR) nucleic acid amplification technique uses two complementary and target-specific oligonucleotide probe pairs, thermostable polymerase and ligase, and DNA nucleotides to geometrically amplify targeted sequences. A 2-base gap separates the oligonucleotide probe pairs, and the RCR fills and joins the gap, mimicking DNA repair. Nucleic acid amplification by strand displacement activation (SDA) utilizes a short primer containing a recognition site for HincII with short overhang on the 5′ end which binds to target DNA. A DNA polymerase fills in the part of the primer opposite the overhang with sulfur-containing adenine analogs. HincII is added but only cuts the unmodified DNA strand. A DNA polymerase that lacks 5′ exonuclease activity enters at the cite of the nick and begins to polymerize, displacing the initial primer strand downstream and building a new one which serves as more primer. SDA produces greater than 10^7-fold amplification in 2 hours at 37° C. Unlike PCR and LCR, SDA does not require instrumented temperature cycling.

Another method is a process for amplifying nucleic acid sequences from a DNA or RNA template which may be purified or may exist in a mixture of nucleic acids. The resulting nucleic acid sequences may be exact copies of the template, or may be modified. The process has advantages over PCR in that it increases the fidelity of copying a specific nucleic acid sequence, and it allows one to more efficiently detect a particular point mutation in a single assay. A target nucleic acid is amplified enzymatically while avoiding strand displacement. Three primers are used. A first primer is complementary to the first end of the target. A second primer is complementary to the second end of the target. A third primer which is similar to the first end of the target and which is substantially complementary to at least a portion of the first primer such that when the third primer is hybridized to the first primer, the position of the third primer complementary to the base at the 5′ end of the first primer contains a modification which substantially avoids strand displacement. This method is detailed in U.S. Pat. No. 5,593,840 to Bhatnagar et al., 1997. Although PCR is the preferred method of amplification if the invention, these other methods can also be used to amplify the gene of interest.

A number of methods well-known in the art can be used to carry out the sequencing reactions. Preferably, enzymatic sequencing based on the Sanger dideoxy method is used. Mass spectroscopy may also be used.

The sequencing reactions can be analyzed using methods well-known in the art, such as polyacrylamide gel electro-

A000553

US 6,951,721 B2

**13**

phoresis. In a preferred embodiment for efficiently processing multiple samples, the sequencing reactions are carried out and analyzed using a fluorescent automated sequencing system such as the Applied Biosystems, Inc. ("ABI", Foster City, Calif.) system. For example, PCR products serving as templates are fluorescently labeled using the Taq Dye Terminator® Kit (Perkin-Elmer cat#401628). Dideoxy DNA sequencing is performed in both forward and reverse directions on an ABI automated Model 377® sequencer. The resulting data can be analyzed using "Sequence Navigator®" software available through ABI.

Alternatively, large numbers of samples can be prepared for and analyzed by capillary electrophoresis, as described, for example, in Yeung et al., U.S. Pat. No. 5,498,324.

Initial and Companion Haplotype Determination

The functional allele profiles identified in accordance with the invention may contain different alleles. Furthermore, each allele may contain multiple allelic variations, such as multiple polymorphisms. In other words, two different alleles may differ in sequence from one another at multiple nucleotide positions. Moreover, two such multiply polymorphic alleles may be present in the same individual, i.e., a heterozygote. When the genomic sample of the gene of such a heterozygous individual is sequenced, the variations at each position can be detected. They are the alternative sequences present at particular positions in the composite sequence obtained from the diploid genome. However, at this stage, which variations are grouped together in each individual haplotype or allele, i.e., the phase of the variations, cannot be determined.

For example, genomic sequence analysis of a hypothetical gene from a heterozygous individual may reveal that polymorphic positions 1, 2, or 3 each contain either an A or a G. However, it cannot be determined from this information alone whether the variations are distributed between the two alleles as:

allele $1=A_1A_2A_3$ and allele $2=G_1G_2G_3$; or
allele $1=A_1A_2G_3$ and allele $2=G_1G_2A_3$; or
allele $1=A_1G_2G_3$ and allele $2=G_1A_2A_3$, etc.

In accordance with the invention, such heterozygous genomic sequences obtained for the purpose of determining a functional allele profile are compared to an initial haplotype sequence. Some haplotypes can also be determined upon sequencing chromosomal samples from a homozygous individual according to the methods above. Such homozygous sequence analyses contain no ambiguities in sequence between the two alleles because they are identical.

Preferably, an initial haplotype sequence is obtained by determining the cDNA sequence of an individual identified as being at low risk for carrying a mutation as described above. Because the full-length of a cDNA of the gene of interest is derived from a single mRNA transcript, it contains the allelic variations of a single haplotype. It contains all of the allelic variations present in a single allele of the individual from which it was obtained. Thus, the cDNA sequence contains half of the allelic variations present in the composite genomic sequence of a heterozygous individual containing that allele. Moreover, unlike sequence information from a heterozygous chromosomal sample, such cDNA sequence indicates which of the allelic variations are grouped together in one allele, i.e., the phase of the variations.

By determining an initial haplotype, the companion haplotype present in a heterozygote can be determined by subtracting this sequence from the composite genomic sequence. For example, if in the illustration set forth above, the cDNA sequenced has an A in position 1, a G in position

**14**

2 and an A in position 3, then the initial haplotype is $A_1G_2A_3$. This sequence is then subtracted from the composite genomic sequence to yield the companion haplotype, namely $G_1A_2G_3$.

In general, the initial haplotype identified in a given individual also can be used to determine the presence of the haplotype in other individuals by comparing the initial haplotype sequence to the composite genomic sequence from such other individuals. When the number of allelic variations detected within a gene is four or greater, and especially when the number of allelic variations is five or greater, this method of subtracting the initial haplotype sequence from the composite genomic sequence of other individuals readily provides recognizably distinct haplotypes which are independent of each other. See, for example, the OMI[1] and GB haplotypes in FIG. 1, which differ from each other in each of seven sites of allelic variation.

When a haplotype determined in one individual is used to determine the haplotypes present in the composite genomic sequence of other individuals, the presence of that particular haplotype, and its companion haplotype as determined by subtraction from a composite genomic sequence, should be confirmed. Such confirmation of the occurrence of a given haplotype in the population can be carried out, for example, by 1) sequencing cDNA samples, as described in this section, from such other heterozygous individuals; or 2) identifying individuals homozygous for the haplotype either among the initial set of sequenced chromosomal samples or by additional confirmatory sequencing of chromosomal samples as described below.

If an initial haplotype is not represented in any heterozygous composite genomic sequences obtained, one or more additional haplotypes should be determined from such a heterozygous individual or from different individuals screened as above.

cDNA sequences for determining the initial haplotype can be obtained using standard techniques well known in the art. First, mRNA is isolated from an individual, for example, from blood or skin cells. The mRNA is initially reversed-transcribed into double stranded cDNA and then amplified according to the well known technique of RT-PCR (see, for example, U.S. Pat. No. 5,561,058 by Gelfand et al.).

The resulting cDNA, whose sequence represents a single haplotype, can be sequenced according to the methods above.

Determining the Relative Frequencies of the Haplotype

After all haplotypes have been identified in the study population, their relative frequencies are determined. For example, if five chromosomes out of a total of ten chromosomes are of one haplotype, then its frequency is 50%. Subsequently, each haplotype is ranked in order from the most frequent to the least frequent to yield the functional allele profile.

Confirmatory Analysis of Additional Samples

As described above, initial sequence analysis is performed on a small group of individuals, most preferably five individuals, screened according to the methods described above.

After identifying the haplotypes and determining their relative frequencies among the initial set of alleles analyzed, it may be desirable, in accordance with the invention, to perform follow-up, confirmatory sequencing on additional individuals who are also screened according to the methods described above. Confirmatory sequencing can be carried out as above.

The haplotypes found occurring in the population are used as references to interpret the haplotypes present in any

A000554

US 6,951,721 B2

**15**

heterozygous individuals encountered during the confirmatory sequencing analysis of additional individuals.

By sequencing such additional samples, additional data points can be added to the functional allele profile to provide more precise frequencies of occurrence of each allele in the population. Furthermore, additional samples may contain a new functional allele with a new haplotype. This is particularly likely to be found for uncommon (<10%) or rare (<1%) haplotypes.

Furthermore, confirmatory sequence analysis ensures that the haplotypes determined by subtracting an initial haplotype from a composite heterozygous sequence is indeed represented in the population. Such techniques may also be used when multiple common haplotypes exist for the gene and it is uncertain which to use for subtraction.

When no sequence variation is found in the initial set of chromosomes, this indicates that the polymorphism rate of the gene of interest is uncommon (e.g., polymorphisms occur in <10% of the alleles in the population studied). In such situations, identification of uncommon alleles and determination of their frequencies requires a confirmatory sequence analysis of samples from additional individuals. This method was used to detect such an uncommon polymorphism in exon 8 of the MLH1 gene, in Example 2 below.

Such confirmatory sequencing analysis also resulted in the identification and determination of relative frequency of occurrence of polymorphisms in intronic sequences, bordering exonic regions, of both the MSH2 and MLH1 genes, as detailed in Examples 1 and 2, respectively, below. The invention is illustrated by way of the Examples below.

**16**

EXAMPLE 1

Determining the Functional Allele Profile for MSH2

Approximately 150 volunteers are screened in order to identify individuals with no cancer history in their immediate family (i.e. first and second degree relatives). Each person is asked to fill out the hereditary cancer prescreening questionnaire shown in Table 1, below. A first degree relative is a parent, sibling, or offspring. A second degree relative is an aunt, uncle, grandparent, grandchild, niece, nephew, or half-sibling. Among those individuals who answered "no" to all questions, five individuals are randomly chosen for end-to-end sequencing of their MSH2 gene.

Genomic DNA (100 nanograms) is extracted from white blood cells of five individuals designated as low risk of being carriers of mutations in the MSH2 gene from analysis of their answers to the questionnaire set forth in Table 1 above. The MSH2 coding region in each of the five samples is sequenced end-to-end by amplifying each exon individually. Each sample is amplified in a final volume of 25 microliters containing 1 microliter (100 nanograms) genomic DNA, 2.5 microliters 10×PCR buffer (100 mM Tris, pH 8.3, 500 mM KCl, 1.2 mM MgCl$_2$), 2.5 microliters 10×dNTP mix (2 mM each nucleotide), 2.5 microliters forward primer, 2.5 microliters reverse primer, and 1 microliter Taq polymerase (5 units), and 13 microliters of water.

The primers in Table 2, below, are used to carry out amplification of the various portions of the MSH2 gene samples. The primers are synthesized on an DNA/RNA Synthesizer Model 394®.

TABLE 2

MSH2 PRIMER SEQUENCES

| Exon | Primer | Sequence | |
|---|---|---|---|
| 1 | MSH1F-1 | 5'-CGC GTC TGC TTA TGA TTG G-3' | (SEQ ID NO: 1) |
| | MSH1R-1 | 5'-TCT CTG AGG CGG GAA AGG-3' | (SEQ ID NO: 2) |
| 2 | MSH2-2P-2-INSIDE | 5'-TTT TTT TTT TTT TAA GGA GC-3' | (SEQ ID NO: 3) |
| | MSH2-2R-FULL | 5'-CAC ATT TTT ATT TTT CTA CTC-3' | (SEQ ID NO: 4) |
| 3 | MSH3F | 5'-GCT TAT AAA ATT TTA AAG TAT GTT C-3' | (SEQ ID NO: 5) |
| | MSH3R-2 | 5'-CTG GAA TCT CCT CTA TCA C-3' | (SEQ ID NO: 6) |
| 4 | MSH4F | 5'-TTC ATT TTT GCT TTT CTT ATT CC-3' | (SEQ ID NO: 7) |
| | MSH4R | 5'-ATA TGA CAG AAA TAT CCT TC-3' | (SEQ ID NO: 8) |
| 5 | MSH2-5F-1 | 5'-CAG TGG TAT AGA AAT CTT CGA-3' | (SEQ ID NO: 9) |
| | MSH2-5R-2-INSIDE | 5'-TTT TTT TTT TTT TTA CCT GA-3' | (SEQ ID NO: 10) |
| 6 | MSH6F-1 | 5'-ACT AAT GAG CTT GCC ATT CT-3' | (SEQ ID NO: 11) |
| | MSH6R-1 | 5'-TGG GTA ACT GCA GGT TAC A-3' | (SEQ ID NO: 12) |
| 7 | MSH7F | 5'-GAC TTA CGT GCT TAG TTG-3' | (SEQ ID NO: 13) |
| | MSH7R | 5'-AGT ATA TAT TGT ATG AGT TGA AGG-3' | (SEQ ID NO: 14) |
| 8 | MSH8F | 5'-GAT TTG TAT TCT GTA AAA TGA GAT C-3' | (SEQ ID NO: 15) |
| | MSH8R | 5'-GGC CTT TGC TTT TTA AAA ATA AC-3' | (SEQ ID NO: 16) |
| 9 | MSH9F | 5'-GTC TTT ACC CAT TAT TTA TAG G-3' | (SEQ ID NO: 17) |
| | MSH9R | 5'-GTA TAG ACA AAA GAA TTA TTC C-3' | (SEQ ID NO: 18) |
| 10 | MSH10F | 5'-GGT AGT AGG TAT TTA TGG AAT AC-3' | (SEQ ID NO: 19) |
| | MSH10R | 5'CAT GTT AGA GCA TTT AGG G-3' | (SEQ ID NO: 20) |

US 6,951,721 B2

17 18

TABLE 2-continued

MSH2 PRIMER SEQUENCES

| Exon Primer | Sequence | |
|---|---|---|
| 11 MSH11F | 5'-CAC ATT GCT TCT AGT ACA C-3' | (SEQ ID NO: 21) |
| MSH11R | 5'-CCA GGT GAC ATT CAG AAC-3' | (SEQ ID NO: 22) |
| 12 MSH12F | 5'-ATT CAG TAT TCC TGT GTA C-3' | (SEQ ID NO: 23) |
| MSH12R | 5'-CGT TAC CCC CAC AAA GC-3' | (SEQ ID NO: 24) |
| 13 MSH13F-1 | 5'ATG CTA TGT CAG TGT AAA CC-3' | (SEQ ID NO: 25) |
| MSH13R-1 | 5'CCA CAG GAA AAC AAC TAT TA-3' | (SEQ ID NO: 26) |
| 14 MSH14F | 5'-TAC CAC ATT TTA TGT GAT GG-3' | (SEQ ID NO: 27) |
| MSH14R | 5'-GGG GTA GTA AGT TTC CC-3' | (SEQ ID NO: 28) |
| 15 MSH15F | 5'-CTC TTC TCA TGC TGT CCC-3' | (SEQ ID NO: 29) |
| MSH15R | 5'-ATA GAG AAG CTA AGT TAA AC-3' | (SEQ ID NO: 30) |
| 16 MSH16F | 5'-TAA TTA CTC ATG GGA CAT TC-3' | (SEQ ID NO: 31) |
| MSH16R-1 | 5'GGC ACT GAC AGT TAA CAC TA-3' | (SEQ ID NO: 32) |

NOTE: These MSH2 primers are M-13 tailed:
M13 tail for F: 5'-TGT AAA ACG ACG GCC AGT-3' (SEQ ID NO: 33) added to 5' end of primer above
M13 tail for R: 5'-CAG GAA ACA GCT ATG ACC-3' (SEQ ID NO: 34) added to 5' end of primer above

Thirty-five cycles are performed, each consisting of denaturing (95° C.; 30 seconds), annealing (55° C.; 1 minute), and extension (72° C.; 90 seconds), except during the first cycle in which the denaturing time was increased to 5 minutes, and during the last cycle in which the extension time was increased to 5 minutes.

PCR products are purified using Qia-quick® PCR purification kits (Qiagen®, cat#28104; Chatsworth, Calif.). Yield and purity of the PCR product determined spectrophotometrically at OD$_{260}$ on a Beckman DU 650 spectrophotometer.

All exons of the MSH2 gene are subjected to direct dideoxy sequence analysis by asymmetric amplification using the polymerase chain reaction (PCR) to generate a single stranded product amplified from this DNA sample. Shuldiner, et al., Handbook of Techniques in Endocrine Research, p. 457–486, DePablo, F., Scanes, C., eds., Academic Press, Inc., 1993. Fluorescent dye is attached to PCR products for automated sequencing using the Taq Dye Terminator Kit (Perkin-Elmer® cat#401628). DNA sequencing is performed in both forward and reverse directions on an Applied Biosystems, Inc. (ABI) Foster City, Calif., automated sequencer (Model 377). The software used for analysis of the resulting data is "Sequence Navigator®" purchased through ABI.

Results

No differences in nucleotide sequence are observed among the coding exons of the five normal individuals (10 chromosomes), nor between these 10 chromosomal sequences and the sequence published in GenBank (Accession No. U03911) for MSH2. Thus, all ten individuals are homozygous for the same allele. An additional sixty-two normal individuals are sequenced end-to-end to confirm this result. Once again no sequence variation is found within the exons. However, minor variation in three single nucleotide polymorphisms are found in non-coding intronic sequences (IVS9–9; IVS10+6; IVS 10+12). The results are summarized in Table 3, below.

TABLE 3

MSH2 HAPLOTYPES
Allelic Variations

| Haplotype | IVS9-9 | IVS10 + 6 | IVS10 + 12 | Number of Chromosomes |
|---|---|---|---|---|
| GenBank sequence (U03911) | T | T | A | 98 (73%) |
| Variant #1 | A | C | G | 28 (21%) |
| Variant #2 | A | C | A* | 6 (4.5%) |
| Variant #3 | T | C** | A | 2 (1.5%) |

*Variant #2 is an uncommon derivative chromosome of variant #1
**Variant #3 is a rarer derivative chromosome of GenBank cDNA

Since the exonic coding sequence is maintained on all 4 haplotypes, such non-coding sequence variation did not result in any new "normal" coding consensus sequence of the MSH2 gene.

These results demonstrate that the sequence in the GenBank Repository is the "consensus normal DNA sequence" that should be used for comparison in all clinical applications to determine an individual with a hereditary susceptibility to HNPCC. In addition, these results indicate that normal MSH2 protein function, i.e., mismatch repair function, is under a large degree of selective pressure to maintain viability in the human population. Very little if any variation in the activity of the MSH2 protein's mismatch repair function is tolerated, as reflected by the extraordinarily high degree of conservation of the normal sequence.

EXAMPLE 2
Determining the Functional Allele Profile for MLH1

All procedures (e.g., selection of five individuals at low risk of being carriers for MLH1 mutations, isolation of genomic DNA, amplification of exons, sequencing of amplified exons, and analysis of sequence data) are carried out as described in Example 1, above, except that the amplification is carried out using primers specific to the MLH1 exons as set forth in Table 4, below.

A000556

Case: 14-1361 Case: 14-1361 Document: 33 Page: 532 Filed: 04/18/2014

TABLE 4

MLH1 PRIMER SEQUENCES

| Ex-on Primer | Sequence | | |
|---|---|---|---|
| 1 MLHAF | 5'-AGG CAC TGA GGT GAT TGG C-3' | (SEQ ID NO: 35) | |
| MLHAR | 5'-TCG TAG CCC TTA AGT GAG C-3' | (SEQ ID NO: 36) | |
| 2 MLHBF-2 | 5'-TGA GGC ACT ATT GTT TGT ATT T-3' | (SEQ ID NO: 37) | |
| MLHBR-2 | 5'-TGT TGG TGT TGA ATT TTT CAG T-3' | (SEQ ID NO: 38) | |
| 3 MLHCF | 5'-AGA GAT TTG GAA AAT GAG TAA C-3' | (SEQ ID NO: 39) | |
| MLHCR | 5'-ACA ATG TCA TCA CAG GAG G-3' | (SEQ ID NO: 40) | |
| 4 MLHDF-1 | 5'-TGA GGT GAG AGT GGG TGA-3' | (SEQ ID NO: 41) | |
| MLHGR | 5'-GAT TAC TCT GAG ACC TAG GC-3' | (SEQ ID NO: 42) | |
| 5 MLHEF | 5'-GAT TTT GTG TTT TCC CCT TGG G-3' | (SEQ ID NO: 43) | |
| MLHER | 5'-CAA ACA AAG CTT CAA CAA TTT AC-3' | (SEQ ID NO: 44) | |
| 6 MLHFF | 5'-GGG TTT TAT TTT CAA GTA CTT GTA TG-3' | (SEQ ID NO: 45) | |
| MLHFR | 5'-GCT CAG CAA CTG TTC AAT GTA TGA GC-3' | (SEQ ID NO: 46) | |
| 7 MLHGF | 5'-CTA-GTG TGT GTT TTT GGC-3' | (SEQ ID NO: 47) | |
| MLHGR | 5'-CAT AAC CTT ATC TCC ACC-3' | (SEQ ID NO: 48) | |
| 8 MLHHF | 5'-CTC AGC CAT GAG ACA ATA AAT CC-3' | (SEQ ID NO: 49) | |
| MLHHR | 5'-GGT TCC CAA ATA ATG TGA TGG-3' | (SEQ ID NO: 50) | |
| 9 MLHIF-1 | 5'-GTT TAT GGG NAG GAA CCT TGT-3' | (SEQ ID NO: 51) | |
| MLHIR-1 | 5'-TGG TCC CAT AAA ATT CCC TGT-3' | (SEQ ID NO: 52) | |
| 10 MLHJF | 5'-CAT GAC TTT GTG TGA ATG TAG ACC-3' | (SEQ ID NO: 53) | |
| MLHJR | 5'-GAG GAG AGC CTG ATA GAA CAT CTG-3' | (SEQ ID NO: 54) | |
| 11 MLHKF | 5'-GGG CTT TTT CTC CCC CTC CC-3' | (SEQ ID NO: 55) | |
| MLHKR | 5'-AAA ATC TGG GCT CTC ACG-3' | (SEQ ID NO: 56) | |
| 12 MLH1-LAF-2-INSIDE | 5'-TTT AAT ACA GAC TTT GCT AC-3' | (SEQ ID NO: 57) | |
| MLH1-LBR | 5'-GAA AAG CCA AAG TTA GAA GG-3' | (SEQ ID NO: 58) | |
| 13 MLHMF | 5'-TGC AAC CCA CCA AAT TTG GC-3' | (SEQ ID NO: 59) | |
| MLHMR | 5'-CTT TCT CCA TTT CCA AAA CC-3' | (SEQ ID NO: 60) | |
| 14 MLHNF | 5'-TGG TGT CTC TAG TTC TGG-3' | (SEQ ID NO: 61) | |
| MLHNR | 5'-CAT TGT TGT AGT AGC TCT GC-3' | (SEQ ID NO: 62) | |
| 15 MLHOF-2* | 5'-GCA GAA CTA TGT CTG TCT CAT-3' | (SEQ ID NO: 63) | |
| MLHOR | 5'-CGG TCA GTT GAA ATG TCA G-3' | (SEQ ID NO: 64) | |
| 16 MLHPF | 5'-CAT TTG GAT CCG TTA NAG C-3' | (SEQ ID NO: 65) | |
| MLHPR | 5'-CAC CCG GCT GGA AAT TTT ATT TG-3' | (SEQ ID NO: 66) | |
| 17 MLHQF | 5'-GGA AAG GCA CTG GAG AAA TGG G-3' | (SEQ ID NO: 67) | |
| MLHQR | 5'-CCC TCC AGC ACA CAT GCA TGT ACC G-3' | (SEQ ID NO: 68) | |
| 18 MLHRF | 5'-TAA GTA GTC TGT GAT CTC CG-3' | (SEQ ID NO: 69) | |
| MLHRR | 5'-ATG TAT GAG GTC GTG TCC-3' | (SEQ ID NO: 70) | |
| 19 MLHSF | 5'-GAC ACC AGT GTA TGT TGG-3' | (SEQ ID NO: 71) | |
| MLHSR* | 5'-GAG AAA GAA GAA CAC ATC CC-3' | (SEQ ID NO: 72) | |

NOTE: MLH1 primers are M-13 tailed,
*EXCEPT for MLH1 primers MLHOF-2, MLHOR & MLHSR:
M13 tail for 5'-TGT AAA ACG ACG GCC AGT-3'
F:          added to 5' end of primer above

M13 tail for 5'-CAG GAA ACA GCT ATG ACC-3'
R:          added to 5' end of primer above

A000557

US 6,951,721 B2

**21**

Results

No differences are observed among the coding exons of the five normal individuals (10 chromosomes), or between these 10 chromosomal sequences and the sequence published in GenBank (Accession No. U40978) for the MLH1 gene. In order to confirm these findings confirmatory sequencing is performed on an additional 62 samples. Among these sixty-two samples, variations are identified in only two positions as summarized in Table 5, below.

TABLE 5

| | MLH1 Haplotypes Allelic Variation | | |
|---|---|---|---|
| Haplotype | EXON 8 codon 219 | IVS14 – 19 | Number of Chromosomes |
| GenBank Sequence (040978) | A | A | 114 (92.5%) |
| Variant #1 | A | G | 5 (3.7%) |
| Variant #2 | G | G | 4 (3.1%) |
| Variant #3 | G | A | 1 (0.7%) |
| | | | Total 134 (100%) |

One sequence variation is within exon 8 wherein a single nucleotide change from A to G in the first position of codon 219 (ATC→GTC) changes the amino acid from Ile to Val. This sequence variation occurs approximately 3.7% of the time in this population. The second sequence variation is deep within an intron (IV514–19) and can be found to be independently segregating with the exon 8 polymorphisms. While there were two "normal" exonic haplotypes identified

**22**

in MLH1 (A versus G at codon 219), the most commonly found haplotype (i.e. consensus normal DNA sequence) having an A at the first position of codon 219 is the sequence currently in the GenBank database which should be used as the standard for clinical comparisons.

In addition, this analysis demonstrated that there is less selective pressure on the MLH1 gene (since codon 219 can have two forms) than on the MSH2 gene where no exonic sequence variation was tolerated. Given that these two genes are both mismatch repair genes, this observation indicates that the degree of redundancy of function (i.e., level of hierarchy between these proteins) is MSH2 as the primary system with MLH1 only as secondary or backup when MSH2 is dysfunctional (i.e., mutant). While empiric data from other studies proposed such a relationship, only determining the actual functional allele profiles for these two genes provides an accurate understanding of the basis of previous observations from population studies.

EXAMPLE 3

Determining the Functional Allele Profile for BRCA1

All procedures (e.g., selection of five individuals at low risk of being carriers for BRCA1 mutations, isolation of genomic DNA, amplification of exons, and sequencing of amplified exons, and analysis of sequence data) are carried out as described in Example 1, above, except that the amplification is carried out using primers specific to the BRCA1 exons as set forth in Table 6, below.

TABLE 6

| | | BRCA1 PRIMERS FOR SEQUENCING TEMPLATES | | |
|---|---|---|---|---|
| Exon | Primer | SEQUENCE | Mg⁺⁺ | SIZE |
| 2 | 2F | 5'GAAGTTGTCATTTTATAAACCTTT-3' (SEQ ID NO: 73) | 1.6 | 275 |
| | 2R | 5'TGTCTTTTCTTCCCTAGTATGT-3' (SEQ ID NO: 74) | | |
| 3 | 3F | 5'TCCTGACACAGCAGACATTA-3' (SEQ ID NO: 75) | 1.4 | 375 |
| | 3R | 5'TTGGATTTCGTTCTCACTTTA-3' (SEQ ID NO: 76) | | |
| 5 | 5F | 5'CTCTTAAGGGCAGTTGTGAG-3' (SEQ ID NO: 77) | 1.2 | 275 |
| | 5R | 5'TTCCTACTGTGGTTGCTTCC-3' (SEQ ID NO: 78) | | |
| 6 | 6/7F | 5'CTTATTTTAGTGTCCTTAAAAGG-3' (SEQ ID NO: 79) | 1.6 | 250 |
| | 6R | 5'TTTCATGGACAGCACTTGAGTG-3' (SEQ ID NO: 80) | | |
| 7 | 7F | 5'CACAACAAAGAGCATACATAGGG-3' (SEQ ID NO: 81) | 1.6 | 275 |
| | 6/7R | 5'TCGGGTTCACTCTGTAGAAG-3' (SEQ ID NO: 82) | | |
| 8 | 8F1 | 5'TTCTCTTCAGGAGGAAAAGCA-3' (SEQ ID NO: 83) | 1.2 | 270 |
| | 8R1 | 5'GCTGCCTACCACAAATACAAA-3' (SEQ ID NO: 84) | | |
| 9 | 9F | 5'CCACAGTAGATGCTCAGTAAA TA-3' (SEQ ID NO: 85) | 1.2 | 250 |
| | 9R | 5'TAGGAAAATACCAGCTTCATAGA-3' (SEQ ID NO: 86) | | |
| 10 | 10F | 5'TGGTCAGCTTTCTGTAATCG-3' (SEQ ID NO: 87) | 1.6 | 250 |
| | 10R | 5'GTATCTACCCACTCTCTTCTTCAG-3' (SEQ ID NO: 88) | | |
| 11A | 11AF | 5'CCACCTCCAAGGTGTATCA-3' (SEQ ID NO: 89) | 1.2 | 372 |
| | 11AR | 5'TGTTATGTTGGCTCCTTGCT-3' (SEQ ID NO: 90) | | |
| 11B | 11BF1 | 5'CACTAAAGACAGAATGAATCTA-3' (SEQ ID NO: 91) | 1.2 | 400 |
| | 11BR1 | 5'GAAGAAGCAGAATATTCATCTA-3' (SEQ ID NO: 92) | | |
| 11C | 11CF1 | 5'TGATGGGGAGTCTGAATCAA-3' (SEQ ID NO: 93) | 1.2 | 400 |
| | 11CR1 | 5'TCTGCTTTCTTGATAAAATCCT-3' (SEQ ID NO: 94) | | |

US 6,951,721 B2

23                                                                24

TABLE 6-continued

| | | BRCA1 PRIMERS FOR SEQUENCING TEMPLATES | | |
|---|---|---|---|---|
| Exon | Primer | SEQUENCE | Mg$^{++}$ | SIZE |
| 11D | 11DF1 | 5'AGCGTCCCCTCACAAATAAA-3' (SEQ ID NO: 95) | 1.2 | 400 |
| | 11DR1 | 5'TCAAGCGCATGAATATGCCT-3' (SEQ ID NO: 96) | | |
| 11E | 11EF | 5'GTATAAGCAATATGGAACTCGA-3' (SEQ ID NO: 97) | 1.2 | 388 |
| | 11ER | 5'TTAAGTTCACTGGTATTTGAACA-3' (SEQ ID NO: 98) | | |
| 11F | 11FF | 5'GACAGCGATACTTTCCCAGA-3' (SEQ ID NO: 99) | 1.2 | 382 |
| | 11FR | 5'TGGAACAACCATGAATTAGTC-3' (SEQ ID NO: 100) | | |
| 11G | 11GF | 5'GGAAGTTAGCACTCTAGGGA-3' (SEQ ID NO: 101) | 1.2 | 423 |
| | 11GR | 5'GCAGTGATATTAACTGTCTGTA-3' (SEQ ID NO: 102) | | |
| 11H | 11HF | 5'TGGGTCCTTAAAGAAACAAAGT-3' (SEQ ID NO: 103) | 1.2 | 366 |
| | 11HR | 5'TCAGGTGACATTGAATCTTCC-3' (SEQ ID NO: 104) | | |
| 11I | 11IF | 5'CCACTTTTTCCCATCAAGTCA-3' (SEQ ID NO: 105) | 1.2 | 377 |
| | 11IR | 5'TCAGGATGCTTACAATTACTTC-3' (SEQ ID NO: 106) | | |
| 11J | 11JF | 5'CAAAATTGAATGCTATGCTTAGA-3' (SEQ ID NO: 107) | 1.2 | 377 |
| | 11JR | 5'TCGGTAACCCTGAGCCAAAT-3' (SEQ ID NO: 108) | | |
| 11K | 11KF | 5'GCAAAAGCGTCCAGAAAGGA-3' (SEQ ID NO: 109) | 1.2 | 396 |
| | 11KR-1 | 5'TATTTGCAGTCAAGTCTTCCAA-3' (SEQ ID NO: 110) | | |
| 11L | 11LF-1 | 5'GTAATATTGGCAAAGGCATCT-3' (SEQ ID NO: 111) | 1.2 | 360 |
| | 11LR | 5'TAAAATGTGCTCCCCAAAAGCA-3' (SEQ ID NO: 112) | | |
| 12 | 12F | 5'GTCCTGCCAATGAGAAGAAA-3' (SEQ ID NO: 113) | 1.2 | 300 |
| | 12R | 5'TGTCAGCAAACCTAAGAATGT-3' (SEQ ID NO: 114) | | |
| 13 | 13F | 5'AATGGAAAGCTTCTCAAAGTA-3' (SEQ ID NO: 115) | 1.2 | 325 |
| | 13R | 5'ATGTTGGAGCTAGGTCCTTAC-3' (SEQ ID NO: 116) | | |
| 14 | 14F | 5'CTAACCTGAATTATCACTATCA-3' (SEQ ID NO: 117) | 1.2 | 310 |
| | 14R | 5'GTGTATAAATGCCTGTATGCA-3' (SEQ ID NO: 118) | | |
| 15 | 15F | 5'TGGCTGCCCAGGAAGTATG-3' (SEQ ID NO: 119) | 1.2 | 375 |
| | 15R | 5'AACCAGAATATCTTTATGTAGGA-3' (SEQ ID NO: 120) | | |
| 16 | 16F | 5'AATTCTTAACAGAGACCAGAAC-3' (SEQ ID NO: 121) | 1.6 | 550 |
| | 16R | 5'AAAACTCTTTCCAGAATGTTGT-3' (SEQ ID NO: 122) | | |
| 17 | 17F | 5'GTGTAGAACGTGCAGGATTG-3' (SEQ ID NO: 123) | 1.2 | 275 |
| | 17R | 5'TCGCCTCATGTGGTTTTA-3' (SEQ ID NO: 124) | | |
| 18 | 18F | 5'GGCTCTTTAGCTTCTTAGGAC-3' (SEQ ID NO: 125) | 1.2 | 350 |
| | 18R | 5'GAGACCATTTTCCCAGCATC-3' (SEQ ID NO: 126) | | |
| 19 | 19F | 5'CTGTCATTCTTCCTGTGCTC-3' (SEQ ID NO: 127) | 1.2 | 250 |
| | 19R | 5'CATTGTTAAGGAAAGTGGTGC-3' (SEQ ID NO: 128) | | |
| 20 | 20F | 5'ATATGACGTGTCTGCTCCAC-3' (SEQ ID NO: 129) | 1.2 | 425 |
| | 20R | 5'GGGAATCCAAATTACACAGC-3' (SEQ ID NO: 130) | | |
| 21 | 21F | 5'AAGCTCTTCCTTTTTGAAAGTC-3' (SEQ ID NO: 131) | 1.6 | 300 |
| | 21R | 5'GTAGAGAAATAGAATAGCCTCT-3' (SEQ ID NO: 132) | | |
| 22 | 22F | 5'TCCCATTGAGAGGTCTTGCT-3' (SEQ ID NO: 133) | 1.6 | 300 |
| | 22R | 5'GAGAAGACTTCTGAGGCTAC-3' (SEQ ID NO: 134) | | |
| 23 | 23F-1 | 5'TGAAGTGACAGTTCCAGTAGT-3' (SEQ ID NO: 135) | 1.2 | 250 |
| | 23R-1 | 5'CATTTTAGCCATTCATTCAACAA-3' (SEQ ID NO: 136) | | |
| 24 | 24F | 5'ATGAATTGACACTAATCTCTGC-3' (SEQ ID NO: 137) | 1.4 | 285 |
| | 24R | 5'GTAGCCAGGACAGTAGAAGGA-3' (SEQ ID NO: 138) | | |

[1]M13 tailed

Results

Differences in the nucleotide sequences of the five normal individuals are found in seven locations on the gene. The data show that for each of the samples, the BRCA1 gene is identical except in the region of seven single nucleotide polymorphisms. The changes and their positions are summarized on Table 7, below, and are depicted in schematic form in FIG. 1. The alternative alleles containing polymorphic (non-mutation causing allelic variations) sites along the BRCA1 gene are represented in FIG. 1 as individual "hap-

A000559

US 6,951,721 B2

25

lotypes" of the BRCA1 gene. The BRCA1[(omi1)] haplotype is shown in FIG. 1 and indicated with dark shading. The alternative allelic variations occurring at nucleotide positions 2201, 2430, 2731, 3232, 3667, 4427, and 4956 are shown. For comparison, the haplotype previously available in GenBank (as Accession No. U14680) is completely unshaded and designated "GB". As can be seen, the most common, "consensus" haplotype occurs in five separate chromosomes labeled with the OMI symbol (haplotypes 1–5 from left to right). Two additional haplotypes (BRCA1[(omi2)], and BRCA1[(omi3)]) are represented with mixed shaded and unshaded positions (numbers 7 and 9 from left to right). In total, 7 of the ten haplotypes identified in the group of five individuals tested are not the haplotype available in Gen-Bank.

The changes, their positions, and their frequencies among the five individuals (ten chromosomes) initially analyzed are summarized on Table 7, below.

TABLE 7

| | | NORMAL PANEL TYPING | | | | |
|---|---|---|---|---|---|---|
| AMINO ACID CHANGE | EXON | 1 | 2 | 3 | 4 | 5 | FRE-QUENCY |
| SER(SER) (694) | 11E | C/C | C/T | C/T | T/T | T/T | 0.4 C 0.6 T |
| LEU(LEU) (771) | 11F | T/T | C/T | C/T | C/C | C/C | 0.4 T 0.6 C |
| PRO(LEU) (871) | 11G | C/T | C/T | C/T | T/T | T/T | 0.3 C 0.7 T |
| GLU(GLY) (1038) | 11I | A/A | A/G | A/G | G/G | G/G | 0.4 A 0.6 G |
| LYS(ARG) (1183) | 11J | A/A | A/G | A/G | G/G | G/G | 0.4 A 0.6 G |
| SER(SER) (1436) | 13 | T/T | T/T | T/C | C/C | C/C | 0.5 T 0.5 C |
| SER(GLY) (1613) | 16 | A/A | A/G | A/G | G/G | G/G | 0.4 A 0.6 G |

Note that there is no requirement to sequence the additional normal individuals available, as has been done for MSH2 (Example 1, above) and MLH1 (Example 2, above) to more accurately determine the frequencies of uncommon polymorphisms. A common haplotype (the "consensus") is readily evident as different from the GenBank sequence (FIG. 1, "GB") in 50% of chromosomes and indeed is homozygous in two normal individuals.

Thus, the "consensus" sequence of the BRCA (omi[1]) should be used as the only true standard for clinical diagnostic analysis in order to avoid misinterpreting polymorphisms as pathologic mutations.

In the alternative, one could compare the test sequence against all four of the BRCA1 functional haplotypes.

EXAMPLE 4

Pharmacogenetic Analysis of Sulfa Drug Sensitivity

The glucose-6-phosphate dehydrogenase gene is located on the X chromosome. Individuals with certain sequence variations in the G6PDH gene lead relatively normal lives unless they are exposed to certain chemicals found in fava beans, primaquine and sulfonamide antibiotics (sulfisoxazole, sulfamethoxazole, sulfathiazole, sulfacetamide, etc.). Upon administration of such compounds to the individual, severe reactions including hemolytic anemia occur in individuals having certain haplotype(s) of the G6PDH gene. These individuals are

26

generally of African and Mediterranean heritage. Because these sequence variations are otherwise of little importance, they have been called both polymorphisms and mutations in the literature. For the purposes of this application, they are called mutations to distinguish them from clear polymorphisms. Genetic analysis in chimpanzees and various human populations indicate that the probable natural "wild-type" is found in individuals sensitive to sulfonamide antibiotics. Beutler et al, Blood 74: 2550–2555 (1989).

A number of apparently inconsequential single nucleotide polymorphisms (SNPs) in the G6PDH gene are known including at intron 5 (PvuII site), nucleotides 202 (Nla III site), 376 (Fok I site), 1311 and 1116 (Pst I sites). These constitute and define the haplotype. Missense mutations occur at amino acids 32, 48, 58, 68, 106, 126, 131, 156, 163, 165, 181, 182, 188, 198, 213, 216, 227, 282, 285, 291, 317, 323, 335, 342, 353, 363, 385, 386, 387, 393, 394, 398, 410, 439, 447, 454, 459, 463 and amino acid 35 deleted. Many mutations are restricted to certain haplotypes. Thus, haplotype determination provides an indication of whether the individual is sensitive to the drugs listed above.

Experimental

Blood is drawn from 30 individuals of African-American heritage with urinary tract infections who have bacteria sensitive to sulfa antibiotics and for whom treatment with trimethoprim-sulfamethiazole is otherwise deemed appropriate. 1 mg of genomic DNA from individuals is isolated from peripheral blood lymphocytes and amplified by PCR using the primers listed in Hirono et al, Proc. Natl. Acad. Sci. USA 85:3951–3954 (1988) and Beutler et al, Human Genetics 87:462–464 (1990) according to the methods in Example 1 above. Amplified fragments are divided into five aliquots and four of which are cleaved by a restriction enzyme, either PvuII, Nla III, Fok I or Pst I, according to the manufacturer's (Stratagene and New England Biolabs) instructions. The digests are electrophoresed in a 4% agarose gel (NuSieve, FMC) with 10 ml of ethidium bromide (10 mg/ml) and the number of bands counted under ultraviolet light. The number of bands indicates the presence or absence of restriction enzyme cleavage and presence of a particular nucleotide at the polymorphic site.

An oligonucleotide probe for determining the polymorphic site at nucleotide 1311 is listed in Beutler et al, Human Genetics 87:462–464 (1990). The fifth aliquot is immobilized on a membrane and an ASO (allele specific oligonucleotide) hybridization assay is performed according to the method of Example 5 below. The presence or absence of the label indicating hybridization is considered indicative of the presence of a particular nucleotide at the polymorphic site.

Individuals having a haplotype, particularly the polymorphism at nucleotide 1116, indicative of very low likelihood of a G6PDH mutation sensitive to sulfamethiazole are given 160 mg trimethoprim with 800 mg sulfamethiazole (SEPTRA DS). Individuals having a haplotype or polymorphism indicative of a possible presence of a G6PDH mutation sensitive to sulfamethiazole are given a different antibiotic (varied with the patient) to which their infecting organism was susceptible.

Confirmatory sequencing of both alleles (60 chromosomes) of the coding region of the G6PDH gene is later performed by the techniques of Example 1 to determine

US 6,951,721 B2

27

the presence of a sensitizing mutation. The haplotype(s) associated with a mutation and those not associated with a mutation are recorded. A panel of oligonucleotides bound to a membrane or other solid phase such as a DNA chip distinguishing the haplotypes and/or the common mutations also is to become part of the present invention.

EXAMPLE 5

Pharmacogenetic Analysis of BRCA1, BRCA2, PTEN, BAP1, BARD1 and hRAD51 Haplotypes and the Use of Tamoxifen to Prevent Breast Cancer

While every step in carcinogenesis is not known, the BRCA1, BRCA2, PTEN, BAP1, BARD1 and hRAD51 proteins are either involved in breast, ovarian, prostate and other cancer susceptibility, in the metabolic pathway of or interact with such proteins. It was determined that the most common form of heriditary breast and ovarian cancer, the BRCA1 185delAG mutation, was found essentially exclusively in one haplotype, namely haplotype OMI1 as defined in Example 1, FIG. 1 and U.S. Pat. No. 5,654,155. As such it was applicants hypothesis that the haplotypes of other

28

breast cancers. Since some of these proteins actually bind to each other, different combinations of haplotypes may bind with different avidity to each other and operate slightly differently under certain circumstances. Likewise for proteins which act at separate reactions within the tumor-suppressing mechanisms.

Experimental

Blood samples are drawn from 47 women prescribed tamoxifen to prevent breast cancer or having had breast cancer to prevent reoccurrence of breast cancer. The DNA sequence for BRCA1 is determined in the regions of the single nucleotide polymorphic sites which constitute the haplotype use the primers according to U.S. Pat. No. 5,654, 155. Those of BRCA2 are determined by using the primers of U.S. patent application Ser. No. 09/084,471 filed May 22, 1998 or using the primers:

TABLE 8

BRCA2 PRIMERS

| EXON | SEQUENCE | POLY-MORPHISM |
|------|----------|---------------|
| 10AF | 5'GAATAATATAAATTATATGGCTTA-3' (SEQ ID NO: 139) | 1093 |
| 10AF | 5'CCTAGTCTTGCTAGTTCTT-3' (SEQ ID NO: 140) | 1093 |
| 10BE | 5'ARCTGAAGTGGAACCAAATGATAC-3' (SEQ ID NO: 141) | 1593 |
| 10BR | 5'ACGTGGCAAAGAATTCTCTGAAGTAA-3' (SEQ ID NO: 142) | 1593 |
| 11BF | 5'AAGAAGCAAAATGTAATAAGGA-3' (SEQ ID NO: 143) | 2457 |
| 11BR | 5'CATTTAAAGCACATACATCTTG-3' (SEQ ID NO: 144) | 2457 |
| 11CF | 5'TCTAGAGGCAAAGAATCATAC-3' (SEQ ID NO: 145) | 2908 |
| 11CR | 5'CAAGATTATTCCTTTCATTAGC-3' (SEQ ID NO: 146) | 2908 |
| 11DF | 5'AACCAAAACACAAATCTAAGAG-3' (SEQ ID NO: 147) | 3199 |
| 11DR | 5'GTCATTTTTATATGCTGCTTTAC-3' (SEQ ID NO: 148) | 3199 |
| 11EF | 5'GGTTTTATATGGAGACACAGG-3' (SEQ ID NO: 149) | 3624 |
| 11ER | 5'GTATTTACAATTTCAACACAAGC-3' (SEQ ID NO: 150) | 3624 |
| 11FF | 5'ATCACAGTTTTGGAGGTAGC-3' (SEQ ID NO: 151) | 4035 |
| 11FR | 5'CTGACTTCCTGATTCTTCTAA-3' (SEQ ID NO: 152) | 4035 |
| 14F | 5'ACCATGTAGCAAATGAGGGTCT-3' (SEQ ID NO: 153) | 7470 |
| 14R | 5'GCTTTTGTCTGTTTTCCTCCAA-3' (SEQ ID NO: 154) | 7470 |
| 22F | 5'AACCACACCCTTAAGATGA-3' (SEQ ID NO: 155) | 9079 |
| 22R | 5'GCATAAGTAGTGGATTTTGC-3' (SEQ ID NO: 156) | 9079 |

related and similar genes alone or in certain combinations provide an indication of association with breast and other cancers associated with these genes, e.g. ovarian, pancreatic, prostate, colon, etc.

The various treatments and prophylactics useful against the disease are also believed to be related to the haplotypes. It is already known that certain mutant genes result in different presentations of cancers and different treatment. For example, BRCA1 mutations in the early part of the coding sequence generally form cancers at a younger age than mutations in the later part of the coding sequence. Likewise, breast cancer arising from BRCA2 mutations are typically more sensitive to radiation treatment than other

The DNA sequences for haplotypes of PTEN are determined by using the published primers of Table 3, Liaw et al, *Nature Genetics*, 16(1): p. 64–67 (1997).

The primers for amplifying hRAD51 are:

5'GGGCCCGGATCCATGGCAATGCAGATGCAGC-3' (SEQ ID NO: 157) and

5'GGGCCCCAATGGATATCATTCAGTCTTTGGCATCTCCCACTCC-3' (SEQ ID NO: 158).

The primers for amplifying BAP1 are:

| PRIMER | SEQUENCE |
|--------|----------|
| BAP1A1-F | 5'CACGAGGCATGGCGCTGAGG-3' (SEQ ID NO: 159) |
| BAP1A-R | 5'CCGGGCCTTGTCTGTCCACT-3' (SEQ ID NO: 160) |

US 6,951,721 B2

29

**-continued**

| PRIMER | SEQUENCE |
|--------|----------|
| BAP1B-F | 5'GTCTACCCCATTGACCATGG-3' (SEQ ID NO: 161) |
| BAP1B-R | 5'TCATCATCTGAGTACTGCTG-3' (SEQ ID NO: 162) |
| BAP1C-F | 5'TGCAGGAGGAAGAAGACCTG-3' (SEQ ID NO: 163) |
| BAP1C-R | 5'TCTGTCAGCGCCAGGGGACT-3' (SEQ ID NO: 164) |
| BAP1D-F | 5'AGCACAGGCCTGCTGCACCT-3' (SEQ ID NO: 165) |
| BAP1D-R | 5'GAAAAGGGGAAGTGGGGCAG-3' (SEQ ID NO: 166) |

The primers for amplifying BAP1 for polymorphism detection in the 3' UTR are:

| | |
|---|---|
| BAP1-PF | 5'AGCCCAGGCCCCAACACAGCCCCATGGCCTCT-3' (SEQ ID NO: 167) |
| BAP1-PR | 5'CTTAGGAGAGTTTTATTCATTCATTGATCCAG-3' (SEQ ID NO: 168) |

The primers for amplifying BARD1 are:

5'AACAGTACAATGACTGGGCTC -3' (SEQ ID NO: 169) and

5'TCAGCGCTTCTGCACACAGT -3' (SEQ ID NO: 170)

In the cases of BARD1 and hRAD51, the PCR products are sequenced in entirety. All procedures (e.g., isolation of genomic DNA, amplification, sequencing, and analysis of sequence data) are carried out as described in Example 1. The method as described in Examples 1–3 is used to determine the common haplotypes in these genes.

Once standardized by sequencing, the amplified fragments of BRCA1, BRCA2, PTEN and BAP1, produced by PCR are assayed by hybridization to allele-specific oligonucleotides (ASO) which distinguish the polymorphic site directly. The ASO assay is performed as described in the following experiment.

Binding PCR Products to Nylon Membrane

The PCR products are denatured no more than 30 minutes prior to binding the PCR products to the nylon membrane. To denature the PCR products, the remaining PCR reaction (45 ml) and the appropriate positive control mutant gene amplification product are diluted to 200 ml final volume with PCR Diluent Solution (500 mM NaOH, 2.0 M NaCl, 25 mM EDTA) and mixed thoroughly. The mixture is heated to 95° C. for 5 minutes, and immediately placed on ice and held on ice until loaded onto dot blotter, as described below.

The PCR products are bound to 9 cm by 13 cm nylon ZETA PROBE BLOTTING MEMBRANE (BIO-RAD, Hercules, Calif., catalog number 162-0153) using a BIO-RAD dot blotter apparatus. Forceps and gloves are used at all times throughout the ASO analysis to manipulate the membrane, with care taken never to touch the surface of the membrane with bare hands or latex gloves.

Pieces of 3MM filter paper [WHATMAN®, Clifton, N.J.] and nylon membrane are pre-wet in 10×SSC prepared fresh from 20×SSC buffer stock. The vacuum apparatus is rinsed thoroughly with dH₂O prior to assembly with the membrane. 100 ml of each denatured PCR product is added to the wells of the blotting apparatus. Each row of the blotting apparatus contains a set of reactions for a single exon to be

30

tested, including a placental DNA (negative) control, a synthetic oligonucleotide with the desired mutation or a PCR product from a known mutant sample (positive control), and three no template DNA controls.

After applying PCR products, the nylon filter is placed DNA side up on a piece of 3MM filter paper saturated with denaturing solution (1.5M NaCl, 0.5 M NaOH) for 5 minutes. The membrane is transferred to a piece of 3MM filter paper saturated with neutralizing solution (1M Tris-HCl, pH 8, 1.5 M NaCl) for 5 minutes. The neutralized membrane is then transferred to a dry 3MM filter DNA side up, and exposed to ultraviolet light (STRALINKER, STRATAGENE, La Jolla, Calif.) for exactly 45 seconds to fix the DNA to the membrane. This UV crosslinking should be performed within 30 min. of the denaturation/ neutralization steps. The nylon membrane is then cut into strips such that each strip contains a single row of blots of one set of reactions for a single exon.

Hybridizing Labeled Oligonucleotides to the Nylon Membrane Prehybridization

The strip is prehybridized at 52° C. incubation using the HYBAID® (SAVANT INSTRUMENTS, INC., Holbrook, N.Y.) hybridization oven. 2×SSC (15 to 20 ml) is preheated to 52° C. in a water bath. For each nylon strip, a single piece of nylon mesh cut slightly larger than the nylon membrane strip (approximately 1"×5") is pre-wet with 2×SSC. Each single nylon membrane is removed from the prehybridization solution and placed on top of the nylon mesh. The membrane/mesh "sandwich" is then transferred onto a piece of Parafilm™. The membrane/mesh sandwich is rolled lengthwise and placed into an appropriate HYBAID® bottle, such that the rotary action of the HYBAID® apparatus caused the membrane to unroll. The bottle is capped and gently rolled to cause the membrane/mesh to unroll and to evenly distribute the 2×SSC, making sure that no air bubbles formed between the membrane and mesh or between the mesh and the side of the bottle. The 2×SSC is discarded and replaced with 5 ml TMAC Hybridization Solution, which contained 3 M TMAC (tetramethyl ammoniumchloride-SIGMA T-3411), 100 mM Na₃PO₄(pH 6.8), 1 mM EDTA, 5× Denhardt's (1% Ficoll, 1% polyvinylpyrrolidone, 1% BSA (fraction V)), 0.6% SDS, and 100 mg/ml Herring Sperm DNA. The filter strips were prehybridized at 52° C. with medium rotation (approx. 8.5 setting on the HYBAID® speed control) for at least one hour. Prehybridization can also be performed overnight.

Labeling Oligonucleotides

The DNA sequences of the oligonucleotide probes used to detect the BRCA1, BRCA2, PTEN, and BAP1 single nucleotide polymorphisms (SNPs) are as follows (for each polymorphism both options for the oligonucleotide are given below): The complements of these probes may also be used. Preliminary laboratory data indicates that probes with either greater specificity or sensitivity can be prepared by slightly varing the length and amount overlapping each side of the polymorphic region. It is expected that better probes will be prepared by routine experimentation.

A000562

US 6,951,721 B2

31                                                          32

TABLE 9

| | | BRCA1 | |
|---|---|---|---|
| 2201 | C | 5'ACATGACAGCGATACTT-3' | (SEQ ID NO: 171) |
| 2201 | T | 5'ACATGACAGTGATACTT-3' | (SEQ ID NO: 172) |
| 2430 | T | 5'AGTATTTCATTGGTACC-3' | (SEQ ID NO: 173) |
| 2430 | C | 5'AGTATTTCACTGGTACC-3' | (SEQ ID NO: 174) |
| 2731 | C | 5'CATTTGCTCCGTTTTCA-3' | (SEQ ID NO: 175) |
| 2731 | T | 5'CATTTGCTCTGTTTTCA-3' | (SEQ ID NO: 176) |
| 3232 | A | 5'TTTTTAAAGAAGCCAGC-3' | (SEQ ID NO: 177) |
| 3232 | G | 5'TTTTTAAAGGAGCCAGC-3' | (SEQ ID NO: 178) |
| 3667 | A | 5'GCGTCCAGAGAAGGAGAG-3' | (SEQ ID NO: 179) |
| 3667 | G | 5'GCGTCCAGAGAGGGAGAG-3' | (SEQ ID NO: 180) |
| 4427 | T | 5'AAGTGACTCTTCTGCCC-3' | (SEQ ID NO: 181) |
| 4427 | C | 5'AAGTGACTCCTCTGCCC-3' | (SEQ ID NO: 182) |
| 4956 | A | 5'TGTGCCCAGAGTCCAGC-3' | (SEQ ID NO: 183) |
| 4956 | G | 5'TGTGCCCAGGGTCCAGC-3' | (SEQ ID NO: 184) |
| 1186 | A | 5'GGAATAAGCAGAAACTG-3' | (SEQ ID NO: 185) |
| 1186 | G | 5'GGAATAAGCGGAAACTG-3' | (SEQ ID NO: 186) |
| 2196 | G | 5'AAAAGACATGACAGCGA-3' | (SEQ ID NO: 187) |
| 2196 | A | 5'AAAAGACATAACAGCGA-3' | (SEQ ID NO: 188) |
| 3238 | G | 5'AAGAAGCCAGCTCAAGC-3' | (SEQ ID NO: 189) |
| 3238 | A | 5'AAGAAGCCAACTCAAGC-3' | (SEQ ID NO: 190) |
| 2202 | G | 5'CATGACAGTGATACTTT-3' | (SEQ ID NO: 191) |
| 2202 | A | 5'CATGACAGTAATACTTT-3' | (SEQ ID NO: 192) |

TABLE 10

| | | BRCA2 | |
|---|---|---|---|
| PROBE | | SEQUENCE | |
| 1093 | A | 5'TAGGACATTGGCATTGA-3' | (SEQ ID NO: 193) |
| 1093 | C | 5'TAGGACATGTGGCATTGA-3' | (SEQ ID NO: 194) |
| 1342 | A | 5'CTTCTGATTTGCTACATT-3' | (SEQ ID NO: 195) |
| 1342 | C | 5'CTTCTGATCTGCTACATT-3' | (SEQ ID NO: 196) |
| 1593 | A | 5'GGCTTCTCTGATTTTGGT-3' | (SEQ ID NO: 197) |
| 1593 | G | 5'GGCTTCTCGGATTTTGGT-3' | (SEQ ID NO: 198) |
| 2457 | T | 5'TTTTGAATATTGTACTGG-3' | (SEQ ID NO: 199) |
| 2457 | C | 5'TTTTGAATGTTGTACTGG-3' | (SEQ ID NO: 200) |
| 2908 | G | 5'ATTAGCTACTTGGAAGAC-3' | (SEQ ID NO: 201) |
| 2908 | A | 5'ATTAGCTATTTGGAAGAC-3' | (SEQ ID NO: 202) |
| 3199 | A | 5'CCATTTGTTCATGTAATC-3' | (SEQ ID NO: 203) |
| 3199 | G | 5'CCATTTGTCCATGTAATC-3' | (SEQ ID NO: 204) |
| 3624 | A | 5'TAGCTTGGTTTTCTAAAC-3' | (SEQ ID NO: 205) |
| 3624 | G | 5'TAGCTTGGGTTTTCTAAAC-3' | (SEQ ID NO: 206) |
| 4035 | T | 5'ATTGAAACAACAGAATCA-3' | (SEQ ID NO: 207) |
| 4035 | C | 5'ATTGAAACGACAGAATCA-3' | (SEQ ID NO: 208) |
| 7470 | A | 5'TGAAAATGTGATTTAGTT-3' | (SEQ ID NO: 209) |
| 7470 | G | 5'TGAAAATGCGATTTAGTT-3' | (SEQ ID NO: 210) |
| 9079 | G | 5'TTCCATGGCTTCCTAAT-3' | (SEQ ID NO: 211) |
| 9079 | A | 5'TTCCATGGTCTTCCTAAT-3' | (SEQ ID NO: 212) |

TABLE 11

| | | PTEN | |
|---|---|---|---|
| 132 | C | 5'CTTGAAGGCGTATACAGG-3' | (SEQ ID NO: 213) |
| 132 | T | 5'CTTGAAGGTGTATACAGG-3' | (SEQ ID NO: 214) |

TABLE 12

| | | BAP1 | |
|---|---|---|---|
| +1102 | A | 5'ATGGCCTCTACCAGATGGC-3' | (SEQ ID NO: 215) |
| +1102 | T | 5'ATGGCCTCTTCCAGATGGC-3' | (SEQ ID NO: 216) |
| +1102 | G | 5'ATGGCCTCTGCCAGATGGC-3' | (SEQ ID NO: 217) |
| +1102 | C | 5'ATGGCCTCTCCCAGATGGC-3' | (SEQ ID NO: 218) |
| +1116 | A | 5'CAGATGGCTTTGAAAAAGG-3' | (SEQ ID NO: 219) |
| +1116 | C | 5'CAGATGGCTTTGCAAAAGG-3' | (SEQ ID NO: 220) |
| +1116 | T | 5'CAGATGGCTTTGTAAAAGG-3' | (SEQ ID NO: 221) |
| +1116 | G | 5'CAGATGGCTTTGGAAAAGG-3' | (SEQ ID NO: 222) |
| +1131 | A | 5'GATCCAAACAGGCCCCTTT-3' | (SEQ ID NO: 223) |
| +1131 | T | 5'GATCCAATCAGGCCCCTTT-3' | (SEQ ID NO: 224) |
| +1131 | G | 5'GATCCAAGCAGGCCCCTTT-3' | (SEQ ID NO: 225) |
| +1131 | C | 5'GATCCAATCAGGCCCCTTT-3' | (SEQ ID NO: 226) |
| +1233 | A | 5'CCCTGTAAAAACTGGATCA-3' | (SEQ ID NO: 227) |
| +1233 | C | 5'CCCTGTAAACACTGGATCA-3' | (SEQ ID NO: 228) |
| +1233 | G | 5'CCCTGTAAAGACTGGATCA-3' | (SEQ ID NO: 229) |
| +1233 | T | 5'CCCTGTAAATACTGGATCA-3' | (SEQ ID NO: 230) |

Each labeling reaction contains 2-μl 5× Kinase buffer (or 1 μl of 10× Kinase buffer), 5 μl gamma-ATP $^{32}$P (not more than one week old), 1 μl T4 polynucleotide kinase, 3 μl oligonucleotide (20 μM stock), sterile H$_2$O to 10 μl final volume if necessary. The reactions are incubated at 37° C. for 30 minutes, then at 65° C. for 10 minutes to heat inactivate the kinase. The kinase reaction is diluted with an equal volume (10 μl) of sterile dH$_2$O (distilled water).

The oligonucleotides are purified on STE MICRO SELECT-D, G-25 spin columns (catalog no. 5303-356769), according to the manufacturer's instructions. The 20 μl synthetic oligonucleotide eluate is diluted with 80 μl dH$_2$O (final volume=100 μl). The amount of radioactivity in the oligonucleotide sample is determined by measuring the radioactive counts per minute (cpm). The total radioactivity must be at least 2 million cpm. For any samples containing less than 2 million total, the labeling reaction is repeated.

Hybridization with Oligonucleotides

Approximately 2–5 million counts of the labeled oligonucleotide probe is diluted into 5 ml of TMAC hybridization solution, containing 40 μl of 20 μM stock of unlabeled alternative polymorphism oligonucleotide. The probe mix is preheated to 52° C. in the hybridization oven. The prehybridization solution is removed from each bottle and replaced with the probe mix. The filter is hybridized for 1 hour at 52° C. with moderate agitation. Following hybridization, the probe mix is decanted into a storage tube and stored at −20° C. The filter is rinsed by adding approximately 20 ml of 2×SSC+0.1% SDS at room temperature and rolling the capped bottle gently for approximately 30 seconds and pouring off the rinse. The filter is then washed with 2×SSC+0.1% SDS at room temperature for 20 to 30 minutes, with shaking.

The membrane is removed from the wash and placed on a dry piece of 3MM WHATMAN filter paper then wrapped in one layer of plastic wrap, placed on the autoradiography film, and exposed for about five hours depending upon a

A000563

US 6,951,721 B2

33

survey meter indicating the level of radioactivity. The film is developed in an automatic Film processor.

Control Hybridization with Normal Oligonucleotides

The purpose of this step is to ensure that the PCR products are transferred efficiently to the nylon membrane.

Following hybridization with the bound oligonucleotide, as described above, each nylon membrane is washed in 2×SSC, 0.1% SDS for 20 minutes at 65° C. to melt off the bound oligonucleotide probes. The nylon strips are then prehybridized together in 40 ml of TMAC hybridization solution for at least 1 hour at 52° C. in a shaking water bath. 2–5 million counts of each of the normal labeled oligonucleotide probes plus 40 μl of 20 μM stock of unlabeled normal oligonucleotide are added directly to the container containing the nylon membranes and the prehybridization solution. The filter and probes are hybridized at 52° C. with shaking for at least 1 hour. Hybridization can be performed overnight, if necessary. The hybridization solution is poured off, and the nylon membrane is rinsed in 2×SSC, 0.1% SDS for 1 minute with gentle swirling by hand. The rinse is poured off and the membrane is washed in 2×SSC, 0.1% SDS at room temperature for 20 minutes with shaking.

The nylon membrane is removed and placed on a dry piece of 3MM WHATMAN filter paper. The nylon membrane is then wrapped in one layer of plastic wrap and placed on autoradiography film. The exposure is for at least 1 hour.

For each sample, adequate transfer to the membrane is indicated by a strong autoradiographic hybridization signal. For each sample, an absent or weak signal when hybridized with its normal oligonucleotide, indicates an unsuccessful transfer of PCR product, and it is a false negative. The ASO analysis must be repeated for any sample that did not successfully transfer to the nylon membrane.

The pattern of hybridization using the probes from the panel according to Tables 9–12 determine the haplotype of the patient sample when compared to the known haplotypes.

The degree of breast, ovarian and other cancer prevention with and without tamoxifen and the degree of prevention of reoccurrence of breast and ovarian cancer with and without tamoxifen are compared for patients grouped by BRCA1, BRCA2, PTEN, BAP1, BARD1, hRAD51 haplotype separately and in all possible combinations using various proprietary data mining techniques similar to the Recognizer™ methodology described in U.S. Pat. No. 5,642,936. Appropriate recommendations regarding the use of tamoxifen for patients of different haplotypes are then be made for patients with and without a history of breast or ovarian cancer.

While this example is a retrospective study and thus unacceptable for proof of efficacy for the U.S. Food and Drug Administration, prospective studies are also part of the present invention. In a prospective study, the test individuals have their haplotypes determined for each pertinent gene prior to determining whether or not they will be accepted for the drug trial or initiate tamoxifen therapy.

EXAMPLE 6

Pharmacogenetic Analysis of a p53 Polymorphism and the Appropriateness of the Human Papiloma Virus Vaccine

Human papiloma virus (HPV) currently infects up to 40 million Americans with at least one of about 80 different strains. Many strains of the virus cause veneral warts, vulval, penile and perianal cancers. One strain in particular, HPV-16, is believed to be responsible for about half of all cases

34

of cervical cancer. Three other strains are responsible for another 35% of all cervical cancer cases with HPV-18 causing malignant tumors while HPV-6 and HPV-11 usually forming benign lesions. HPV vaccines are made by MedImmune, Inc. (Gaithersburg, Md.) and Merck & Co. Clinical trials have already begun.

While applicant does not wish to be bound by any theory, it is believed that HPV may induce cancer by interacting with p53 in a manner which inhibits the action of p53 to prevent runaway cell growth. It has been known that HPV protein E6 inactivates only p53 proteins from some individuals and not other individuals. Medcalf et al, *Oncogene,* 8: 2847–2851 (1993). Therefore, determining the haplotype(s) of the p53 gene is believed to indicate who is susceptible to cervical cancer induced by HPV and is therefore a candidate for a HPV vaccine.

Previous commercial p53 gene testing of patient samples performed by Oncormed, Inc. (the owner of this application) involved various sequencing techniques and functional assays for prognostic testing on various tumor samples and susceptibility testing of genomic samples in patients with an inherited mutant p53 gene (Li-Fraumeni Syndrome). While apparent single nucleotide polymorphisms were noticed, such results were not reported as the samples are suspected to contain p53 mutations and do not originate from healthy individuals without a genetic history indicating inheritance of two functional p53 alleles.

Only polymorphisms in the coding region are analyzed because women having cervical cancers are believed to have a p53 protein which is "in-activatable" because the coding sequence for p53 is usually not mutated in cervical cancers. Vogelstein et al, *Cell,* 70: 523–526 (1992). Thus, the haplotypes were determined based on the single nucleotide polymorphisms at codon 21 (which may be either GAC or GAT), codon 36 (which may be either CCG or CCA), codon 47 (which may be either C CG or T CG), codon 72 (which may be either CGC or CCC) and codon 213 (which may be either CGA or CGG).

Experimental Protocol

Blood samples are from 53 healthy individuals having a history of veneral warts or at risk from exposure to HPV. Exposure is defined as an individual having regular sexual contact with an infected individual without a barrier preventing transmission of HPV. These individuals have either stage I (normal) or stage II (inflammation) PAP smears. Some of the individuals had been previously treated for veneral warts with one or more of the following treatments: podophyllin, trichloroacetic acid, cryosurgury, cauderization or interferon. Also, blood samples are from 12 patients with a history of cervical cancer as defined by a stage IV (carcinoma in-situ) or greater PAP smear result. Note that individuals having a stage III PAP smear (dysplasia) are not included in this study. White blood cells are collected and genomic DNA is extracted from the white blood cells according to well-known methods (Sambrook, et al., Molecular Cloning, A Laboratory Manual, 2nd Ed., 1989, Cold Spring Harbor Laboratory Press, at 9.16–9.19).

PCR Amplification for Sequencing

The genomic DNA is used as a template to amplify a DNA fragment encompassing the site of the mutation to be tested. The 25 ml PCR reaction contains the following components: 1 ml template (100 ng/ml) DNA, 2.5 ml 10×PCR Buffer

A000564

US 6,951,721 B2

35

(PERKIN-ELMER), 1.5 ml dNTP (2 mM each dATP, dCTP, dGTP, dTTP), 1.5 ml Forward Primer (10 mM), 1.5 ml Reverse Primer (10 mM), 0.5 ml (2.5 U total) AMPLITAQ GOLD™ TAQ DNA POLYMERASE or AMPLITAQ® TAQ DNA POLYMERASE (PERKIN-ELMER), 1.0 to 5.0 ml (25 mM) MgCl$_2$ (depending on the primer) and distilled water (dH$_2$O ) up to 25 ml. All reagents for each exon except the genomic DNA can be combined in a master mix and aliquoted into the reaction tubes as a pooled mixture. The primers are listed below.

36

-continued

| Temperature | Time | Number of Cycles |
|---|---|---|
| 72° C. | 5 min. | 1 |
| 4° C. | hold | 1 |

Quality Control Agarose Gel of PCR Amplification:

The quality of the PCR products is examined prior to further analysis by electrophoresing an aliquot of each PCR

| NAME | SEQUENCE | | LENGTH | IN-TRON |
|---|---|---|---|---|
| 2F | 5'-TCATGCTGGATCCCCACTTTTCCTCTTG-3' | (SEQ ID NO: 231) | 28 | 31 |
| 2R | 5'-GGTGGCCTGCCCTTCCAATGGATCCACT-3' | (SEQ ID NO: 232) | 28 | 3 |
| 3F | 5'-AATTCATGGGACTGACTTTCTGCTCTTGTC-3' | (SEQ ID NO: 233) | 30 | 6 |
| 3R | 5'-TCCAGGTCCCAGCCCAACCCTTGTCC-3' | (SEQ ID NO: 234) | 26 | 4 |
| 4F | 5'-GTCCTCTGACTGCTCTTTTCACCCATCTAC-3' | (SEQ ID NO: 235) | 30 | 2 |
| 4R | 5'-GGGATACGGCCAGGCATTGAAGTCTC-3' | (SEQ ID NO: 236) | 26 | 29 |
| 5F | 5'-CTTGTGCCCTGACTTTCAACTCTGTCTC-3' | (SEQ ID NO: 237) | 28 | 16 |
| 5R | 5'-TGGGCAACCAGCCCTGTCGTCTCTCCA-3' | (SEQ ID NO: 238) | 27 | 15 |
| 6F | 5'-CCAGGCCTCTGATTCCTCACTGATTGCTC-3' | (SEQ ID NO: 239) | 29 | 4 |
| 6R | 5'-GCCACTGACAACCACCCTTAACCCCTC-3' | (SEQ ID NO: 240) | 27 | 29 |
| 7F | 5'-GCCTCATCTTGGGCCTGTGGTTATCTCC-3' | (SEQ ID NO: 241) | 27 | 3 |
| 7R | 5'-GGCCAGTGTGCAGGGTGGCAAGTGGCTC-3' | (SEQ ID NO: 242) | 28 | 5 |
| 8F | 5'-GTAGGACCTGATTTCCTTACTGCCTCTTGC-3' | (SEQ ID NO: 243) | 30 | 23 |
| 8R | 5'-ATAACTGCACCCTTGGTCTCCTCCACCGC-3' | (SEQ ID NO: 244) | 29 | 20 |
| 9F | 5'-CACTTTTATCACCTTTCCTTGCCTCTTTCC-3' | (SEQ ID NO: 245) | 30 | 3 |
| 9R | 5'-AACTTTCCACTTGATAAGAGGTCCCAAGAC-3' | (SEQ ID NO: 246) | 30 | 7 |
| 10F | 5'-ACTTACTTCTCCCCCTCCTCTGTTGCTGC-3' | (SEQ ID NO: 247) | 29 | 2 |
| 10R | 5'-ATGGAATCCTATGGCTTTCCAACCTAGGAAG-3' | (SEQ ID NO: 248) | 31 | 39 |
| 11F | 5'-CATCTCTCCTCCCTGCTTCTGTCTCCTAC-3' | (SEQ ID NO: 249) | 29 | 2 |
| 11R | 5'-CTGACGCACACCTATTGCAAGCAAGGGTTC-3' | (SEQ ID NO: 250) | 30 | 80 |

The term "INTRON" refers to the location in the intron where the primer anneals.

Alternatively the primers for exons 2 and 3 may be amplified together with primers:

p53-2/3F 5'GAAGCGTCTCATGCTGGAT-3' (SEQ ID NO: 251)

p53-2/3R 5'GGGGACTGTAGATGGGTGAA-3' (SEQ ID NO: 252)

For each exon analyzed, the following control PCRs are set up:

(1) "Negative" DNA control (100 ng placental DNA (SIGMA CHEMICAL CO., St. Louis, Mo.)

(2) Three "no template" controls

PCR for all exons is performed using the following thermocycling conditions:

| Temperature | Time | Number of Cycles |
|---|---|---|
| 95° C. | 5 min (AMPLITAQ) or 10 min. (GOLD) | 1 |
| 95° C. | 30 sec. | |
| 55° C. | 30 sec. | } 30 cycles |
| 72° C. | 1 min | |

reaction sample on an agarose gel. 5 $\mu$l of each PCR reaction is run on an agarose gel along side a DNA 100 BP DNA LADDER (Gibco BRL cat#15628-019). The electrophoresed PCR products are analyzed according to the following criteria:

Each patient sample must show a single band of the size corresponding the number of base pairs expected from the length of the PCR product from the forward primer to the reverse primer. If a patient sample demonstrates smearing or multiple bands, the PCR reaction must be repeated until a clean, single band is detected. If no PCR product is visible or if only a weak band is visible, but the control reactions with placental DNA template produced a robust band, the patient sample should be re-amplified with 2× as much template DNA.

All three "no template" reactions must show no amplification products. Any PCR product present in these reactions

US 6,951,721 B2

**37**

is the result of contamination. If any one of the "no template" reactions shows contamination, all PCR products should be discarded and the entire PCR set of reactions should be repeated after the appropriate PCR decontamination procedures have been taken.

The optimum amount of PCR product on the gel should be between 50 and 100 ng, which can be determined by comparing the intensity of the patient sample PCR products with that of the DNA ladder. If the patient sample PCR products contain less than 50 to 100 ng, the PCR reaction should be repeated until sufficient quantity is obtained.

DNA Sequencing

For DNA sequencing, double stranded PCR products are labeled with four different fluorescent dyes, one specific for each nucleotide, in a cycle sequencing reaction. With Dye Terminator Chemistry, when one of these nucleotides is incorporated into the elongating sequence it causes a termination at that point. Over the course of the cycle sequencing reaction, the dye-labeled nucleotides are incorporated along the length of the PCR product generating many different length fragments.

The dye-labeled PCR products will separate according to size when electrophoresed through a polyacrylamide gel. At the lower portion of the gel on an ABI automated sequencer, the fragments pass through a region where a laser beam continuously scans across the gel. The laser excites the fluorescent dyes attached to the fragments causing the emission of light at a specific wavelength for each dye. Either a photomultiplier tube (PMT) detects the fluorescent light and converts is into an electrical signal (ABI 373) or the light is collected and separated according to wavelength by a spectrograph onto a cooled, charge coupled device (CCD) camera (ABI 377). In either case the collection software will collect the signals and store them for subsequent sequence analysis.

PCR products are first purified for sequencing using a QIAQUICK-SPIN PCR PURIFICATION KIT (QIAGEN #28104). The purified PCR products are labeled by adding primers, fluorescently tagged dNTPs and Taq Polymerase FS in an ABI Prism Dye Terminator Cycle Sequencing Kit (PERKIN ELMER/ABI catalog #02154) in a PERKIN ELMER GENEAMP 9600 thermocycler.

The amounts of each component are:

| For Samples | | For Controls | |
|---|---|---|---|
| Reagent | Volume | Reagent | Volume |
| Dye mix | 8.0 µL | PGEM | 2.0 µL |
| Primer (1.6 mM) | 2.0 µL | M13 | 2.0 µL |
| PCR product | 2.0 µL | Dye mix | 8.0 µL |
| sdH2O | 8.0 µL | sdH2O | 8.0 µL |

The thermocycling conditions are:

| Temperature | Time | # of Cycles |
|---|---|---|
| 96° C. | 15 sec. | |
| 50° C. | 5 sec. | 25 |
| 60° C. | 4 min. | |
| 4° C. | hold | 1 |

The product is then loaded into a gel and placed into an ABI DNA Sequencer (Models 373A & 377) and run. The sequence obtained is analyzed by comparison to the wild type (reference) sequence using SEQUENCE NAVIGATOR

**38**

software. When a sequence does not align, it indicates a possible mutation or polymorphism. The DNA sequence is determined in both the forward and reverse directions. All results are provided to a second reader for review.

PCR Amplification for ASO

The genomic DNA is used as a template to amplify a separate DNA fragment encompassing the site of the mutation to be tested. The 50 µl PCR reaction contains the following components: 1 µl template (100 ng/µl) DNA, 5.0 µl 10×PCR Buffer (PERKIN-ELMER), 2.5 µl dNTP (2 mM each dATP, dCTP, dGTP, dTTP), 2.5 µl Forward Primer (10 mM), 2.5 µl Reverse Primer (10 µM), 0.5 µl (2.5 U total) AMPLITAQ® TAQ DNA POLYMERASE or AMPLITAQ GOLD™ DNA POLYMERASE (PERKIN-ELMER), 1.0 to 5.0 µl (25 mM) MgCl₂ (depending on the primer) and distilled water (dH₂O) up to 50 µl. All reagents for each exon except the genomic DNA can be combined in a master mix and aliquoted into the reaction tubes as a pooled mixture. The primers described above are used.

For each exon analyzed, the following control PCRs are set up:

(1) "Negative" DNA control (100 ng placental DNA (SIGMA CHEMICAL CO., St. Louis, Mo.)
(2) Three "no template" controls.

PCR for all exons is performed using the following thermocycling conditions:

| Temperature | Time | Number of Cycles |
|---|---|---|
| 95° C. | 5 min (AMPLITAQ) or 10 min. (GOLD) | 1 |
| 95° C. | 30 sec. | |
| 55° C. | 30 sec. | 30 cycles |
| 72° C. | 1 min | |
| 72° C. | 5 min. | 1 |
| 4° C. | hold | 1 |

The quality control agarose gel of PCR amplification is performed as above.

Binding PCR Products to Nylon Membrane

The PCR products are denatured no more than 30 minutes prior to binding the PCR products to the nylon membrane. To denature the PCR products, the remaining PCR reaction (45 µl) and the appropriate positive control polymorphism gene amplification product are diluted to 200 µl final volume with PCR Diluent Solution (500 mM NaOH, 2.0 M NaCl, 25 mM EDTA) and mixed thoroughly. The mixture is heated to 95° C. for 5 minutes, and immediately placed on ice and held on ice until loaded onto dot blotter, as described below.

The PCR products are bound to 9 cm by 13 cm nylon ZETA PROBE BLOTTING MEMBRANE (BIO-RAD, Hercules, Calif., catalog number 162-0153) using a BIO-RAD dot blotter apparatus.

Pieces of 3MM filter paper [WHATMAN®, Clifton, N.J.] and nylon membrane are pre-wet in 10×SSC prepared fresh from 20×SSC buffer stock. The vacuum apparatus is rinsed thoroughly with dH₂O prior to assembly with the membrane. 100 µl of each denatured PCR product is added to the wells of the blotting apparatus. Each row of the blotting apparatus contains a set of reactions for a single exon to be tested, including a placental DNA (negative) control, a synthetic oligonucleotide with the desired mutation or a PCR product from a known polymorphic sample (positive control), and three no template DNA controls.

After applying PCR products, the nylon filter is placed DNA side up on a piece of 3MM filter paper saturated with denaturing solution (1.5 M NaCl, 0.5 M NaOH) for 5

US 6,951,721 B2

**39**

minutes. The membrane is transferred to a piece of 3MM filter paper saturated with neutralizing solution (1 M Tris-HCl, pH 8, 1.5 M NaCl) for 5 minutes. The neutralized membrane is then transferred to a dry 3MM filter DNA side up, and exposed to ultraviolet light (STRALINKER, STRATAGENE, La Jolla, Calif.) for exactly 45 seconds to fix the DNA to the membrane. This UV crosslinking should be performed within 30 min. of the denaturation/neutralization steps. The nylon membrane is then cut into strips such that each strip contains a single row of blots of one set of reactions for a single exon.

Hybridizing Labeled Oligonucleotides to the Nylon Membrane Prehybridization

The strip is prehybridized at 52° C. incubation using the HYBAID® (SAVANT INSTRUMENTS, INC., Holbrook, N.Y.) hybridization oven. 2×SSC (15 to 20 ml) is preheated to 52° C. in a water bath. For each nylon strip, a single piece of nylon mesh cut slightly larger than the nylon membrane strip (approximately 1"×5") is pre-wet with 2×SSC. Each single nylon membrane is removed from the prehybridization solution and placed on top of the nylon mesh. The membrane/mesh "sandwich" is then transferred onto a piece of Parafilm™. The membrane/mesh sandwich is rolled lengthwise and placed into an appropriate HYBAID® bottle, such that the rotary action of the HYBAID® apparatus caused the membrane to unroll. The bottle is capped and gently rolled to cause the membrane/mesh to unroll and to evenly distribute the 2×SSC, making sure that no air bubbles formed between the membrane and mesh or between the mesh and the side of the bottle. The 2×SSC is discarded and replaced with 5 ml TMAC Hybridization Solution, which contains 3 M TMAC (tetramethyl ammoniumchloride-SIGMA T-3411), 100 mM Na₃PO₄(pH 6.8), 1 mM EDTA, 5× Denhardt's (1% Ficoll, 1% polyvinylpyrrolidone, 1% BSA (fraction V)), 0.6% SDS, and 100 mg/ml Herring Sperm DNA. The filter strips are prehybridized at 52° C. with medium rotation (approx. 8.5 setting on the HYBAID® speed control) for at least one hour. Prehybridization can also be performed overnight.

Labeling Oligonucleotides

The DNA sequences of the numerous oligonucleotide probes are used to detect the p53 mutation. For each mutation, a polymorphic and a normal oligonucleotide must be labeled. While only five pairs of oligonucleotide probes are listed below, corresponding oligonucleotides for each mutation may be prepared and used in the same manner.

Polymorphism in Codon 21

wildtype 5′TTTTCAGACCTATGGAAAC-3′ (SEQ ID NO: 253)
other wt 5′TTTTCAGATCTATGGAAAC-3′ (SEQ ID NO: 254)

Polymorphism in Codon 36

wildtype 5′CCCTTGCCGTCCCAAGCA-3′ (SEQ ID NO: 255)
other wt 5′CCCTTGCCATCCCAAGCA-3′ (SEQ ID NO: 256)

Polymorphism in Codon 47

wildtype 5′CTGTCCCCGGACGATATT-3′ (SEQ ID NO: 257)
other wt 5′CTGTCCCCAGACGATATT-3′ (SEQ ID NO: 258)

**40**

Polymorphism in Codon 72

wildtype 5′ACTTTTCGACATAGTGTG-3′ (SEQ ID NO: 261)
other wt 5′ACTTTTCGGCATAGTGTG-3′ (SEQ ID NO: 262)

Polymorphism in Codon 213

Each labeling reaction contains 2 μl 5× Kinase buffer (or 1 μl of 10× Kinase buffer), 5 μl gamma-ATP ³²P (not more than one week old), 1 μl T4 polynucleotide kinase, 3 μl oligonucleotide (20 μM stock), sterile H₂O to 10 μl final volume if necessary. The reactions are incubated at 37° C. for 30 minutes, then at 65° C. for 10 minutes to heat inactivate the kinase. The kinase reaction is diluted with an equal volume (10 μl) of sterile dH₂O (distilled water).

The oligonucleotides are purified on STE MICRO SELECT-D, G-25 spin columns (catalog no. 5303-356769), according to the manufacturer's instructions. The 20 μl synthetic oligonucleotide eluate is diluted with 80 μl dH₂O (final volume=100 μl). The amount of radioactivity in the oligonucleotide sample is determined by measuring the radioactive counts per minute (cpm). The total radioactivity must be at least 2 million cpm. For any samples containing less than 2 million cpm total, the labeling reaction is repeated.

Hybridization with Oligonucleotides

Approximately 2–5 million cpm of the labeled polymorphic oligonucleotide probe is diluted into 5 ml of TMAC hybridization solution, containing 40 μl of 20 μM stock of unlabeled normal oligonucleotide. The probe mix is preheated to 52° C. in the hybridization oven. The prehybridization solution is removed from each bottle and replaced with the probe mix. The filter is hybridized for 1 hour at 52° C. with moderate agitation. Following hybridization, the probe mix is decanted into a storage tube and stored at −20° C. The filter is rinsed by adding approximately 20 ml of 2×SSC+0.1% SDS at room temperature and rolling the capped bottle gently for approximately 30 seconds and pouring off the rinse. The filter is then washed in 2×SSC+0.1% SDS at room temperature for 20 to 30 minutes, with shaking.

The membrane is removed from the wash and placed on a dry piece of 3MM WHATMAN filter paper then wrapped in one layer of plastic wrap, placed on the autoradiography film, and exposed for about five hours depending upon a survey meter indicating the level of radioactivity. The film is developed in an automatic film processor.

Control Hybridization with Normal Oligonucleotides

The purpose of this step is to ensure that the PCR products are transferred efficiently to the nylon membrane.

Following hybridization with the polymorphic oligonucleotide each nylon membrane is washed in 2×SSC, 0.1% SDS for 20 minutes at 65° C. to melt off the polymorphic oligonucleotide probes. The nylon strips are then prehybridized together in 40 ml of TMAC hybridization solution for at least 1 hour at 52° C. in a shaking water bath. 2–5 million counts of each of the normal labeled oligonucleotide probes plus 40 ml of 20 mM stock of unlabeled normal oligonucleotide are added directly to the container containing the nylon membranes and the prehybridization solution. The filter and probes are hybridized at 52° C. with shaking for at least 1 hour. Hybridization can be performed overnight, if necessary. The hybridization solution is poured off, and the nylon membrane is rinsed in 2×SSC, 0.1% SDS for 1 minute with gentle swirling by hand. The rinse is poured off and the membrane is washed in 2×SSC, 0.1% SDS at room temperature for 20 minutes with shaking.

US 6,951,721 B2

41

The nylon membrane is removed placed on a dry piece of 3MM WHATMAN filter paper. The nylon membrane is then wrapped in one layer of plastic wrap and placed on autoradiography film, and exposure is for at least 1 hour.

For each sample, adequate transfer to the membrane is indicated by a strong autoradiographic hybridization signal. For each sample, an absent or weak signal when hybridized with its normal oligonucleotide, indicates an unsuccessful transfer of PCR product, and it is a false negative. The ASO analysis must be repeated for any sample that did not successfully transfer to the nylon membrane.

Homozygous individuals having haplotypes with the single nucleotide polymorphism (SNP) arginine at codon 72 are overrepresented in the genomic alleles of cervical cancer patients. In addition, it was recently published that cervical tumors have the SNP arginine at codon 72 at significantly higher frequency than normal tissue. Storey et al, *Nature,* 393: 229–234 (1998). Healthy women having such haplotypes are candidates for the HPV vaccines to prevent HPV invection, treat veneral warts, treat cervical and other related cancers, and prevent reoccurrence of veneral warts previously treated.

EXAMPLE 7

Pharmacogenetic Analysis of P1Haplotype and Platelet Sensitivity to Aspirin

Aspirin has been a standard anticoagulant therapy for patients who have had a heart attack. In recent years, aspirin therapy has been extended to individuals with a history or at risk for stroke (apoplexy) and phlebitis. It has even been proposed that every person over 50 years of age should take aspirin.

However, some people cannot take aspirin due to allergy, erosion of the stomach lining etc. Furthermore, research has shown that aspirin prevents heart attacks in about 40 percent of patients taking aspirin. Thus, it is desirable to determine which people will respond to aspirin and which will not in order to administer other anticoagulant or antiplatelet medication.

Platlet aggregation is recognized as an important step in the formation of a blockage which will cause a myocardial infarction and unstable angina. Platlet aggregation is based on glycoprotein gpIIb/IIIa. Different forms of this glycoprotein have been known. Weiss et al, *Tissue Antigens,* 46: 374–381 (1995), Kunicki et al, *Molecular Immunology* 16: 353–60 (1979). Methods for determining various polymor-

42

phisms may be done by DNA analysis. Newman et al, *Journal of Clinical Investigation* 83:1778–81 (1989). It has been reported that patients having one polymorphic form of the PI gene have a higher incidence for acute coronary thrombosis, particularly in patients younger than 60. Weiss et al, *New England Journal of Medicine* 334(17): 1090–1094 (1996). However, these findings were contradicted by Ridker, et al, *Lancet* 349: 385–388 (1997) with comments in Lancet on pages 370–371, 1099–1100 and 1100–1. Adding to the debate, it was recently published that platelet aggregation from haplotype PI$^{A2}$ containing individuals are less inhibited by aspirin at certain concentrations than individuals homozygous for haplotype PI$^{A1}$. Cooke et al, *Lancet* 351: 1253 (1998).

Resolving the issue for people at risk of heart attacks, stroke and other thrombogenic disorders is desirable, particularly in distinguishing between those who can take aspirin or who should take other medication which is more costly and with greater side effects.

Experimental Protocol

Blood samples are taken from 50 healthy individuals ages 50–55. Family history and personal histories of heart disease and other thrombogenic disorders are recorded. White blood cells are collected and genomic DNA is extracted from the white blood cells, PCR amplified and the sequence determined by ASO or sequenced as in the Examples above using different primers and probes. Newman et al., *Journal of Clinical Investigation* 83:1778–81 (1989). As before, PCR primers and ASO probes are designed to type these individuals for exon 2 to determine which base exists at nucleotide position 1565: a T or a C. at the amino acid level, codon 33 is changed from a leucine to a proline.

Individuals having haplotype PI$^{A2}$ either in homozygous or heterozygous form are instructed to either take high dosages of aspirin (2000 mg per day) or not take aspirin and given other medication appropriate for their individual needs. Individuals homozygous for haplotype PI$^{A1}$ are instructed to take aspirin at low dosages (350 mg per day)

The present invention is not to be limited in scope by the specific embodiments described herein. Indeed, various modifications of the invention in addition to those described herein will become apparent to those skilled in the art from the foregoing description and accompanying figure. Such modifications are intended to fall within the scope of the appended claims.

Various publications are cited herein, the disclosures of which are incorporated by reference in their entireties.

SEQUENCE LISTING

<160> NUMBER OF SEQ ID NOS: 268

<210> SEQ ID NO 1
<211> LENGTH: 19
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 1

cgcgtctgct tatgattgg                                            19

<210> SEQ ID NO 2
<211> LENGTH: 18
<212> TYPE: DNA

US 6,951,721 B2

43 44

-continued

```
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 2

tctctgaggc gggaaagg                                          18


<210> SEQ ID NO 3
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 3

tttttttttt tttaaggagc                                        20


<210> SEQ ID NO 4
<211> LENGTH: 21
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 4

cacatttta tttttctact c                                       21


<210> SEQ ID NO 5
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 5

gcttataaaa ttttaaagta                                        20


<210> SEQ ID NO 6
<211> LENGTH: 19
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 6

ctggaatctc ctctatcac                                         19


<210> SEQ ID NO 7
<211> LENGTH: 23
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 7

ttcatttttg cttttcttat tcc                                    23


<210> SEQ ID NO 8
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 8

atatgacaga aatatccttc                                        20


<210> SEQ ID NO 9
<211> LENGTH: 21
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 9

cagtggtata gaaatcttcg a                                      21


<210> SEQ ID NO 10
<211> LENGTH: 20
```

A000569

US 6,951,721 B2

**45**                                                                                                  **46**

-continued
─────────────────────────────────────────────────────────────────────────────────

```
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 10

tttttttttt ttttacctga                                    20


<210> SEQ ID NO 11
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 11

actaatgagc ttgccattct                                    20


<210> SEQ ID NO 12
<211> LENGTH: 19
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 12

tgggtaactg caggttaca                                     19


<210> SEQ ID NO 13
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 13

gacttacgtg cttagttg                                      18


<210> SEQ ID NO 14
<211> LENGTH: 24
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 14

agtatatatt gtatgagttg aagg                               24


<210> SEQ ID NO 15
<211> LENGTH: 25
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 15

gatttgtatt ctgtaaaatg agatc                              25


<210> SEQ ID NO 16
<211> LENGTH: 23
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 16

ggcctttgct ttttaaaaat aac                                23


<210> SEQ ID NO 17
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 17

gtctttaccc attatttata gg                                 22


<210> SEQ ID NO 18
```

**A000570**

Case: 14-1361 Case: 14-1361 Document: 83 Page: 546 Filed: 04/18/2014 Document: 84 Page: 546 Filed: 04/18/2014

-continued

```
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 18

gtatagacaa aagaattatt cc                              22


<210> SEQ ID NO 19
<211> LENGTH: 23
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 19

ggtagtaggt atttatggaa tac                             23


<210> SEQ ID NO 20
<211> LENGTH: 19
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 20

catgttagag catttaggg                                 19


<210> SEQ ID NO 21
<211> LENGTH: 19
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 21

cacattgctt ctagtacac                                 19


<210> SEQ ID NO 22
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 22

ccaggtgaca ttcagaac                                  18


<210> SEQ ID NO 23
<211> LENGTH: 19
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 23

attcagtatt cctgtgtac                                 19


<210> SEQ ID NO 24
<211> LENGTH: 17
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 24

cgttacccc acaaagc                                    17


<210> SEQ ID NO 25
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 25

atgctatgtc agtgtaaacc                                20
```

US 6,951,721 B2

49                                                    50

-continued

```
<210> SEQ ID NO 26
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 26

ccacaggaaa acaactatta                              20


<210> SEQ ID NO 27
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 27

taccacattt tatgtgatgg                              20


<210> SEQ ID NO 28
<211> LENGTH: 17
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 28

ggggtagtaa gtttccc                                 17


<210> SEQ ID NO 29
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 29

ctcttctcat gctgtccc                                18


<210> SEQ ID NO 30
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 30

atagagaagc taagttaaac                              20


<210> SEQ ID NO 31
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 31

taattactca tgggacattc                              20


<210> SEQ ID NO 32
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 32

ggcactgaca gttaacacta                              20


<210> SEQ ID NO 33
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Artificial sequence
<220> FEATURE:
<223> OTHER INFORMATION: M13 tail for forward primers

<400> SEQUENCE: 33
```

A000572

US 6,951,721 B2

51                                                                 52

-continued

```
tgtaaaacga cggccagt                                         18


<210> SEQ ID NO 34
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Artificial sequence
<220> FEATURE:
<223> OTHER INFORMATION: M13 tail for reverse primers

<400> SEQUENCE: 34

caggaaacag ctatgacc                                         18


<210> SEQ ID NO 35
<211> LENGTH: 19
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 35

aggcactgag gtgattggc                                        19


<210> SEQ ID NO 36
<211> LENGTH: 19
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 36

tcgtagccct taagtgagc                                        19


<210> SEQ ID NO 37
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 37

tgaggcacta ttgtttgtat tt                                    22


<210> SEQ ID NO 38
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 38

tgttggtgtt gaatttttca gt                                    22


<210> SEQ ID NO 39
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 39

agagatttgg aaaatgagta ac                                    22


<210> SEQ ID NO 40
<211> LENGTH: 19
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 40

acaatgtcat cacaggagg                                        19


<210> SEQ ID NO 41
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens
```

A000573

US 6,951,721 B2

53                                                      54

-continued

<400> SEQUENCE: 41

tgaggtgaca gtgggtga                              18


<210> SEQ ID NO 42
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 42

gattactctg agacctaggc                            20


<210> SEQ ID NO 43
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 43

gattttctct tttcccttg gg                          22


<210> SEQ ID NO 44
<211> LENGTH: 23
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 44

caaacaaagc ttcaacaatt tac                        23


<210> SEQ ID NO 45
<211> LENGTH: 26
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 45

gggtttttatt ttcaagtact tctatg                    26


<210> SEQ ID NO 46
<211> LENGTH: 26
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 46

gctcagcaac tgttcaatgt atgagc                     26


<210> SEQ ID NO 47
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 47

ctagtgtgtg tttttggc                              18


<210> SEQ ID NO 48
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 48

cataaccta tctccacc                               18


<210> SEQ ID NO 49
<211> LENGTH: 23
<212> TYPE: DNA

US 6,951,721 B2

<table>
<tr><td>55</td><td>56</td></tr>
</table>

-continued
_____

<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 49

ctcagccatg agacaataaa tcc                                       23


<210> SEQ ID NO 50
<211> LENGTH: 21
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 50

ggttcccaaa taatgtgatg g                                         21


<210> SEQ ID NO 51
<211> LENGTH: 21
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 51

gtttatggga aggaaccttg t                                         21


<210> SEQ ID NO 52
<211> LENGTH: 21
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 52

tggtcccata aaattccctg t                                         21


<210> SEQ ID NO 53
<211> LENGTH: 24
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 53

catgactttg tgtgaatgta cacc                                      24


<210> SEQ ID NO 54
<211> LENGTH: 24
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 54

gaggagagcc tgatagaaca tctg                                      24


<210> SEQ ID NO 55
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 55

gggctttttc tcccctccc                                            20


<210> SEQ ID NO 56
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 56

aaaatctggg ctctcacg                                             18


<210> SEQ ID NO 57
<211> LENGTH: 20

A000575

US 6,951,721 B2

<table>
<tr><td>57</td><td>58</td></tr>
</table>

-continued

```
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 57

tttaatacag actttgctac                                    20


<210> SEQ ID NO 58
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 58

gaaaagccaa agttagaagg                                    20


<210> SEQ ID NO 59
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 59

tgcaacccac aaaatttggc                                    20


<210> SEQ ID NO 60
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 60

ctttctccat ttccaaaacc                                    20


<210> SEQ ID NO 61
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 61

tggtgtctct agttctgg                                      18


<210> SEQ ID NO 62
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 62

cattgttgta gtagctctgc                                    20


<210> SEQ ID NO 63
<211> LENGTH: 21
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 63

gcagaactat gtctgtctca t                                  21


<210> SEQ ID NO 64
<211> LENGTH: 19
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 64

cggtcagttg aaatgtcag                                     19


<210> SEQ ID NO 65
```

A000576

**59**                                                                    **60**

-continued

---

```
<211> LENGTH: 19
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 65

catttggatc cgttaaagc                                      19


<210> SEQ ID NO 66
<211> LENGTH: 23
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 66

cacccggctg gaaattttat ttg                                 23


<210> SEQ ID NO 67
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 67

ggaaaggcac tggagaaatg gg                                  22


<210> SEQ ID NO 68
<211> LENGTH: 25
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 68

ccctccagca cacatgcatg taccg                               25


<210> SEQ ID NO 69
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 69

taagtagtct gtgatctccg                                     20


<210> SEQ ID NO 70
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 70

atgtatgagg tcctgtcc                                       18


<210> SEQ ID NO 71
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 71

gacaccagtg tatgttgg                                       18


<210> SEQ ID NO 72
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 72

gagaaagaag aacacatccc                                     20
```

Case: 14-1361 CASE PARTICIPANTS ONLY Document: 53 Page: 553 Filed: 04/18/2014

US 6,951,721 B2

61                                                          62

-continued

```
<210> SEQ ID NO 73
<211> LENGTH: 24
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 73

gaagttgtca ttttataaac cttt                                    24


<210> SEQ ID NO 74
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 74

tgtcttttct tccctagtat gt                                      22


<210> SEQ ID NO 75
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 75

tcctgacaca gcagacatta                                         20


<210> SEQ ID NO 76
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 76

ttggatttcg ttctcactta                                         20


<210> SEQ ID NO 77
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 77

ctcttaaggg cagttgtgag                                         20


<210> SEQ ID NO 78
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 78

ttcctactgt ggttgcttcc                                         20


<210> SEQ ID NO 79
<211> LENGTH: 23
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 79

cttattttag tgtccttaaa agg                                     23


<210> SEQ ID NO 80
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 80

tttcatggac agcacttgag tg                                      22
```

A000578

US 6,951,721 B2

63                                                      64

-continued

```
<210> SEQ ID NO 81
<211> LENGTH: 23
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 81

cacaacaaag agcatacata ggg                                 23


<210> SEQ ID NO 82
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 82

tcgggttcac tctgtagaag                                     20


<210> SEQ ID NO 83
<211> LENGTH: 21
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 83

ttctcttcag gaggaaaagc a                                   21


<210> SEQ ID NO 84
<211> LENGTH: 21
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 84

gctgcctacc acaaatacaa a                                   21


<210> SEQ ID NO 85
<211> LENGTH: 21
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 85

ccacagtaga tgctcagtaa a                                   21


<210> SEQ ID NO 86
<211> LENGTH: 23
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 86

taggaaaata ccagcttcat aga                                 23


<210> SEQ ID NO 87
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 87

tggtcagctt tctgtaatcg                                     20


<210> SEQ ID NO 88
<211> LENGTH: 24
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 88

gtatctaccc actctcttct tcag                                24
```

A000579

US 6,951,721 B2

65                                                                         66

-continued

```
<210> SEQ ID NO 89
<211> LENGTH: 19
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 89

ccacctccaa ggtgtatca                                          19


<210> SEQ ID NO 90
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 90

tgttatgttg gctccttgct                                         20


<210> SEQ ID NO 91
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 91

cactaaagac agaatgaatc ta                                      22


<210> SEQ ID NO 92
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 92

gaagaaccag aatattcatc ta                                      22


<210> SEQ ID NO 93
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 93

tgatggggag tctgaatcaa                                         20


<210> SEQ ID NO 94
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 94

tctgctttct tgataaaatc ct                                      22


<210> SEQ ID NO 95
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 95

agcgtcccct cacaaataaa                                         20


<210> SEQ ID NO 96
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 96
```

US 6,951,721 B2

67                                                                         68

-continued

```
tcaagcgcat gaatatgcct                                    20


<210> SEQ ID NO 97
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 97

gtataagcaa tatggaactc ga                                 22


<210> SEQ ID NO 98
<211> LENGTH: 23
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 98

ttaagttcac tggtatttga aca                                23


<210> SEQ ID NO 99
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 99

gacagcgata ctttcccaga                                    20


<210> SEQ ID NO 100
<211> LENGTH: 21
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 100

tggaacaacc atgaattagt c                                  21


<210> SEQ ID NO 101
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 101

ggaagttagc actctaggga                                    20


<210> SEQ ID NO 102
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 102

gcagtgatat taactgtctg ta                                 22


<210> SEQ ID NO 103
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 103

tgggtcctta aagaaacaaa gt                                 22


<210> SEQ ID NO 104
<211> LENGTH: 21
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 104
```

A000581

US 6,951,721 B2

**69**                                                                      **70**

-continued

```
tcaggtgaca ttgaatcttc c                                    21


<210> SEQ ID NO 105
<211> LENGTH: 21
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 105

ccacttttc ccatcaagtc a                                     21


<210> SEQ ID NO 106
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 106

tcaggatgct tacaattact tc                                   22


<210> SEQ ID NO 107
<211> LENGTH: 23
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 107

caaaattgaa tgctatgctt aga                                  23


<210> SEQ ID NO 108
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 108

tcggtaaccc tgagccaaat                                      20


<210> SEQ ID NO 109
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 109

gcaaaagcgt ccagaaagga                                      20


<210> SEQ ID NO 110
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 110

tatttgcagt caagtcttcc aa                                   22


<210> SEQ ID NO 111
<211> LENGTH: 21
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 111

gtaatattgg caaaggcatc t                                    21


<210> SEQ ID NO 112
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens
```

US 6,951,721 B2

71                                                                72

-continued

```
<400> SEQUENCE: 112

taaaatgtgc tccccaaaag ca                              22


<210> SEQ ID NO 113
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 113

gtcctgccaa tgagaagaaa                                 20


<210> SEQ ID NO 114
<211> LENGTH: 21
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 114

tgtcagcaaa cctaagaatg t                               21


<210> SEQ ID NO 115
<211> LENGTH: 21
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 115

aatggaaagc ttctcaaagt a                               21


<210> SEQ ID NO 116
<211> LENGTH: 21
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 116

atgttggagc taggtcctta c                               21


<210> SEQ ID NO 117
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 117

ctaacctgaa ttatcactat ca                              22


<210> SEQ ID NO 118
<211> LENGTH: 21
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 118

gtgtataaat gcctgtatgc a                               21


<210> SEQ ID NO 119
<211> LENGTH: 19
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 119

tggctgccca ggaagtatg                                  19


<210> SEQ ID NO 120
<211> LENGTH: 23
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens
```

US 6,951,721 B2

73                                                          74

-continued

```
<400> SEQUENCE: 120

aaccagaata tctttatgta gga                                    23


<210> SEQ ID NO 121
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 121

aattcttaac agagaccaga ac                                     22


<210> SEQ ID NO 122
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 122

aaaactcttt ccagaatgtt gt                                     22


<210> SEQ ID NO 123
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 123

gtgtagaacg tgcaggattg                                        20


<210> SEQ ID NO 124
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 124

tcgcctcatg tggtttta                                          18


<210> SEQ ID NO 125
<211> LENGTH: 21
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 125

ggctctttag cttcttagga c                                      21


<210> SEQ ID NO 126
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 126

gagaccattt tcccagcatc                                        20


<210> SEQ ID NO 127
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 127

ctgtcattct tcctgtgctc                                        20


<210> SEQ ID NO 128
<211> LENGTH: 21
<212> TYPE: DNA
```

US 6,951,721 B2

| 75 | 76 |

```
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 128

cattgttaag gaaagtggtg c                                           21


<210> SEQ ID NO 129
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 129

atatgacgtg tctgctccac                                             20


<210> SEQ ID NO 130
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 130

gggaatccaa attacacagc                                             20


<210> SEQ ID NO 131
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 131

aagctcttcc tttttgaaag tc                                          22


<210> SEQ ID NO 132
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 132

gtagagaaat agaatagcct ct                                          22


<210> SEQ ID NO 133
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 133

tcccattgag aggtcttgct                                             20


<210> SEQ ID NO 134
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 134

gagaagactt ctgaggctac                                             20


<210> SEQ ID NO 135
<211> LENGTH: 21
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 135

tgaagtgaca gttccagtag t                                           21


<210> SEQ ID NO 136
<211> LENGTH: 23
```

A000585

US 6,951,721 B2

77                                                                              78

-continued

```
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 136

cattttagcc attcattcaa caa                                    23


<210> SEQ ID NO 137
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 137

atgaattgac actaatctct gc                                     22


<210> SEQ ID NO 138
<211> LENGTH: 21
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 138

gtagccagga cagtagaagg a                                      21


<210> SEQ ID NO 139
<211> LENGTH: 24
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 139

gaataatata aattatatgg ctta                                   24


<210> SEQ ID NO 140
<211> LENGTH: 19
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 140

cctagtcttg ctagttctt                                         19


<210> SEQ ID NO 141
<211> LENGTH: 24
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 141

atctgaagtg gaaccaaatg atac                                   24


<210> SEQ ID NO 142
<211> LENGTH: 26
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 142

acgtggcaaa gaattctctg aagtaa                                 26


<210> SEQ ID NO 143
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 143

aagaagcaaa atgtaataag ga                                     22


<210> SEQ ID NO 144
```

A000586

US 6,951,721 B2

79                                                              80

-continued

---

<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 144

catttaaagc acatacatct tg                                    22


<210> SEQ ID NO 145
<211> LENGTH: 21
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 145

tctagaggca aagaatcata c                                     21


<210> SEQ ID NO 146
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 146

caagattatt cctttcatta gc                                    22


<210> SEQ ID NO 147
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 147

aaccaaaaca caaatctaag ag                                    22


<210> SEQ ID NO 148
<211> LENGTH: 23
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 148

gtcattttta tatgctgctt tac                                   23


<210> SEQ ID NO 149
<211> LENGTH: 21
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 149

ggttttatat ggagacacag g                                     21


<210> SEQ ID NO 150
<211> LENGTH: 23
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 150

gtatttacaa tttcaacaca agc                                   23


<210> SEQ ID NO 151
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 151

atcacagttt tggaggtagc                                       20

US 6,951,721 B2

81 82

-continued

```
<210> SEQ ID NO 152
<211> LENGTH: 21
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 152

ctgacttcct gattcttcta a                                      21


<210> SEQ ID NO 153
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 153

accatgtagc aaatgagggt ct                                     22


<210> SEQ ID NO 154
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 154

gcttttgtct gttttcctcc aa                                     22


<210> SEQ ID NO 155
<211> LENGTH: 19
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 155

aaccacaccc ttaagatga                                         19


<210> SEQ ID NO 156
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 156

gcataagtag tggattttgc                                        20


<210> SEQ ID NO 157
<211> LENGTH: 31
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 157

gggcccggat ccatggcaat gcagatgcag c                           31


<210> SEQ ID NO 158
<211> LENGTH: 43
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 158

gggccccaat ggatatcatt cagtctttgg catctcccac tcc              43


<210> SEQ ID NO 159
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 159

cacgaggcat ggcgctgagg                                        20
```

A000588

US 6,951,721 B2

83

84

-continued

```
<210> SEQ ID NO 160
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 160

ccgggccttg tctgtccact                                    20


<210> SEQ ID NO 161
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 161

gtctaccccta ttgaccatgg                                   20


<210> SEQ ID NO 162
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 162

tcatcatctg agtactgctg                                    20


<210> SEQ ID NO 163
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 163

tgcaggagga agaagacctg                                    20


<210> SEQ ID NO 164
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 164

tctgtcagcg ccaggggact                                    20


<210> SEQ ID NO 165
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 165

agcacaggcc tgctgcacct                                    20


<210> SEQ ID NO 166
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 166

gaaaagggga agtggggcag                                    20

<210> SEQ ID NO 167
<211> LENGTH: 32
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 167

agcccaggcc ccaacacagc cccatggcct ct                      32
```

US 6,951,721 B2

85                                                          86

-continued

```
<210> SEQ ID NO 168
<211> LENGTH: 32
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 168

cttaggagag ttttattcat tcattgatcc ag                           32


<210> SEQ ID NO 169
<211> LENGTH: 21
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 169

aacagtacaa tgactgggct c                                       21


<210> SEQ ID NO 170
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 170

tcagcgcttc tgcacacagt                                         20


<210> SEQ ID NO 171
<211> LENGTH: 17
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 171

acatgacagc gatactt                                            17


<210> SEQ ID NO 172
<211> LENGTH: 17
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 172

acatgacagt gatactt                                            17


<210> SEQ ID NO 173
<211> LENGTH: 17
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 173

agtatttcat tggtacc                                            17


<210> SEQ ID NO 174
<211> LENGTH: 17
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 174

agtatttcac tggtacc                                            17


<210> SEQ ID NO 175
<211> LENGTH: 17
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 175
```

A000590

US 6,951,721 B2

87                                                          88

-continued

```
catttgctcc gttttca                                    17


<210> SEQ ID NO 176
<211> LENGTH: 17
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 176

catttgctct gttttca                                    17


<210> SEQ ID NO 177
<211> LENGTH: 17
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 177

tttttaaaga agccagc                                    17


<210> SEQ ID NO 178
<211> LENGTH: 17
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 178

tttttaaagg agccagc                                    17


<210> SEQ ID NO 179
<211> LENGTH: 17
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 179

gcgtccagaa aggagag                                    17


<210> SEQ ID NO 180
<211> LENGTH: 17
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 180

gcgtccagag aggagag                                    17


<210> SEQ ID NO 181
<211> LENGTH: 17
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 181

aagtgactct tctgccc                                    17


<210> SEQ ID NO 182
<211> LENGTH: 17
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 182

aagtgactcc tctgccc                                    17


<210> SEQ ID NO 183
<211> LENGTH: 17
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 183
```

A000591

US 6,951,721 B2

89 90

-continued

```
tgtgcccaga gtccagc                                      17


<210> SEQ ID NO 184
<211> LENGTH: 17
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 184

tgtgcccagg gtccagc                                      17


<210> SEQ ID NO 185
<211> LENGTH: 17
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 185

ggaataagca gaaactg                                      17


<210> SEQ ID NO 186
<211> LENGTH: 17
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 186

ggaataagcg gaaactg                                      17


<210> SEQ ID NO 187
<211> LENGTH: 17
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 187

aaaagacatg acagcga                                      17


<210> SEQ ID NO 188
<211> LENGTH: 17
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 188

aaaagacata acagcga                                      17


<210> SEQ ID NO 189
<211> LENGTH: 17
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 189

aagaagccag ctcaagc                                      17


<210> SEQ ID NO 190
<211> LENGTH: 17
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 190

aagaagccaa ctcaagc                                      17


<210> SEQ ID NO 191
<211> LENGTH: 17
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens
```

US 6,951,721 B2

91                                                                    92

-continued

```
<400> SEQUENCE: 191

catgacagtg atacttt                                          17


<210> SEQ ID NO 192
<211> LENGTH: 17
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 192

catgacagta atacttt                                          17


<210> SEQ ID NO 193
<211> LENGTH: 17
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 193

taggacattg gcattga                                          17


<210> SEQ ID NO 194
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 194

taggacatgt ggcattga                                         18


<210> SEQ ID NO 195
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 195

cttctgattt gctacatt                                         18


<210> SEQ ID NO 196
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 196

cttctgatgt gctacatt                                         18


<210> SEQ ID NO 197
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 197

ggcttctctg attttggt                                         18


<210> SEQ ID NO 198
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 198

ggcttctcgg attttggt                                         18


<210> SEQ ID NO 199
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens
```

A000593

US 6,951,721 B2

93                                                      94

-continued

```
<400> SEQUENCE: 199

ttttgaatat tgtactgg                               18


<210> SEQ ID NO 200
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 200

ttttgaatgt tgtactgg                               18


<210> SEQ ID NO 201
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 201

attagctact tggaagac                               18


<210> SEQ ID NO 202
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 202

attagctatt tggaagac                               18


<210> SEQ ID NO 203
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 203

ccatttgttc atgtaatc                               18


<210> SEQ ID NO 204
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 204

ccatttgtcc atgtaatc                               18


<210> SEQ ID NO 205
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 205

tagcttggtt ttctaaac                               18


<210> SEQ ID NO 206
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 206

tagcttggct ttctaaac                               18


<210> SEQ ID NO 207
<211> LENGTH: 18
<212> TYPE: DNA
```

US 6,951,721 B2

95 96

-continued

```
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 207

attgaaacaa cagaatca                                      18


<210> SEQ ID NO 208
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 208

attgaaacga cagaatca                                      18


<210> SEQ ID NO 209
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 209

tgaaaatgtg atttagtt                                      18


<210> SEQ ID NO 210
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 210

tgaaaatgcg atttagtt                                      18


<210> SEQ ID NO 211
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 211

ttccatggcc ttcctaat                                      18


<210> SEQ ID NO 212
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 212

ttccatggtc ttcctaat                                      18


<210> SEQ ID NO 213
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 213

cttgaaggcg tatacagg                                      18


<210> SEQ ID NO 214
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 214

cttgaaggtg tatacagg                                      18


<210> SEQ ID NO 215
<211> LENGTH: 19
```

US 6,951,721 B2

97                                                                              98

-continued

```
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 215

atggcctcta ccagatggc                                        19


<210> SEQ ID NO 216
<211> LENGTH: 19
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 216

atggcctctc ccagatggc                                        19


<210> SEQ ID NO 217
<211> LENGTH: 19
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 217

atggcctctg ccagatggc                                        19


<210> SEQ ID NO 218
<211> LENGTH: 19
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 218

atggcctctt ccagatggc                                        19


<210> SEQ ID NO 219
<211> LENGTH: 19
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 219

cagatggctt tgaaaaagg                                        19


<210> SEQ ID NO 220
<211> LENGTH: 19
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 220

cagatggctt tgcaaaagg                                        19


<210> SEQ ID NO 221
<211> LENGTH: 19
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 221

cagatggctt tggaaaagg                                        19


<210> SEQ ID NO 222
<211> LENGTH: 19
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 222

cagatggctt tgtaaaagg                                        19


<210> SEQ ID NO 223
```

**99**                                                                    **100**

-continued

```
<211> LENGTH: 19
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 223

gatccaaaca ggcccttt                                          19


<210> SEQ ID NO 224
<211> LENGTH: 19
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 224

gatccaacca ggcccttt                                          19


<210> SEQ ID NO 225
<211> LENGTH: 19
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 225

gatccaagca ggcccttt                                          19


<210> SEQ ID NO 226
<211> LENGTH: 19
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 226

gatccaatca ggcccttt                                          19


<210> SEQ ID NO 227
<211> LENGTH: 19
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 227

ccctgtaaaa actggatca                                         19


<210> SEQ ID NO 228
<211> LENGTH: 19
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 228

ccctgtaaac actggatca                                         19


<210> SEQ ID NO 229
<211> LENGTH: 19
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 229

ccctgtaaag actggatca                                         19


<210> SEQ ID NO 230
<211> LENGTH: 19
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 230

ccctgtaaat actggatca                                         19
```

Case: 14-1361 Case: 14-1361 Document: 84 Document: 57-33 Page: 573 Filed: 04/18/2014 Page: 573 Filed: 04/18/2014

US 6,951,721 B2

101                                                                     102

-continued

<210> SEQ ID NO 231
<211> LENGTH: 28
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 231

tcatgctgga tccccacttt tcctcttg                          28


<210> SEQ ID NO 232
<211> LENGTH: 28
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 232

ggtggcctgc ccttccaatg gatccact                          28


<210> SEQ ID NO 233
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 233

aattcatggg actgactttc tgctcttgtc                        30


<210> SEQ ID NO 234
<211> LENGTH: 26
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 234

tccaggtccc agcccaaccc ttgtcc                            26


<210> SEQ ID NO 235
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 235

gtcctctgac tgctcttttc acccatctac                        30


<210> SEQ ID NO 236
<211> LENGTH: 26
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 236

gggatacggc caggcattga agtctc                            26


<210> SEQ ID NO 237
<211> LENGTH: 28
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 237

cttgtgccct gactttcaac tctgtctc                          28


<210> SEQ ID NO 238
<211> LENGTH: 27
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 238

tgggcaacca gccctgtcgt ctctcca                           27

A000598

US 6,951,721 B2

103                                                              104

-continued

```
<210> SEQ ID NO 239
<211> LENGTH: 29
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 239

ccaggcctct gattcctcac tgattgctc                          29


<210> SEQ ID NO 240
<211> LENGTH: 27
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 240

gccactgaca accaccctta accctc                             27


<210> SEQ ID NO 241
<211> LENGTH: 27
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 241

gcctcatctt gggcctgtgt tatctcc                            27


<210> SEQ ID NO 242
<211> LENGTH: 28
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 242

ggccagtgtg cagggtggca agtggctc                           28


<210> SEQ ID NO 243
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 243

gtaggacctg atttccttac tgcctcttgc                         30


<210> SEQ ID NO 244
<211> LENGTH: 29
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 244

ataactgcac ccttggtctc ctccaccgc                          29


<210> SEQ ID NO 245
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 245

cacttttatc acctttcctt gcctctttcc                         30


<210> SEQ ID NO 246
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 246

aactttccac ttgataagag gtcccaagac                         30
```

A000599

US 6,951,721 B2

-continued

```
<210> SEQ ID NO 247
<211> LENGTH: 29
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 247

acttacttct cccctcctc tgttgctgc                               29


<210> SEQ ID NO 248
<211> LENGTH: 31
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 248

atggaatcct atggctttcc aacctaggaa g                           31


<210> SEQ ID NO 249
<211> LENGTH: 29
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 249

catctctcct ccctgcttct gtctcctac                              29


<210> SEQ ID NO 250
<211> LENGTH: 30
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 250

ctgacgcaca cctattgcaa gcaagggttc                             30


<210> SEQ ID NO 251
<211> LENGTH: 19
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 251

gaagcgtctc atgctggat                                         19


<210> SEQ ID NO 252
<211> LENGTH: 20
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 252

ggggactgta gatgggtgaa                                        20


<210> SEQ ID NO 253
<211> LENGTH: 19
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 253

ttttcagacc tatggaaac                                         19


<210> SEQ ID NO 254
<211> LENGTH: 19
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 254
```

US 6,951,721 B2

107                                              108

-continued

```
ttttcagatc tatggaaac                              19


<210> SEQ ID NO 255
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 255

cccttgccgt cccaagca                               18


<210> SEQ ID NO 256
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 256

cccttgccat cccaagca                               18


<210> SEQ ID NO 257
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 257

ctgtccccgg acgatatt                               18


<210> SEQ ID NO 258
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 258

ctgtccccag acgatatt                               18


<210> SEQ ID NO 259
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 259

gctcccccg tggcccct                                18


<210> SEQ ID NO 260
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 260

gctcccgcg tggcccct                                18


<210> SEQ ID NO 261
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 261

acttttcgac atagtgtg                               18


<210> SEQ ID NO 262
<211> LENGTH: 18
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 262
```

A000601

US 6,951,721 B2

**109**            **110**

-continued

```
actttcggc atagtgtg                                                       18


<210> SEQ ID NO 263
<211> LENGTH: 5711
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens
<220> FEATURE:
<221> NAME/KEY: CDS
<222> LOCATION: (120)..(5711)
<223> OTHER INFORMATION: omi1 sequences

<400> SEQUENCE: 263

agctcgctga gacttcctgg accccgcacc aggctgtggg gtttctcaga taactgggcc      60

cctgcgctca ggaggccttc accctctgct ctgggtaaag ttcattggaa cagaaagaa      119

atg gat tta tct gct ctt cgc gtt gaa gaa gta caa aat gtc att aat      167
Met Asp Leu Ser Ala Leu Arg Val Glu Glu Val Gln Asn Val Ile Asn
1               5                   10                  15

gct atg cag aaa atc tta gag tgt ccc atc tgt ctg gag ttg atc aag      215
Ala Met Gln Lys Ile Leu Glu Cys Pro Ile Cys Leu Glu Leu Ile Lys
            20                  25                  30

gaa cct gtc tcc aca aag tgt gac cac ata ttt tgc aaa ttt tgc atg      263
Glu Pro Val Ser Thr Lys Cys Asp His Ile Phe Cys Lys Phe Cys Met
        35                  40                  45

ctg aaa ctt ctc aac cag aag aaa ggg cct tca cag tgt cct tta tgt      311
Leu Lys Leu Leu Asn Gln Lys Lys Gly Pro Ser Gln Cys Pro Leu Cys
    50                  55                  60

aag aat gat ata acc aaa agg agc cta caa gaa agt acg aga ttt agt      359
Lys Asn Asp Ile Thr Lys Arg Ser Leu Gln Glu Ser Thr Arg Phe Ser
65                  70                  75                  80

caa ctt gtt gaa gag cta ttg aaa atc att tgt gct ttt cag ctt gac      407
Gln Leu Val Glu Glu Leu Leu Lys Ile Ile Cys Ala Phe Gln Leu Asp
                85                  90                  95

aca ggt ttg gag tat gca aac agc tat aat ttt gca aaa aag gaa aat      455
Thr Gly Leu Glu Tyr Ala Asn Ser Tyr Asn Phe Ala Lys Lys Glu Asn
            100                 105                 110

aac tct cct gaa cat cta aca gat gaa gtt tct atc atc caa agt atg      503
Asn Ser Pro Glu His Leu Thr Asp Glu Val Ser Ile Ile Gln Ser Met
        115                 120                 125

ggc tac aga aac cgt gcc aaa aga ctt cta cag agt gaa ccc gaa aat      551
Gly Tyr Arg Asn Arg Ala Lys Arg Leu Leu Gln Ser Glu Pro Glu Asn
    130                 135                 140

cct tcc ttg cag gaa acc agt ctc agt gtc caa ctc tct aac ctt gga      599
Pro Ser Leu Gln Glu Thr Ser Leu Ser Val Gln Leu Ser Asn Leu Gly
145                 150                 155                 160

act gtg aga act ctg agg aca aag cag cgg ata caa cct caa aag acg      647
Thr Val Arg Thr Leu Arg Thr Lys Gln Arg Ile Gln Pro Gln Lys Thr
                165                 170                 175

tct gtc tac att gaa ttg gga tct gat tct tct gaa gat acc gtt aat      695
Ser Val Tyr Ile Glu Leu Gly Ser Asp Ser Ser Glu Asp Thr Val Asn
            180                 185                 190

aag gca act tat tgc agt gtg gga gat caa gaa ttg tta caa atc acc      743
Lys Ala Thr Tyr Cys Ser Val Gly Asp Gln Glu Leu Leu Gln Ile Thr
        195                 200                 205

cct caa gga acc agt gat gaa atc agt ttg gat tct gca aaa aag gct      791
Pro Gln Gly Thr Ser Asp Glu Ile Ser Leu Asp Ser Ala Lys Lys Ala
    210                 215                 220

gct tgt gaa ttt tct gag acg gtt gta aca aat act gaa cat cat caa      839
Ala Cys Glu Phe Ser Glu Thr Asp Val Thr Asn Thr Glu His His Gln
225                 230                 235                 240
```

US 6,951,721 B2

**111**                                                                                       **112**

-continued

```
ccc agt aat aat gat ttg aac acc act gag aag cgt gca gct gag agg      887
Pro Ser Asn Asn Asp Leu Asn Thr Thr Glu Lys Arg Ala Ala Glu Arg
                245                 250                 255

cat cca gaa aag tat cag ggt agt tct gtt tca aac ttg cat gtg gag      935
His Pro Glu Lys Tyr Gln Gly Ser Ser Val Ser Asn Leu His Val Glu
            260                 265                 270

cca tgt ggc aca aat act cat gcc agc tca tta cag cat gag aac agc      983
Pro Cys Gly Thr Asn Thr His Ala Ser Ser Leu Gln His Glu Asn Ser
        275                 280                 285

agt tta tta ctc act aaa gac aga atg aat gta gaa aag gct gaa ttc     1031
Ser Leu Leu Leu Thr Lys Asp Arg Met Asn Val Glu Lys Ala Glu Phe
        290                 295                 300

tgt aat aaa agc aaa cag cct ggc tta gca agg agc caa cat aac aga     1079
Cys Asn Lys Ser Lys Gln Pro Gly Leu Ala Arg Ser Gln His Asn Arg
305                 310                 315                 320

tgg gct gga agt aag gaa aca tgt aat gat agg cgg act ccc agc aca     1127
Trp Ala Gly Ser Lys Glu Thr Cys Asn Asp Arg Arg Thr Pro Ser Thr
                325                 330                 335

gaa aaa aag gta gat ctg aat gct gat ccc ctg tgt gag aga aaa gaa     1175
Glu Lys Lys Val Asp Leu Asn Ala Asp Pro Leu Cys Glu Arg Lys Glu
            340                 345                 350

tgg aat aag cag aaa ctg cca tgc tca gag aat cct aga gat act gaa     1223
Trp Asn Lys Gln Lys Leu Pro Cys Ser Glu Asn Pro Arg Asp Thr Glu
        355                 360                 365

gat gtt cct tgg ata aca cta aat agc agc att cag aaa gtt aat gag     1271
Asp Val Pro Trp Ile Thr Leu Asn Ser Ser Ile Gln Lys Val Asn Glu
        370                 375                 380

tgg ttt tcc aga agt gat gaa ctg tta ggt tct gat gac tca cat gat     1319
Trp Phe Ser Arg Ser Asp Glu Leu Leu Gly Ser Asp Asp Ser His Asp
385                 390                 395                 400

ggg gag tct gaa tca aat gcc aaa gta gct gat gta ttg gac gtt cta     1367
Gly Glu Ser Glu Ser Asn Ala Lys Val Ala Asp Val Leu Asp Val Leu
                405                 410                 415

aat gag gta gat gaa tat tct ggt tct tca gga aaa ata gac tta ctg     1415
Asn Glu Val Asp Glu Tyr Ser Gly Ser Ser Glu Lys Ile Asp Leu Leu
            420                 425                 430

gcc agt gat cct cat gag gct tta ata tgt aaa agt gaa aga gtt cac     1463
Ala Ser Asp Pro His Glu Ala Leu Ile Cys Lys Ser Glu Arg Val His
        435                 440                 445

tcc aaa tca gta gag agt aat att gaa gac aaa ata ttt ggg aaa acc     1511
Ser Lys Ser Val Glu Ser Asn Ile Glu Asp Lys Ile Phe Gly Lys Thr
        450                 455                 460

tat cgg aag aag gca agc ctc ccc aac tta agc cat gta act gaa aat     1559
Tyr Arg Lys Lys Ala Ser Leu Pro Asn Leu Ser His Val Thr Glu Asn
465                 470                 475                 480

cta att ata gga gca ttt gtt act gag cca cag ata ata caa gag cgt     1607
Leu Ile Ile Gly Ala Phe Val Thr Glu Pro Gln Ile Ile Gln Glu Arg
                485                 490                 495

ccc ctc aca aat tta aag cgt aaa agg aga cct aca tca ggc ctt     1655
Pro Leu Thr Asn Lys Leu Lys Arg Lys Arg Arg Pro Thr Ser Gly Leu
            500                 505                 510

cat cct gag gat ttt atc aag aaa gca gat ttg gca gtt caa aag act     1703
His Pro Glu Asp Phe Ile Lys Lys Ala Asp Leu Ala Val Gln Lys Thr
        515                 520                 525

cct gaa atg ata aat cag gga act aac caa acg gag cag aat ggt caa     1751
Pro Glu Met Ile Asn Gln Gly Thr Asn Gln Thr Glu Gln Asn Gly Gln
        530                 535                 540

gtg atg aat att act aat agt ggt cat gag aat aaa aca aaa ggt gat     1799
Val Met Asn Ile Thr Asn Ser Gly His Glu Asn Lys Thr Lys Gly Asp
545                 550                 555                 560
```

US 6,951,721 B2

113 114

-continued

```
tct att cag aat gag aaa aat cct aac cca ata gaa tca ctc gaa aaa    1847
Ser Ile Gln Asn Glu Lys Asn Pro Asn Pro Ile Glu Ser Leu Glu Lys
                565                 570                 575

gaa tct gct ttc aaa acg aaa gct gaa cct ata agc agc agt ata agc    1895
Glu Ser Ala Phe Lys Thr Lys Ala Glu Pro Ile Ser Ser Ser Ile Ser
            580                 585                 590

aat atg gaa ctc gaa tta aat atc cac aat tca aaa gca cct aaa aag    1943
Asn Met Glu Leu Glu Leu Asn Ile His Asn Ser Lys Ala Pro Lys Lys
        595                 600                 605

aat agg ctg agg agg aag tct tct acc agg cat att cat gct ctt gaa    1991
Asn Arg Leu Arg Arg Lys Ser Ser Thr Arg His Ile His Ala Leu Glu
    610                 615                 620

cta gta gtc agt aga aat cta agc cca cct aat tgt act gaa ttg caa    2039
Leu Val Val Ser Arg Asn Leu Ser Pro Pro Asn Cys Thr Glu Leu Gln
625                 630                 635                 640

att gat agt tgt tct agc agt gaa gag ata aag aaa aaa aag tac aac    2087
Ile Asp Ser Cys Ser Ser Ser Glu Glu Ile Lys Lys Lys Lys Tyr Asn
                645                 650                 655

caa atg cca gtc agg cac agc aga aac cta caa ctc atg gaa ggt aaa    2135
Gln Met Pro Val Arg His Ser Arg Asn Leu Gln Leu Met Glu Gly Lys
            660                 665                 670

gaa cct gca act gga gcc aag aag agt aac cca aat gaa cag aca         2183
Glu Pro Ala Thr Gly Ala Lys Lys Ser Asn Lys Pro Asn Glu Gln Thr
        675                 680                 685

agt aaa aga cat gac agt gat act ttc cca gag ctg aag tta aca aat    2231
Ser Lys Arg His Asp Ser Asp Thr Phe Pro Glu Leu Lys Leu Thr Asn
    690                 695                 700

gca cct ggt tct ttt act aag tgt tca aat acc agt gaa ctt aaa gaa    2279
Ala Pro Gly Ser Phe Thr Lys Cys Ser Asn Thr Ser Glu Leu Lys Glu
705                 710                 715                 720

ttt gtc aat cct agc ctt cca aga gaa gaa aaa gaa gag aaa cta gaa    2327
Phe Val Asn Pro Ser Leu Pro Arg Glu Glu Lys Glu Glu Lys Leu Glu
                725                 730                 735

aca gtt aaa gtg tct aat aat gct gaa gac ccc aaa gat ctc atg tta    2375
Thr Val Lys Val Ser Asn Asn Ala Glu Asp Pro Lys Asp Leu Met Leu
            740                 745                 750

agt gga gaa agg gtt ttg caa act gaa aga tct gta gag agt agc agt    2423
Ser Gly Glu Arg Val Leu Gln Thr Glu Arg Ser Val Glu Ser Ser Ser
        755                 760                 765

att tca ctg gta cct ggt act gat tat ggc act cag gaa agt atc tcg    2471
Ile Ser Leu Val Pro Gly Thr Asp Tyr Gly Thr Gln Glu Ser Ile Ser
    770                 775                 780

tta ctg gaa gtt agc act cta ggg aag gca aaa aca gga cca aat aaa    2519
Leu Leu Glu Val Ser Thr Leu Gly Lys Ala Lys Thr Gly Pro Asn Lys
785                 790                 795                 800

tgt gtg agt cag tgt gca gca ttt gaa aac ccc aag gga cta att cat    2567
Cys Val Ser Gln Cys Ala Ala Phe Glu Asn Pro Lys Gly Leu Ile His
                805                 810                 815

ggt tgt tcc aaa gat aat aga agt gac aca gaa ggc ttt aag tat cca    2615
Gly Cys Ser Lys Asp Asn Arg Ser Asp Thr Glu Gly Phe Lys Tyr Pro
            820                 825                 830

ttg gga cat gaa gtt aac cac agt cgg gaa aca agc ata gaa atg gaa    2663
Leu Gly His Glu Val Asn His Ser Arg Glu Thr Ser Ile Glu Met Glu
        835                 840                 845

gaa agt gaa ctt gat gct cag tat ttg cag aat aca ttc aag gtt tca    2711
Glu Ser Glu Leu Asp Ala Gln Tyr Leu Gln Asn Thr Phe Lys Val Ser
    850                 855                 860

aag cgc cag tca ttt gct ctg ttt tca aat cca gga aat gca gaa gag    2759
Lys Arg Gln Ser Phe Ala Leu Phe Ser Asn Pro Gly Asn Ala Glu Glu
```

US 6,951,721 B2

**115**

**116**

-continued

```
gaa tgt gca aca ttc tct gcc cac tct ggg tcc tta aag aaa caa agt    2807
Glu Cys Ala Thr Phe Ser Ala His Ser Gly Ser Leu Lys Lys Gln Ser
            885                 890                 895

cca aaa gtc act ttt gaa tgt gaa caa aag gaa gaa aat caa gga aag    2855
Pro Lys Val Thr Phe Glu Cys Glu Gln Lys Glu Glu Asn Gln Gly Lys
        900                 905                 910

aat gag tct aat atc aag cct gta cag aca gtt aat atc act gca ggc    2903
Asn Glu Ser Asn Ile Lys Pro Val Gln Thr Val Asn Ile Thr Ala Gly
        915                 920                 925

ttt cct gtg gtt ggt cag aaa gat aag cca gtt gat aat gcc aaa tgt    2951
Phe Pro Val Val Gly Gln Lys Asp Lys Pro Val Asp Asn Ala Lys Cys
    930                 935                 940

agt atc aaa gga ggc tct agg ttt tgt cta tca tct cag ttc aga ggc    2999
Ser Ile Lys Gly Gly Ser Arg Phe Cys Leu Ser Ser Gln Phe Arg Gly
945                 950                 955                 960

aac gaa act gga ctc att act cca aat aaa cat gga ctt tta caa aac    3047
Asn Glu Thr Gly Leu Ile Thr Pro Asn Lys His Gly Leu Leu Gln Asn
                965                 970                 975

cca tat cgt ata cca cca ctt ttt ccc atc aag tca ttt gtt aaa act    3095
Pro Tyr Arg Ile Pro Pro Leu Phe Pro Ile Lys Ser Phe Val Lys Thr
            980                 985                 990

aaa tgt aag aaa aat ctg cta gag gaa aac ttt gag gaa cat tca atg    3143
Lys Cys Lys Lys Asn Leu Leu Glu Glu Asn Phe Glu Glu His Ser Met
        995                 1000                1005

tca cct gaa aga gaa atg gga aat gag aac att cca agt aca gtg        3188
Ser Pro Glu Arg Glu Met Gly Asn Glu Asn Ile Pro Ser Thr Val
    1010                1015                1020

agc aca att agc cgt aat aac att aga gaa aat gtt ttt aaa gga        3233
Ser Thr Ile Ser Arg Asn Asn Ile Arg Glu Asn Val Phe Lys Gly
    1025                1030                1035

gcc agc tca agc aat att aat gaa gta ggt tcc agt act aat gaa        3278
Ala Ser Ser Ser Asn Ile Asn Glu Val Gly Ser Ser Thr Asn Glu
    1040                1045                1050

gtg ggc tcc agt att aat gaa ata ggt tcc agt gat gaa aac att        3323
Val Gly Ser Ser Ile Asn Glu Ile Gly Ser Ser Asp Glu Asn Ile
    1055                1060                1065

caa gca gaa cta ggt aga aac aga ggg cca aaa ttg aat gct atg        3368
Gln Ala Glu Leu Gly Arg Asn Arg Gly Pro Lys Leu Asn Ala Met
    1070                1075                1080

ctt aga tta ggg gtt ttg caa cct gag gtc tat aaa caa agt ctt        3413
Leu Arg Leu Gly Val Leu Gln Pro Glu Val Tyr Lys Gln Ser Leu
    1085                1090                1095

cct gga agt aat tgt aag cat cct gaa ata aaa aag caa gaa tat        3458
Pro Gly Ser Asn Cys Lys His Pro Glu Ile Lys Lys Gln Glu Tyr
    1100                1105                1110

gaa gaa gta gtt cag act gtt aat aca gat ttc tct cca tat ctg        3503
Glu Glu Val Val Gln Thr Val Asn Thr Asp Phe Ser Pro Tyr Leu
    1115                1120                1125

att tca gat aac tta gaa cag cct atg gga agt agt cat gca tct        3548
Ile Ser Asp Asn Leu Glu Gln Pro Met Gly Ser Ser His Ala Ser
    1130                1135                1140

cag gtt tgt tct gag aca cct gat gac ctg tta gat gat ggt gaa        3593
Gln Val Cys Ser Glu Thr Pro Asp Asp Leu Leu Asp Asp Gly Glu
    1145                1150                1155

ata aag gaa gat act agt ttt gct gaa aat gac att aag gaa agt        3638
Ile Lys Glu Asp Thr Ser Phe Ala Glu Asn Asp Ile Lys Glu Ser
    1160                1165                1170

tct gct gtt ttt agc aaa agc gtc cag aga gga gag ctt agc agg        3683
```

**A000605**

US 6,951,721 B2

117                                                                    118

-continued

```
Ser Ala Val Phe Ser Lys Ser  Val Gln Arg Gly Glu  Leu Ser Arg
    1175                1180                1185

agt cct  agc cct ttc acc cat  aca cat ttg gct cag  ggt tac cga     3728
Ser Pro  Ser Pro Phe Thr His  Thr His Leu Ala Gln  Gly Tyr Arg
    1190                1195                1200

aga ggg  gcc aag aaa tta gag  tcc tca gaa gag aac  tta tct agt     3773
Arg Gly  Ala Lys Lys Leu Glu  Ser Ser Glu Glu Asn  Leu Ser Ser
    1205                1210                1215

gag gat  gaa gag ctt ccc tgc  ttc caa cac ttg tta  ttt ggt aaa     3818
Glu Asp  Glu Glu Leu Pro Cys  Phe Gln His Leu Leu  Phe Gly Lys
    1220                1225                1230

gta aac  aat ata cct tct cag  tct act agg cat agc  acc gtt gct     3863
Val Asn  Asn Ile Pro Ser Gln  Ser Thr Arg His Ser  Thr Val Ala
    1235                1240                1245

acc gag  tgt ctg tct aag aac  aca gag gag aat tta  tta tca ttg     3908
Thr Glu  Cys Leu Ser Lys Asn  Thr Glu Glu Asn Leu  Leu Ser Leu
    1250                1255                1260

aag aat  agc tta aat gac tgc  agt aac cga gta ata  ttg gca aag     3953
Lys Asn  Ser Leu Asn Asp Cys  Ser Asn Gln Val Ile  Leu Ala Lys
    1265                1270                1275

gca tct  cag gaa cat cac ctt  agt gag gaa aca aaa  tgt tct gct     3998
Ala Ser  Gln Glu His His Leu  Ser Glu Glu Thr Lys  Cys Ser Ala
    1280                1285                1290

agc ttg  ttt tct tca cag tgc  agt gaa ttg gaa gac  ttg act gca     4043
Ser Leu  Phe Ser Ser Gln Cys  Ser Glu Leu Glu Asp  Leu Thr Ala
    1295                1300                1305

aat aca  aac acc cag gat cct  ttc ttg att ggt tct  tcc aaa caa     4088
Asn Thr  Asn Thr Gln Asp Pro  Phe Leu Ile Gly Ser  Ser Lys Gln
    1310                1315                1320

atg agg  cat cag tct gaa agc  cag gga gtt ggt ctg  agt gac aag     4133
Met Arg  His Gln Ser Glu Ser  Gln Gly Val Gly Leu  Ser Asp Lys
    1325                1330                1335

gaa ttg  gtt tca gat gat gaa  gaa aga gga acg ggc  ttg gaa gaa     4178
Glu Leu  Val Ser Asp Asp Glu  Glu Arg Gly Thr Gly  Leu Glu Glu
    1340                1345                1350

aat aat  caa gaa gag caa agc  atg gat tca aac tta  ggt gaa gca     4223
Asn Asn  Gln Glu Glu Gln Ser  Met Asp Ser Asn Leu  Gly Glu Ala
    1355                1360                1365

gca tct  ggg tgt gag agt gaa  aca agc gtc tct gaa  gac tgc tca     4268
Ala Ser  Gly Cys Glu Ser Glu  Thr Ser Val Ser Glu  Asp Cys Ser
    1370                1375                1380

ggg cta  tcc tct cag agt gac  att tta acc act cag  cag agg gat     4313
Gly Leu  Ser Ser Gln Ser Asp  Ile Leu Thr Thr Gln  Gln Arg Asp
    1385                1390                1395

acc atg  caa cat aac ctg ata  aag ctc cag cag gaa  atg gct gaa     4358
Thr Met  Gln His Asn Leu Ile  Lys Leu Gln Gln Glu  Met Ala Glu
    1400                1405                1410

cta gaa  gct gtg tta gaa cag  cat ggg agc cag cct  tct aac agc     4403
Leu Glu  Ala Val Leu Glu Gln  His Gly Ser Gln Pro  Ser Asn Ser
    1415                1420                1425

tac cct  tcc atc ata agt gac  tcc tct gcc ctt gag  gac ctg cga     4448
Tyr Pro  Ser Ile Ile Ser Asp  Ser Ser Ala Leu Glu  Asp Leu Arg
    1430                1435                1440

aat cca  gaa caa agc aca tca  gaa aaa gca gta tta  act tca cag     4493
Asn Pro  Glu Gln Ser Thr Ser  Glu Lys Ala Val Leu  Thr Ser Gln
    1445                1450                1455

aaa agt  agt gaa tac cct ata  agc cag aat cca gaa  ggc ctt tct     4538
Lys Ser  Ser Glu Tyr Pro Ile  Ser Gln Asn Pro Glu  Gly Leu Ser
    1460                1465                1470
```

A000606

US 6,951,721 B2

119                                                                                    120

-continued

```
gct gac  aag ttt gag gtg tct  gca gat agt tct acc  agt aaa aat      4583
Ala Asp  Lys Phe Glu Val Ser  Ala Asp Ser Ser Thr  Ser Lys Asn
    1475              1480                  1485

aaa gaa  cca gga gtg gaa agg  tca tcc cct tct aaa  tgc cca tca      4628
Lys Glu  Pro Gly Val Glu Arg  Ser Ser Pro Ser Lys  Cys Pro Ser
    1490              1495                  1500

tta gat  gat agg tgg tac atg  cac agt tgc tct ggg  agt ctt cag      4673
Leu Asp  Asp Arg Trp Tyr Met  His Ser Cys Ser Gly  Ser Leu Gln
    1505              1510                  1515

aat aga  aac tac cca tct caa  gag gag ctc att aag  gtt gtt gat      4718
Asn Arg  Asn Tyr Pro Ser Gln  Glu Glu Leu Ile Lys  Val Val Asp
    1520              1525                  1530

gtg gag  gag caa cag ctg gaa  gag tct ggg cca cac  gat ttg acg      4763
Val Glu  Glu Gln Gln Leu Glu  Glu Ser Gly Pro His  Asp Leu Thr
    1535              1540                  1545

gaa aca  tct tac ttg cca agg  caa gat cta gag gga  acc cct tac      4808
Glu Thr  Ser Tyr Leu Pro Arg  Gln Asp Leu Glu Gly  Thr Pro Tyr
    1550              1555                  1560

ctg gaa  tct gga atc agc ctc  ttc tct gat gac cct  gaa tct gat      4853
Leu Glu  Ser Gly Ile Ser Leu  Phe Ser Asp Asp Pro  Glu Ser Asp
    1565              1570                  1575

cct tct  gaa gac aga gcc cca  gag tca gct cgt gtt  ggc aac ata      4898
Pro Ser  Glu Asp Arg Ala Pro  Glu Ser Ala Arg Val  Gly Asn Ile
    1580              1585                  1590

cca tct  tca acc tct gca ttg  aaa gtt ccc caa ttg  aaa gtt gca      4943
Pro Ser  Ser Thr Ser Ala Leu  Lys Val Pro Gln Leu  Lys Val Ala
    1595              1600                  1605

gaa tct  gcc cag ggt cca gct  gct gct cat act act  gat act gct      4988
Glu Ser  Ala Gln Gly Pro Ala  Ala Ala His Thr Thr  Asp Thr Ala
    1610              1615                  1620

ggg tat  aat gca atg gaa gaa  agt gtg agc agg gag  aag cca gaa      5033
Gly Tyr  Asn Ala Met Glu Glu  Ser Val Ser Arg Glu  Lys Pro Glu
    1625              1630                  1635

ttg aca  gct tca aca gaa agg  gtc aac aaa aga atg  tcc atg gtg      5078
Leu Thr  Ala Ser Thr Glu Arg  Val Asn Lys Arg Met  Ser Met Val
    1640              1645                  1650

gtg tct  ggc ctg acc cca gaa  gaa ttt atg ctc gtg  tac aag ttt      5123
Val Ser  Gly Leu Thr Pro Glu  Glu Phe Met Leu Val  Tyr Lys Phe
    1655              1660                  1665

gcc aga  aaa cac cac atc act  tta act act cta att  act gaa gag      5168
Ala Arg  Lys His His Ile Thr  Leu Thr Asn Leu Ile  Thr Glu Glu
    1670              1675                  1680

act act  cat gtt gtt atg aaa  aca gat gct gag ttt  gtg tgt gaa      5213
Thr Thr  His Val Val Met Lys  Thr Asp Ala Glu Phe  Val Cys Glu
    1685              1690                  1695

cgg aca  ctg aaa tat ttt cta  gga att gcg gga gga  aaa tgg gta      5258
Arg Thr  Leu Lys Tyr Phe Leu  Gly Ile Ala Gly Gly  Lys Trp Val
    1700              1705                  1710

gtt agc  tat ttc tgg gtg acc  cag tct att aaa gaa  aga aaa atg      5303
Val Ser  Tyr Phe Trp Val Thr  Gln Ser Ile Lys Glu  Arg Lys Met
    1715              1720                  1725

ctg aat  gag cat gat ttt gaa  gtc aga gga gat gtg  gtc aat gga      5348
Leu Asn  Glu His Asp Phe Glu  Val Arg Gly Asp Val  Val Asn Gly
    1730              1735                  1740

aga aac  cac caa ggt cca aag  cga gca aga gaa tcc  cag gac aga      5393
Arg Asn  His Gln Gly Pro Lys  Arg Ala Arg Glu Ser  Gln Asp Arg
    1745              1750                  1755

aag atc  ttc agg ggg cta gaa  atc tgt tgc tat ggg  ccc ttc acc      5438
Lys Ile  Phe Arg Gly Leu Glu  Ile Cys Cys Tyr Gly  Pro Phe Thr
    1760              1765                  1770
```

A000607

US 6,951,721 B2

121                                                                    122

-continued

```
aac atg  ccc aca gat caa ctg  gaa tgg atg gta cag  ctg tgt ggt       5483
Asn Met  Pro Thr Asp Gln Leu  Glu Trp Met Val Gln  Leu Cys Gly
    1775              1780              1785

gct tct  gtg gtg aag gag ctt  tca tca ttc acc ctt  ggc aca ggt       5528
Ala Ser  Val Val Lys Glu Leu  Ser Ser Phe Thr Leu  Gly Thr Gly
    1790              1795              1800

gtc cac  cca att gtg gtt gtg  cag cca gat gcc tgg  aca gag gac       5573
Val His  Pro Ile Val Val Val  Gln Pro Asp Ala Trp  Thr Glu Asp
    1805              1810              1815

aat ggc  ttc cat gca att ggg  cag atg tgt gag gca  cct gtg gtg       5618
Asn Gly  Phe His Ala Ile Gly  Gln Met Cys Glu Ala  Pro Val Val
    1820              1825              1830

acc cga  gag tgg gtg ttg gac  agt gta gca ctc tac  cag tgc cag       5663
Thr Arg  Glu Trp Val Leu Asp  Ser Val Ala Leu Tyr  Gln Cys Gln
    1835              1840              1845

gag ctg  gac acc tac ctg ata  ccc cag atc ccc cac  agc cac tac       5708
Glu Leu  Asp Thr Tyr Leu Ile  Pro Gln Ile Pro His  Ser His Tyr
    1850              1855              1860

tga                                                                   5711
```

```
<210> SEQ ID NO 264
<211> LENGTH: 1863
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 264

Met Asp Leu Ser Ala Leu Arg Val Glu Glu Val Gln Asn Val Ile Asn
1               5                   10                  15

Ala Met Gln Lys Ile Leu Glu Cys Pro Ile Cys Leu Glu Leu Ile Lys
            20                  25                  30

Glu Pro Val Ser Thr Lys Cys Asp His Ile Phe Cys Lys Phe Cys Met
        35                  40                  45

Leu Lys Leu Leu Asn Gln Lys Lys Gly Pro Ser Gln Cys Pro Leu Cys
    50                  55                  60

Lys Asn Asp Ile Thr Lys Arg Ser Leu Gln Glu Ser Thr Arg Phe Ser
65                  70                  75                  80

Gln Leu Val Glu Glu Leu Leu Lys Ile Ile Cys Ala Phe Gln Leu Asp
                85                  90                  95

Thr Gly Leu Glu Tyr Ala Asn Ser Tyr Asn Phe Ala Lys Lys Glu Asn
            100                 105                 110

Asn Ser Pro Glu His Leu Lys Asp Glu Val Ser Ile Ile Gln Ser Met
        115                 120                 125

Gly Tyr Arg Asn Arg Ala Lys Arg Leu Leu Gln Ser Glu Pro Glu Asn
    130                 135                 140

Pro Ser Leu Gln Glu Thr Ser Leu Ser Val Gln Leu Ser Asn Leu Gly
145                 150                 155                 160

Thr Val Arg Thr Leu Arg Thr Lys Gln Arg Ile Gln Pro Gln Lys Thr
                165                 170                 175

Ser Val Tyr Ile Glu Leu Gly Ser Asp Ser Ser Glu Asp Thr Val Asn
            180                 185                 190

Lys Ala Thr Tyr Cys Ser Val Gly Asp Gln Glu Leu Leu Gln Ile Thr
        195                 200                 205

Pro Gln Gly Thr Arg Asp Glu Ile Ser Leu Asp Ser Ala Lys Lys Ala
    210                 215                 220

Ala Cys Glu Phe Ser Glu Thr Asp Val Thr Asn Thr Glu His His Gln
225                 230                 235                 240
```

A000608

US 6,951,721 B2

123                                                                124

-continued

```
Pro Ser Asn Asn Asp Leu Asn Thr Thr Glu Lys Arg Ala Ala Glu Arg
                245                 250                 255

His Pro Glu Lys Tyr Gln Gly Ser Ser Val Ser Asn Leu His Val Glu
            260                 265                 270

Pro Cys Gly Thr Asn Thr His Ala Ser Ser Leu Gln His Glu Asn Asn
        275                 280                 285

Ser Leu Leu Leu Thr Lys Asp Arg Met Asn Val Glu Lys Ala Glu Phe
    290                 295                 300

Cys Asn Lys Ser Lys Gln Pro Gly Leu Ala Arg Ser Gln His Asn Arg
305                 310                 315                 320

Trp Ala Gly Ser Lys Glu Thr Cys Asn Asp Arg Arg Thr Pro Ser Thr
                325                 330                 335

Glu Lys Lys Val Asp Leu Asn Ala Asp Pro Leu Cys Glu Arg Lys Glu
            340                 345                 350

Trp Asn Lys Gln Lys Leu Pro Cys Ser Glu Asn Pro Arg Asp Thr Glu
        355                 360                 365

Asp Val Pro Trp Ile Thr Leu Asn Ser Ser Ile Gln Lys Val Asn Glu
    370                 375                 380

Trp Phe Ser Arg Ser Asp Glu Leu Leu Gly Ser Asp Asp Ser His Asp
385                 390                 395                 400

Gly Glu Ser Glu Ser Asn Ala Lys Val Ala Asp Val Leu Asp Val Leu
                405                 410                 415

Asn Glu Val Asp Glu Tyr Ser Gly Ser Ser Glu Lys Ile Asp Leu Leu
            420                 425                 430

Ala Ser Asp Pro His Glu Ala Leu Ile Cys Lys Ser Glu Arg Val His
        435                 440                 445

Ser Lys Ser Val Glu Ser Asn Ile Glu Asp Lys Ile Phe Gly Lys Thr
    450                 455                 460

Tyr Arg Lys Lys Ala Ser Leu Pro Asn Leu Ser His Val Thr Glu Asn
465                 470                 475                 480

Leu Ile Ile Gly Ala Phe Val Thr Glu Pro Gln Ile Ile Glu Glu Arg
                485                 490                 495

Pro Leu Thr Asn Lys Leu Lys Arg Lys Arg Arg Pro Thr Ser Gly Leu
            500                 505                 510

His Pro Glu Asp Phe Ile Lys Lys Ala Asp Leu Ala Val Gln Lys Thr
        515                 520                 525

Pro Glu Met Ile Asn Gln Gly Thr Asn Gln Thr Glu Gln Asn Gly Gln
    530                 535                 540

Val Met Asn Ile Thr Asn Ser Gly His Glu Asn Lys Thr Lys Gly Asp
545                 550                 555                 560

Ser Ile Gln Asn Glu Lys Asn Pro Asn Pro Ile Glu Ser Leu Glu Lys
                565                 570                 575

Glu Ser Ala Phe Lys Thr Lys Ala Glu Pro Ile Ser Ser Ser Ile Ser
            580                 585                 590

Asn Met Glu Leu Glu Leu Asn Ile His Asn Ser Lys Ala Pro Lys Lys
        595                 600                 605

Asn Arg Leu Arg Arg Lys Ser Ser Thr Arg His Ile His Ala Leu Glu
    610                 615                 620

Leu Val Val Ser Arg Asn Leu Ser Pro Pro Asn Cys Thr Glu Leu Gln
625                 630                 635                 640

Ile Asp Ser Cys Ser Ser Ser Glu Glu Ile Lys Lys Lys Lys Tyr Asn
                645                 650                 655
```

A000609

US 6,951,721 B2

125        126

-continued

```
Gln Met Pro Val Arg His Ser Arg Asn Leu Gln Leu Met Glu Gly Lys
            660                 665                 670

Glu Pro Ala Thr Gly Ala Lys Lys Ser Asn Lys Pro Asn Glu Gln Thr
        675                 680                 685

Ser Lys Arg His Asp Ser Asp Thr Phe Pro Glu Leu Lys Leu Thr Asn
    690                 695                 700

Ala Pro Gly Ser Phe Thr Lys Cys Ser Asn Thr Ser Glu Leu Lys Glu
705                 710                 715                 720

Phe Val Asn Pro Ser Leu Pro Arg Glu Glu Lys Glu Glu Lys Leu Glu
                725                 730                 735

Thr Val Lys Val Ser Asn Asn Ala Glu Asp Pro Lys Asp Leu Met Leu
            740                 745                 750

Ser Gly Glu Arg Val Leu Gln Thr Glu Arg Ser Val Glu Ser Ser Ser
        755                 760                 765

Ile Ser Leu Val Pro Gly Thr Asp Tyr Gly Thr Gln Glu Ser Ile Ser
    770                 775                 780

Leu Leu Glu Val Ser Thr Leu Gly Lys Ala Lys Thr Glu Pro Asn Lys
785                 790                 795                 800

Cys Val Ser Gln Cys Ala Ala Phe Glu Asn Pro Lys Gly Leu Ile His
                805                 810                 815

Gly Cys Ser Lys Asp Asn Arg Asn Asp Thr Glu Gly Phe Lys Tyr Pro
            820                 825                 830

Leu Gly His Glu Val Asn His Ser Arg Glu Thr Ser Ile Glu Met Glu
        835                 840                 845

Glu Ser Glu Leu Asp Ala Gln Tyr Leu Gln Asn Thr Phe Lys Val Ser
    850                 855                 860

Lys Arg Gln Ser Phe Ala Leu Phe Ser Asn Pro Gly Asn Ala Glu Glu
865                 870                 875                 880

Glu Cys Ala Thr Phe Ser Ala His Ser Gly Ser Leu Lys Lys Gln Ser
                885                 890                 895

Pro Lys Val Thr Phe Glu Cys Glu Gln Lys Glu Glu Asn Gln Gly Lys
            900                 905                 910

Asn Glu Ser Asn Ile Lys Pro Val Gln Thr Val Asn Ile Thr Ala Gly
        915                 920                 925

Phe Pro Val Val Gly Gln Lys Asp Lys Pro Val Asp Asn Ala Lys Cys
    930                 935                 940

Ser Ile Lys Gly Gly Ser Arg Phe Cys Leu Ser Ser Gln Phe Arg Gly
945                 950                 955                 960

Asn Glu Thr Gly Leu Ile Thr Pro Asn Lys His Gly Leu Leu Gln Asn
                965                 970                 975

Pro Tyr Arg Ile Pro Pro Leu Phe Pro Ile Lys Ser Phe Val Lys Thr
            980                 985                 990

Lys Cys Lys Lys Asn Leu Leu Glu  Glu Asn Phe Glu Glu  His Ser Met
        995                 1000                 1005

Ser Pro  Glu Arg Glu Met Gly  Asn Glu Asn Ile Pro  Ser Thr Val
    1010                 1015                 1020

Ser Thr  Ile Ser Arg Asn Asn  Ile Arg Glu Asn Val  Phe Lys Gly
    1025                 1030                 1035

Ala Ser  Ser Ser Asn Ile Asn  Glu Val Gly Ser Ser  Thr Asn Glu
    1040                 1045                 1050

Val Gly  Ser Ser Ile Asn Glu  Ile Gly Ser Ser Asp  Glu Asn Ile
    1055                 1060                 1065

Gln Ala  Glu Leu Gly Arg Asn  Arg Gly Pro Lys Leu  Asn Ala Met
```

US 6,951,721 B2

127                                                                 128

-continued

```
    1070                1075                1080

Leu Arg  Leu Gly Val Leu Gln  Pro Glu Val Tyr Lys  Gln Ser Leu
    1085                1090                1095

Pro Gly  Ser Asn Cys Lys His  Pro Glu Ile Lys Lys  Gln Glu Tyr
    1100                1105                1110

Glu Glu  Val Val Gln Thr Val  Asn Thr Asp Phe Ser  Pro Tyr Leu
    1115                1120                1125

Ile Ser  Asp Asn Leu Glu Gln  Pro Met Gly Ser Ser  His Ala Ser
    1130                1135                1140

Gln Val  Cys Ser Glu Thr Pro  Asp Asp Leu Leu Asp  Asp Gly Glu
    1145                1150                1155

Ile Lys  Glu Asp Thr Ser Phe  Ala Glu Asn Asp Ile  Lys Glu Ser
    1160                1165                1170

Ser Ala  Val Phe Ser Lys Ser  Val Gln Arg Gly Glu  Leu Ser Arg
    1175                1180                1185

Ser Pro  Ser Pro Phe Thr His  Thr His Leu Ala Gln  Gly Tyr Arg
    1190                1195                1200

Arg Gly  Ala Lys Lys Leu Glu  Ser Ser Glu Glu Asn  Leu Ser Ser
    1205                1210                1215

Glu Asp  Glu Glu Leu Pro Cys  Phe Gln His Leu Leu  Phe Gly Lys
    1220                1225                1230

Val Asn  Asn Ile Pro Ser Gln  Ser Thr Arg His Ser  Thr Val Ala
    1235                1240                1245

Thr Glu  Cys Leu Ser Lys Asn  Thr Glu Glu Asn Leu  Leu Ser Leu
    1250                1255                1260

Lys Asn  Ser Leu Asn Asp Cys  Ser Asn Gln Val Ile  Leu Ala Lys
    1265                1270                1275

Ala Ser  Gln Glu His His Leu  Ser Glu Glu Thr Lys  Cys Ser Ala
    1280                1285                1290

Ser Leu  Phe Ser Ser Gln Cys  Ser Glu Leu Glu Asp  Leu Thr Ala
    1295                1300                1305

Asn Thr  Asn Thr Gln Asp Pro  Phe Leu Ile Gly Ser  Ser Lys Gln
    1310                1315                1320

Met Arg  His Gln Ser Glu Ser  Gln Gly Val Gly Leu  Ser Asp Lys
    1325                1330                1335

Glu Leu  Val Ser Asp Asp Glu  Glu Arg Gly Thr Gly  Leu Glu Glu
    1340                1345                1350

Asn Asn  Gln Glu Glu Glu Ser  Met Asp Ser Asn Leu  Gly Glu Ala
    1355                1360                1365

Ala Ser  Gly Cys Glu Ser Glu  Thr Ser Val Ser Glu  Asp Cys Ser
    1370                1375                1380

Gly Leu  Ser Ser Gln Ser Asp  Ile Leu Thr Thr Gln  Gln Arg Asp
    1385                1390                1395

Thr Met  Gln His Asn Leu Ile  Lys Leu Gln Gln Glu  Met Ala Glu
    1400                1405                1410

Leu Glu  Ala Val Leu Glu Gln  His Gly Ser Gln Pro  Ser Asn Ser
    1415                1420                1425

Tyr Pro  Ser Ile Ile Ser Asp  Ser Ser Ala Leu Glu  Asp Leu Arg
    1430                1435                1440

Asn Pro  Glu Gln Ser Thr Ser  Glu Lys Ala Val Leu  Thr Ser Gln
    1445                1450                1455

Lys Ser  Ser Glu Tyr Pro Ile  Ser Gln Asn Pro Glu  Gly Leu Ser
    1460                1465                1470
```

A000611

US 6,951,721 B2

129                                                                        130

-continued

```
Ala Asp  Lys Phe Glu Val Ser  Ala Asp Ser Ser Thr  Ser Lys Asn
    1475                 1480                 1485

Lys Glu  Pro Gly Val Glu Arg  Ser Ser Pro Ser Lys  Cys Pro Ser
    1490                 1495                 1500

Leu Asp  Asp Arg Trp Tyr Met  His Ser Cys Ser Gly  Ser Leu Gln
    1505                 1510                 1515

Asn Arg  Asn Tyr Pro Ser Gln  Glu Glu Leu Ile Lys  Val Val Asp
    1520                 1525                 1530

Val Glu  Glu Gln Gln Leu Glu  Glu Ser Gly Pro His  Asp Leu Thr
    1535                 1540                 1545

Glu Thr  Ser Tyr Leu Pro Arg  Gln Asp Leu Glu Gly  Thr Pro Tyr
    1550                 1555                 1560

Leu Glu  Ser Gly Ile Ser Leu  Phe Ser Asp Asp Pro  Glu Ser Asp
    1565                 1570                 1575

Pro Ser  Glu Asp Arg Ala Pro  Glu Ser Ala Arg Val  Gly Asn Ile
    1580                 1585                 1590

Pro Ser  Ser Thr Ser Ala Leu  Lys Val Pro Gln Leu  Lys Val Ala
    1595                 1600                 1605

Glu Ser  Ala Gln Gly Pro Ala  Ala Ala His Thr Thr  Asp Thr Ala
    1610                 1615                 1620

Gly Tyr  Asn Ala Met Glu Glu  Ser Val Ser Arg Glu  Lys Pro Glu
    1625                 1630                 1635

Leu Thr  Ala Ser Thr Glu Arg  Val Asn Lys Arg Met  Ser Met Val
    1640                 1645                 1650

Val Ser  Gly Leu Thr Pro Glu  Glu Phe Met Leu Val  Tyr Lys Phe
    1655                 1660                 1665

Ala Arg  Lys His His Ile Thr  Leu Thr Asn Leu Ile  Thr Glu Glu
    1670                 1675                 1680

Thr Thr  His Val Val Met Lys  Thr Asp Ala Glu Phe  Val Cys Glu
    1685                 1690                 1695

Arg Thr  Leu Lys Tyr Phe Leu  Gly Ile Ala Gly Gly  Lys Trp Val
    1700                 1705                 1710

Val Ser  Tyr Phe Trp Val Thr  Gln Ser Ile Lys Glu  Arg Lys Met
    1715                 1720                 1725

Leu Asn  Glu His Asp Phe Glu  Val Arg Gly Asp Val  Val Asn Gly
    1730                 1735                 1740

Arg Asn  His Gln Gly Pro Lys  Arg Ala Arg Glu Ser  Gln Asp Arg
    1745                 1750                 1755

Lys Ile  Phe Arg Gly Leu Glu  Ile Cys Cys Tyr Gly  Pro Phe Thr
    1760                 1765                 1770

Asn Met  Pro Thr Asp Gln Leu  Glu Trp Met Val Gln  Leu Cys Gly
    1775                 1780                 1785

Ala Ser  Val Val Lys Glu Leu  Ser Ser Phe Thr Leu  Gly Thr Gly
    1790                 1795                 1800

Val His  Pro Ile Val Val Val  Gln Pro Asp Ala Trp  Thr Glu Asp
    1805                 1810                 1815

Asn Gly  Phe His Ala Ile Gly  Gln Met Cys Glu Ala  Pro Val Val
    1820                 1825                 1830

Thr Arg  Glu Trp Val Leu Asp  Ser Val Ala Leu Tyr  Gln Cys Gln
    1835                 1840                 1845

Glu Leu  Asp Thr Tyr Leu Ile  Pro Gln Ile Pro His  Ser His Tyr
    1850                 1855                 1860
```

A000612

US 6,951,721 B2

131                                                                               132

-continued

```
<210> SEQ ID NO 265
<211> LENGTH: 5711
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens
<220> FEATURE:
<221> NAME/KEY: CDS
<222> LOCATION: (120)..(5711)
<223> OTHER INFORMATION: omi2 sequences

<400> SEQUENCE: 265

agctcgctga gacttcctgg acccgcacc aggctgtggg gtttctcaga taactgggcc       60

cctgcgctca ggaggccttc accctctgct ctgggtaaag ttcattggaa cagaaagaa      119

atg gat tta tct gct ctt cgc gtt gaa gaa gta caa aat gtc att aat       167
Met Asp Leu Ser Ala Leu Arg Val Glu Glu Val Gln Asn Val Ile Asn
1               5                   10                  15

gct atg cag aaa atc tta gag tgt ccc atc tgt ctg gag ttg atc aag       215
Ala Met Gln Lys Ile Leu Glu Cys Pro Ile Cys Leu Glu Leu Ile Lys
                20                  25                  30

gaa cct gtc tcc aca aag tgt gac cac ata ttt tgc aaa ttt tgc atg       263
Glu Pro Val Ser Thr Lys Cys Asp His Ile Phe Cys Lys Phe Cys Met
            35                  40                  45

ctg aaa ctt ctc aac cag aaa aag ggg cct tca cag tgt cct tta tgt       311
Leu Lys Leu Leu Asn Gln Lys Lys Gly Pro Ser Gln Cys Pro Leu Cys
        50                  55                  60

aag aat gat ata acc aaa agg agc cta caa gaa agt acg aga ttt agt       359
Lys Asn Asp Ile Thr Lys Arg Ser Leu Gln Glu Ser Thr Arg Phe Ser
65                  70                  75                  80

caa ctt gtt gaa gag cta ttg aaa atc att tgt gct ttt cag ctt gac       407
Gln Leu Val Glu Glu Leu Leu Lys Ile Ile Cys Ala Phe Gln Leu Asp
                85                  90                  95

aca ggt ttg gag tat gca aac agc tat aat ttt gca aaa aag gaa aat       455
Thr Gly Leu Glu Tyr Ala Asn Ser Tyr Asn Phe Ala Lys Lys Glu Asn
                100                 105                 110

aac tct cct gaa cat cta aaa gat gaa gtt tct atc atc caa agt atg       503
Asn Ser Pro Glu His Leu Lys Asp Glu Val Ser Ile Ile Gln Ser Met
            115                 120                 125

ggc tac aga aac cgt gcc aaa aga ctt cta cag agt gaa ccc gaa aat       551
Gly Tyr Arg Asn Arg Ala Lys Arg Leu Leu Gln Ser Glu Pro Glu Asn
        130                 135                 140

cct tcc ttg cag gaa acc agt ctc agt gtc caa ctc tct aac ctt gga       599
Pro Ser Leu Gln Glu Thr Ser Leu Ser Val Gln Leu Ser Asn Leu Gly
145                 150                 155                 160

act gtg aga act ctg agg aca aag cag cgg ata caa cct caa aag acg       647
Thr Val Arg Thr Leu Arg Thr Lys Gln Arg Ile Gln Pro Gln Lys Thr
                165                 170                 175

tct gtc tac att gaa ttg gga tct gat tct tct gaa gat acc gtt aat       695
Ser Val Tyr Ile Glu Leu Gly Ser Asp Ser Ser Glu Asp Thr Val Asn
                180                 185                 190

aag gca act tat tgc agt gtg gga gat caa gaa ttg tta caa atc acc       743
Lys Ala Thr Tyr Cys Ser Val Gly Asp Gln Glu Leu Leu Gln Ile Thr
            195                 200                 205

cct caa gga acc agg gat gaa atc agt ttg gat tct gca aaa aag gct       791
Pro Gln Gly Thr Arg Asp Glu Ile Ser Leu Asp Ser Ala Lys Lys Ala
        210                 215                 220

gct tgt gaa ttt tct gag acg gat gta aca aat act gaa cat cat caa       839
Ala Cys Glu Phe Ser Glu Thr Asp Val Thr Asn Thr Glu His His Gln
225                 230                 235                 240

ccc agt aat aat gat ttg aac acc act gag aag cgt gca gct gag agg       887
Pro Ser Asn Asn Asp Leu Asn Thr Thr Glu Lys Arg Ala Ala Glu Arg
                245                 250                 255
```

**A000613**

US 6,951,721 B2

133                                                                                        134

-continued

```
cat cca gaa aag tat cag ggt agt tct gtt tca aac ttg cat gtg gag       935
His Pro Glu Lys Tyr Gln Gly Ser Ser Val Ser Asn Leu His Val Glu
        260             265             270

cca tgt ggc aca aat act cat gcc agc tca tta cag cat gag aac agc       983
Pro Cys Gly Thr Asn Thr His Ala Ser Ser Leu Gln His Glu Asn Ser
        275             280             285

agt tta tta ctc act aaa gac aga atg aat gta gaa aag gct gaa ttc      1031
Ser Leu Leu Leu Thr Lys Asp Arg Met Asn Val Glu Lys Ala Glu Phe
    290             295             300

tgt aat aaa agc aaa cag cct ggc tta gca agg agc caa cat aac aga      1079
Cys Asn Lys Ser Lys Gln Pro Gly Leu Ala Arg Ser Gln His Asn Arg
305             310             315             320

tgg gct gga agt aag gaa aca tgt aat gat agg cgg act cc agc aca       1127
Trp Ala Gly Ser Lys Glu Thr Cys Asn Asp Arg Arg Thr Pro Ser Thr
            325             330             335

gaa aaa aag gta gat ctg aat gct gat ccc ctg tgt gag aga aaa gaa      1175
Glu Lys Lys Val Asp Leu Asn Ala Asp Pro Leu Cys Glu Arg Lys Glu
        340             345             350

tgg aat aag cag aaa ctg cca tgc tca gag aat cct aga gat act gaa      1223
Trp Asn Lys Gln Lys Leu Pro Cys Ser Glu Asn Pro Arg Asp Thr Glu
        355             360             365

gat gtt cct tgg ata aca cta aat agc agc att cag aaa gtt aat gag      1271
Asp Val Pro Trp Ile Thr Leu Asn Ser Ser Ile Gln Lys Val Asn Glu
    370             375             380

tgg ttt tcc aga agt gat gaa ctg tta ggt tct gat gac tca cat gat      1319
Trp Phe Ser Arg Ser Asp Glu Leu Leu Gly Ser Asp Asp Ser His Asp
385             390             395             400

ggg gag tct gaa tca aat gcc aaa gta gct gat gta ttg gac gtt cta      1367
Gly Glu Ser Glu Ser Asn Ala Lys Val Ala Asp Val Leu Asp Val Leu
            405             410             415

aat gag gta gat gaa tat tct ggt tct tca gaa ata gac tta ctg         1415
Asn Glu Val Asp Glu Tyr Ser Gly Ser Ser Glu Lys Ile Asp Leu Leu
        420             425             430

gcc agt gat cct cat gag gct tta ata tgt aaa agt gaa aga gtt cac      1463
Ala Ser Asp Pro His Glu Ala Leu Ile Cys Lys Ser Glu Arg Val His
        435             440             445

tcc aaa tca gta gag agt aat att gaa gac aaa ata ttt ggg aaa acc      1511
Ser Lys Ser Val Glu Ser Asn Ile Glu Asp Lys Ile Phe Gly Lys Thr
    450             455             460

tat cgg aag aag gca agc ctc ccc aac tta agc cat gta act gaa aat      1559
Tyr Arg Lys Lys Ala Ser Leu Pro Asn Leu Ser His Val Thr Glu Asn
465             470             475             480

cta att ata gga gca ttt gtt act gag cca cag ata ata caa gag cgt      1607
Leu Ile Ile Gly Ala Phe Val Thr Glu Pro Gln Ile Ile Gln Glu Arg
            485             490             495

ccc ctc aca aat aaa tta aag cgt aaa agg aga cct aca tca ggc ctt      1655
Pro Leu Thr Asn Lys Leu Lys Arg Lys Arg Arg Pro Thr Ser Gly Leu
        500             505             510

cat cct gag gat ttt atc aag aaa gca gat ttg gca gtt caa aag act      1703
His Pro Glu Asp Phe Ile Lys Lys Ala Asp Leu Ala Val Gln Lys Thr
    515             520             525

cct gaa atg ata aat cag gga act aac caa acg gag cag aat ggt caa      1751
Pro Glu Met Ile Asn Gln Gly Thr Asn Gln Thr Glu Gln Asn Gly Gln
    530             535             540

gtg atg aat att act aat agt ggt cat gag aat aaa aca aaa ggt gat      1799
Val Met Asn Ile Thr Asn Ser Gly His Glu Asn Lys Thr Lys Gly Asp
545             550             555             560

tct att cag aat gag aaa aat cct aac cca ata gaa tca ctc gaa aaa      1847
Ser Ile Gln Asn Glu Lys Asn Pro Asn Pro Ile Glu Ser Leu Glu Lys
```

**A000614**

US 6,951,721 B2

135                                                                                          136

-continued

```
            565              570              575
gaa tct gct ttc aaa acg aaa gct gaa cct ata agc agc agt ata agc   1895
Glu Ser Ala Phe Lys Thr Lys Ala Glu Pro Ile Ser Ser Ser Ile Ser
            580              585              590

aat atg gaa ctc gaa tta aat atc cac aat tca aaa gca cct aaa aag   1943
Asn Met Glu Leu Glu Leu Asn Ile His Asn Ser Lys Ala Pro Lys Lys
            595              600              605

aat agg ctg agg agg aag tct tct acc agg cat att cat gcg ctt gaa   1991
Asn Arg Leu Arg Arg Lys Ser Ser Thr Arg His Ile His Ala Leu Glu
        610              615              620

cta gta gtc agt aga aat cta agc cca cct aat tgt act gaa ttg caa   2039
Leu Val Val Ser Arg Asn Leu Ser Pro Pro Asn Cys Thr Glu Leu Gln
    625              630              635              640

att gat agt tgt tct agc agt gaa gag ata aag aaa aaa aag tac aac   2087
Ile Asp Ser Cys Ser Ser Ser Glu Glu Ile Lys Lys Lys Lys Tyr Asn
                645              650              655

caa atg cca gtc agg cac aga aga aac cta caa ctc atg gaa ggt aaa   2135
Gln Met Pro Val Arg His Arg Arg Asn Leu Gln Leu Met Glu Gly Lys
            660              665              670

gaa cct gca act gga gcc aag aag agt aac aag cca aat gaa cag aca   2183
Glu Pro Ala Thr Gly Ala Lys Lys Ser Asn Lys Pro Asn Glu Gln Thr
        675              680              685

agt aaa aga cat gac agt gat act ttc cca gag ctg aag tta aca aat   2231
Ser Lys Arg His Asp Ser Asp Thr Phe Pro Glu Leu Lys Leu Thr Asn
    690              695              700

gca cct ggt tct ttt act aag tgt tca aat acc agt gaa ctt aaa gaa   2279
Ala Pro Gly Ser Phe Thr Lys Cys Ser Asn Thr Ser Glu Leu Lys Glu
705              710              715              720

ttt gtc aat cct agc ctt cca aga gaa gaa aaa gaa gag aaa cta gaa   2327
Phe Val Asn Pro Ser Leu Pro Arg Glu Glu Lys Glu Glu Lys Leu Glu
                725              730              735

aca gtt aaa gtg tct aat aat gct gaa gac ccc aaa gat ctc atg tta   2375
Thr Val Lys Val Ser Asn Asn Ala Glu Asp Pro Lys Asp Leu Met Leu
            740              745              750

agt gga gaa agg gtt ttg caa act gaa aga tct gta gag agt agc agt   2423
Ser Gly Glu Arg Val Leu Gln Thr Glu Arg Ser Val Glu Ser Ser Ser
        755              760              765

att tca ctg gta cct ggt act gat tat ggc act cag gaa agt atc tcg   2471
Ile Ser Leu Val Pro Gly Thr Asp Tyr Gly Thr Gln Glu Ser Ile Ser
    770              775              780

tta ctg gaa gtt agc act cta ggg aag gca aaa aca gaa cca aat aaa   2519
Leu Leu Glu Val Ser Thr Leu Gly Lys Ala Lys Thr Glu Pro Asn Lys
785              790              795              800

tgt gtg agt cag tgt gca gca ttt gaa aac ccc aag gga cta att cat   2567
Cys Val Ser Gln Cys Ala Ala Phe Glu Asn Pro Lys Gly Leu Ile His
                805              810              815

ggt tgt tcc aaa gat aat aga aat gac aca gaa ggc ttt aag tat cca   2615
Gly Cys Ser Lys Asp Asn Arg Asn Asp Thr Glu Gly Phe Lys Tyr Pro
            820              825              830

ttg gga cat gaa gtt aac cac agt cgg gaa aca agc ata gaa atg gaa   2663
Leu Gly His Glu Val Asn His Ser Arg Glu Thr Ser Ile Glu Met Glu
        835              840              845

gaa agt gaa ctt gat gct cag tat ttg cag aat aca ttc aag gtt tca   2711
Glu Ser Glu Leu Asp Ala Gln Tyr Leu Gln Asn Thr Phe Lys Val Ser
    850              855              860

aag cgc cag tca ttt gct ctg ttt tca aat cca gga aat gca gaa gag   2759
Lys Arg Gln Ser Phe Ala Leu Phe Ser Asn Pro Gly Asn Ala Glu Glu
865              870              875              880

gaa tgt gca aca ttc tct gcc cac tct ggg tcc tta aag aaa caa agt   2807
```

A000615

US 6,951,721 B2

137                                                                                     138

-continued

```
Glu Cys Ala Thr Phe Ser Ala His Ser Gly Ser Leu Lys Lys Gln Ser
                885                 890                 895

cca aaa gtc act ttt gaa tgt caa aag gaa gaa aat caa gga aag        2855
Pro Lys Val Thr Phe Glu Cys Gln Lys Glu Glu Asn Gln Gly Lys
            900                 905                 910

aat gag tct aat atc aag cct gta cag aca gtt aat atc act gca ggc    2903
Asn Glu Ser Asn Ile Lys Pro Val Gln Thr Val Asn Ile Thr Ala Gly
        915                 920                 925

ttt cct gtg gtt ggt cag aaa gat aag cca gtt gat aat gcc aaa tgt    2951
Phe Pro Val Val Gly Gln Lys Asp Lys Pro Val Asp Asn Ala Lys Cys
    930                 935                 940

agt atc aaa gga ggc tct agg ttt tgt cta tca tct cag ttc aga ggc    2999
Ser Ile Lys Gly Gly Ser Arg Phe Cys Leu Ser Ser Gln Phe Arg Gly
945                 950                 955                 960

aac gaa act gga ctc att act cca aat aaa cat gga ctt tta caa aac    3047
Asn Glu Thr Gly Leu Ile Thr Pro Asn Lys His Gly Leu Leu Gln Asn
                965                 970                 975

cca tat cgt ata cca cca ctt ttt ccc atc aag tca ttt gtt aaa act    3095
Pro Tyr Arg Ile Pro Pro Leu Phe Pro Ile Lys Ser Phe Val Lys Thr
            980                 985                 990

aaa tgt aag aaa aat ctg cta gag  gaa aac ttt gag gaa  cat tca atg  3143
Lys Cys Lys Lys Asn Leu Leu Glu  Glu Asn Phe Glu Glu  His Ser Met
            995                 1000                1005

tca cct  gaa aga gaa atg gga  aat gag aac att cca  agt aca gtg      3188
Ser Pro  Glu Arg Glu Met Gly  Asn Glu Asn Ile Pro  Ser Thr Val
    1010                1015                1020

agc aca  att agc cgt aat aac  att aga gaa aat gtt  ttt aaa gga      3233
Ser Thr  Ile Ser Arg Asn Asn  Ile Arg Glu Asn Val  Phe Lys Gly
    1025                1030                1035

gcc agc  tca agc aat att aat  gaa gta ggt tcc agt  act aat gaa      3278
Ala Ser  Ser Ser Asn Ile Asn  Glu Val Gly Ser Ser  Thr Asn Glu
    1040                1045                1050

gtg ggc  tcc agt att aat gaa  ata ggt tcc agt gat  gaa aac att      3323
Val Gly  Ser Ser Ile Asn Glu  Ile Gly Ser Ser Asp  Glu Asn Ile
    1055                1060                1065

caa gca  gaa cta ggt aga aac  aga ggg cca aaa ttg  aat gct atg      3368
Gln Ala  Glu Leu Gly Arg Asn  Arg Gly Pro Lys Leu  Asn Ala Met
    1070                1075                1080

ctt aga  tta ggg gtt ttg caa  cct gag gtc tat aaa  caa agt ctt      3413
Leu Arg  Leu Gly Val Leu Gln  Pro Glu Val Tyr Lys  Gln Ser Leu
    1085                1090                1095

cct gga  agt aat tgt aag cat  cct gaa ata aaa aag  caa gaa tat      3458
Pro Gly  Ser Asn Cys Lys His  Pro Glu Ile Lys Lys  Gln Glu Tyr
    1100                1105                1110

gaa gaa  gta gtt cag act gtt  aat aca gat ttc tct  cca tat ctg      3503
Glu Glu  Val Val Gln Thr Val  Asn Thr Asp Phe Ser  Pro Tyr Leu
    1115                1120                1125

att tca  gat aac tta gaa cag  cct atg gga agt agt  cat gca tct      3548
Ile Ser  Asp Asn Leu Glu Gln  Pro Met Gly Ser Ser  His Ala Ser
    1130                1135                1140

cag gtt  tgt tct gag aca cct  gat gac ctg tta gat  gat ggt gaa      3593
Gln Val  Cys Ser Glu Thr Pro  Asp Asp Leu Leu Asp  Asp Gly Glu
    1145                1150                1155

ata aag  gaa gat act gtt ttt  gct gaa aat gac att  aag gaa agt      3638
Ile Lys  Glu Asp Thr Ser Phe  Ala Glu Asn Asp Ile  Lys Glu Ser
    1160                1165                1170

tct gct  gtt ttt agc aaa agc  gtc cag aga gga gag  ctt agc agg      3683
Ser Ala  Val Phe Ser Lys Ser  Val Gln Arg Gly Glu  Leu Ser Arg
    1175                1180                1185
```

A000616

US 6,951,721 B2

139                                                                                      140

-continued

```
agt cct  agc cct ttc acc cat  aca cat ttg gct cag  ggt tac cga      3728
Ser Pro  Ser Pro Phe Thr His  Thr His Leu Ala Gln  Gly Tyr Arg
    1190                1195                1200

aga ggg  gcc aag aaa tta gag  tcc tca gaa gag aac  tta tct agt      3773
Arg Gly  Ala Lys Lys Leu Glu  Ser Ser Glu Glu Asn  Leu Ser Ser
    1205                1210                1215

gag gat  gaa gag ctt ccc tgc  ttc caa cac ttg tta  ttt ggt aaa      3818
Glu Asp  Glu Glu Leu Pro Cys  Phe Gln His Leu Leu  Phe Gly Lys
    1220                1225                1230

gta aac  aat ata cct tct cag  tct act agg cat agc  acc gtt gct      3863
Val Asn  Asn Ile Pro Ser Gln  Ser Thr Arg His Ser  Thr Val Ala
    1235                1240                1245

acc gag  tgt ctg tct aag aac  aca gag gag aat tta  tta tca ttg      3908
Thr Glu  Cys Leu Ser Lys Asn  Thr Glu Glu Asn Leu  Leu Ser Leu
    1250                1255                1260

aag aat  agc tta aat gac tgc  agt aac cag gta ata  ttg gca aag      3953
Lys Asn  Ser Leu Asn Asp Cys  Ser Asn Gln Val Ile  Leu Ala Lys
    1265                1270                1275

gca tct  cag gaa cat cac ctt  agt gag gaa aca aaa  tgt tct gct      3998
Ala Ser  Gln Glu His His Leu  Ser Glu Glu Thr Lys  Cys Ser Ala
    1280                1285                1290

agc ttg  ttt tct tca cag tgc  agt gaa ttg gaa gac  ttg act gca      4043
Ser Leu  Phe Ser Ser Gln Cys  Ser Glu Leu Glu Asp  Leu Thr Ala
    1295                1300                1305

aat aca  aac acc cag gat cct  ttc ttg att ggt tct  tcc aaa caa      4088
Asn Thr  Asn Thr Gln Asp Pro  Phe Leu Ile Gly Ser  Ser Lys Gln
    1310                1315                1320

atg agg  cat cag tct gaa agc  cag gga gtt ggt ctg  agt gac aag      4133
Met Arg  His Gln Ser Glu Ser  Gln Gly Val Gly Leu  Ser Asp Lys
    1325                1330                1335

gaa ttg  gtt tca gat gat gaa  gaa aga gga acg ggc  ttg gaa gaa      4178
Glu Leu  Val Ser Asp Asp Glu  Glu Arg Gly Thr Gly  Leu Glu Glu
    1340                1345                1350

aat aat  caa gaa gga caa agc  atg gat tca aac tta  ggt gaa gca      4223
Asn Asn  Gln Glu Glu Gln Ser  Met Asp Ser Asn Leu  Gly Glu Ala
    1355                1360                1365

gca tct  ggg tgt gag agt gaa  aca agc gtc tct gaa  gac tgc tca      4268
Ala Ser  Gly Cys Glu Ser Glu  Thr Ser Val Ser Glu  Asp Cys Ser
    1370                1375                1380

ggg cta  tcc tct cag agt gac  att tta acc act cag  cag agg gat      4313
Gly Leu  Ser Ser Ser Gln Ser Asp  Ile Leu Thr Thr Gln  Gln Arg Asp
    1385                1390                1395

acc atg  caa cat aac ctg ata  aag ctc cag cag gaa  atg gct gaa      4358
Thr Met  Gln His Asn Leu Ile  Lys Leu Gln Gln Glu  Met Ala Glu
    1400                1405                1410

cta gaa  gct gtg tta gaa cag  cat ggg agc cag cct  tct aac agc      4403
Leu Glu  Ala Val Leu Glu Gln  His Gly Ser Gln Pro  Ser Asn Ser
    1415                1420                1425

tac cct  tcc atc ata agt gac  tct tct gcc ctt gag  gac ctg cga      4448
Tyr Pro  Ser Ile Ile Ser Asp  Ser Ser Ala Leu Glu  Asp Leu Arg
    1430                1435                1440

aat cca  gaa caa agc aca tca  gaa aaa gca gta tta  act tca cag      4493
Asn Pro  Glu Gln Ser Thr Ser  Glu Lys Ala Val Leu  Thr Ser Gln
    1445                1450                1455

aaa agt  agt gaa tac cct ata  agc cag aat cca gaa  ggc ctt tct      4538
Lys Ser  Ser Glu Tyr Pro Ile  Ser Gln Asn Pro Glu  Gly Leu Ser
    1460                1465                1470

gct gac  aag ttt gag gtg tct  gca gat agt tct acc  agt aaa aat      4583
Ala Asp  Lys Phe Glu Val Ser  Ala Asp Ser Ser Thr  Ser Lys Asn
    1475                1480                1485
```

A000617

US 6,951,721 B2

141                                                                    142

-continued

```
aaa gaa  cca gga gtg gaa agg  tca tcc cct tct aaa  tgc cca tca       4628
Lys Glu  Pro Gly Val Glu Arg  Ser Ser Pro Ser Lys  Cys Pro Ser
    1490             1495                  1500

tta gat  gat agg tgg tac atg  cac agt tgc tct ggg  agt ctt cag       4673
Leu Asp  Asp Arg Trp Tyr Met  His Ser Cys Ser Gly  Ser Leu Gln
    1505             1510                  1515

aat aga  aac tac cca tct caa  gag gag ctc att aag  gtt gtt gat       4718
Asn Arg  Asn Tyr Pro Ser Gln  Glu Glu Leu Ile Lys  Val Val Asp
    1520             1525                  1530

gtg gag  gag caa cag ctg gaa  gag tct ggg cca cac  gat ttg acg       4763
Val Glu  Glu Gln Gln Leu Glu  Glu Ser Gly Pro His  Asp Leu Thr
    1535             1540                  1545

gaa aca  tct tac ttg cca agg  caa gat cta gag gga  acc cct tac       4808
Glu Thr  Ser Tyr Leu Pro Arg  Gln Asp Leu Glu Gly  Thr Pro Tyr
    1550             1555                  1560

ctg gaa  tct gga atc agc ctc  ttc tct gat gac cct  gaa tct gat       4853
Leu Glu  Ser Gly Ile Ser Leu  Phe Ser Asp Asp Pro  Glu Ser Asp
    1565             1570                  1575

cct tct  gaa gac aga gcc cca  gag tca gct cgt gtt  ggc aac ata       4898
Pro Ser  Glu Asp Arg Ala Pro  Glu Ser Ala Arg Val  Gly Asn Ile
    1580             1585                  1590

cca tct  tca acc tct gca ttg  aaa gtt ccc caa ttg  aaa gtt gca       4943
Pro Ser  Ser Thr Ser Ala Leu  Lys Val Pro Gln Leu  Lys Val Ala
    1595             1600                  1605

gaa tct  gcc cag ggt cca gct  gct gct cat act act  gat act gct       4988
Glu Ser  Ala Gln Gly Pro Ala  Ala Ala His Thr Thr  Asp Thr Ala
    1610             1615                  1620

ggg tat  aat gca atg gaa gaa  agt gtg agc agg gag  aag cca gaa       5033
Gly Tyr  Asn Ala Met Glu Glu  Ser Val Ser Arg Glu  Lys Pro Glu
    1625             1630                  1635

ttg aca  gct tca aca gaa agg  gtc aac aaa aga atg  tcc atg gtg       5078
Leu Thr  Ala Ser Thr Glu Arg  Val Asn Lys Arg Met  Ser Met Val
    1640             1645                  1650

gtg tct  ggc ctg acc cca gaa  gaa ttt atg ctc gtg  tac aag ttt       5123
Val Ser  Gly Leu Thr Pro Glu  Glu Phe Met Leu Val  Tyr Lys Phe
    1655             1660                  1665

gcc aga  aaa cac cac atc act  tta act aat cta att  act gaa gag       5168
Ala Arg  Lys His His Ile Thr  Leu Thr Asn Leu Ile  Thr Glu Glu
    1670             1675                  1680

act act  cat gtt gtt atg aaa  aca gat gct gag ttt  gtg tgt gaa       5213
Thr Thr  His Val Val Met Lys  Thr Asp Ala Glu Phe  Val Cys Glu
    1685             1690                  1695

cgg aca  ctg aaa tat ttt cta  gga att gcg gga gga  aaa tgg gta       5258
Arg Thr  Leu Lys Tyr Phe Leu  Gly Ile Ala Gly Gly  Lys Trp Val
    1700             1705                  1710

gtt agc  tat ttc tgg gtg acc  cag tct att aaa gaa  aga aaa atg       5303
Val Ser  Tyr Phe Trp Val Thr  Gln Ser Ile Lys Glu  Arg Lys Met
    1715             1720                  1725

ctg aat  gag cat gat ttt gaa  gtc aga gga gat gtg  gtc aat gga       5348
Leu Asn  Glu His Asp Phe Glu  Val Arg Gly Asp Val  Val Asn Gly
    1730             1735                  1740

aga aac  cac caa ggt cca aag  cga gca aga gaa tcc  cag gac aga       5393
Arg Asn  His Gln Gly Pro Lys  Arg Ala Arg Glu Ser  Gln Asp Arg
    1745             1750                  1755

aag atc  ttc agg ggg cta gaa  atc tgt tgc tat ggg  ccc ttc acc       5438
Lys Ile  Phe Arg Gly Leu Glu  Ile Cys Cys Tyr Gly  Pro Phe Thr
    1760             1765                  1770

aac atg  ccc aca gat caa ctg  gaa tgg atg gta cag  ctg tgt ggt       5483
Asn Met  Pro Thr Asp Gln Leu  Glu Trp Met Val Gln  Leu Cys Gly
```

**A000618**

US 6,951,721 B2

**143**

**144**

-continued

```
      1775              1780              1785

gct tct  gtg gtg aag gag ctt  tca tca ttc acc ctt  ggc aca ggt       5528
Ala Ser  Val Val Lys Glu Leu  Ser Ser Phe Thr Leu  Gly Thr Gly
    1790              1795              1800

gtc cac  cca att gtg gtt gtg  cag cca gat gcc tgg  aca ggg gac       5573
Val His  Pro Ile Val Val Val  Gln Pro Asp Ala Trp  Thr Glu Asp
    1805              1810              1815

aat ggc  ttc cat gca att ggg  cag atg tgt gag gca  cct gtg gtg       5618
Asn Gly  Phe His Ala Ile Gly  Gln Met Cys Glu Ala  Pro Val Val
    1820              1825              1830

acc cga  gag tgg gtg ttg gac  agt gta gca ctc tac  cag tgc cag       5663
Thr Arg  Glu Trp Val Leu Asp  Ser Val Ala Leu Tyr  Gln Cys Gln
    1835              1840              1845

gag ctg  gac acc tac ctg ata  ccc cag atc ccc cac  agc cac tac       5708
Glu Leu  Asp Thr Tyr Leu Ile  Pro Gln Ile Pro His  Ser His Tyr
    1850              1855              1860

tga                                                                  5711


<210> SEQ ID NO 266
<211> LENGTH: 1863
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 266

Met Asp Leu Ser Ala Leu Arg Val Glu Glu Val Gln Asn Val Ile Asn
1               5                  10                  15

Ala Met Gln Lys Ile Leu Glu Cys Pro Ile Cys Leu Glu Leu Ile Lys
            20                  25                  30

Glu Pro Val Ser Thr Lys Cys Asp His Ile Phe Cys Lys Phe Cys Met
        35                  40                  45

Leu Lys Leu Leu Asn Gln Lys Lys Gly Pro Ser Gln Cys Pro Leu Cys
    50                  55                  60

Lys Asn Asp Ile Thr Lys Arg Ser Leu Gln Gly Ser Thr Arg Phe Ser
65                  70                  75                  80

Gln Leu Val Glu Glu Leu Leu Lys Ile Ile Cys Ala Phe Gln Leu Asp
                85                  90                  95

Thr Gly Leu Glu Tyr Ala Asn Ser Tyr Asn Phe Ala Lys Lys Glu Asn
            100                 105                 110

Asn Ser Pro Glu His Leu Lys Asp Glu Val Ser Ile Ile Gln Ser Met
        115                 120                 125

Gly Tyr Arg Asn Arg Ala Lys Arg Leu Leu Gln Ser Glu Pro Glu Asn
    130                 135                 140

Pro Ser Leu Gln Glu Thr Ser Leu Ser Val Gln Leu Ser Asn Leu Gly
145                 150                 155                 160

Thr Val Arg Thr Leu Arg Thr Lys Gln Arg Ile Gln Pro Gln Lys Thr
                165                 170                 175

Ser Val Tyr Ile Glu Leu Gly Ser Asp Ser Ser Glu Asp Thr Val Asn
            180                 185                 190

Lys Ala Thr Tyr Cys Ser Val Gly Asp Gln Glu Leu Leu Gln Ile Thr
        195                 200                 205

Pro Gln Gly Thr Arg Asp Glu Ile Ser Leu Asp Ser Ala Lys Lys Ala
    210                 215                 220

Ala Cys Glu Phe Ser Glu Thr Asp Val Thr Asn Thr Glu His His Gln
225                 230                 235                 240

Pro Ser Asn Asn Asp Leu Asn Thr Thr Glu Lys Arg Ala Ala Glu Arg
                245                 250                 255
```

A000619

US 6,951,721 B2

145

146

-continued

```
His Pro Glu Lys Tyr Gln Gly Ser Ser Val Ser Asn Leu His Val Glu
            260                 265                 270

Pro Cys Gly Thr Asn Thr His Ala Ser Ser Leu Gln His Glu Asn Ser
        275                 280                 285

Ser Leu Leu Leu Thr Lys Asp Arg Met Asn Val Glu Lys Ala Glu Phe
    290                 295                 300

Cys Asn Lys Ser Lys Gln Pro Gly Leu Ala Arg Ser Gln Ile Asn Arg
305                 310                 315                 320

Trp Ala Gly Ser Lys Glu Thr Cys Asn Asp Arg Arg Thr Pro Ser Thr
                325                 330                 335

Glu Lys Lys Val Asp Leu Asn Ala Asp Pro Leu Cys Glu Arg Lys Glu
            340                 345                 350

Trp Asn Lys Gln Lys Leu Pro Cys Ser Glu Asn Pro Arg Asp Thr Glu
        355                 360                 365

Asp Val Pro Trp Ile Thr Leu Asn Ser Ser Ile Gln Lys Val Asn Glu
    370                 375                 380

Trp Phe Ser Arg Ser Asp Glu Leu Leu Gly Ser Asp Asp Ser His Asp
385                 390                 395                 400

Gly Glu Ser Glu Ser Asn Ala Lys Val Ala Asp Val Leu Asp Val Leu
                405                 410                 415

Asn Glu Val Asp Glu Tyr Ser Gly Ser Ser Glu Lys Ile Asp Leu Leu
            420                 425                 430

Ala Ser Asp Pro His Glu Ala Leu Ile Cys Lys Ser Glu Arg Val His
        435                 440                 445

Ser Lys Ser Val Glu Ser Asn Ile Glu Asp Lys Ile Phe Gly Lys Thr
    450                 455                 460

Tyr Arg Lys Lys Ala Ser Leu Pro Asn Leu Ser His Val Thr Glu Asn
465                 470                 475                 480

Leu Ile Ile Gly Ala Phe Val Thr Glu Pro Gln Ile Ile Gln Glu Arg
                485                 490                 495

Pro Leu Thr Asn Lys Leu Lys Arg Lys Arg Arg Pro Thr Ser Gly Leu
            500                 505                 510

His Pro Glu Asp Phe Ile Lys Lys Ala Asp Leu Ala Val Gln Lys Thr
        515                 520                 525

Pro Glu Met Ile Asn Gln Gly Thr Asn Gln Thr Glu Gln Asn Gly Gln
    530                 535                 540

Val Met Asn Ile Thr Asn Ser Gly His Glu Asn Lys Thr Lys Gly Asp
545                 550                 555                 560

Ser Ile Gln Asn Glu Lys Asn Pro Asn Pro Ile Glu Ser Leu Glu Lys
                565                 570                 575

Glu Ser Ala Phe Lys Thr Lys Ala Glu Pro Ile Ser Ser Ser Ile Ser
            580                 585                 590

Asn Met Glu Leu Glu Leu Asn Ile His Asn Ser Lys Ala Pro Lys Lys
    595                 600                 605

Asn Arg Leu Arg Arg Lys Ser Ser Thr Arg His Ile His Ala Leu Glu
    610                 615                 620

Leu Val Val Ser Arg Asn Leu Ser Pro Pro Asn Cys Thr Glu Leu Gln
625                 630                 635                 640

Ile Asp Ser Cys Ser Ser Ser Glu Glu Ile Lys Lys Lys Lys Tyr Asn
                645                 650                 655

Gln Met Pro Val Arg His Ser Arg Asn Leu Gln Leu Met Glu Gly Lys
            660                 665                 670
```

A000620

US 6,951,721 B2

**147**                                                                                            **148**

-continued

```
Glu Pro Ala Thr Gly Ala Lys Lys Ser Asn Lys Pro Asn Glu Gln Thr
        675                 680                 685

Ser Lys Arg His Asp Ser Asp Thr Phe Pro Glu Leu Lys Leu Thr Asn
    690                 695                 700

Ala Pro Gly Ser Phe Thr Lys Cys Ser Asn Thr Ser Glu Leu Lys Glu
705                 710                 715                 720

Phe Val Asn Pro Ser Leu Pro Arg Glu Glu Lys Glu Glu Lys Leu Glu
                725                 730                 735

Thr Val Lys Val Ser Asn Asn Ala Glu Asp Pro Lys Asp Leu Met Leu
            740                 745                 750

Ser Gly Glu Arg Val Leu Gln Thr Glu Arg Ser Val Glu Ser Ser Ser
        755                 760                 765

Ile Ser Leu Val Pro Gly Thr Asp Tyr Gly Thr Gln Glu Ser Ile Ser
770                 775                 780

Leu Leu Glu Val Ser Thr Leu Gly Lys Ala Lys Thr Glu Pro Asn Lys
785                 790                 795                 800

Cys Val Ser Gln Cys Ala Ala Phe Glu Asn Pro Lys Gly Leu Ile His
                805                 810                 815

Gly Cys Ser Lys Asp Asn Arg Asn Asp Thr Glu Gly Phe Lys Tyr Pro
            820                 825                 830

Leu Gly His Glu Val Asn His Ser Arg Glu Thr Ser Ile Glu Met Glu
        835                 840                 845

Glu Ser Glu Leu Asp Ala Gln Tyr Leu Gln Asn Thr Phe Lys Val Ser
850                 855                 860

Lys Arg Gln Ser Phe Ala Leu Phe Ser Asn Pro Gly Asn Ala Glu Glu
865                 870                 875                 880

Glu Cys Ala Thr Phe Ser Ala His Ser Gly Ser Leu Lys Lys Gln Ser
                885                 890                 895

Pro Lys Val Thr Phe Glu Cys Glu Gln Lys Glu Glu Asn Gln Gly Lys
            900                 905                 910

Asn Glu Ser Asn Ile Lys Pro Val Gln Thr Val Asn Ile Thr Ala Gly
        915                 920                 925

Phe Pro Val Val Gly Gln Lys Asp Lys Pro Val Asp Asn Ala Lys Cys
    930                 935                 940

Ser Ile Lys Gly Gly Ser Arg Phe Cys Leu Ser Ser Gln Phe Arg Gly
945                 950                 955                 960

Asn Glu Thr Gly Leu Ile Thr Pro Asn Lys His Gly Leu Leu Gln Asn
                965                 970                 975

Pro Tyr Arg Ile Pro Pro Leu Phe Pro Ile Lys Ser Phe Val Lys Thr
            980                 985                 990

Lys Cys Lys Lys Asn Leu Leu Glu  Glu Asn Phe Glu Glu  His Ser Met
        995                 1000                 1005

Ser Pro  Glu Arg Glu Met Gly  Asn Glu Asn Ile Pro  Ser Thr Val
    1010                 1015                 1020

Ser Thr  Ile Ser Arg Asn Asn  Ile Arg Glu Asn Val  Phe Lys Gly
    1025                 1030                 1035

Ala Ser  Ser Ser Asn Ile Asn  Glu Val Gly Ser Ser  Thr Asn Glu
    1040                 1045                 1050

Val Gly  Ser Ser Ile Asn Glu  Ile Gly Ser Ser Asp  Glu Asn Ile
    1055                 1060                 1065

Gln Ala  Glu Leu Gly Arg Asn  Arg Gly Pro Lys Leu  Asn Ala Met
    1070                 1075                 1080

Leu Arg  Leu Gly Val Leu Gln  Pro Glu Val Tyr Lys  Gln Ser Leu
```

US 6,951,721 B2

149                                                                 150

-continued

```
     1085                1090                1095

Pro Gly  Ser Asn Cys Lys His  Pro Glu Ile Lys Lys  Gln Glu Tyr
     1100                1105                1110

Glu Glu  Val Val Gln Thr Val  Asn Thr Asp Phe Ser  Pro Tyr Leu
     1115                1120                1125

Ile Ser  Asp Asn Leu Glu Gln  Pro Met Gly Ser Ser  His Ala Ser
     1130                1135                1140

Gln Val  Cys Ser Glu Thr Pro  Asp Asp Leu Leu Asp  Asp Gly Glu
     1145                1150                1155

Ile Lys  Glu Asp Thr Ser Phe  Ala Glu Asn Asp Ile  Lys Glu Ser
     1160                1165                1170

Ser Ala  Val Phe Ser Lys Ser  Val Gln Arg Gly Glu  Leu Ser Arg
     1175                1180                1185

Ser Pro  Ser Pro Phe Thr His  Thr His Leu Ala Gln  Gly Tyr Arg
     1190                1195                1200

Arg Gly  Ala Lys Lys Leu Glu  Ser Ser Glu Glu Asn  Leu Ser Ser
     1205                1210                1215

Glu Asp  Glu Glu Leu Pro Cys  Phe Gln His Leu Leu  Phe Gly Lys
     1220                1225                1230

Val Asn  Asn Ile Pro Ser Gln  Ser Thr Arg His Ser  Thr Val Ala
     1235                1240                1245

Thr Glu  Cys Leu Ser Lys Asn  Thr Glu Glu Asn Leu  Leu Ser Leu
     1250                1255                1260

Lys Asn  Ser Leu Asn Asp Cys  Ser Asn Gln Val Ile  Leu Ala Lys
     1265                1270                1275

Ala Ser  Gln Glu His His Leu  Ser Glu Glu Thr Lys  Cys Ser Ala
     1280                1285                1290

Ser Leu  Phe Ser Ser Gln Cys  Ser Glu Leu Glu Asp  Leu Thr Ala
     1295                1300                1305

Asn Thr  Asn Thr Gln Asp Pro  Phe Leu Ile Gly Ser  Ser Lys Gln
     1310                1315                1320

Met Arg  His Gln Ser Glu Ser  Gln Gly Val Gly Leu  Ser Asp Lys
     1325                1330                1335

Glu Leu  Val Ser Asp Asp Glu  Glu Arg Gly Thr Gly  Leu Glu Glu
     1340                1345                1350

Asn Asn  Gln Glu Gln Glu Ser  Met Asp Ser Asn Leu  Gly Glu Ala
     1355                1360                1365

Ala Ser  Gly Cys Glu Ser Glu  Thr Ser Val Ser Glu  Asp Cys Ser
     1370                1375                1380

Gly Leu  Ser Ser Gln Ser Asp  Ile Leu Thr Thr Gln  Gln Arg Asp
     1385                1390                1395

Thr Met  Gln His Asn Leu Ile  Lys Leu Gln Gln Glu  Met Ala Glu
     1400                1405                1410

Leu Glu  Ala Val Leu Glu Gln  His Gly Ser Gln Pro  Ser Asn Ser
     1415                1420                1425

Tyr Pro  Ser Ile Ile Ser Asp  Ser Ser Ala Leu Glu  Asp Leu Arg
     1430                1435                1440

Asn Pro  Glu Gln Ser Thr Ser  Glu Lys Ala Val Leu  Thr Ser Gln
     1445                1450                1455

Lys Ser  Ser Glu Tyr Pro Ile  Ser Gln Asn Pro Glu  Gly Leu Ser
     1460                1465                1470

Ala Asp  Lys Phe Glu Val Ser  Ala Asp Ser Ser Thr  Ser Lys Asn
     1475                1480                1485
```

US 6,951,721 B2

151                                                            152

-continued

```
Lys Glu  Pro Gly Val Glu Arg  Ser Ser Pro Ser Lys  Cys Pro Ser
    1490                 1495                 1500

Leu Asp  Asp Arg Trp Tyr Met  His Ser Cys Ser Gly  Ser Leu Gln
    1505                 1510                 1515

Asn Arg  Asn Tyr Pro Ser Gln  Glu Glu Leu Ile Lys  Val Val Asp
    1520                 1525                 1530

Val Glu  Glu Gln Gln Leu Glu  Glu Ser Gly Pro His  Asp Leu Thr
    1535                 1540                 1545

Glu Thr  Ser Tyr Leu Pro Arg  Gln Asp Leu Glu Gly  Thr Pro Tyr
    1550                 1555                 1560

Leu Glu  Ser Gly Ile Ser Leu  Phe Ser Asp Asp Pro  Glu Ser Asp
    1565                 1570                 1575

Pro Ser  Glu Asp Arg Ala Pro  Glu Ser Ala Arg Val  Gly Asn Ile
    1580                 1585                 1590

Pro Ser  Ser Thr Ser Ala Leu  Lys Val Pro Gln Leu  Lys Val Ala
    1595                 1600                 1605

Glu Ser  Ala Gln Gly Pro Ala  Ala Ala His Thr Thr  Asp Thr Ala
    1610                 1615                 1620

Gly Tyr  Asn Ala Met Glu Glu  Ser Val Ser Arg Glu  Lys Pro Glu
    1625                 1630                 1635

Leu Thr  Ala Ser Thr Glu Arg  Val Asn Lys Arg Met  Ser Met Val
    1640                 1645                 1650

Val Ser  Gly Leu Thr Pro Glu  Glu Phe Met Leu Val  Tyr Lys Phe
    1655                 1660                 1665

Ala Arg  Lys His His Ile Thr  Leu Thr Asn Leu Ile  Thr Glu Glu
    1670                 1675                 1680

Thr Thr  His Val Val Met Lys  Thr Asp Ala Glu Phe  Val Cys Glu
    1685                 1690                 1695

Arg Thr  Leu Lys Tyr Phe Leu  Gly Ile Ala Gly Gly  Lys Trp Val
    1700                 1705                 1710

Val Ser  Tyr Phe Trp Val Thr  Gln Ser Ile Lys Glu  Arg Lys Met
    1715                 1720                 1725

Leu Asn  Glu His Asp Phe Glu  Val Arg Gly Asp Val  Val Asn Gly
    1730                 1735                 1740

Arg Asn  His Gln Gly Pro Lys  Arg Ala Arg Glu Ser  Gln Asp Arg
    1745                 1750                 1755

Lys Ile  Phe Arg Gly Leu Glu  Ile Cys Cys Tyr Gly  Pro Phe Thr
    1760                 1765                 1770

Asn Met  Pro Thr Asp Gln Leu  Glu Trp Met Val Gln  Leu Cys Gly
    1775                 1780                 1785

Ala Ser  Val Val Lys Glu Leu  Ser Ser Phe Thr Leu  Gly Thr Gly
    1790                 1795                 1800

Val His  Pro Ile Val Val Val  Gln Pro Asp Ala Trp  Thr Glu Asp
    1805                 1810                 1815

Asn Gly  Phe His Ala Ile Gly  Gln Met Cys Glu Ala  Pro Val Val
    1820                 1825                 1830

Thr Arg  Glu Trp Val Leu Asp  Ser Val Ala Leu Tyr  Gln Cys Gln
    1835                 1840                 1845

Glu Leu  Asp Thr Tyr Leu Ile  Pro Gln Ile Pro His  Ser His Tyr
    1850                 1855                 1860
```

<210> SEQ ID NO 267
<211> LENGTH: 5711

A000623

US 6,951,721 B2

153

154

-continued

<212> TYPE: DNA
<213> ORGANISM: Homo sapiens
<220> FEATURE:
<221> NAME/KEY: CDS
<222> LOCATION: (120)..(5711)
<223> OTHER INFORMATION: omi3 sequences

<400> SEQUENCE: 267

```
agctcgctga gacttcctgg accccgcacc aggctgtggg gtttctcaga taactgggcc        60

cctgcgctca ggaggccttc accctctgct ctgggtaaag ttcattggaa cagaaagaa        119

atg gat tta tct gct ctt cgc gtt gaa gaa gta caa aat gtc att aat        167
Met Asp Leu Ser Ala Leu Arg Val Glu Glu Val Gln Asn Val Ile Asn
1               5                   10                  15

gct atg cag aaa atc tta gag tgt ccc atc tgt ctg gag ttg atc aag        215
Ala Met Gln Lys Ile Leu Glu Cys Pro Ile Cys Leu Glu Leu Ile Lys
                20                  25                  30

gaa cct gtc tcc aca aag tgt gac cac ata ttt tgc aaa ttt tgc atg        263
Glu Pro Val Ser Thr Lys Cys Asp His Ile Phe Cys Lys Phe Cys Met
        35                  40                  45

ctg aaa ctt ctc aac cag aaa aaa ggg cct tca cag tgt cct tta tgt        311
Leu Lys Leu Leu Asn Gln Lys Lys Gly Pro Ser Gln Cys Pro Leu Cys
    50                  55                  60

aag aat gat ata acc aaa agg agc cta caa gaa agt acg aga ttt agt        359
Lys Asn Asp Ile Thr Lys Arg Ser Leu Gln Glu Ser Thr Arg Phe Ser
65                  70                  75                  80

caa ctt gtt gaa gag cta ttg aaa atc att tgt gct ttt cag ctt gac        407
Gln Leu Val Glu Glu Leu Leu Lys Ile Ile Cys Ala Phe Gln Leu Asp
                85                  90                  95

aca ggt ttg gag tat gca aac agc tat aat ttt gca aaa aag gaa aat        455
Thr Gly Leu Glu Tyr Ala Asn Ser Tyr Asn Phe Ala Lys Lys Glu Asn
                100                 105                 110

aac tct cct gaa cta cta aaa gat gaa gtt tct atc atc caa agt atg        503
Asn Ser Pro Glu His Leu Lys Asp Glu Val Ser Ile Ile Gln Ser Met
        115                 120                 125

ggc tac aga aac cgt gcc aaa aga ctt cta cag agt gaa ccc gaa aat        551
Gly Tyr Arg Asn Arg Ala Lys Arg Leu Leu Gln Ser Glu Pro Glu Asn
    130                 135                 140

cct tcc ttg cag gaa acc agt ctc agt gtc caa ctc tct aac ctt gga        599
Pro Ser Leu Gln Glu Thr Ser Leu Ser Val Gln Leu Ser Asn Leu Gly
145                 150                 155                 160

act gtg aga act ctg agg aca aag cag cgg ata caa cct caa aag acg        647
Thr Val Arg Thr Leu Arg Thr Lys Gln Arg Ile Gln Pro Gln Lys Thr
                165                 170                 175

tct gtc tac att gaa ttg gga tct gat tct tct gaa gat acc gtt aat        695
Ser Val Tyr Ile Glu Leu Gly Ser Asp Ser Ser Glu Asp Thr Val Asn
                180                 185                 190

aag gca act tat tgc agt gtg gga gat caa gaa ttg tta caa atc acc        743
Lys Ala Thr Tyr Cys Ser Val Gly Asp Gln Glu Leu Leu Gln Ile Thr
        195                 200                 205

cct caa gga acc agg gat gaa atc agt ttg gat tct gca aaa aag gct        791
Pro Gln Gly Thr Arg Asp Glu Ile Ser Leu Asp Ser Ala Lys Lys Ala
    210                 215                 220

gct tgt gaa ttt tct gag acg gat gta aca aat act gaa cat cat caa        839
Ala Cys Glu Phe Ser Glu Thr Asp Val Thr Asn Thr Glu His His Gln
225                 230                 235                 240

ccc agt aat aat gat ttg aac acc act gag aag cgt gca gct gag agg        887
Pro Ser Asn Asn Asp Leu Asn Thr Thr Glu Lys Arg Ala Ala Glu Arg
                245                 250                 255

cat cca gaa aag tat cag ggt agt tct gtt tca aac ttg cat gtg gag        935
His Pro Glu Lys Tyr Gln Gly Ser Ser Val Ser Asn Leu His Val Glu
```

US 6,951,721 B2

155                                                                                          156

-continued

```
             260              265              270
cca tgt ggc aca aat act cat gcc agc tca tta cag cat gag aac agc      983
Pro Cys Gly Thr Asn Thr His Ala Ser Ser Leu Gln His Glu Asn Ser
        275              280              285

agt tta tta ctc act aaa gac aga atg aat gta gaa aag gct gaa ttc     1031
Ser Leu Leu Leu Thr Lys Asp Arg Met Asn Val Glu Lys Ala Glu Phe
    290              295              300

tgt aat aaa agc aaa cag cct ggc tta gca agg agc caa cat aac aga     1079
Cys Asn Lys Ser Lys Gln Pro Gly Leu Ala Arg Ser Gln His Asn Arg
305              310              315              320

tgg gct gga agt aag gaa aca tgt aat gat agg cgg act ccc agc aca     1127
Trp Ala Gly Ser Lys Glu Thr Cys Asn Asp Arg Arg Thr Pro Ser Thr
            325              330              335

gaa aaa aag gta gat ctg aat gct gat ccc ctg tgt gag aga aaa gaa     1175
Glu Lys Lys Val Asp Leu Asn Ala Asp Pro Leu Cys Glu Arg Lys Glu
        340              345              350

tgg aat aag cag aaa ctg cca tgc tca gag aat cct aga gat act gaa     1223
Trp Asn Lys Gln Lys Leu Pro Cys Ser Glu Asn Pro Arg Asp Thr Glu
        355              360              365

gat gtt cct tgg ata aca cta aat agc agc att cag aaa gtt aat gag     1271
Asp Val Pro Trp Ile Thr Leu Asn Ser Ser Ile Gln Lys Val Asn Glu
    370              375              380

tgg ttt tcc aga agt gat gaa ctg tta ggt tct gat gac tca cat gat     1319
Trp Phe Ser Arg Ser Asp Glu Leu Leu Gly Ser Asp Asp Ser His Asp
385              390              395              400

ggg gag tct gaa tca aat gcc aaa gta gct gat gta ttg gac gtt cta     1367
Gly Glu Ser Glu Ser Asn Ala Lys Val Ala Asp Val Leu Asp Val Leu
            405              410              415

aat gag gta gat gaa tat tct ggt tct tca gag aaa ata gac tta ctg     1415
Asn Glu Val Asp Glu Tyr Ser Gly Ser Ser Glu Lys Ile Asp Leu Leu
            420              425              430

gcc agt gat cct cat gag gct tta ata tgt aaa agt gaa aga gtt cac     1463
Ala Ser Asp Pro His Glu Ala Leu Ile Cys Lys Ser Glu Arg Val His
        435              440              445

tcc aaa tca gta gca agt aat att gaa gac aaa ata ttt ggg aaa acc     1511
Ser Lys Ser Val Glu Ser Asn Ile Glu Asp Lys Ile Phe Gly Lys Thr
    450              455              460

tat cgg aag aag gca agc ctc ccc aac tta agc cat gta act gaa aat     1559
Tyr Arg Lys Lys Ala Ser Leu Pro Asn Leu Ser His Val Thr Glu Asn
465              470              475              480

cta att ata gga gca ttt gtt act gag cca caa ata caa gag cgt        1607
Leu Ile Ile Gly Ala Phe Val Thr Glu Pro Gln Ile Ile Gln Gln Arg
            485              490              495

ccc ctc aca aat aaa tta aag cgt aaa agg aga cct aca tca ggc ctt     1655
Pro Leu Thr Asn Lys Leu Lys Arg Lys Arg Arg Pro Thr Ser Gly Leu
        500              505              510

cat cct gag gat ttt atc aag aaa gca gat ttg gca gtt caa aag act     1703
His Pro Glu Asp Phe Ile Lys Lys Ala Asp Leu Ala Val Gln Lys Thr
        515              520              525

cct gaa atg ata aat cag gga act aac caa acg gag cag aat ggt caa     1751
Pro Glu Met Ile Asn Gln Gly Thr Asn Gln Thr Glu Gln Asn Gly Gln
    530              535              540

gtg atg aat att act aat agt ggt cat gag aat aaa aca aaa ggt gat     1799
Val Met Asn Ile Thr Asn Ser Gly His Glu Asn Lys Thr Lys Gly Asp
545              550              555              560

tct att cag aat gag aaa aat cct aac cca ata gaa tca ctc gaa aaa     1847
Ser Ile Gln Asn Glu Lys Asn Pro Asn Pro Ile Glu Ser Leu Glu Lys
            565              570              575

gaa tct gct ttc aaa acg aaa gct gaa cct ata agc agc agt ata agc     1895
```

A000625

US 6,951,721 B2

157 158

-continued

```
Glu Ser Ala Phe Lys Thr Lys Ala Glu Pro Ile Ser Ser Ser Ile Ser
        580                 585                 590

aat atg gaa ctc gaa tta aat atc cac aat tca aaa gca cct aaa aag    1943
Asn Met Glu Leu Glu Leu Asn Ile His Asn Ser Lys Ala Pro Lys Lys
        595                 600                 605

aat agg ctg agg agg aag tct tct acc agg cat att cat gcg ctt gaa    1991
Asn Arg Leu Arg Arg Lys Ser Ser Thr Arg His Ile His Ala Leu Glu
    610                 615                 620

cta gta gtc agt aga aat cta agc cca cct aat tgt act gaa ttg caa    2039
Leu Val Val Ser Arg Asn Leu Ser Pro Pro Asn Cys Thr Glu Leu Gln
625                 630                 635                 640

att gat agt tgt tct agc agt gaa gag ata aag aaa aaa aag tac aac    2087
Ile Asp Ser Cys Ser Ser Ser Glu Glu Ile Lys Lys Lys Lys Tyr Asn
                645                 650                 655

caa atg cca gtc agg cac agc aga aac cta caa ctc atg gaa ggt aaa    2135
Gln Met Pro Val Arg His Ser Arg Asn Leu Gln Leu Met Glu Gly Lys
            660                 665                 670

gaa cct gca act gga gcc aag aag agt aac aag cca aat gaa cag aca    2183
Glu Pro Ala Thr Gly Ala Lys Lys Ser Asn Lys Pro Asn Glu Gln Thr
        675                 680                 685

agt aaa aga cat gac agc gat act ttc cca gag ctg aag tta aca aat    2231
Ser Lys Arg His Asp Ser Asp Thr Phe Pro Glu Leu Lys Leu Thr Asn
    690                 695                 700

gca cct ggt tct ttt act aag tgt tca aat acc agt gaa ctt aaa gaa    2279
Ala Pro Gly Ser Phe Thr Lys Cys Ser Asn Thr Ser Glu Leu Lys Glu
705                 710                 715                 720

ttt gtc aat cct agc ctt cca aga gaa gaa aaa gaa gag aaa cta gaa    2327
Phe Val Asn Pro Ser Leu Pro Arg Glu Glu Lys Glu Glu Lys Leu Glu
                725                 730                 735

aca gtt aaa gtg tct aat aat gct gaa gac ccc aaa gat ctc atg tta    2375
Thr Val Lys Val Ser Asn Asn Ala Glu Asp Pro Lys Asp Leu Met Leu
            740                 745                 750

agt gga gaa agg gtt ttg caa act gaa aga tct gta gag agt agc agt    2423
Ser Gly Glu Arg Val Leu Gln Thr Glu Arg Ser Val Glu Ser Ser Ser
        755                 760                 765

att tca ttg gta cct ggt act gat tat ggc act cag gaa agt atc tcg    2471
Ile Ser Leu Val Pro Gly Thr Asp Tyr Gly Thr Gln Glu Ser Ile Ser
    770                 775                 780

tta ctg gaa gtt agc act cta ggg aag gca aaa aca gaa cca aat aaa    2519
Leu Leu Glu Val Ser Thr Leu Gly Lys Ala Lys Thr Glu Pro Asn Lys
785                 790                 795                 800

tgt gtg agt cag tgt gca gca ttt gaa aac ccc aag gga cta att cat    2567
Cys Val Ser Gln Cys Ala Ala Phe Glu Asn Pro Lys Gly Leu Ile His
                805                 810                 815

ggt tgt tcc aaa gat aat aga aat gac aca gga ggc ttt aag tat cca    2615
Gly Cys Ser Lys Asp Asn Arg Asn Asp Thr Glu Gly Phe Lys Tyr Pro
            820                 825                 830

ttg gga cat gaa gtt aac cac agt cgg gaa aca agc ata gaa atg gaa    2663
Leu Gly His Glu Val Asn His Ser Arg Glu Thr Ser Ile Glu Met Glu
        835                 840                 845

gaa agt gaa ctt gat gct cag tat ttg cag aat aca ttc aag gtt tca    2711
Glu Ser Glu Leu Asp Ala Gln Tyr Leu Gln Asn Thr Phe Lys Val Ser
    850                 855                 860

aag cgc cag tca tca gtt gct ctg ttt tca aat cca gga aat gca gaa gag    2759
Lys Arg Gln Ser Phe Ala Leu Phe Ser Asn Pro Gly Asn Ala Glu Glu
865                 870                 875                 880

gaa tgt gca aca ttc tct gcc cac tct ggg tcc tta aag aaa caa agt    2807
Glu Cys Ala Thr Phe Ser Ala His Ser Gly Ser Leu Lys Lys Gln Ser
                885                 890                 895
```

A000626

Case: 14-1361 CaSE-PARTICIPANTS-ONLY Document: 23 Page: 602 Filed: 04/18/2014

```
                                                        -continued

cca aaa gtc act ttt gaa tgt gaa caa aag gaa gaa aat caa gga aag      2855
Pro Lys Val Thr Phe Glu Cys Glu Gln Lys Glu Glu Asn Gln Gly Lys
           900                 905                 910

aat gag tct aat atc aag cct gta cag aca gtt aat atc act gca ggc      2903
Asn Glu Ser Asn Ile Lys Pro Val Gln Thr Val Asn Ile Thr Ala Gly
       915                 920                 925

ttt cct gtg gtt ggt cag aaa gat aag cca gtt gat aat gcc aaa tgt      2951
Phe Pro Val Val Gly Gln Lys Asp Lys Pro Val Asp Asn Ala Lys Cys
   930                 935                 940

agt atc aaa gga ggc tct agg ttt tgt cta tca tct cag tta aga ggc      2999
Ser Ile Lys Gly Gly Ser Arg Phe Cys Leu Ser Ser Gln Phe Arg Gly
945                 950                 955                 960

aac gaa act gga ctc att act cca aat aaa cat gga ctt tta caa aac      3047
Asn Glu Thr Gly Leu Ile Thr Pro Asn Lys His Gly Leu Leu Gln Asn
               965                 970                 975

cca tat cgt ata cca cca ctt ttt ccc atc aag tca ttt gtt aaa act      3095
Pro Tyr Arg Ile Pro Pro Leu Phe Pro Ile Lys Ser Phe Val Lys Thr
           980                 985                 990

aaa tgt aag aaa act ctg cta gag  gaa aac ttt gag gaa  cat tca atg    3143
Lys Cys Lys Lys Asn Leu Leu Glu  Glu Asn Phe Glu Glu  His Ser Met
       995                 1000                 1005

tca cct  gaa aga gaa atg gga  aat gag aac att cca  agt aca gtg       3188
Ser Pro  Glu Arg Glu Met Gly  Asn Glu Asn Ile Pro  Ser Thr Val
   1010                 1015                 1020

agc aca  att agc cgt aat aac  att aga gaa aat gtt  ttt aaa gaa       3233
Ser Thr  Ile Ser Arg Asn Asn  Ile Arg Glu Asn Val  Phe Lys Glu
   1025                 1030                 1035

gcc agc  tca agc aat att aat  gaa gta ggt tcc agt  act aat gaa       3278
Ala Ser  Ser Ser Asn Ile Asn  Glu Val Gly Ser Ser  Thr Asn Glu
   1040                 1045                 1050

gtg ggc  tcc agt att aat gaa  ata ggt tcc agt gat  gaa aac att       3323
Val Gly  Ser Ser Ile Asn Glu  Ile Gly Ser Ser Asp  Glu Asn Ile
   1055                 1060                 1065

caa gca  gaa cta ggt aga aac  aga ggg cca aaa ttg  aat gct atg       3368
Gln Ala  Glu Leu Gly Arg Asn  Arg Gly Pro Lys Leu  Asn Ala Met
   1070                 1075                 1080

ctt aga  tta ggg gtt ttg caa  cct gag gtc tat aaa  caa agt ctt       3413
Leu Arg  Leu Gly Val Leu Gln  Pro Glu Val Tyr Lys  Gln Ser Leu
   1085                 1090                 1095

cct gga  agt aat tgt aag cat  cct gaa ata aaa aag  caa gaa tat       3458
Pro Gly  Ser Asn Cys Lys His  Pro Glu Ile Lys Lys  Gln Glu Tyr
   1100                 1105                 1110

gaa gaa  gta gtt cag act gtt  aat aca gat ttc tct  cca tat ctg       3503
Glu Glu  Val Val Gln Thr Val  Asn Thr Asp Phe Ser  Pro Tyr Leu
   1115                 1120                 1125

att tca  gat aac tta gaa cag  cct atg gga agt agt  cat gca tct       3548
Ile Ser  Asp Asn Leu Glu Gln  Pro Met Gly Ser Ser  His Ala Ser
   1130                 1135                 1140

cag gtt  tgt tct gag aca cct  gat gac ctg tta gat  gat ggt gaa       3593
Gln Val  Cys Ser Glu Thr Pro  Asp Asp Leu Leu Asp  Asp Gly Glu
   1145                 1150                 1155

ata aag  gaa gat act agt ttt  gct gaa aat gac att  aag gaa agt       3638
Ile Lys  Glu Asp Thr Ser Phe  Ala Glu Asn Asp Ile  Lys Glu Ser
   1160                 1165                 1170

tct gct  gtt ttt agc aaa agc  gtc cag aaa gga gag  ctt agc agg       3683
Ser Ala  Val Phe Ser Lys Ser  Val Gln Lys Gly Glu  Leu Ser Arg
   1175                 1180                 1185

agt cct  agc cct ttc acc cat  aca cat ttg gct cag  ggt tac cga       3728
Ser Pro  Ser Pro Phe Thr His  Thr His Leu Ala Gln  Gly Tyr Arg
   1190                 1195                 1200
```

A000627

US 6,951,721 B2

161 162

-continued

```
aga ggg  gcc aag aaa tta gag  tcc tca gaa gag aac  tta tct agt      3773
Arg Gly  Ala Lys Lys Leu Glu  Ser Ser Glu Glu Asn  Leu Ser Ser
    1205                1210                 1215

gag gat  gaa gag ctt ccc tgc  ttc caa cac ttg tta  ttt ggt aaa      3818
Glu Asp  Glu Glu Leu Pro Cys  Phe Gln His Leu Leu  Phe Gly Lys
    1220                1225                 1230

gta aac  aat ata cct tct cag  tct act agg cat agc  acc gtt gct      3863
Val Asn  Asn Ile Pro Ser Gln  Ser Thr Arg His Ser  Thr Val Ala
    1235                1240                 1245

acc gag  tgt ctg tct aag aac  aca gag gga aat tta  tta tca ttg      3908
Thr Glu  Cys Leu Ser Lys Asn  Thr Glu Gly Asn Leu  Leu Ser Leu
    1250                1255                 1260

aag aat  agc tta aat gac tgc  agt aac cag gta ata  ttg gca aag      3953
Lys Asn  Ser Leu Asn Asp Cys  Ser Asn Gln Val Ile  Leu Ala Lys
    1265                1270                 1275

gca tct  cag gaa cat cac ctt  agt gag gaa aca aaa  tgt tct gct      3998
Ala Ser  Gln Glu His His Leu  Ser Glu Glu Thr Lys  Cys Ser Ala
    1280                1285                 1290

agc ttg  ttt tct tca cag tgc  agt gaa ttg gaa gac  ttg act gca      4043
Ser Leu  Phe Ser Ser Gln Cys  Ser Glu Leu Glu Asp  Leu Thr Ala
    1295                1300                 1305

aat aca  aac acc cag gat cct  ttc ttg att ggt tct  tcc aaa caa      4088
Asn Thr  Asn Thr Gln Asp Pro  Phe Leu Ile Gly Ser  Ser Lys Gln
    1310                1315                 1320

atg agg  cat cag tct gaa agc  cag gga gtt ggt ctg  agt gac aag      4133
Met Arg  His Gln Ser Glu Ser  Gln Gly Val Gly Leu  Ser Asp Lys
    1325                1330                 1335

gaa ttg  gtt tca gat gat gaa  gaa aga gga acg ggc  ttg gaa gaa      4178
Glu Leu  Val Ser Asp Asp Glu  Glu Arg Gly Thr Gly  Leu Glu Glu
    1340                1345                 1350

aat aat  caa gaa gag caa agc  atg gat tca aac tta  ggt gaa gca      4223
Asn Asn  Gln Glu Glu Gln Ser  Met Asp Ser Asn Leu  Gly Glu Ala
    1355                1360                 1365

gca tct  ggg tgt gag agt gaa  aca agc gtc tct gaa  gac tgc tca      4268
Ala Ser  Gly Cys Glu Ser Glu  Thr Ser Val Ser Glu  Asp Cys Ser
    1370                1375                 1380

ggg cta  tcc tct cag agt gac  att tta acc act cag  cag agg gat      4313
Gly Leu  Ser Ser Gln Ser Asp  Ile Leu Thr Thr Gln  Gln Arg Asp
    1385                1390                 1395

acc atg  caa cat aac ctg ata  aag ctc cag cag gaa  atg gct gaa      4358
Thr Met  Gln His Asn Leu Ile  Lys Leu Gln Gln Glu  Met Ala Glu
    1400                1405                 1410

cta gaa  gct gtg tta gaa cag  cat ggg agc cag cct  tct aac agc      4403
Leu Glu  Ala Val Leu Glu Gln  His Gly Ser Gln Pro  Ser Asn Ser
    1415                1420                 1425

tac cct  tcc atc ata agt gac  tct tct gcc ctt gag  gac ctg cga      4448
Tyr Pro  Ser Ile Ile Ser Asp  Ser Ser Ala Leu Glu  Asp Leu Arg
    1430                1435                 1440

aat cca  gaa caa agc aca tca  gaa aaa gca gta tta  act tca cag      4493
Asn Pro  Glu Gln Ser Thr Ser  Glu Lys Ala Val Leu  Thr Ser Gln
    1445                1450                 1455

aaa agt  agt gaa tac cct ata  agc cag aat cca gaa  ggc ctt tct      4538
Lys Ser  Ser Glu Tyr Pro Ile  Ser Gln Asn Pro Glu  Gly Leu Ser
    1460                1465                 1470

gct gac  aag ttt gag gtg tct  gca gat agt tct acc  agt aaa aat      4583
Ala Asp  Lys Phe Glu Val Ser  Ala Asp Ser Ser Thr  Ser Lys Asn
    1475                1480                 1485

aaa gaa  cca gga gtg gaa agg  tca tcc cct tct aaa  tgc cca tca      4628
Lys Glu  Pro Gly Val Glu Arg  Ser Ser Pro Ser Lys  Cys Pro Ser
```

A000628

US 6,951,721 B2

163 164

-continued

```
       1490              1495              1500

tta gat  gat agg tgg tac atg  cac agt tgc tct ggg  agt ctt cag    4673
Leu Asp  Asp Arg Trp Tyr Met  His Ser Cys Ser Gly  Ser Leu Gln
     1505              1510              1515

aat aga  aac tac cca tct caa  gag gag ctc att aag  gtt gtt gat    4718
Asn Arg  Asn Tyr Pro Ser Gln  Glu Glu Leu Ile Lys  Val Val Asp
     1520              1525              1530

gtg gag  gag caa cag ctg gaa  gag tct ggg cca cac  gat ttg acg    4763
Val Glu  Glu Gln Gln Leu Glu  Glu Ser Gly Pro His  Asp Leu Thr
     1535              1540              1545

gaa aca  tct tac ttg cca agg  caa gat cta gag gga  acc cct tac    4808
Glu Thr  Ser Tyr Leu Pro Arg  Gln Asp Leu Glu Gly  Thr Pro Tyr
     1550              1555              1560

ctg gaa  tct gga atc agc ctc  ttc tct gat gac cct  gaa tct gat    4853
Leu Glu  Ser Gly Ile Ser Leu  Phe Ser Asp Asp Pro  Glu Ser Asp
     1565              1570              1575

cct tct  gaa gac aga gcc cca  gag tca gct cgt gtt  ggc aac ata    4898
Pro Ser  Glu Asp Arg Ala Pro  Glu Ser Ala Arg Val  Gly Asn Ile
     1580              1585              1590

cca tct  tca acc tct gca ttg  aaa gtt ccc caa ttg  aaa gtt gca    4943
Pro Ser  Ser Thr Ser Ala Leu  Lys Val Pro Gln Leu  Lys Val Ala
     1595              1600              1605

gaa tct  gcc cag agt cca gct  gct gct cat act act  gat act gct    4988
Glu Ser  Ala Gln Ser Pro Ala  Ala Ala His Thr Thr  Asp Thr Ala
     1610              1615              1620

ggg tat  aat gca atg gaa gaa  agt gtg agc agg gag  aag cca gaa    5033
Gly Tyr  Asn Ala Met Glu Glu  Ser Val Ser Arg Glu  Lys Pro Glu
     1625              1630              1635

ttg aca  gct tca aca gaa agg  gtc aac aaa aga atg  tcc atg gtg    5078
Leu Thr  Ala Ser Thr Glu Arg  Val Asn Lys Arg Met  Ser Met Val
     1640              1645              1650

gtg tct  ggc ctg acc cca gaa  gaa ttt atg ctc gtg  tac aag ttt    5123
Val Ser  Gly Leu Thr Pro Glu  Glu Phe Met Leu Val  Tyr Lys Phe
     1655              1660              1665

gcc aga  aaa cac cac atc act  tta act aat cta att  act gaa gag    5168
Ala Arg  Lys His His Ile Thr  Leu Thr Asn Leu Ile  Thr Glu Glu
     1670              1675              1680

act act  cat gtt gtt atg aaa  aca gat gct gag ttt  gtg tgt gaa    5213
Thr Thr  His Val Val Met Lys  Thr Asp Ala Glu Phe  Val Cys Glu
     1685              1690              1695

cgg aca  ctg aaa tat ttt cta  gga att gcg gga gga  aaa tgg gta    5258
Arg Thr  Leu Lys Tyr Phe Leu  Gly Ile Ala Gly Gly  Lys Trp Val
     1700              1705              1710

gtt agc  tat ttc tgg gtg acc  cag tct att aaa gaa  aga aaa atg    5303
Val Ser  Tyr Phe Trp Val Thr  Gln Ser Ile Lys Glu  Arg Lys Met
     1715              1720              1725

ctg aat  gag cat gat ttt gaa  gtc aga gga gat gtg  gtc aat gga    5348
Leu Asn  Glu His Asp Phe Glu  Val Arg Gly Asp Val  Val Asn Gly
     1730              1735              1740

aga aac  cac caa ggt cca aag  cga gca aga gaa tcc  cag gac aga    5393
Arg Asn  His Gln Gly Pro Lys  Arg Ala Arg Glu Ser  Gln Asp Arg
     1745              1750              1755

aag atc  ttc agg ggg cta gaa  atc tgt tgc tat ggg  ccc ttc acc    5438
Lys Ile  Phe Arg Gly Leu Glu  Ile Cys Cys Tyr Gly  Pro Phe Thr
     1760              1765              1770

aac atg  ccc aca gat caa ctg  gaa tgg atg gta cag  ctg tgt ggt    5483
Asn Met  Pro Thr Asp Gln Leu  Glu Trp Met Val Gln  Leu Cys Gly
     1775              1780              1785

gct tct  gtg gtg aag gag ctt  tca tca ttc acc ctt  ggc aca ggt    5528
```

A000629

US 6,951,721 B2

165          166

-continued

```
Ala Ser  Val Val Lys Glu Leu  Ser Ser Phe Thr Leu  Gly Thr Gly
    1790              1795                  1800

gtc cac  cca att gtg gtt gtg  cag cca gat gcc tgg  aca gag gac      5573
Val His  Pro Ile Val Val Val  Gln Pro Asp Ala Trp  Thr Glu Asp
    1805              1810                  1815

aat ggc  ttc cat gca att ggg  gac atg tgt gag gca  cct gtg gtg      5618
Asn Gly  Phe His Ala Ile Gly  Asp Met Cys Glu Ala  Pro Val Val
    1820              1825                  1830

acc cga  gag tgg gtg ttg gac  agt gta gca ctc tac  cag tgc cag      5663
Thr Arg  Glu Trp Val Leu Asp  Ser Val Ala Leu Tyr  Gln Cys Gln
    1835              1840                  1845

gag ctg  gac acc tac ctg ata  ccc cag atc ccc cac  agc cac tac      5708
Glu Leu  Asp Thr Tyr Leu Ile  Pro Gln Ile Pro His  Ser His Tyr
    1850              1855                  1860

tga                                                                  5711


<210> SEQ ID NO 268
<211> LENGTH: 1863
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 268

Met Asp Leu Ser Ala Leu Arg Val Glu Glu Val Gln Asn Val Ile Asn
1               5                   10                  15

Ala Met Gln Lys Ile Leu Glu Cys Pro Ile Cys Leu Glu Leu Ile Lys
            20                  25                  30

Glu Pro Val Ser Thr Lys Cys Asp His Ile Phe Cys Lys Phe Cys Met
        35                  40                  45

Leu Lys Leu Leu Asn Gln Lys Lys Gly Pro Ser Gln Cys Pro Leu Cys
    50                  55                  60

Lys Asn Asp Ile Thr Lys Arg Ser Leu Gln Glu Ser Thr Arg Phe Ser
65                  70                  75                  80

Gln Leu Val Glu Glu Leu Leu Lys Ile Ile Cys Ala Phe Gln Leu Asp
                85                  90                  95

Thr Gly Leu Glu Tyr Ala Asn Ser Tyr Asn Phe Ala Lys Lys Glu Asn
            100                 105                 110

Asn Ser Pro Glu His Leu Lys Asp Glu Val Ser Ile Ile Gln Ser Met
        115                 120                 125

Gly Tyr Arg Asn Arg Ala Lys Arg Leu Leu Gln Ser Glu Pro Glu Asn
    130                 135                 140

Pro Ser Leu Gln Glu Thr Ser Leu Ser Val Gln Leu Ser Asn Leu Gly
145                 150                 155                 160

Thr Val Arg Thr Leu Arg Thr Lys Gln Arg Ile Gln Pro Gln Lys Thr
                165                 170                 175

Ser Val Tyr Ile Glu Leu Gly Ser Asp Ser Ser Glu Asp Thr Val Asn
            180                 185                 190

Lys Ala Thr Tyr Cys Ser Val Gly Asp Gln Glu Leu Leu Gln Ile Thr
        195                 200                 205

Pro Gln Gly Thr Arg Asp Glu Ile Ser Leu Asp Ser Ala Lys Lys Ala
    210                 215                 220

Ala Cys Glu Phe Ser Glu Thr Asp Val Thr Asn Thr Glu His His Gln
225                 230                 235                 240

Pro Ser Asn Asn Asp Leu Asn Thr Thr Glu Lys Arg Ala Ala Glu Arg
                245                 250                 255

His Pro Glu Lys Tyr Gln Gly Ser Ser Val Ser Asn Leu His Val Glu
            260                 265                 270
```

US 6,951,721 B2

167 168

-continued

```
Pro Cys Gly Thr Asn Thr His Ala Ser Ser Leu Gln His Glu Asn Ser
        275                 280                 285

Ser Leu Leu Leu Thr Lys Asp Arg Met Asn Val Glu Lys Ala Glu Phe
    290                 295                 300

Cys Asn Lys Ser Lys Gln Pro Gly Leu Ala Arg Ser Gln His Asn Arg
305                 310                 315                 320

Trp Ala Gly Ser Lys Glu Thr Cys Asn Asp Arg Arg Thr Pro Ser Thr
                325                 330                 335

Glu Lys Lys Val Asp Leu Asn Ala Asp Pro Leu Cys Glu Arg Lys Glu
            340                 345                 350

Trp Asn Lys Gln Lys Leu Pro Cys Ser Glu Asn Pro Arg Asp Thr Glu
        355                 360                 365

Asp Val Pro Trp Ile Thr Leu Asn Ser Ser Ile Gln Lys Val Asn Glu
    370                 375                 380

Trp Phe Ser Arg Ser Asp Glu Leu Leu Gly Ser Asp Asp Ser His Asp
385                 390                 395                 400

Gly Glu Ser Glu Ser Asn Ala Lys Val Ala Asp Val Leu Asp Val Leu
                405                 410                 415

Asn Glu Val Asp Glu Tyr Ser Gly Ser Ser Glu Lys Ile Asp Leu Leu
            420                 425                 430

Ala Ser Asp Pro His Glu Ala Leu Ile Cys Lys Ser Glu Arg Val His
        435                 440                 445

Ser Lys Ser Val Glu Ser Asn Ile Glu Asp Lys Ile Phe Gly Lys Thr
    450                 455                 460

Tyr Arg Lys Lys Ala Ser Leu Pro Asn Leu Ser His Val Thr Glu Asn
465                 470                 475                 480

Leu Ile Ile Gly Ala Phe Val Thr Glu Pro Gln Ile Ile Gln Glu Arg
                485                 490                 495

Pro Leu Thr Asn Lys Leu Lys Arg Lys Arg Arg Pro Thr Ser Gly Leu
            500                 505                 510

His Pro Glu Asp Phe Ile Lys Lys Ala Asp Leu Ala Val Gln Lys Thr
        515                 520                 525

Pro Glu Met Ile Asn Gln Gly Thr Asn Gln Thr Glu Gln Asn Gly Gln
    530                 535                 540

Val Met Asn Ile Thr Asn Ser Gly His Glu Asn Lys Thr Lys Gly Asp
545                 550                 555                 560

Ser Ile Gln Asn Glu Lys Asn Pro Asn Pro Ile Glu Ser Leu Glu Lys
                565                 570                 575

Glu Ser Ala Phe Lys Thr Lys Ala Glu Pro Ile Ser Ser Ser Ile Ser
            580                 585                 590

Asn Met Glu Leu Glu Leu Asn Ile His Asn Ser Lys Ala Pro Lys Lys
        595                 600                 605

Asn Arg Leu Arg Arg Lys Ser Ser Thr Arg His Ile His Ala Leu Glu
    610                 615                 620

Leu Val Val Ser Arg Asn Leu Ser Pro Pro Asn Cys Thr Glu Leu Gln
625                 630                 635                 640

Ile Asp Ser Cys Ser Ser Ser Glu Glu Ile Lys Lys Lys Lys Tyr Asn
                645                 650                 655

Gln Met Pro Val Arg His Ser Arg Asn Leu Gln Leu Met Glu Gly Lys
            660                 665                 670

Glu Pro Ala Thr Gly Ala Lys Lys Ser Asn Lys Pro Asn Glu Gln Thr
        675                 680                 685
```

A000631

-continued

```
Ser Lys Arg His Asp Ser Asp Thr Phe Pro Glu Leu Lys Leu Thr Asn
    690                 695                 700

Ala Pro Gly Ser Phe Thr Lys Cys Ser Asn Thr Ser Glu Leu Lys Glu
705                 710                 715                 720

Phe Val Asn Pro Ser Leu Pro Arg Glu Glu Lys Glu Glu Lys Leu Glu
                725                 730                 735

Thr Val Lys Val Ser Asn Asn Ala Glu Asp Pro Lys Asp Leu Met Leu
                740                 745                 750

Ser Gly Glu Arg Val Leu Gln Thr Glu Arg Ser Val Glu Ser Ser Ser
        755                 760                 765

Ile Ser Leu Val Pro Gly Thr Asp Tyr Gly Thr Gln Glu Ser Ile Ser
    770                 775                 780

Leu Leu Glu Val Ser Thr Leu Gly Lys Ala Lys Thr Glu Pro Asn Lys
785                 790                 795                 800

Cys Val Ser Gln Cys Ala Ala Phe Glu Asn Pro Lys Gly Leu Ile His
                805                 810                 815

Gly Cys Ser Lys Asp Asn Arg Asn Asp Thr Glu Gly Phe Lys Tyr Pro
                820                 825                 830

Leu Gly His Glu Val Asn His Ser Arg Glu Thr Ser Ile Glu Met Glu
        835                 840                 845

Glu Ser Glu Leu Asp Ala Gln Tyr Leu Gln Asn Thr Phe Lys Val Ser
    850                 855                 860

Lys Arg Gln Ser Phe Ala Leu Phe Ser Asn Pro Gly Asn Ala Glu Glu
865                 870                 875                 880

Glu Cys Ala Thr Phe Ser Ala His Ser Gly Ser Leu Lys Lys Gln Ser
                885                 890                 895

Pro Lys Val Thr Phe Glu Cys Glu Gln Lys Glu Glu Asn Gln Gly Lys
                900                 905                 910

Asn Glu Ser Asn Ile Lys Pro Val Gln Thr Val Asn Ile Thr Ala Gly
        915                 920                 925

Phe Pro Val Val Gly Gln Lys Asp Lys Pro Val Asp Asn Ala Lys Cys
    930                 935                 940

Ser Ile Lys Gly Gly Ser Arg Phe Cys Leu Ser Ser Gln Phe Arg Gly
945                 950                 955                 960

Asn Glu Thr Gly Leu Ile Thr Pro Asn Lys His Gly Leu Leu Gln Asn
                965                 970                 975

Pro Tyr Arg Ile Pro Pro Leu Phe Pro Ile Lys Ser Phe Val Lys Thr
                980                 985                 990

Lys Cys Lys Lys Asn Leu Leu Glu  Glu Asn Phe Glu Glu  His Ser Met
        995                 1000                1005

Ser Pro  Glu Arg Glu Met Gly  Asn Glu Asn Ile Pro  Ser Thr Val
    1010                1015                1020

Ser Thr  Ile Ser Arg Asn Asn  Ile Arg Glu Asn Val  Phe Lys Glu
    1025                1030                1035

Ala Ser  Ser Ser Asn Ile Asn  Glu Val Gly Ser Ser  Thr Asn Glu
    1040                1045                1050

Val Gly  Ser Ser Ile Asn Glu  Ile Gly Ser Ser Asp  Glu Asn Ile
    1055                1060                1065

Gln Ala  Glu Leu Gly Arg Asn  Arg Gly Pro Lys Leu  Asn Ala Met
    1070                1075                1080

Leu Arg  Leu Gly Val Leu Gln  Pro Glu Val Tyr Lys  Gln Ser Leu
    1085                1090                1095

Pro Gly  Ser Asn Cys Lys His  Pro Glu Ile Lys Lys  Gln Glu Tyr
```

```
                                            -continued

     1100                    1105                    1110

Glu Glu  Val Val Gln Thr Val  Asn Thr Asp Phe Ser  Pro Tyr Leu
     1115                    1120                    1125

Ile Ser  Asp Asn Leu Glu Gln  Pro Met Gly Ser Ser  His Ala Ser
     1130                    1135                    1140

Gln Val  Cys Ser Glu Thr Pro  Asp Asp Leu Leu Asp  Asp Gly Glu
     1145                    1150                    1155

Ile Lys  Glu Asp Thr Ser Phe  Ala Glu Asn Asp Ile  Lys Glu Ser
     1160                    1165                    1170

Ser Ala  Val Phe Ser Lys Ser  Val Gln Lys Gly Glu  Leu Ser Arg
     1175                    1180                    1185

Ser Pro  Ser Pro Phe Thr His  Thr His Leu Ala Gln  Gly Tyr Arg
     1190                    1195                    1200

Arg Gly  Ala Lys Lys Leu Glu  Ser Ser Glu Glu Asn  Leu Ser Ser
     1205                    1210                    1215

Glu Asp  Glu Glu Leu Pro Cys  Phe Gln His Leu Leu  Phe Gly Lys
     1220                    1225                    1230

Val Asn  Asn Ile Pro Ser Gln  Ser Thr Arg His Ser  Thr Val Ala
     1235                    1240                    1245

Thr Glu  Cys Leu Ser Lys Asn  Thr Glu Glu Asn Leu  Leu Ser Leu
     1250                    1255                    1260

Lys Asn  Ser Leu Asn Asp Cys  Ser Asn Gln Val Ile  Leu Ala Lys
     1265                    1270                    1275

Ala Ser  Gln Glu His His Leu  Ser Glu Glu Thr Lys  Cys Ser Ala
     1280                    1285                    1290

Ser Leu  Phe Ser Ser Gln Cys  Ser Glu Leu Glu Asp  Leu Thr Ala
     1295                    1300                    1305

Asn Thr  Asn Thr Gln Asn Pro  Phe Leu Ile Gly Ser  Ser Lys Gln
     1310                    1315                    1320

Met Arg  His Gln Ser Glu Ser  Gln Gly Val Gly Leu  Ser Asp Lys
     1325                    1330                    1335

Glu Leu  Val Ser Asp Asp Glu  Glu Arg Gly Thr Gly  Leu Glu Glu
     1340                    1345                    1350

Asn Asn  Gln Glu Glu Gln Ser  Met Asp Ser Asn Leu  Gly Glu Ala
     1355                    1360                    1365

Ala Ser  Gly Cys Glu Ser Glu  Thr Ser Val Ser Glu  Asp Cys Ser
     1370                    1375                    1380

Gly Leu  Ser Ser Gln Ser Asp  Ile Leu Thr Thr Gln  Gln Arg Asp
     1385                    1390                    1395

Thr Met  Gln His Asn Leu Ile  Lys Leu Gln Gln Glu  Met Ala Glu
     1400                    1405                    1410

Leu Glu  Ala Val Leu Glu Gln  His Gly Ser Gln Pro  Ser Asn Ser
     1415                    1420                    1425

Tyr Pro  Ser Ile Ile Ser Asp  Ser Ser Ala Leu Glu  Asp Leu Arg
     1430                    1435                    1440

Asn Pro  Glu Gln Ser Thr Ser  Glu Lys Ala Val Leu  Thr Ser Gln
     1445                    1450                    1455

Lys Ser  Ser Glu Tyr Pro Ile  Ser Gln Asn Pro Glu  Gly Leu Ser
     1460                    1465                    1470

Ala Asp  Lys Phe Glu Val Ser  Ala Asp Ser Ser Thr  Ser Lys Asn
     1475                    1480                    1485

Lys Glu  Pro Gly Val Glu Arg  Ser Ser Pro Ser Lys  Cys Pro Ser
     1490                    1495                    1500
```

A000633

Case: 14-1361 CASE PARTICIPANTS ONLY Document: 93 Page: 609 Filed: 04/18/2014

-continued

```
Leu Asp  Asp Arg Trp Tyr Met  His Ser Cys Ser Gly  Ser Leu Gln
    1505               1510               1515

Asn Arg  Asn Tyr Pro Ser Gln  Glu Glu Leu Ile Lys  Val Val Asp
    1520               1525               1530

Val Glu  Glu Gln Gln Leu Glu  Glu Ser Gly Pro His  Asp Leu Thr
    1535               1540               1545

Glu Thr  Ser Tyr Leu Pro Arg  Gln Asp Leu Glu Gly  Thr Pro Tyr
    1550               1555               1560

Leu Glu  Ser Gly Ile Ser Leu  Phe Ser Asp Asp Pro  Glu Ser Asp
    1565               1570               1575

Pro Ser  Glu Asp Arg Ala Pro  Glu Ser Ala Arg Val  Gly Asn Ile
    1580               1585               1590

Pro Ser  Ser Thr Ser Ala Leu  Lys Val Pro Gln Leu  Lys Val Ala
    1595               1600               1605

Glu Ser  Ala Gln Ser Pro Ala  Ala Ala His Thr Thr  Asp Thr Ala
    1610               1615               1620

Gly Tyr  Asn Ala Met Glu Glu  Ser Val Ser Arg Glu  Lys Pro Glu
    1625               1630               1635

Leu Thr  Ala Ser Thr Glu Arg  Val Asn Lys Arg Met  Ser Met Val
    1640               1645               1650

Val Ser  Gly Leu Thr Pro Glu  Glu Phe Met Leu Val  Tyr Lys Phe
    1655               1660               1665

Ala Arg  Lys His His Ile Thr  Leu Thr Asn Leu Ile  Thr Glu Glu
    1670               1675               1680

Thr Thr  His Val Val Met Lys  Thr Asp Ala Glu Phe  Val Cys Glu
    1685               1690               1695

Arg Thr  Leu Lys Tyr Phe Leu  Gly Ile Ala Gly Gly  Lys Trp Val
    1700               1705               1710

Val Ser  Tyr Phe Trp Val Thr  Gln Ser Ile Lys Glu  Arg Lys Met
    1715               1720               1725

Leu Asn  Glu His Asp Phe Glu  Val Arg Gly Asp Val  Val Asn Gly
    1730               1735               1740

Arg Asn  His Gln Gly Pro Lys  Arg Ala Arg Glu Ser  Gln Asp Arg
    1745               1750               1755

Lys Ile  Phe Arg Gly Leu Glu  Ile Cys Cys Tyr Gly  Pro Phe Thr
    1760               1765               1770

Asn Met  Pro Thr Asp Gln Leu  Glu Trp Met Val Gln  Leu Cys Gly
    1775               1780               1785

Ala Ser  Val Val Lys Glu Leu  Ser Ser Phe Thr Leu  Gly Thr Gly
    1790               1795               1800

Val His  Pro Ile Val Val Val  Gln Pro Asp Ala Trp  Thr Glu Asp
    1805               1810               1815

Asn Gly  Phe His Ala Ile Gly  Gln Met Cys Glu Ala  Pro Val Val
    1820               1825               1830

Thr Arg  Glu Trp Val Leu Asp  Ser Val Ala Leu Tyr  Gln Cys Gln
    1835               1840               1845

Glu Leu  Asp Thr Tyr Leu Ile  Pro Gln Ile Pro His  Ser His Tyr
    1850               1855               1860
```

A000634

US 6,951,721 B2

175

What is claimed is:

**1.** A method for determining an omi haplotype of a human BRCA1 gene comprising:

(a) determining the nucleotide sequence of the BRCA1 gene or fragment thereof from at least one female individual with a family history which indicates a predisposition to breast cancer,

(b) comparing the determined nucleotide sequence from said female individual to SEQ ID NO: 263, and

(c) determining the presence of the following nucleotide variations: thymine at nucleotides 2201 and 2731, cytosine at nucleotides 2430 and 4427, and guanine at nucleotides 3232, 3667 and 4956, wherein the presence of the nucleotide variations in the determined nucleotide sequence indicates the omi1 haplotype.

**2.** The method of claim **1** further comprising repeating steps (a) and (b).

**3.** The method of claim **1** wherein at least one nucleotide variation is located in an exon coding region of the BRCA1 gene.

**4.** The method of claim **3** wherein at least one nucleotide variation encodes an amino acid variation in the protein encoded by the BRCA 1 gene.

**5.** The method of claim **1** wherein the BRCA1 gene or fragment thereof is amplified prior to nucleotide sequencing.

**6.** The method of claim **1** further comprising comparing the determined nucleotide sequence to SEQ ID NO: 265.

**7.** The method of claim **1** further comprising comparing the determined nucleotide sequence to SEQ ID NO: 267.

**8.** The method of claim **1** further comprising determining the putative amino acid sequence of the protein encoded by the BRCA1 gene.

**9.** The method of claim **8** further comprising comparing the determined putative amino acid sequence to SEQ ID NO: 264.

**10.** The method of claim **8** further comprising comparing the determined putative amino acid sequence to SEQ ID NO: 266.

**11.** The method of claim **8** further comprising comparing the determined putative amino acid sequence to SEQ ID NO: 268.

**12.** The method of claim **1** wherein the nucleotide sequence or fragment thereof of the BRCA1 gene is determined in at least five female individuals with a family history which indicates a predisposition to breast cancer.

**13.** A method for determining an omi haplotype of a human BRCA1 gene comprising:

(a) determining the nucleotide sequence of the BRCA1 gene or fragment thereof from at least one female individual with a family history which indicates a predisposition to breast cancer,

(b) determining the putative amino acid sequence of the protein or fragment thereof encoded by the BRCA1 gene from the determined nucleotide sequence,

(c) comparing the putative amino acid sequence from said human to SEQ ID NO: 264, and

176

(d) determining the presence of the following amino acid variations: proline at position 871, glutamate at residue 1038, lysine at residue 1183 and serine at residue 1613 wherein the presence of the variations in the determined amino acid sequence indicates the presence of the omi1 haplotype.

**14.** The method of claim **13** further comprising comparing the determined putative amino acid sequence to SEQ ID NO: 266.

**15.** The method of claim **13** further comprising comparing the determined putative amino acid sequence to SEQ ID NO: 268.

**16.** The method of claim **13** wherein the putative amino acid sequence or fragment thereof of the protein encoded by the BRCA1 gene is determined in at least five female individuals with a family history which indicates a predisposition to breast cancer.

**17.** A method for determining an omi haplotype of a human BRCA1 gene consisting essentially of:

(a) determining the nucleotide sequence of the BRCA1 gene or fragment thereof from at least one female individual with a family history which indicates a predisposition to breast cancer,

(b) comparing the determined nucleotide sequence from said female individual to SEQ ID NO: 263, and

(c) determining the presence of the following nucleotide variations: thymine at nucleotides 2201 and 2731, cytosine at nucleotides 2430 and 4427, and guanine at nucleotides 3232, 3667 and 4956, wherein the presence of the nucleotide variations in the determined nucleotide sequence indicates the omi1 haplotype.

**18.** A method for determining an omi haplotype of a human BRCA1 gene consisting essentially of:

(a) determining the nucleotide sequence of the BRCA1 gene or fragment thereof from at least one female individual with a family history which indicates a predisposition to breast cancer,

(b) determining the putative amino acid sequence of the protein or fragment thereof encoded by the BRCA1 gene from the determined nucleotide sequence,

(c) comparing the putative amino acid sequence from said human to SEQ ID NO: 264, and

(d) determining the presence of the following amino acid variations: proline at position 871, glutamate at residue 1038, lysine at residue 1183 and serine at residue 1613 wherein the presence of the variations in the determined amino acid sequence indicates the presence of the omi1 haplotype.

**19.** The method according to any of claim **1**, **13**, **17** or **18** wherein the determined omi1 haplotype of the human BRCA1 gene is not associated with a predisposition to developing breast cancer.

\* \* \* \* \*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system on April 18, 2014:

APPELLANTS' OPENING BRIEF

I further certify that counsel of record are registered as CM/ECF users and will be served by the appellate CM/ECF system and via email:

/s/ *Jonathan E. Singer*
Jonathan E. Singer
Fish & Richardson P.C.
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

COUNSEL FOR APPELLANT
MYRIAD GENETICS, INC.

CERTIFICATE OF COMPLIANCE

The Opening Brief for Appellant Myriad Genetics, Inc. complies with the

type-volume limitation set forth in FRAP 32(a)(7)B). The relevant portions of

Appellant's Opening Brief, including all footnotes, contain 13,954 words, as

determined by Microsoft Word® 2010.

/s/ *Jonathan E. Singer*
    Jonathan E. Singer
Fish & Richardson P.C.
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

COUNSEL FOR APPELLANT
MYRIAD GENETICS, INC.